# T. J. SOLOMON LAW GROUP, PLLC

Principal Office:

2120 Welch Street
Houston, Texas 77019



Mailing Address:

P.O. Box 14593
Houston, TX 77221

Phone: 713-640-5956
Facsimile: 713-640-5944
attorney@tjsololaw.com
www.tjsololaw.com

December 5, 2021

**Via FedEx:**
Mr. Jamon Hestand
TDCJ# 01343536
Michaels Unit
2664 FM 2054
Tennessee Colony, Texas 75886

**RE: *Return of Client file***

Dear Jamon:

    It is with great regret that I am sending this file back to you. The reality is that the issues presented and the work required was too much for me to handle with my caseload.

    Please give instructions on how to proceed with the bank check that was issued by Wells Fargo to you.

    Please be reminded that the deadline to refile your case is January 4, 2022. The Court has also sent a copy of its order to you.

    I wish you the best in the resolution of your case.

Sincerely,

*Tanika J. Solomon*
Tanika J. Solomon