**SUBJECT:** State briefly the problem on which you desire assistance. (Carbon Copied)

Excuse me, I have requested a 6 month history of my Inmate Trust Account now 3 times consecutively, (12-27-2021/12-29-2021/and now 12-30-2021) so please send/bring it to me as soon as possible so I can send it to USDC-Eastern District of Texas... Thank you and have a nice day.

Sincerely, James M. Hestand

Name: Mr. J. Hestand    No: 1343536    Unit: Michael
Living Quarters: 12B-75 cell    Work Assignment: ___

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)



| | | | | | |
|---|---|---|---|---|---|
| 48.89 MEDICAL CO-PAY OWED: | | .00 | LOCATION: 12-D-F ROW-1 71 | | UNIT: MI |
| FEDERAL COURT FEE OWED: | | .00 | NAME: HESTAND, JAMON | | |
| TEXAS COURT FEE/CHARGE OWED: | | .00 | DATE: 11/30/21 | ACCOUNT NUMBER: | 01343536 |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT | .00 | BEGINNING BALANCE: | | 592.79 |
| DATE | ITEM/DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE |
| 11/21 02 | CM | | 154.70 | | 438.09 |
| 16 | CM | | 130.67 | | 307.42 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | |
|---|---|---|---|
| 67,946 MEDICAL CO-PAY OWED: | .00 | LOCATION: 12-D-F ROW-1 7E | UNIT: MI |
| FEDERAL COURT FEE OWED: | .00 | NAME: HESTAND, JAMON | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 10/29/21 | ACCOUNT NUMBER: 01343534 |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT .00 | BEGINNING BALANCE: | 809.13 |

| DATE | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 10/04 | CM | 99.22 | | 709.91 |
| 10/19 | CK | 117.12 | | 592.79 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | |
|---|---|---|---|
| MEDICAL CO-PAY OWED: .00 | LOCATION: 12-D-F ROW-1 75 | | UNIT: MT |
| FEDERAL COURT FEE OWED: .00 | NAME: HESTAND, JAMON | | |
| TEXAS COURT FEE/CHARGE OWED: .00 | DATE: 09/30/21 | ACCOUNT NUMBER: | 01343536 |
| INDIGENT SUP. OWED: .00 OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | 1,068.82 |

| 09/21 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 01 | OP DSHS VSS | 44.00 | | 1,024.82 |
| 08 | CM | 117.12 | | 907.70 |
| 21 | CM | 98.57 | | 809.13 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | | |
|---|---|---|---|---|
| 67,689 MEDICAL CO-PAY OWED: .00 | LOCATION: 12-D-F ROW-1 75 | | UNIT: MI | |
| FEDERAL COURT FEE OWED: .00 | NAME: HESTAND, JAMON | | | |
| TEXAS COURT FEE/CHARGE OWED: .00 | DATE: 08/31/21 | ACCOUNT NUMBER: | 01343536 | |
| INDIGENT SUP. OWED: .00 OTHER HOLD AMOUNT .00 | BEGINNING BALANCE: | | 2,426.52 | |
| ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE | |
| 08/21 | | | | |
| 04 OP CAROLYN FLORES CONPALS | 350.00 | | 2,076.52 | |
| 04 OP LISSA HARTIGAN | 800.00 | | 1,276.52 | |
| 09 CM | 107.20 | | 1,169.32 | |
| 25 CM | 100.50 | | 1,068.82 | |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | | |
|---|---|---|---|---|
| MEDICAL CO-PAY OWED: | .00 | LOCATION: 12-D-F ROW-1 75 | UNIT: | MI |
| FEDERAL COURT FEE OWED: | .00 | NAME: HESTAND, JAMON | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 07/30/21 | ACCOUNT NUMBER: | 01343536 |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: | 2,560.71 |

| 07/21 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 01 | AB 000237 000000 POSTAGE | 2.37 | | 2,558.34 |
| 07 | AB 000224 000000 POSTAGE | 2.24 | | 2,556.10 |
| 07 | OP MI CLEARING | .20 | | 2,555.90 |
| 14 | AB 000134 000000 POSTAGE | 1.34 | | 2,554.56 |
| 16 | AB 000192 000000 POSTAGE | 1.92 | | 2,552.64 |
| 22 | AP 2107220933 | | 1.07 | 2,553.71 |
| 22 | AB 000107 000000 POSTAGE | 1.07 | | 2,552.64 |
| 22 | AB 000107 000000 POSTAGE | 1.07 | | 2,551.57 |
| 29 | CM | 125.05 | | 2,426.52 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.



| | | | | | |
|---|---|---|---|---|---|
| 58,180 MEDICAL CO-PAY OWED: | .00 | LOCATION: 12-D-F ROW-1 75 | UNIT: MI | | |
| FEDERAL COURT FEE OWED: | .00 | NAME: HESTAND, JAMON | | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 06/30/21 | ACCOUNT NUMBER: 01343536 | | |
| INDIGENT SUP. OWED: .00 | OTHER HOLD AMOUNT .00 | BEGINNING BALANCE: | 2,680.10 | | |

| 06/21 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 01 | PH LG MO  EXP:2021  1,400.00 | | | |
| 01 | PH LG MO  EXP:2021  1,800.00 | | | |
| 01 | CM | 117.77 | | 2,562.33 |
| 10 | WP WEB SALE T SOLOMON | | | 2,562.33 |
| 11 | WS RECEIPT OF WEB SALE | .00 | | 2,562.33 |
| 14 | RH              1,400.00 | | | |
| 14 | RH              1,800.00 | | | |
| 29 | AB 000162 000000  POSTAGE | 1.62 | | 2,560.71 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.