United States District Court- Eastern District of Texas ~ Tyler Division

This 6 month History of my Inmate Trust Fund Just showed up at 4:04pm on January 3rd, 2022! I'm sending this in relation to the Complaint & In Forma Pauperis Papers I just mailed out this morning of this same day in relation to the Statute of Limitations for Case 6:20-cv-00097-JDK-JDL

Sincerely,
Mr. Jamon N. Hestand #1343536
Michael Unit, 2664 FM 2054
Tennessee Colony, TX 75886 USA