```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE           01/03/22
1IDR/SS00136                    IN-FORMA-PAUPERIS DATA                 15:47:05
TDCJ#: 01343536 SID#: 06228192 LOCATION: MICHAEL         INDIGENT DTE:
NAME: HESTAND,JAMON                         BEGINNING PERIOD: 07/01/21
PREVIOUS TDCJ NUMBERS: 00913755
CURRENT BAL:        180.52 TOT HOLD AMT:         0.00 3MTH TOT DEP:       0.00
6MTH DEP:             1.07 6MTH AVG BAL:     1,008.22 6MTH AVG DEP:       0.18
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/21     307.42         0.00          09/21    1,068.82         0.00
11/21     592.79         0.00          08/21    2,426.52         0.00
10/21     809.13         0.00          07/21    2,560.71         1.07
```

STATE OF TEXAS COUNTY OF ANDERSON
ON THIS THE 3rd DAY OF January, 2022 I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

SHEKINA SMITH
NOTARY PUBLIC
STATE OF TEXAS
ID # 13034031-7
My Comm. Exp. 08-17-2023
NOTARY WITHOUT BOND

Mr. James N. Hestand #1343536
Michael Unit, 2664 FM 2054
Tennessee Colony, TX 75886-USA

United States District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, TX 75702 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
5 JAN 2022 PM 7 L