Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

United States District Court
Eastern District of Texas - Tyler Division
211 W. Ferguson ST Rm 106
Tyler, TX 75702 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
6 JAN 2022 PM 9 L

FOREVER / USA