# Sworn Affidavit:

CID-Director Bobby Lumpkin, Executive Director Bryan Collier, and TBCJ-Chairman Patrick O'Daniel, who are all responsible directly for the Texas Department of Criminal Justice – Correctional Institutions Division, are deliberately & knowingly keeping a bunch of Units/Facilities open & operational even though there is not enough Staff to operate these Units/Facilities correctly whatsoever and in fact, these Units/Facilities are being operated with "Skeleton Crews" of Staff which has prison conditions so bad that Incarcerated Persons throughout these extremely understaffed Units/Facilities are consistently being denied basic Life necessities <u>such as</u>: Medical Care / Exercise / Sanitation & Hygeine / Psychiatric Care / Nutrititious & Clean Food / Rehabilitation / Grooming / etc. on a regular basis while these same forementioned TDCJ-CID Leaders do whatever they can to keep these Units/Facilities filled up with Incarcerated Persons as much as possible which is subjecting Incarcerated Persons (Including myself) to continuous inhumane treatment and actual Torture physically, mentally, and emotionally along with Spiritually! What they are doing deliberately & knowingly is an incredible evil that they are doing on purpose with evil intentions and evil motives by disregarding Human & Civil Rights for monetary interests. And this ongoing inhumane treatment & actual Torture being implemented against Incarcerated Persons throughout the TDCJ-CID unjustifiably, is even worse by far for Incarcerated Persons with serious disabilities that adversely affect their major Life Activities such as myself here at the Michael Unit of the TDCJ-CID where the entire 12 Building is full of severely mentally ill Incarcerated Persons but the whole Unit is regularly staffed with a Skeleton Crew also to the full knowledge of Warden-Lonnie E. Townsend IV, Warden-Lamorris Marshall, and Warden-Michael A. Collum and also to the full knowledge of Doctor David Stebbins who are all responsible for the Michael Unit operations and/or the Mental Health Therapeutic Diversion Program / Chronically Mentally Ill-Sheltered Housing operations and/or programs, etc. --- Incarcerated Persons are being tortured non-stop.

"I declare under penalty of perjury that the foregoing is true & correct to the best of my knowledge. Executed On: January 14th, 2022      Jamon Nathaniel Hestand

* Attachment for: Case #: 6:22-cv-0006 "Document #1" to support my "FACTS" of my Complaint.

* Mr. Jamon N. Hestand #1343536; Michael Unit; 2664 FM 2054; Tennessee Colony, TX 75886 USA