Mr. Jamon N. Hestand #1341/3536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

U.S. District Court – Eastern District of Texas
211 W. Ferguson, Rm. 106
Tyler, TX 75702 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
14 JAN 2022 PM 2 L



FOREVER / USA