<u>United States District Court - Eastern District of Texas - Tyler Division</u>

<u>Jamon N. Hestand</u>
<u>Plaintiff</u>

V.   § Case No. 6:22-cv-00006

<u>Office of the Inspector General, et. al</u>
<u>Defendants</u>

## MOTION TO WITHOLD CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE

I, JAMON NATHANIEL HESTAND, the PLAINTIFF of the above Case No. 6:22-cv-00006; hereby, do not consent to proceed before U.S. Magistrate Judge for the following reason in short:

#1) It's a very serious Case that is: Multi-District Litigation/Multi-Party/Multi-Jurisdictional with Multi-Causes of Action/etc.

#2) These Defendants in this Case, have committed hundreds of actual Felony & Misdemeanor Crimes against me and have Conspired against my rights to Obstruct Justice relentlessly in & with a Major Campaign of Retaliation & Harassment against me especially because I keep trying to exercise my Petition/Access To Courts/Due Process Rights /etc.! I have been literally tortured!

#3) Under my PRAYER FOR RELIEF starting on Page #37 of my Complaint, the Court shall see that there are such Prayers For Relief, that can only be Granted with the Full Power & Authority of a United States District Judge and nothing less.

#4) The FACTS in my Complaint are True to the very best of my knowledge and there is an enormous amount of substantial real evidence to prove it both in my possession and in Discovery.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: January 12th, 2022
*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536/Born: 4-22-1981 "