Mr. Jamon N. Hostand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

U.S. District Court
Eastern District of Texas
211 W. Ferguson, Rm. 106
Tyler, TX 75702 USA

NORTH TEXAS TX PSDC
DALLAS TX 750
12 JAN 2022 PM 7 L

