United States District Court - Eastern District of Texas
Tyler Division

Mr. JAMON N. HESTAND
PLAINTIFF

V.                                        § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et. al.
DEFENDANTS

## NOTICE OF CONSENT TO APPOINTMENT OF SPECIAL MASTER

I, JAMON NATHANIEL HESTAND, the Plaintiff of this Case, do consent to the Appointment of Special Master to this Case as is authorized by Rule 53 of the Federal Rules of Civil Procedure.

"I verify that the forgoing is true & correct under penalty of perjury.

Executed On: January 12th, 2022

Jamon Nathaniel Hestand
TDCJ-CID # 1343536
Born: April 27th, 1981   "