IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Mr. Jamon N. Hestand

Plaintiff

V.                                          § Case No. 6:22-cv-00006

Office Of The Inspector General, et. al.

Defendants

## MOTION FOR SERVICE TO BE MADE BY UNITED STATES MARSHALS AND/OR DEPUTY MARSHALS FOR SUMMONS

I, JAMON NATHANIEL HESTAND, the PLAINTIFF in this Case, hereby Move the Court to order that Service for Summons of all Defendants in this Case be made immediately & appropriately by United States Marshals and/or Deputy Marshals as authorized under Rule 4(c)(3) of the Federal Rules of Civil Procedure.

I also bring to the Courts full attention that many/most of these Defendants have a history of trying to evade service for Summons and that they have in fact committed an enormous amount of actual Felony Crimes & Misdemeanor Crimes against me personally and have actually gone further and even conspired against my rights to obstruct justice with a very real Campaign of Retaliation & Harassment against me that includes Torture. It is my firm belief that due to the severity of many of their Crimes against me, that many of these Defendants are a "flight risk" meaning very specifically that they will very likely try to escape the Justice they truly deserve under the Law of the Land. So, I further move the Court to be ever vigilant of such possible attempts to escape Justice by these Defendants at any given time.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: January 12th, 2022

IDCJ-CID#1348536
Born: April 27th, 1981

Jamon Nathaniel Hestand"