Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
13 JAN 2022 PM 10 L




U.S. District Court - Eastern District of Texas
211 W. Ferguson, Rm. 106
Tyler, TX 75702 USA

(Legal Mail)

75702-722099