U.S. District Court - Eastern District of Texas "Clerk"

Excuse me, in regards to "Case #: 6:22-cv-00006", that has just been filed on January 5th, 2022...

#1) It's missing Defendants: TBCJ (Texas Board of Criminal Justice) and: UTMB (University of Texas Medical Branch) that need to be on the list of Defendants appropriately.

#2) The "Cause" of my Case is not just 42:1983 alone. The "Cause" for this Case is: 42 USC §1983 & 42 USC § 1985, 1986 & 42 USC § 12101, 12111, 12131, and 12181 --- which is all under the "JURISDICTION" part of my Complaint on page #3 & 4 in "Section/Paragraph 1".

#3) Under "Jury Demand", it states: None?! --- Under "PRAYER FOR RELIEF" part of my Complaint, at "Section/Paragraph 154" on page #42, I ask for: A Jury Trial on all issues triable by Jury.

#4) My TDCJ-CID # is: #1343536

#5) There's many Defendants listed with simple errors to their Titles and a few mis-spellings of names that need to be fixed... "Send me another printout and I will show you on the printout to make it very easy for you." but it is all in my Complaint for cross-examination.

* Please fix these simple errors as soon as possible and back at me with the results please, thank you!

* Lastly, please send me either the Originals and/or Copies of everything I sent to the Court in "Document #1" for my record, and please send me some more "Motion For Appointment of Counsel Forms"...

Have a nice day! ~ Sincerely,

Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

* Mailed On: January 12th, 2022 with correct postage.