Mr. Jamon N. Hostand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

U.S. District Court
Eastern District of Texas
211 W. Ferguson, Rm. 106
Tyler, TX 75702 USA

NORTH TEXAS TX P&DC
DALLAS TX 750
12 JAN 2022 PM 7 L

FOREVER / USA