UNITED STATES DISTRICT COURT-EASTERN DISTRICT OF TEXAS - TYLER DIVISION

JAMON N. HESTAND
 PLAINTIFF

V.               § Case No. 6:22-cv-00006

TDCJ-CID, et.al.
 DEFENDANTS

## MOTION FOR RECONSIDERATION WITH OBJECTIONS

I, JAMON NATHANIEL HESTAND, the Plaintiff of this Case, hereby respectfully move the Court to Reconsider "certain elements" of Document #5 that I must object to because they are prolonging the time it will take for Justice to be served to the Defendants of this Case and simultaneously subjects me to further ongoing torture, injustice, and actual injury at the hands of these evil Defendants. Very many of these Defendants are still conspiring against my rights to obstruct Justice and I am still being subjected to a Campaign of Retaliation & Harassment for me trying to exercise my Petition, Access To Courts, and Due Process Rights by the Defendants... I also offer simple solutions as I shall reveal.

1.) I object to paying the Initial Filing Fee within (30) days from receipt of the Order given in Document #5 because that is absolutely impossible. Withdrawls of $ from the Inmate Trust Fund going to any location are in fact now ~~$$$~~, taking up to (60) days or longer give or take and as I write this, I do not even have any Withdrawl Slips at all to even begin the process of submitting a request to the Inmate Trust Fund Department in Huntsville, Texas which has to first go thru the Michael Unit Wardens' secretarys' office who according to Mailroom Supervisors, is over a month behind on processing Withdrawls --- and that means that when & if I get a Withdrawl Slip and was to fill it out, have to wrestle to get a Mailroom Employee to come get it (in Solitary Confinement), and it would just sit in a pile of Withdrawls that are before mine for an unknown length of time, here on Michael Unit before even making it's way to the Inmate Trust Fund Department in Huntsville, Texas where it also goes in a pile again waiting to be processed for an unknown length of time again and of course, all of that would only happen if these TDCJ-CID Officials →

Page #1 of 2

and Staff decide to cooperate with me suing them 100%! And I've got an enormous amount of evidence showing very clearly that they will not only not cooperate, but they will actually physically harm me with serious injuries, deny me proper medical care, deny me my Victims Rights, violate my Protected Conduct of filing Grievances non-stop, disregard my disabilities, threaten me & my family, mess with my food, obstruct my mail, and so on & so forth with evil intentions and evil motives...

2.) I object to all Paragraphs in Document #5 that specifically interfere or delay the commencement & continuance of action in this Case in light of the facts in "Paragraph 1" of this Motion & the FACTS of my Complaint and in the interest of Justice and in consideration of "28 USC § 1915 (b)(1)" along with the fact that the money I've had and have, came from the Stimulus Checks which I got from the IRS that was because the CARES Act put forth by Congress/Presidents... And also please consider 28 USC § 1915 (b)(4) along with the very simple Solution I present to the Court that will deflect some serious injustice and get this Case moving forward immediately towards Justice... The Solution I present for consideration is as follows:

*Solution: For the Court to remove all interference & delays to the Commencement & continuance of action in this Case and simply with my full consent (which I will give in a Sworn Affidavit coming with this Motion), dock the "initial filing fee" from my Inmate Trust Fund by Court Order in the interest of Justice and in effort towards preventing injustice against me that is still ongoing... Please do this for me and also please consider my disabilities & injuries too in the Court's decision making process. Thank you and have a nice day.

Lastly, I do want to prosecute this action all the way to its conclusion, however that may be which I firmly believe will be in my favor because I have shared the truth in the FACTS of my Complaint to the very best of my knowledge.

"I declare that the foregoing is true and correct under penalty of perjury."

Executed On: January 15th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536
Born: April 27th, 1981

Page #2 of 2

# Sworn Affidavit

I, JAMON NATHANIEL HESTAND, the Plaintiff of Case #:6:22-cv-00006 in the U.S. District Court - Eastern District of Texas, hereby fully consent to the Court ordering the immediate withdrawal of the initial filing fee of $100.00 from my Inmate Trust Fund Account appropriately from the Texas Department of Criminal Justice — Correctional Institutions Division where I am currently incarcerated.

I fully consent to the Court ordering the TDCJ-CID to remove $100.00 from my Inmate Trust Fund Account and turn it over to this Court for the initial filing fee as forementioned in Document #5 of this Case #:6:22-cv-00006 except immediately instead by Court Order as I have consented to fully in this Sworn Affidavit.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: January 16th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
SSN: 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
Born: April 27th, 1981
TDCJ-CID # 1343536 "

My Right Thumb Prints of Consent for this Sworn Affidavit. JNH