# Memorandum Of Law

I, JAMON NATHANIEL HESTAND, the Plaintiff of Case #: 6:22-cv-00006 at the U.S. District Court-Eastern District of Texas - Tyler Division, hereby present a short Memorandum Of Law in the support of the included "Order To Show Cause For Preliminary Injunctions & Temporary Restraining Orders" document & "Supporting Affidavit".

The Defendants actions from past to present & ongoing, violate a very large amount of International, Federal, and State Laws all at once which they have committed against me illegally & relentlessly as I have begun to reveal in Case #:6:20-cv-00071 and in the Case at hand upon the Complaint throughout the FACTS of my Complaint. The Laws including Supreme Court Decisions are as follows that these Defendants have deliberately violated against me:

#1) Universal Declaration of Human Rights... "International"

#2) International Covenant on Economic, Social, and Cultural Rights... "International"

#3) The International Covenant on Civil and Political Rights... "International"

#4) The Convention on the Rights of Persons with Disabilities... "International"

#5) The Convention Against Torture... "International"

#6) Nelson Mandela Rules... "International"

#7) Solitary Confinement Reform Act... "U.S. Federal Law" (2016) (Senate Bill 3432)

#8) Geneva Convention... "International"

#9) Hudson v. McMillian, 503 US 1 (1992)

#10) Farmer v. Brennan, 511 US 825 (1994)

#11) Wilson v. Seiter, 501 US 294 (1991)

#12) Estelle v. Gamble, 429 US 97 (1976)

Page #1 of 3

#13) Johnson v. Avery, 393 US 483 (1969)

#14) Helling v. McKinney, 509 US 25 (1993)

#15) Bounds v. Smith, 430 US 817 (1977)

#16) Lewis v. Casey, 518 US 343 (1996)

#17) Wolff v. McDonnell, 418 US 539 (1974)

#18) Sandin v. Conner, 515 US 472 (1995)

#19) 18 USC § 1512(a)(2) * Threatening or Assaulting Witnesses in Fed. Litigation

#20) 2005 App. US App. Lexis 254

#21) 42 USC §§ 12101 ADA *

#22) 18 USC § 241 Conspiracy Against Rights

#23) 18 USC § 242 Deprivation of Rights Under Color of Law

#24) 18 USC § 245 Dam Federally Protected Activities

#25) 18 USC § 247 Damage to Religious Property or Obstruction of ---

#26) 18 USC § 373 Conspiracy

#27) 18 USC § 1001 – 1040 Fraud & False Statements

#28) 18 USC § 1501 – 1521 Obstruction of Justice

#29) 18 USC § 1621 – 1623 Perjury

#30) 18 USC § 1691 – 1708 Obstruction of Mail

#31) 18 USC § 2340 – 2340(b) Torture

#32) Assault & Battery with serious Bodily Injury

#33) Deadly Conduct

#34) Terroristic Threats

#35) Abuse of Office

#36) Official Oppression

#37) False Statements on Official Documents

#38) Theft over $500

#39) Interference with Official Investigation

#40) Neglect To Prevent Conspiracy & Torture

#41) Violating Petition, Access To Courts, & Due Process Rights "Felony" to cover up Felonies

--- I could go on & on but time is limited and I can explain better in a Hearing and/or with Counsel but there is a mountain of serious violations of International, Federal, and State Law that these Defendants have committed against me relentlessly that are of an abundance being Felony in nature so that they are actually Criminals at Large and that has me in serious danger to a very far extreme with me actually being in continuous pain from the actual physical injuries they inflicted on me sadistically and keep trying to Obstruct Justice for together as I have been explaining this entire time from Case# 6:20-cv-00071 to this Case at hand! I don't feel good at all! I have chest pain from enormous stress! My blood pressure is high regularly!" I need the TRO's granted and should not have to present any of this to Defendants after all they have done to me! It's madness! They are ruining me and my Life! They have left me in pain on purpose with evil intention & evil motives! I need them all restrained immediately with all due respect to the Court! It should have been done long ago and now for absolutely sure!

"I declare under penalty of perjury that the fore going is true and correct to the very best of my knowledge."

Executed On: January 20th, 2022
TDCJ-CID# 1343536

James Nathaniel Hestand
"Jamon Nathaniel Hestand"

Page #3 of 3