# Supporting Affidavit:

I, JAMON N. HESTAND, the Plaintiff of Case #: 6:22-cv-00006 of U.S. District Court - Eastern District of Texas - Tyler Division, hereby present this affidavit in support of the included "Order To Show Cause For Preliminary Injunctions & Temporary Restraining Orders" document.

The Defendants in this Case jointly & severally have relentlessly subjected me to the most outrageous Campaign of Retaliation & Harassment in a massive and very serious conspiracy against my rights to obstruct Justice for a very huge amount of Felony & Misdemeanor Crimes perpetrated against me by a multitude of TDCJ-CID Officials & staff who discriminated against my disabilities violently and illegally assaulted & battered me viciously with serious injuries many times that still have not been taken care of properly on purpose! Defendants covering up crimes for other Defendants --- committing actual Felonies to cover up Felonies --- the situation has long been out of control! This conspiracy against my rights which is Felony in nature beyond belief, extended its evil web into the: Medical Department / Grievance Department / Office of Risk Management / Wardens Office / Escort Teams / Regional Directors Office / CID Directors Office / Executive Directors Office / and even on into the TBCJ Ombudsman Office and of course the Office of the Inspector General also...

    I'm sure these allegations may <u>seem</u> outlandish but not only are they true, but there is in fact, solid evidence both in my possession, in the Courts' possession, and in the Defendants' possession which will definitely be found in Discovery, that will prove far beyond any shadow of doubt, that these Defendants have known & know very clearly what they have done to me and they know and have known this entire time that what they have done and continue to do to me is Felony in nature yet they persist and have denied me my Victims' Rights and have left me on Michael Unit on purpose in the midst of my tormentors and I have had no way to get Justice & Relief while I suffer in actual continuous physical, mental, emotional, and spiritual pain every moment of every day since they first started hurting me badly! I live in continuous pain! They even violated and still violate me when I was already in the US District Court-Eastern District of Texas with Case #: 6:20-cv-00071 and even now with extreme violence and denial of medical care! The entire time, the Property Officer is & was a Defendant who stole ⟶

Page # 1 of 5

my property (Co-Barbra Neal) and the Defendants pretend like it's ok for me to have to leave my property with that thief while going on medical chain or elsewhere like Criminal Court in Palestine for the bogus charge against me! It's madness!

I have requested Protection from these Defendants through the most extremely corrupt Grievance System and even have that denied endlessly while dirty Grievance Investigators that I have requested from, continue to violate my Grievances when they already Covered up Felony Crimes an insane amount of times against me!

My mail has been obstructed on purpose so many times it's crazy as hell with the most recent being a Legal Letter sent to me from Attorney Tanika J. Solomon that was of very serious content, that she sent me on November 17th, 2021 but I did not get it until December 9th, 2021?!---22 days from Houston, Texas?!---absolutely not! They sat on my Legal mail for at least 17 solid days and that crap caused a rift between me & Attorney Tanika J. Solomon who was representing me Pro Bono with no contract trying to help me while Defendants evaded service under Federal Law and obstructed mail from my Attorney which they did again with a letter coming from Glacier Bank that was Postmarked December 3rd, 2021---but I did not get it until January 13th, 2022?!---What the hell?!---That's 5 weeks and 4 days coming from Montana?! I could sent a letter overseas in 22 days much less 39 days! And when I confront them about it, they claim it was the U.S. Post Offices' fault!---yeah right! They have violated my mail so many times it's insane! When I got my File Box back from Attorney Tanika J. Solomon, I acquired solid evidence that my Legal Mail to Attorney Tanika J. Solomon was in fact opened and put in a Priority Mail envelope going to Attorney Tanika J. Solomon.---I do not have the ability to obtain any Priority Mail envelope whatsoever! So they illegally examined my Legal Mail here on Michael Unit April 2021!

I can go on & on but let me move to other subjects--(just remember I have a whole bunch of evidence-)-I've requested to be transferred away from Michael Unit & Anderson County so many times it will take a calculator to figure it out and I have asked to be medically transfered to Hospital Galveston and/or close to Hospital Galveston so many times it's insane so that I can avoid long distance travel that seriously aggravates my injuries---but of course I am being

Page #2 of 5

retaliated on, harassed, and discriminated against the entire time by medical employees such as Practice Manager Pam Pace, RN-Kathy Grey, and CGO-I-0352 who violated **all** my medical Grievances! So I cannot get any relief whatsoever!

That aside, I never claimed I was stupid to anyone but I suffer thru serious pain from deliberately unsolved injuries and I do have serious mental & physical disabilities that adversely affect my major Life Activities!

Since I got my File Box back from Attorney Soloman, I have been completely denied pain medication whatsoever and also denied access to medical by Practice Manager Pam Pace/Doctor Paul Shrode/Provider Rosemary Ofili/ and many others yet unknown --- I need pain medication that is strong on a regular basis and immediately! I need their hatefulness to stop which they are doing to try and break me with torture so I do not keep trying to press Litigation! While I'm doing this Lawsuit, I am in serious pain and have had no choice but to press on thru it or they win with their evil motives and evil intentions with all the other Defendants and I would be doomed!

