UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF TEXAS - TYLER DIVISION

JAMON N. HESTAND
  Plaintiff

V.                                § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et.al.
  Defendants

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTIONS & TEMPORARY RESTRAINING ORDERS

Upon the Complaint, the supporting affidavits of Plaintiff, and the memorandum of law submitted herewith, it is:

ORDERED that all Defendants listed in this Case jointly and severally Show Cause in Room _____ of the United States Courthouse; 211 W. Ferguson, RM 106; Tyler, Texas 75702 on the _____ day of _____ 2022 at _____ O'clock, why Preliminary Injunctions should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the Defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them: to be fully restrained from Plaintiff & Plaintiffs' property / to stop all retaliation, harassment, and discrimination against Plaintiff and Plaintiffs' disabilities / to stop interfering with Plaintiffs' Victims' Rights / to stop interfering with Plaintiffs' serious medical needs & very adequate medical care / from violating Plaintiffs' protected Conduct of Filing Grievances / to stop obstructing Plaintiffs' mail / to cease all violence against Plaintiff / from conspiring against Plaintiffs' rights / From torturing Plaintiff / to stop discriminating against Plaintiffs' Religion / to release Plaintiff into Federal Custody with all his property / to shut down Michael Unit / to shut down Michael Unit 12 Building / to make sure that any transportation used to transport Plaintiff from place to place for whatever reason, is very clean and very comfortable in order to fully accomodate Plaintiffs' injuries & disabilities / to cease having Plaintiff incarcerated anywhere in or near Anderson County, Texas / to transfer Plaintiff to Hospital Galveston into a single cell with a television and appropriate accomodations for Plaintiffs' injuries and,

Page #1 of 2

disabilities / to give Plaintiff a Touchscreen Tablet from Securus Technologies / to give Plaintiff copies of <u>all</u> his medical records from February 13th, 2018 all the way up til now...

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, all the Defendants listed in this Case and each of their Officers, agents, employees, employers, and all other persons acting in concert or participation with them, <u>are restrained from</u>: any kind of retaliation, harassment, or discrimination against Plaintiff whatsoever / interfering with Plaintiffs' medical needs / conspiring against Plaintiffs' rights / obstructing Plaintiffs' Victims' Rights.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by _____

Dated:

United States District Judge