# Sworn Affidavit:

In regards to "Case #: 6:22-cv-00006" at the U.S. District Court - Eastern District of Texas - "Tyler Division" and as an addition to the FACTS of the Complaint, I hereby submit documentation in support of those FACTS herewith this Sworn Affidavit for Document #1 and also present the following information in support of the FACTS of my Complaint that regard more recent events:

#1) In reference to Page #2 of the Supporting Affidavit connected to the "Order To Show Cause For Preliminary Injunctions & Temporary Restraining Orders" that I drafted and sent to the Court on January 20th, 2022... The TDCJ-CID Employees involved currently in the obstruction of my Mail, are: Michael Unit Mailroom Supervisor - Jessica N. Alexander and her subordinate - Beverly A. Marcum of whom just stole an outgoing letter that was going to: GST-Kelsey Walker of the IWW Union at P.O. Box 180195; Chicago, IL 60618 USA; stating that I'm not allowed to have another Offenders information (names & TDCJ #s) which is clearly false and when in fact the letter contained therein was actually talking about this Case at hand in this Court and other serious issues that involve Union relationships in turmoil. I sent said letter out with postage paid on January 11th, 2022 and they didn't even let me know anything at all until January 21st, 2022! At which time I was notified of their theft of mail!

#2) I am still being denied pain medication and am being denied access to Medical Care completely! The retaliation has not stopped against me by Defendants and their Co-workers even when I am in the Court as a Federally Protected Plaintiff!

#3) There is enough money going to be on my Inmate Trust Fund account to pay the Initial Filing Fee with the 20% deduction for payment to this Court appropriately that should already be in Huntsville, Texas now at the Inmate Trust Fund Department but I'm not sure how long it will take to process it by their Staff of TDCJ-CID, so that was sent to them on January 13th, 2022 but while that is in motion I am also trying to get my friends to pay the initial filing fee to the Clerk of the Court for this Case electronically so we can move forward appropriately. Either way, I fully →

Page #1 of 2

intend on having the Initial Filing Fee paid even while I am still being retaliated on by the Defendants which I hope the Court takes into serious consideration when I'm struggling thru opposing forces to get things done as required while still being injured and in actual physical pain...

#4) With all due respect to the Court; I do not feel good at all and every moment is pain and Justice is being delayed by a small fee that I fully intend to pay as soon as possible... Please lift this delay from this Case so Justice can prevail! Look at all the FACTS presented in Case #:6:20-cv-00071 and in this Case at hand along with the evidence included with this Sworn Affidavit to be included in support of the FACTS I presented in Case #:6:22-cv-00006 at hand...

#5) I believe that my Life, Liberty, and Prosperity (to include my Property) are in very serious danger from the Defendants of this Case and I have alot more evidence to present but I need very serious Legal Counsel like ACLU to represent me properly for the very serious Complaint that I have brought forth in this Case... Please understand that I am not playing any games in this Court! I speak the Truth and shall reveal the Truth in my pursuit of Relief & Justice because I desire to be healed of the darkness within me that has been forced upon me with no mercy from the Defendants of this Case both Known & Unknown! Please give me Justice & Relief and move this Case forward without delaying me over a Initial Filing Fee that I intend to pay anyways.

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my knowledge.

Executed On: January 26th, 2022
*Jaman Nathaniel Nestand* (signature)
Jaman Nathaniel Nestand
TDCJ-CID #1843536
Born: April 27th, 1981 "