**Exhibit #1**

# Office of Inspector General on Michael Unit of T.D.C.J.

Excuse me, I wrote ya'll recently but heard nothing back so I'm writing this note and keeping a copy~ I also wrote the Head Warden C. Monroe of Michael Unit doing the same thing <u>regarding</u>: Theft of my property, excessive use of force with <u>obvious injuries</u>, and refusal of <u>immediate</u> medical attention for my serious medical needs that I did report and that have been proven completely...

These illegal events occurred between 2-13-2018 and 2-21-2018... <u>Before</u> lunch on 2-13-2018, Captain Jamadre L. Enge and Officer Barbra C. Neal stole a bunch of my property out of my cell at the time "12 Building A-Pod 78 cell"... they are seen coming out of my cell with a chain bag and a sheet full of my property which I never saw or heard of ever again... there is a security camera close to that cell that can probably see alot of what they did in that cell... This theft of my property "which I tried twice now to file grievances on, only to be rejected out of hand" motivated me to initiate a Use of Force which occurred <u>around</u> 2:40pm on 2-13-2018 where the same Captain Jamadre L. Enge decides to be the one to operate the 5 man use of force team himself... This Captain Jamadre L. Enge sprayed me way excessively with chemical agents without waiting for proper intervals between each spray and when the 5 man team finally came in the cell, they proceeded to hurt me physically by: Gouging my eyes "busting all the blood vessels in my eyes", slamming me very roughly cracking/fracturing my ribs, punching me repeatedly in the back of my head which smashed my forehead into the concrete, slamming the right side of my head into a steel sink/toilet repeatedly causing bleeding, twisting my right leg until my knee gave out "that has already been seriously hurt before and had surgery", bending my thumbs trying to break them, intentionally dropping me on stairs hurting my ribs even worse, hurting my back... and I was refused medical care properly by Nurse Robert Gage...

I already knew the corruption that I faced so that is why I claimed I was suicidal because I thought they was gonna just throw me in a cell without any medical attention and thought if I was put on suicide watch that I would have a good chance of getting medical attention on the next shift if I had an Officer in front of my cell... and I did get medical attention about 10 or more hours later after the incident occurred... I was seriously injured with head injuries, fractured ribs, gouged →

Page #2

eyes with busted blood vessels, excessive chemical agents, twisted right knee, hurt hands with bent thumbs, hurt back, etc. ~> I left the Unit to Skyveiw and came back on 2-21-2018 and that's when even more of my property was missing and a Religious Item was stolen from me...

At no time did I attack anyone in any kind of way to even provoke any violence against me and even if I had it wouldn't give them the right to steal my property, illegally assault me with real injuries and leave me to suffer in very serious pain without proper medical attention...

I want to file criminal charges on these staff who physically injured me illegally and those responsible for them. I want money damages for the physical, mental, and emotional injuries I received and still endure. I want injunctions to stop this illegal behaviors and to make sure proper medical attention is given when there are true physical injuries...

I do not feel safe in this enviroment with prison staff that violated my Civil/Human Rights still around me like they didn't do no wrong. I'm having nightmares about prison staff abusing me in various bad ways. I feel paranoid about all prison staff. I've been hurt many times before and never got relief. The Grievance system is completely useless and very depressing with its corruption. I am currently seeking Legal Aid about this non-stop and I am very close to getting my inheiritance money out of Wells Fargo that my Grand mother Grace Hestand left me. So it's just a small matter of time before I get a Lawyer or Law Firm and push these very serious issues and I will be keeping track of who does what they are supposed to do or not for future reference... Y'all are fully aware of this illegal activity and my desire to file charges on those who have injured me so, I hope you all do what is supposed to be done - "everything I have stated in this letter is true under penalty of perjury." ~ I am prepared to take polygraph test but regardless of that, there is a ton of evidence in my favor. Please interveiw me soon and don't make me wait to get a Lawyer or Law Firm to press the issue because that is gross negligence and only injures me further... Truly, Jamon Nathaniel Hestand #1343536

~ currently Housed at 12 Building A-Pod 31 cell ~

"Continued" — written on 4-12-2018

Page #1

# Warden Carol Monroe Jr. of Michael Unit of T.D.C.J.

Excuse me, in regards to the illegal events done against me by your employees on 2-13-2018 to 2-21-2018 → I want criminal charges filed on Captain J. Enge and Officer B. Neal for theft of property... I want criminal charges filed on Captain J. Enge and the Use of Force Team for excessive use of force on 2-13-2018 that caused me several serious physical injuries. I also want the Nurse on duty for that use of force to pay the consequences for his deliberate indifference for my obvious serious medical needs and not even doing his job properly...

On 2-13-2018 during the Excessive Use of Force, I was sprayed excessively with chemical agents without proper time being taken in between each spray and once the 5 man team came in my cell at 12 Building A-Pod 78 cell they proceeded to illegally assault me by gouging my eyes which busted all the blood vessels in my eyes, slamming me very roughly to the ground cracking my ribs, punching me in the back of the head forcing my forehead to smash into the concrete many times, slamming the right side of my head into the steel toilet/sink repeatedly causing bleeding, twisting my right leg until my knee gave out that was already messed up to begin with, bending my thumbs trying to break them, and intentionally dropping me on stairs which all together hurt my ribs with a fracture ~ and my back was hurt --- and I was refused medical attention for all these injuries for over 10 hours before I was taken to medical and I did not receive anything for serious pain for about 16 hours after the excessive use of force... I was tortured...

I do not feel safe in an environment where prison staff steal my property and physically abuse me with injuries. I'm having nightmares of being abused by prison staff and injured. This is not the first time I have been illegally abused by prison staff over the years. And when I file grievances about my missing stolen property and excessive use of force I didn't get any relief whatsoever ~ instead the grievance investigators do what they can to shut my complaints down

*Page #2*

*number (penalty of perjury I swear that everything I have stated is true...)*

even when I follow the guide lines that are in the Grievance Operations Manual... Of course, I don't expect any help or support from anyone who works for the Texas Department of Criminal Justice because I have never received any true relief for illegal actions against me from prison staff, so I'm doing what I'm supposed to do which is to exhaust all my remedies regardless of whether I get relief or not and I'm notifying the people in charge with the main authority over this Michael Unit and over T.D.C.J. itself and also to those who represent the Office of Inspector General...

Aside from that I am currently seeking legal representation and I'm close to getting my inheritance out of Wells Fargo that was left to me by my dear Grandmother Grace Hestand and so no matter what I am going to get a lawyer or Law Firm to represent me to seek relief for physical, mental, and emotional injuries in Fedral Court and no matter what I plan to file charges on those who physically abused me. So hopefully now that you are definitely fully aware of this situation, you take action and get the Office of Inspector General to investigate this illegal activity and help me file charges on those who violated my Civil/Human Rights by physically injuring me illegally...

You are now fully aware of these illegal actions by your staff here on Michael Unit. You are responsible for their training and their actions. I am not ok ~ I am not alright from these abuses... I want full relief including criminal charges to be filed on those who used illegal use of force on me, injunctions to stop these illegal uses of force from happening and for medical attention to be given properly to someone who has been physically injured; and I want money damages for the physical, mental and emotional injuries I received and that I still endure constantly, and I want injunctions and money damages for the theft of my property which is something else that should never happen... These violations of inmates Civil and Human Rights do not make us better, it makes us worse in every possible way... It's just a matter of time before I am in position to push these legal issues through and I have to keep track of who does what they are supposed to do or not... Truly, Jamon Nathaniel Hestand # 1343536 Currently Housed at 12 Building A-Pod 31 cell ~ *Jamon Hestand*

Page #1

# Executive Director of T.D.C.J. - Brad Livingston

Excuse me, this is to notify you of illegal activities by those acting under Color of State Law that have very seriously injured me physically, mentally, and emotionally, and even Spiritually over many years up to very recently... This is also to notify you of my desire and very serious need for full relief for these abuses including criminal charges being filed on those who participated in illegal activities against me, injunctions to stop this illegal behavior/activities from happening again, and major money damages to make up for the injuries I received and still endure to this very day...

These illegal activities specifically regard: theft of my property, very excessive and illegal uses of force, Cover-ups of illegal activities by Grievance Investigators and Wardens, Cover-ups of illegal activities by an employee of the Office of Inspector General, deliberate indifference of serious medical needs, gross negligence for my safety, no relief for illegal activities/abuses against me, etc.

I have been in fear of pursuing legal action for these illegal activities ever since a Ms. Stevick at Connally Unit of the Office of Inspector General around December of 2011 covered up illegal uses of force where I was very seriously injured by prison staff regardless of tons of serious evidence in my favor...

Each of these illegal events occured on the following dates: (9-10-2010), (9-9-2011), (12-7,8,9-2011), (12-10-2014), and finally most recently (2-13-2018) --- I know you have the power to very easily investigate these dates of illegal uses of force, theft of property, cover-ups of illegal activity by Investigators/Wardens/and O.I.G. employees... I want Criminal Charges filed on all these people who abused me terribly and struck fear into my heart... I am not alright... And it will take a lot of relief to make up for these crimes against me...

Page 12

You and other may wonder why I have decided to take legal action now and what prevented me from taking legal action before --- First all, what prevented until now was several reasons: Fear, because I was seriously injured and Grievance Investigators/Wardens/and Ms. Stevick of the Office of Inspector General at Connally Unit of T.D.C.J. covered up illegal actions against me. I felt helpless because of these illegal cover-ups of illegal activities against me. I surely did not have the Legal Knowledge to take Legal action by myself. I wrote over 70 Law Firms/Lawyers in Texas and tried to explain myself as best as I could but I had no money for Attorney's Fees and Filing Fees and I had no outside support from any family or friends ----- I have been alone suffering these illegal abuses until now...

Although I now know more about my Civil and Human Rights and about Fedral Law and about Lawsuits in general, I still do not feel like I can do it by myself~ the Law is very overwhelming to me... But, one thing very serious is about to change: I am very close now to getting my inheiritance out of Wells Fargo left to me by my Dear Grandmother Grace Hestand. And even though I am already in contact with a Law Firm right now, I will very soon be able to hire a law firm anyways and at that point I will not be alone anymore ever again and I want all the relief I can get for the injuries I received and still endure now and will have to endure til the day I die... No-one should have to suffer all this corruption and inhumanity that I have and still do...

My next step besides keeping a Law Firm fully informed of all these issues is to contact the Fedral Bureau of Investigation and very graphic-ally inform them of all this terrible abuse I have been through. I am not stopping until I get very full relief for all this injustice I have suffered... All I have written in this letter is true under penalty of Perjury... I hope you take action against these crimes against me... Truly JamonN. Hestand #1343536 currently held at Michael Unit T.D.C.J.

Carbon Copied Written On 4-22-2018

Page #1

# Fedral Bureau of Investigation

Hello ~ This letter is regarding serious criminal activities where I was badly injured by prison staff and those responsible for investigating and taking legal action against these crimes instead covered up the illegal activities deliberately... "Everything in this letter is true and correct to my knowledge under penalty of perjury." All these crimes happened in the Texas Department of Criminal Justice at the Connally Unit in Kenedy, Texas; at Jester 4 Unit in Richmond, Texas; and here at Michael Unit in Tennessee Colony, Texas where I am now...

