Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

U.S. District Court - Eastern District of Texas
211 W. Ferguson, RM. 106
Tyler, TX 75702 USA

PRIORITY MAIL 2-DAY®
$0.00
Origin: 75803
01/31/22
4867600801-03

0 Lb 14.10 Oz
1005
C016

EXPECTED DELIVERY DAY: 02/03/22

SHIP TO:
211 W FERGUSON ST
STE 106
TYLER TX 75702-7222

USPS TRACKING® #
9505 5128 4674 2031 4031 19

12A31

Illegal Uses of Force that Office of Inspector General Officer Ms. C. Stevick covered up at Connally Unit illegally due to her relationship with prison staff members especially the Major over Ad-Seg!

Truly, Timson [signature]