PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 6:22cv6 Jamon Hestand
RECEIVED: #16 Order
on this 31 day of Jan, 2022, at 800 a.m./p.m.
at Michael
(Name of Institution)

_____     _Jamon M Hestand_
Witness (if by mark)           (Signature, or mark, of addressee)

_____
Witness (if by mark)

FEB 04 2022

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20____, AT_____.
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness