# Sworn Affidavit:

I, JAMON NATANIEL HESTAND, the Plaintiff of Case #:6:22-cv-00006 at the U.S. District Court – Eastern District of Texas – Tyler Division hereby present very urgent facts that need to be reviewed by the Court as soon as possible and acted upon accordingly with all due speed in the name of Justice while using these urgent facts to support the FACTS of my Complaint while simultaneously analyzing these forthcoming urgent facts in the Light of the FACTS of my Complaint along with all the additional evidence that I have presented since the Complaint was filed that support and/or add to those FACTS. I hereforth present urgent facts to the Court as follows:

Late night of January 30th, 2022 at Michael Unit 12 Building D-Pod 75cell; I was notified by On Duty Staff that I was on Chain to Beto Unit and I was told multiple times that I was <u>not</u> coming back to Michael Unit at all... I have a Court date on February 2nd, 2022 at the 87th Judicial District Court of Anderson County, Texas which I expected... So, since I was being told that I was not coming back to Michael Unit at all, I packed two red chain bags with one full of Legal Property and the other containing a variety of: Legal Mail/Personal Mail/Writing Materials/Stamps/Pens/Envelopes/Hot Pot/New Fan/Radio/Night Light/Vitamins/Cups/Coffee/Legal Mail from this Court (including what I got early morning on Jan 31st, 2022)/Hygeine Products/Colgates/Deoderants/a bunch of Dial Soap/Toothbrushes/Medical Supplies/Shampoos/Shorts/T-Shirt/Dead Family Pictures/Personal & Legal Addresses/Religious Books/An Educational Book/etc. ~ Shower Shoes/Bowls/

And aside from those 2 forementioned red chain bags full of my Property that I was trying to take with me to Beto Unit and beyond; I very reluctantly packed 4 more red chain bags with 2 of them being full of over: 40 Books, more Legal Folders, more Legal & Personal Mail & documents/artwork/Educational Resources/Catalogs/Religious Books, mail, and Magazines/D&D materials/Legal Resources/etc. and the 2 other red chain bags containing an old Fan and a Chessboard/Chessbox and some Purified Bottled Water... These 4 more bags I thought I was going to have to leave with Defendants of this Case but what ended up happening was & is much worse by far but before I go on I must say that none of →

Page # 1 of 3

my Property was inventoried by any staff whatsoever and so I never got any Inventory Paperwork to have as evidence of what was going with me and what was being left behind.

So all the way til about 12pm of January 31st, 2022 I was waiting for this Chain/Transfer to Beto Unit before I was pulled out of 12 Building D-Pod 75 cell and taken off D-Pod into the main hallway of 12 Building of Michael Unit and taken to a holding cell close to A/B Hallway where an arguement ensued about my Property that was supposed to be going with me where I was attacked on video security cameras by a "Sgt. Warren" with a metal tray slot bar narrowly missing my arm & right hand that did get smashed in the tray slot! He did hit the tray slot smashing my hand in the tray slot but I got out the way before he hurt me badly! My Property was taken away by this corrupt Sgt. Warren and I was told I'm not getting anything at all! I was infuriated & hurt with me still being denied medical care this whole time on purpose by Michael Unit Medical Department. Sgt. Warren assaulted me on Video.

I tried to reason with Warden-Lonnie E. Townsend/Major-Spencer R. Lucas II/Sgt. Dawanda K. Lacy/Sgt. John H. Holmes III/CO-Brandi L. Hill/and others who I did not know but ultimately I was threatened with violence & force against my person by Sgt. Dawanda K. Lacy/CO-Brandi L. Hill/Sgt. John H. Holmes III/and others I don't know all on Video Cameras when I'm already injured so I had no choice but to comply with this retaliation & harassment and all I got was the red chain bag full of Legal Property and that's it! And still, none of my Property was ever inventoried at all! So all my other Property is at Michael Unit with a bunch of Defendants right now. It's straight up madness!

After that I was subjected to filthy shackles/filthy transport van/No accomodations for my disabilities. I was discriminated against very badly and at Beto Unit theres no proper accomodations for disabilities like mine and my disabilities & injuries are disregarded by On duty staff like Sgt. Taylor at the Intake Chainroom who makes me feel like I'm about to be harmed each time just because I can't carry my own property when injured!

Then seemingly I have developed symptoms of COVID-19 in

Page #2 of 3

the middle of all this inhumanity against me, with me having dry coughs/sneezing blood/high blood pressure/chest pain/etc. but when I go to Medical here on Beto Unit, they do no test for COVID-19 and I did report my injuries & pain but was brushed off on that too claiming I'd be referred to a Doctor (at an unknown time.) So I'm dealing with missing Property, being assaulted & threatened, my disabilities being discriminated against relentlessly, and I'm in serious continuous pain with symptoms of COVID-19 now & ongoing! I need help immediately! I need my Temporary Restraining Orders and Preliminary Injunctions granted in my favor immediately!

The Legal Mail I got from the Court is all in the Property left at Michael Unit so I can't even respond properly when I do not even have it at all! I'm so frustrated it's insane! I feel awful! I had to ask other Prisoners around me to get a Pen and a stamped envelope too so I could even write this affidavit!

I ask the Court to investigate these crimes & inhumanity against me and help me to overcome this negativity in the very name of Justice! Please grant me my TROs and let me have a Hearing so I can properly explain my Preliminary Injunctions as I have requested on Jan. 24th, 2022...

"I declare under penalty of perjury that the forgoing is true and correct to the very best of my knowledge.

Executed On: February 1st, 2022
*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536 "

Page #3 of 3