Mr. Jamon N. Hestand #1343536
Beto Unit, P.O. Box 128
Tennessee Colony, TX 75880 USA

S
(Legal Mail)

NORTH TEXAS TX P.D.C.
1 FEB 2022   PM 4   L
DALLAS TX 750

United States District Court
Eastern District of Texas
211 W. Ferguson ST Rm 106
Tyler, TX 75702 USA

75702-755659