IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON N. HESTAND, #01343536 | § | |
| VS. | § | CIVIL ACTION NO. 6:22cv006 |
| TDCJ INSPECTOR GENERAL, et al. | § | |

<u>ORDER RE COLLECTION AND PAYMENT OF FULL FILING FEE</u>

Having considered Plaintiff's Application for Leave to Proceed *in forma pauperis* in light of the Prison Litigation Reform Act of 1996 (PLRA), the Court finds that Plaintiff has paid the initial partial filing fee ($100.00) as ordered by the Court. Therefore, it is **ORDERED**:

1. Plaintiff shall pay $250.00, the balance of the full filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(1).

2. TDCJ-CID Local Funds Division shall deduct 20% of each deposit made to Plaintiff's inmate trust account and forward payments to the Court on a regular basis provided the account exceeds $10.00.

3. Plaintiff shall execute all consents and other documents required by TDCJ-CID Local Funds Division to authorize the necessary withdrawals from his inmate trust account. Failure to execute the consent documents may result in the dismissal of the lawsuit.

4. The Clerk shall mail a copy of this Order to TDCJ Local Funds Division, P. O. Box 629, Huntsville, TX 77342-0629.

<u>NOTICES TO PLAINTIFF:</u>

a. If you do not wish to prosecute this action, you may notify the court in writing, by letter or motion, that you wish to voluntarily dismiss this civil action.

b. Upon receipt of the initial partial filing fee, the Court, as required by the PLRA, will order the agency having custody of the plaintiff to make monthly withdrawals from his inmate

account and forward them to the Court until the balance of the full filing fee is paid. Payment of all or any part of the full filing fee will not prevent dismissal of the complaint if it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

  c.  State law requires the forfeiture of good conduct time credits as a sanction for any state or federal lawsuit brought by an inmate while in the custody of the Texas Department of Criminal Justice, Correctional Institutions Division which is dismissed as frivolous or malicious. Tex. Gov. Code Ann. § 498.0045.

  So ORDERED and SIGNED this 9th day of February, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE