U.S. District Court for the Eastern District of Texas

Tyler Division;

In reference to Case #6:22-cv-00006, my mailing address is now for the time being:

✱ Mr. Jamon N. Hestand #1343536
Robertson Unit
12071 FM 3522
Abilene, Texas 79601 USA

*CLERK RECEIVED COURT*
*FEB 14 2022*
*EASTERN DIST. OF TEXAS*

So please change the address to this address as soon as possible... (I got here on 2-11-2022)

Sincerely,
Mr. Jamon N. Hestand #1343536
Robertson Unit; 12071 FM 3522
Abilene, Texas 79601 USA

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 12th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536 "

✱ Mailed On: February 12th, 2022 with correct postage.