Mr. Jamon N. Hestand #1343536
Robertson Unit; 12071 FM 3522
Abilene, Texas 79601 USA

ABILENE TX 795
11 FEB 2022 PM 1 T

Legal Mail

U.S. District Clerk
U.S. District Court - Eastern District of Texas
211 W. Ferguson, Rm 106
Tyler, TX 75809 USA

