# Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of Case #: 6:22-CV-00006 at the U.S. District Court - Eastern District of Texas - Tyler Division; hereby present the following facts to the Court for consideration and to further support the "FACTS" of my Complaint in the foresaid Case# as follows:

    On February 2nd, 2022 with increasing flu like symptoms, I was once again subjected to dirty filthy shackles with my arms & wrist twisted forcefully at un-necessary unrealistic angles in complete & utter disregard of my disabilities & injuries and made to get into a very small metal interior van with other Incarcerated Persons crammed inside in like fashion at which point we were taken off Beto Unit and on to the "87th Judicial District Court of Anderson County, Texas" in Palestine, Texas where we pulled up to the front of the Courthouse and backed up to the curb where I was taken out of the van with the others to face a concrete slab leading up to a set of concrete steps going up to the Courthouse entrance way. There were armed guards scattered around. I wrestled my way across the concrete slab and up the steps trying hard to use my walking cane with the twisted shackles feeling excess pain the whole way but that was nothing compared to what came next once inside...

    I was already paranoid that my disabilities would not be respected after the Violence & extreme ignorance I was just subjected to on January 31st, 2022 as I already notified the Court in the last Sworn Affidavit I executed on ~~XXXXXX~~ February 1st, 2022 and mailed to the Court the same day... So when I got inside behind the others, I saw them going up a very steep & long set of marble stairs right ahead of me... I asked the guards under the authority of Ranking Officer "Yancy", if I was expected to go up those stairs like the others and I was told "yes" by them together and I asked if there was an elevator I could use and they said I could not use it so I was made to go up the steep marble steps with an Officer on each side of me; holding me by my arms as support --- It was very slow & painful going but we made it to the top and across thru an open wooden doorway into an open room with long wooden benches going down the left side and back. I sat in the back, swallowed my pain, and tried to have conversation with others around me as we waited...

Page #1 of 6

Apparently we were waiting for our Legal Counsel to arrive which would have been Attorney Thomas Brewer of the State Counsel For Offenders of Texas but that was not to be... In the meantime before anyones' Legal Counsel showed up I debated with the Ranking Officer Yancy about using the elevator to no avail and a little bit later around 12:30pm or so, I was asked to go into a side room with Ranking Officer Yancy where he asked me if I was willing to let People working for the Court fingerprint me for the District Attorney which seemed strange to me because the State of Texas & the Federal Goverment have my finger-prints on file, and so at first I didn't think it was a big deal and he said if I did not, that the Judge Michael Davis, could issue a warrant for them anyways. So I at first agreed and went back to my same seat...

Shortly thereafter a Lady steps thru the door we first come thru to the room I was sitting in, and its Assistant District Attorney Cindy Garner, and she first announces that our Legal Counsel is on the way to the Courthouse... Then she speaks straight to me about the fingerprints, as forementioned except she claims that I refused to be fingerprinted by the Office of the Inspector General after the supposed incident I'm being blamed for which is not true at all, I never refused, so apparently OIG Officer Curtis D. Bitz, et. al. has presented yet another lie against but anyways, I tell her I never refused, she said she doesn't want to argue with me, and so I asked "Is todays' time & date on the fingerprint cards?" and she said "Its blank", so she explained it would be filled out later on by her team so I thought about it and was advised not to comply so I told her that and she said that my Case would not move forward that day and I said ok and that was that between us.

The next thing to occur was for me to be taken back to the side room again to visit with my Legal Counsel who was no longer Attorney Thomas Brewer but instead Attorney Stanley Sokolowski who used to be a District Attorney for Anderson County, Texas himself before being a Criminal Defense Attorney. And so he is clearly connected to this Court in question very closely and knows Anderson County District Attorney Alison Mitchell along with Judge Michael Davis and has personally prosecuted Incarcerated Persons relentlessly during his tenure as the District Attorney and that means he worked along with the very corrupt State Counsel For Offenders who has long conspired →

