```
       Commissary & Trust Fund
            MICHAEL UNIT 'A'
       Commissary Purchase Receipt

Date:  2/09/22
Time:  9:48:18
Location...: 0361 - 08
Salesperson: SM00338


Purchaser Name:
HESTAND,JAMON
Housing: 12-D-C ROW-1   CELL31
ID Number: 01343536

Begin Acct. Bal:        $9.58
Begin Spend Limit:      $9.58


01042 STAMP-FOREVER .58
    16 @       .58      9.28



Transaction Quantity:      16
Transaction Total:      $9.28
Sales Tax Included       $.00
Ending Balance:          $.30

Beginning Balance:      $9.58
Begin Spend Limit:      $9.58
End Spend Limit:        $9.58


_____
THUMBPRINT


_____
SIGNATURE


        * * * * * * * * *

Notice: Effective November 1,
2021, the Embarq Debit Account
will now be called Securus
Debit Account. You will no
longer be charged taxes at the
Commissary when transferring
money to your Securus Debit
Account. Calls made with the
debit option will be charged
$0.04 per minute plus any
applicable taxes and fees.
```