Mr. Jamon N. Hestand #1343536
Michael Unit, 2664 FM 2054
Tennessee Colony, TX 75886 USA

(Legal Mail)

U.S. District Court
Eastern District of Texas
211 W. Ferguson, Rm. 106
Tyler, Texas 75702 USA



NORTH TEXAS
DALLAS
10 FEB 2022

FOREVER / USA