PLEASE EXECUTE THIS ACKNOWLEDGEMENT
OF RECEIPT AND RETURN TO U.S. DISTRICT
CLERK.   (NO POSTAGE NEEDED.)

TO: _TDCJ_
_Local Funds Div._

RE: _6:22cv6_
_Hestand v. TDCJ_

RECEIVED:
_Order Dkt. 20_

✳ _Rec'd via Email 2-11-2022_ ✳

on this _14_ day of _February_ ,20 _22_.

SIGNED: _John Mathews_
(Addressee/Agent for Addressee)

RECEIVED
U.S. DISTRICT COURT
FEB 2 2022
EASTERN DIST. OF TEXAS