# Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of Case #: 6:22-cv-00006 at the U.S. District Court – Eastern District of Texas – Tyler Division, hereby further demonstrate the financial inability to pay any initial filing fee whatsoever with the attached Commissary Receipt here from Robertson Unit of the TDCJ-CID.

I am unable to pay any initial filing fee myself at this time and accordingly this Case should proceed forward with Service being made by United States Marshalls and/or Deputy Marshalls for Summons.

During the last 7 months there were no deposits being made from any source into my Inmate Trust Fund whatsoever --- In fact, all the Court can see on my Inmate Trust Fund is withdrawals being made where I was using the money from the IRS/Economic Impact Payments and nothing else so the initial filing fee the Court requested was based on money being spent and not on deposits being made because there was no deposits being made at all and by the time the Court told me to pay $100, I was already down to $90.55 and now there is nothing at all but .30¢.

Aside from that, I am trying to get my friends to send the Court $100 for me but that is not under my control whatsoever, its under their control if they are willing to do so or not.

That aside, there is money going to my Inmate Trust Fund but I'm not sure at all when it will clear but the Court can easily collect 20% of it and that will give the Court over $100 right there as long as the initial filing fee order is cleared due to the fact that I only have .30¢ on my Inmate Trust Fund at this time.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 15th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536"

```
        Commissary & Trust Fund
           ROBERTSON UNIT 'A'
        Commissary Purchase Receipt

 Date:  2/14/22
 Time:  10:15:15
 Location...: 0471 - 01
 Salesperson: RR00083


 Purchaser Name:
 HESTAND,JAMON
 Housing: 12-E-C ROW-1  CELL32
 ID Number: 01343536

 Begin Acct. Bal:            $.30
 Begin Spend Limit:          $.30




        * No Records to Print *



 Transaction Quantity:
 Transaction Total:          $.00
 Sales Tax Included          $.00
 Ending Balance:             $.30

 Beginning Balance:          $.30
 Begin Spend Limit:          $.30
 End Spend Limit:            $.30


 _____
 THUMBPRINT



 _____
 SIGNATURE


         * * * * * * * * * *

 Notice: Effective November 1,
 2021, the Embarq Debit Account
 will now be called Securus
 Debit Account. You will no
 longer be charged taxes at the
 Commissary when transferring
 money to your Securus Debit
 Account. Calls made with the
 debit option will be charged
 $0.06 per minute plus any
 applicable taxes and fees.
```