Mr. Jamon N. Hestand #1343536
Robertson Unit; 12071 FM 3522
Abilene, TX 79601 USA

(Legal Mail)

U.S. District Court - Eastern District of Texas
211 W. Ferguson St.; RM 106
Tyler, TX 75702 USA

ABILENE TX 795
16 FEB 2022 PM 1 L

FOREVER / USA