IN THE UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF TEXAS - Tyler Division

JAMON NATHANIEL HESTAND
  Plaintiff

V.                                § Case N#: 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et al.
  Defendants

## MOTION FOR SERVICE TO BE MADE BY UNITED STATES MARSHALS and/or DEPUTY MARSHALS FOR SUMMONS

I, JAMON NATHANIEL HESTAND, the Plaintiff in this Case, hereby move the Court to order that Service for Summons of all Defendants in this Case be made immediately & appropriately by United States Marshals and/or Deputy Marshals as authorized under Rule 4(c)(3) of the Federal Rules of Civil Procedure.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 15th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536 "