# Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff in Case #: 6:22-cv-00006 at the U.S. District Court - Eastern District of Texas - Tyler Division, hereby present the following facts for consideration and to support the FACTS of my Complaint:

The property I got back on February 7th, 2022 from COs Barbra C. Neal & Brandi L. Hill of the Michael Unit 12 Building Property Room, was missing my radio and they did not give me any confiscation papers for it whatsoever so they stole my radio and I do have property papers for it issued to me on 7-31-2020 and so my radio is gone again in the hands of one of the same people who stole my last radio on February 13th, 2018 (CO-Barbra C. Neal).

As I revealed in the Sworn Affidavit I sent the Court on February 10th, 2022; I was sick with flu like symptoms & fever and had 2 N95 mask issued to me at Medical on Michael Unit on February 7th, 2022 by Provider Dustin K. Aprn who also ordered a lab test for COVID-19 and the Flu also and ordered an X-Ray to look at my lungs but I never got the X-Ray at all and I did get the test for COVID-19 and Influenza but have never gotten the test results at all! (Except by word of mouth.)

Over the next couple of days at Michael Unit 12 Building D-Pod 31 cell were uneventful other than what I already stated in the Sworn Affidavit I sent the Court on February 10th, 2022 (early that morning) and it was right after I put that Sworn Affidavit in a sealed letter to the Court with proper paid postage in my cell door (which did get picked up by on duty staff), that two Correctional Officers suddenly came to my cell door asking me if I was ready to go on Chain?! Out of nowhere! It wasn't even 4am yet! So I packed my remaining things back into red chain bags while struggling with being still sick and finished with a couple of Officers at my cell door waiting on me with a cart for my property. I was cuffed and pulled out, my property put on the cart by inmate workers and we walked off D-Pod into the main hallway where I turned to the right and saw a line of Incarcerated Persons along the right side of the hall, all with their own staff member escorts leading up to a room on the left that was used for supposed group therapy for the bogus Mental Health Therapeutic Diversion Program where over 27 Incarcerated Persons died of suicide from being tortured relentlessly... ⟶

Page #1 of 8

In the room to the left I just mentioned, we Incarcerated Persons were being strip searched in chicken wire cages like unruly animals by Correctional Officers who were part of the "Regional Shakedown Team": Lt. Warren / CO-Tyler / CO-Huerta / CO-Parker / and others I didn't know but there were other Staff present that I did recognize such as: CO-Dawanda K. Lacy / CO-Barbra C. Neal / CO-Brandi L. Hill ... Right before going into the room on the left, we were asked our clothes' sizes for pants & shirts. I kept having to turn towards the right wall and cough repeatedly because I was still sick. I was wearing an N95 mask, Glasses, T-shirt, Shorts, Boxers, Socks, Shoes, and 2 Religious Necklaces (Talisman & Amulet) when I went into the cage and I was walking with a wooden cane... (And I had a black "Bio Skin" knee support.)

In the cage, I was searched by CO-Parker & CO-Tyler under the Supervision of Lt. Warren who was the same person who assaulted me with a tray slot bar on January 31st, 2022 as I revealed to the Court in the Sworn Affidavit I sent the Court on February 1st, 2022 from Beto Unit... These Prison Employees took everything from me in the cage and ordered me while naked to raise my hands up in the air / to raise my testicles up / to run my fingers thru my hair & beard / to open my mouth and pull my lips open with my fingers / to turn around and spread my butt cheeks "multiple times like as if once was not enough" / and to show the bottom of my feet ... I was only given my Glasses, Knee Support, and Cane back and then given another pair of boxers with pants & shirt and a bogus cloth mask made by Prison Slaves that is utterly useless to stop any virus coming or going ... I asked about my N95 mask, T-Shirt, Shorts, and 2 Religious Necklaces and was told by CO-Parker & Tyler that they would all be put in my property that was to follow us Incarcerated Persons to Robertson Unit...

So, I got dressed and got put in handcuffs --- I must say that during the process of being searched, there was a commotion back in the hallway that started between CO-Dawanda K. Lacy and an Incarcerated Person and there was some loud arguing that made a bunch of Regional Team COs barge out of the room where I was being searched and they surrounded the inmate (who was a Black Man) in a very threatening manner that apparently concerned another inmate that these corrupt Staff slammed into the concrete wall face first when both Incarcerated Persons were in hand restraints and were both Mentally Ill like me! --- I was taken out the cage and made to sit in a Special Chair ⤵

Page 2 of 8

that detects metal which I did not set off and I had to roll my chin on the back of it to see if I had metal in my mouth which I did not and on back into the hallway slowly after being put in shackles with twisted shackles on my wrist again connected to feet shackles...

