IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON N. HESTAND, #01343536 | § | |
| VS. | § | CIVIL ACTION NO. 6:22cv006 |
| TDCJ INSPECTOR GENERAL, et al. | § | |

ORDER

Before the Court is Plaintiff's motion for the service of summons, (Dkt. #26), in this pending civil rights proceeding pursuant to 42 U.S.C. § 1983. Plaintiff requests that the Court order the United States Marshals to serve summons upon Defendants. This motion is repetitive, (Dkt. #15), as the case remains in the screening process under 28 U.S.C. § 1915A. Therefore, it is

**ORDERED** that Plaintiff's motion for the service of summons, (Dkt. #26), is **DENIED** as premature.

So ORDERED and SIGNED this 3rd day of March, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE