## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case #: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court - Eastern District of Texas - Tyler Division", here-with this affidavit, present an Article by Jolie McCullough of the Texas Tribune as Documentary Evidence for the Court to consider and to support the "FACTS" of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 4th, 2022

*Jamon Nathaniel Hestand* (signature)
Jamon Nathaniel Hestand
TDCJ-CID #1343536 "

[Stamp: CLERK, U.S. DISTRICT COURT RECEIVED MAR 07 2022 EASTERN DIST. OF TEXAS]