# Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case #: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court-Eastern District of Texas-Tyler Division", here-with this affidavit, present some "Religious Grievances" & documentary evidence to be considered by the Court and to support the "FACTS" of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 2nd, 2022

Jamon Nathaniel Hestand

Jamon Nathaniel Hestand
TDCJ-CID #1343536 "

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 07 2022
EASTERN DIST. OF TEXAS