

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

*Carbon Copied*

TO: Chaplain Samuel Arciprest          DATE: 7-24-2018
     (Name and title of official)

ADDRESS: Michael Unit     *"Returned With No Response"*

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me, I am a Pagan and have been for a very long time and have been discriminated against non-stop in T.D.C.J. ~ I need Pagan Resources, a special religious diet of no pork and no beef specifically, my right to create & possess a Talisman/Amulet without it being stolen by prison staff, observance of my 8 major Holy Sabbats every year, Religious Items to be able to be sent in to me by a Priest or Priestess or someone else of my Religious Path for purity purposes and Religious needs; I need to be able to grow a Goatee or Beard of my choice according to my Religion without Interference, Contact with Pagan Groups or Networks, etc. ~ I need to be able to practice my Religion as I truly know how without injustice & discrimination against me as long as I do not interfere with very serious security concerns... I need to speak to you or another Chaplain.

Name: Jamon Hestand          No: 1343536          Unit: Michael

Living Quarters: 12A-3/cell     ~~Work Assignment~~   Have a nice day...

---

**DISPOSITION:** (Inmate will not write in this space)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

*Carbon Copied*

TO: *Chaplain Samuel Arciprest*                    DATE: 7-24-2018
(Name and title of official)

ADDRESS: *Michael Unit*                              SEP 19 2018

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me, I am a Pagan and have been for a very long time and have been discriminated against non-stop in T.D.C.J. ~ I need Pagan Resources, a special religious diet of no pork and no beef specifically, my right to create & possess a Talisman/Amulet without it being stolen by prison staff, observance of my 8 major Holy Sabbats every year, Religious Items to be able to be sent in to me by a Priest or Priestess or someone else of my Religious Path for purity purposes and Religious needs; I need to be able to grow a Goatee or Beard of my choice according to my Religion without interference, Contact with Pagan Groups or Networks, etc. ~ I need to be able to practice my Religion as I truly Know how without injustice & discrimination against me as long as I do not interfere with very serious security concerns... I need to speak to you or another Chaplain.

Name: Jamon Hestand          No: 1343536          Unit: Michael

Living Quarters: 12A-3/cell          ~~Work Assignment:~~ Have a nice day...

**DISPOSITION:** (Inmate will not write in this space)

AUG 10 2019

SUBMITTED BY OFFENDER

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

( Carbon Copied )

TO: _Chaplain Thomas R. Taylor_                    DATE: _8-27-2018_
          (Name and title of official)

ADDRESS: _Michael Unit_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me, I wrote on 7-24-2018 to Chaplain Samuel Acciprest and could not even get the courtesy of a response to my serious Religious Needs. In fact, my I-60 was sent back with no response at all. I wanted to see if he'd come see me or pull me out which he never did so I filed a complaint. Obvious Religious Discrimination... So I still need need Pagan Resources, my right to create & possess a Talisman /Amulet without it being stolen by prison staff, observance of my 8 major Holy Sabbats every year, a beard or goatee of my choice without interference, Contact with Pagan Groups or Networks, etc. I need to be able to receive Religious Items from a Priest or Priestess of my Path for purity purposes & Religious needs. I need to be able to practice my Religion without injustice & discrimination against me. I need to speak with you or another Chaplain respectfully and I need a response to this I-60 this time. Have a nice day!

Name: Jomon Hestand _____ No: 1343536 _____ Unit: Michael

Living Quarters: 12 E-33cell _____ Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Chaplain Randall S Clarke        DATE: 10-19-2018
        *(Name and title of official)*

ADDRESS: Michael

Excuse me, I've already wrote both Chaplain Taylor & Arcipreste trying to get help with my Religious needs such as my Religious Diet of no beef & no pork, observance of my Holy Days, the ability to craft a Talisman/Amulet and possess it without interference from prison officials & staff, Pagan Resources & Contacts that are already in touch with the TDCJ Chaplaincy Department, Religious items only from actual Pagan Sources of my Path, etc. ~ So far I have been deliberately ignored & discriminated on about my Religion and that has caused me serious mental, emotional, and Spiritual problems... I need to speak with a Chaplain who will not discriminate against me and who will help me resolve my Religious Needs as soon as possible... The Chaplaincy Department is supposed to stand for all Religions...

