## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case #: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court-Eastern District of Texas-Tyler Division", hereby present urgent facts that need to be considered by the Court immediately and these facts are to also support the "FACTS" of my Complaint...

Suddenly on March 1st, 2022 around 12:30pm on Robertson Unit 12 Building, "Family Nurse Practitioner-Jackie Gregory" goes on my medical file without me ever being in her presence at all and she tampers with my medical file by: discontinuing my Cane /discontinuing my Bio Skin Knee Support/and ending my front handcuff passes and also stopped my Hypo Snacks and changed my Diet of No Beef/No Pork to Regular and so seemingly out of nowhere she has very seriously violated my disabilities & me under the Americans with Disabilities Act, committed Medical Malpractice against me, and shown very serious deliberate indifference to my serious medical needs all in one time and I'm sure she is tampering with more of my medical file but what I just revealed I know for a fact already. She is under the authority of the "Director of Correctional Health-Jaye Escobar" here on Robertson Unit...

I have had "Medical Passes" for the Cane/Knee Support/ and No Cuff Behind Back, since the start of 2018 after the February 13th, 2018 illegal excessive force incident against me because of very serious injuries sustained in illegal excessive uses of force against (by corrupt prison officials & staff) me on: December 10th, 2014/February 13th, 2018/December 9th, 2019/March 9th, 2020/April 5th, 2020/etc. that caused me serious injuries to my: right leg/right knee/right foot & ankles/back/ribs/right shoulder/right arm/right forearm/right hand/neck/head/ears/eyes/ etc. of which is well documented throughout my medical records going all the way back to December 10th, 2014 up til now aside from the physical damage to my body that has not yet been revealed because of Medical Personnel at Hospital Galveston have blocked me from getting MRI's so as to obstruct me from getting the best Medical Care & evidence for those injuries to this very day but there is still a whole lot of evidence proving my need for the forementioned Medical Passes & Items that have been taken from me...

Page #1 of 3

I have been on Robertson Unit since January 10th, 2022 and have never been in contact with "FNP-Jackie Gregory" a single time whatsoever! There is no other reason I can figure out for why she would just suddenly come out of nowhere and access my medical file and go on a rampage violating me and my disabilities under the Americans with Disabilities Act, commit Medical Malpractice against me, and show very deliberate indifference to my serious medical needs; but one reason and that is in fact very obvious: "FNP-Jackie Gregory" is conspiring against my rights with the "Defendants" of this "Case #: 6:22-cv-00006-JCB-KNM" and participating in the Campaign of Retaliation & Harassment against me for me exercising my Petition/Access To Courts/and Due Process Rights in relation to this Case and FACTS of my Complaint and for "FNP-Jackie Gregory" to even know anything about it means it was revealed to her by "Defendants" of this Case and/or from her superiors here on Robertson Unit such as; Wardens; Jennifer S. Cozby/Raleigh W. Breeden/Penny K. Dickerson and the "Director of Correctional Health-Jaye Escobar" for prime examples here on Robertson Unit.

Because of this sudden retaliation & harassment perpetrated against me unlawfully by "FNP-Jackie Gregory" as forementioned; Sgt. Brandon T. Pulliam came to my cell at Robertson Unit 12 Building E-Pod 32 cell with two Correctional Officers with him and threatened me with a Use Of Force with a 5 Man Team & Chemical Agents if I didn't give him my Cane & Bio Skin Knee Support so I gave it to him and they left with those items so that now I am unable to leave my cell and go anywhere because I can not walk properly without the Cane & Knee Support with No Cuff Behind Back Pass! This means I: can't go to the shower/can't go to a Legal Visit or Hearing/can't go to recreation/can't go to medical/can't go on any transportation/ etc. and if I try I will be laying on the run somewhere and it can very well cause me to be subjected to violence and further injury by these corrupt Prison Officials & Staff at any given time and even with Staff support which I'm very unlikely to get, my right foot & ankles are damaged along with my right knee & back so I am going to be further injured because of this conspiracy against my rights by these Prison Officials & Staff and "FNP-Jackie Gregory"!

I need my Cane & Bio Skin Knee Support returned to me →

Page #2 of 3

immediately and whatever "FNP-Jackie Gregory" has done on my Medical File need to be completely reversed and she needs to restrained from me and my Medical File permanently!

\* I need this Court to very seriously consider the: "Order To Show Cause For Preliminary Injunctions & Temporary Restraining Orders" that I sent this Court on January 20th, 2022 and which is under "Docket #14" of this Case... Please grant my Temporary Restraining Orders in the name of Justice and for my safety and well being and set a Hearing for my presented Preliminary Injunctions as well as soon as possible. I am in serious danger and am still sick coughing stuff out of my lungs ever since at least January 31st, 2022 and I am in continuous physical pain throughout my body and am not getting any pain medication and obviously am not about to get any medical care whatsoever here on Robertson Unit without outside intervention in my behalf immediately! Please help me as soon as Humanly possible before I get hurt by these very corrupt prison Officials and Staff! I don't want to be hurt no more! I don't want be injured worse or killed by those evil people! Please help me for Justice!

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my knowledge.

Executed On: March 2nd, 2022

Jamon Nathaniel Hestand
Jamon Nathaniel Hestand
TDCJ-CID #1343536"

Page #3 of 3