Mr. Jamon N. Hestand #1343536
Robertson Unit; 12071 FM 3522
Abilene, Texas 79601 USA

ABILENE TX 795
02 MAR 2022 PM 4 T

U.S. District Court-Eastern District of Texas
211 W. Ferguson ST Rm. 106
Tyler, Texas 75702 USA

(Legal Mail)