## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case#: 6:22-cv-00006" in the "U.S. District Court - Eastern District of Texas - Tyler Division", herewith present more witness affidavits for consideration and to support the FACTS of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 28th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536 "

*[Stamp: CLERK, U.S. DISTRICT COURT RECEIVED MAR 03 2022 EASTERN DIST. OF TEXAS]*

I Marc E. Booker TDC# 2081564 hereby certify That all information and statement given is true and correct to the best of my knowledge.

Since September 7th 2000, I have been isolated in Solitary Confinement in various institutions and multiple facilities. These confinements have only been interrupted during The Process of being transferred from facilities. Either going to Medical chain or to Court. The reasoning is unwarranted as I have maintained a clear disciplinary record. and have given No reason to be housed as an animal at a Laboratory. In fact since 2007 I have had 0 cases. I've completed and complied with every Program offered That was designed to allow me out of solitary confinement such as GRAD. Completed and went To Federal Custody only To be returned To Solitary Confinement for No reason. Completed The MHTDP Program in 2019. and still being Told on list.. next review only I never see anyone only Told Paper review. I've been Tortured, and dehumanized. Subjected To Psychological and Phisiological Tortures. Witnessed and endured The torment of others being Tortured around me.. Had Several instances of my Physical Health Jeapordized. Was Purposely given Medications not Prescribed To me. and Then Told. it was an experiment. I Have documentation and records also show Medical distresses I've been

Subjected to. There is an entire file available on Medical Tortures. alone. I've requested multiple times to speak w/ Mental Health and been blatantly ignored and refused Help. An example of medical mistreatment is about my Urinary Care. I have a nerve damage that affects my Bladder and requires me to utilize a self-catheter. On Packages they clearly state Single use only. do NOT re-use or re-sterilize. yet while at Michael unit I was allotted 1 catheter a day. and now on Robertson unit The Provider Gregory has told me I am only to receive 1 catheter for a week. To re-use same one over and over. I've filed Grievances on this. as well. The Continuous isolation has created in me a Psychosis That when I try to talk to Someone I stutter and am unable to speak if I am looking at them I can only Functionally speak by looking off to their side. I want Education and Help. not Stuck in a Cage and Forgotten. I have relatively little time left approximately 8 yrs to re-enter society Help me to Prepare myself and learn to Cope and Function in society not be a reclusive Anti social Person. I Am Human Treat me as one. My crime is Possession of controlled Substance. Not Violence why am I being tortured and subjected to nearly 2 decades of continuous Solitary Confinement.

