# Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of Case#: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court – Eastern District of Texas – Tyler Division", here-with this Sworn Affidavit, present my: TDCJ-CID Grievances, Documentary Evidence, etc. that I consider to be "Main Events" for consideration with this Court and to support the "FACTS" of my Complaint.

There are many more & much more Grievances/Evidence/etc. to come to this Court from me and surely more that can be considered "Main Events" but I'm starting with these and will follow with the rest in seperate packs according to particular subject matter until I get everything necessary to this Court properly.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 2nd, 2022

Jamon Nathaniel Hestand

Jamon Nathaniel Hestand ,"
TDCJ-CID #1343536

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 04 2022
EASTERN DIST. OF TEXAS

**✱✱Accept As Original ✱✱**

## Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM
"Carbon Copied"

| | OFFICE USE ONLY |
|---|---|
| | Grievance #: 2018098095 |
| | Date Received: _____ |
| | Date Due: _____ |
| | Grievance Code: _____ |
| | Investigator ID #: _____ |
| | Extension Date: _____ |
| | Date Retd to Offender: _____ |

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12-A-3 cell

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Capt. Enge, Use of Force Staff, Nurse Gage?    When? 2-13-2018

What was their response? Excessive Use of Force with Injuries by Use of Force Staff.

What action was taken? Placed in a cell without receiving any proper medical attention.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 2-13-2018 during a Use of Force being operated against me due to me resisting corruption by Captain Enge and Officer B. Neal who also stole a bunch of my property that I never got back and commanded officers on the pod not to feed me which they did not, there was very excessive use of Force used on me... MAR 07 2018

During the use of force before the 5 Man Team actually came in the cell at 12 Building-A-Pod-78 cell at about 2:40pm, Captain Enge sprayed me with the chemical agents way too many times in a very short period time without taking proper breaks in between each spray... That made it impossible to follow any orders and I was being given contradicting orders also such as: "Strip", which was impossible after all the chemical agents, "Stand in the back of your cell, Untie door" also impossible after all the chemical agents, Get out of the slot, submit to hand restraints, etc. ~ It was very confusing and inhumane. MAR 09 2018

Then, when the Use of Force Staff got the door open I was slammed to the ground face down and immediately was attacked by the first man in the cell who crammed his fingers in both of my eyes pressing very hard which busted blood vessels in my eyes ---"at that point I was totally blind" ~ then that same person who I could feel next to me proceeded to slam the right side of my head into the bottom of the steel toilet/sink over and over and over again spilling blood and causing extreme pain ~ at the same time someone else behind me twisted my right leg til it messed my knee up, someone was trying to break my thumbs, and the first officer proceeded to punch me over and over and over in the back of my head real hard which smashed my forehead into the concrete repeatedly. During this time another officer was saying "stop resisting" repeatedly --- I never resisted at all.

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)
MAR 09 2018

Appendix F

Once they stopped illegally assaulting me and brought me out the cell, my right knee gave out on me as soon as I took a step downstairs. They had to carry me, put me on a strecher and take off the pod. The Nurse evaluated me and released me back to security even with obvious wounds and me telling him my head, right knee, ribs, etc. were hurt badly. I had a hard time breathing from excessive chemical agents. Then, I got dropped on stairs by Use of Force Staff going to 12 Building E-Pod 70 cell which furthered my injuries and once again the Nurse evaluated me and released me to security without proper medical care. I was placed in 12 Building E-Pod 70 cell. I was left in one pair of boxers. I was in great pain ~ I could feel my ribs cracked, right knee popping and hurt, my head in great pain and bleeding, my arm cut, my hand "right" hurt, several injuries ...

Action Requested to resolve your Complaint. Office of Inspector General investigation. Stop excessive Uses of force. Give proper medical attention after Uses Of Force.

Offender Signature: _Jamon Peston_                          Date: 3-5-2018   MAR 07 2018

Grievance Response:                                                          MAR 09 2018

Signature Authority: _____                    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired. 2-13-18
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: B. Rodkey HB/B. Rodkey

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission     UGI Initials: BR

Grievance # 2018005035

Screening Criteria Used: S99 #1

Date Rec'd from Offender: 3/7/18

Date Returned to Offender: 3/7/18

2nd Submission          UGI Initials: NW

Grievance #: 2018013045

Screening Criteria Used: #1 S99

Date Rec'd from Offender: MAR 09 2018

Date Returned to Offender: MAR 09 2018

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F



"Carbon Copied"

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2018098095 |
| UGI Recd Date: |
| HQ Recd Date: |
| Date Due: |
| Grievance Code: |
| Investigator ID#: |
| Extension Date: |

Offender Name: Damon Hestand    TDCJ # 1343535

Unit: Michael    Housing Assignment: 12A-31cell

Unit where incident occurred: Michael

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

The Unit Grievance Investigators did not investigate this Grievance # 2018098095 at all because they claim that the Grievable time period has expired but that claim is simply not true...

I turned the Step 1 Grievance in on 3-5-2018 --- that is only 13 days on the time limit. They claim they got it on 3-7-2018 --- that is 15 days on the time limit. — In the "Offender Grievance Operations Manual" under Chapter IV, page 7 under "Screening Criteria" and under "Grievance time period has expired," there is a NOTE that quite clearly states: NOTE: When calculating the 15 day time limit, consideration should be given for the number of days grievances were not collected, such as holidays that fall during the workweek or weekends. Grievances received after that time may be returned to the offender unprocessed.

Considering that "NOTE" with its very clear instructions, my Grievance # 2018098095 was not expired until after 3-7-2018 and also there's a rule in the same section that states that Grievances will be accepted for reveiw up to and including the first working day beyond the 15 day time limit. --- That would be 3-8-2018. — I was also off the Unit from 2-14-2018 till 2-21-2018 so I barely had time to study with the Law Library and prepare to write this Grievance Step 1 before time ran out. That should

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G



**Texas Department of Criminal Justice**

# STEP 1   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018015676 |
| Date Received: | MAR 0 5 2018 |
| Date Due: | 4-4-18 |
| Grievance Code: | 441 |
| Investigator ID #: | J1983 |
| Extension Date: | |
| Date Retd to Offender: | APR 04 2018 |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12A-3lcell

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Disciplinary Captain   When? 2-27-2018

What was their response? Found Guilt without any proper investigation of facts

What action was taken? Excessive punishment/unclear or incomplete statement of what I said

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The case #2018015676 is very incorrect and doesn't make any sense at all. First of all, how could I not allow someone to secure the food tray slot when in fact there was already a Use Of Force being operated against me?? I did disrupt operations but not because of the food tray slot... No-one was trying to secure a food tray slot and I never stopped them from securing it. No, the staff were not trying to secure any slot at all ~ they were doing a Use Of Force on me to get me out of 12 building A-Pad 78cell and take me to 12 Building E-Pad 70cell and as far as a fire goes, that was done before all that and put out with a water hose.

So actually, although I did cause disruption of operations, I did not do what the case written by T. Stephens says I did at all nor was T. Stephens ever present for the fire nor did anyone try to secure a tray slot because of the ongoing Use of force... That does not make any sense.

Also the disciplinary Captain did not contact the Charging officer T. Stephens at all during the hearing whatsoever to investigate or to let me ask the charging officer any questions...

The case is written incorrectly and makes no sense at all. How can it make any sense when there was an ongoing Use Of Force? It don't at all. On top of that, I have not had a major case since February of 2016 so why do I lose

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF TH**   (OVER)

tabbies   JC   Appendix F

also be taken into account.

I need this Grievance # 2018098095 investigated properly. I need the Office of Inspector General to investigate this Grievance. I need excessive uses of Force to stop happening and proper medical attention to be given after U.O.F.

**Offender Signature:** _Timon Richards_   **Date:** 3-12-2018

**Grievance Response:**

---

**Signature Authority:** _____   **Date:** _____

---

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**        CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**        CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**        CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)          Appendix G



**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018015L676 |
| Date Received: MAR 0 5 2018 |
| Date Due: 4-4-18 |
| Grievance Code: 411 |
| Investigator ID #: I 983 |
| Extension Date: |
| Date Retd to Offender: APR 04 2018 |

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12A-31cell

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Disciplinary Captain    When? 2-27-2018

What was their response? Found Guilt without any proper Investigation of facts

What action was taken? Excessive punishment/unclear or incomplete statement of what I said

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

The case #2018015676 is very incorrect and doesn't make any sense at all. First of all, how could I not allow someone to secure the food tray slot when in fact there was already a Use Of Force being operated against me?! I did disrupt operations but not because of the food tray slot... No-one was trying to secure a food tray slot and I never stopped them from securing it. No, the staff were not trying to secure any slot at all ~ they were doing a Use Of Force on me to get me out of 12 Building A-pad 31 cell and take me to 12 Building E-pad 70 cell and as far as a fire goes; that was done before all that and put out with a water hose.

