**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER
GRIEVANCE FORM**

~ Carbon Copied ~

**OFFICE USE ONLY**

Grievance #: 2018441204

Date Received: MAY 30 2018

Date Due: 7/14/18

Grievance Code: 1800

Investigator ID #: I 1008

Extension Date: 8-28-18

Date Retd to Offender AUG 21 2018

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12A-31cell

Unit where incident occurred: Michael          12 E 35

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? _Medical Records / Ms. Black_          When? _5-21-2018_

What was their response? _Let me review my Medical Records._

What action was taken? _Noticed a major violation of my rights in my medical records by Alison Travis "MA-LPA_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The following complaint regards an interveiw on 2-13-2018 following an illegal use of force on me where I was seriously injured. This Interveiw was done by Alison Travis of the Mental Health Department here on Michael Unit while I was blinded by chemical agents, seriously in major pain, and highly agitated... She not only wrote things that I never said but twisted things I did say in a negative way to make me look and sound bad... Now, this is the first time I have ever reveiwed my medical records and after reading Alison Travis' interpretation of our interveiw on 2-13-2018 I lost what little trust I had for the Mental Health Department & Staff... So now I wonder about all prior interveiws over the years with any Mental Health Staff in T.D.C.J. and I feel paranoid, sick inside, violated, let down, distrustful, etc. of these Mental Health Staff...

I plan to obtain my entire medical file because of this and other violations of my civil and human rights. I realize that no-one working for or with T.D.C.J. can't be trusted so I also plan to get off the psyche load or case load for T.D.C.J. Mental Health as soon as I am able to find outside support and more positive outlets to solve my problems without trusting my psyche, Soul, and body to people who are madly corrupt and who have evil intentions and evil motives...

For the record which I have reported many many times before, seeing & hearing things is part of my Pagan Religion & Spiritual Practice but is very difficult to deal with in a very negative, ignorant, corrupt, and inhumane enviroment without the proper magickal device to control it which gets stolen from me by prison staff every time I make one because they have no respect for my Religion whatsoever like what just happened on 2-21-2018 with theft of my Religious items.

I-127 front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

So I've been forced to turn to psyche medication largely because I have not had any way to practice my Religion without interference & discrimination but all this is about to change because I am about to have major outside support and personal resources to obtain my Rights justly.

Appendix F

Also for the record, I have no daughter, suing T.D.C.J or its cohorts for violating my rights is my legal right, and looking "beating?" Phew! That sure wasn't no problem since I had had the use of force team on 2-13-2018 illegally and deliberately assault me & got beat up hours before Alison Travis interviewed me? That's outrageous and shows exactly why Mental Health Staff can't be trusted in T.D.C.J. to be honest, professional and respect people's Fedral and Human Rights in prison ... What Alison Travis just did to me is really messed up but I'm glad to know the truth. I do need mental help from someone that can be trusted not to play mind games with me since I have been abused illegally by prison officials, staff, and those working with T.D.C.J., I also need to be able to fully practice my Religion as long as it doesn't interfere with prison security adversely ...

Action Requested to resolve your Complaint. Religious discrimination to stop always. Bogus statement by Alison Travis on 2-13-2018 retracted from my record, Alison Travis to stay away from me permanently. Psyche help with high integrity & honor. Recanted, interviews.

Offender Signature: _____ (Turned in on 5-29-2018) Date: 5-27-2018

Grievance Response:
You are current and compliant with mental health treatment. Mental Health Services will follow you with a new MHC.

Pam Pace
Practice Manager

Signature Authority: _____ Date: 8/15/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission          UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission          UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission          UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12E-33_

Unit where incident occurred: _Michael_

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | _2018141204_ |
| UGI Recd Date: | SEP 06 2018 |
| HQ Recd Date: | SEP 10 2018 |
| Date Due: | _10/21/2018_ |
| Grievance Code: | _Cedd_ |
| Investigator ID#: | ~~10352~~ |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It completely failed to resolve the complaint nor did the response have anything to do with my complaint whatsoever as can plainly be seen...

My Human & Fedral Rights are being violated by Practice Manager Pam Pace and Alison Travis while acting under color of state law which also very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring with others against my rights, depriving me of my rights under color of law, interfering with my Fedrally Protected Activity of receiving adequate medical care, falsifying official documents, cruel & unusual punishment by treating me with unethical conduct regarding my mental illness and violating my equal protection of the law rights and torturing me with serious mental pain & suffering with their very deliberate indifference to my serious medical needs and violation of my trust by tampering with my medical file, violating my Protected Conduct of filing Grievances "Pam Pace" by not investigating the Step 1 properly nor giving me my requested actions nor even responding to the complaint at all, violating my due process rights, making it where I can't trust the medical department which is also exacerbating my mental illness, etc.

This is not an isolated event with Practice Manager Pam Pace who has been showing a non-stop pattern of deliberate indifference & gross negligence regarding my medical care with her evil intention & evil motives along →

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

(Carbon Copied)

with others in a real conspiracy against my rights here on Michael Unit that has been ongoing especially since Febuary 13th 2018 when my property was stolen and I was assaulted & battered with serious injuries by prison officials & staff and denied proper medical care. Ever since then it's been non stop violations of my rights from several departments as I seek legal relief for those crimes.

**Offender Signature:** _Jamon Helston_   **Date:** 9-5-2018

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your report medical staff are writing `bogus` statements in your medical records.

According to the documentation, the appellate review of the medical grievance supports the response provided at the Step 1 level. There is no documentation to show your report of bogus statements, in regards to your UOF on 02/13/2018. All documentation appears to be correct and you are receiving proper medical and mental health care. You are being monitored closely by mental health services.

Should you feel your medical concerns require further evaluation, you may submit a Sick Call Request to the medical department.

**Signature Authority:** _STEP II MEDICAL GRIEVANCE PROGRAM_
_OFFICE OF PROFESSIONAL STANDARDS_
_TDCJ HEALTH SERVICES DIVISION_   **Date:** 9/13/18

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**    **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    **Appendix G**

Received ~ 10-9-2018

**Texas Department of Criminal Justice**

| | OFFICE USE ONLY |
|---|---|
| | Grievance #: 2019024282 |
| | Date Received: |
| | Date Due: |
| | Grievance Code: |
| | Investigator ID #: |
| | Extension Date: |
| | Date Retd to Offender: |

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33cell

Unit where incident occurred: Michael & Central Grievance Office
Retaliation / Harassment for exercising access to courts.

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Pam Pace & CGO ID # I0352 et al    When? 8-15-2018 and 9-13-2018

What was their response? Negative & False.

What action was taken? My Human & Fedral Rights violated by these individuals ...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

First of all Grievance #2018141204 was responded to at Step 2 level on September 13th 2018 by C.G.O. ID # I0352 "Step II Medical Grievance Program Office of Professional Standards TDCJ Health Services Division but I did not receive the Grievances back until October 9th, 2018 --- 26 days later! Another attempt to delay my legal work by Grievance Investigators... Aside from that violation of my Protected Conduct of filing Grievances; both Practice Manager Pam Pace and CGO. ID # I0352 made false statements and completely avoided the serious issues in Grievance #2018141204. Pam Pace gave a response that was not only false about my mental health treatment but completely avoided my complaint altogether! Her response didn't have anything to do with my complaint at all and she completely ignored my requested actions ... Then C.G.O. ID # I0352 goes on a little rampage with a completely false response ..." The appellate review of the medical grievance supports the response at the Step 1 level ?!" --- The response at Step 1 by Pam Pace had nothing to do with the main topic of my complaint at all & deliberately was made to avoid the main topic of Alison Travis making false statements on my medical file on 2-13-2018. --- "There is no documentation to show your report of bogus statements ?!" Excuse me ?! Those bogus statements are clearly documented on my medical file by Alison Travis on February 13th 2018 ! --- I'm recieving proper medical & mental health care ?! --- I have a heaping pile of evidence that shows otherwise ... I'm being monitored closely by mental health services ?! --- All lies, this Central Grievance officer falsified the entire Step 2 Grievance response and Pam Pace just simply ignored my Grievance altogether! My Human & Fedral Rights are being violated by all these foresaid individuals while acting under color of State law which very greatly increases my punishment way →

1-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

NOV 0 7 2018

Appendix F

above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring together against my rights et al, depriving me of my rights under color of law, violating my protected Conduct of filing Grievances, making medical judgements so bad that they're not "medical" at all, ignoring very obvious conditions that violate my rights, failing to investigate a serious comp lain't where Alison Travis tampered with my medical file on purpose without also violating my access to courts rights, interfering with my attempts to fix my medical file that was violated by Alison Travis, Cruel & Unusual punishment by agitating my mental illness & violating my equal protection of the law rights and causing me severe mental & emotional pain & suffering on purpose, etc. with evil motives...

**Action Requested to resolve your Complaint.** & Stop conspiracy against my rights immediately & Grievance # 2018141204 reinvestigated properly & my requested action granted. Protection from Practice Manager Pam Pace violating my rights & from C.G.O. Inv ID # I0352 also...