I need a Hearing with the Court and it is an emergency and I am seriously in pain, injured, disabled, ill minded, hurt, left in a very dangerous environment, etc. ~ I am irreparably harmed already and it is getting worse & worse because of these Defendants evil against me! The main request I have made is to take me into Federal Custody with all my Property because the conspiracy goes all the way to the top and it **can** be proved and that means I'm not at all safe in the TDCJ-CID, whatsoever and that puts my Life, Liberty, and Property in serious danger!

Michael Unit is not only severely toxic but for several months it has been kept open with barely a skeleton crew of staff and 12 Building of Michael Unit is full of severely & chronically mentally ill Incarcerated Persons the whole time. And of course the Leaders of the System know it but they hold out as long as they can for monetary interests instead of shutting Michael Unit down and especially starting with 12 Building that has a mass of seriously disabled Incarcerated Persons! We are getting no Psyche Care! There's a bunch of suicides! We are being starved on a regular basis! The environment is filthy to the extreme! We rarely get any showers at all! We get no recreation at all! Zoo animals get treated better than us! It's absolute madness! You can hear →

Page #3 of 5

the constant screaming, yelling, banging, anguish & dementia, rage, etc. of severely mentally ill Incarcerated Persons! --- TDCJ-CID, et. al.; thinks that money is more important than Human Rights! Actions speak louder than words!

 I have witnessed other People go to medical periodically while I personally am denied continuously! I'm about to have to go to Criminal Court here again on February 2nd, 2022 in Palestine (last time the Judge did not show up so I just dry vas at Beto Unit) and what?! I'm supposed to leave my Property with CO-Barbra Neal?! That's so wrong it baggles my mind but these Defendants don't give a damn about my rights!

 *I wrote Judge Michael Davis of that Criminal Case with a Motion to remove any Counsel from the "State Counsel For Offenders" on January 6th, 2022 because they are of divided loyalty and are a major conflict of interest with not only the ongoing Lawsuit at this Court but also because all evidence against me (that was clearly doctored) was gathered by Defendants of TDCJ-CID & OIG and the State Counsel For Offenders are of course directly connected to TDCJ-CID and Texas Board of Criminal Justice and here it is over 3 years and 2 months after the "supposed" incident and I have not yet even made a plea on the case yet?! Which is what I'm supposed to do here on February 2nd, 2022! And the "State Counsel For Offenders" which is under the authority of Wyvonne Hill of the Criminal Section, has done absolutely nothing at all to work with me on my Defense whatsoever!! They are also conspiring against my rights very clearly! And I need help to overcome this evil in the Justice immediately! They are way out of line and are putting my Life & Liberty & Property all in serious danger! That Judge needs to give me an Attorney that is not connected to any of my Defendants and make sure it's an Attorney that can deal properly with Clients who are seriously disabled like me! I'm not signing any stupid plea bargain for what I never did! And I should not even have to plea with an Attorney from the State Counsel For Offenders at all!

 So I'm seeking a way to put this Judge under Judicial Review but it's already near time to go back over there and so I'm being subjected to a massive amount of real retaliation & harassment from many angles simultaneously --- I may have to file a complaint on →

Page #4 of 5

Attorney Wyvonne Hill and perhaps even bring them into Suit--- this whole entire situation is absolutely insane to the maximum!

And not only am I supposed to leave my Property with a thieving Defendant but also be subjected to insane transportation in twisted shackles regardless of my injuries, pain, and disabilities with me being completely & utterly denied medical care, pain meds, etc. and I am further aggravating my injuries badly in terribly cramped conditions in a metal interior Van or bus with other people at the same time then there are no accomodations for my disabilities on these transport vehicles nor at Beto Unit where I'm forced to stand in pain in a cage for many hours waiting for a cell and on duty Staff do not respect disabilities at all such as trying to make me carry my property bag while struggling to walk with a Cane when the whole right side of my body is injured badly! That blatant discrimination against disabilities can lead to more violent encounters with Staff who are not qualified to even deal with anyone with serious disabilities at all! That puts me in even more danger which is being done on purpose!

I want Relief & Justice to the farthest extent of the Law! I need to be taken into Fedral Custody but I should be able to argue with a Law Firm on my side that specializes in handling Clients with disabilities (mental & physical) but for now, I need my Temporary Restraining Orders granted immediately and need them Kept in place as we figure out my Preliminary Injunctions. I am hurt now & ongoing and these Defendants are still retaliating against me and harassing me seriously while deliberately disregarding my disabilities and my rights under Law! Please help me as soon as possible! Its an emergency situation all the way around!

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my Knowledge."

Executed On: January 20th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536

Page #5 of 5