To begin with, at Connally Unit I was already under investigation by the Office of Inspector General concerning an illegal use of force from 9-10-2010 ~ I took a Polygraph test with the "State Polygraph Examiner" and passed the test regarding an Officer Marcos Perez Striking me in the forehead with a riot baton while I was in handcuffs ~ I have witness statements and done complaints... I was interveiwed by an O.I.G. Officer many times at first, then it all stopped ~ I was smashed again o 9-4-2011 by prison staff and seriously injured and couldn't get any relief whatsoever. And on 12-7-2011 I was smashed butt naked in handcuffs, stamped on, ribs cracked, excessive chemical agents, punched on, kicked, etc. repeatedly, and of course, denied medical attention for all these incidents... Marcos Perez initiated the 12-7-2011 issue

Well, on 12-8-2011 I get pulled out of a cell where I had been left butt naked with huge amounts of chemicals against my body and blood all over my head and footprints all over my body where I was stamped on... I get pulled out by a Ms. C. Stevick of the Office of Inspector General... She said she was there to interveiw me about the case from 9-10-2010 concerning Marcos Perez hitting me with the riot baton and the polygraph test I already passed but I had just got smashed again the very day before by prison staff again who ⟶

beat me up in handcuffs and sprayed me with several cans of chemical agents because of Marcos Perez again!!!! - No present was the Major over Seg at that time who I find out though the grapevine is in an intimate relationship with Ms.C.Stevick of the Office of Inspector General on Connally Unit... She told me the O.I.G. Officer who was investigating my prior issue against Marcos Perez died of health reasons so she took over my case...

So I gave her a full report of the illegal uses of force of 4-10-2010 and 4-4-2011 and what had just happened the day before on 11-7-2011, which concerned Marcos Perez once again and other prison staff assaulting violantly in handcuffs naked--- Officer Ms.C. Stevick of O.I.G took pictures of my obvious injuries and I really thought I was gonna finally get some real relief for these major injuries I received illegally --- instead, Ms. C. Stevick of the office of Inspector General covered up all the illegal activities, she ignored all further corresspondence from me, complaints were ignored, she threw my cases out for no good reason... even the one that I had already passed a polygraph test for with the State Polygraph Examiner --- It's simple, she was in a relationship with the Major and the Major was friends with the people who injured me under color of State law --- Ms.C. Stevick of the Office of Inspector General at Connally Unit Covered up 3 very serious cases of illegal uses of force where I was seriously injured by prison staff. She threw my extremely legitamate cases out. She covered up illegal activities. and she's supposed to be like a police Officer seperate from T.D.C.J. It's a scandal of huge proportions what she did to me. It has terrified me ever since from taking legal ~

Page 9

action. I didn't know what to do when the police are corrupted... I have felt helpless with deep anger ~ I have been on pain medication for over 8 years now from all the injuries I received and still endure --- I fantasize about revenge on this Ms. C. Stevick of the Office of Inspector General --- what she did to me is pure evil --- I am not ok! I am not alright that I got violated ~ I got injured very seriously and abused physically, mentally, emotionally, and spiritually to the extreme!

This is monstrous behavior against me! It's madness that I never deserved as a human being ~ it's incredibly wrong and I am still extremely injured from those excessive uses of force and I feel destroyed inside by Ms. C. Stevick of Office of Inspector General covering up all these illegal actions due to her relationship to a prison staff member!

I was also involved in an illegal use of force on 12-10-2014 where I was at Jester IV Unit and got smashed again by prison staff who beat me up real bad fracturing my ribs and breaking and tearing my right knee by stomping my knee into the concrete while another Officer held my leg for it to be done --- it was a nightmare of pain and suffering and all my complaints got covered up very quickly but I did get surgery for my knee on June 16th 2015 ~ I couldn't even walk - I was wheelchair bound!

I can show Sworn Affadavits about the 3 uses of illegal force from Connally Unit ~ Jester 4 did a serious cover up that only great investigators could dig up --- I know everyone involved and there is a use of force file for it still along with medical records on file for it...

OK, now recently on 2-13-2018 here on Michael Unit I was →

page # (4)

~ again injured seriously by prison staff who used
excessive chemical agents on me, beat my head into the
concrete, gouged my eyes, slammed my head into a steel sink/toilet,
twisted my right knee til it gave out, fractured my ribs, messed up
my hands, caused a hearing problem --- and they _stole_ half my
property - I ended up going to a free world hospital where I
was shown very deliberate indifference because I'm an inmate ...

The corruption I have endured and suffered in T.D.C.J. is insane
and has ruined my life --- I want criminal charges filed on all those
who have abused me, who have injured me ~ I want this illegal behaviors to
stop, ~ I want serious money damages for my anguish ~ I want all
this information to be publicized so everyone can see whats really going
in T.D.C.J... This inhuman place makes human monsters...

Please investigate this very real corruption ~ T.D.C.J. employees are
trying real hard to cover up this illegal activity here on Michael Unit ---
I have _tons_ of evidence in my favor right now — they will _not_ process
my grievances or give me any relief ~ if I dig through my paperwork
I can find more abuses prison staff got away with by a serious conspiracy
of cover ups by Authorities/Investigators who all work with or for T.D.C.J,

Why am I willing to act now? That's simple, I'm very close to getting
my inheritance out of Wells Fargo and I know I can hire a Law Firm
to finally back me up for the rest of my time ... Also, I am already in
contact with a Law Firm right now ... But I firmly believe the F.B.I.
needs to step in on this issue ~ especially when an Officer of Inspector General
covers up illegal activities and completely and utterly abuses her position
illegally because of her relationship with a Major of prison staff ...

Please get at me as soon as possible. I'm serious about all of this and
I truly need help from good people out there ... Sincerely, Jamon N. Hestand
Truly, Jamon Hestand          Currently housed at Michael Unit of T.D.C.J          # 1343536

# PRECEPT TO SERVE COPY OF INDICTMENT

CAUSE NO. **87CR-20-34556**

RECEIVED
ANDERSON COUNTY
SHERIFF'S OFFICE
2021 MAR 16  AM 11: 52

TO THE SHERIFF OF ANDERSON COUNTY-GREETINGS:

YOU ARE COMMANDED TO SERVE:

**Jamon Hestand, TDCJ# 01343536  ESTELLE UNIT  264 FM 3478  HUNTSVILLE TX  77320-3320**

THE DEFENDANT IN CAUSE NO. **87CR-20-34556**, WHEREIN THE STATE OF TEXAS IS PLAINTIFF, AND **Jamon Hestand** IS DEFENDANT, IN PERSON, WITH THE ACCOMPANYING CERTIFIED COPY OF THE ORIGINAL BILL OF INDICTMENT NOW ON FILE IN SAID COURT.

HEREIN FAIL NOT, BUT OF THIS WRIT MAKE DUE RETURN AS THE LAW DIRECTS. GIVEN UNDER MY HAND AND SEAL, THIS **28th day of October, 2020**.

**TERESIA C COKER, DISTRICT CLERK
ANDERSON COUNTY, TEXAS**

BY DEPUTY: _Teresa Woodall_

## OFFICER'S RETURN

CAME  TO  HAND _____,20_____,

AT_____O'CLOCK_____.M., AND EXECUTED BY DELIVERING THE ACCOMPANYING CERTIFIED COPY OF INDICTMENT NO._____ TO

_____THE DEFENDANT HEREIN, IN PERSON,

AT_____O'CLOCK  ON_____ THE_____DAY

OF_____

DELIVERED THIS 21st DAY OF ___ 2021
SHERIFF ANDERSON COUNTY, TEXAS

BY: WALKER COUNTY SHERIFF'S DEPARTMENT
Anderson

TIME_____ 09:51 AM/PM

#12

## THIRD JUDICIAL DISTRICT COURT OF ANDERSON COUNTY, TEXAS

INDICTMENT NO. 87CR-20-34556                 BOND: $ 25,000

### STATE OF TEXAS VS. JAMON NATHANIEL HESTAND

CHARGE: AGGRAVATED ASSAULT (SERIOUS BODILY INJURY)
OFFENSE CODE: 13150004                    CODE & SECTION: 22.02 of the Texas Penal Code
TRN:                                      OIG NO.: 18-12577
SID NO.: 06228192

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

    THE GRAND JURORS, duly selected, organized, sworn and impaneled as such for the County of Anderson, State of Texas, at the January Term, 2020, A.D, of the District Court for said County, upon their oaths present in and to said Court, that on or about the 5th day of November, 2018 and anterior to the presentment of this Indictment, **Jamon Nathaniel Hestand,** did then and there intentionally, knowingly, and recklessly cause serious bodily injury to Q. Goodman by striking the said Q. Goodman with a hot liquid in the head and/or face.

### ENHANCEMENT PARAGRAPH(S)

And it is further presented that, prior to the commission of the charged offense (hereinafter styled the primary offense), on the 10th day of February, 2000, in cause 99CR0772 in the 122nd Judicial District Court of Galveston County, Texas, the defendant was finally convicted of the felony offense of Murder.

And it is further presented that, prior to the commission of the primary offense, and after the conviction in cause number 99CR0772 was final, the defendant committed the felony offense of Burglary of a Habitation and was finally convicted on the 2nd day of December, 2005 in Cause No. F-2005-1052-B in the 158th Judicial District Court of Denton County, Texas.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

SIGNED: _____          ANDERSON COUNTY GRAND JURY

                                 FOREPERSON

IDENTIFIERS:

RACE: White  SEX: Male      D.O.B.: 4/27/1981    HEIGHT: 6' 00"    WEIGHT: 170
FBI:   31803LB6   TDCJ: 01343536

LAST KNOWN ADDRESS:    Beto Unit, Texas Department of Criminal Justice, 2664 FM 2054; Tennessee Colony, TX 75886

ARREST STATUS: In TDCJ Custody—Not arrested—Issue Warrant



CERTIFIED TO BE A TRUE AND
CORRECT COPY
TERESIA COKER
DISTRICT CLERK
ANDERSON COUNTY
PAGE ___ OF ___

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF ANDERSON

The above and foregoing is a full, true and correct
photographic copy of the original record now in my lawful
custody and possession, as the same is filed in the records
of my office.

I hereby certify on 10-8-2020
TERESIA COKER, DISTRICT CLERK
ANDERSON COUNTY, TEXAS



BY _____DEPUTY

# Sworn Affidavit:

On March 31st, 2021 at about 10:15am I was taken from 12 Building D-Pod 75 cell by Sgt. Daniel R. Jett and by C.O.- Debra S. Holbrook to 1 Building to supposedly be served some sort of paperwork...

When we got to 1 Building and made it right past the first doorway going in there was what "looked like" a freeworld Officer of the Law but not in Uniform (it was a white man wearing a Cowboy hat, jeans, plain plaid shirt, etc.)... He had what looked like a badge on his belt but I couldn't see it clearly...