Page # 2 of 6

against the rights of Incarcerated Persons along with the "Office of the Inspector General of Texas"/ the "Texas Board of Criminal Justice"/ the "Texas Department of Criminal Justice"/et.al. which my current Case at this Criminal Court in question proves extensively with OIG Officer Curtis D. Bitz, et.al. & TDCJ-CID Officials tampering with/destroying/manipulating/etc. evidence so they can give the District Attorney Allyson Mitchell some "beautiful" evidence against me to use against me in an attempt to gain leverage over me somehow while they with-hold & destroy exculpatory evidence in my favor on purpose and then simultaneously the Texas Board of Criminal Justice that's also connected to the TDCJ-CID & the OIG of Texas, appoints the State Counsel For Offenders to my Case who does nothing at all whatsoever in my favor & defense in over 3 years even telling me there is no defense for my Case and so with me & other Incarcerated Persons, they try to bully, intimidate, coerce, sweet talk, etc. us into signing whatever Plea Bargain they come with, with the District Attorneys; all in complete disregard to the facts of each Case therefore in actuality, they are only concerned with helping the State of Texas save money and real Justice be damned! Exceptions to that are rare because of the automatic conflict of interest in the relationships to the forementioned Government Agencies. (Obviously I'm gonna have get the new Attorney removed also...)

So, once the others were done with their Plea Bargains (except one), we left and I had even more trouble going the stairs downways because of the pain in my: right foot & ankle/right knee/back/right shoulder, arm, forearm, and hand/etc. and I was seeing things on & around the stairs that were distracting me very badly because it had to do the evil of racial violence being done in connection with marble steps and I said I was seeing things so the 2 escorts would support me but I didn't tell them what and for a moment there I thought I was going to float thru space and when we got to the bottom, we walked thru death that only I seemed to know and on and out with a new burden upon my pain and as we rode back to Beto Unit I was feeling bad with a headache and was having bad thoughts about that Courthouse that led me to thinking about December 21st, 2021 when I was on a TDCJ-CID bus coming from Beto Unit to Michael Unit (my Court date the day before at this same Court in question had been canceled because the Judge Michael Davis did not show up to Court on December 20th, 2021 so I had just dry sat at Beto Unit for 5 days for nothing!), and there was this very outspokenly racist ass white dude in the front of the bus with me saying the most outrageously →

Page #3 of 6

hateful things out loud especially in reference to Black People...

He told me that he was also supposed to have had gone to the same Court as me with Judge Michael Davis and that he's the one who was blamed for trying to escape at the Michael Unit "Trusty Camp" and that he is from this area in the freeworld and claimed to be some high rank in a "racist version" of Illuminati that's in & around Anderson County that's connected to the Klu Klux Klan. He goes on to explain that he knows Judge Michael Davis in the freeworld and that this Judge Michael Davis is in fact a member of the Klu Klux Klan himself. ---I questioned this madness: "How do you know?!"---and he replied that the "racist version" Illuminati he's part of (with rank), is connected to them and it all goes together with this Illuminati he keeps talking about. He told me that they have a bunch of members working in such positions and alluded to the fact that they are working for the TDCJ-CID and pointed out the Officers currently on the bus in the front were in fact members of this "racist version" of Illuminati he kept referring to. He said there's alot of them to the point where he can't even know every member himself even with rank and he even asked if I was part of this Illuminati which I denied but he obviously thought I was lying and went on to tell me that if I am a member and I got rank, to write that Judge Michael Davis and present my rank appropriately and to request leniency based on my affiliation and/or race and I should be ok... This is an emergency situation that I have found myself caught up in and I believe that once this information is brought to the Light for all to see, that my Life, Liberty, and Property are going to be in even more serious danger than ever before and that I need to be taken into Federal Custody immediately...

* OK, back to Beto Unit on February 2nd, 2022 and on to X-Wing which houses: Pre-Hearing Detention/Offender Protection Investigation/Transit/etc. was freezing cold night & day and my flu-like symptoms were getting worse and the medical Department was not helping me at all being evasive on purpose and Incarcerated Persons around me were also experiencing similar symptoms: coughing/sneezing blood/chills/hot & cold flashes/super headaches/congested nose/pressure in ears/burning lungs/nausea/stomach cramps/loss of appetite/physical pain/extreme fatigue/shortness of breath/etc. ~ the idiots running Beto Unit are deliberately leaving X-wing with no heaters operational on purpose as a means of torture---they also put people back there on suicide watch with no clothes or laundry but a pair of boxers and that's it!!---Madness! Freezing.