It's important to reveal to the Court that when I was still in the hallway before going through the dehumanizing perverted strip search, that Warden Michael A. Collum was in the hallway supervising the whole dirty operation and he was up ahead with his back to the wall on the right side with unknown Staff and was very clearly talking about me and these unknown Staff kept staring at me making continuous eye contact with me and I felt a very negative vibe directed towards me that made me think I was in danger of violence; so when I came out of that room where I was deliberately humiliated by the forementioned Prison Officials & Staff, I was suddenly followed when I came back into the main hallway by none other than Warden Michael A. Collum himself for no other reason than to try and intimidate me all the way to the exit of 12 Building before staying behind inside as I was taken to a bus that was already crammed full of Chronically Mentally Ill Incarcerated Persons and I struggled up the steps with the twisted shackles and my disabilities with very little help from Staff until they realized I couldn't make it with the absurd twisted shackles so tight to my feet that I couldn't even set my Cane on the first step at all! Straight up violation of my disabilities to the far extreme!

The interior of the bus was absolutely filthy & nasty already with trash, dirt, and grime everywhere and there was already several other Incarcerated Persons on the bus that were coughing & sneezing in such a way that I thought someone might die on the bus and all of us only had bogus cloth masks made with prison slavery... It was about 4:45am or so maybe 5am that the bus was loaded up and we were transported off Michael Unit going to Robertson Unit in Abile, Texas which is about 300 miles away in a straight line but we sure as hell didn't go in a straight line. We swooped up from Tennessee Colony, Texas and on thru the southern part of Dallas & Tarrant Counties before heading to Abilene, Texas... So we were on the road for about 5 hours...

Luckily there was no violence between Incarcerated Persons on the bus ride to Robertson Unit but there was the endless coughing & sneezing and an old man that had to use the restroom so bad that he just

Page #3 of 8 ↪

yanked his pants down in the middle of the bus right in his seat and twisted sideways and started non-stop defecating on the floor in between the seats which are all cramped together so tightly that I personally couldn't even face forward because my knees would hit the seat in front of me when I barely try to turn forward so I had to sit sideways the whole time ... It was absolutely insane and beyond terrible as the old man grunted & groaned loudly making the most awful sounds possible and making faces like he was being stabbed in the kidneys real bad and filled the entire bus with the smell of feces very strongly to the point where many of us had actual tears in our eyes and were struggling not to throw up which was even harder with the coughing & sneezing ... Two sets of Incarcerated Persons wrestled together in two pairs to open a window in the front and one towards the back so we could all half way breathe. The old man kept on defecating off & on all the way to Robertson Unit ... He literally had crap on his pants, boxers, shirt, legs, hands, and on the seat, floor, wall, shoes, etc. ---- the situation was so much worse than I care to explain but he couldn't even get his pants back up and it was such a mess it was like some sort of horror movie ... Obviously this old man was both physically and mentally ill to the extreme as we all watched him eat food out of sack meals in between defecations with feces on his hands & fingers. Obviously he needed professional medical care and he obviously he wasn't getting it and from many long years of experience with the extremely corrupt Medical Department of the TDCJ-CID, he wasn't about to get none either ...

Upon arrival at Robertson Unit, we were taken off the bus one by one, deshackled with our knees on the concrete (which was hard on my disabilities), and taken into 12 Building and on down the hallway to E-Pod (12 Building of Robertson Unit is pretty much like Michael Unit in design) and right before going into E-Pod there was a room to the right with four women in it, one of whom was "Warden Penny K. Dickerson" with two others who were part of the Unit Classification Committee and the last one was in CO clothes and was a Safe Prisons Officer ---- they didn't do anything to help me whatsoever — it was just basic processing but even after being put in 12 Building E-Pod 32 cell none of us Incarcerated Persons including myself were evaluated by the Medical Department whatsoever.