Name: Damon Hestand          No: 1343536          Unit: Michael

Living Quarters: 12E-33cell          Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

Texas Department of Criminal Justice

**STEP 1**

**OFFENDER**
**GRIEVANCE FORM**

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12A Steel__

Unit where incident occurred: __Michael__   __12E-33__

Grievance #: __2018178885__

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? __Chaplain Samuel Arcipnest__   When? __7-24-2018__

What was their response? __None ~ returned I-60 with no response__

What action was taken? __None ~ Religious Discrimination__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I wrote the Chaplain ~ Samuel Arcipnest for the following: Pagan Resources, Special Religious diet of no beef & no pork, my right to create & possess a Talisman/Amulet without it being stolen by prison staff, Observance of my 8 major Holy Sabbats every year, Religious items to be able to be sent to me by a Priest or Priestess or someone else of my Religious Path for purity purposes & Religious needs, to be able to have a Goatee of Beard of my choice according to my Religion without interference, and contact with Pagan Groups or Networks, etc. AUG 10 2018

I stated that I need to be able to practice my Religion without interference basically as long as it does not directly interfere with serious security concerns and I stated that I needed to speak with this Chaplain ~ days later I get my I-60 back at mail call with no response at all and I waited hoping he would come talk to me but he never did. AUG 10 2018

This is very obvious Religious Discrimination and is very disrespectful to me and it is a major problem I have had in T.D.C.J. that pushed me into having mental illness along with other major abuses & violations of my Human & Civil Rights. I'm sick & tired of people in a position of authority over Religious needs being very disrespectful to me about my Religion and I intend to get my Religious needs satisfied/fulfilled or I will include this issue in v litigation of totality of conditions that I plan to challenge... I will keep trying to get my Religious needs met with each Chaplain to see if any of them can fulfill my needs without discriminating against me...

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

SEP 19 2018

I'm including a copy of the I-60 I wrote Samuel Arcipreste...

※ This is an Emergency Grievance under AD-03.82 Section V.
Emergency Grievances part 7 very clearly and despite that fact of this
directly violating Fedral Law. This grievance needs to be processed immediately!
※ note added on 8-25-2018 Jamon Huston        AUG 27 2018

**Action Requested to resolve your Complaint.** Religious needs to be fulfilled... Religious Discrimination
to be stopped immediately!   AUG 10 2018   AUG 27 2018

**Offender Signature:** Jamon Huston       **Date:** 8-8-2018

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *     **M. Price**
☐ 11. Inappropriate. *                 **Investigator III**

**UGI Printed Name/Signature:** J. Gainey L. Gainey
M. Price   M. Walsh

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission        UGI Initials: TR
Grievance #: 2018178885
Screening Criteria Used: 199 #2
Date Recd from Offender: AUG 10 2018
Date Returned to Offender: AUG 10 2018
2nd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: AUG 27 2018
Date Returned to Offender: AUG 27 2018
3rd Submission          UGI Initials: MW
Grievance #: 2018178885
Screening Criteria Used: 199 #2
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY |
| --- |
| Grievance #: _2019016859_ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-33_

Unit where incident occurred: _Michael_

_Discrimination   &  ~ Emergency ~  & Religious ~_

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Chaplain Thomas R. Taylor_    When? _8-27-2018_

What was their response? _None_

What action was taken? _Religious Discrimination & Obstruction of free Exercise of Religious Beliefs._

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

I waited patiently and was again ignored regarding my serious Religious needs by another Chaplain here on Michael Unit. Because I am a Vegan, I can't get no response and no help from the Chaplaincy Department whatsoever.

This individual with his deliberate indifference to my Religious needs is violating my equal protection of the law rights and free exercise Clause rights. He is discriminating against my Religious Beliefs & Needs while acting under color of law. --- This behavior being perpetrated against me in conspiracy with Chaplain Samuel C. Arcipreste & Thomas R. Taylor is one of the reasons I have mental illness now after having my Religious Rights violated for years and years by selfish Chaplains & Staff who only care about their beliefs when they are in a public position acting under color of State law to represent all Religions regardless of what they personally believe and to interfere with my Religion has crushed my Spirit for many many long torturous years where I could get no relief whatsoever--- but that has got to be stopped now once and for all. I demand my Religious Rights be granted without interference as long as I am not seriously interfering with prison security or some major penological interests...