Marc Elliot Boehm
TDC# 2081564 - Fed# 26969-177

PAGE,1- SWORN,AFFIDAVIT
DATED,2/23/2022

I-LARRY BRADFORD WAS ON TELFORD UNIT WAS LOCKED UP IN SEG IN 2012 AROUND JANUARY ME AND MY CELLY COULDNT SEEM TO GET ALONG... AFTER HE PULLED A WEAPON ON ME WE WAS BOTH PLACED IN PHD. UNTIL WE WENT TO DISCIPLINARY COURT I WAS PLACED ON L-POD-8BUILDING TELFORD UNIT AND WAS PLACED IN SIGNLE CELL FROM FEBRUARY UNTIL MONTH OF MAY AS I WENT TO REC SHOWER WALK TO CHOW HALL TO EAT DAILY,BUT WAS PLACED IN HAND CUFFS IN MAY...PLACED IN LOCK UP BECAUSE MY CELLY TOLD RANK I WAS IN A FAMILY? WHICH IM NOT A PART OF NO FAMILY I USE TO BE IN FAMILY YEARS AGO I RETIERD AND WENT TO POPULATION IN 2005 STAYED OUT THERE UNTIL MY CELLY LIED ON ME IN 2012 AFTER I WAS PLACED BACK IN SEG I HAD TO BE PLACED ON MEDICATION BEING DEPRESSED AND STRESSED OUT ALL THE TIME DUE TO HOW WE WAS BEING TREATED IN SEG ONLY COME OUT OF MY CELL FOR MEDICAL ARE SHOWER,REC FOR TWO HOURS SO I WAS LOCKED UP BEHIND A INMATE WORD STAY IN CELL 22 HOURS ADAY FROM 2012 ON TELFORD UNIT BEING FED BAD THERE WAS A LOT OF DAYS I WOULD HAVE TO PUT MY SELF IN DANGER TO JACK TRAY SLOT JUST TO GET RANK DOWN THERE TO FIX THE PROBLEM WHICH THE OFFICERS WORKING THE POD COULDVE TOOK CARE OF THE ISSUE BUT REFUSED TO SO I HAD TO TAKE THE SLOT GOT RANK DOWN THERE...THEY SEEN MY TRAY SAID WHATS THIS OFFICER TOLD HIM THAT HOW THE KITCHEN FIXED ALL THE TRAYS THEY ARE ALL THE SAME I EXPLAINED TO RANK WHAT I SHOULD BE RECEIVING HE TAKE MY TRAY TO KITCHEN GET WITH KITCHEN SGT. SHE SHOWS HIM WHAT I SHOULD HAVE HE BROUGHT MY TRAY BACK TO MY CELL TOLD ME THERE WAS NOT NOTHING RIGHT ABOUT TRAY HE MADE IT RIGHT THAT TIME BUT MY PONIT IS THERE A LOT OF TIME RANK WILL NOT FIX THE PROBLEM GO A LONG WITH OFFICERS TO MESS OVER US INMATE IN SEG A LOT OF US DONT GO TO COMMISSARY ALL THE TIME WHEN WE DO RECEIVE MONEY FROM HOME ARE FRIENDS TDCJ WILL TAKE A LOT OF IT FOR MEDICAL SICK CALL WHICH WE ARE BEING CHARGED FUNDS THAT ARE FAMILY SEND FOR US TO BUY FOOD TO SNACK ON IN BETEEWN MEALS AND SO WE DONT HAVE TO GO TO BED HUNGRY AT BED TIME... AS I WAS IN LOCK UP I SEEN OFFICERS RUN IN ON INMATES AND HURT THEM BECAUSE INMATE TRYING TO GET RANK DOWN THERE AFTER THEY RAN A FIVE MAN TEAM INMATE CAME OUT OF CELL BLOODY AND HAD TO GO TO MEDICAL BECAUSE