So actually, although I did cause disruption of operations, I did not do what the case written by T. Stephens says I did at all nor was T. Stephens ever present for the fire nor did anyone try to secure a tray slot because of the ongoing Use of force... That does not make any sense.

Also the disciplinary Captain did not contact the Charging officer T. Stephens at all during the hearing whatsoever to Investigate or to let me ask the charging officer any questions...

The case is written Incorrectly and makes no sense at all. How can it make any sense when there was an ongoing Use Of Force? It don't at all... On top of that, I have not had a major case since Febuary of 2016 so why do I lose

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THI**[S]    (OVER)

tabbies    JC    Appendix F

*2 Line Classes & that is excessive punishment for someone who has 2 years with no major cases at all.*

Action Requested to resolve your Complaint. *Dismiss case #20180156676 since it is obviously incorrect due to the ongoing U.O.F. and/or give Line Class 1 back since I shouldv'e been S4 anyways.*

Offender Signature: _____  Date: *3-2-2018*

Grievance Response:

Disciplinary case #20180156676 has been reviewed and no procedural errors were noted. There was sufficient evidence to support the finding of guilt. Punishment imposed was within established guidelines. This is a valid case. Tampering with a food tray slot and/or creating a disturbance will not be tolerated. No action is warranted.

Signature Authority: _____   **Warden Meador**    Date: _4/3/18_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

Appendix F



**Texas Department of Criminal Justice**

**STEP 2**

**OFFENDER GRIEVANCE FORM**

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12A-31cell

Unit where incident occurred: Michael

OFFICE USE ONLY

Grievance #: 2018041048

UGI Recd Date: APR 05 2018

HQ Recd Date: APR - 9 2018

Date Due: 5-5

Grievance Code: 411

Investigator ID#: 12245

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Grievance at Step 1 was not investigated properly at all and I did not got any relief for procedural errors whatsoever...

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

Offender Signature: _Jamon Watson_      Date: _4-4-2018_

Grievance Response:

Disciplinary Case #20180156676 and all related investigative documentation has been reviewed. The investigation finds that sufficient evidence was presented to support the 18.2 charge and finding of guilt. Records indicate that the hearing was conducted per policy and there were no due process or procedural errors noted. The punishment was within Agency guidelines for this offense.  No further action warranted by this office.

Signature Authority: _Unavailable_      Date: _APR 20 2018_

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| 2ⁿᵈ Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3ʳᵈ Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

**OFFICE USE ONLY**

Grievance #: 2018026283
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

Offender Name: Jamon Hestand   TDCJ # 1343536
Unit: Estelle   Housing Assignment: A1-101   72
Unit where incident occurred: Michael
~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Investigators   When? 3-5-2018 up til now   From 2-13-2018~
What was their response? Negative / Grievable time period has expired.
What action was taken? Grievance Investigators obstructing Justice at Michael Unit.

State your grievance in the space provided. Please state who, when, where and the disciplinary case number if appropriate

On February 13th, 2018 prison officials & Staff on Michael Unit such as: Captain Jamodre L. Enge, Sgt. Cody Garner, Barbra C. Neal, Michael O. Casteel, Aguilar, Ian Davis, Jackson, Kimberlyn D. Thompson, Nurse Robert Gage, etc. et al. were directly involved in either stealing half my property or assaulting & battering me with very excessive use of force that caused me serious injuries and/or both and the denial of any medical care for those injuries...

I filed Grievance #2018098098 regarding the Theft of my property and Grievance #2018098095 regarding the Excessive Use of Force/Denial of proper medical care/etc. on 3-5-2018... Grievance Investigators immediately obstructed Justice for these crimes against me by improperly screening Emergency Grievances by responding that the "Grievable time period has expired"~ This was done against Federal & State Law and against BP-03.77 and against Administrative Directive 03.82 deliberately...

There is no time limit period for a complaint regarding crimes by staff or Excessive Use of Force complaints and both of the fore-mentioned complaints were supposed to be processed and coordinated with the Office of Inspector General but that was not done on purpose and ever since February 13th 2018 up til now, all the Grievance Investigators on Michael Unit have been non stop using a Campaign of Harassment & Retaliation against me by very seriously violating my Protected Conduct of filing Grievances because I keep on trying to exercise my access to courts rights to get legal relief...

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

DEC 2018   Appendix F

**Action Requested to resolve your Complaint:** Transfer me off Michael Units! * Stop conspiracy against my rights on Michael Unit! Investigate Grievance #2018098048 & 2018098095 with the O.I.G. regarding crimes on February 13th 2018 against me & grant all requested actions. Protection!

**Offender Signature:** _Jamon Hostand_                    **Date:** 10-24-2018

**Grievance Response:**

**Signature Authority:** _____                    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.

☐ 2.  Submission in excess of 1 every 7 days. *

☐ 3.  Originals not submitted. *

☐ 4.  Inappropriate/Excessive attachments. *

☐ 5.  No documented attempt at informal resolution. *

☐ 6.  No requested relief is stated. *

☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8.  The issue presented is not grievable.

☑ 9.  Redundant, Refer to grievance # 2018151660 / 2018151545

☐ 10.  Illegible/Incomprehensible. *

☐ 11.  Inappropriate. *

**UGI Printed Name/Signature:** J. Back  J Back
B. Rodriguez  B. Rodriguez

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: CB |
| Grievance #: | 2019026283 |
| Screening Criteria Used: | #9 (999) |
| Date Rec'd from Offender: | 25 OCT 2018 |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: JV |
| Grievance #: | 2019026283 |
| Screening Criteria Used: | #9 999 |
| Date Rec'd from Offender: | NOV 13 2018 |
| Date Returned to Offender: | NOV 13 2018 |
| 3rd Submission | UGI Initials: BR |
| Grievance #: | 2019026283 |
| Screening Criteria Used: | #9 009 |
| Date Rec'd from Offender: | NOV 19 2018 |
| Date Returned to Offender: | NOV 19 2018 |



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: _Jaman Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-62cell_

Unit where incident occurred: _Michael & Estelle_

| OFFICE USE ONLY |
|---|
| Grievance #: _2019026283_ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

These involved Grievance Investigators in Grievance #2019026283 have violated my Protected Conduct of filing Grievances. Grievance #2018151660 and #2018151545 never were resolved either and all my requested actions were ignored in all the related complaints. Nothing has been done about my Victims Rights being granted for the crimes against me on February 13th 2018 either? There is nothing redundant about a complaint that has not been resolved and is Emergency in nature regarding actual crimes by Prison Employees against me...

---

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

DEC 1 1 2018

**Texas Department of Criminal Justice**

## STEP 1 — OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____
Date Received: **MAR 0 5 2018**
Date Due: _____
Grievance Code: _____

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Investigator ID #: _____

Unit: _Michael_   Housing Assignment: _12A-3 cell_

Extension Date: _____

Unit where incident occurred: _Michael_

Date Retd to Offender: **APR 0 4 2018**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Disciplinary Captain_   When? _2-27-2018_

What was their response? _Found Guilt without any proper Investigation of facts_

What action was taken? _Excessive punishment/Unclear or incomplete statement of what I said_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The case #2018015676 is very incorrect and doesn't make any sense at all. First of all, how could I not allow someone to secure the food tray slot when in fact there was already a Use Of Force being operated against me?! I did disrupt operations but not because of the food tray slot... No-one was trying to secure a food tray slot and I never stopped them from securing it. No, the staff were not trying to secure any slot at all ~ they were doing a Use of Force on me to get me out of 12 building A-pad 3 cell and take me to 12 building E-pad 70 cell and as far as a fire goes; that was done before all that and put out with a water hose.

So actually, although I did cause disruption of operations, I did not do what the case written by T. Stephens says I did at all nor was T. Stephens ever present for the fire nor did anyone try to secure a tray slot because of the ongoing use of force... That does not make any sense.

Also the disciplinary Captain did not contact the charging officer T. Stephens at all during the hearing whatsoever to investigate or to let me ask the charging officer any questions...

The case is written incorrectly and makes no sense at all. How can it make any sense when there was an ongoing Use Of Force? It don't at all... On top of that, I have not had a major case since February of 2016 so why do I lose

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

2 | _____ 2 years
with no major cases at all.

Action Requested to resolve your Complaint. Dismiss case #20180156676 since it is obviously incorr-
ect due to the ongoing U.O.F. and/or give Line Class 1 back since I should've been S4 anyways.
Offender Signature: _____ Date: 3-2-2018

Grievance Response:

Disciplinary case #20180156676 has been reviewed and no procedural errors were noted. There was sufficient evidence to support the finding of guilt. Punishment imposed was within established guidelines. This is a valid case. Tampering with a food tray slot and/or creating a disturbance will not be tolerated. No action is warranted.