**Offender Signature:** _Damon Holston_          **Date:** 10-18-2018

NOV 0 1 2018
OCT 22 2018

**Grievance Response:**                                        NOV 0 7 2018

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step I response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *      M. Price
☐ 11. Inappropriate. *              Investigator III

**UGI Printed Name/Signature:** _M. Price_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)



**OFFICE USE ONLY**
Initial Submission        UGI Initials: _TR_
Grievance #: _2019024282_
Screening Criteria Used: _999 #2_
Date Recd from Offender: OCT 22 2018
Date Returned to Offender: OCT 22 2018
**2nd Submission**        UGI Initials
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: NOV 0 1 2018
Date Returned to Offender: NOV 0 1 2018
**3rd Submission**        UGI Initials
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: NOV 0 7 2018
Date Returned to Offender: NOV 0 7 ...

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied~)*

Offender Name: __Jamon Hestand__  TDCJ # __1343536__

Unit: __Michael__  Housing Assignment: __12A-31cell__

Unit where incident occurred: __Michael__

OFFICE USE ONLY

Grievance #: __2018137144__

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? __Grievance Investigators__  When? __4-24, 26-2018__

What was their response? __"Grievance #2018098045 was returned unprocessed to you on 3-7-2018"__

What action was taken? __Step 1 & 2 Grievances stolen or deliberately misplaced...__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I, Jamon N. Hestand #1343536 from Texas Department of Criminal Justice being presently incarcerated in Michael Unit in Anderson County, Texas declare under penalty of perjury that the foregoing is true and correct... MAY 22 2018  JUN 0 6 2018

Everything I claimed in Grievance #2018098045 is true. I turned the Step 1 Grievance in on 3-5-2018 regarding illegal activities against by T.D.C.J. employees me, it was returned unprocessed to me on 3-7-2018 improperly screened for being out of time---Grievance Investigator Brittani F. Rodriguez counted days where Grievances are not collected or investigated in the 15 day time limit---I tried to explain that and turned the Grievance back in and it was improperly screened again by Grievance Investigator Melissa B. Vixtha and returned to me unprocessed for the same wrong reason---I was also off the Unit for about 7 days after the crimes against me on 2-13-2018 but that is besides the point... MAY 22 2018  JUN 0 6 2018

I wrote a Step 2 Grievance and made a copy of it. I had already sent a copy of the Step 1 to a Law Firm. So I turned the Original Step 1 and Step 2 in on 3-12-2018. I sent the copy of my Step 2 to the Law Firm again to review along with the Step 1. I waited over 40 days and got no notice of extension so I got concerned and wrote the Unit Grievance Office asking them where Grievance #2018098045 is. I was told the Step 1 was returned to me unprocessed ~ there was no mention of the Step 2 Grievance---I spoke to Grievance Investigator Brittani F. Rodriguez and she tried to figure out what happened to my Step 2... She could not find the Step 2 Grievance. Both Original Step 1 & 2 vanished without a trace... Obviously, it was stolen or deliberately misplaced to cover-up illegal activities against me on 2-13-2018. Nothing else makes sense... MAY 22 2018

I-127 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  JUN 0 6 2018  (OVER)

JUN 1 5 2018

Appendix F

Grievance Investigator Brittani F. Rodriguez gave me a copy of the missing Step 1 but the Law Firm I'm in contact with has copies of the Step 1 & 2 Grievances... MAY 22 2018

✱ I need full relief for the illegal activities mentioned in Grievance #2018098095 that includes criminal charges being filed on those who injured me deliberately and violated my Federal Rights, serious money damages payed to me, injunctions to stop bad behavior by prison staff, and public awareness of what is really going on in T.D.C.J.... The Office of Inspector General needs to take action and give me my victims' rights as stated in State and Federal Criminal Procedures & Policies... MAY 22 2018

**Action Requested to resolve your Complaint.** ✱Full relief as stated in this Grievance... Victim's Rights to be given to me properly... Grievance #2018098095 to be Investigated properly... No more Crimes.

**Offender Signature:** _Jamon Heston_  **Date:** 5-16-2018  MAY 22 2018

**Grievance Response:**  JUN 06 2018

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days. *  Refile 6/29

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *  M. Price

☐ 11. Inappropriate. *  Investigator III

**UGI Printed Name/Signature:** B. Rodriguez/B. Rodrig

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: 2018137141 | |
| Screening Criteria Used: aaa #2 | |
| Date Recd from Offender: 5/22/18 | |
| Date Returned to Offender: 5/22/18 | |
| **2nd Submission** | UGI Initials: |
| Grievance #: 2018137141 | |
| Screening Criteria Used: aaa #2 | |
| Date Recd from Offender: MAY 30 2018 | |
| Date Returned to Offender: MAY 30 2018 | |
| **3rd Submission** | UGI Initials: |
| Grievance #: 2018 | |
| Screening Criteria Used: # | |
| Date Recd from Offender: JUN 06 2018 | |
| Date Returned to Offender: JUN 06 2018 | |

Appendix F

(~Carbon Copied~)



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12A-3/cell_

Unit where incident occurred: _Michael_

**OFFICE USE ONLY**

Grievance #: _2018137144_

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It was not processed at all according to Federal Law and it neglected to resolve the issue.

In the United States of America the Supremacy Clause of the Constitution, set forth in Article VI., explicitly states that the Constitution and Laws of the United States under the Authority of the United States shall be the Supreme Law of the Land... Therefore, any State Law or Policy is void if it directly opposes or conflicts with the Supreme Law of the Land... So whatever T.D.C.J. Policy that is stopping this complaint from getting prompt attention, special consideration, and special processing along with the requested resolution, is void under Federal Law and was created with evil intentions & motives deliberately.

My Constitutional/Federal Rights are being violated by the Executive Director of T.D.C.J., Grievance Staff who stole Grievance # 2018098095 to cover up crimes and wouldn't even process the Grievance properly in the first place before it was stolen and who also refuse to process this Grievance properly according to Federal Law but they may be able to blame the Executive Director of T.D.C.J. for that who is obviously responsible for making or allowing policies in T.D.C.J. that violate and oppose Federal Law... We shall see once this entire issue is investigated properly... I am being denied access to courts, due process of the law, equal protection of the law, and my Protected Conduct of filing Grievances is being violated all of which greatly increases my punishment above and beyond what the State Court sentenced me to on December 2nd 2005 and therefore violates the 8th Admendment Prohibition of Cruel & Unusual Punishment...

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

JUN 1 5 2018   **Appendix G**

I need full relief as requested in the Step 1, Victims' Rights to be granted to me properly, Grievance # 2018098045 to be investigated properly, no more violations of Federal Law to be allowed in T.D.C.J., this Grievance to be processed and investigated properly, etc. ~ By filing this I have legally exhausted all remedies with the administration as is required by the Prison Litigation Reform Act.

**Offender Signature:** _Jamon Hustant_     **Date:** _6-12-2018_

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

## OFFICE USE ONLY

**Initial Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)     (Carbon Copied)     Appendix G

**Texas Department of Crim ̶ ̶ ̶stice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

*(~ Carbon Copied ~)*

OFFICE USE ONLY

Grievance #: _2018137799_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12A-3 cell_

Unit where incident occurred: _Michael_
_Emergency_

---

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)?  _~C.O.~ Michael O. Casteel_   When? _5-15-2018_

What was their response? _Asked me if I found a way to escape yet!_

What action was taken? _None that I'm aware of._

---

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

On 5-15-2018 I went to outside recreation here on 12 Building A-Pod in the morning and was trying to mind my own business of recreation when I see Officer Michael O. Casteel go by the glass between the picket and he was looking at me... All the sudden he come outside and looking at me, he asked me if I found a way to escape yet!

I just looked at him with a confused expression until he turned off and left...

This one of the employees of T.D.C.J. who participated in assaulting me in an excessive use of force where I was seriously injured on 2-13-2018 deliberately...

I don't know what is on these Officers minds but I strongly suspect evil motives and evil intentions... I've been trying to get relief through the Grievance System and have been stonewalled every single time so far. I am no ok! I am not alright! I need full relief. I need to be protected from all the Employees of T.D.C.J. who are involved in stealing my property and deliberately injuring me on 2-13-2018. I do not feel safe around these staff members who have violated my Civil & Human Rights! I'm sick and tired of being terrorized by prison staff.

Any harassment & retaliation by these staff needs to be prevented...

---

I-127 Front (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FG**       **(OVER)**

Appendix F

**Action Requested to resolve your Complaint.** Transfer me to a medical unit like Estelle away from staff who abused me. Protect me from staff who abused me. Prevent retaliation/harrassment by staff who hurt me.