Anyways, this individual who claimed to be a Deputy, served me some suspicious paperwork claiming it was an "Indictment" and that "OIG" filed charges on me and I said that "OIG" can't file charges, so he said it was the Grand Jury and I said they can't do it either and I asked where is the District Attorney's name on the paperwork and he said he was done with me so I asked who he was and he said it was on the paperwork but I couldn't read and told him so and he said he was "Deputy Massie? sp?" and I asked him to spell it but he refused saying he printed it on the paperwork which he did not --- he got angry and told me that I better hope I don't come to his Courtroom for any reason! Like he was trying to aggravate me on purpose and it did make me angry too!

I can not read his name on the paperwork and I believe this supposed Indictment is false for several reasons and that supposed Deputy had no right to threaten me at all! And I Know for a fact that neither the "Grand Jury (which I can not read the name of the Foreperson on the paperwork) or the "Office of the →

Inspector General can file charges on me at all! And from what I understand, this same corruption has been going on in Anderson County for many long years where they try to scare Incarcerated Persons into signing "Plea Bargains" regardless of the truth of each situation so they (they being District Attorneys/OIG/ etc.) can get quick Prosecutions to make themselves look good supposedly but the main Victims of this political scheme are People of Color along with Working Class & Lower Class individuals but People of Color are the main Victims of this hateful enterprise and I'm a white guy but I see it very clearly!

* District Attorneys file charges! But here I am in the Spiders' Web my self and so apparently there's some major corruption that needs to be brought all the way up and out to the Light for everyone to see and the sooner the better! The District Attorney of Anderson County, Texas is "Allyson A. Mitchell" (I believe) currently and what really trips me out is how the Office of the Inspector General conspires against the rights of Incarcerated Persons with the TDCJ-CID and the District Attorney of whatever district they're in to obstruct Justice for actual Human/Civil Rights Violations or Felony/Misdemeanor Crimes committed against Incarcerated Persons by Prison Officials & Staff on a very regular basis which is exactly what is being done to me right now in Anderson County after being assaulted & battered several times with serious injuries on February 13th, 2018/December 4th, 2019/April 5th, 2020/March 4th, 2020/etc. along with Grievance Investigators and many other Prison Officials & Staff who deliberately violated me with Felony Crimes a bunch of times but I'm still being denied my Victims Rights to this very day!~ "I declare under penalty of perjury that the forgoing is true and correct. Executed On: 3-31-2021 _Jemson Nathaniel Hestand_

Mr. Jemson Nathaniel Hestand ~ TDCJ-CID ID#1343526

Jamon Hestand #01343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX  75886

\* PHI Release Form on 8-12-2020

Jamon,

I didn't try to get your medical info, but did make a complaint based on the information about staff assault(s) on you.   I had no idea how accurate it was, but when I get a serious case, I raise the question with TDCJ.  I never know what they say to an inmate or what they ask.  They just try to whitewash it all.

If you want to send us information, for now, use this temporary address of our Producer, since we have been out of the station since March, first over Covid-9 and then over  a major mold issue in the building.  It's making the mail really hard to get, then catch up with.

David Collingsworth / The Prison Show
4414 McCleester
Spring, Texas 77373

When you write, please keep very brief and to the point, as our volume of mail makes it really hard to read a six page hand written letter.  We get a lot of mail, but it is in batches of 30-40+ every few weeks.  That pile all at once makes it worse and we have no outside help.  We want the complaints and information but are often overwhelmed by the volume.

I know Ms. Solomon.  She's a very good lawyer for cases like yours.  I have made contact with her.

I included you in my weekly email to TDCJ again this week and told them medical care is being withheld.  They already tried to say it was investigated last time, but I told them it's still that way and they said they'd check again.  You know how they do it.  Deny and delay and deny again.

Maybe if I can keep it up, at some point they'll either handle it or slip up and I'll let Ms. Solomon have a copy of that.   Meanwhile, keep your spirits up and you nose clean.

Thanks,

Hank
The Prison Show

The Prison Show
419 Lovett
Houston, TX 77006

RO-1204120

NORTH HOUSTON TX 773

18 SEP 2020 PM 7  L

Jamon Hestand #01343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

E 2 1103
AQ162
1218-44

Texas Inmate Families Association
PO Box 300220
Austin, TX  78703-0004

May 22, 2020

Jamon Hestand  TDCJ #1343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Dear Jamon,

Thank you for writing to TIFA. I certainly appreciate your struggle and I have heard of IWOC before. I have not heard from Brianna and she has not paid for your newsletter subscription but I am going to send you our most recent newsletter.

We have had a lot of complaints about the Michael Unit and that will be a focus on our next phone call with TDCJ. Hopefully the Johnny sack meals are getting better, if not hopefully soon. I know it is a struggle but we must struggle on and keep the faith.

I am also including some information about the COVID-19 pandemic and want you to know we will be working to do as much as we can to help everyone through these extremely tough times.

Sincerely,

TIFA Staff

File: 200649



Texas Inmate Families Association
PO Box 300220
Austin, TX 78703-0004

Jennifer
Erschabek

RO-05 2720

12344

Texas Inmate Families Association
PO Box 300220
Austin, TX   78703-0004

February 4, 2021
2047

Jamon Hestand TDCJ# 1343536
Michael Unit
2664 FM 2054
Tennessee colony, TX 75886

Dear Jamon,

Thank you for writing to TIFA. We receive many letters from people inside TDCJ and it is difficult for us to reply to each individual request.

Our mission is to break the cycle of crime by strengthening families through support, education, and advocacy. This is where a TIFA membership comes into play. We encourage families to join, as connecting families during the incarceration of a loved one is important to provide critical information, support and help mitigate feelings of isolation and hopelessness that many people in your and your family's position experience. Additionally, policies and practices are constantly changing in the Texas prison system and TIFA helps families navigate the TDCJ bureaucracy.

We were inquiring if you got your property yet. Please remember the mail has been slow because of COVID, holidays, and etc. Usually, sending I-60's to your old unit's property office will start the process of getting your property.

Sincerely,

TIFA Staff

File: 1343536-202480



Texas Inmate Families Association
PO Box 300220
Austin, TX 78703-0004

R0-021121

170-75

NORTH TEXAS TX P&DC
DALLAS TX 750
5 FEB 2021   PM 5   L



FOREVER / USA

Jamon Hestand (# 1343536)
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

# Sworn Affadavit

At or around 1:00 AM on July, 31, 2018 1, Joseph Williams, witnessed officer Michael. O. Casteel threaten, offender, Jamon. N. Hestand #1343536 in 12 Building, A Pod, 3 section 31 cell, to assault offender Hestand in medical where there are no cameras. I also heard him say he would find his family (MOTHER And SISTER) and do things to them as well. Officer Casteel was intentionally and deliberately antagonizing offender Hestand. Officer Casteel was very unprofessional in the way he handled matters constantly using profanity and taunting language and gestures. I watched and heard this from 36 cell of 12 Building, A Pod, 3 section.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8-10-2018
Joseph Williams #2158219
Joseph Williams

## Sworn Affidavit

I am Demarcus Jackson currently housed at Michael Unit, and on 7-31-2018 on 12 Building A pod 3 Section about 1 am in the morning inmate Hestand was asking Co Casteel, O Michael about why he/insit had access to medical treatment, and then thats when Co Casteel went to telling him that he can get him to medical but when he get him there up because ant no camera there to Keep him safe, he was going to take the handcotts off and beat him he also stated how he was going to have sex with his mother and sister when he got a chance too look them up and find their contact numbers I He also was inticay him to due something if he considered himself a man. Also he Keep coming back when he was exiting the Pod providing and antagonizing inmate Jarron W. Hestand 1343536 " I declare under Penalty ot perjury that he foregoing is true and correct. Executed On (7-31-18

Demarcus Jackson 1515878

Demarcus Jackson

While coming from medical from getting blood drawn, 12A 32 about 1:00 AM Hostland was arguing with officer Steet Casteel about use of force they were involved, Hostland opened slot to attempt to ~~assault~~ hit Casteel but Casteel jumped back, was saying about screwing Hostland's sister and Mom in the world and other similar statements ~~(scribbled out)~~ for about 5 minutes until they left my cell - they were having problems closing my door so they took awhile attempting to close my door.

Roger Uvalle 625717
7-31-18

NO ADDS OR SUBS AT THE WINDOW!!! BLUE SLIPS WILL ONLY BE ACCEPTED AT WINDOW!!!
WINDOW, HOWEVER, MISTAKES WILL BE ADDRESSED & COMMISSARY WILL CORRECT ERRORS!!
ALL RECEIPTS WILL BE SIGNED IN IN INK!! ALL SALES ARE FINAL ONCE YOU LEAVE THE

SIGNATURE:                                          THUMBPRINT:

End Spend Limit:    $.00        Ending Account Balance:         $.00
                               Sales Tax included in above amount:  $.00
                               Transaction Total:              $.00

                        * No Records to Print *

Class      Ext.Amt    Quantity   Unit Price    Beginning Account Balance:  $.00       Item Description    Item Number
Housing: 12-A-C ROW-I CELL32   $.00                                                   ID Number: 0062571    Purchaser: UVALLE,ROGER
Begin Spend Limit:   $.00
Spend Limit

Page:   1
Time:  7:22:07
Date:  7/30/18

Commissary Purchase Receipt
MICHAEL UNIT 'A'
Commissary & Trust Fund

person: TC00042                                                                      :0361 - 08

Sworn Affidavit

Since about November 6th, 2020 I have relentlessly reported the following symptoms to Medical Personnel here on Estelle Unit along with On Duty Staff: Fatigue, Chest pain, nausea, sore throat, congested nose, cough, sneezing, diarrhea, feeling something in my lungs that burns, etc. to the following medical Staff: Provider Temitope Adams, Nurse Sherman, Nurse Michelle Northcutt, Nurse Cheryl Long, Nurse Hutt, et. ol. and have been deliberately denied lab test for flu and/or COVID-19 infections all the way til now here on December 3rd, 2020 & ongoing! I'm being tortured on purpose!

I also reported symptoms to Medical Personnel at Hospital Galveston including: Nurse Brown and Doctor Orihuela on November 12th, 2020 that I had symptoms such as: fatigue, cough, chest pain, blood in my congested nose, serious nausea, feeling something in my lungs, loss of appetite, feeling like I was going to vomit, etc. and I was still denied a lab test for COVID-19 and/or flu "Influenza" and I told on duty Staff like Officer Taylor, Officer Cloy, Officer Cana, et. ol. and was refused medical attention/lab test/treatment by everyone working under color of State Law!! At the Hospital Galveston!

Here it is December 3rd, 2020 and I am still sick and even sicker with: serious nausea, heartburn, fatigue, cough, burning in my lungs, diarrhea, congested nose, chest pain, itching in my ears, food not tasting right, sore throat, shortness of breath, hard to eat my food, anger & depression, some sneezes, etc. and I am still being denied lab test for COVID-19 and/or Influenza by Medical Personnel on Estelle Unit!