Page #4 of 6

cold!

 I sent in a Grievance (about the events I explained to the Court from January 31st, 2022 at Michael Unit) on 2-4-2022 in detail at Beto Unit not expecting relief from the corrupt Grievance Procedure but for extra documentation --- this day I was truly sick to man down status for 2-4-2022 / 2-5-2022 / 2-6-2022 and I wrote sick calls, talked to staff & Nurses but they don't give a fuck about us and surely not me! It was so so cold with ice outside and no heat at all inside ~ It was like being in an underground tomb in the winter time ~ I showed them the blood I was coughing up and from my nose to no avail ~ 2-4-2022 & 2-5-2022 I was literally layed down flat 48 hours in very bad condition ~ every time I sat up, I cough junk out my lungs green & red and white & red, etc. ~ I'd blow my nose and throw away bloody tissues ... enough said but the pain and hopelessness of having no help at all ~ being deliberately ignored by dirty medical staff --- truly madness and hatefulness to the far extreme ~

 I fought back mentally and spiritually and even physically, and was able to get more of this writing done on this Sworn Affidavit on 2-6-2022 and that night --- well, really early the next morning I'm told by on duty staff that I'm on Chain, so I wrestle my one bag back together and ended up waiting hours before Sgt. Taylor comes & got me with a Porter and took me to the little Chain room by Medical ~ everyone could see I was very sick and they still took me on chain in a van with other people on it --- *I kept asking where I was going and when the transport officers checked, they said: "Michael Unit!" --- WOW! Amazing! Couldn't do nothing but shake my head! Phew! Outrageous madness! After all that insanity on January 31st, 2022?! Telling me I'm not coming back?! WTF?!

 Back on Michael Unit I stepped off the Van to see COs: B. Neal & B. Hill -- they said they thought I wasn't coming back and that they were about to ship my property to me but here I am --- I was deshackled --- and taken to medical 10 Building where my blood pressure was high and I had a fever of 102 degrees F. so I had to stay and see a provider-Dustin K. APRN who prescribed pain meds/ antibiotics/ X-ray of lungs "not done yet"/ and ordered lab test for flu & Covid-19 ... COs: B. Neal & B. Hill left leaving me with another Officer and they got my property into 12 Building D-Pod 31 cell which was filthy ⤵

Page #5 of 6

as hell and I was told my temperature would be took regularly which did not happen at all and as I bring this affidavit to its end, it is early morning of February 10th, 2022 - I have gotten the pain pills, antibiotics - not the x-ray - got my temperature took once 2-9-2022 and it was right under 99 - heard from Nurse Williams I believe his name is or Wilson that I was negative for Covid-19 but I'm still sick right now and people around me are starting to cough & sneeze, etc. and they were not doing that when I got here 2-7-2022 so it's me spreading something and so it needs to be investigated because I think "they" are using/doing bogus lab test but at least I am feeling a little better with working heaters on. When I left X-wing at Beto Unit, I would estimate that out of 48 cells on X-wing, at least 25 Incarcerated Persons were sick badly and freezing non-stop!

** I went to Commissary (turned ID in with Commissary slips) on February 9th, 2022 and now I am down to .30¢ left on my Inmate Trust Fund total and I am including the receipt to demonstrate the financial inability to pay the initial filing fee myself at all so that this Case #: 6:22-cv-00006 can now move forward properly but don't think I'm playing games because I'm struggling like hell in here and so the Court knows, I have requested my friends to send $100 for me to the Court Clerk for this Case and also there's supposed to be $ going to my Inmate Trust Fund but I'm not sure when but 20% of it will be over $100 when that happens... So since I have made errors in my struggle and the Court has been patient, I hereby retract my Motion to With-hold Consent For Magistrate Judge and also hereby Consent to Proceed Before United States Magistrate Judge K. Nicole Mitchell, and I'm including the form that was sent to me for such purpose properly also.

Please consider my words carefully because I writing facts not fiction to the best of my knowledge & ability! I'm not at this Court to play games! I suffer along with many others in this terrible place... Please move this Case forward! It's an emergency now!

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed On: February 10th, 2022
Jamon Nathaniel Hestand
Jamon Nathaniel Hestand
TDCJ-CID # 1343536 "

Page #6 of 6