I had to tell "Major Ricky A. Villanueva" about being sick with flu-like symptoms when he walked around E-Pod which got me pulled out the next day by COs Brandon D. Key and either Joshua L. Terral or

Page # 4 of 8 ⟶

James A. Taylor (not sure which with the majority of staff hiding their name tags and refusing to identify themselves including rank) to go to Medical at 10 Building where on the way there I hoped to explain the intensified pain I was experiencing especially in my: right foot & ankle/right knee/ back/neck/right shoulder/right arm/right forearm/right hand/etc. from all the transportation I had to suffer thru going back & forth thru Beto Unit for Criminal Court and back to Michael Unit mysteriously and on to Robertson Unit --- but when we got to 10 Building Medical I was completely denied medical care by Nurse Smith for no good reason whatsoever and lied to, telling me that I had an upcoming Provider appointment next week (which never happened) and I was taken back to my cell (as I walked away from that Corrupt Nurse, she said to go ahead and write a Grievance on her, that she doesn't care!) and both coming & going to and from that bogus medical appointment with corruption, these two Correctional Officers kept talking over my head bragging about how they abuse mentally ill Incarcerated Persons on 12 Building "E-Pod" where the "Chronically Mentally Ill-Sheltered Housing" is located on Robertson Unit now...

As should be revealed to the Court, Prison Officials suddenly began transferring Mentally Ill Incarcerated Persons off Michael Unit on January 31st, 2022 who were part of the "Mental Health Therapeutic Diversion Program and/or the Chronically Mentally Ill-Sheltered Housing", of which both were a complete & utter failure when it came to any form of rehabilitation --- on the contrary, they were nothing but pure torture to the point of utter insanity where over 27 Mentally Ill Incarcerated Persons on Michael Unit 12 Building committed suicide to escape the endless everyday torture of madness implemented against us Incarcerated Persons there for monetary interest as I have tried to reveal in the FACTS of my Complaint along with my supporting affidavits, witness statements, documentary evidence.... And every bit of this torture I reveal has been to full knowledge of: Doctor-David Stebbins/Practice Manager-Pam Pace/ UGI-Margaret M. Price/Warden-Pennie R. Kempt/Warden-Charles O. Meador II/Warden-Carol E. Monroe Jr./Warden-Kirt D. Stiefer/ Warden-Richard J. Babcock/Warden-Michael A. Collum/Warden- Lamorris Marshall/Warden-Lonnie E. Townsend IV/Former CID Director Lorie Davis/Former TBCJ Chairman-Dale Wainwright/CID Director Bobby Lumpkin/TBCJ Chairman-Patrick O'Daniel/TDCJ- Director Bryan Collier/et.al. as they continued to request millions of dollars from the Government for no good reason at all...

Page #5 of 8

Now, all the mentally ill Incarcerated Persons that were at Michael Unit have been scattered to the winds to places such as: Polunsky Unit / Robertson Unit / Hughes Unit / McConnell Unit / Allred Unit / etc. where nothing is being done to help Mentally Ill Incarcerated Persons and where the Prison Officials & Staff are completely unqualified to deal with mentally Ill Incarcerated Persons in Solitary Confinement whatsoever and for great example, now here at Robertson Unit under the authority & full awareness of: Warden-Jennifer S. Cozby / Warden-Raleigh W. Breeden / and Warden-Penny K. Dickerson; there is no Program at all for "Chronically Mentally Ill-Sheltered Housing" Incarcerated Persons on 12 Building E-Pod and not only are the Staff unqualified to deal with mental illness but are already responding to it with extreme ignorance & violence...

On February 11th, 2022 there was an excessive use of force done on 12 Building E-Pod 11 cell and I could smell the chemical agents in my cell --- the Use of Force was un-necessary and done without getting any qualified personnel from medical to diffuse a non-emergency situation!