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

I waited patiently for a response to my I-60 on 8-27-2018 and also to actually speak with a Chaplain but was once again rejected out of hand deliberately by Thomas R. Taylor just like Samuel Arcipreste did before that and I will be contacting Chaplain Randall S. Clarke next about the same issues before I go above them and so on and so forth...

Action Requested to resolve your Complaint. Conspiracy against my Religion to stop immediately! All my Religious Needs granted now! Religious discrimination against me stopped now!

Offender Signature: _Tammon Hooten_          Date: 10-3-2018

Grievance Response:

Signature Authority: _____          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (1-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _Tammy Rainey / Mardel Nabors_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY

Initial Submission          UGI Initials: TR
Grievance #: 2019016859
Screening Criteria Used: 199 #1
Date Recd from Offender: OCT 5 2018
Date Returned to Offender: OCT 5 2018
2nd Submission          UGI Initials: M N
Grievance #: 2019016859
Screening Criteria Used: 199 #1
Date Recd from Offender: OCT 11 2018
Date Returned to Offender: OCT 11 2018
3rd Submission          UGI Initials: TR
Grievance #: 2019016859
Screening Criteria Used: 199 #1
Date Recd from Offender: OCT 15 2018
Date Returned to Offender: OCT 15 2018

Appendix F



(Carbon Copied)

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Dorman Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

_Regarding Grievance # 2019016859_

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2019016859</td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because...*

it was not processed according to Fedial & State Law and BP 03.77 & A.D.-03.82. deliberately by Grievance Investigators Tammy L. Rainey and Monte R. Nabors. They are not only violating my Protected Conduct of Filing Grievances but they are also violating my Vegan Religion. Grievance # 2019016859 is clearly an Emergency Grievance subject to no screening, criteria and is supposed to be coordinated with the Chaplaincy Department... The way these Grievance Investigators Keep violating my access to courts rights looks like someone above them all is at fault but AD-03.82 shows otherwise very clearly...

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

*(Carbon Copied)*

Offender Signature: _Jamon Houston_      Date: _10-23-2018_

Grievance Response:

---

Signature Authority: _____   Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*


CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd:_____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)            **Appendix G**

**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12E-33 cell__

Unit where incident occurred: __Michael__
~ Emergency ~

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019026809 |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Grievance Office__   When? __OCT - 3, 5, 11, 15 - 2018__

What was their response? __Grievable time period has expired...__

What action was taken? __Campaign of Harassment against me & Protected Conduct Violated.__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance #2019016854... First of all, that Grievance is specifically about the burden on the free exercise of my Religion being perpetrated by Chaplain Samuel C. Arcipreste & Chaplain Thomas R. Taylor and it was supposed to be processed as an Emergency Grievance and coordinated with the Chaplaincy Department according to Federal & State Law and AD-03.82 but once again my Protected Conduct of filing Grievances has been violated by Grievance Investigators Tommy L. Rainey & Monte P. Nabors who are part of the conspiracy against my rights et al and Campaign of Harassment being perpetrated against me here on Michael Unit & the Central Grievance Office by a bunch of Prison Officials & Staff members especially since the crimes that were committed against me by Prison Officials & Staff on February 13th 2018 up til now. These Grievance Investigators are harassing me & retaliating against me for me trying to exercise my access to courts rights, and by doing so in this case they are also helping to violate my Religious Rights along with the forementioned Chaplains. This is very cruel & unusual punishment and torture being used on me by all these individuals who are constantly violating my Human & Federal Rights and causing me severe mental, emotional, and Spiritual pain & suffering. These Investigators are obstructing Justice for the deliberate violating of my Religious Rights. They are violating my equal protection of the law rights due to my Pagan Religion & my mental illness which they are agitating non stop. They are barring me from practicing my Religion without any legitimate penological interests whatsoever and they are doing this all to me with evil intentions & evil motives et al. while acting under color of State law.