BECAUSE HE WAS IN A LOT OF PAIN THIS WAS IN 2013 ON C-POD 1- SECTION

PAGE TWO OF SWORN,AFFIDAVIT
DATED,2/23/2022

IT WAS SO STRESSFUL ON TELFORD UNIT IN LOCK UP INMATE HANGING
THEIR SELF COULDNT HANDLE ALL THE STRESS A LOT OF MEDICATION
THEY PUT US ON IS NOT GOOD FOR US ....TOPICS FOR WITNESS STATEMENTS
   OFFICERS LIEING IN THEIR REPORT AGAINST INMATE TO COVER THERE
   SELF FROM BEING WALKED OFF UNIT ARE WROTE UP BY THE RANKEN OFFICER
 : GOODTIME AS A FRAUDULENT SYSTEM :
 :GRIEVANCE SYSTEM A DECEPTION OF LIES(YOUR DENIED GRIEVANCES CAN HELP
      :PROVE THIS)
:UNJUST PRACTICES OF THE DISCIPLINARY SYSTEM:
:UNSANITARY CONDITIONS:
:NO PAYMENT FOR TEXAS PRISONERS WHO WORK:
:MISUSE OF FORCE BY OFFICERS:
:MEDICAL IGNORING COMPLAINTS OF HEALTH ISSUES:
:GUARD HARSSMENT AND RETALIATION
FROM 2010 UNTIL 2016 WE WAS ALL SHIPED OFF TELFORD UNIT TO MANY
COMPLAINTS AND OTHER REASON... I WAS SHIPED TO GIB LEWIS UNIT
WOODVILLE,TEXAS AS I GOT THERE I WAS PLACED IN LEGAL CAGE FOR
OVER THREE HOURS NO WATER ARE FOOD TO EAT UNTIL MAJOR WAS READY
TO SEE US...AFTER I SEEN MAJOR AND UCC.. I WAS PUT BACK IN LEGAL
CAGE FOR A HOUR THEN TAKEN TO A CELL HAD TO WAIT ON FOOD AND
MY CARRIE ON PROERTY SO I COULD GET SOMETHING TO DRINK AND CLEAN
UP I TAKE MEDICATION HAVE HEAT RELATED ILLNESS DUE TO MY MEDICATION
IM SITTING IN MY CELL ON GIB LEWIS UNIT DEHYDRATED FROM THE LONG
BUS RIDE AND ALL THE TIME I SPEND IN LEGAL CAGE THE DAY I GOT
ON UNIT 2016-NOVEMBER DONT REMEBER WHAT THE DATE WAS BUT UNIT
IS NEW HAVE PLENNTY OF CAMERAS...GIB LEWIS UNIT THEY FEED A LITTLE
BETTER... BUT THE OFFICERS WAS BEATING UP A LOT OF INMATE AS
I GOT OVER THERE ON GIB LEWIS THERE WAS A INMATE WAS ON TELFORD
UNIT WITH ME WAS SHIPED TO GIB LEWIS UNIT THE OFFICERS ON GIB
LEWIS UNIT RAN IN ON HIM AND BEAT HIM WITH A TRAY SLOT BAR...
THEY HAD TO LIFE FLY HIM TO HOSPITAL NEVER SEEN HIM AGAIN...
AS I WAS ON GIB LEWIS UNIT A 11 INMATE HUNG THEIR SELF FOUR ARE
FIVE DIED FROM 2016 UNTIL 2018 I LEFT GIB LEWIS UNIT AS I SIGNED
UP FOR MENTAL HEALTH PROGRAM ON MICHAEL UNIT SO I WAS SHIPED

TO MICHAEL UNIT IN 2018 NOV,15, I GOT TO MICHAEL UNIT WAS PLACED
IN LEGAL CAGE UNTIL I SEEN UCC AND CAPT.