**Warden Meador**

Signature Authority: _____ Meador _____ Date: 4/3/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: ____ ____ ____ ____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F



| | OFFICE USE ONLY |
|---|---|
| **Texas Department of Criminal Justice** | Grievance #: 2018104UL048 |
| | UGI Recd Date: APR 05 2018 |
| **STEP 2**   **OFFENDER GRIEVANCE FORM** | HQ Recd Date: APR - 9 2018 |
| | Date Due: 5-5 |
| Offender Name: Jamon Hestand   TDCJ # 1343536 | Grievance Code: 411 |
| Unit: Michael   Housing Assignment: 12A-37cell | Investigator ID#: 12245 |
| Unit where incident occurred: Michael | Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Grievance at Step 1 was not investigated properly at all and I did not get any relief for procedural errors whatsoever...

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix G

Offender Signature: _Jamon Preston_ (signature)       Date: _4-4-2018_

**Grievance Response:**

Disciplinary Case #20180156676 and all related investigative documentation has been reviewed. The investigation finds that sufficient evidence was presented to support the 18.2 charge and finding of guilt. Records indicate that the hearing was conducted per policy and there were no due process or procedural errors noted. The punishment was within Agency guidelines for this offense.  No further action warranted by this office.

Signature Authority: _M. Blalock_ (signature)   M. BLALOCK   Date: _APR 2 0 2018_

Returned because:     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission           CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

  (check one) ____Screened      ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2ⁿᵈ Submission              CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

  (check one) ____Screened      ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3ʳᵈ Submission              CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

  (check one) ____Screened      ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                    Appendix G

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2018098098 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _currently 12A-3lcell_

Unit where incident occurred: _Michael_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Captain Enge, J./ B.Neal "CO IV" Property_   When? _2-13-2018_

What was their response? _Tear my property up in a cell search_

What action was taken? _Stolen property / Impermissible Conduct_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 2-13-2018 before lunch time, Captain Enge and Officer B. Neal went into my cell and proceeded to literally tear my property up, throw it all over the cell and place a bunch of it in a sheet to hide it from the camera ~ after quite some time they finally came out of my cell 12A-78 cell with a chain bag full of books and magazines ~ and a large bulging sheet full of property...

Captain J. Enge said he was "taking some of my shit" because of an "alleged" fire that I did --- When I get put back in my cell by Sgt. Garner I looked around and noticed a whole bunch of missing property which I have never received any confiscation papers for at all and have not received any of my property back at all that they took... MAR 07 2018

On top of that Impermissible Conduct ~ Captain Enge also told the Officers on the pod not to feed me lunch which they did not... These are the reasons that led me into a Use Of Force at about 2:30 pm...

Items missing that I am sure of : Radio-Clock CLTECH serial #04/13/03440 ~ Books: The Millionaire Mind, Awaken The Giant Within by Tony Robbins, Your Magic Power To Be Rich by Napoleon Hill, Biography of Benjamin Franklin, Biography of Bismark, German/English dictionary, 2 Spanish/English Dictionaries, 2 Stone Masonry Books, Laying Tile Book, Carpentry book, Reader's Digest "How To" book, Modern Magick by Donald M. Kraig, European History, ~

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

Chemistry Textbook, Magic Mountain, Grateful Dead Special Edition Mag, Whole Stack of Magazines, Hardback Thesaurus, Uncle Jon's Bathroom Reader, Suduko book, etc

MAR 07 2018

Other Items missing: Gloves, Mirror, Multi Vitamins, 3/4 Jar of Black Bag Coffee, Spoon, Light Bulb, 2 pairs of Gym Shorts, Muscle Shirt, Jar of Pomade Grease, Amerfresh Shampoo, 2 Nail Clippers, Stack of Catalogs of Women, Personal Addresses, Pictures "about 15" of Women, etc  MAR 07 2018

Also, after the Use of Force, my remaining property did not get inventoried until 2-18-2018 by Sgt Burton and C.O. III Akin 5 days later. Put in Property room 2-20-2018

**Action Requested to resolve your Complaint.** I need all this stolen property returned to me immediately. I want no further harrassment/retaliation by Captain Enge or B. Neal.

**Offender Signature:** _____ MAR 07 2018 **Date:** 3-5-2018

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired. 2-13-18
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Rodriguez / B. Rodriguez

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: BR</td></tr>
<tr><td colspan="2">Grievance #: 2018098098</td></tr>
<tr><td colspan="2">Screening Criteria Used: 5 9 9 #2 #1</td></tr>
<tr><td colspan="2">Date Recd from Offender: MAR 07 2018</td></tr>
<tr><td colspan="2">Date Returned to Offender: MAR 07 2018</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: NV</td></tr>
<tr><td colspan="2">Grievance #: 2018098098</td></tr>
<tr><td colspan="2">Screening Criteria Used: 5 9 9</td></tr>
<tr><td colspan="2">Date Recd from Offender: MAR 09 2018</td></tr>
<tr><td colspan="2">Date Returned to Offender: MAR 09 2018</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**Appendix F**

**Texas Department of Criminal Justice**

# STEP 2

### OFFENDER GRIEVANCE FORM

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12A-31_

Unit where incident occurred: _Michael_

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018098098 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Unit Grievance Investigators did not investigate this grievance at all... They tried to say Grievable time period has expired...

I turned this Grievance in on 3-5-2018. In the Offender Grievance Operations Manual under Chapter IV page 7 under: Screening Criteria and under: Grievance time period has expired ~ there is a Note that quite clearly states: NOTE: When calculating the 15 day time limit, consideration should be given for the number of days grievances were not collected, such as holidays that fall during the workweek or weekends. Grievances received after that time may be returned to the offender unprocessed.

Considering that NOTE with its very clear instructions, my Grievance was not expired until 3-7-2018 and also a rule that Grievances will be accepted for review up to and including the first working day beyond the 15 day time limit.--- That would be 3-8-2018.

I need this Grievance # 2018098098 investigated. I need all my property returned to me immediately and no further harrassment/retaliation from/by Captain J. Enge or Officer B. Neal.

---

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

I was also off the Unit from 2-14-2018 til 2-21-2018, so I barely had time to study using the Law Library to prepare and write this Grievance in time in the first place so that should also be taken into account. But regardless, the NOTE clearly shows I was on time.

**Offender Signature:** _Jamon Newton_   **Date:** 3-12-2018

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)                    **Appendix G**

Missing Property:

(Radio-Clock CLTECH /serial #09/13/03990   date issued: 6/10/15)

Books: The Millionaire Mind ~ Awaken The Giant Within by Tony Robbins ~ Your Magic Power To Be Rich by Napoleon Hill ~ Biography of Benjamin Franklin ~ Biography of Bismark ~ German/English Dictionary ~ 2 Spanish/English Dictionaries ~ 2 Stone Masonry books ~ Laying Tile book ~ Carpentry book ~ Readers Digest "How To" book ~ Modern Magic by Donald Michael Kraig ~ European History ~ Chemistry Textbook ~ Magic Mountain D&D ~ Grateful Dead "Special Edition Rolling Stones" mag ~ Whole Stack of Computer Mags ~ Hardback Thesaurus ~ Uncle John's Bathroom Reader ~ Sudoku book ~ Far Side Book ~ MAD mag ~

Other Items Missing: Gloves ~ Mirror ~ Multi Vitamens ~ 3/4 Jar of Black Bag Coffee ~ Spoon ~ Light Bulb ~ Gym Shorts 2 pairs ~ Muscle Shirt ~ Religious Necklace ~ Ring ~ Jar of Pomade ~ Amerfresh Shampoo ~ 2 Nail Clippers ~ Stack of Catalogs of Women ~ Personal Addresses ~ 1 Picture Folder full of pages of Women's pictures ~

Damon Hostand # 1343536

appendix F

Texas Department of Criminal Justice

**STEP 1** OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019003493 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Jamon Hestand    TDCJ # 1343536
Unit: Michael    Housing Assignment: 12E-33cell
Unit where incident occurred: Michael
~ Emergency ~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office    When? 3-5-2018
What was their response? The Grievable Time Period Expired
What action was taken? Grievance # 2018098098 not processed correctly to cover-up crimes

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

Grievance Investigators deliberately ignored Fedral & State Law and Administrative Directive-03.82 to help cover up the crimes against me on Febuary 13th 2018 where my property was stolen by Captain Jamadre Enge, Officer Barbra Neal, et al while acting under color of State law in order to obstruct justice and deny me my Victims' rights regarding Grievance # 2018098098 which is and was an "Emergency Grievance" like this one that should have been coordinated with the Office of Inspector General as demanded by law! Grievance # 2018098098 is specifically about Theft of my property which is a crime plain & simple!!!