**Offender Signature:** _Jamon Wortham_                                   **Date:** 5-22-2018   MAY 23 2018

**Grievance Response:**                                                    JUN 04 2018
                                                                          JUN 07 2018

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**         *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *   M. Price
☐ 11. Inappropriate. *   Investigator III

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

_Carbon Copied_

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | 2018137799 |
| Screening Criteria Used: | 899#2 |
| Date Recd from Offender: | MAY 23 2018 |
| Date Returned to Offender: | MAY 23 2018 |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | 2018137799 |
| Screening Criteria Used: | #2 899 |
| Date Recd from Offender: | JUN 04 2018 |
| Date Returned to Offender: | JUN 04 2018 |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | 2018137799 |
| Screening Criteria Used: | #2 899 |
| Date Recd from Offender: | JUN 07 2018 |
| Date Returned to Offender: | JUN 07 2018 |

Appendix F

*(Carbon Copied)*



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2018137799 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12A-3|cell

Unit where incident occurred: Michael

**＊ ~Emergency~ ＊**

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It was not processed according to Fedral Law and it neglected to resolve the issue...

Whatever T.D.C.J. Policy or Personal Agenda of Grievance Investigators here on Michael Unit that is stopping this Grievance from being processed, investigated, and requested resolution given to me properly, is void because it directly conflicts with the Supreme Law of the Land under the Authority of the United States of America as set forth in Article VI of the U.S. Constitution with the "Supremacy Clause".

So, my Fedral Rights are being violated by the Executive Director of T.D.C.J. and the Grievance Investigators Brittani F. Rodriguez & Margaret M. Price and Officer Michael O. Costeel while acting Under Color of State Law for the Texas Department of Criminal Justice which also greatly increases my punishment above and beyond what the State Court sentenced me to on December 2nd 2005, specifically by Conspiring Against my Rights, Depriving me of my Rights Under Color of Law, Obstructing Justice for Crimes Against me, Denying me Access To Courts, Denying me Due Process of Law, Violating my Equal Protection of the Law Rights, Tampering With my Protected Conduct of filing Grievances and Getting Serious Issues Resolved, Using A Campaign of Harassment Against me, and Leaving me in a Situation where I am at "substantial risk" of Personal Injury or Other Serious or irreparable harm...

The Step 1 Grievance clearly request Protection from staff who abused me, Unit Transfer and Prevention of Retaliation/Harassment by staff who hurt me and it also very →

Appendix G

clearly explains how Officer Michael O. Casteel is one of the employees who assaulted and battered me on 2-13-2018 and how he approached me with a question that involves very illegal activity... This employee needs to stay away from me and leave me alone...

I want this Grievance Properly Handled/Processed/Investigated and the requested resolution given.

Offender Signature: _Tamon Hartfield_     Date: 6-14-2018

**Grievance Response:**

Signature Authority: _____     Date: _____

Returned because:     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

<table>
<tr><td colspan="2" align="center"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td><strong>Initial Submission</strong></td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd:_____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ____Screened  ____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td><strong>2nd Submission</strong></td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd:_____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ____Screened  ____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td><strong>3rd Submission</strong></td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd:_____</td></tr>
<tr><td colspan="2">(check one) ____Screened  ____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**I-128 Back** (Revised 11-2010)          _( Carbon Copied )_          **Appendix G**

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM
### (Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018137829 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

**Offender Name:** Jamon Hestand    **TDCJ #** 1343535

**Unit:** Michael    **Housing Assignment:** 12A-31cell

**Unit where incident occurred:** Michael

✱ Emergency Grievance ✱

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Inmates on 12Building A-Pod_ When? _Repeatedly_

What was their response? _Word keeps coming to me that Officer Davis is bragging about punching me._

What action was taken? _None that I Know of._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Word keeps coming to me that Officer Davis that was on the 5 Man Team that beat me/abused me deliberately on 2-13-2018 during an excessive use of force where I was seriously injured, is going around bragging that he punched me several times in the back of my head during the use of force on 2-13-2018 while other members of the team punched me and slammed my head into the toilet...

I got one inmate already to write to the Law Firm I'm in contact with about this issue and it truly blows my mind how hateful these staff members are of their fellow Human Being who have psyche problems from suffering in solitary confinement for years and years and years...And I am sitting in a program where these staff are supposed to be part of a treatment team but they abuse inmates with mental illness...

This totally crushes my spirit when I see these staff that abused me and others walking around like they didn't do anything wrong when they really did...Then I find out at least one of them is bragging about hurting me?? That is outrageous to the extreme! And this whole time I ask for help over and over and over and I get blocked from any relief whatsoever so I'm forced to suffer non-stop as everyone conspires against me including Warden Carol Monroe, Office of Inspector General Staff, Grievance Investigators, and any staff that hurt me on Michael Unit...

It's sad that I have to get a Law Firm to push people into doing what is good and right that they should already be doing! thats truly pitiful in America of all places!

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Officer Davis is completely out of line for bragging about abusing me! That's completely absurd to tell other inmates about abusing me! I'm gonna go out of my way to figure out who did what exactly to me with a Law Firm, and when the truth comes out about Officer Davis and the other staff who abused me, then I will demand in Federal Court to know why no-one on Michael Unit from the highest Authorities on down wouldn't do anything to help me and why they blocked me from getting any relief?! That is very deliberate indifference and gross negligence and truly seems to be a campaign of harassment against my right to pursue Legal Relief...

---

**Action Requested to resolve your Complaint.**

I want protection from every staff member including this Officer Davis who abused me & violated my Civil & Human Rights from 2-13-2018 til now...

**Offender Signature:** _Jimmy Barton_                    **Date:** 5-22-2018

**Grievance Response:**

---

**Signature Authority:** _____                    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY |
| --- |
| Initial Submission          UGI Initials: BR |
| Grievance # ( 2018137804 ) |
| Screening Criteria Used: |
| Date Recd from Offender: |
| Date Returned to Offender: |
| 2nd Submission          UGI Initials: MP |
| Grievance #: 2018137804 |
| Screening Criteria Used: |
| Date Recd from Offender: |
| Date Returned to Offender: |
| 3rd Submission          UGI Initials: MP |
| Grievance #: 2018137804 |
| Screening Criteria Used: |
| Date Recd from Offender: |
| Date Returned to Offender: |

**Appendix F**

(Carbon Copied)

1003

# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

~Carbon Copied~

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2018165545 |
| Date Received: | JUN 19 2018 |
| Date Due: | 7/29/18 |
| Grievance Code: | 800 |
| Investigator ID #: | 11008 |
| Extension Date: | 9-7-18 |
| Date Retd to Offender: | JUL 31 2018 |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12A 21cell

Unit where incident occurred: Michael

**\*\* EMERGENCY GRIEVANCE \*\***

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Ms. T. Roach, Lt. D. Light, Sgt. W. Mullins, Ms. Pluloko, Lt. M. Odom  When? 4-19-2018

What was their response? Terrorizing inmate in dire medical need...

What action was taken? Scared me half to death.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

 I am in fear of Staff because of their complete deliberate indifference to Prince McCoy #852958's serious medical need and for undocumented ICS/Use of Force by Lt. Derek W. Light and Sgt. Williams T. Mullins who went in Prince McCoy's cell at 12 Building A-Pod 30 cell and I could hear them pushing McCoy around on his bunk or at the back of his cell making loud thumping and banging noises that I could hear through the cell wall and table between our cells ~ then Lt. Derek W. Light and Sgt. Williams T. Mullins came back out of McCoy's cell and loudly said lying "He's alert, he's alright..." and left the scene.---- that happened at about 4:10pm.

 Prince McCoy's blood sugar was very low and he didn't get any help until around 6:34 pm and got pulled out and placed on a strecher by medical staff and Lt. Michael L. Odom at about 6:40pm --- sure enough his blood sugar low and he really did need help the entire time. APR 20 2018

 This terrarizes me ... I am in fear of Lt. Derek W. Light and Sgt. Williams T. Mullins for the way they abused Prince McCoy and Used Force and ICS without any documentation and left someone in serious medical need unrespons- ive and tried to lie about it... There's no telling what these 2 ranking officers might do to me. I do not feel safe in this enviroment where people acting under color of State law do criminal activities that endanger human lives deliberately... These 2 ranking officer are also on the same shift as the Captain Jamadre Enge who stole a bunch of my property and was involved in the

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   APR 20 2018   (OVER)

\*~ This EMERGENCY Grievance falls under TDCJ Offender Grievance Procedure Issue Code #002- Allegations of Staff Conduct This Places An   Appendix F Offender In Danger... Also Specialty Issue Codes #s: 800,803,899... ~\*

very excessive use of force where I was seriously injured and scared for
my life on 2-13-2018 but it doesn't matter what shift because the people
who hurt me that day work on any day of the week.... APR 20 2018

I'm afraid for my life, liberty, and property here on Michael Unit. I'm
in fear of Lt. Derek W. Light and Sgt. Williams T. Mullins for their illegal
activity so close to me. It's madness and I feel injured even worse because
of this illegal activity.... APR 20 2018   APR 27 2018

Action Requested to resolve your Complaint. Life In Danger investigation for me. Cameras reveiwed for illegal
activity. (O.I.G. Investigation completed.) Transfer me to a medical Unit like Estelle
Offender Signature: _Tampn Hesler_   Date: _4-19-2018_   APR 20 2018   APR 27 2018

Grievance Response:
According to our records, you have previously submitted a Step 1 grievance concerning this issue. If you are not satisfied with the
Step 1 response, you may then appeal that decision to Step 2. Refer to grievance #2018151563.