I can hear other Incarcerated Persons & Prison Staff coughing & sneezing around me here in A2-102 cell on the main building of the Estelle Unit which is a Medical Facility full of Incarcerated Persons at very high risk of depth and/or serious health problems from COVID-19 and/or Influenza but Prison Officials & Staff are not doing mass lab testing for either disease so they can pretend the positive cases are low when in fact, they are only testing the very sickest prisoners with extremely obvious symptoms while refusing to test anyone else while all →

Prison Officials & Staff come & go through only a defective temperature test back & forth from Society in & out of what has become a breeding ground for COVID-19 that Prison Officials lie about on purpose so they can keep Prison Slaves working for free for their ignorant monetary interests during this Worldwide Pandemic outbreak! They are monsters with evil intentions!

It's cold back here on A-Wing due to very poor insulation and the vents that blow heat being very weak! We have filthy showers! We can't get no clean clothes or laundry on a regular basis! We rarely get any Cleaning supplies! We are denied lab test for COVID-19 on purpose! The food & drinks at every meal go through cross-contamination of Staff & Incarcerated Workers touching all sorts of things and touching our trays & drinks and their masks/faces/etc.! It's terrible!

I am in serious pain from unsolved multi-site injuries related to the excessive/illegal uses of force from February 13th, 2018; December 4th, 2019; March 4th, 2020; and April 5th, 2020 and I am obviously sick with COVID-19 but I am being denied lab test & treatment on purpose! I've wrote Medical & reported my symptoms non-stop! And they don't give a damn about me or any others at all! I need help badly! We all need help badly! The Virus never stops in here! There's nowhere to run and nowhere to hide! I've been hit by wave after wave and I'm beat down with my injuries at the same time! Please help me!

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: December 3rd, 2020

Jaman Nathaniel Hestand
Jaman  Nathaniel  Hestand

# SWORN AFFIDAVIT

STATE OF TEXAS
COUNTY OF PALESTINE

"My name is <u>Anthony Whitaker #1824873</u>. I am an offender confined in the Texas Department of Criminal Justice, am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

'On the date of April 9th, 2020, at approximately 3:15pm to 3:55pm, at the Michael Unit, on 12 building · B pod · 4 section Plaintiff Jamon Hestand complained an severe issue to prison staff that an razor blade was found in his lunch-food tray. At this exact date and time I came out of one row shower, on 12 building B pod 4 section, and witnessed an razor blade in Mr. Hestands food as he manifested it to me on my way back to my cell. Food Managers ; napoleon adozi, Joseph Biscoe, Copper Brasher, Teara Farris, Patricia Fite, David Hartzog, Jerry McCoy, MarGarita Rose, Shaquita Stephens, Donna Thompson, Therese Tsogo, and Ebere Totty are all held accountable for the food served to prison inmates, in TDCJ, to be clean, edible and free from harm.'

CERTIFY UNDER PENALTY OF PERJURY THAT THE INFORMATION NCLOSED IS TRUE AND CORRECT.

Executed in Palestine, state of Texas, on the 12th day of April 2020.

Anthony Whitaker - Anthony Whitaker

 **Texas Department of Criminal Justice**

**Bryan Collier**
Executive Director

March 6, 2020

OFFENDER: HESTAND,JAMON   TDCJID:  01343536  Facility:  MICHAEL

The Patient Liaison Program no longer accepts complaints from the offender population.  Your letter is being returned and you are directed to follow the below listed procedures if you chose to file a complaint about your health care (medical, dental and/or psychological).

The health care at the MICHAEL facility is the responsibility of the UTMB-CMHC.

Each facility has an Informal Complaint Process in place.  If you have a medical, dental and or psychiatric related complaint, you must first attempt resolution through this process.  You may submit an I-60 and or letter to the facility based Complaint Coordinator:  PRACTICE MANAGER.

Please allow sufficient time for a response.  If you are dissatisfied with the response from this process you may proceed with the offender grievance process (I-127 AND I-128).  Remember that all offender grievances must be submitted to your unit grievance office.

Please follow these procedures for all future complaints about your health care.


Sincerely,

TDCJ Health Services Division
Office of Professional Standards
Patient Liaison Program


MW/dv

Reference No. :  2000t0000000305

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 295-6371
www.tdcj.state.tx.us

Case 6:22-cv-00006-JCB-KNM Document 1-4 Filed 02/01/22 Page 29 of 61 PageID #: 197

11th, 2020

TO: Vice President UTMB - CMAC - Owen Murry
2 Financial Plaza, Suite 625
Huntsville, TX 77340

RE: Jamon N. Hestand #1343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Excuse me, I've been dealing with serious pain from multiple injuries, most of which stem from an excessive use of force on February 13th, 2018 where Prison Officials & Staff assaulted & battered me with serious. They fractured my right lower rib, twisted my right knee, hurt my lower and upper back, hurt my right hand, busted my head repeatedly causing a ringing peircing sound that never ends with bulging eardrums, busted blood vessels in my eyes, etc. --- The other main injury which comes from a seperate incident is my left testicle which hurts constantly...

For 2 solid years I have wrestled with the medical department between Michael Unit & Estelle Unit, and Hospital Galveston while I'm living in serious pain and I have been faced with all sorts of retaliation, delays, rescheduled appointments, fake refusals turned in, no Doctors at Galveston, Grievance Investigators violating my Protected Conduct of Filing Grievances, etc...

Since September 2019 I really started going on medical transport/Chain back to back going through terrible conditions back & forth from Michael Unit to Estelle Unit to Hospital Galveston and back again and it escalated in January 2020 to 4 medical chains in one month! But I couldn't go on the January 29th, 2020 chain because of multiple reasons such as intense physical, mental, and emotional trauma. I am getting hurt worse from these medical transports/chains which are→

very unsafe with no seat belts and unnecessary inhumane shackles leaving me defenseless and hurt each time. I'm forced into dirty filthy cells coming and going. I can't take care of my personal hygeine, legal & personal mail (or recieve it), can't get to other medical appointments on the Unit, I get starved with sack meals that don't have my proper diet, struggle to have clean clothes, etc. etc. --- It's torture!

Im hurt bad! My right knee throbs with pain --- I can feel my right lower rib poke my lung when I breathe in and it aches continuously. --- My right hand has pain and seems slower and not as strong a grip --- I have a headache that never ends with a pressure thats hard to explain in my head --- I hear a ringing peircing sound that never stops in both ears --- my left testicle has sharp or throbbing pain that fluctuates continuously --- my right nostril is broken in making it hard to breathe properly and it messes with my mind & health --- my lower back/spine hurts with a mixture of sharp pains/throbbing/numbness/etc. and there's a protrusion on the right lower side thats not on the left side! --- My upper back hurts very bad especially the entire upper right side area and feels like something is torn/out of place/chipped or some crazy shit that hurts like hell! --- All these injuries are killing me with pain all at one time and messing with my mind badly and most are very serious and years have gone by and nothing has actually been done to fix or treat these problems and Ibuprofen ain't never helped anywhere near enough! Even with the psyche meds I used to get it still wasn't enough! Now this stupid Telepsyche Ms. Pena took me off all the psyche meds Im in intense pain!

*** I need to be moved to Region III as close to Hospital Galveston as possible or even at Hospital Galveston so I don't have to be tortured with transportation and the terrible conditions I've mentioned already and so I can be treated properly because I am suffering greatly and can't endure the added pain physically or the mental anguish anymore --- its gone way too far!! --- Please get me moved to Region III as close to Hospital Galveston or at Hospital Galveston permanently til I get out of prison. I am not participating in the Mental Health Program so theres nothing to hold me here at all! I need real help immediately!

(Carbon Copied)

Please get back with me as soon as possible and get me moved to Region III as close to or at Hospital Galveston. Until then I am going other routes but you have the power & responsibility over this issue and thats why I'm writing you now so please get back with me by at least February 28th, 2020 which is <u>about</u> 13 business days so I know how to proceed...

* You can contact me or my Legal Representative "Attorney Tanika J. Soloman" or anyone else at the "T.J. Soloman Law Group, PLLC" at either (713) 640-5956 or (attorney@tjsololaw.com)... Hope to hear from you soon. Have a nice day.

Sincerely,
Jamon N. Hestand #1343536
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CORRESPONDENCE / CONTRABAND DENIAL FORM

NAME _Hesland, Jamon_   TDCJ-CID# _1311135536_   HOUSING _12 D 75_

UNIT _MI_   DATE CORRESPONDENCE RECEIVED _1-20-22_   DATE OFFENDER NOTIFIED _1-21-22_

CORRESPONDENCE: ☒ TO OR ☐ FROM _Bm_

_GST Kelsey Walker_
_Po Box 180195_
_Chicago IL 60618_

| | |
|---|---|
| 1st Attempt: | / / |
| 2nd Attempt: | / / |
| 3rd Attempt: | / / |

**The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules**

DENIED: _1 letter - Offender cannot have another offender's_
_information_

RECEIVED: _Nothing_

**APPEAL:** Should persons outside the institution desire to appeal, submit a written appeal to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099.  The appeal must reach the DRC **WITHIN TWO (2) WEEKS** of the notification date listed above.

**Does offender wish to appeal the decision?** ☐ Yes ☐ No

**DRC Non-Appealable List** ☒
**(Offender cannot appeal)**

DISPOSITION IS ALLOWED AND MUST BE CHECKED AT THE TIME OF DENIAL, UNLESS SECURITY CONCERNS MANDATE  OFFENDER NOT BE GIVEN A CHOICE OF DISPOSITION (BOARD POLICY 03.91):

☒ **No Disposition Allowed**

☐ **Destroy**

☐ **Send to the following person at the offender's expense:** _____
Name & Address
_____
_____

IF DISPOSITION IS NOT EXECUTED OR LITIGATION/ GRIEVANCE PROCESS HAS NOT BEGUN WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEM(S) WILL BE DESTROYED.

_____   _____
Employee Signature        Date        Offender Signature _Offender Refused_   Date

**UNIT DISPOSITION:   MAILED** ☐   **DESTROYED** ☐   **FILED** ☐   _____
Date        Employee  Signature

☐ **DRC APPROVED, RETURNED TO OFFENDER** _____
Offender Signature        Date   _12D75_

**DISTRIBUTION:**
Original -  Send to the DRC **IF THE OFFENDER WISHES TO APPEAL.** If not, keep on unit.
Yellow   - Offender Copy

I-153 (Rev. 09/18)



# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2012005945 |
| Date Received: | SEP 12 2011 |
| Date Due: | 10-22-11 |
| Grievance Code: | 015.800 |
| Investigator ID #: | 1079 |
| Extension Date: | |
| Date Retd to Offender: | OCT 19 2011 |

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Connally__   Housing Assignment: __12E-20 cell__

Unit where incident occurred: __Connally__

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Capt. Almendarez - Lt. Bohman - Sgt. Rosales - Sgt. Mutz - Benividez - Ms. Oliver

Who did you talk to (name, title)? Sgt. Barrientez - Ms. Green - Leal - Ruiz - Seaford - Ramirez - Mora   When? 9-9-11

What was their response? File a I-127 for Use Of Force

What action was taken? I was beaten with excessive force and denied proper medical attention...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

*(margin, vertical text: Started at 15 sheed)*

On 9-9-11 CO's Mora & Ruiz jacked my lunch tray after Mora said I got water on him. Earlier that day they skipped me on showers which pissed me off and when I said something about it to them, I was told that I ain't getting shit... So I banged on the door after they jacked my tray and was told by Mora that he's writing me a case & jacking my trays and Ruiz said if I keep it up he was gonna get me ~ So to try and get rank I started a fire in my cell in my toilet with my trash bag & paper ~ Mora & Ruiz came back and Ruiz told me he is coming with the team and that I got that coming... Ruiz threatened me so I tried to lock my door and I made me a mask & put my mattress by the door, & my property on the bunk...