* I got my Property from Michael Unit on February 11th, 2022 and it is missing: Red Union Card / White Commissary Cup / 2 Religious Necklaces / Medical Grey Mug / Religious Book-Necronomicon / Legal Book about the Americans with Disabilities Act / 2 Copies of the "Jailhouse Lawyer's Handbook" from the National Lawyers Guild / A Black Cup / ½ Black Bag Columbian Coffee / Earplugs / Eraser / Commissary Detergent / Personal Face Towel / A Letter from my Friend Joseph Parampathu / 2 N95 masks / Multi Outlet / Radio / A Family Picture of my Uncle Larry / A Stack of Union Literature / Civil Case Case Laws shepardized to the 5th Circuit under Fedral Law / etc. and the People responsible for this theft at Michael Unit under the Supervision of Warden Michael A. Collum, are: Lt. Warren / CO-Parker / CO-Tyler / CO-Huerta / CO-Barbra C. Neal / CO-Brandi L. Hill / et. al. so that once again I am the Victim of actual theft of my Property by these corrupt prison staff! It's infuriating to the far extreme with no confiscation papers or any form of notification whatsoever! They stole my property straight up! That is completely unlawful and look at what they stole from me! --- Legal Materials / Religious Materials / Mail / Pictures of Family / etc... --- It's crazy as hell that I'm still being subjected to such ignorance while I'm a Plaintiff in the Fedral Court and for over a month this Court has ignored my Temporary Restraining ↪

Page #6 of 8

Orders & Preliminary Injunctions (or delayed them) that I mailed to this Court on January 20th, 2022 when I'm still being subjected to non-stop retaliation & harassment from Defendants and their cohorts listed in this "Case #:6:22-cv-00006" who have continuously violated me as a Plaintiff at the "U.S. District Court - Eastern District of Texas - Tyler Division" even throughout "Case #:6:20-cv-00071" and ongoing now in this current Case! That's not righteous at all and has forced me to suffer deeply in pain & sickness that's been made worse and now more of my property has been stolen! It's gone! It makes me sick to my soul that me and other Incarcerated Persons have to be tortured & violated non-stop by Prison Officials & Staff and Prison Bureaucrats whose main concern is their selfish greed at the expense of Human Rights & Human Lives for years and years! --- I need my Temporary Restraining Orders & Preliminary Injunctions granted by this Court as soon as possible in the name of Justice.

On February 15th, 2022 I was pulled out of my cell to get my blood pressure taken in a room to the right in the hallway outside of E-Pod --- my blood pressure was high and I was taken back to my cell and nothing else was done.... I met Mental Health Clinician-Julia New at my cell door that same day telling me I would be checked on once a week.

Everyday since at least January 31st, 2022; I have been coughing stuff out of my lungs (it is February 23rd, 2022 now as I bring this affidavit to a close) so there's still something wrong with me. It feels like it's in my right lung. When I breathe in & out it rattles somewhat. I need proper medical care as soon as possible. I don't want to be sick and in pain all the time. It's miserable to suffer for so long...

Someone was subjected to un-necessary excessive force on 12 Building E-Pod 4 section on February 10th, 2022 the day I got to Robertson Unit which had me breathing chemical agents in my cell on the other side of the Pod... Again on 12 Building E-Pod 1 Section on February 21st, 2022 at about 2:40pm and I was breathing chemical agents two sections away! --- The ignorance & violence implemented against mentally ill Incarcerated Persons in Solitary Confinement by Prison Officials & Staff here at Robertson Unit 12 Building E-Pod who are not at all qualified to deal with mental illness whatsoever, is already ongoing since mentally ill Incarcerated Persons were transferred to this location from the hell of Michael Unit 12 Building so that now the situation is deterorating quickly which leads to escalating violence & suicide as revealed at

Page #7 of 8 ↘

Michael Unit 12 Building and as I have revealed in the FACTS of my Complaint along with my supporting affidavits, witness statements, and documentary evidence also...

I got 3 Legal Letters from this Court today on February 23rd, 2022 that got forwarded to me from Michael Unit and so I am now aware that the Initial Filing Fee of $100 has been paid in my behalf on February 9th, 2022 so regardless of my inability to pay it myself, it has been payed for me by one of my friends although I have not received any personal mail from anyone yet here on Robertson Unit as of yet so I don't even know which one did it for me yet but obviously this Case can move forward and I did in fact send the Court a "Motion For Appointment Of Counsel" and a "Motion For Service To Be Made By United States Marshals and/or Deputy Marshals For Summons", on February 15th & 16th, 2022 and so the Court should have those Motions by now and we move forward towards Justice & Relief...

I bring this affidavit to a close and it is late night of February 23rd, 2022 but I will be mailing this out in the morning with proper postage paid.

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my knowledge.

Executed On: February 23rd, 2022
Jamon Nathaniel Hestand
Jamon Nathaniel Hestand
TDCJ-CID# 1343536  "

Page #8 of 8