OCT 26 2018   NOV 0 1 2018   NOV 0 7 2018

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

*Carbon Copied*
OCT 26 2018
NOV 0 1 2018

**Action Requested to resolve your Complaint:** *Stop conspiracy against my rights! All requested actions granted in Grievance #2019016859. Grievance #2019016859 processed correctly & investigated with the Chaplaincy Department & this complaint coordinated with the O.I.G. Protection from all forementioned individuals.*

**Offender Signature:** Tamon Heaton   **Date:** 10-23-2018

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☑ 2. Submission in excess of 1 every 7 days. *10-25-18

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *   M. Price

☐ 11. Inappropriate. *   Investigator III

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____

Grievance #: 2019016859

Screening Criteria Used: #2 999

Date Recd from Offender: OCT 26 2018

Date Returned to Offender: OCT 26 2018

2nd Submission    UGI Initials: _____

Grievance #: 2019016859

Screening Criteria Used: #2

Date Recd from Offender: NOV 0 1 2018

Date Returned to Offender: NOV 0 1 2018

3rd Submission    UGI Initials: _____

Grievance #: 2019016859

Screening Criteria Used: #2

Date Recd from Offender: NOV 0 7 2018

Date Returned to Offender: NOV 0 7 2018

RO-10318
RO-10318
RO-11071
RO-11071
RO-11050
RO-11050

Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019033014 |
| Date Received: | NOV 08 2018 |
| Date Due: | 12-18-18 |
| Grievance Code: | 100 |
| Investigator ID #: | I1983 |
| Extension Date: | |
| Date Retd to Offender | DEC 18 2018 |

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-72 cell

Unit where incident occurred: Michael

~ Burden On My Free Exercise of My Religion ~

RO-122018

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Chaplain Randall S. Clarke    When? 10-19-2018

What was their response? None

What action was taken? Religious Discrimination & Burden On Exercise of my Religion

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I wrote this Chaplain and I waited patiently for a response both by a written response and face to face to speak with one another but once again I am denied my Religious Needs and the Chaplains here on Michael Unit all refuse to do their job and respect other Religions such as mine which is Paganism/Pagan. All 3 Chaplains on Michael Unit have officially & personally placed a serious burden on the free exercise of my Religion!

I am being denied my Religious Diet of no Beef and no Impure Pork, Observance of my Holy Sabbats, the ability to craft my own Talisman/Amulet and possess it without interference by Prison Officials & Staff, Pagan Resources & Contacts, Religious Items only from a actual Pagan Source or a Pagan Member of my Religious Path, Religious Goatee or Beard of my choice, Religious Hygeine Items from Pagan Sources of my Path of Religion, etc.

My Pagan Beliefs are completely Religious, Spiritual, and extremely sincere... These Chaplains : Samuel C. Arciprest, Thomas R. Taylor, and Randall S. Clarke are not supposed to work on this Unit under color of state and only represent the Religion's of their choice ~ they are supposed to represent all Sincere Religious Beliefs/Religions whether they like it or not! I do not run around myself and discriminate on other People's Religions whether I agree with them or not! ~ These Chaplains putting a serious burden on the free exercise of my Religion is a major cause of my mental illness because this has happened to me on every Unit I had to live on for years & years... My Religious Needs do not interfere with any serious security concerns in the Prison System whatsoever so there should not be any such →

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

burden on my free exercise of my very sincere religious beliefs whatsoever...

Action Requested to resolve your Complaint: All my Religious Needs fulfilled immediately. Religious Discrimination to stop now! Stop violating my Religious Rights. Get these Chaplains to cooperate with my Religious Needs.

Offender Signature: _____     Date: 11-8-2018

Grievance Response:

Be advised, one issue will be addressed per grievance. The chaplaincy department doesn't change offenders' diet plans. If you would like to change your diet due to your religious preference, you must contact the food service department via I-60 request with your specific needs. You may choose one of three menu plans: regular tray, meat-free tray, or pork-free tray. No policy violation noted.