PAGE THREE,OF SWORN,AFFIDAVIT
DATED 2/28/2022

I WAS TOLD BY CAPT. OF 12,BUILDING ,MICHAEL UNIT IN NOVEMBER 15/2018 I WOULD HAVE A GOOD CHANCE GOING BACK TO POPULATION AFTER I FINISH THE PROGRAM.... AFTER HE LEFT I SEEN STG... SGT.DAVIN OVER STG. HE SAID THE SAME THING CAPT. DID AFTER I FINISHED THE PROGRAM I WOULD MORE LIKELY GO TO POPULATION SENSE I SIGNED UP FOR GRAD...
STAY OUT OF TROUBLE NOW I HAVENT HAD A WRITE UP SENSE 2012 CLEAN RECORD... BUT THEY LIED TO ME IM STILL SITING HERE I FINISHED PROGRAM IN 2019...STILL WAITING ON GRAD NOW AS I LEFT GIB LEWIS UNIT IN 2018 NOVEMBER 15 AS I GOT TO MICHAEL UNIT SEEN EVERYONE I WAS PLACED ON 12 BUILDING B-POD-12-CELL AS I WAS THEIR I HAD TO WAIT ON MY PROPERTY OVER TWO MONTHS FROM MY OTHER UNIT SITING THEIR WITH NOTHING...LIKE I WAS BEING PUNISHED FOR TRYING TO BETTER MY SELF POSITIVE WAYS TO THINK ECT...AS I WAS WAITING ON PROPERTY AROUND 2019 IN JAN,I WAS TOLD TO PACK UP YOUR MOVING TO F-POD-4-CELL FOR NO REASON...I MOVED DOWN THERE AS WE GOT THERE OFFICER TRIED TO PLACE ME IN CELL NO LIGHTS NO SINK WATER I REFUSED TO GO IN THEIR HE SAID THEY WAS GOING TO WRITE ME UP BECAUSE I REFUSED TO MOVE IN A HOUSE SHOULD HAVE BEEN RED TAGED UNTIL THE HOUSE COULD BE FIXED I WENT IN CELL MY PROPERTY WAS SIT IN CELL NO LIGHTS TO CLEAN MY CELL.... AFTER A WEEK GOT HOUSE CLEANED THEY CAME TOLD ME TO PACK UP YOUR MOVING BACK TO B-POD 12,BUILDING AS I WAS WAITING ON COMMISSARY I WAS MOVED GOT TO B-POD-11-CELL PERSON NEXT TO ME TOLD ME THEY JUST WENT TO STORE.... SO I CAUGHT SGT.COLUMBUS MAKING HIS ROUND ONMONDAY FEB,FIRST WEEK SOMETIME.... ASKED HIM COULD HE TAKE MY COMMISSARY CARD TURN IT IN SO I COULD MAKE STORE? HE TOLD ME TO WAIT TWO MORE WEEKS GO THEN... SO AS I SEEN LT. I ASKED HER TOLD HER MY PROBLEM SHE ON THAT DAY SENT SGT.COLUMBUS BACK TO MY CELL TO GET MY SLIPS ID. CARD TO TURN IN TO COMMISSARY SO I COULD GET THING I NEEDED UNTIL I RECEIVED MY PROPERTY FROM OTHER UNIT.. NOW SGT. WAS MAD SO HE LOSS MY ID CARD I HAD TO TURN OFF MY CARD SEND FOR A NEW ONE AFTER I RECEIVED MY NEW CARD STORE DAY THEY FOUND MY OLD CARD THAT THE TYPE OF GAMES THEY PLAY... AFTER THAT AS I WAS GOING TO GROUP I LEFT B-POD- IN TO MAIN HALL WAY. HAD TO STOP IN HALL WAY?THEY OFFICERS WAS BEATING A WHITE INMATE UP IN THE HALL GAS EVERYWHERE KICKING ON HIM AFTER HE WAS JUST LAYING THEIR MEDICAL CAME LOOKED AT HIM GOT HIM UP TOOK HIM TO MEDICAL THEN I WAS PLACED IN MY GROUP AS I WAS IN GROUP? WE TALKED OF THING GOING ON MICHAEL UNIT WITH THESE OFFICERS TDCJ HAS HIGHERED FROM OTHER CONUTRYS ARE BEATING INMATES UP MESSING THEM OVER ON THE FOOD AND GIVIN THEIR MAIL TO OTHER INMATES AT MAIL CALL THE OFFICERS WORKING THEIR POST... ON A POD DOSENT MAKE THE ROUNDS AFTER THEY FEED US PASS OUT MAIL... YOU WANT SEE THEM UNTIL BREASFAST THEIR HAS BEEN LOT OF INMATE DIED BECAUSE OFFICER NOT DOING THEIR JOB THAT NEEDED CARE A LOT OF INMATE WAS DEPRESSED HUNG THEIR SELF I SEEN OVER SIX PEOPLE DIE SENSE I WAS OVER THEIR FROM FROM 2018 UNTIL 2022 I WAS TOLD TO PACK UP YOUR BEING SHIPED TO OTHER UNIT...I PACKED UP MY PROPERTY THE SHAKE DOWN OFFICERS CAME TO MY CELL 12-A-POD-19-CELL GOT SIX FUL BAGS OUT OF PROPERTY AFTER THEY SHOOK IT DOWN NEVER BROUGHT ME A PAPER SHOWING WHAT I HAD ECT... SO I SIT IN MY HOUSE TWO DAY NO PROPERTY AS I WAS ON CHAIN WORRIED ABOUT MY PROPERTY STRESSED OUT NOT KNOWING WHAT THEY STOLEN OUT OF THEIR ARE PACKED UP AFTER THAT MORNING GETTING SHOOK DOWN PUT ON BUS IT WAS COLD WINDOW WAS DOWN AFTER WE GOT ON HIGHWAY? SOME INMATE SITTING TWO SET FROM ME PULL HIS PANT DOWN USED THE RESTROOM TOOK A SHIT SEVEN TIME FROM MICHAEL UNIT TO ROBERTSON UNIT SHIT EVERYWHERE PEOPLE HAD TO OPEN WINDOW MORE