The Grievance Investigators involved with Grievance # 2018098098 very directly violated my Human & Fedral Rights while acting under color of State law which also very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring et al against my rights to cover up crimes by prison staff who stole my property illegally, depriving me of my rights under color of law to cover up crimes against me on Febuary 13th 2018, Falsifying Records to cover up crimes, Obstructing Justice by deliberately ignoring Fedral & State Law and Administrative Directive 03.82 to incorrectly not process Grievance # 2018098098 as an Emergency Grievance and coordinate it with the Office of Inspector General as demanded by Law & TDCJ Policy, violating my due process rights and interfering illegally with my "Protected Conduct" of filing Grievances, retaliating against me & harassing me for using the Grievance Procedure to seek legal relief by trying to exercise my access to Courts rights for the Crimes against me on Febuary 13th, 2018, illegally denying me my Victims' rights, torturing me with cruel & unusual punishment for allowing prison

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

SEP 14 2018

Appendix F

employees to steal over half my property illegally and refusing to investigate it
when it was on security video cameras being done to begin with and never reim-
bursing me for anything at all and attempting to cover the crimes up and hiding
it from the Office of Inspector General illegally and etc., victimizing me and
causing me severe mental pain & suffering by allowing my property to be stolen
without any legal justification and exacerbating my mental illness which violates my
equal protection of the law rights by denying me justice illegally and refusing to return
my stolen property, tampering with evidence of a serious crime against me to con-
ceal a crime from law enforcement agencies such as the O.I.G. All of this was done
with very evil intentions & evil motives deliberately..... 1 0 2018 Protection from U.G.I.s
★Save evidence for litigation!    Stop conspiracy against my rights immediately!
**Action Requested** to resolve your Complaint.   Stop conspiracy against my rights immediately! Protection from U.G.I.s
Full investigation into Emergency Grievance #2018098098 with the O.I.G. properly. My Victims Rights
granted for the crimes against me on February 13th 2018. Transfer me away from Anderson County.!
Offender Signature: _Jamon Hartond_                    4  2018    Date: _4-10-2018_ SEP 1 0 2018

**Grievance Response:**

SEP 1 4 2018

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

M. Price
Investigator III

UGI Printed Name/Signature: _M. Price Mule_

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

_(Carbon Copied.)_

OFFICE USE ONLY
Initial Submission          UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender:       SEP 1 0 2018
Date Returned to Offender:     SEP 1 0 2018
2nd Submission               UGI Initials: M.U.
Grievance #: 2019 003993
Screening Criteria Used: #1  999
Date Recd from Offender:     SEP 1 2 2018
Date Returned to Offender:   SEP
3rd Submission               UGI Initials:
Grievance #: 2019 003993
Screening Criteria Used: #1
Date Recd from Offender:     SEP 1 4 2018
Date Returned to Offender:   SEP 1 4 2018

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2      OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2019003993 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Jamon Hestand       TDCJ # 1343536

Unit: Michael       Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

**~Emergency~**

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).**      I am dissatisfied with the response at Step 1 because...

It was not even processed according to Federal & State Law and BP-03.77 and AD-03.82. These Grievance Investigators "Margaret M. Price, Monte P. Nabors, and Melissa B. Vixtha" et al keep obstructing Justice pertaining to actual crimes committed against me on Febuary 13th, 2018 and they go out of their way to completely violate my Protected Conduct of filing Grievances to deny me access to courts and deny me my Victims' Rights. It's crazy because every time these individuals do this to me, they are committing crimes against me that are punishable by Law and they know it but they still do it anyways! They are only making things worse for themselves while they torture me. I want full relief for all these crimes against me.

Grievance # 2018098098 & 2019003993 need to be processed as Emergency Grievances and investigated with the Office of Inspector General! The crimes against me on Febuary 13th, 2018 up til now perpetrated by prison official & staff must be brought to the light and Justice served appropriately and I will not stop until I get full legal relief for every violation of my Human & Fedral Rights and get all my Victims' Rights granted immediately! I want Protection from all the Grievance Investigators here on Michael Unit who have committed so many crimes against me that it's literally insane!

I-128 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Appendix G

(Carbon Copied)

Offender Signature: _Jamon Husband_                     Date: _10-3-2018_

Grievance Response:

Signature Authority: _____      Date: _____

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

OFFICE USE ONLY

Initial Submission          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened   _____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission             CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened   _____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission             CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened   _____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                          Appendix G

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2018151660

Date Received: 6/19/18

Date Due: 7/29/18

Grievance Code: 904

Investigator ID #: I-1008

Extension Date: 9-718

Date Retd to Offender: JUL 27 2018

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12A-81

Unit where incident occurred: Michael

**�helpful — Specialty Grievance — ✶**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? _Grievance Investigators_   When? _3-9-2018/3-12-2018_

What was their response? _Grievable time period expired_

What action was taken? _Grievance Investigators covering up illegal actions against me_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance # 2018098098 ~ Grievance Investigators on Michael Unit and at Region II Grievance Office improperly screened my Grievance in an attempt to cover up illegal actions by other prison staff who stole a bunch of my personal property which led into an illegal excessive use of force on 2-13-2018...  APR 18 2018

✶ This is a Specialty Grievance Under the following TDCJ Offender Grievance Procedure Issue Codes: 700-Access To Courts, 799-Improper or Unprocessed Legal Grievance, 803-Criminal Activity By Staff, 804-Retaliation/Harassment For Use of Grievance Procedure, 805-Retaliation/Harassment For Efforts To Exercise Access To Courts Rights, 903-Grievance Staff, 904-Grievance Procedure/Processing...

#2 Screening Criteria does not apply to this Specialty Grievance whatsoever...

I-127 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS   FORM          (OVER)**

Appendix F

## Specialty Grievance

### Screening Criteria #2 does not apply to this Grievance ...

Action Requested to resolve your Complaint. Stop illegal cover ups of criminal acts by Grievance Investigators/Authorities ... Investigate Grievance #2018098098 properly and give me full relief for it.

Offender Signature: _Jamon Hartman_  Date: _4-18-2018_  APR 18 2018

Grievance Response:

An investigation was conducted into your allegation of grievance #2018098098 improperly screened. A review of your records reveals this grievance was screened due to #1 out of time and was screened in accordance with policy. No further action is warranted.

**Warden Meador**

Signature Authority: _____  Date: _7/27/18_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:  *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Nancy T. Rainey_
B. Bodywader /B. Bodywar

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: _TR_</td></tr>
<tr><td>Grievance #:</td><td>2018119484</td></tr>
<tr><td>Screening Criteria Used:</td><td>999 #2</td></tr>
<tr><td>Date Recd from Offender:</td><td>APR 18 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>APR 18 2018</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: BR</td></tr>
<tr><td>Grievance #:</td><td>2018119484</td></tr>
<tr><td>Screening Criteria Used:</td><td>999 #2</td></tr>
<tr><td>Date Recd from Offender:</td><td>999 #2 4/24/18</td></tr>
<tr><td>Date Returned to Offender:</td><td>4/24/18</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: BR</td></tr>
<tr><td>Grievance #:</td><td>2018119484</td></tr>
<tr><td>Screening Criteria Used:</td><td>999 #2</td></tr>
<tr><td>Date Recd from Offender:</td><td>4/24/18</td></tr>
<tr><td>Date Returned to Offender:</td><td>4/24/18</td></tr>
</table>

Appendix F

*(Carbon Copied)*



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

2

| OFFICE USE ONLY |
|---|
| Grievance #: 2018151660 |
| UGI Recd Date: AUG 15 2018 |
| HQ Recd Date: AUG 17 2018 |
| Date Due: 9-24-18 |
| Grievance Code: 404 |
| Investigator ID#: 11312 |
| Extension Date: |

Offender Name: Damon Hestand            TDCJ # 1343536

Unit: Michael            Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

---

*You must attach the completed Step 1 Grievance ~~the~~ as been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step ~~1~~ has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the complaint or give the requested action on the Step 1 Grievance. Grievance #2018048098 was not properly screened whatsoever!

Whatever Policy or Personal agenda being perpetrated or allowed by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, Warden Charles O. Meador, or Grievance Investigators Tammy L. Rainey & Brittani F. Rodriquez that is stopping Grievance #'s 2018048098 & 2018151660 from being investigated properly and full relief given and the requested actions given, is not only void under Federal Law but also directly illegal and criminal and therefore directly violates my Human & Civil Rights!

My Human & Federal Rights are being violated by thes individuals which also very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring against my rights, Obstructing justice, depriving me of my rights under color of law, Cruel & Unusual punishment, violation my equal protection of the law rights, trying to deny me access to Courts, violating due process of law rights, retaliating & harassing me for seeking legal relief, violating my "Protected Conduct" of filing Grievances, allowing Criminal activities by prison staff to go unpunished, balling or crumpling my Grievance #2018151660 up before sending it back to me which is deliberately damaging a legal document, denying me my Victim's Rights, etc. while acting under color of State law which is all a major Abuse of Office and Official Oppression and is also very Deliberate Indifference & Gross Negligence and all of this is being done or has been done with evil intentions and

I-128 Front (Revised 11-2010)            YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM            (OVER)

Appendix G

e ... t h
I tho·

*evil motives which leaves me in danger of personal injury or serious or irreparable harm.*

*All Human & Civil Rights violations need to be stopped immediately and full relief needs to be given also...*

Offender Signature: *Jamon Heston*                    Date: *8-13-2018*

**Grievance Response:**

An investigation was conducted into your concerns.  Records reveal your grievance was screened appropriately.  No further action is warranted.