**Warden Meador**

Signature Authority: _Meador_   Date: _1/31/18_
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☒ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _B. Rodriguez / B. Rodgers_
_S. Rainey T. Rainey_
Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission   UGI Initials:
Grievance #: 2018120479
Screening Criteria Used: 999 #8
Date Recd from Offender: 4/20/18
Date Returned to Offender: 4/20/18
2nd Submission   UGI Initials:
Grievance #: 2018122121
Screening Criteria Used: 999 #8 #3
Date Recd from Offender: 4/24/18
Date Returned to Offender: 4/24/18
3rd Submission   UGI Initials: TR
Grievance #: 2018122121
Screening Criteria Used: 999 #8
Date Recd from Offender: APR 27 2018
Date Returned to Offender: APR 27 2018

Appendix F

✳ No Screening Criteria ✳
✳ Fear of Staff ✳   — Carbon Copied—   ✳ EMERGENCY GRIEVANCE ~✳



*Carbon Copies*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2018151545

UGI Recd Date: AUG 17 2018

HQ Recd Date: AUG 22 2018

Date Due: 9-26-18

Grievance Code: 800

Investigator ID#: _____

Extension Date: _____

der Name: Joman Hestand          TDCJ #: 1343536

Michael          Housing Assignment: 12E-33cell

here incident occurred: Michael

※~ Emergency ~※

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

son for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

t completely fails to resolve the complaint. Grievance #2018151563 is a seperate laint and it was also not resolved either!

Human & Fedral Rights are being violated by Warden Charles O. Meador, rrievance Investigators Brittani Rodriguez and Tammy Rainey while acting under of state law which also greatly increases my punishment above & beyond what state court sentenced me to on December 2nd 2005 specifically by conspiring st my rights, perjury, obstructing justice, covering up criminal activities by rek W. Light & Sgt. Williams T. Mullins, Violating my "Protected Conduct" of filing ances, Violating my due process of law, violating my equal protection of the law s, cruel & unusual punishment, trying to block my access to courts rights, leaving a situation where I am at danger of personal injury or some other serious or rable harm, deliberate indifference & gross negligence, retaliating against me etaliating on me for seeking legal relief, making my mental illness even worse ever before, ignoring my requested actions on purpose on the Step 1 grievance 8131545, deliberately abusing me & others with mental illness, etc.

se Prison Officials & Staff are real live terrorist against the mentally l are true Human & Civil Rights Violators that need to face justice for rimes according to Fedral Law. These crimes need to desperately stopped ttely and investigated and brought to public awareness and punished also.

Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

*(Continued)*

Please do what is truly right and fully Humane and Legal regard these Issues. Because of this abuse, I am having very bad thoughts about other people especially the ones who Keep abusing me!

Offender Signature: _Timon Westml_    Date: 8-15-2018

**Grievance Response:**

Your allegation of this incident has been forwarded to the Office of the Inspector General. Based on their review of your grievance, they have assigned OIG case #1800005440.

Signature Authority: __**B. BARNETT**__ _BBarnett_    Date: SEP 13 2018

| Returned because: *Resubmit this form when corrections are made.* | OFFICE USE ONLY | |
|---|---|---|
| | **Initial Submission** | **CGO Initials:** ___ |
| ☐ 1. Grievable time period has expired. | Date UGI Rec'd: ___ | |
| ☐ 2. Illegible/Incomprehensible.* | Date CGO Rec'd: ___ | |
| ☐ 3. Originals not submitted. * | (check one) ___Screened ___Improperly Submitted | |
| ☐ 4. Inappropriate/Excessive attachments.* | Comments: ___ | |
| ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. | Date Returned to Offender: ___ | |
| ☐ 6. Inappropriate.* | **2ⁿᵈ Submission** | **CGO Initials:** ___ |
| | Date UGI Rec'd: ___ | |
| | Date CGO Rec'd: ___ | |
| | (check one) ___Screened ___Improperly Submitted | |
| CGO Staff Signature: ___ | Comments: ___ | |
| | Date Returned to Offender: ___ | |
| | **3ʳᵈ Submission** | **CGO Initials:** ___ |
| | Date UGI Rec'd: ___ | |
| | Date CGO Rec'd: ___ | |
| | (check one) ___Screened ___Improperly Submitted | |
| | Comments: ___ | |
| | Date Returned to Offender: ___ | |

I-128 Back (Revised 11-2010)    Received On : 10-9-2018  Returned    Appendix G

# ~Sworn Affidavit~ (Written On: 4-25-2018 to 4-26-2018)

I Jamon N. Hestand swear under Penalty Of Perjury that the following written statement of facts is true and correct in this "Sworn Affidavit" regarding "events" that transpired on the date of: "4-19-2018" at the Michael Unit of the Texas Department of Criminal Justice at 12 Building A-Pod 3-Section 30 cell on 1-Row that are in very direct violation of the Constitution and Fedral Laws of the United States of America which are the Supreme Laws of the Land under the Supremacy Clause of the Constitution of the United States of America, set forth in Article VI...

On Michael Unit 12 Building A-Pod 3-Section 30 cell on the date of: "4-19-2018" at about 3:50 pm Officer Tiffany A. Roach and Nurse McGill arrive on 3-Section 1-Row while passing out medication. They stop at 30 cell where Inmate/Offender Prince McCoy T.D.C.J. #852958 was currently housed and is still currently housed right now. Officer Tiffany A. Roach and Nurse McGill could not get a response out of Prince McCoy even after saying his name very loudly and banging on his cell door very loudly many times. So Officer Tiffany A. Roach used her "walkie talkie" to report Prince McCoy being unresponsive and to initiate the I.C.S. "Incident Command System."

Finally at about 4:10 pm Lt. Derek W. Light and Sgt. Williams T. Mullins respond to the scene and try to get a response out of Prince McCoy by loudly saying his name and banging on his cell door. They got no response. I hear Lt. Derek W. Light say loudly "I'm coming in, if you move or try to get up, you know what it is" to an unresponsive Prince McCoy, and Lt. Derek W. Light and Sgt. Williams get 30 cell door opened and go in. At that point, I Jamon N. Hestand T.D.C.J. #1343536 currently housed in the very next cell "31 cell" next to Prince McCoy, during these events, could hear thumping and banging sounds coming through the wall and table that joins our cells at the back of the cell... Then very shortly after their entrance, Lt. Derek W. Light and Sgt. Williams T. Mullins come back out of Prince McCoy's cell and I heard Lt. Derek W. Light say loudly "He's alert, he's alright!" and then this Lt. Derek W. Light and Sgt. Williams T. Mullins left the scene. ~ At no time did any medical personnel evaluate the health condition of Prince McCoy during the events stated/written in this paragraph and at no time during these same events did I ever hear any response from Prince McCoy... After the Lt. and Sgt. left the scene after not completing a proper I.C.S. procedure, Officer Tiffany A. Roach and Nurse McGill continued to pass out medication as if nothing was wrong...

At that point I personally tried over and over repeatedly to get Prince McCoy's attention for about an hour straight by banging on the wall and yelling his name in the vent that joins our cells ~ I never got a response. At about 5:12 pm Ms. Tiffany A. Roach came around one last time before shift change. She made no attempt to get a response from Prince McCoy. I spoke to her and reported my attempts to get a response to no effect and reported my personal knowledge of Prince McCoy low blood sugar condition from reading his lawsuits. Ms. Tiffany A. Roach said

she spoke with Nurse Robert Gage and he said someone is supposed to check on Prince McCoy's low blood sugar... Before she left she said she would talk to the Captain about Prince McCoy...

For about 25 minutes or so I tried to get Prince McCoy's attention to no effect. At about 5:40pm Officer Paulina Pauloko came around for her first security check ~ she made no attempt to get any response from Prince McCoy... I spoke to her and explained the situation to her and she said she would complain to "rank" about it. Then she continued on with her security check... All the way til about 6:24pm nothing happened except I kept trying to get Prince McCoy's attention to no effect and an SSI came around by the picket on duty and me and 35cell hollered at him to please get help and briefly explained the situation and he said he would try and get help and left.

At about 6:24pm Officer Reginald K. Mensah came on the section and me and 35cell explained the situation to him. He looked in Prince McCoy's cell then left the section. Very shortly after that at about 6:34pm Lt. Michael L. Odom showed up on the scene and he did attempt to get Prince McCoy's attention. He had other Officers with him. He got no response from Prince McCoy after yelling his name and banging on his cell door... Lt. Michael L. Odom immediately got Prince McCoy's cell door open and went in and I could hear him loudly trying to get Prince McCoy to respond... He got no response so he came back out of the cell and got on his walkie-talkie and initiated ICS requesting medical personnel to respond to the scene and saying Prince McCoy was unresponsive.

Medical personnell came fast and got Prince McCoy out of the cell by about 6:40pm. Prince McCoy did not come back til about 7:53pm! Once he got back in his cell, I spoke to him and he told me his blood sugar was low and that when medical personnel checked it, it was at 40, which is really bad... I told him I would write him a sworn affidavit and he I am here for him to use in case of legal action for these serious violations...