When the team came I looked out and there was CO. Ruiz with a sheild at my door, with another quick look around I saw Leal - Ramirez - Seaford - Benividez "suited up" - and Lt. Bohman - Ms. Oliver - & Sgt. Rosales... When I saw Ruiz I was afraid I was gonna get hurt, so when they told me to submit to hand restraints I couldn't get myself to cooperate ~ At first I just held the mattress there til they pushed it out the way & busted the gas in the cell ~ so I let the mat go and wandered around the cell trying to figure what was going on ~ I was confused and the air tasted like hot sauce and for some reason it was dark ~ I got up by the vent to cool off and they kept busting gas or some kind of spray into the cell ~ they was saying something to me over & over & kept messing with the door but I couldn't hear them, I have no idea what it was ~ I threw water all over the floor, walls, ceiling, steel, and door to try and cool it down in there a few times when finally they got the door open - Ruiz came in and knocked me down with a sheild and then they started beating me and torturing me - Ruiz began by punching my face and head then one of them started crushing and pinching my testicles real hard, I got choked with a sock til my vision went black - Ruiz started slamming face up and down on the concrete banging

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

my face up ~ threat ~ someone tried to break my thumb ~ my neck was hurt ~ I got twisted ~ left knee got stomped ~ Toe hurt ~ Ruiz poked my eyes with fingers and punched & slammed my face ~ they kept torturing me ~ I pleaded with them to stop, I was told no ~ I did not resist them yet they kept hurting me & hurting me til finally them smashed cuffs on my ankles and wrist as hard as they could ~ I had said over & over that I wasn't resisting and they still hurt me til I defecated myself ~ There was blood dripping down my face ~ I kept saying things to try and calm them down ~ I told them I need medical attention ~ that I was punched in the face ~ testicles ripped at ~ thumb almost broke or fractured ~ Eyes poked ~ face slammed on concrete ~ cuffs on too tight ~ Can't see ~ Ms. Green did not do a proper medical exam by E-20 cell ~ I was put in cell still bleeding & hurt ~ Stripped & left naked & given nothing to decontaminate myself with ~ I've been without clothes all weekend ~ no sheets ~ nothing ~ no soap ~ and I'm still hurt all over ~ This was an Excessive use of force ~ they beat me & hurt me & I didn't get no proper medical attention at all ~ I want to speak with O.I.G. & file charges on these Officers out of control ~ & I need real medical attention ~

**Offender Signature:** _Damon Henderson_      **Date:** 9-12-11

**Grievance Response:**

This incident was a documented Major Use of Force. A copy of your grievance was forwarded to the Office of the Inspector General in which an investigation will not be warranted. No further action will be taken.

WARDEN DAVIS

**Signature Authority:** _____      **Date:** 10-18-11

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
</table>

**I-127 Back** (Revised 11-2010)                    Appendix F

Also, I've been having dizziness & headaches & nausia & a hard time eating ~ I'm hurt still ~
Note: I'm not sure if I spelled everyone's name right or not in this grievance ~
My neck, back, testicles, right thumb, head, face, left knee, toe on left foot, throat, Eyes, jaw are messed up ~



*"Copied"*

**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

DEC 0 9 2011

| OFFICE USE ONLY |
| --- |
| Grievance #: _2012005945_ |
| UGI Recd Date: _NOV 04 2011_ |
| HQ Recd Date: _NOV 15 2011_ |
| Date Due: _NOV 15 2011_ |
| Grievance Code: _015.800_ |
| Investigator ID#: _1722_ |
| Extension Date: _____ |

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Connally_     Housing Assignment: _12E-5t cell_

Unit where incident occurred: _Connally_     _12E-07_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*

These officers 'used excessive force and I did not get proper medical attention. Officers did not follow procedure for a Use Of Force as in the guidelines — I was punched in the face, choked with a sock, face slammed on the floor, testicles ripped at, knee stepped on, thumb broken, toe broken, neck & back twisted all of which is illegal excessive force...

Then I was left naked in another cell for 3 days with no medical attention ~ Even long after to now I'm still hurt and haven't gotten what I need from medical... O.I.G. hasn't done anything about this excessive force ~ I haven't even been questioned by O.I.G..

Nothing has been done in my behalf. These officers involved in this Use Of force did not act like professional's — their actions were not within established guidelines/procedures/ect. especially Rodolfo Ruiz who was the main one punching me, slamming my face on the concrete, rubbing gas in my eyes, and choking me with a sock...

---

**I-128 Front** (Revised 9-1-2007)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

I need to be transferred to another unit because I've been experiencing retaliation from these officers and it has spread to inmates by rumors of me snitching ~ I need a new start somewhere ~ I'm doing bad here on Connally Unit for real. Please give me a transfer away from all these enemies I've developed on this unit...

Offender Signature: _James Westem_____ Date: _11-3-11_

**Grievance Response:**

Your complaint has been noted. Your complaint has been included in the Use of Force packet, MA-05165-09-11, for additional review.  OIG found insufficient evidence to open and OIG investigation into your complaint.  Evidence revealed you were not denied access to medical attention.  No further action warranted.

L. Clark, Assistant Region IV Director

Signature Authority: _L.H. Clark_ , _A.R.D._ Date: _11/22/11_

Returned because:     *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | | |
|---|---|---|
| **Initial Submission** | CGO Initials: _____ | |
| Date UGI Recd: _____ | | |
| Date CGO Recd: _____ | | |
| (check one) ___Screened | ___Improperly Submitted | |
| Comments: _____ | | |
| Date Returned to Offender: _____ | | |
| **2nd Submission** | CGO Initials: _____ | |
| Date UGI Recd: _____ | | |
| Date CGO Recd: _____ | | |
| (check one) ___Screened | ___Improperly Submitted | |
| Comments: _____ | | |
| Date Returned to Offender: _____ | | |
| **3rd Submission** | CGO Initials: _____ | |
| Date UGI Recd: _____ | | |
| Date CGO Recd: _____ | | |
| (check one) ___Screened | ___Improperly Submitted | |
| Comments: _____ | | |
| Date Returned to Offender: _____ | | |

I-128 Back (Revised 9-1-2007)

Appendix G

**Texas Department of Criminal Justice**

*Copied*

| | OFFICE USE ONLY |
|---|---|

**STEP 1**    **OFFENDER GRIEVANCE FORM**

*Specialty Grievance*

Offender Name: **Jaman Hestand**   TDCJ # **1343536**

Unit: **Connally**   Housing Assignment: **12E-7cell**

Unit where incident occurred: **Connally**

Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Marcos Perez - Lt. Marcus Keller - Capt. Dupnik - O.I.G. Ms. Stevick - Capt. Almendarez   When? 12-7-11/12-8-11/12-9-11

What was their response? Exhaust all remedies "OIG" - Would look into it "Both Captains"

What action was taken? Marcos Perez was removed from Ad-Seg away from me...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Early in the morning around 3:00am at breakfast time in 12 building E pod 5 cell I was at my door waiting to be fed and Marcos Perez was feeding. Coming from my left, going to my right. When I saw him pass my cell by I asked him if he was jacking me and what's up with my tray and was told sarcasticly that I already got a tray and he continued on into the next section without feeding me...

For over a year now since 9-10-10 when Marcos Perez hit me in the head with a riot baton assaulting me, I've been subjected to constant harassment from Marcos Perez and his co-workers when in fact he was never supposed to be anywhere near me according to O.I.G. Officer Ms. Stevick after he assaulted me on 9-10-10 which I passed a polygraph test to prove and provided witness statements also in my behalf...

I have filed grievances every time there's been a problem but nothing has been done in my behalf. Every time I wrote a grievance on Marcos Perez my claims have been discredited by Marcos Perez's word against mine even when I've had witnesses and a passed polygraph test with the State Polygraph Test Examiner for O.I.G. His word shouldn't be taken as gospel when I've already proved Marcos Perez's word is no good...

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

JAN 17 2012

Appendix I

I spoke to Captain Dupnik on 12-7-11 about the constant harassment by Marcos Perez and how he keeps trying to provoke me which he did by jacking my tray which led to me throwing water out my door which led to a use of force. I spoke to Ms. Stevick on 12-8-11 of O.I.G. and was told that Marcos Perez was never supposed to be anywhere near me to begin with. Marcos Perez wrote a case #20120098951 saying I assaulted him which I did not. I went to court on 12-9-11 and spoke to Captain Almendarez about this whole issue with Perez and was told he'd look into it.

– "Copied" –

**Action Requested to resolve your Complaint.** I want to be transferred to another Unit away from Marcos Perez and his co-worker friends – Dismiss case #20120048951

**Offender Signature:** _(signature)_                **Date:** 12-21-11

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☑ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** L SALAS _(signature)_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission      UGI Initials: ___
Grievance #: 20120719S6
Screening Criteria Used: #8
Date Recd from Offender: DEC 27 2011
Date Returned to Offender: _____
2nd Submission      UGI Initials: ____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission      UGI Initials: ____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

"Copied"

Texas Department of Criminal Justice

# STEP 2

OFFENDER
GRIEVANCE FORM

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Connally_   Housing Assignment: _12E-7cell_

Unit where incident occurred: _Connally_

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| UGI Recd Date: DEC 2 8 2011 |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

There was no response to the Step 1 Grievance ~ The Step 1 was returned because L. Salas says the issue presented is not grievable... How is the issues in the Step 1 Grievance not grievable?! That doesn't make any sense at all...

L. Salas did not investigate staff misconduct, administration letting an employee who assaulted me have access to me repeatedly after the attack, falsification of records by Marcos Perez, Marcos Perez jacking me for my breakfast tray... Once again this is proof of the corruption of the internal grievance system.

Administration, Officials of TDCJ, Grievance Investigator L. Salas are discriminating against me and increasing my punishment above and beyond what the state court sentenced me to. These actions being taken against me violate all Texas Prisoner Constitutional Rights. I have never found any relief using this corrupted internal grievance system ran by prejudiced staff who work for TDCJ themselves and refuse to do what's right legally and morally...

This grievance was not given a response because Administration knows they made a mistake and want to try and cover it up. Marcos Perez was never supposed to be anywhere near me after he assaulted me but he has had access to me ever since and I have been subjected to constant harrassment and retaliation. My many grievances have been ignored or shotdown as frivolous by believing the word of Marcos Perez over mine even though I passed a polygraph test — which he hasn't took because he is a liar...

I-128 Front (Revised 9-1-2001)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

This grievance needs to be investigated and a respo. given. Either which way regardless if you Officials of TDCJ in the Grievance want to respond or not --- I have exhausted all remedies even as useless as they are as far as the Step1 and Step 2 go...