Signature Authority: _____  **Warden Meador**                    Date: 12/17/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

RO~121918

Returned because:     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

OFFICE USE ONLY

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)                    Carbon Copied                    Appendix F



*Handy Copy*

*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Jamon Hestand_ ___ TDCJ # _1343536_

Unit: _Michael_ ___ Housing Assignment: ~~12E-62cell~~

Unit where incident occurred: _Michael_ ___ 12D

_Religious_ ___ 33

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2019033014 |
| UGI Recd Date: | JAN 02 2019 |
| HQ Recd Date: | JAN 09 2019 |
| Date Due: | 02/11/2019 |
| Grievance Code: | 100 |
| Investigator ID#: | |
| Extension Date: | |

MAR 07 2019

RO-030714

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

it did not resolve Grievance #2019033014 whatsoever especially since I'm still being denied my Religious Diet of no Beef and no Impure Pork and all my other Religious Needs by Warden Charles O. Meador, the Food Services Department, the Chaplains, and the Medical Department... It's not right for me to be forced to eat meat free trays because I don't eat Beef or Impure Pork when I am able to eat other meats that are available on the menue! That's Religious Discrimination against me along with the rest of my Religious Needs being denied also & deliberately Ignored by the Wardens on this Unit and the Chaplaincy Department here too...

I need my Religious Diet to be no Beef and no Impure Pork without stopping me from eating other meats that are available. I need all my Religious Needs fulfilled reasonably without discrimination against my Pagan Religion & Beliefs. This complaint is not resolved at all!

I-128 Front (Revised 11-2010) ___ **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** ___ (OVER)

Appendix G

_(Carbon Copied)_

**Offender Signature:** _Jomon Westond_          **Date:** _12-31-2018_

**Grievance Response:**

An investigation has been conducted into your complaint. A.D.-07.30 (rev. 7) IX., states: "The TDCJ provides all offenders access to nutritionally adequate meals and, within administrative practicability, allows offenders to meet religious dietary requirements and restrictions, managed in accordance with the guidelines in the TDCJ _Food Service Procedures Manual_." No further action from this office is warranted.

## Timothy C. Jones
### Deputy Director of Religious Services

**Signature Authority:** _____          **Date:** _2/11/19_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)          **Appendix G**

RQ-030719

**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019094579

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12D-33cell

Unit where incident occurred: Michael & Central Grievance Office
Access To Courts / Religious Discrimination

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Warden Meador & Chaplain Jones          When? on 12-17-2018 and 2-11-2019

What was their response? Negative...

What action was taken? Both of them avoided fulfilling my Religious Needs deliberately...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance #2019033014 ~ Both Warden Charles O. Meador and
Deputy Director of Religious Services Timothy C. Jones violated my Protec-
ted Conduct of filing Grievances deliberately to oppress my Religious Needs
and they have purposefully interfered with me trying to exercise my access
to courts rights... Being denied the Human Right to freely practice my Religion
and have Religious Needs fulfilled adequately is straight up torture and is very
inhumane. It's infuriating and makes me feel sick inside with anger! It's
wrong to violate Human Rights.

MAR 18 2019
APR 02 2019

G#2019033014
SIF ~ 110818
S2F~123118

Appendix F

*(Carbon Copied)*

Action Requested to resolve your Complaint. *Reinvestigate Grievance #2019033014 fully & properly and*
*✱Protection from Warden C.O. Meador. grant my requested actions. Stop these People from violating my Human & Civil Rights.*

Offender Signature: _Ymon Westmd_                                    Date: _3-18-2019_

Grievance Response:

Signature Authority: _____ · Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☒ 9. Redundant, Refer to grievance #_2019033014_
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: R. Rowland / Investigator II

M. Price
Investigator III

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____

| OFFICE USE ONLY | | |
| --- | --- | --- |
| Initial Submission | UGI Initials: | |
| Grievance #: | 2019093514 | |
| Screening Criteria Used: | 1,9 | |
| Date Recd from Offender: | MAR 18 2019 | |
| Date Returned to Offender: | MAR 18 2019 | |
| 2nd Submission | UGI Initials: | |
| Grievance #: | 2019093514 | |
| Screening Criteria Used: | 1,9 | |
| Date Recd from Offender: | MAR 22 2019 | |
| Date Returned to Offender: | MAR 22 2019 | |
| 3rd Submission | UGI Initials: | |
| Grievance #: | 2019093514 | |
| Screening Criteria Used: | 9 | |
| Date Recd from Offender: | APR 02 2019 | |
| Date Returned to Offender: | APR 02 2019 | |

I-127 Back (Revised 11-2010)

Appendix F