PAGE FOUR,OF SWORN,AFFIDAVIT
DATED 2/28/2022

IM GOING ON 30 FLAT YEARS NEVER BEEN TREATED LIKE THAT ARE TOOK A BUS RIDE MESSING SHIT FOR FIVE HOURS OFFICERS DRIVING THE BUS DIDNT CARE..THIS AFFIDAVIT IS TO SHOW THE COURTS MICHAEL UNIT BEEN MESSING OVER INMATES FOR YEARS BY TDCJ HIGHERING THEM BLACK OFFICERS FROM OVER ACROSS THE WATER RUNNING A FIVE MAN TEAM IN ON YOU BEATING YOU UP TRYING TO HURT YOU BAD ARE KILL YOU GASING INMATES FOR NO REASON AT ALL BECAUSE THEY ASK TO SEE RANK IF YOU CHECK ROSTER OF OFFICERS FROM 2018 UNTIL 2022 YOUR GOING TO SEE HOW MANY WAS FIRED BEHIND THING THEY WAS DOING HURTING INMATE LIEING ON INMATE TO COVER THEIR WRONG ACTION TO KEEP FROM BEING FIRED MEDICAL ON MICHAEL UNIT WAS WORKING WITH THEM YOU ARE CRONIC CARE HIGH BLOOD PRESSURE NEED TO GO TO MEDICAL YOU COULDNT GET NO HELP FROM CO . ARE RANK A LOT OF TIME THEY DIDNT CARE.. AS I GOT TO ROBERTSON UNIT ON 2/10/2022 I WALK WITH A CANE BAD RIGHT KNEE..AS OFFICER DRIVING THE BUS GAVE MY CANE TO A NOTHER INMATE TO MESS OVER ME FOR NO REASON.. I GOT OFF BUS WITH HELP  FROM TWO OFFICERS THE MAJOR AND NOTHER OFFICER TOLD ME WALK TO YOUR CELL WE WILL FIND YOUR CANE I HAD TO WALK SLOW IN A LOT OF PAIN BECAUSE OFFICER GAVE MY CANE AWAY I ASKED HIM WHY YOU DO THAT FOR HE SAID I SHOULD HAVE HAD MY NAME ON MY CANE? THAT CANE IS TDCJ MEDICAL DEPARTMENT HE TOLD ME TO BRAKE A RULE PUTTING MY NAME ON THERE... AS I GOT TO MY CELL I WAS IN LOT OF PAIN NO MEDICATION FOR PAIN WHICH I TAKE DAILY AND BLOOD PRESSURE MEDICATION? I DIDNT HAVE NO PROPERTY FOR THREE DAYS NO WATER TO DRINK MY SINK WAS MESSED UP TOLD MAJOR THREE TIME BOUT MY WATER HE FINALLY SENT SOMEONE TO TURN MY WATER UP SO I COULD HAVE WATER TO DRINK DIDNT NOT HAVE NO BLOOD PRESSURE MEDICATION OVER FIVE DAYS THEN I WAS GIVING MY KOP PK.. WHICH I SHOULD OF HAD FIRST DAY ON ROBERTSON SENSE I BEEN HERE ON ROBERTSON UNIT OFFICERS GASING A LOT OF INMATES RUNNING THE TEAM IN ON THEM ONE INMATE THEY MOVED IN NEXT TO ME SAID HE WAS BEAT UP AND OFFICER PUT A FINGER IN HIS BUTT AS THEY RAN IN ON HIM BEAT HIM UP BAD TOOK ALL HIS PROPERTY THEY FINALLY GAVE HIS PROPERTY BACK BUT LOT OF IT WAS MISSING...THESE OFFICERS TDCJ GOT WORKING FOR THEM IN SYSTEM IS BEATING INMATE UP KILLING THEM GETTING WAY WITH IT...END OF AFFIDAVIT

UNSWON DEDARATIONS UNDER PENALTY OF PERJURY:

AFTER WRITING STATEMENT/AFFIDAVIT:

I DECLARE(OR CERTIFY,VERIFY,OR STATE) UNDER PENALTY,OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON(DATE) 2/28/2022

SIGNTURE  *Larry Allen Bradford*

PRINT,NAME  Larry A. Bradford

TDCJ-CID# 695717