Signature Authority: _____ M. BLALOCK   Date: _____   AUG 2 2 2018

---

**Returned because:**   ***Resubmit this form when corrections are made.***

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | CGO Initials: _____ |
| Date UGI Rec'd:_____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                    Appendix G

Received Back On: 10-9-2018



**Texas Department of Criminal Justice**

**STEP 1**
**OFFENDER**
**GRIEVANCE FORM**
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019022943 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: **Jaman Hestand**　　TDCJ # **1343536**

Unit: **Michael**　Housing Assignment: **12E-33cell B**

Unit where incident occurred: **Michael**

**Crimes By Prison Staff / Access To Courts Denied**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.　　　　　　　　　　　　　　　7-27-2018 / 4-18-2018

Who did you talk to (name, title)? **Warden Meador & M. Blalock et al.**　　When? **8-22-2018 / to 4-24-2018**

What was their response? **Negative ...**

What action was taken? **Conspiracy against my rights & Obstruction of Justice for crimes against me.**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance# 2018151660 which pertains to Grievance# 2018098098, of which is about prison officials & staff committing crimes against me. First of all, Unit Grievance Investigators Tammy L. Rainey & Brittani F. Rodriguez deliberately refused to process an Emergency Grievance about a crime against me on February 13th, 2018 and they refused to investigate it with the Office of Inspector General but when I sent it to the Central Grievance Office they sent the Step 1 Grievance back to the Unit Grievance Office because it was not processed correctly. The Grievance Investigators got mad and balled my Step 1 Grievance up damaging it before it made its way into the hands of Warden Charles O. Meador who also obstructed Justice & deliberately ignored AD-03.82 to cover up a crime. At Step 2 level at the Central Grievance Office, Central Grievance Officer M. Blalock also ignored Federal & State Law and AD-03.82 which very clearly shows that Grievances alleging criminal acts by staff or harassment/retaliation for exercising access to courts rights are Emergency Grievances that shall be coordinated with the Office of Inspector General and it shows that Emergency Grievances are not subject to any of the screening criteria at all!

OCT 18 2018

My Human, Fedral, and State Rights have been violated by CGO. M. Blalock, Warden Charles O. Meador, Tammy L. Rainey, and Brittani F. Rodriguez et al while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring together against my rights et al., depriving me of my rights under color of law, Obstructing Justice for the crimes committed by prison staff against me on February 13th 2018, falsifying records & making false statements on a

I-127 Front (Revised 11-2010)　　YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

OCT 18 2018

(OVER)

Appendix F

G# 2018151660　G# 2018098098
From: 081318　F: 031218 Step2
Step2

evil motives which leaves me in danger of personal injury or serious or irreparable harm.

_All Human & Civil Rights violations need to be stopped immediately and full relief needs to be given also..._

**Offender Signature:** _Jamon Watson_          **Date:** 8-13-2018

**Grievance Response:**

_Grievance R_

An investigation was conducted into your concerns.  Records reveal your grievance was screened appropriately.  No further action is warranted.

**Signature Authority:** _M. Blalock_   **M. BLALOCK**   **Date:** AUG 2 2 2018

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** . | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)          Received Back On : 10-9-2018          **Appendix G**

# Texas Department of Criminal Justice

## STEP 1  OFFENDER GRIEVANCE FORM
### (Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019022943

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33cell D

Unit where incident occurred: Michael

Crimes By Prison Staff / Access To Courts Denied

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Meador & M. Blalock et al.   When? 7-27-2018 / 4-18-2018 8-22-2018 / to 4-24-2018

What was their response? Negative...

What action was taken? Conspiracy against my rights & Obstruction of Justice for crimes against me.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance # 2018151660 which pertains to Grievance # 2018048098. of which is about prison officials & staff committing crimes against me. First of all, Unit Grievance Investigators Tammy L. Rainey & Brittani F. Rodriguez deliberately refused to process an Emergency Grievance about a crime against me on February 13th, 2018 and they refused to investigate it with the Office of Inspector General but when I sent it to the Central Grievance Office they sent the Step 1 Grievance back to the Unit Grievance Office because it was not processed correctly. The Grievance Investigators got mad and balled my Step 1 Grievance up damaging it before it made its way into the hands of Warden Charles O. Meador who also obstructed Justice & deliberately ignored AD-03.82 to cover up a crime. At Step 2 level at the Central Grievance Office, Central Grievance Officer M. Blalock also ignored Fedral & State Law and AD-03.82 which very clearly shows that Grievances alleging criminal acts by staff or harassment/retaliation for exercising access to courts rights are Emergency Grievances that shall be coordinated with the Office of Inspector General and it shows that Emergency Grievances are not subject to any of the screening criteria at all!

OCT 1 8 2018

My Human, Fedral, and State Rights have been violated by CGO, M. Blalock, Warden Charles O. Meador, Tammy L. Rainey, and Brittani F. Rodriguez et al while acting under color of State law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring together against my rights et al., depriving me of my rights under color of law, Obstructing Justice for the crimes committed by prison staff against me on February 13th 2018, falsifying records & making false statements on a

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   OCT 1 8 2018 (OVER)

NOV 0 1 2018

NOV 2 6 2018

Appendix F

G# 2018151660   G# 2018048098
From: 081318   F: 031218 Step 2
Step 2

legerately to avoid the Office of Inspector General in an attempt to cover up crimes perpetrated by prison staff against me, damaging my Step 1 Grievance by crumpling it up in anger, using a campaign of harassment/retaliation against me for me trying to exercise my access to courts rights, violating my Protected Conduct of filing Grievances, Cruel & unusual punishment & torture for allowing prison to commit crimes against me and then trying to obstruct Justice which leaves me in a situation where I am at risk of personal injury or some other serious harm or major violation of my rights which also causes me severe mental & emotional pain & suffering, etc. all of which has been done with evil intentions & evil motives against me deliberately...

**Action Requested to resolve your Complaint.** & Crimes against me to stop right now & be investigated with OIG. Forementioned Grievances reinvestigated with the O.I.G. and all requested actions granted immediately. My Victims' Rights for 2-13-2018 crimes against me. Protection from folks & individuals,

**Offender Signature:** _Jamar Plaxton_     **Date:** 10-16-2018   OCT 18 2018

**Grievance Response:**

OCT 22 2018
NOV 01 2018

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *   M. Price

☐ 11. Inappropriate. *   Investigator III

**UGI Printed Name/Signature:** _M. Salas /M. R._

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

---

### OFFICE USE ONLY

| Initial Submission | UGI Initials: PM MC |
|---|---|

Grievance #: 2019022943

Screening Criteria Used: 999 #1

Date Recd from Offender: OCT 18 2018

Date Returned to Offender: OCT 18 2018

**2nd Submission**   UGI Initials: EM M

Grievance #: 2019022943

Screening Criteria Used: 999 #1

Date Recd from Offender: OCT 22 2018

Date Returned to Offender: OCT 22 2018

**3rd Submission**   UGI Initials:

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: NOV 01 2018

Date Returned to Offender: NOV 01 2018

**Appendix**



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

### OFFENDER
### GRIEVANCE FORM

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12E-72cell_

Unit where incident occurred: _Michael_

| OFFICE USE ONLY |
|---|
| Grievance #: _2019022943_ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*

All the involved Grievance Investigators from Grievance # 2018098098, 2018151660, to 2019022943 are completely violating my Protected Conduct of filing Grievances and Obstructing Justice... They are not following AD-03.82 at all either.

---

**I-128 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

NOV 26 2018

*(Carbon Copied)*

Offender Signature: _Jamar Westant_     Date: _11-16-2018_

Grievance Response:     RO-010319

Signature Authority: _____     Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                          Appendix G

**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM

~Carbon Copied~

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018137126 |
| Date Received: MAY 2 2 2018 |
| Date Due: 7/01/18 |
| Grievance Code: 814 |
| Investigator ID #: I 1983 |
| Extension Date: 8-10-18 |
| Date Retd to Offender: JUL 0 2 2018 |

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12A-31cell

Unit where incident occurred: Michael

✗~ Emergency Grievance ~✗

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officer Victor Y. Afun          When? 5-8-2018

What was their response? Doesn't care... and I'm not getting shit...

What action was taken? Deliberately refused me recreation & shower against my will...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This Officer is involved in the theft of my property between 2-13-2018 and 2-21-2018. His name is on related paperwork. And now he denies me recreation and showers and lies and says I verbally refused my recreation and showers. When I say I'm wanting Grievances to file on him ~ he says he doesn't care and I'm not getting shit...