I am Jamon N. Hestand, T.D.C.J.# 1343536. I swear to this sworn Affidavit under penalty of perjury...

* My Sworn Signature: *Jamon N. Hestand*   on the date of: 4-26-2018

**Texas Department of Criminal Justice**

| | OFFICE USE ONLY |
|---|---|
| | Grievance #: _2018151564_ |

# STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_       TDCJ # _1343536_

Unit: _Michael_       Housing Assignment: _12A-3/cell_

Unit where incident occurred: _Michael_

_~ Medical ~ Emergency ~_

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Nurse Robert Gage_       When? _6-7-2018_

What was their response? _Told me I was supposed to go to medical on 10 Building that same day..._

What action was taken? _Denied my medical appointment by Officer Michael Casteel & his co-worker._

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

I went to a Nurse sick call on 6-7-2018 and during the meeting with Nurse Robert Gage I found out that I had an appointment to see the Doctor or Provider that same day for the ringing in my ears. The escort Officers with me told me that Officer Michael Casteel and Dawanda Lacy were the ones doing the escorts to 10 Building Medical... JUN 19 2018 2.

I'm back in my cell waiting all day and the next day on 6-8-2018 and 6-7-2018 and no-one ever came to get me for my medical appointment. Officer Casteel is one of the Officers who participated in the illegal excessive use of force against me on 2-13-2018 where I was seriously injured.

So now Officer Michael Casteel & Dawanda Lacy denied me access to medical treatment for my ringing ears caused by C.O. Casteel and his co-workers on 2-13-2018 which is an issue that I fully intend to seek full legal relief for.

My ears ring with an endless peircing sound that never stops and I need medical attention for it without interference by staff who abused me on 2-13-2018... or any other staff who may be friends with the staff who abused me on 2-13-2018... I have to deal with various injuries and pain on a regular basis on top of ringing in my ears. I do not feel good at all in my head and other injuries so this retaliation seriously needs to stop! Prison Officials may not act with deliberate indifference to a serious medical need. These delays by Prison Guards or staff are making my condition worse and worse. I have chronic and serious pain due to excessive uses of force with serious injuries.

I-127 Front (Revised 11-2010)       YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM       (OVER)

Appendix F

Added Note * The action requested below clearly seeks protection from Officer Michael Casteel who is one of the employees of T.D.C.J. who assaulted & battered me on 2-13-2018 while acting under color of state law. 25

Added Note:

* I should not even have to be anywhere near the staff who abused me illegally nor should they be allowed to have power to delay or deny my medical treatment for injuries that they caused in the first place! 25

**Action Requested to resolve your Complaint.** Make sure I get my medical care. Protect me from Officer Michael Casteel and other staff who are or will deny me access to serious medical treatment. Unit transfer away from Anderson County.

**Offender Signature:** _Jerman Alexander_                     JUN 19 2018   **Date:** 8-15-2018

**Grievance Response:**

**Signature Authority:** _____                     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days. *  6-19-18

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Rodriguez / B. Rodriguez

**Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.**   Investigator III    M. Price

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

Carbon Copied

**Appendix F**

OFFICE USE ONLY

Initial Submission          UGI Initials: BR
Grievance #: 2018515 Ley
Screening Criteria Used: 899 #2
Date Recd from Offender: JUN 19 2018
Date Returned to Offender: JUN 19 2018

2nd Submission             UGI Initials: MV
Grievance #: 2018515 ___
Screening Criteria Used: 899 #2
Date Recd from Offender: JUN 25 2018
Date Returned to Offender: JUN 25 2018

3rd Submission             UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: JUN 28 2018
Date Returned to Offender: JUN 28 2018

✱⟨ Carbon Copied ⟩✱



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER
## GRIEVANCE FORM

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12A-31 cell_

Unit where incident occurred: _Michael_
_MEDICAL-EMERGENCY_

| OFFICE USE ONLY |
| --- |
| Grievance #: _2018151564_ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issue or give any relief whatsoever, nor was it even processed properly according to Federal Law.

Whatever personal agenda or conspiracy by Grievance Investigators or policy of T.D.C.J. allowed by C.I.D. Lorie Davis and/or Executive Director Bryan Collier that is preventing this Grievance #2018151564 from being properly processed, investigation, and requested action given is void under Federal Law since it obviously opposes the Supreme Law of the Land...

My Fedral & Human Rights are being violated by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, Officer Michael Casteel, Officer Dawonda Lacy, and the Grievance Investigators: Brittani F. Radriguez, Melissa B. Vixtha, and Margaret M. Price while they acted under color of state law with the Texas Department of Criminal Justice which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 which directly violates the 8th Admendment Prohibition against Cruel & Unusual punishment.

My Fedral & Human Rights have specifically been violated by a conspiracy by foregoing individuals in this complaint against my rights, deprivation of my rights under color of law, obstructing justice, denying me access to courts, violating my equal protection of the law rights, interfering deliberately with my due process rights & Protected Conduct of filing Grievances, leaving me at risk of personal injury or serious irreparable harm, etc.

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

What is being done to me here on Michael Unit since my property was stolen and very excessive use of force was used on me causing serious injuries on 2-13-2018 is a campaign of harassment, terror, and retaliation being done by multiple people acting under conspiracy against my rights under color of law... Since nothing is being done to resolve my Grievances whatsoever then this is also very deliberate indifference & gross negligence against me...

**Offender Signature:** _Tymon Horton_     **Date:** _7-12-2018_

**Grievance Response:**          RO~12-2018

**Signature Authority:** _____     **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

## OFFICE USE ONLY

**Initial Submission**     **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**     **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**     **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)     (Carbon Copied)     **Appendix G**

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

~ Carbon Copied ~

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12A-31

Unit where incident occurred: Michael

**✱ ~ Emergency ~ ✱**

OFFICE USE ONLY

Grievance #: 2018147043
Date Received: JUN 11 2018
Date Due: 7/21/18
Grievance Code: O14
Investigator ID #: I-008
Extension Date:
Date Retd to Offender: JUL 20 2018

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? Grievance Investigators   When? 6-11-2018

What was their response? None yet.

What action was taken? SSI on 6-3-2018 at last meal made an attempt on my life on camera.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The light complected SSI at my cell on 6-3-2018 12 building A-bld 3-Section 31-cell that was pouring juice into my bowl blocks the other SSI "A older black dude" from handing me a tray. He tells the black SSI: "I got him." So the other SSI goes on down the run with the trays he had and the one in front of my door goes to the food cart and grabs "a tray" and brings it to me. I take the tray and taste the main course but luckily I didn't feel like eating right then because when I started scooping the main course into another bowl I got a message appears carved into the tray in bold letters under the main course: "Don't Be Mad At Me You Did This To Yourself Red You Are A Hoe." Something like that... Once I see that, I'm looking for the SSI who gave it to me but by then the SSIs and Officer were gone already... So I put the main course back on the tray but left the main course slot clear so the message could be seen and waited at the door having paranoid thoughts. ✱ Finally the older black SSI comes back and I speak to him explaining the situation and had him read the message which he did in plain view of the camera on the run to the left of my cell. I told him to give me another tray which he did but I was paranoid and never ate any of it. I didn't know who to talk to or trust and still don't in here. I became ill and started throwing up for the rest of the night and felt ill with a pounding headache and stomach cramps with my body sweating real bad. I did not sleep til Thursday the 7th after seeing Nurse Gage who I also do not trust. During those days I threw my food down the toilet and drank water non-stop! I never saw that SSI who poisoned me again and I was looking for him and I still am with very bad thoughts going through my mind. If that SSI who I believe calls himself "Junior" comes anywhere near me ever again there is going to be a very serious problem. But I have never had a problem with this SSI before so I am having thoughts of revenge, fear, paranoia, and confusion. Who is this SSI working for?! The only people I am having problems with are any prison staff related in any way with

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

the theft of my property and excessive use of force on 2-13-2018 and any other violations of my rights up til now who face prosecution with criminal charges and lawsuits with monetary damages... As far as Michael Unit goes...   Appendix F

I've been reluctant to write a Grievance about this because I am not getting any relief from the Grievance System & Staff whatsoever, Instead I have been stonewalled by Grievance Investigators non-stop which is also a major violation of my Civil & Human Rights which I am also going to seek full relief for in Federal Court. It's outrageous the way I am being treated so badly and now someone tries to poison me that I've never had a problem with! It's madness! ~ I can't trust anyone at all for any reason who works for or with T.D.C.J. and I also have to be suspicious of other inmates who may do dirty work for dirty prison employees! This is so messed up it's unreal... I'm not gonna give up seeking relief for the major violations of my rights! I'm sending a copy of this to the Federal Bureau of Investigation & the T.J. Solomon Law Group in Houston Texas for evidence & review. ✱ Keep SST Junior away from me. Stop inmates from handling food. Protection from poisoned food and drinks. ✱ Action requested to resolve your Complaint: A full investigation done properly. Video data of this issue reviewed & saved to any prosecution or litigation. Transfer me to another Unit to keep me safe immediately. Protection from prison Staff who abused me on Michael Unit.