I turned the Step 1 grievance in on the 21st of December so the date received from offender saying December 27th is incorrect... I'll gladly take a polygraph test for everything I have said in this grievance. I speak the truth in the face of TDCJ's corruption...

**Offender Signature:** _Jimmy Weston_          **Date:** 12-28-11

**Grievance Response:**

**Signature Authority:**                                  **Date:**

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:**

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

**2nd Submission**          **CGO Initials:**

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

**3rd Submission**          **CGO Initials:**

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

CASE: 2011001130I TDCJNO:01343536 NAME: HESTAND,JAMON                EA: 12.9
UNIT:CY   HSNG: 1190    23 T       JOB: PRE-HEARING DETENTION            IQ: 092
CLSS: L3  CUST: 05  PRIMARY LANGUAGE: ENGLISH    MHMR RESTRICTIONS:   NONE
SRDE: NA / CM   OFF.DATE: 09/10/10  08:10 AM  LOCATION: CY MISCELLANEOUS
TYPE: ID

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT (B TURNOUT HALLWAY), OFFENDER:
HESTAND, JAMON, TDCJ-ID NO. 01343536, ASSAULTED (OFFICER PEREZ, M. CO III) BY
(PUSHIN  SAID OFFICER). THE ASSAULT DID NOT RESULT IN ANY INJURIES.   OFFENDER
HESTAND DID INTENTIONALLY DEFEAT MECHANICAL RESTRAINTS, NAMELY, (HAND RESTRAINTS
BY SLIPPING HIS LEFT HAND THROUGH THE HAND CUFFS).

CHARGING OFFICER: PEREZ, M. CO III              SHIFT/CARD: 1 A
                          OFFENDER NOTIFICATION  IF APPLICABLE INTERPRETER.
TIME/DATE NOTIFIED: _____ _____ BY:(PRINT) _____
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? (YES) NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: _____        DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR-NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____              DATE: ____

## HEARING INFORMATION

HEARING DATE: _____ TIME: _____ UNIT ____ FOLDER ____ FILE ____ DSFILE
COUNSEL SUBSTITUTE AT HEARING: _____    FOLDER ____ FILE ____ DSFILE
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING,(2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) _____

OFFENDER STATEMENT: _____

OFFENSE CODES:          03.3    09.0
OFFENDER PLEA: (G, NG, NONE) |_____|_____|_____|_____|_____|
FINDINGS:  (G, NG, DS)       |_____|_____|_____|_____|_____|
REDUCED TO MINC (PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: _____

## PUNISHMENT

LOSS OF PRIV(DAYS)_____    REPRIMAND.............    SOLITARY(DAYS).........
 *RECREATION(DAYS)_____   EXTRA DUTY(HOURS).....___  REMAIN LINE 3..........
 *COMMISSARY(DAYS)_____   CONT.VISIT SUSP.THRU__/__/__  REDUC.CLASS FROM __ TO __
 *PROPERTY(DAYS)..._____  CELL RESTR(DAYS)...........  GOOD TIME LOST(DAYS).....
 *_____(DAYS)..._____  SPECIAL CELL RESTR(DAYS)._____  DAMAGES/FORFEIT.$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____   NO / NA
DATE PLACED IN PRE-HEARING DETENTION: _____  HEARING LENGTH _____ (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

HEARING OFFICER (PRINT)   WARDEN                    REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

"Copied"

Jarmon Hestand                          #. 1343536

After Officer M. Perez tripped me down and hit me in the head with the riot baton spilling my blood. I got away from Officer M. Perez and head towards 8 building and ran into other Officers, one of which was Lt. M Keller - I submitted to restraints, they go to video camera and took me to medical - when we got in there I had blood all down my face - a nurse tried to clean me up, but I said I wanted pictures to be taken first for legal purposes before it was cleaned up - at this point Lt. M Keller refused my medical attention rights without my consent - I was escorted out of medical without any medical attention at all - I repeatedly asked for my medical attention, whether I was still going to get medical attention or not, and said outloud that I still need medical attention even when they got me to 11 building solitary brothway and got a camera and took pictures of my wound before they put me in a cell I said on video camera I still need medical attention, am I still gonna get medical attention.

     It's now 9-12-19 and I still haven't received any medical attention so my wound is probably gonna heal into a lot bigger scar than it should have since I didn't get no stitches like I should have am.

Jarmon Hestand                          9-12-19
Picture of the wound the of force Report the little Baton

*Copied*          *Copied*

Jamon Hestand                    1343536
On 9-10-10   at about 9:00 am

I was in handcuffs - all I did was stop because
Officer M. Perez kept yanking me around different directions...
right past the pill station going back to 8 building.

In anger, Officer M. Perez tripped me down and hit me in the left
forehead with a riot baton opening a gash on my head spilling blood...

Officer M. Perez shouldn't have attacked me
at all, because I didn't do anything that required any sort of force.
                                            Yes

                                An "open wound" on my
left forehead with bruising that needed stitches, but I never
got any medical attention since 9-10-10 - it's now 9-12-10 --

On 9-10-10 at about 9:00 am after leaving medical after they tried
to put me back in a office with Joseph Shollenbarger after I had already filed a
grievance on him for homosexual misconduct - On the way back to 8 building
Officer M. Perez kept yanking me around different directions - so when
we passed the pill station going to 8 building, he "Officer M. Perez yanked
me again for the fifth time, so I stopped and said "Hey man, quit
yanking me around." He said "Shut whiteboy, you ain't running shit!"
So as I took another few steps, Officer M. Perez tripped me down and
- hit me in the forehead with the -
- riot baton...          that says "shut up"      V

[signature] Jamon Hestand                    9-12-10
This is the second time for True Report of I filled out...

*Legal → Copied ←*

# Texas Department of Criminal Justice

## STEP 1  OFFENDER GRIEVANCE FORM

THE STATE OF TEXAS

8K-86B

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2011008113 |
| Date Received: | SEP 1 4 2010 |
| Date Due: | 10-24-10 |
| Grievance Code: | 800 |
| Investigator ID #: | I-1679 |
| Extension Date: | |
| Date Retd to Offender: | SEP 2 9 2010 |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Connally   Housing Assignment: 11-Solitary-23

Unit where incident occurred: Connally Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt. M. Keller/Major Bowers/ Jose Jimenez / Officer Lopez & When? (9-10-10) At About 9:00 am

What was their response? Write a Grievance / Take legal action

What action was taken? Got denied medical attention after I was attacked...

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

All in one day on (9-10-10) starting at about 9:00am that morning - I was supposed to go to medical to see Dr. Coronado - Officer M. Perez was my escort - Everything was ok until we got to medical - Instead of seeing Coronado they tried to put me back in the office with Joseph Shollenbarger who I just finished filing a grievance on and making a report on with Officer Gill for his homosexual misconduct... When I realized they were trying to put me back in there with Joseph Shollenbarger -- I did a walkout from medical - this made Officer M. Perez angry for wasting his time taking me to medical for nothing "I could not go back in front of that homosexual Joseph Shollenbarger" - So on the way back to 8 building, starting at medical Officer M. Perez started yanking me around to try and get me off balance - by the time we got to the pill station Officer M. Perez had already yanked me 4 times - as soon as we passed the pill station M. Perez yanked me off balance for the 5th time - So I stopped and said "Hey man, quit yanking me around!" He said in reply "Shut up White boy you ain't running shit!" I said "Man, just take me to my cell!" I took a few steps when Officer M. Perez suddenly tripped me down to the ground and hit me in the left forehead with a riot baton spilling my blood in his anger - at this point I slipped away from him going towards 8 building - I shut a gate between us to keep him from attacking me anymore - Then submitted to restraints for Lt. M Keller and was escorted back to →

---

I-127 Front (Revised 9-1-2007)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

medical on camera - When we got there they tried to clean me up, but I said I need pictures taken of the wound "as is" for legal purposes - So Lt.M.Keller refused my medical attention - I asked many times for my medical attention on video camera - Also, when my property was brought to me from 8L-55-T I'm missing: Night Light - 4 Prong Multi Outlet - Pair of Brand New Contacts - Casio Free World watch - Religious Stones - 2 Big Bowls - 3 Pens - 2 magazines "American Curves" - 1 Sporting News magazine - Also, I just got case# 2011001201 that Officer Marcos Perez wrote to cover his tracks with false allegations against me - There is insufficient evidence to prove the allegations against me in case# 2011001201 - its nothing but hearsay - But there is a gash on my forehead that got no medical attention to prove Officer Marcos Perez attacked me with a riot baton. incident and was still refused medical I spoke with Major Bowers about the

**Action Requested to resolve your Complaint.** I want hearsay case# 2011001201 to be dismissed I want Physical, Mental, and emotional relief and/or Compensation for Officer Marcos Perez harming me maliciously with excessive force and for the refusal of my medical needs and "deliberate indifference" to my serious medical needs I want reimbursement for property that's missing from when I was in 8L-55-T cell

Officer Lopez & J.Jimenez brought my property

**Offender Signature:** _Gemon Kirkland_     **Date:** 9-14-10

**Grievance Response:**

Your complaint has been noted; however, you have failed to provide evidence to support your claim. Officer Perez contends that at no time did he yank on you but claims a Use of Force did occur due to you pulling away from Officer Perez. Your complaint will be forwarded to the Office of the Inspector General for their review and disposition. No further action taken.

**Signature Authority:** _Joel Bl_     **WARDEN BARBOSA**     **Date:** 9-28-2010

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:** *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2007)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

**Appendix F**



→ Copied ←

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OCT 13 2010

**OFFICE USE ONLY**

Grievance #: 2011008113

UGI Recd Date: 10-07-2010

HQ Recd Date: OCT 13 2010

Date Due: 11-11

Grievance Code: 800

Investigator ID #: 10114

Extension Date: _____

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Connally     Housing Assignment: 8K6-b (8L-660)

Unit where incident occurred: Connally

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because…*

Apparently none of you TDCJ employees even tried to find any witnesses of this incident up to this point, which surely should have been done since there was exactly 24 cell windows facing the area of the incident from I-pod "2 3 3 section"...

Nothing was even said about me being refused medical attention either... This investigation so far is very incomplete – it seems to me like it's an attempt to cover up the incident altogether...

Just so you know I'm willing to take a polygraph test in my behalf to help prove the honesty of my statements about Officer Marcus Perez attacking me, and anything else I've stated so far regarding this incident...

I haven't got any relief at all for this attack on me, refusal of medical attention or any compensation whatsoever...

**I-128 Front** (Revised 9-1-2007)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

Copied

Once again; I need relief and compensation for this attack on me by Officer Marcus Perez...

And, a proper investigation should be done in my behalf regarding this incident...

**Offender Signature:** _Ramon Westmoreland_   **Date:** 10-7-10

**Grievance Response:**

Your grievance #2011008113 has been reviewed and evaluated by The Office of the Inspector General and there is insufficient evidence to warrant an OIG investigation.  AO-D

**Signature Authority:** _Linda Richey_   **L. Richey**   **Date:** OCT 26 2010

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible. \***

☐ 3. **Originals not submitted. \***

☐ 4. **Inappropriate/Excessive attachments. \***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate. \***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3ʳᵈ Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

**I-128 Back** (Revised 9-1-2007)

**Appendix G**

→ Copied ←

Once again? I need relief and compensation for this attack on me by Officer Marcus Perez...