I already do not feel safe on Michael Unit with staff who stole my property and deliberately seriously injured me on 2-13-2018. --- So when someone involved in violating my Rights is deliberately antagonizing me without provocation on my part it is placing me in danger of losing my life, liberty, or property.

I'm in fear of Victor Y. Afun and other staff who abused me and violated my Fedral Rights between 2-13-2018 to 2-21-2018... I am being harassed and retaliated on by these individuals. I have notified Warden Carol Monroe and the Office of Inspector General about my concerns and even Brad Livingston and they are all showing deliberate indifference & gross negligence concerning my Rights and desire for full relief and charges to be filed on staff who took illegal actions against me...

I am not safe in this enviroment around staff involved in violating my Fedral Rights. I need full relief. I need to be transferred. I want charges filed on those who assaulted me on 2-13-2018 and on those who stole my property...

I-127 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

This issue is an Emergency issue that needs to be taken care of right away. I am not alright. I keep having nightmares about being abused by staff from abuses and major violations of my Rights here at Michael Unit and Connally Unit and Jester IV where I was injured by Staff many times altogether... It is madness!

MAY 14 2018

**Action Requested to resolve your Complaint.** Protection from all staff who stole my property and assaulted me between 2-13-2018 to 2-21-2018 and from further harassment & retaliation.
* Full relief as requested here.

**Offender Signature:** _Jamon Bland_ **Date:** 5-14-2018 MAY 14 2018

**Grievance Response:**

Your claims that staff denied you an opportunity to recreate and/or shower have been investigated and no substantiating evidence was found. Without witnesses and/or evidence to corroborate your claims, no action is warranted.

**Warden Meador**

**Signature Authority:** _Meador_ **Date:** 7/2/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _S. Rainey_ T. Rainey

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _TR_

Grievance #: _2018132655_

Screening Criteria Used: _899_ II 2

Date Recd from Offender: MAY 14 2018

Date Returned to Offender: MAY 14 2018

**2nd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



AUG 30 2018

*(Carbon Copied)*

## Texas Department of Criminal Justice
# STEP 2   OFFENDER
## GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018137126 |
| UGI Recd Date: JUL 18 2018 |
| HQ Recd Date: JUL 2 3 2018 |
| Date Due: 8-27 |
| Grievance Code: 814 |
| Investigator ID#: I2044 |
| Extension Date: |

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael - 2__   Housing Assignment: __12A-3tcell__

Unit where incident occurred: __Michael__   __12 8 F 33__

*You must attach the completed Step 1 Grievance th~~~~ ~~~~een signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 t~~~~ ~~~~been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issues and it was not processed properly or investigated properly...

Whatever T.D.C.J. Policies allowed by C.I.D. Director Lorie Davis & Executive Director Bryan Collier that caused this complaint to be mishandled to where it was not processed correctly or any true substantial relief given is void under Fedral Law. Whatever personal agenda being perpetrated by Warden Charles O. Meador, Grievance Investigator Tammy L. Rainey, and Officer Victor Y. Afun that is causing or allowing major violations of my Fedral & Human Rights related to this complaint and illegal events against me on 2-13-2018 here on Michael Unit are most definitely against Fedral Law and so it obviously needs to be fixed immediately for it to be in harmony with Fedral Law & Human Rights...

My Civil & Human Rights are being violated by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, Warden Charles O. Meador, Grievance Investigator Tammy L. Rainey, and Officer Victor Y. Afun while acting under color of state law for T.D.C.J. which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 which violates the 8th Admendment Prohibition against cruel and unusual punishment. These individuals have all conspired against my rights together in one way or another~ it is a conspiracy against my rights under color of law. They specifically violated my rights by: denying me protection from staff who committed crimes against me on 2-13-2018; denying me my Victim's Rights for criminal activities by staff from 2-13-2018 til now; denying me relief & access to courts, not giving me due process of law, →

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

violating my Protected Conduct of filing Grievances, Creating & allowing Policies that oppose Federal Law deliberately, violating my equal protection of the law rights, harassing/retaliating/and terrorizing me for pursuing legal relief, leaving me in a situation where I am at risk of injury or some other irreparable harm deliberately, etc... This behavior by these individuals is a serious Conspiracy that deprives me of my rights under color of law and is very deliberate indifference & gross negligence also.

**Offender Signature:** _Jamon Hartsment_     **Date:** 7-15-2018

**Grievance Response:**

A review of your Step I Grievance was conducted and the grievance was investigated in accordance with grievance procedures and, you were appropriately advised at the Unit level. There is no evidence that supports your allegations of misconduct or improper behavior by Officer Afun. No further action is warranted.

**Signature Authority:** _B Howard ARO_     **Date:** 08-06-18

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td><strong>Initial Submission</strong></td><td><strong>CGO Initials:</strong> _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd:_____</td></tr>
<tr><td colspan="2">Date CGO Rec'd:_____</td></tr>
<tr><td colspan="2">(check one) ____Screened ____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td><strong>2nd Submission</strong></td><td><strong>CGO Initials:</strong> _____</td></tr>
</table>

**2nd Submission**    **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**    **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)    (Carbon Copied)    **Appendix G**

## Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2018098098

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: currently 12A-31cell

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Captain Enge, J./ B. Neal "CO II" Property   When? 2-13-2018

What was their response? Tear my property up in a cell search

What action was taken? Stolen property / Impermissible Conduct

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 2-13-2018 before lunch time, Captain Enge and Officer B. Neal went into my cell and proceeded to literally tear my property up, throw it all over the cell and place a bunch of it in a sheet to hide it from the camera ~ after quite some time they finally came out of my cell 12A-78 cell with a chain bag full of books and magazines ~ and a large bulging sheet full of property...

Captain J. Enge said he was taking some of my "shit" because of an "alleged" "fire" that I did --- When I get put back in my cell by Sgt. Gomer I looked around and noticed a whole bunch of missing property which I have never received any confiscation papers for at all and have not received any of my property back at all that they took... MAR 07 2018

On top of that Impermissible Conduct ~ Captain Enge also told the officers on the pod not to feed me lunch which they did not... These are the reasons that led me into a Use Of Force at about 2:30 pm...

Items missing that I am sure of: Radio-Clock CLTECH serial #0913/03990 ~ Books: The Millionaire Mind, Awaken The Giant Within by Tony Robbins, Your Magic Power To Be Rich by Napoleon Hill, Biography of Benjamin Franklin, Biography of Bismark, German/English dictionary, 2 Spanish/English Dictionaries, 2 Stone Masonry Books, Laying Tile Book, Carpentry book, Reader's Digest "How To" book, Modern Magick by Donald M. Kraig, European History, ~

---

I-127 Front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

Appendix F

Chemistry Textbook, Magic Mountain, Grateful Dead Special Edition Mag, Whole Stack of Magazines, Hardback Thesaurus, Uncle Jon's Bathroom Reader, Suduku book, etc.

Other Items missing: Gloves, Mirror, Multi Vitamens, 3/4 Jar of Black Bag Coffee, Spoon, Light Bulb, 2 pairs of Gym Shorts, Muscle Shirt, Jar of Pomade Grease, AmeriFresh Shampoo, 2 Nail Clippers, Stack of Catalogs of Women, Personal Addresses, Pictures "about 15" of Women, etc

Also, After the Use of Force, my remaining property did not get inventoried until 2-18-2018 by Sgt. Burton and CO. III Allen 5 days later. Put in Property room 2-20-2018

**Action Requested to resolve your Complaint.** I need all this stolen property returned to me immediately. I want no further harrassment/retaliation by Captain Enge or B. Neal.

**Offender Signature:** _Timmon Bryant_                    **Date:** 3-5-2018

**Grievance Response:**

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          ***Resubmit this form when the corrections are made.**

☑ 1. Grievable time period has expired. 2-13-18
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. * M. Vix Fra M Sing
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Rodriguez / B. Rodriguez

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: BR |
| Grievance #: 2018098098 | |
| Screening Criteria Used: 5,9 #2 #1 | |
| Date Recd from Offender: | MAR 07 2018 |
| Date Returned to Offender: | MAR 07 2018 |
| **2nd Submission** 2018098098 | UGI Initials: W |
| Grievance #: | |
| Screening Criteria Used: 5,9 | |
| Date Recd from Offender: | MAR 09 2018 |
| Date Returned to Offender: | MAR 09 2018 |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2018098098 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12A-31

Unit where incident occurred: Michael

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*

Unit Grievance Investigators did not investigate this grievance at all... They tried to say Grievable time period has expired...

I turned this Grievance in on 3-5-2018. In the Offender Grievance Operations Manual under Chapter IV page 7 under: Screening Criteria and under: Grievance time period has expired ~ there is a Note that quite clearly states: NOTE: When calculating the 15 day time limit, consideration should be given for the number of days grievances were not collected, such as holidays that fall during the workweek or weekends. Grievances received after that time may be returned to the offender unprocessed.