Offender Signature: _Jamon M. Hastings_     Date: _6-11-2018_

**Grievance Response:**

The issue raised within this grievance was processed in accordance with the Safe Prison Program. The investigation was completed by Lt. Birdow. The allegation could not be substantiated however on 6/14/18 the OPI required further investigation. On 6/15/18 you appeared before the UCC at which time it was the committees decision based on the preponderance of evidence contained in the investigative report and supporting documents, the UCC determined the investigation to be unsubstantiated. No further action is warranted.

Warden Meador

Signature Authority: _____     Date: _7/20/18_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2ⁿᵈ Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3ʳᵈ Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



*Carbon Copied*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12A-3cell_

Unit where incident occurred: _Michael_   _12E33_

*Emergency*

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2018147043</td></tr>
<tr><td>UGI Recd Date:</td><td>AUG 03 2018</td></tr>
<tr><td>HQ Recd Date:</td><td>AUG 07 2018</td></tr>
<tr><td>Date Due:</td><td>9-12</td></tr>
<tr><td>Grievance Code:</td><td>014</td></tr>
<tr><td>Investigator ID#:</td><td>I2044</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It completely failed to resolve the complaint of Grievance #2018147043 and also failed to give any of the requested actions on the Step 1 Grievance.

My Humane Federal Rights are being violated by Warden Charles O. Meador, Major Vernon L. Allen, Chief of Classification Mark A. Sandlin, Lt. Eldrick D. Birdow, the SSI "Junior", Officer Reshetta Lewis, Officer Omuwunmi Kehinde, etc. while acting under color of State law which also greatly increases my punishment above and beyond what the State Court sentenced me to on December 2nd, 2005 specifically by Conspiring Against my Rights, Obstructing Justice, Perjury, Cruel & Unusual Punishment, Denial of Access to Courts, Harassing and Retaliating on me, Violating my Equal Protection of the Law rights, Violating Due Process of law and my Protected Conduct of filing Grievances, Leaving me in a Situation Deliberately where I am at risk of personal injury or other serious or irreparable harm, Tampering with Evidence of a Crime, Lying about Evidence Showing a Crime, Deliberately Putting the "SSI Junior" back into my presence on 6-14-2018 and 6-15-2018 to cause problems, ignoring my requested actions to resolve this complaint deliberately, etc.

This is a conspiracy against my Rights under color of law and is very deliberate indifference and gross negligence and proves how Prison Officials and Staff are most definitely involved in retaliation & harassment actions against me by them all trying so hard to cover up illegal activities that→

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

will most definitely be brought to the light for all to see! It's truly outrageous how I am being treated because I am seeking Legal Relief for the crimes against me on 2-13-2018 where half my property was stolen and I was very deliberately assaulted & battered by Prison Staff during an excessive use of force which I want full relief for and I aim to get it!

**Offender Signature:** _Timon Weston_                     **Date:** _8-2-2018_

**Grievance Response:**

A review of your Step I Grievance was conducted and the grievance was investigated in accordance with grievance procedures and you were appropriately advised at the Unit level. There is no indication that the Michael Unit Administration failed to address your security concerns as your allegations could not be substantiated. No further action is warranted.

**Signature Authority:** _D Howard B. Howard ARD_            **Date:** _08-23-18_

**Returned because:**     *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**           **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**               **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**               **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)

_Carbon Copied_

**Appendix G**

## Texas Department of Criminal Justice

**OFFENDER GRIEVANCE FORM**

# STEP 1

(Carbon Copied)

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Grievance #:</td><td>2018151563</td></tr>
<tr><td>Date Received:</td><td>JUN 19 2018</td></tr>
<tr><td>Date Due:</td><td>7-29-18</td></tr>
<tr><td>Grievance Code:</td><td>OOJ 800</td></tr>
<tr><td>Investigator ID #:</td><td>I1008</td></tr>
<tr><td>Extension Date:</td><td>9-7-18</td></tr>
<tr><td>Date Retd to Offender:</td><td>AUG 14 2018</td></tr>
</table>

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12A-3tceH

Unit where incident occurred: Michael    12E,33

**✱~ Emergency ~✱**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Mr. Sandlin, Capt. Enge, Robert Guerro, and others

Who did you talk to (name, title)? 2 SSI s, Lt. Birdow, Sgt. Criswell, C.O. Lewis, Major Allen, When? 6-11, 13, 14, and 15-2018 etc.

What was their response? Contradictory statements, Bold Faced perjury, obstruction of justice, etc.

What action was taken? Conspiracy against my rights, Cover-up of illegal activities, Left in danger by officials

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.
Regarding the Emergency Grievance I filed on 6-11-2018 about an SSI poisoning my food and events that have transpired since then --- On 6-13-2018 I was escorted out of my cell by Sgt. Salako & another officer to talk to Lt. Eldrick Birdow for an Offender Protection Investigation which I did and was told I'd see UCC in a couple days or so.. I returned to my cell at about 2:10am.. The entire time since the incident on 6-3-2018 S.S. Is have been handling food at just about every meal so I've been very careful about my food no matter who gives me a tray.. That next morning at about 2:22am at Breakfast time Officer Lewis and 2 S.S. Is come on to 3 section of 12 building A-pod.. I immediately see this SSI who calls himself Junior and I was about 80% sure or more it was the person who poisoned me on 6-3-2018 so I confront both SSIs and the Officer on duty --- Junior tries to deny my allegations and the other SSI told me it was not him but told me it would not happen again.? I was furious and was yelling about it then started a fire~ I asked Officer Lewis for a ranking Officer and was denied that right. I told Junior to stay away from my food or I would assault him~ I did not eat the tray I was given~ another tray was brought to me which I searched, smelled, tasted, etc.~ I threw the other tray out!~ On last meal on 6-14-2018 here comes Officer Lewis & Junior.?! Serving chow together but Officer gets my tray and hands it to me~ I search it & test it~ Very suspicious of why this SSI Junior is being put around me all the sudden? I keep questioning this inmate and he keeps denying that he's the one who poisoned me but I think he's lying and I think Officers with rank like Lt. Birdow/Sgt. Criswell are putting this SSI around me on purpose to see what happens but I'm still not 100% sure of the SSI?.. At Breakfast on 6-15-2018 here Officer Lewis & Junior come again & Lewis gets my tray again but Junior tries to give me another tray real quick -- I take it and search it like crazy~ Ms. Lewis was trippin when she saw this SSI give me the tray and so was I but she let him feed everyone else all 3 times mentioned?! Finally shortly after, Junior gets feces squirted on him in 4 section 12 Building A-pod because he was messing with

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

another inmates food who also has problems with staff ~ Junior supposedly got angry and ended up having a use of force done on him and got put in a cage in the hallway and possibly lockup on 11 Building. Regardless, I'm watching everybody now and don't trust anyone at all.~

Appendix F

So on 6-18-2018 I had to turn it in per policy 38-1 my call by captain Engram. He in all of this also violated my rights on 2-13 & 21-2018 by theft & excessive force. I was taken to Unit Classification Committee in the Majors Office into the presence of Major Allen, Mr. Sandlin of Classification and another Officer — I spoke to Mr. Allen & explained everything and was told a lie that the investigation of video evidence didn't show anything and that I need to identify the S.S.I. That's a bold faced lie and when I explained to U.C.C. that I am in contact with the F.B.I. and the T.J. Solomon Law Group and asked if I am being forced to get the Law Firm to push to get my rights for this issue and Mr. Allen nodded his head yes... This is an obvious conspiracy to violate my rights and leave me in a dangerous environment deliberately. I declare under penalty of perjury that this complaint is true and correct to the best of my knowledge... These Prison Officials are deliberately violating my rights.

**Action Requested to resolve your Complaint.** I want full relief for this entire issue. Protection from staff who abused me on purpose. All video data to be saved for evidence. Protection from Prison Staff who are conspiring against me & my rights... Unit transfer out of Anderson County immediately. This issue resolved according to Federal & State Law.

**Offender Signature:** _Tommy M. Harland_   **Executed on: Date:** 6-18-2018

**Grievance Response:**

There was a documented use of force in this incident. All reported uses of force are reviewed by designated use of force staff and will not be addressed through the grievance procedure. A copy of your allegations have been forwarded to the Region II Grievance office for coordination with the Office of the Inspector General (OIG). Further investigation is at the discretion of the OIG.

**Signature Authority:** _OKemp_   Warden Kemp   **Date:** 8/14/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission   UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission   UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission   UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

_Carbon Copied_   _I am in fear of Staff & Inmates_

(Copies going to F.B.I. and T.J. Solomon Law Group today also: 6-18-2018)



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-33_

Unit where incident occurred: _Michael_

_~ Emergency ~_

**OFFICE USE ONLY**

Grievance #: _2018151563_

UGI Recd Date: _AUG 3 0 2018_

HQ Recd Date: _SEP 0 4 2018_

Date Due: _10/9/18_

Grievance Code: _800_

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issues or give the requested actions on the Step 1 Grievance # 2018151563. The main topics were avoided and up to this day nothing has actually been done in my favor to resolve any of this stuff.