And, a proper investigation should be done in my behalf regarding this incident...

Offender Signature: _Ramon Westmal_     Date: _10-7-10_

**Grievance Response:**

Your grievance #2011008113 has been reviewed and evaluated by The Office of the Inspector General and there is insufficient evidence to warrant an OIG investigation.  AO-D

Signature Authority: _Linda Richey_     L. Richey     Date: OCT 2 6 2010

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate. *

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one)____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one)____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one)____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

**I-128 Back** (Revised 9-1-2007)                                    **Appendix G**

Sworn Statement

On September 10th 2010 my cell mate and I were looking out the windows, looking to see if Chow had started yet. It was about 4 o'clock in the morning. At this time I saw officer M. Perez escorting an offender back towards the buildings. After the passed the pill window at B-Turn out and got halfway towards 7 Building Gym, They stopped for about 15 or 20 seconds, They then started walking again when the officer pushed the offender down and hit him in the head with his baton. The offender somehow got out of his handcuffs and started Running away from the officer towards 8 Building. The officer M. Perez followed him after several minutes. The offender came back into my sight with several officers and a Video camera. The offender was bleeding and the officer escorted him towards Medical, I later learned the offenders Name is Jamon Hestand when my cell mate told me he met him on the Rec. yard and asked if I would write a statement about what I saw. I went and talked to the offender myself to make sure I Recognized him and that it was the same person I saw—

Signed

TDC # 1530924

Terry Perez Jr.

" Sworn Affidavit "

I, Tito Thomas Bowden am an inmate housed on J-B connally unit.

I lived in 12-E-50 right next to Jamon Westand in 12-E-51. On Sat Dec 3rd 2011 I stood in my door & watched as Sgt Marcos Perez deliberately tried to provoke & harras Westand. He called Westand a snitch several times, his intent obviously to try & get inmates to turn against Westand. On Sunday again at breakfast on Dec 4th Sgt Perez was helping feed on 2-row where we resided too when he came to Westand's cell he did not feed him. C.O. Aguilar was carrying the food carrier & went along with perez. Approximately 30 minutes later as perez, Aguilar were picking up trays back. Westand threw some water on the run, as he did this Perez started to yell & falsely claim that Westand threw water on him. Perez call Lit. Keller on the walkie talkie & said as much. when Lit. Keller came to speak with Westand, Perez told Keller that he did not feed Westand. Keller then told Westand that he was coming to feed & housing Westand then told Keller that Perez had been constantly harrasing him & he was not going to move until he was felt at about this time Sgt PJ as came & told Westand that if he did not come out we are going turn you up."

A five man team was assembled & Keller came with chemical agents. chemical agents were deployed on inmate Westand, after the 2nd spray Westand said "Ok right, I submitt I give up" he then started to comply with orders after he was naked. Keller sprayed him 2 more times. He then ordered Westand to place his hands out the tray slot to be placed in handrestraints. Once in handrestraints Westands cell door was opened, the five man team", Keller then went inside Westands

cell I beat him. The whole time Keller kept saying inmate stop resisting & Hestand was screaming that he wasn't & even begin for them to quit assaulting him. After they beat him they pulled Hestand out & the nurse who witnessed the whole thing acted like she was checking to see if Hestand was ok. Officer williams was the video operator & he was laughing the whole time.

They then escorted Hestand to level 3 housing. From my knowledge he was never given the opportunity to be decontaminated. This is not such an incident has transpired with Lt. Keller. I will swear under perjury that everything I've described is true & correct.

✓ Tito T. Bolen

✗ Tito T. Bolen #1258742

<u>Sworn Affidavit</u>                    9-16-11

On the date of 9-9-11, at around 2:00 pm, I did witness Offender Jamon Hestand #1343536 enter B-sectoin E-pod Beatup, Gassed, and Bleeding, Surrounded by officers, and a Medical Staff, and Nothing was done about it! I did see CO, S. Oliver on the Camera Not paying attintion to what should be done, or Filming, also making "Wise Ass" remarks about how they "Smashed" offender Jamon Hestand #1343536. Capt. Raymond G. Almendarez, ~~xxxxxxxxxxxxxxx~~ Sgt. Mutz, Sgt. Simon J. Barrientez, Lt. Boheman, Sgt. Mark A. Rosales, Refuse "Said" offenders plea, and right to Seek appropriate medical attintion! I also witnessed Medical staff Karissa Green, with No medical Kit ~~xxxxx~~ refuse to see Said offender "Jamon Hestand" #1343536, by Never coming within "50" Feet of Said offender! The ~~xxxxxx~~ officers ~~xxx~~ then Stripped ~~x~~ Said offender, down, ~~xxx threw~~ him in a cell, and left it at that! All this while Said offender Jamon Hestand #1343536, was Beatup, ~~x~~ Soaked in ~~xxx~~ gass, and Bleeding!!

I Cody Tyrell Potter #1595840 did witness this, From my Housing Assignumen ~~x~~ B-section #15 cell one raw E-pod!!

This is My official Statment!

SWORN STATEMENT

On Sep. 10th 2010 I was in my cell looking out my window on I-Pod in 67-cell. I was looking to see if they had started running lunch yet, when I see officer M. Perez escorting a red haired offender comming from the area of the chow towards B-Turn out, when the officer and offender got between B-Turn out and 7 Bldg. Gym, They stopped for a few seconds took a few steps Then officer Perez tripped the offender and pushed him, the offender fell and the officer then hit the offender in the head with his Baton. The offender started scrambling away from the officer and it looked like the officer was going to hit him again. The offender some how got up and started running and somehow had his hands out of his hand cuffs. He ran through G gate and office Perez followed. After a few minutes the offender came Back through B gate with several officers and a video camera. I know it was officer Perez, M Because I've seen him working around the unit. I later learned That the offenders name is Jamon Hestand. I was on 7 Bldg. Rec. yard talking to offenders on B Bldg Rec. yard. when I heard offender Hestand telling some other offenders about this incident, when I heard him telling the story I interrupted the conversation and asked him "That was you that got hit in the head by Perez" He told me "Yeah" and asked if I would write a statement about what I had seen. He told me his name and I agreed

Cedrick Johnson
Signed
Cedrick Johnson
TDC #1354978

# Sworn Affidavit

On 9/9/11 officer Miguel A. Mora and Rodolfo Ruiz did not feed offender Jamon Hestand #1343536 on F-pod 12 building E section C08 cell 2 row the said offender did ask repeatedly for an ranking officer which was refused by officer Miguel A. Mora and Rodolfo Ruiz. The said offender then did start a fire inside his cell to try and get the ranking officer to come to the pod in which the pod officers Mora and Ruiz still refused to call an ranking officer at 1:57 a 5 man team of S. Oliver on camera, Walter F. Sifford, "On team", Juan Leal III "on team", Rodolfo Ruiz front man with shield, "on team" also was working the pod and one of the officers who did not feed the offender at lunch. Ramirez "on team" Ray A Benavidez "on team" also the ranks running the team Mark A. Rosales (Sgt) Raymond G Almendarez (Capt) Robert K. Boheman (Sgt) Nathan A. Mutz (Sgt) and Simon J. Barrientez (Sgt) came to F pod E section to C08 cell (offender Jamon Hestand #1343536) 2 row and asked the offender to submit the hand restraints, twice, then used chemical agents 4 times ("without an medical staff being present") before running in the offender's cell using excessive/unnecessary force with serious injuries. I Trevon R Cooks #1576187 in C04 cell of pod E section heard the officers beating, kicking, punching and using a baton on the offender (Jamon Hestand #1343536) while screaming, "Stop Resisting", Please be advised that officer Rodolfo Ruiz was the first officer inside C08 cell and that officer Miguel A. Mora was in F pod control. Also nurse Karessa Green did not come till after the officers on the team had the offender up and out of his cell. When I Trevon R Cooks seen the offender Jamon Hestand as he was being escorted down the E section stairs by the officers on the team, the Right side of his face was bloody the whole Right side was bloody. They then escorted the offender off the pod. Please be advised that the offender was provoked because officer Rodolfo Ruiz and Miguel A. Mora did not feed the offender at lunch and the offender did request for Rank numerous of times, even starting a fire in his cell to get Rank to come to the pod and no one came until the the team was present.

I Trevon R Cooks #1576187 have sincerely and truthfully stated the facts and what I have seen and heard. I do understand that providing a false statement can and will lead up to criminal charges.

Trevon R. Cooks #1576187

"SWORN AFFIDAVIT"                    (09-09-11)

before i write Anything About what i seen i wish to be unknown i seen everything from the Time they came through the gate...

well i did hear jamon neckard Tell the five man Team That he was losing conscious and rank Told the five man Team To place him on The wall and while on The wall i.a. smashed him from The wall...

jamon Also so Told The five man Team he could easily stand And Almost went down. captain atreaberex told The Team to place jamon in front of The home so they could Take picture's with The skull camera and L.T. bohman Took four picture of him. so i.tams ms. Green done A "Cell assignment check up on The whole Time jamon was Telling her The Team beat his Ass, And he need medical ATTention because they Ripped his Testicles, his Face was bloody & still bleeding, They Tried to break his Thumb, they punched his Ass. They naked i.e. seen. Also they didn't give jamon Any Type of care to decontaminate. Then Also when in The wrong for cutting his shirts off if they threw his clothes out it don't say Any where That when somebody run a Team That you can not have Any Type of weapons...

And The nurse didn't check jamon body when body out For did she check bone damage or internal bleeding, etc...

"SWORN AFFIDAVIT"                    (09-09-11)

before i write anything about what i seen i wish to be unknown i seen everything from the time they came through the gate...

well i did here javon resound tell the five man team that he was losing conscious and cray told the five man team to place him on the wall red while on the wall cpt sucked him from the wall...

javon also to tell the five man team he could barely stand and almost went down, captain fincandrez told the team to place javon in front on the name so they could take picture's with the skull Warden Set Lt. bowman took four picture of him, so " while ms. Green done a "cell assignment check up on the whole time javon was rolling for the team beat his ass, and he need medical attention because they Ripped his testicles, his face was bloody & still bleeding, they tried to break his thumb, they punched his face, they pour his shirt, also they didn't give javon any type of cane to accommodate, they also was in the wrong for cutting his shirts off & they tore his clothes out in dorm say they were that when everybody ran it team that you was not have any type of clothes...

And the nurse didn't check javon body which body air nor did she check bone damage or internal bleeding, etc...

( SWORN AFFIDAVIT )

I 'Am writing IN Behalf of Jaman HestAnd #1343536. well on
9/9/11 offender Jaman Hestand was brought IN to Epod 20 cell
by A 5-man squad, when They brought him IN to, two Section
I heard him say Repeatedly I'm loseing consciousness, And that He
need's medical Attention. when they brought him IN I could see He
was bleeding from His face, And that He could barley stand. when IN
his cell I seen the officer throw out his cut up commissary shirt And
shorts. Leaving him with nothing on And No property No sheet's No mattres.
He was left in his cell Butt Naked for all weekend. This was
the 5-man team that I seen lead by Sgt. Rosales, CO. Ramirez, CO.
Leal, Co. Sifford, CO. Beniudez, co. Ruiz. Also present was Sgt. Motz,
caption Almendarez, Running the camera Co. oliver, Lt. Boheman, And
Medical, Karissa Green.