Considering that NOTE with its very clear instructions, my Grievance was not expired until 3-7-2018 and also a rule that Grievances will be accepted for review up to and including the first working day beyond the 15 day time limit.---That would be 3-8-2018.

I need this Grievance #2018098098 investigated. I need all my property returned to me immediately and no further harrassment/retaliation from/by Captain J. Enge or Officer B. Neal.

---

**I-128 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12A-3 cell_

Unit where incident occurred: _Michael_

**OFFICE USE ONLY**

Grievance #: 2018094056

Date Received: MAR 0 5 2018

Date Due: 4-9-18

Grievance Code: 10320

Investigator ID #: J1083

Extension Date: 6-3-18

Date Retd to Offender: MAY 2 5 2018

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Medical Provider_   When? _2-14-2018 / 2-26-2018_

What was their response? _Set me on appointment for X-rays_

What action was taken? _Somehow got skipped on appointment_

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

_After excessive use of force on 2-13-2018 against me on which I was hurt badly ~ I was supposed to get x-rays done to begin medical examination of internal damage to my right knee and ribs on right side._

_I was off unit for 2-14-2018... But I was right here this week and got skipped somehow when the X-Ray Specialist was here doing X-rays... I am in pain right now and need help and surely need the X-Rays done especially since they are already late as it is..._

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** _I need my right Knee and ribs on right side X-rayed immediately..._

**Offender Signature:** _[signature]_      **Date:** _3-2-2018_

**Grievance Response:**

Per chart review on 2/14 you were evaluated by nursing staff upon your return from hospital. The provider ordered an x-ray, dressing change, crutches, Motrin, and floor only restriction. You were transferred to Skyview that same date. 2/21 you returned to Michael. 2/23 you no showed for your x-ray apt. 3/8 your x-ray was completed. 4/10 the provider discussed your x-ray results with you.

**Signature Authority:** _Pam Pace_   Pam Pace   Practice Manager     **Date:** _5-22-18_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    **\*Resubmit this form when the corrections are made.**

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2ⁿᵈ Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

Offender Name: _Jamon Hestand_       TDCJ # _1343536_

Unit: _Michael_       Housing Assignment: _12A-31_

Unit where incident occurred: _Michael_

JUL 11 2018

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018 0146056 |
| UGI Recd Date: | JUN 05 2018 |
| HQ Recd Date: | JUN 7 - 2018 |
| Date Due: | 7-20 |
| Grievance Code: | 1036 |
| Investigator ID#: | I0352 |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*

It took 22 days to get the first X-ray. It took 29 days to get the 2nd X-ray which showed my fractured rib. I did not skip my appointment on 2-23-2018 --- no-one ever came to get me and the officers who were doing escorts were the same ones who injured me in the first place on 2-13-2018! I was asking about my appointment and I could not get help from on duty staff. I believe it was done deliberately.

I-128 Front (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix G

**Offender Signature:** _____   **Date:** _____

**Grievance Response:**

A review of the medical grievance and documentation has been completed regarding your requests for x-rays following a use of force incident on 2/13/18.

An appellate review of the medical grievance and clinical record indicates the response from Step 1 is appropriate. You received x-rays on both your right knee and the ribs on your right side on 3/08/18. The findings were discussed with you on 4/10/18 when you were also issued a brace pass restriction renewal for 180 days for the right knee. You had been given a crutch for ten days on 2/14/18 which was later replaced with a cane for 90 days on 4/10/18.

Documentation indicates since the time you filed the Step 1 medical grievance the issue of requesting x-rays has been resolved and you have continued to be seen in accordance with Correctional Managed Health Care Policy E-37.1. If you have further health difficulties please submit a Sick Call Request (SCR). No further action from this office of the grievance process is warranted at this time.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

**Signature Authority:** _____   **Date:** 6.13.18

**Returned because:**   *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)   **Appendix G**

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me where is Grievance #2018100654 at Step 2 level? It's been over 4 months now that I've been waiting on a response! It don't make no sense at all why its been gone that long. ~

Name: Jamon Hestand   No: 15     36   Unit: Michael

Living Quarters: 12E-33   Work Assign:

**DISPOSITION:** (Inmate will not write in this space)

Step 2 grievance # 2018100654 was returned to you on 7-19-18

M. Price
Investigator III

☆I-60 (Rev. 11-90)

For Harassment For Using Grievance
Deliberate Neglect, all of which takes
according to Federal Law and Whether its
Texas Board of Criminal Justice no
Case Vol App
2018

TEXAS DEPARTMENT OF CRIMINAL JUST̄            ̄AL DIVISION
## INMATE REQUEST ̄                   ̄AL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐  Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐  Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐  Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐  Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐  Visiting List (Asst. Director of classification, Administration Building)

6. ☐  Parole requirements and related information (Unit Parole Counselor)

7. ☐  Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐  Personal Interview with a representative of an outsi̇ agency (Treatment Division, Administration Buildin̄

(Carbon Copied)

TO: Grievance Office _____    DATE: 4-10-2018
        (Name and title of official)

ADDRESS: Michael Unit _____



## Texas Department of Criminal Justice

# STEP 1   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2018108058 |
| Date Received: MAR 1 3 2018 |
| Date Due: 4-22-18 |
| Grievance Code: 510 |
| Investigator ID #: TDR |
| Extension Date: |
| Date Retd to Offender: APR 20 2018 |

**Offender Name:** Jamon Hestand   **TDCJ #** 1343536

**Unit:** Michael   **Housing Assignment:** (10-A-31)

**Unit where incident occurred:** Michael

### *~ SPECIALTY GRIEVANCE ~*

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Captain Enge   When? 2-21-2018 / 2-27-2018

What was their response? Denied having it on 2-21-2018 / Admitted giving it to Property Lady 2-27-2018

What action was taken? Religious Talisman stolen/missing ~really a Talisman/Amulet"

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I came back to Michael Unit on 2-21-2018 from SkyVeiw Unit. I only had a small yellow envelope of property with me containing a ring, my ID card, my eye glasses, and a Religious Talisman/Amulet. Only the eye glasses and ID card were returned to me. ~ The ring and Religious Talisman/Amulet disappeared altogether. I saw Captain Enge and asked him where it went after it was given to R control by transport officers and he said he didn't have it. Days later on 2-27-2018 at around 9:00am or so on the way to disciplinary court, I came across Captain Enge in the hallway and spoke to him again and that time he said he gave it to Ms. Neal the Property Lady. "All the sudden" Phew!

MAR 09 2018

I am not safe spiritually without my Religious Talisman/Amulet. They have no right to take or steal or touch or displace my Religious Item. Its very disrespectful and puts me in Spiritual danger which leads to mental, physical and emotional danger. It's not easy at all to make and takes a lot of work on certain times of the year and of the month. It takes a very long time to get it right. I need it returned to me immediately. I will be speaking to my lawyer about this as soon as possible. MAR 05 2018

MAR 09 2018

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Return my Religious Talisman/Amulet Immediately!*

MAR 0 5 2018     MAR 0 9 2018

**Offender Signature:** _____     **Date:** 3-1-2018

**Grievance Response:**

Your claims that a ring and religious amulet were confiscated from you could not be substantiated. Furthermore, these items are not listed in your registered property records. No policy violation noted.

**Signature Authority:** _____     **Date:** 4/20/18

WARDEN COCKRELL

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *  3-5-18
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

M. Utkey / M Vixtha

M. Price
**UGI Printed Name/Signature:**  Investigator III

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | 2018080078 |
| Screening Criteria Used: | #2.599 |
| Date Recd from Offender: | MAR 0 5 2018 |
| Date Returned to Offender: | MAR 0 5 2018 |
| **2nd Submission** | UGI Initials: MV |
| Grievance #: | 2018 0910078 |
| Screening Criteria Used: | #2.599 |
| Date Recd from Offender: | MAR 0 9 2018 |
| Date Returned to Offender: | MAR 0 9 2018 |
| **3rd Submission** | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

~ (Carbon Copied) ~   'JUL 19 2018,

**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: Jamon Hestand   TDCJ # 1343536
Unit: Michael   Housing Assignment: 12A-31cell
Unit where incident occurred: Michael

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2018100054 |
| UGI Recd Date: | MAY 0 2 2018 |
| HQ Recd Date: | MAY 0 7 2018 |
| Date Due: | 6-11 |
| Grievance Code: | 512 |
| Investigator ID#: | I2044 |
| Extension Date: | 7-21 |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the issue or give any relief whatsoever... This issue was not fully investigated properly and this Religious issue was not given special consideration, prompt attention, or special processing according to Fedral Law... The Stolen/missing Religious Talisman/Amulet & Ring were inventoried at Skyveiw Unit on 2-14-2018 to 2-21-2018. I believe 2-15-2018 may have been my exact arrival date at Skyveiw and these Religious Items came back with me to Michael Unit on 2-21-2018 when Captain Jamadre Enge stole the Religious Items and my "copy" of the inventory sheet from Skyveiw and gave the Items to Officer Barbra Neal who either stole or destroyed them illegally...

In the United States the Supremacy Clause of the Constitution, set forth in Article VI, explicitly states that the Constitution and Laws of the United States under the Authority of the United States shall be the Supreme Law of the Land... Therefore, any State Law or Policy is void if it directly conflicts or opposes the Supreme Law of the Land under the Authority of the United States as set forth in Article VI of the Constitution of the United States...

"Grievance Investigators"

My Constitutional/Fedral Rights are being violated by Margaret M. Price, Melissa B. Vixtha, Captain Jamadre Enge, Officer Barbra Neal, and Warden Deborah G. Cockrell while acting "Under Color of State Law" for T.D.C.J. which also greatly increases my punishment above & beyond what the State Court sentenced me to in Denton County, Texas on December 2nd, 2005; by violating my "Protected Conduct" of filing a Grievance in a timely manner regarding matters that by the nature of the claim require special consideration, very prompt attention, and special processing according to Fedral Law; such matters as theft of Religious Property, Denial of →

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

"~Carbon Copies"

Access To Courts, Improperly Processed Grievances, Retaliation/Harassment For Using Grievance Procedure, Criminal Activities By Staff, Incomplete Investigation Deliberately, etc., all of which takes special consideration, very prompt attention, and special processing according to Federal Law... Whether it's Grievance Investigators, Brad Livingston, Wardens, Frank Hoke, or the Texas Board of Criminal Justice, no policy they make can be in direct conflict with Federal Law or else it is void...

**Offender Signature:** _Tremon Heston_   **Date:** 4-30-2018

**Grievance Response:**

A review of your Step I Grievance was conducted and you were appropriately advised at the Unit level. No evidence was found to show that a ring was confiscated from you when you returned from the Skyview Unit on 2/21/18. It should also be noted that per the Chaplaincy manual and Property Policy, Talisman/amulet rings are not among the approved devotional items an offender is allowed to have. As legitimate ownership can not be proven for the alleged missing a property settlement will not be considered. No further action is warranted.

**Signature Authority:** _B. Howard   B. Howard ARO_   **Date:** 06-27-18

---

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back (Revised 11-2010)**

**Appendix G**

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**
~Carbon Copied~

| | |
|---|---|
| Grievance #: | 2018049984 |
| Date Received: | APR 3 0 2018 |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | JUN 0 7 2018 |

**Offender Name:** Damon Hestand   **TDCJ #** 1343536

**Unit:** Michael   **Housing Assignment:** 12A-31

**Unit where incident occurred:** Michael

**✱ ~SPECIALTY GRIEVANCE~ ✱**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name, title)?** Grievance Investigators   **When?** 4-18-2018

**What was their response?** Submission in excess of 1 every 7 days

**What action was taken?** Grievances improperly screened in order to cover up illegal activity

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

First of all Grievance #2018048098 was improperly screened to cover up illegal activity by Grievance Investigators, then Grievance # 2018119484 was also improperly screened to cover up the cover ups of illegal activities by prison staff mentioned in Grievance #2018098098. APR 2 0 2018

This is all illegal impermissible conducts and it all shows very deliberate indifference and gross negligence to me getting any relief for serious violations of my civil/human rights by blocking me from getting any relief through the Grievance System by improperly screening my Grievances intentionally to cover up illegal activities by prison staff and/or those acting under color of State law in Grievance #2018098098 and #2018119484 APR 2 0 2018

I can't understand this corruption nor will I tolerate it. I will simply keep building the case even stronger against it so that I can get full relief from the highest Authorities necessary in Fedral Court/Criminal Court because these violations of my rights continue to injure me seriously by depriving me of my property that was stolen, humane treatment under the Constitution of the United States of America, and relief for continued major violations of my rights and of the State Law/Fedral Law. APR 2 0 2018

These crimes against me need to be investigated and full relief given to me rightfully. Cover-ups of Crimes need to stop immediately. APR 2 0 2018

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

✱ The following TDCJ Grievance Procedure Issue Codes Pertain To This Specialty Grievance: Appendix F
700- Access To Courts, 799~ Improper or Unprocessed Legal Grievance, 803~ Criminal Activity By Staff,
899~ Improper or Unprocessed Staff Complaint, 903~ Grievance Staff, 924~ Grievance Procedure.
✱ Screening Criteria #2 Does Not apply to this Specialty Grievance. ✱

Grievances #s 2018098098 and 2018119484 need to be screened as Specialty Grievances, investigated properly, and full relief given. Cover ups of any illegal activities needs to stop immediately. Cover ups of Cover ups of illegal activities also need to stop immediately. APR 20 2018

Y'all are purposefully terrorizing me by stopping me from getting relief for illegal activities against me. Covering up illegal activities is also illegal in itself and if the illegal cover-ups of illegal activities does not stop immediately then I will be actively pursueing legal action against that illegal activity ok. APR 20 2018

**Action Requested to resolve your Complaint.** Grievance #s: 2018098098 and 2018119484 to be properly screened, investigated and full relief given to me. Cover ups of illegal activity stopped immediately.

**Offender Signature:** _Jamon Haston_                    **Date:** 4-20-2018 APR 20 2018

**Grievance Response:**

Only one Step 1 grievance may be processed every seven days, based on the date of the last processed Step 1 grievance entered.  You submitted a step 1 grievance on 4/13/18.  Therefore, the step 1 grievance #2018119484, which was submitted on 4/18/18 was screened and returned to you.  No policy violation noted.

Warden Meador

**Signature Authority:** _Meador_                    **Date:** 6/2/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.*

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [x] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _D. Rodriguez / D. Rodriguez_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _DR_ |
| Grievance #: 2018120471 | |
| Screening Criteria Used: 999 #2 #5 | |
| Date Recd from Offender: 4/20/18 | |
| Date Returned to Offender: 4/20/18 | |
| 2nd Submission | UGI Initials: _DR_ |
| Grievance #: 2018120471 | |
| Screening Criteria Used: 999 #2 | |
| Date Recd from Offender: 4/24/18 | |
| Date Returned to Offender: 4/24/18 | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)                    **Appendix F**

Screening Criteria #2 Does Not apply to a Specialty Grievance!  "SPECIALTY Grievance!"

~Carbon Copied~

*(Carbon Copied)*

JUL 26 2018



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2018125124

UGI Recd Date: JUN 18 2018

HQ Recd Date: JUN 21 2018

Date Due: 7-28

Grievance Code: 404

Investigator ID#: 15448

Extension Date: _____

Offender Name: Jamon Hestand ____ TDCJ # 1343536

Unit: Michael ____ Housing Assignment: 12A-31

Unit where incident occurred: Michael

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issue or give any relief whatsoever.

Once again, whatever T.D.C.J. Policy that is stopping me from getting the action requested on the Step 1 or Personal Agendas of Grievances Investigators or Warden C. Meador II, is void since it opposes Federal Law according to Article VI of the United States Constitution with the "Supremacy Clause".

My Federal & Human Rights are being violated by the Executive Director of T.D.C.J., Warden Charles Meador, and the Grievance Investigators who are related to this Grievance and Grievance #s 2018098098 & 2018119484, which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 which violates the 8th Admendment Prohibition against Cruel & Unusual Punishment. This is being done specifically by Conspiring Against my Rights, Depriving me of my Rights Under Color of State Law, Obstructing Justice, Denying me Access To Courts, Violating my Due Process Right, Not giving me Equal Protection of the Law, Interfering with my Protected Conduct of filing Grievances & Getting Proper Resolutions, Harassing & Retaliating Against me for Pursuing Legal Relief/Activities, etc.

This is very deliberate Indifference & Gross Negligence and is also a Campaign of Harassment to stop me from pursuing legal relief with my Protected Conduct under Federal Law, and therefore is also Criminal Conduct & Criminal Offenses under Federal Law! These crimes against me need to stop immediately! These Grievances mentioned →

I-128 Front (Revised 11-2010)       YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM       (OVER)

Appendix G

in this Grievance along with this Grievance need to be processed, investigated, and relief given to me properly according to the Supreme Law of the Land...

I want my Human & Civil Rights fulfilled and violations of these Rights to stop immediately!

**Offender Signature:** _Jamon N. Hostand_ **Date:** 6-15-2018 "Turned In"

**Grievance Response:**

An investigation has been conducted into your complaint. The Step 1 response you received was appropriate. There was no conclusive evidence found to substantiate your allegations of staff misconduct or that your grievance was not screened in accordance with policy. No further action warranted by this office.

**Signature Authority:** _M. Blalock_   M. BLALOCK   **Date:** JUL 1 2 2018

**Returned because:**  *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)

**Appendix G**