My Human & Fedral Rights are being violated by Warden Kempt, Major Vernon L. Allen, Chief of Classification Mark A. Sandlin, Lt. Eldrick D. Birdow, Officer Reshetta Lewis, the SSI "Junior", etc. which also greatly increases my punishment above and beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring together against my rights, depriving me of my rights under color of law, obstructing justice, perjury on official documents, violating my Protected Conduct of filing grievances, interfering with my access to courts rights deliberately, violating my due process of law rights, interfering with an official investigation to cover up crimes against me, cruel & unusual punishment against me unlawfully, violating my equal protection of the law rights due to my mental illness, retaliating against me & harassing me for seeking legal relief, tampering with evidence illegally, not investigating my Grievance properly on purpose, leaving me in Anderson County so prison officials & staff can keep harassing me for seeking legal relief for crimes against me here on Michael Unit like those on Febuary 13th, 2018 & refusing to stop violating rights, refusing to protect me from prison officials & staff who keep conspiring against my rights, leaving me in an enviroment where I am at substantial risk of personal injury or other serious or Preparable harm, etc.

---

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

All these crimes & violations of my rights are being done very deliberately with evil intentions & evil motives. All these people fore mentioned are directly involved in trying to get me to give up on seeking legal relief especially regarding the crimes against me on 2-13-2018 up til now. I am not alright at all and need away from Anderson County immediately...

Offender Signature: _Jamon Hartman_   Date: _8-28-2018_

**Grievance Response:**

This issue has been reviewed by The Office of the Inspector General and that office has determined that there is insufficient evidence to warrant opening a case.  No further action will be taken.

Signature Authority: __**B. BARNETT**__  _BBarnett_  Date: __SEP 1 3 2018__

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                                    Appendix G

Received back ~10-9-2018

**Texas Department of Criminal Justice**

**STEP 1**
**OFFENDER**
**GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019022937

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand   TDCJ #: 1343536

Unit: Michael   Housing Assignment: 12E-33cell

Unit where incident occurred: Michael & Central Grievance Office - and the O.I.G Office

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? O.I.G. & Several Prison Officials & Staff   When? 9-13-2018   From 6-11-2018 to
What was their response? Negative...
What action was taken? O.I.G. & Several Officials & Staff violating my rights & obstructing Justice...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.
First of all, regarding Grievance # 2018151563 --- CGO. B. Barnett responded to the Step 2 on September 13th 2018 ~ I did not get the Grievances back til October 9th, 2018 at mail call that night... 26 days later... The Unit Grievance Office Staff held on to it for no good reason but delay my legal work... All the forementioned individuals involved in Grievance #2018151563 & the Office of Inspector General are very clearly conspiring against my rights et al while acting under color of state law... They know about the crimes committed against me on February 13th, 2018 by prison officials & staff and the non stop retaliation & harassment I have faced since then including the issues in Grievance #2018151563 that were clearly avoided by Warden Pennie R. Kempt on purpose and avoided by C.G.O. B. Barnett also and it makes no sense that the Office of Inspector General would determine that there is insufficient evidence to warrant opening a case about the crimes against me on February 13th, 2018 or about the issues in Grievance #2018151563? There is a whole bunch of evidence!!! So now the Office of Inspector General is either involved in the ongoing conspiracy against my rights et al and is obstructing Justice & denying me my Victims' Rights or someone is lying but either way I already have evidence that the O.I.G. knows about these crimes against me and is not doing their job in my behalf like they are supposed to... That is another crime against me on top of many others that keep stacking up against me since February 13th, 2018 up til now ---"Corruption from every department!"... Also, I have been denied my requested actions by Warden Pennie R. Kempt & C.G.O. B. Barnett which has left me in a situation where my Human & Fedral Rights are being very seriously violated non stop by prison officials & staff... These individuals also know about the crimes against me and have made no effort to interview me

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

NOV 0 1 2018

NOV 2 6 2018   Appendix F

or help me actually resolve these very serious issues that I need resolved and will not stop pursuing legal relief for. O.I.G. also has made no effort to Interview me about any of the allegations I've made which is completely wrong in a criminal investigation --- how can they determine that there is insufficient evidence to warrant opening a case about very serious criminal allegations without even talking to the Victim of those crimes which is me?.—they can't without violating my Victims Rights themselves which seems to be exactly what they have done once again which is a crime in itself... Obstructing Justice is exactly what the O.I.G. & all involved individuals in Grievance #2018151563 are doing and they are doing it deliberately with evil intentions & evil motives against me.

Action Requested to resolve your Complaint: Stop conspiracy against my rights! * A full investigation into this complaint with the O.I.G. again. Grievance #2018151563 Investigated again & all my requested actions granted immediately! My Victims Rights for crimes against me on 2-13-2018. O.I.G. to do their job correctly!

Offender Signature: _Tamon Houston_                     Date: 10-17-2018

**Grievance Response:**

**Signature Authority:** _____                  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

M. Price
Investigator III

**UGI Printed Name/Signature:** _Rainey T. Price_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY
Initial Submission        UGI Initials: TR
Grievance #: 2019022937
Screening Criteria Used: 999 II-2
Date Recd from Offender: OCT 1 8 2018
Date Returned to Offender: OCT 1 8 2018
2nd Submission        UGI Initials: TR
Grievance #: 2019022937
Screening Criteria Used: 999 II-2
Date Recd from Offender: OCT 2 2 2018
Date Returned to Offender: OCT 2 2 2018
3rd Submission        UGI Initials:
Grievance #: 201902
Screening Criteria Used: #
Date Recd from Offender: NOV 0 1 2018
Date Returned to Offender: NOV 0 1 2018

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

## OFFENDER
## GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _2019022937_ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: _Jaman Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12 E-72_

Unit where incident occurred: _Michael_
_Regarding Grievance #-2019022937_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because*

It was not processed correctly at all according to AD-03.82 &
Fedral and State Law... These same Grievance Investigators keep
violating my Protected Conduct of filing Grievances non stop!!

---

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

NOV 26 2018

*Corbon Capied*

Offender Signature: _Tamon Westomt_                     Date: _11-19-2018_

Grievance Response:                                     RO-0103A

Signature Authority: _____      Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*


CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission              CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission              CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                          Appendix G

**Texas Department of Criminal Justice**

| OFFICE USE ONLY |
|---|
| Grievance #: 2018147043 |
| Date Received: JUN 11 2018 |
| Date Due: 7/21/18 |
| Grievance Code: 014 |
| Investigator ID #: I 1008 |
| Extension Date: |
| Date Retd to Offender: JUL 2 0 2018 |

# STEP 1

**OFFENDER GRIEVANCE FORM**

~ Carbon Copied ~

Offender Name: Damon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12A-31

Unit where incident occurred: Michael

★ Emergency ★

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Investigators   When? 6-11-2018

What was their response? None yet.

What action was taken? SSI on 6-3-2018 at last meal made an attempt on my life on camera.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The light complected SSI at my cell on 6-3-2018 12 building A-Pod 3-Section 31-cell that was pouring juice into my bowl blocks the other SSI "A older black dude" from handing me a tray. He tells the "black SSI": "I got him." So the other SSI goes on down the run with the trays he had and the one in front of my door goes to the food cart and grabs "a tray" and brings it to me. I take the tray and taste the main course but luckily I didn't feel like eating right then because when I started scooping the main course into another bowl I got a message appears carved into the tray in bold letters under the main course: "Don't Be Mad At Me You Did This To Yourself Red You Are A Hoe!" Something like that... Once I see that, I'm looking for the SSI who gave it to me but by then the SSIs and Officer were gone already... So I put the main course back on the tray but left the main course slot clear so the message could be seen and waited at the door having paranoid thoughts. ★Finally the older black SSI comes back and I speak to him explaining the situation and had him read the message which he did in plain view of the camera on the run to the left of my cell. I told him to give me another tray which he did but I was paranoid and never ate any of it. I didn't know who to talk to or trust and still don't in here. I became ill and started throwing up for the rest of the night and felt ill with a pounding headache and stomach cramps with my body sweating real bad. I did not sleep til Thursday the 7th after seeing Nurse Gage who I also do not trust. During those days I threw my food down the toilet and drank water non-stop! I never saw that SSI who poisoned me again and I was looking for him and I still am with very bad thoughts going through my mind. If that SSI who I believe calls himself "Junior" comes anywhere near me ever again there is going to be a very serious problem. But I have never had a problem with this SSI before so I am having thoughts of revenge, fear, paranoia, and confusion. Who is this SSI working for?! The only people I am having problems with are any Prison Staff related in any way with

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

the theft of my property and excessive use of force on 2-13-2018 and any other violations of my rights up til now who face prosecution with criminal charges and lawsuits with monetary damages... As far as Michael Unit goes...   Appendix F

I've been reluctant to write a Grievance about this because I am not getting any relief from the Grievance System & Staff whatsoever, instead I have been stonewalled by Grievance Investigators non-stop which is also a major violation of my Civil & Human Rights which I am also going to seek full relief for in Federal Court. It's outrageous the way I am being treated so badly and now someone tries to poison me that I've never had a problem with! It's madness! ~ I can't trust anyone at all for any reason who works for or with T.D.C.J. and I also have to be suspicious of other inmates who may do dirty work for dirty prison employees! This is so messed up it's unreal... I'm not gonna give up seeking relief for the major violations of my rights! I'm sending a copy of this to the Federal Bureau of Investigation & the T.J. Solomon Law Group in Houston Texas for evidence & review.

**Action Requested to resolve your Complaint:**

Keep SSI "Junior" away from me. Stop inmates from handling food. Protection from poisoned food and drinks. A full investigation done properly. Video data of this issue reviewed & saved to any prosecution or litigation. Transfer me to another Unit to keep me safe immediately. Protection from Prison Staff who abused me on Michael Unit.

Offender Signature: _Tamon M. Hustmar_                     Date: _6-11-2018_

**Grievance Response:**

The issue raised within this grievance was processed in accordance with the Safe Prison Program. The investigation was completed by Lt. Birdow. The allegation could not be substantiated however on 6/14/18 the OPI required further investigation. On 6/15/18 you appeared before the UCC at which time it was the committees decision based on the preponderance of evidence contained in the investigative report and supporting documents, the UCC determined the investigation to be unsubstantiated. No further action is warranted.

Warden Meador

Signature Authority: _____                     Date: _7/20/18_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission          UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12A-3icell_

Unit where incident occurred: _Michael_   _12E33_

    *Emergency*

| OFFICE USE ONLY |
| --- |
| Grievance #: _2018147043_ |
| UGI Recd Date: _AUG 0 3 2018_ |
| HQ Recd Date: _AUG 0 7 2018_ |
| Date Due: _9-12_ |
| Grievance Code: _014_ |
| Investigator ID#: _I2044_ |
| Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It completely failed to resolve the complaint of Grievance #2018147043 and also failed to give any of the requested actions on the Step 1 Grievance!

My Human & Federal Rights are being violated by Warden Charles O. Meadof, Major Vernon L. Allen, Chief of Classification Mark A. Sandlin, Lt. Eldrick D. Birdow, the SSI "Junior" Officer Reshetta Lewis, Officer Omuwunmi Kehinde, etc. while acting under color of State law which also greatly increases my punishment above and beyond what the State Court sentenced me to on December 2nd, 2005 specifically by Conspiring Against my Rights, Obstructing Justice, Perjury, Cruel & Unusual Punishment, Denial of Access to Courts, Harassing and Retaliating on me, violating my Equal Protection of the Law rights, violating Due Process of law and my Protected Conduct of filing Grievances, leaving me in a Situation Deliberately where I am at risk of personal injury or other serious or irreparable harm, Tampering with Evidence of a Crime, Lying about Evidence showing a Crime, Deliberately Putting the "SSI Junior" back into my presence on 6-14-2018 and 6-15-2018 to cause problems, ignoring my requested actions to resolve this complaint deliberately, etc.

This is a conspiracy against my Rights under color of law and is very deliberate indifference and gross negligence and proves how Prison Officials and Staff are most definitely involved in retaliation & harassment actions against me by them all trying so hard to cover up illegal activities that →

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

will most definitely be brought to the light for all to see. It's truly outrageous how I am being treated because I am seeking Legal Relief for the crimes against me on 2-13-2018 where half my property was stolen and I was very deliberately assaulted & battered by Prison Staff during an excessive use of force which I want full relief for and I aim to get it.

**Offender Signature:** _Jimmy Newton_                     **Date:** 8-2-2018

**Grievance Response:**

A review of your Step I Grievance was conducted and the grievance was investigated in accordance with grievance procedures and you were appropriately advised at the Unit level. There is no indication that the Michael Unit Administration failed to address your security concerns as your allegations could not be substantiated. No further action is warranted.

**Signature Authority:** _Howard B. Howard ARO_           **Date:** 08-23-18

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)          _Carbon Copied_                     **Appendix G**

## Texas Department of Criminal Justice

### STEP 1
**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

**OFFICE USE ONLY**

Grievance #: 2018151513
Date Received: JUN 19 2018
Date Due: 7-29-18
Grievance Code: OOJ 800
Investigator ID #: I1008
Extension Date: 9-7-18
Date Retd to Offender: AUG 14 2018

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12A-3tceH

Unit where incident occurred: Michael   12E,33

**✶~ Emergency ~✶**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Mr. Sandlin, Capt. Enge, Robert Guerra, and others.

Who did you talk to (name, title)? SSIs, Lt. Birdow, Sgt. Criswell, C.O. Lewis, Major Allen. When? 6-11,13,14, and 15-2018 etc.

What was their response? Contradictory statements, Boldfaced perjury, obstruction of justice, etc.

What action was taken? Conspiracy against my rights, Cover-up of illegal activities, Left in danger by officials.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

Regarding the Emergency Grievance I filed on 6-11-2018 about an SSI poisoning my food and events that have transpired since then---On 6-13-2018 I was escorted out of my cell by Sgt. Saloko & another officer to talk to Lt. Eldrick Birdow for an Offender Protection Investigation which I did and was told I'd see UCC in a couple days or so. I returned to my cell at about 2:20am. The entire time since the incident on 6-3-2018 SSIs have been handling food at just about every meal so I've been very careful about my food no matter who gives me a tray. That next morning at about 2:22am at Breakfast time Officer Lewis and 2 SSIs come on to 3 Section of 12 Building A-Pod. I immediately see this SSI who calls himself Junior and I was about 80% sure or more it was the person who poisoned me on 6-3-2018 so I confront both SSIs and the Officer on duty.--- Junior tries to deny my allegations and the other SSI told me it was not him but told me it would not happen again. I was furious and was yelling about it then started a fire~ I asked Officer Lewis for a ranking Officer and was denied that right. I told Junior to stay away from my food or I would assault him~ I did not eat the tray I was given~another tray was brought to me which I searched, smelled, tasted, etc.~ I threw the other tray out! ~On last meal on 6-14-2018 here comes Officer Lewis & Junior. Serving chow together but Officer gets my tray and hands it to me~ I search it & test it~ Very suspicious of why this SSI Junior is being put around me all the sudden? I keep questioning this inmate and he keep denying that he's the one who poisoned me but I think he's lying and I think Officers with rank like Lt. Birdow/Sgt. Criswell are putting this SSI around me on purpose to see what happens but I'm still not 100% sure of the SSI. At Breakfast on 6-15-2018 here Officer Lewis & Junior come again & Lewis gets my tray again but Junior tries to give me another tray real quick--I take it and search it like crazy~ Ms. Lewis was trippin when she saw this SSI give me the tray and so was I but she let him feed everyone else all 3 times mentioned. Finally shortly after, Junior get feces squirted on him in 4 Section 12 Building A-Pod because he was messing with

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

another inmates food who also has problems with staff~ Junior supposedly got angry and ended up having a use of force done on him and got put in a cage in the hallway and possibly lockup on 11 Building. Regardless, I'm watching everybody now and don't trust anyone at all...

Appendix F

So on 6:15am 018 Friday about 11am I get pulled out my cell by Capt. J. Enge who is an officer who violated my rights on 2-13 & 21-2018 by theft & excessive force. I was taken to Unit Classification Committee in the Majors Office into the presence of Major Allen, Mr. Sandlin & Classification and another officer --- I spoke to Mr. Allen & explained everything and was told a lie that the investigation of video evidence didn't show anything and that I need to identify the S.S.I.? That's a bold faced lie and when I explained to U.C.C. that I am in contact with the F.B.I. and the T.J. Solomon Law Group and asked if I am being forced to get the Law Firm to push to get my rights for this issue and Mr. Allen nodded his head yes... This is an obvious conspiracy to violate my rights and leave me in a dangerous enviroment deliberately. I declare under penalty of perjury that this complaint is true and correct to the best of my knowledge... These Prison Officials are deliberately violating my rights.

**Action Requested to resolve your Complaint:** I want full relief for this entire issue. Protection from staff who abused me on purpose. --- All video data to be saved for evidence. Protection from prison staff who are conspiring against me & my rights... Unit transfer out of Anderson County immediately. This issue resolved according to Federal & State Law.

**Offender Signature:** _Tommy M. Hestand_   **Executed on: Date:** 6-18-2018

**Grievance Response:**

There was a documented use of force in this incident. All reported uses of force are reviewed by designated use of force staff and will not be addressed through the grievance procedure. A copy of your allegations have been forwarded to the Region II Grievance office for coordination with the Office of the Inspector General (OIG). Further investigation is at the discretion of the OIG.

**Signature Authority:** _Kimot Warden Kempt_   **Date:** 8/14/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

(Carbon Copied) I am in fear of Staff & Inmates   Appendix F

(Copies going to F.B.I. and T.J. Solomon Law Group today also! 6-18-2018)