Nicholas Alvarez #1504178

NO: 20120009757 TDCJNO:01343536 NAME: HESTAND,JAMON                    EA: 12.9
IT:CY   HSNG: 12EB1    20        JOB: SEC DET LEVEL II                  IQ: 092
LSS: L3  CUST: 2A  PRIMARY LANGUAGE: ENGLISH   MHMR RESTRICTIONS:    NONE
RDE: MA / RB    OFF.DATE: 09/09/11  09:31 AM  LOCATION: CY 12 BUILDING
TYPE: ID

OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND/AT (12 BLDG, F POD E SEC. 2 ROW 68 CELL),
OFFENDER: HESTAND,JAMON, TDCJ-ID NO. 01343536, ASSAULTED (OFFICER MORA, M.) BY
(STRIKING ME ON THE RIGHT SIDE OF MY BODY).THE ASSAULT DID NOT RESULT IN ANY
INJURIES THAT REQUIRED TREATMENT UP TO FIRST AID.

CHARGING OFFICER: MORA, M. COIII              SHIFT/CARD: 1 B
                      OFFENDER NOTIFICATION  IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 9/14/11  020 PM  BY:(PRINT) Perkins, CSI
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE, DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE X                          DATE: 9/14/11
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE:                              DATE:

HEARING INFORMATION
HEARING DATE: 9-20-11 TIME: 11:21 Am UNIT CY FOLDER A FILE 109 DSFILE 243716
COUNSEL SUBSTITUTE AT HEARING:      SP   FOLDER     FILE     DSFILE
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING,(2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) #7 Weekend / CS.1/ Charging Officer

OFFENDER STATEMENT: Officer Mora and Officer Ruz jacked. denied shower and
started a fire to get rank down there. They came when use of force took place. I did not assault this officer
OFFENSE CODES: 03.3
OFFENDER PLEA: (G, NG, NONE)   NG
FINDINGS: (G, NG, DS)
REDUCED TO MINOR(PRIOR TO DOCKET)   (DOCKET)   (HEARING)   BY:(INITIAL)
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
EXPLAIN IN DETAIL: (B) I/O Report (C) Officer Testimony

PUNISHMENT
LOSS OF PRIV(DAYS) 15      REPRIMAND.            SOLITARY(DAYS)
*RECREATION(DAYS) 45       EXTRA DUTY(HOURS)     REMAIN LINE 3
*COMMISSARY(DAYS) 45       CONT.VISIT SUSP.THRU_/_/  REDUC.CLASS FROM _ TO
*PROPERTY(DAYS)            CELL RESTR(DAYS)      GOOD TIME LOST(DAYS) 150days
*      (DAYS)              SPECIAL CELL RESTR(DAYS)  DAMAGES/FORFEIT.$
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: The seriousness
of this particular disciplinary infraction and offender will not assault staff while at TDCJ.
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) _ NO / NA
DATE PLACED IN PRE-HEARING DETENTION:  _  HEARING LENGTH 9 (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Offender in restraint
Cpt Clint

HEARING OFFICER (PRINT)   WARDEN              REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV 09-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA.

CASE: 201200985    TDCJNO: 01343536    NAME: HESTAND, JAMON    EA: 12.5
UNIT:CY    HRSG: 12EA1    07    JOB: SEC DET LEVEL II    IQ: 092
CLSS: L3    CUST: EA PRIMARY LANGUAGE: ENGLISH    MHMR RESTRICTIONS: NONE
GRDE: MA / CD    OFF.DATE: 12/07/11  03:30 AM    LOCATION: CY 12 BUILDING
TYPE: ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT (12 BLDG. E-POD 51-CELL), OFFENDER:
HESTAND,JAMON, TDCJ-ID NO. 01343536, ASSAULTED (ME,SGT.MARCOS PEREZ) BY
(THROWING AN UNKNOWN LIQUID SUBSTANCE STRIKING ME ON THE CHEST AND RIGHT
FOREARM). THE ASSAULT DID NOT RESULT IN ANY INJURIES.

*Recess For A/o*

CHARGING OFFICER: PEREZ, M. SGT. 2191    SHIFT/CARD: 2 B

OFFENDER NOTIFICATION (IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 12/07/11  1153 Am BY: (PRINT) ERKINS, CST
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X Unable to sign    DATE: 12/07/11
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE:_____    DATE:_____
1-10-112    7.51 Am

### HEARING INFORMATION

HEARING DATE: 12/9/11    TIME: 1200    UNIT CY FOLDER A  FILE 017  DSFILE 244166
COUNSEL SUBSTITUTE AT HEARING: ____ SR ____ FOLDER ____ FILE ____ DSFILE
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) " 7 Weekend, Holiday, Change Supervisor
TOC- AD Sec Security Officer, 30 days extension
Objection noted by mrs Perkins offender not present
OFFENDER STATEMENT: I did threw the liquid solution outside the
door.

OFFENSE CODES:    03.3
OFFENDER PLEA: (G, NG) NONE) | NG |____|____|____|____|
FINDINGS: (G, NG, DS) | G |____|____|____|____|
REDUCED TO MINOR(PRIOR TO DOCKET) __ (DOCKET) __ (HEARING) __ BY: (INITIAL) __
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: (B) I-210 Report (C) Sergeant testimony

cell 54,57, 55,58 (stipulate that You /offender Hestand did threw liquid outside cell not both/ the officer

### PUNISHMENT

LOSS OF PRIV(DAYS) ____    REPRIMAND ____    SOLITARY(DAYS) ____
*RECREATION(DAYS) 15    EXTRA DUTY(HOURS) ____    REMAIN LINE 3 ____✓
*COMMISSARY(DAYS) 45    CONT.VISIT SUSP.THRU _/_/_    REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS) ____    CELL RESTR(DAYS) ____    GOOD TIME LOST(DAYS) 6 days
* ____ (DAYS) ____    SPECIAL CELL RESTR(DAYS) ____    DAMAGES/FORFEIT.$ ____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: Due Seriousness
of the particular discipline infraction and offender will not
assault staff while in TDCJ

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ____    NO / NA ____    Total:9
DATE PLACED IN PRE-HEARING DETENTION: ____    HEARING LENGTH 5/ (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

_____
HEARING OFFICER (PRINT)    WARDEN    REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20120099009 TDCJNO:01343536 NAME: HESTAND, JAMON                    EA: 12.9
UNIT:CY   HBNG: 12EA1   07        JOB: SEC DET LEVEL II                    IQ: 092
CLSS: L3  CUST: 2A PRIMARY LANGUAGE: ENGLISH   MHMR RESTRICTIONS:   NONE
GRDE: MI / JC   OFF.DATE: 12/07/11  04:05 AM  LOCATION: CY 12 BUILDING
TYPE: ID

OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT (12E-5) CELL), OFFENDER:  HESTAND,
JAMON, TDCJ-ID NO. 01343536, WAS ORDERED BY (LT.KELLER) TO (SUBMIT TO A STRIP
SEARCH AND REMOVE ALL ITEMS FROM FACE AND SUBMIT TO RESTRSAINTS) AND SAID
OFFENDER FAILED TO OBEY THE ORDER.

CHARGING OFFICER: KELLER, M. LT.                          SHIFT/CARD: 2 B
OFFENDER NOTIFICATION
                                                 IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED:_____12/11/11___BY:(PRINT)_____Plossely_____
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.  DO YOU WANT TO ATTEND THE HEARING?  YES  NO    IF NO, HOW DO YOU
PLEAD?  GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE:_____  DATE:_12/11/11_
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE:_____  DATE:_12/11/11_
HEARING INFORMATION
HEARING DATE:12-12-11  TIME:22:15   INTERPRETER SIGNATURE:_N/A_
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE:_____

OFFENDER STATEMENT:I was BUTT-ASS NAKED, I WAS TRYING
To COME OUT._____
_____

OFFENSE CODES:            24.0
OFFENDER PLEA: (G, NG) NONE)  Not GUILTY_____|_____|___ ___|
FINDINGS: (G, )NG, DS)        GUILTY_____|_____|___ ___|
PUNISHMENT
LOSS OF PRIV(DAYS)_____    REPRIMAND VERBAL_____
 *RECREATION(DAYS)_5_      EXTRA DUTY(HOURS)_____
 *COMMISSARY(DAYS)_30_     CONT.VISIT SUSP THRU ___/___/___
 *PROPERTY(DAYS)..____     CELL RESTR(DAYS)_____
 *_____(DAYS)____
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT:OFFENDER IN HAND RESTRAINTS
LT. V Dyr_____
HEARING OFFICER (PRINT)                    WARDEN

(FORM I-47MI)CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA

TDCJ DISCIPLINARY REPORT AND HEARING RECORD
CASE: 20150110105 TDCJNO:01343536 NAME: HESTAND,JAMON          EA: 12.9
UNIT:J4   HSNG: A1   44      JOB: UNASGN MENTAL HEALTH          IQ: 092
CLSS: L3  CUST: MH  PRIMARY LANGUAGE: ENGLISH   MHMR RESTRICTIONS:   MHMR
GRDE: MI / LB   OFF.DATE: 12/10/14  09:30 AM  LOCATION: J4 A SEC A POD BOTTOM
TYPE: ID

OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT J4 A1 POD #49, OFFENDER:
HESTAND,JAMON, TDCJ-ID NO. 01343536, WAS ORDERED BY OFFICER M. OGUNMOKUN,
COIV TO RELINQUISH THE TRAY SLOT AND SAID OFFENDER FAILED TO OBEY THE ORDER.

CHARGING OFFICER: OGUNMOKUN, M. COIV              SHIFT CARD: 1 1
OFFENDER NOTIFICATION
TIME/DATE NOTIFIED: 2245 /12-17-14  BY:(PRINT)  Dowan      IF APPLICABLE INTERPRETER,
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.  DO YOU WANT TO ATTEND THE HEARING? (YES )NO    IF NO, HOW DO YOU
PLEAD?  GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: Unable to sign        DATE: 12/17/14
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____         DATE: _____
HEARING INFORMATION
HEARING DATE: 12.22  TIME: 818 AM INTERPRETER SIGNATURE:  n/a
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE: I heard when it was served

OFFENDER STATEMENT:  No Contest
_____
_____

OFFENSE CODES:        24.0
OFFENDER PLEA: (G) NG, NONE) | Guilty  |_____|  |___|
FINDINGS: (G) NG, DS)       | Guilty  |_____|  |___|
PUNISHMENT
LOSS OF PRIV(DAYS)_____   REPRIMAND_____
*RECREATION(DAYS) 15     EXTRA DUTY(HOURS)_____
*COMMISSARY(DAYS) 15     CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS).._____   CELL RESTR(DAYS)_____
*_____(DAYS)_____
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Unable to Sign
Momon  Belinda
HEARING OFFICER (PRINT)                    WARDEN

(FORM I-47MI)CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA