

*( Carbon Copied )*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2018151563

UGI Recd Date: AUG 30 2018

HQ Recd Date: SEP 04 2018

Date Due: 10/9/18

Grievance Code: 800

Investigator ID#: _____

Extension Date: _____

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33

Unit where incident occurred: Michael

~ Emergency ~

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issues or give the requested actions on the Step 1 Grievance # 2018151563. The main topics were avoided and up to this day nothing has actually been done in my favor to resolve any of this stuff.

My Human & Fedral Rights are being violated by Warden Kempt, Major Vernon L. Allen, Chief of Classification Mark A. Sandlin, Lt. Eldrick D. Birdow, Officer Reshetta Lewis, the SSI "Junior, etc. which also greatly increases my punishment above and beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring together against my rights, depriving me of my rights under color of law, obstructing justice, perjury on official documents, violating my protected conduct of filing grievances, interfering with my access to courts rights deliberately, violating my due process of law rights, interfering with an official investigation to cover up crimes against me, cruel & unusual punishment against me unlawfully, violating my equal protection of the law rights due to my mental illness, retaliating against me & harassing me for seeking legal relief, tampering with evidence illegally, not investigating my Grievance properly on purpose, leaving me in Anderson County so prison officials & staff can keep harassing me for seeking legal relief for crimes against me here on Michael Unit like those on Febuary 13th, 2018 & refusing to stop violating rights, refusing to protect me from prison officials & staff who keep conspiring against my rights, leaving me in an enviroment where I am at substantial risk of personal injury or other serious or irreparable harm, etc.

All these crimes & violations of my rights are being done very deliberately with evil intentions & evil motives. All these people fore mentioned are directly involved in trying to get me to give up on seeking legal relief especially regarding the crimes against me on 2-13-2018 up til now. I am not alright at all and need away from "Anderson County immediately...

Offender Signature: _Jamar Hooland_          Date: 8-28-2018

Grievance Response:

This issue has been reviewed by The Office of the Inspector General and that office has determined that there is insufficient evidence to warrant opening a case. No further action will be taken.

Signature Authority: __**B. BARNETT**__  BBarnett   Date: __SEP 1 3 2018__

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)

Appendix G

Received back ~ 10-9-2018

**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER GRIEVANCE FORM** (Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019022937 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33cell

Unit where incident occurred: Michael & Central Grievance Office ~ and the O.I.G. Office

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? O.I.G. & Several Prison Officials & Staff   When? 4-13-2018   From 6-11-2018 to

What was their response? Negative...

What action was taken? O.I.G. & Several Officials & Staff violating my rights & obstructing Justice...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

First of all, regarding Grievance # 2018151563 --- CGO. B. Barnett responded to the Step 2 on September 13th 2018 ~ I did not get the Grievances back til October 9th, 2018 at mail call that night... 26 days later.? The Unit Grievance Office Staff held on to it for no good reason "but delay my legal work... All the Forementioned individuals involved in Grievance # 2018151563 & the Office of Inspector General are very clearly conspiring against my rights et al while acting under color of state law... They know about the crimes committed against me on February 13th, 2018 by prison officials & staff and the non stop retaliation & harassment I have faced since then including the issues in Grievance # 2018151563 that were clearly avoided by Warden Pennie R. Kempt on purpose and avoided by C.G.O. B. Barnett also and it makes no sense that the Office of Inspector General would determine that there is insufficient evidence to warrant opening a case about the crimes against me on February 13th, 2018 or about the issues in Grievance # 2018151563? There is a whole bunch of evidence..!!!! So now the Office of Inspector General is either involved in the ongoing conspiracy against my rights et al and is obstructing Justice & denying me my Victims' Rights or someone is lying but either way I already have evidence that the O.I.G. knows about these crimes against me and is not doing their job in my behalf like they are supposed to ... That is another crime against me on top of many others that keep stacking up against me since February 13th, 2018 up til now ---"Corruption from every department!"... Also, I have been denied my requested actions by Warden Pennie R. Kempt & C.G.O. B. Barnett which has left me in a situation where my Human & Fedral Rights are being very seriously violated non stop by prison officials & staff... These individuals also know about the crimes against me and have made no effort to interview me

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   NOV 01 2018   (OVER)

NOV 26 2018   Appendix F

or help me actually resolve these very serious issues that I need resolved and will not stop pursuing legal relief for. O.I.G. also has made no effort to interview me about any of the allegations I've made which is completely wrong in a criminal investigation --- how can they determine that there is insufficient evidence to warrant opening a case about very serious criminal allegations without even talking to the Victim of those crimes which is me?? --- they can't without violating my Victims Rights themselves which seems to be exactly what they have done once again which is a crime in itself ... Obstructing Justice is exactly what the O.I.G. & all involved individuals in Grievance #2018151563 are doing and they are doing it deliberately with evil intentions & evil motives against me ...

Stop conspiracy against my rights! & A full investigation into this complaint with the O.I.G. again. Grievance #2018151563 investigated again & all my requested actions granted immediately! My Victims Rights for crimes against me on 2-13-2018. O.I.G. to do their Job correctly.

Offender Signature: _Jamon Heverton_          Date: _10-17-2018_

Grievance Response:

Signature Authority: _____          Date: ___

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # ____
☐ 10. Illegible/Incomprehensible. *    M. Price
☐ 11. Inappropriate. *    Investigator III

UGI Printed Name/Signature: _Blamey T. Rainey_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission          UGI Initials: _TR_
Grievance #: _2019022937_
Screening Criteria Used: _999 II 9_
Date Recd from Offender: OCT 1 8 2018
Date Returned to Offender: OCT 1 8 2018
2nd Submission          UGI Initials: _TR_
Grievance #: _2019022937_
Screening Criteria Used: _999 II 9_
Date Recd from Offender: OCT 2 2 2018
Date Returned to Offender: OCT 2 2 2018
3rd Submission          UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: NOV 0 1 2018
Date Returned to Offender: NOV 0 1 2018

(Carbon Copied)

Appendix F



(Corbon Copied)

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER**
**GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019022937 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Jaman Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12 E - 72

Unit where incident occurred: Michael
Regarding Grievance # 2019022937

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because*

It was not processed correctly at all according to AD-03.82 & Fedral and State Law... These same Grievance Investigators keep violating my Protected Conduct of filing Grievances non stop!

I-128 Front (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix G

NOV 2 6 2018

*Carbon Copied*

Offender Signature: _Tamon Westand_          Date: _11-19-2018_

Grievance Response:                          _RO-0103A_

Signature Authority: _____          Date: _____

Returned because:    *Resubmit this form when corrections are made.*

☐  1.  Grievable time period has expired.

☐  2.  Illegible/Incomprehensible.*

☐  3.  Originals not submitted. *

☐  4.  Inappropriate/Excessive attachments.*

☐  5.  Malicious use of vulgar, indecent, or physically threatening language.

☐  6.  Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened   ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                          Appendix G

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

(Carbon Copied)

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12A-3lcell

Unit where incident occurred: Michael   12.833

**✱ Emergency ✱**

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2018 \_\_\_\_\_</td></tr>
<tr><td>Date Received:</td><td>JUL 3 1 2018</td></tr>
<tr><td>Date Due:</td><td>9-9-18</td></tr>
<tr><td>Grievance Code:</td><td>215</td></tr>
<tr><td>Investigator ID #:</td><td>188</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td>SEP 06 2018</td></tr>
</table>

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officers Michael O. Casteel & Jackson   When? 7-31-2018 at 1am

What was their response? Threatened me and my Mom & Sister...

What action was taken? I got angry and tried to get the Officer Casteel away from my door!

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I get into an arguement with Officer Michael O. Casteel and Officer Jackson both of whom were directly involved in assaulting and battering me on Febuary 13th 2018 during an Excessive Use of Force...

The arguement started out about how Officer Michael O. Casteel and his friends or co-workers on escort teams keep deliberately denying me my medical appointments for about a month in a half now, then the arguement went into the crime of assault & battery on 2-13-2018 that he and Jackson participated in. The arguement got heated and Casteel asked where I'm from so he can find my family and fuck my Mom & Sister and he said he would beat me up at medical where there's no cameras and I came out the slot trying to get this Officer Casteel for threatening me and my family, especially my Sister and my Mom...

I told him if he fucks with my family I will Kill him when I get out of prison and that he's got me fucked up!

This Officer Michael O. Casteel and the other Staff who assaulted and battered me on 2-13-2018 shouldn't even be working in a Goverment position anymore after what they did to me and they sure don't have a right to be antagonizing me and threatening me and my family and my Mom and Sister while I already have mental illness... I have fully informed Prison Officials and Staff that I want my Victim's Rights regarding crimes against me on 2-13-2018 →

**I-127 Front** (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

SEP 25 2018   Appendix F

and I keep being ignored and stonewalled in a very serious conspiracy against my rights ... Just because I am mentally ill does not mean I am stupid but if I am brought into contact with Officer Michael O. Casteel I may lose control of my actions especially after he threatened me and my family this morning and keeps retaliating on me with his friends and coworkers. I am extremely angry from all this abuse and denial of my Victim's Rights and I refuse to give up my Human Rights and I will not tolerate threats from a dirty corrupt State Employee ~ I already sent word about this to a Law Firm and other places ~ I will be contacting my family to warn them of possible danger to their lives from Michael O. Casteel and/or his friends or other involved.

**Action Requested to resolve your Complaint.** Video reviewed & data saved... Victim's Rights for crimes on 2-13-2018 keep all Staff away from me involved in assaulting & battering me on 2-13-2018! against me! O.I.G. Investigation! Transfer out of Anderson County. Protection from Casteel and Jackson.

**Offender Signature:** _Jamon Heartsill_   **Date:** 7-31-2018

**Grievance Response:**

Your claims that staff threatened you with physical harm have been investigated and no substantiating evidence was found. Without witnesses and/or evidence to corroborate your claims, no action is warranted.

**Signature Authority:** _Warden Kempt_   **Date:** 9/5/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

(Carbon Copied)



THE STATE OF TEXAS

*(Carbon Copied)*

**Texas Department of Criminal Justice**

JAN 03 2019

**STEP 2**   **OFFENDER**
**GRIEVANCE FORM**

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael   K.2

~ Emergency ~

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018173525 |
| UGI Rec'd Date: | OCT 08 2018 |
| HQ Rec'd Date: | OCT 16 2018 |
| Date Due: | 11-17 |
| Grievance Code: | 015 |
| Investigator ID#: | I 2044 |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the complaint or grant any of my requested actions in Grievance # 2018173565. It was not investigated properly with the Office of Inspector General at all. In fact Grievance Investigator who has the ID # I 1983 & Warden Kempt deliberately avoided the Office of Inspector General in order to obstruct justice and cover up the criminal behaviors of Michael O. Casteel et al.

No effort was made by Warden Kempt et al to actually obtain any substantiating evidence and the fact that this entire scenario is on security video and that I very clearly requested that video reviewed & saved was completely avoided purposefully. But of course any professional investigation into criminal allegations would automatically review security video footage and seek out witnesses---especially if the investigation was coordinated with the Office of Inspector General like it was supposed to be according to Federal & State Law and BP-03.77 & AD-03.82 but these individuals do not honor any of that whatsoever.

My Human & Civil Rights are being violated by C.I.D. Director Lorie Davis, Executive Director of T.D.C.J. Bryan Collier and T.B.C.J Chairman Dale Wainwright et al while acting under color of state law by allowing the ongoing corruption and criminal behavior in the Grievance System to continue being perpetrated by their subordinates with full awareness of these criminal activities being done ...

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

SEP 25 2018

My Human & Civil Rights are being violated by warden Kempt et al while acting in color of State law which greatly increases my punishment above & beyond what the State court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, Obstructing Justice deliberately, falsifying documents to cover up criminal behavior, illegally interfering with my access to courts rights and violating my Protected Conduct of filing Grievances, torturing me by causing me severe mental & emotional pain, etc.

Offender Signature: _Timon Flestant_     Date: _9-18-2018_

**Grievance Response:**      RD-010314

A review of your Step I Grievance was conducted and you were appropriately advised at the Unit level. No evidence was found to support your allegations of threats by Officer Casteel. No further action is warranted.

Signature Authority: _C McKellar_   ARD   CMcKellar     Date: _12 nov 18_

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |

Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)        (Carbon Copied)        Appendix G

**Texas Department of Criminal Justice**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018186369 |
| Date Received: | AUG 2 4 2018 |
| Date Due: | 10/09/2018 |
| Grievance Code: | 601 |
| Investigator ID #: | I2673 |
| Extension Date: | 11/22/18 |
| Date Retd to Offender: | NOV 1 4 2018 |

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

Offender Name: Jamon Hestand  TDCJ # 1343536

Unit: Michael  Housing Assignment: 12E-33

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when RO-111318
appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? DO-Gary Wright  When? 8-21-2018

What was their response? I'm not doing anything for you at all.

What action was taken? Denied medical care for serious medical needs.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 8-21-2018 at about 4:05am I was at medical in a office with escort Officer Dawanda K. Lacy and Doctor Gary Wright. I was there for my hurt head, hurt left testicle, hurt back, hurt right hand, hurt rib that was fractured and now pokes my lung when I breathe, broken nose on right side that interferes with my breathing, and a ringing sound in my ears and also to check on appointments for John Sealy that I've been waiting a long time to see what they are gonna do or not so I know how to proceed...

Doctor Gary Wright looked in my nose and agreed its broken, looked in my ears but said nothing, had me squeeze his fingers for some reason, listened to my breathing but said nothing, and then sat down and told me that he ain't gonna do nothing for me at all! And that is exactly what Doctor Gary Wright did for me --- absolutely nothing!

So after 2 months of deliberately being denied access to medical illegally, I finally get to medical on 8-15-2018 and some minor issues are taken care of but when I go back for the major issues, I got completely denied medical care by Doctor Gary Wright altogether. This is obviously part of the conspiracy against my rights by prison officials & staff here on Michael Unit acting under color of state law and is very deliberate indifference being perpetrated against me by Doctor Gary Wright. --- Officer Dawanda K. Lacy was there the whole time and had to witness this Doctor do nothing for me at all! I have serious medical needs that any reasonable Doctor would consider worthy of treatment.

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix F

These conditions significantly affects my daily activities along with my mental illness and I do have serious chronic pain that never stops. So I do need medical care for these issues immediately...

This deliberate indifference to my serious medical need is cruel and unusual punishment and is making my mental illness worse and my injuries keep hurting non stop badly. The ringing sound in my ears from the illegal use of force on 2-13-2018 is seriously bothering me. I need to be on a medical unit where I can have therapy for my injuries without interference.

**Action Requested to resolve your Complaint.** Retaliation & Harassment to stop! Protection from deliberate indifference to my serious medical need. Conspiracy against my rights to stop immediately. My medical needs taken care of properly according to Fedral Law. A full investigation & evidence saved for litigation. Transfer me away from Anderson County.

**Offender Signature:** _____ **Date:** 8-22-2018

**Grievance Response:**

Per chart review 8/21 you were evaluated by the provider you named in this grievance for yo8u headaches, hand, knee, nose and ear pain. The provider conducted an evaluation and noted no additional medications in view of numerous anti-cholinergic medications. You are not being denied medical treatment. If you need medical attention please submit a sick call.

**Signature Authority:** Pam Pau  **Date:** 11|13|18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

(Carbon Copied)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

Offender Name: Jamon Hestand ___ TDCJ # 1343536

Unit: Michael ___ Housing Assignment: 12E-72 cell

Unit where incident occurred: Michael

~~12E-68~~

**OFFICE USE ONLY**

Grievance #: 2018186369

UGI Recd Date: NOV 30 2018

HQ Recd Date: DEC 03 2018

Date Due: 1/14/19

Grievance Code: 201

Investigator ID#: T0352

Extension Date: _____

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because.*

Regarding Grievance #2018186369 — it was not investigated properly and it did not resolve the issue. Also this complaint # was used wrongly to obstruct Grievance #2019016851 which regards Doctor Gary Wright seriously violating my Human & Fedral Rights sadistically & sexually... In this Grievance #2018186369 Pam Pace has completely violated my rights while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring with Doctor Gary Wright et al against my rights, depriving me of my rights under color of law, obstructing Justice to cover up the sadistically evil behavior of Doctor Gary Wright, falsifying the Grievance Response to cover up the very obvious denial of medical treatment by Doctor Gary Wright, etc. and by torturing me and causing me very serious mental & emotional pain & suffering which has agitated my mental illness to the extreme...

   Doctor Gary Wright violated me sadistically & sexually as I tried to also explain in Grievance #2019016851 but my Protected Conduct of filing Grievances was completely violated by Grievance Investigator Tammy L. Rainey and Margaret M. Price and the involved Medical Signature Authority whos name I can't read to obstruct Justice for what Doctor Gary Wright did to me which makes me feel dirty inside especially when he put on my medical file that he checked my genitalia and posterior oropharynx "anus" when the ~>

I-128 Front (Revised 11-2010)        **(Y)OUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix G

*(Carbon Copied)*

only Officer present was a Woman, Officer Dawanda K. Lacy...

I want protection from Doctor Gary Wright and a full scale inve-
stigation done properly and I want full relief and all my requested ac-
tions granted immediately...

**Offender Signature:** _Jomar Hosland_                    **Date:** 11-29-2018

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your complaint of being denied appropriate treatment for your fractured ribs by the physician named in your complaint.  You stated the doctor failed to offer any treatment for your broken rib, which pokes you.  You listed several other complaints that were addressed during this examination.  You were dissatisfied with the examination and treatment offered.  You asked to be treated properly.

Review of the electronic health records indicated your rib was fractured sometime before 3/8/2018. The doctor documented your lungs were clear and you had no difficulty breathing during the examination.  Current x-rays taken 10/11/2018 shows no bony abnormality, which means there is no evidence of rib fracture able to cause any poking sensations.  You have been seen multiple times by various providers.  All of your medical concerns have been addressed.

All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment.  While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed.  There is no documentation to support your complaint against the medical staff named your complaint.  Appellate review supports the response offered at Step 1.  No further investigation is warranted for this issue.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:** _____          **Date:** 12/10/18

| Returned because: | *Resubmit this form when corrections are made. | | OFFICE USE ONLY |
|---|---|---|---|

**Returned because:**  *Resubmit this form when corrections are made.

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**                **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**                **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**                **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                        **Appendix G**

RO~011419

## Texas Department of Criminal Justice

### STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

**OFFICE USE ONLY**

Grievance #: 2018016851

Date Received: OCT 05 2018

Date Due: 11-19-18

Grievance Code: 651

Investigator ID #: 1008

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jaman Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33 cell B

Unit where incident occurred: Michael

\* Emergency ~ Health Services Division

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Medical Records    When? 9-19-2018

What was their response? Learned Gary Wright was very deliberately indifferent to my serious medical

What action was taken? He has purposefully caused me unnecessary & wanton infliction of pain... needs...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I found out on my medical records that Doctor Gary Wright violated my Humane Federal Rights much worse than I was aware of beforehand and although I do not understand "all" the medical terminology he used on my medical file for 8-21-2018, what I have figured out is very cruel and unusual punishment with very deliberate indifference & evil motives & evil intentions. He ignored obvious conditions that are well documented in my medical file in order to harm me maliciously. He lied on my medical file stating he examined my abdomen, my genitalia, my posterior oropharynx "anus", my eyes, my trachea, my bowels, my right knee, and much more I do not even understand yet but it's really messed up to claim to check my genitalia & anus when the only other person in the room was a female Officer Dawanda K. Lacy so that was an easy lie to catch right there! That is sexual in nature and makes me feel dirty inside & violated by Gary Wright... He claims I don't need a cane but I have had my knee broken, right knee medial meniscus tear, meniscectomy surgery on 6-16-2015, osteoarthrosis, tibiofemoral marginal osteophyte formation & joint space narrowing, etc. "all on file." Says I walk without cane touching the ground?! That is an outrageous lie! Like he follows me around the whole unit everywhere I go! He states my right hand is good too--- even though I've had a upper shaft head of the fifth metacarpal fractured "on file"... My left testicle is not ok and is also on file with a prior ultrasound that showed a problem so that's a lie! I never consented or requested my posterior oropharynx or anus or buttocks to be examined by anybody and surely not in front of Dawanda K. Lacy! Never complained about my bowels or my eyes in the first place although I do have bad eyesight. He lies and states my nasal passages are patent but my my nose is broken over on the right side where it is visible with just plain eyesight just looking inside you can see it and it's been on file many many times before... Never asked to get my trachea checked either! He didn't do anything at all to help me and lied on my medical file in an obvious conspiracy against my rights et al. He told me in my face that he wasn't ~

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

NOV 06 2018
NOV 07 2018

Appendix F

before leaving. All he did in those few minutes was look in my ears, my nose, listen to my heart and have me squeeze his fingers with my hands and nothing else then sat back down and said "I'm not doing nothing for you!" --- but he did worse then nothing ~ he went on a falsifying my medical file rampage so not only did he not do anything at all for any of my serious medical needs on purpose but also went out of his way to torture me by causing me very serious mental, emotional, and physical pain & suffering with very deliberate indifference --- He knows exactly what he was doing was extremely wrong and even illegal as he purposefully victimized me sadistically and this has had me thinking very bad thoughts non-stop about him et al. I hate him with a passion! He is sick minded! Stop conspiracy against me now! Victims Rights for these crimes against me !!! Clean my file... Adequate medical care now!! *Protection from Gary Wright!!! A full investigation with O.I.G.& Health Services Department! Transfer me to a real medical unit! for proper medical care! Help me...

Offender Signature: _Lamon Hester___ Date: 10-3-2018     OCT 05 2018

Grievance Response:                                          NOV 01 2018

                                                              NOV 07 2018

Signature Authority: _____ Date: _____
If you are not satisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of every 7 days. *
☐ 3. Originals not submitted *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☑ 9. Redundant, Refer to grievance # 2018181631C9
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _T. Rainey T. Rainey___
M. Price
Investigator III

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY
Init. Submission          UGI Initials: TR
Grievance #: 2019016851
Screening Criteria Used: 699 ≠ 9
Date Recd from Offender: OCT 05 2018
Date Returned to Offender: OCT 05 2018
2nd Submission            UGI Initials
Grievance #: 2019016851
Screening Criteria Used:
Date Recd from Offender: NOV 01 2018
Date Returned to Offender: NOV 01 2018
3rd Submission            UGI Initials
Grievance #: 2019016851
Screening Criteria Used:
Date Recd from Offender: NOV 07 2018
Date Returned to Offender: NOV 07 2018

Received Back On : October 30th 2018

| Texas Department of Criminal Justice | OFFICE USE ONLY |
|---|---|

**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33

Unit where incident occurred: Michael

**OFFICE USE ONLY**

Grievance #: 2018186369

Date Received: AUG 2 4 2018

Date Due: 10/08/2018

Grievance Code: 601

Investigator ID #: I2673

Extension Date: 11/22/18

Date Retd to Offender: NOV 1 4 2018

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when RO-111518 appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? DO- Gary Wright   When? 8-21-2018

What was their response? I'm not doing anything for you at all.

What action was taken? Denied medical care for serious medical needs.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 8-21-2018 at about 4:05am I was at medical in a office with escort officer Dawanda K. Lacy and Doctor Gary Wright. I was there for my hurt head, hurt left testicle, hurt back, hurt right hand, hurt rib that was fractured and now pokes my lung when I breathe, broken nose on right side that interferes with my breathing, and a ringing sound in my ears and also to check on appointments for John Sealy that I've been waiting a long time to see what they are gonna do or not so I know how to proceed...

Doctor Gary Wright looked in my nose and agreed its broken, looked in my ears but said nothing, had me squeeze his fingers for some reason, listened to my breathing but said nothing, and then sat down and told me that he ain't gonna do nothing for me at all. And that is exactly what Doctor Gary Wright did for me --- absolutely nothing!

So after 2 months of deliberately being denied access to medical illegally, I finally get to medical on 8-15-2018 and some minor issues are taken care of but when I go back for the major issues, I get completely denied medical care by Doctor Gary Wright altogether. This is obviously part of the conspiracy against my rights by prison officials & staff here on Michael Unit acting under color of state law and is very deliberate indifference being perpetrated against me by Doctor Gary Wright. --- Officer Dawanda K. Lacy was there the whole time and had to witness this Doctor do nothing for me at all! I have serious medical needs that any reasonable Doctor would consider worthy of treatment.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

These conditions significantly affects my daily activities along with my mental illness and I do have serious chronic pain that never stops. So I do need medical care for these issues immediately...

This deliberate indifference to my serious medical need is cruel and unusual punishment and is making my mental illness worse and my injuries keep hurting non stop badly. The ringing sound in my ears from the illegal use of force on 2-13-2018 is seriously bothering me. I need to be on a medical unit where I can have therapy for my injuries without interference.

**Action Requested to resolve your Complaint.** Retaliation & Harassment to stop. Protection from deliberate indifference to my serious medical need. Conspiracy against my rights to stop immediately. My medical needs taken care of properly according to Federal Law. A full investigation & evidence saved for litigation. Transfer me away from Anderson County.

Offender Signature: _[signature]_     Date: 8-22-2018

**Grievance Response:**

Per chart review 8/21 you were evaluated by the provider you named in this grievance for yo8u headaches, hand, knee, nose and ear pain. The provider conducted an evaluation and noted no additional medications in view of numerous anti-cholinergic medications. You are not being denied medical treatment. If you need medical attention please submit a sick call.

Signature Authority: _Pam Pace_     Date: 11/13/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # _____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

_(Carbon Copied)_

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

**Texas Department of Criminal Justice**

OFFICE USE ONLY

**STEP 1**

**OFFENDER
GRIEVANCE FORM**
(Carbon Copied)

Grievance #: 2019016243

Date Received: _____

Date Due: _____

Grievance Code: _____

Offender Name: Tamon Hestand    TDCJ # 1343536

Investigator ID #: _____

Unit: Michael    Housing Assignment: 12E-33

Extension Date: _____

Unit where incident occurred: Michael

Date Retd to Offender: _____

*~ Emergency ~*

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Grievance Office__    When? _9-10,12,14 -2018_

What was their response? _Grievable time period expired_

What action was taken? _Grievance #2018098098 & 2019003993 not processed correctly on purpose._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

Grievance Investigators Margaret M. Price, Monte P. Nabors, and Melissa B. Vix the et al are very deliberately conspiring against my rights and depriving me of my rights under color of law. They are deliberately ignoring Federal & State Law and even Board Policy-03.77 & Administrative Directive-03.82. The criminal behaviors brought to light in Grievance# 2018098098 & 2019003993 are supposed to be processed as Emergency and coordinated with the Office of Inspector General but these involved Grievance Investigators don't care about what they are supposed to be doing as long as they can try as hard as they can to Obstruct Justice for the crimes committed against me on February 13th 2018 by prison officials & staff. Obstructing Justice is a crime itself and I want my Victims' Rights for each and every crime committed against me by prison officials & staff acting under color of law or state law from February 13th 2018 up til now and also for any future crimes perpetrated against me by the said individuals... OCT 04 2018   OCT 05 2018

Both Grievance# 2018098098 & 2019003993 are definitely Emergency Grievances about criminal acts by prison staff and harassment & retaliation for exercising my access to courts rights and they are both supposed to be coordinated with the Office of Inspector General as demanded by Law. This Grievance regards the same Emergency issues and there are no screening criterion or requirements available to stop an Emergency Grievance from being processed. These Investigators have been violating my Human & Federal Rights non-stop et al since February 13th, 2018 up til now and ongoing. It is truly torture and very cruel & unusual punishment as they continue to violate my Protected Conduct of filing Grievances non stop to deny me my Victims' Rights which is causing me severe mental & emotional pain and

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   OCT 04 2018   (OVER)

OCT 05 2018

OCT 26 2018

Su... of the law rights... Theft is clearly a crime and denial of access to courts is also a crime when done intentionally like these forementioned individuals keep doing to me illegally!!! OCT 04 2018   OCT 05 2018

**Action Requested to resolve your Complaint:** *Protection from these Grievance Investigators!* Grievance #2018073042 & 2019003443 processed correctly & investigated with the O.I.G. and all my requested actions granted now: Stop these Corrupt individuals from violating my rights!

**Offender Signature:** _Tyrone Hubbard_                                    **Date:** 10-3-2018   OCT 04 2018

**Grievance Response:**                                                            OCT 05 2018

**Signature Authority:** _____                    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired. 3-7-18
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _S. Raney T. Laing_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: _TR_

Grievance #: 2019016043

Screening Criteria Used: 999 #1

Date Rec'd from Offender: OCT 04 2018

Date Returned to Offender: OCT 04 2018

2nd Submission        UGI Initials: _TR_

Grievance #: 2019016043

Screening Criteria Used: 999 #1

Date Rec'd from Offender: OCT 05 2018

Date Returned to Offender: OCT 05 2018

3rd Submission        UGI Initials: _HN_

Grievance #: 2019016043

Screening Criteria Used: 999 #1

Date Rec'd from Offender: OCT ___

Date Returned to Offender: OCT ___

**Appendix F**

( Carbon Copied )



*( Carbon Copied )*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: *Jamon Hestand*    TDCJ # *1343536*

Unit: *Estelle*    Housing Assignment: _____

Unit where incident occurred: *Michael* _____

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Grievance #:</td><td><i>2019016043</i></td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

Grievance #2019016043 was not investigated or processed correctly with the Office of Inspector General according to Fedral & State Law and BP-03.77 & AD-03.82. ~ The Grievance Investigators at Michael Unit keep violating my protected conduct of filing Grievances to obstruct justice for actual crimes committed against me by prison officials & staff from February 13th 2018 up til now.

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    **(OVER)**

Appendix G

OCT 2 6 2018

_Carbon Copied_

Offender Signature: _Jamon Hartund_      Date: _10-24-2018_

Grievance Response:

Signature Authority: _____      Date: _____

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)             Appendix G

RO~ 110918

2019023091

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY |
|---|
| Grievance #: 2019023091 |
| Date Received: 11-8-18 |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33cell

Unit where incident occurred: Michael    13E-72

Crimes By staff ~ Denial of Access To Courts Rights ~

must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Investigator    When? 10-15,18,22-2018

What was their response? Submission in excess of one every seven days

What action was taken? Tammy L. Rainey violated my Protected Conduct of filing Grievance #2019021054

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

All the Grievance Investigators here on Michael Unit involved in Grievance # 2018098095, 2019002599, 2019014144, and now 2019021054 have completely violated my Protected Conduct of filing Grievances under Federal & State Law. They continue to interfere illegally by Obstructing Justice with my attempts to exercise my access to courts rights to obtain legal relief for crimes committed against me on February 13th, 2018 by Prison Officials & Staff illegally. These Investigators are on a massive campaign of harassment & retaliation against me ever since February 13th 2018 up til now and ongoing. They sure as hell dont want me to get my Victims Rights for the crimes against me on February 13th, 2018 such as the theft of my property, assault & battery which caused me serious injuries, and the denial of medical care for over 10 hours straight... Im seriously believing that either a few or all these Grievance Investigators are personally related to the people who harmed me and/or violated my rights but either way they are most definitely conspiring against my rights together et al illegally...

My Human & Civil Rights are being violated by the Unit Warden who reviewed the Use of force on February 13th 2018 and did nothing; the Regional C.I.D. Director Matt Barber who was supposed to review it or supervise the ones who were and did nothing; C.I.D. Director Lorie Davis who is over the whole Prison System in Texas and is fully responsible for the standards/policies/procedures/rules/etc. being violated by her subordinates systematically when Use of force Issues/Guidelines/etc. have been very clearly outlined in the Supreme Court case "Hudson v. McMillian, 503 US 1 (1992)" and shows exactly who is responsible for Use of force cases; and of course all these Grievance Investigators who here on Michael Unit who violate my Access To ~

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

NOV 13 2018

NOV 19 2018    Appendix F

Court's Rights & Due Process Rights non stop in order to obstruct Justice for the crimes committed against me on February 13th 2018 and deliberately avoided the Office of Inspector General for all the forementioned Grievances regardless of what Federal & State Law demands along with BP-03.77 & AD-03.82 and in such cases as Hudson v. McMillian, Ex Parte Hull, Johnson v. Avery, Bounds v. Smith, Lewis v. Casey, Wolff v. McDonnell, Sandin v. Conner, etc. in Supreme Court to name a few that no T.D.C.J. Policy can overrule whatsoever and if done so deliberately it is a crime in itself... All these forementioned people are responsible for torturing me physically, mentally, and emotionally, and causing me severe pain & suffering on all those levels. I am not alright and I need my Victims' Rights for all these crimes against

**Action Requested to resolve your complaint:** me. Conspiracy against me to stop. ✓ stop crimes against me/ me.
All forementioned complaints investigated with the O.I.G. including this one & all requested actions granted right away. Victims' Rights granted for all these crimes against me. Protection from Grievance Staff.

**Offender Signature:** _Jamon Hoolands_     **Date:** 11-8-2018

**Grievance Response:**

NOV 19 2018

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [X] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature** _B Rodriguez/B Rodriguez_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

_(Carbon Copied)_

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _BR_
Grievance # _2019033031_
Screening Criteria Used: _999 #1_
Date Rec'd from Offender: _____
Date Returned to Offender: _____

2nd Submission    UGI Initials: _IV_
Grievance #: _2019033031_
Screening Criteria Used: _#1 999_
Date Rec'd from Offender: NOV 13 2018
Date Returned to Offender: NOV 13 2018

3rd Submission    UGI Initials: _BR_
Grievance #: _2019033031_
Screening Criteria Used: _#1 999_
Date Rec'd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018

Appendix F

# Texas Department of Criminal Justice

### STEP 1   OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY |
|---|
| Grievance #: |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12 E - 33 cell

Unit where incident occurred: Michael

~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? Grievance Office Staff   When? 9-3,6,10,12 ~2018

What was their response? Grievable time period has expired

What action was taken? Grievance #2019002599 not processed correctly at all on purpose...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance #2019002599, regarding Grievance #2018098095 which regards crimes against me on Febuary 13th 2018 that were perpetrated by prison officials & staff acting under color of state law, was not processed correctly at all on purpose in the attempt to obstruct justice and conspire against my rights et al.

OCT 03 2018

My Human & Fedral Rights are being violated by Grievance Investigators Tammy L. Rodney, Margaret M. Price, and Monte P. Nabors et al while acting under color of State law which very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, deliberatly Obstructing Justice to cover up the crimes against me on Febuary 13th 2018, ignoring Fedral & State Laws and BP-03.77 & AD-03.82 and also refusing to coordinate these Grievances with the Office of Inspector General as demanded for any complaints about criminal acts by staff or harassment/retaliation for exercising access to courts rights including excessive uses of force" all of which are Emergency Grievances, illegally falsifying reports to cover up crimes for other prison staff against me intentionally, denying me my Victims' Rights for the crimes against me on Febuary 13th, 2018, violating my due process of law rights by deliberately interfering with my protected Conduct of filing Grievances, using a Campaign of harassment & retaliation to interfere with my attempts to obtain legal relief for crimes against me & use my access to courts rights, leaving me in a situation where I am most definitely at serious risk of injury or some other serious or irreparable harm, cruel & unusual punishment & torture by allowing and/or causing me severe physical/mental and emotional pain & suffering and also violating my equal protection of the law rights

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

OCT 0 1 2018

OCT 03 2018   Appendix F

OCT 2 2 2018   OCT 0 8 2018

and seriously exacerbating my mental illness non stop, etc with very evil intentions and evil motives et al against me illegally...

This is not anywhere even near being an Isolated event! These criminal Grievance Investigators keep committing crimes against me & violating my Human & Fedral Rights on a very regular basis since Febanry 13th 2018 til now! It needs to be stopped immediately! I want full Legal Relief for all these crimes against me being done by each & every prison official & staff member involved in the conspiracy against my rights...

Action Requested to resolve your Complaint: *Protection from these forementioned Grievance Staff... Grievance #s 2018048095 & 2014002594 fully investigated properly with the O.I.G. as demanded by Law! Requested Actions granted immediately! Conspiracy against me to stop w/br!

Offender Signature: _Ramon Hesland_       Date: _9-27-2018_   OCT 03 2018

Grievance Response:                          OCT 08 2018

**Signature Authority:** _____        Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *        M. Price

**UGI Printed Name/Signature:** Investigator III

_Ramey T Ramer_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    · UGI Initials:

Grievance #:

Screening Criteria Used:

Date Rec'd from Offender: ____ OCT 0 1 2018

Date Returned to Offender: **OCT 0 1 2018**

2nd Submission    UGI Initials: _TX_

Grievance #: _2019014144_

Screening Criteria Used: _999 #1_

Date Rec'd from Offender: OCT 0 3 2018

Date Returned to Offender: OCT 0 3 2018

3rd Submission    UGI Initials: _TX_

Grievance #: _2019014144_

Screening Criteria Used: _999 #1_

Date Rec'd from Offender: OCT 0 8 2018

Date Returned to Offender: OCT 0 8 2018

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER
GRIEVANCE FORM

Offender Name: **Jamon Hestand**           TDCJ # **1343536**

Unit: **Michael**         Housing Assignment: **12E-33 cell**

Unit where incident occurred: **Michael & Central Grievance Office**
**Regarding Grievance #2018048095/2019002599/2019014144**

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019014144 |
| UGI Recd Date: |
| HQ Recd Date: |
| Date Due: |
| Grievance Code: |
| Investigator ID#: |
| Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).     *I am dissatisfied with the response at Step 1 because...*

the responses are false. These complaints about crimes committed against me by prison staff & harassment/retaliation for trying to exercise my access to courts rights were not processed correctly at all on purpose by Grievance Investigators Margaret M. Price & Tammy L. Rainey who had no business touching a complaint that also involves themselves. These individuals have been conspiring against my Human & Federal Rights with others non-stop since February 13th, 2018 up til now and obstructing Justice for crimes committed against me by prison staff including themselves. Emergency Grievances do not have any screening criteria that has been used against me in Grievance #2018048095/2019002599 and #2019014144 which are about illegal exessive use of force, crimes by staff, and retaliation & harassment for trying to exercise my access to courts rights. AD-03.82 clearly shows I am in the right and that the Office of Inspector General was deliberately avoided to obstruct Justice by foresaid individuals et al. ~ I want all my Victims' Rights for each & every single crime committed against me by all involved prison officials & staff from February 13th 2018 up til now... I am in the right and I want Justice for these crimes against me and I refuse to stop until I get that Justice! Y'all can't punish me for breaking the law while y'all break the law to peices! That's hyppcricy! Anyone who represents the law, must also follow the law themselves and uphold themselves with ethical conduct...

I-128 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

OCT 22 2018

Appendix G

*(Carbon Copied)*

I need to speak with the Office of Inspector General as soon as possible!

**Offender Signature:** _Jamon Hastont_                          **Date:** 10-17-2018

**Grievance Response:**                                          RO-112113

**Signature Authority:** _____          **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐  1. **Grievable time period has expired.**

☐  2. **Illegible/Incomprehensible.***

☐  3. **Originals not submitted. ***

☐  4. **Inappropriate/Excessive attachments.***

☐  5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐  6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                          **Appendix G**

**Texas Department of Criminal Justice**

**STEP 1** **OFFENDER GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019021054

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

Crimes ~ Emergency ~ Access To Courts

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? Grievance Investigators When? 9-27-2018/10-1,3,8-2018

What was their response? Grievable time period has expired

What action was taken? Grievance Investigators Obstructing Justice for crimes against me.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

These Grievance Investigators involved in Grievance #s: 2018098095, 2019002599, and 2019014144 continue to deliberately attempt to Obstruct Justice for crimes committed by prison officials & staff against me on February 13th, 2018 by conspiring together et al against my rights and constantly violating my Protected Conduct of filing Grievances in a an actual full out campaign of retaliation & harassment against me because of my attempts to exercise my access to courts rights to seek legal relief for all these crimes against me.

They completely disregard Fedral & State Law and Administrative Directive 03.82 which very clearly explains that any excessive use of force or crime by staff or harassment & retaliation for trying to exercise access to courts rights is an "Emergency Grievance and shall be coordinated with the Office of Inspector General... In fact, they are all going out of their way to avoid the Office of Inspector General with these serious complaints because they know they are very wrong and they know they will get in trouble for what they have been doing to me this whole time since February 13th 2018 up til now and ongoing... They are interfering with me getting my Victims Rights..."

These Investigators do not have any business investigating complaints that involve themselves nor do they have a right to stop Emergency Grievances from being processed and coordinated with the Office of Inspector General as demanded by Law & AD-03.82... They are torturing me on purpose non stop to cover up serious crimes against me where I was seriously injured illegally on February 13th 2018 and this criminal behavior by them is causing me severe mental & emotional pain that

1-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   OCT 18 2018 (OVER)

NOV 19 2018

Appendix F

I can't get any help for because the Psyche Department is also playing sick little mind games and violating my rights non stop --- this is massive, very cruel and unusual punishment -- absolute torture being perpetrated against me by all these involved Grievance Investigators acting under color of state law. They have completely violated my Human & Federal Rights and continuously agitate my mental illness --- I despise these corrupt people, I hate them! They represent the law but they break the law non-stop! That's hypocrisy. They know exactly what they are doing with their evil intentions and evil motives against me. They are also violating the rights of taxpayers who are unknowingly paying them to break the law non stop... It's criminal behavior! Conspiracy against me to stop immediately!

**Action Requested to resolve your Complaint.**
All forementioned Grievances investigated fully with the O.I.G. properly and all requested actions granted immediately! Protection from all Grievance Staff on Michael Unit! Stop Crimes!

Offender Signature: _Jason Hunt_          Date: _10-15-2018_     OCT 15 2018

**Grievance Response:**

OCT 18 2018
OCT 22 2018

Signature Authority: _____     Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _T. Rainey, T. Rainey_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: _TR_
Grievance #: _2019021054_
Screening Criteria Used: _999 #.2_
Date Recd from Offender: OCT 15 2018
Date Returned to Offender: OCT 15 2018

2nd Submission        UGI Initials: _TR_
Grievance #: _2019021054_
Screening Criteria Used: _999 #.2_
Date Recd from Offender: OCT 18 2018
Date Returned to Offender: OCT 18 2018

3rd Submission        UGI Initials: _TR_
Grievance #: _2019021054_
Screening Criteria Used: _999 #.2_
Date Recd from Offender: OCT 22 2018
Date Returned to Offender: OCT 22 2018

Appendix F

( Carbon Copied )



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12E-72 cell_

Unit where incident occurred: _Michael_

_Regarding Grievance #2014021054_

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).**     *I am dissatisfied with the response at Step 1 because...*

It was not processed correctly according to Federal & State Law and AD-03.82 deliberately to obstruct Justice. The Office of Inspector General has been avoided once again on purpose regarding all these crimes against me by Prison Officials & Staff and the burden of major interference being used against my access to courts rights by Grievance Investigators here on Michael Unit.

Also it says it was sent back to me on October 22nd 2018 but I did not get it back til October 30th, 2018 at mail call... I need all my Victims' Rights granted for all these crimes against me ...

---

**I-128 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

NOV 19 2018

Appendix G

*(Carbon Copied)*

**Offender Signature:** _Jamon Hostand_     **Date:** _11-8-2018_

**Grievance Response:**






**Signature Authority:** _____     **Date:** _____

**Returned because:**     *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

## OFFICE USE ONLY

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    **Appendix G**

RO-020419

**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER** 12 G 43

**GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019038317

Date Received: NOV 19 2018

Date Due: 1/3/18

Grievance Code: C35

Investigator ID #: J.1983

Extension Date: 2-17-19

Date Retd to Offender FEB 19 2019
RP-2-19-2018

Offender Name: __Jamon Hestand__   TDCJ #: __1343536__

Unit: __Michael__   Housing Assignment: __12E-72 cell__

Unit where incident occurred: __Michael__
__Medical / Religious__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? __Medical Department__   When? From 10-2-2018 to 11-13-2018

What was their response? __Scheduled For Provider / Diet Clinic__

What action was taken? __Denial of access to medical for serious medical/religious needs__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 10-2-2018 filed I-60 regarding pain → 10-4-2018 saw NP Seung T. Lim and was denied renewal of cane pass due to Gary Wrights' lies and was not given any pain meds & was put on Diet For Health for my knee that's been hurt since February 13th 2018 excessive use of force and was put on Propranolol 10mg for my endless headaches from being injured a bunch of times in a bunch of excessive uses of force. *Propranolol has nothing to do with my head injuries at all... He also messed up and stopped my Religious Diet of no Beef & no Impure Pork and I've been trying to get that fixed since 10-5-2018 "I-60" & was scheduled for Diet Clinic & I tried again on 10-15-2018 "I-60" & was scheduled again and on 10-30-2018 "I-60" and was scheduled for Provider but nothing has been done up til now "11-15-2018" and ongoing about it... On 10-15-2018 I put in again for my pain, cane pass renewal, bad right knee, etc. and was scheduled for Provider again and again on 10-30-2018 "I-60" about my multi-site injuries, cane renewal, pain, physical therapy for my knee, rib poking my lungs as I breathe on right side, etc. and on 11-7-2018 "I-60" about multi-site injuries & pain, the Propranolol I'm on for my head-aches which makes no sense at all and does not help the headaches and makes me feel dizzy/light headed & hungry as hell with shakes ---and on 11-8-2018 "I-60" scheduled again for Nurse sick call for pain, multi-site injuries due to February 13th 2018 illegal use of force, knee supp-ort & cane renewal, physical therapy, etc. --- Up to this day now "11-15-2018" I have not received any actual medical care for my medical needs, nor have I got my Religious Diet of no Beef & no Impure Pork... All the Provider appointments never happened and another serious problem is that on 11-12-2018 Officer Michael O. Casteel came to escort me to a Nurse sick call when he is the same Officer who directly participated in assaulting & battering me on February 13th 2018 and antagonizing me several times in-cluding threatening me & my family on 7-31-2018 at 1am, etc. at 12A-31cell... But still no Provider regardless after 44 days of me trying to get help? 44 days with no medical →

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

care whatsoever... No Prison Staff have come to my cell door to escort me to a Provider or Diet Clinic lay in for the whole 44 days now... So I am being denied medical care deliberately once again by Prison Officials & Staff once again with very obvious evil intentions & evil motives. This is literally torture that is causing me endless severe physical, mental, and emotional pain and suffering... All involved individuals are conspiring against my rights et al while acting under color of state law which very greatly increases my punishment above & way beyond what the State court sentenced me to on December 2nd 2005 and agitates the hell out of my mental illness non stop! These people are very hateful tow-ards me on purpose...

Protection from bad Staff... *Conspiracy against me to stop immediately... Full Investigation. Transfer me to Estelle Unit for long-term Physical Therapy & medical care and to get me away from these bad people violating my Human & Federal Rights. Proper medical care.

**Offender Signature:** _Jamon Heastand_   **Date:** _11-15-2018_

**Grievance Response:**

Health records indicate on 8/21/18 you were seen by a provider for headache, hand, knee, nose and ear pain. You were advised that no additional meds would be prescribed due to numerous anti-cholinergic meds from mental health. The can was discontinued due to a lack of significant objective findings work restriction #7 & 12 were added. 8/31/18 you were seen by a provider for multiple complaints and you were prescribed Meloxicam; you were advised to continue the Loratadine.  9/27/18 you were seen by a provider with complaint of head hurts, left testicle, hand, ribs nose, ear and knee hurts. Previous x-ray reviewed and a rib x-ray was ordered. 10/4/18 you were seen by a provider. You were counseled on your weight and a diet for health was ordered. Provided an exercise and knee handout, scrotal ultra sound ordered and Propanolol prescribed for headaches. 10/19/18 you were scheduled with a provider, but you did not present to the clinic. 11/17/18 you were seen by a provider. Propanolol stopped and IBU prescribed, advised to send i-60 to TDCJ about meat free diet, referred completed for PT on knee, knee brace pass renewed x 1 yr and care pass renewal x 3 months.

Pam Pace
Practice Manager

**Signature Authority:** _Pam Pace_   **Date:** _2/1/19_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Carbon Cop

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2
### OFFENDER GRIEVANCE FORM

APR 8 2019

**OFFICE USE ONLY**

Grievance #: 2019038317

UGI Recd Date: MAR 06 2019

HQ Recd Date: MAR 13 2019

Date Due: 04-20

Grievance Code: 1135

Investigator ID #: I0352

Extension Date:

Offender Name: Jaman Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12D-33cell ✓

Unit where incident occurred: Michael

Regarding Grievance #2019038317

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).    *I am dissatisfied with the response at Step 1 because...*

It not only did not resolve the complaint but Practice Manager Pam Pace tries to carefully avoid the main topics of my complaint and my requested actions have been ignored again...

My Human & Civil Rights are being violated by Pam Pace while acting under color of State Law which not only violates the rights of Taxpayers but also greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2015 specifically by conspiring with others against my rights, obstructing justice for the 44 days I was denied medical care & provider Appointments for serious medical needs again, violating my Protected Conduct of filing Grievances by deliberately avoiding the main topics of Grievance #2019038317 and ignoring my legitimate requested actions, leaving me in a situation where I continue to be harassed & retaliated on by Prison Officials and Staff for trying to exercise my access to courts rights and obtain proper medical care for serious medical needs most of which have been caused by excessive uses of force by Prison Employees like what happened to me on February 13th 2018 where I was seriously injured and those injuries have still not been solved over a year later now, etc.

Here it is a year after the February 13th 2018 excessive use of force with serious injuries that have still not been taken care of. My back, right knee, rib on right lower side, a ringing in my ears, hurt right hand, endless headaches, etc. are from that excessive illegal use of force and all hurt badly and/or affect my life/health adversely and now it's past a year now and on top of that I'm still wrestling to get my nose fixed, testicle fixed, etc. ~ and there's no reason that any of the Prison Staff who hurt me should be anywhere near me or interfering with my medical appointments like Officer Michael O. Casteel did on 11-12-2018.

I-128 Front (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

_(Carbon Copied)_

**Offender Signature:** _Tamon Bexton_                              **Date:** 3-6-2019

**Grievance Response:**
A review of the Step 1 medical grievance has been completed regarding your complaint you were seen on 10/4/2018, at which time the health care provider named denied a cane renewal, pain medication, and Diet For Health diet. You reported propranolol prescribed for headaches does not help and makes you dizzy. You complained the provider stopped your religious diet. You reported the escort who presented on 11/12/2018 was the same officer who assaulted you on 2/13/2018. Action requested was for a transfer to Estelle for Physical Therapy.

Review of your health records indicates you were given appropriate information in the Step 1 response pertaining to your medication, treatment, and dietary concerns, as well as, for request of a cane renewal.   If you feel your situation requires further evaluation you are advised to submit a Sick Call Request to the medical department.

_Religious dietary concerns_ may be addressed to the chaplain at your unit of assignment.  For consideration of a medical transfer, you may submit a request to the facility medical director, who is responsible for determining if a medical transfer or placement on another facility is necessary and will only do so when an offender's medical needs cannot be met on the current unit of assignment.  Security staffing issues are not within the authority of this office and may be directed to the warden's office at your unit of assignment.  No further action is warranted from this office through the grievance process.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

**Signature Authority:** _____                    **Date:** 3|18|19

**Returned because:**   *Resubmit this form when corrections are made.*

☐  1.  Grievable time period has expired.

☐  2.  Illegible/Incomprehensible. *

☐  3.  Originals not submitted. *

☐  4.  Inappropriate/Excessive attachments. *

☐  5.  Malicious use of vulgar, indecent, or physically threatening language. *

☐  6.  Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

RQ-040219

**Texas Department of Criminal Justice,**

STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019109084

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-82 cell

Unit where incident occurred: Michael & Central Grievance Office
Deliberate Indifference / Due Process Violations

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Practice Manager Pam Pace & IO352   When? 3-18-19 / 2-1-19

What was their response? Frivolous Responses on purpose...

What action was taken? No positive action taken for me in Grievance #2019038317 at all!

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Practice Manager Pam Pace & CGO Staff Member IO352 are both violating my Human & Civil Rights together in a conspiracy against my rights that has been ongoing since February 13th 2018 with many others. Neither of them actually did any thing to fix the problems in Grievance #2019038317 or grant any of my requested actions. They have left me in a situation where I'm still denied access to medical care for long periods of time and where my rights continue to be violated non stop which I have reported time & time again for over a year now straight. APR 19 2019

In Grievance #2019038317, 46 days went by before I had access to a medical provider and much longer before I had physical therapy for my knee which did not help due to the fact that the injuries to my right knee have made it where it will never be good again which is on my medical records very clearly. But what about all my other multi-site injuries that still have not been taken care of up to this very day like my back, nose, ribs, hearing etc, and the endless headaches like I have right now as I write this complaint... And my right knee is always in pain along with all the rest and my left testicle is still not taken care of due to my appointments being tampered with on purpose adversely which I've also filed complaints on seperately too. APR 19 2019

For over a solid year I've suffered from many multi-site injuries and have. I'm still having serious problems getting those injuries taken care of up to this very day which I have documented. There's no way to explain lawfully and/or ethically how or why I'm still struggling to get proper medical care after over →

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

G#2019038317
SIF~11518
S2F~030619

APR 1 2019
APR 19 2019
MAY 0 9 2019   APR 19 2019
APR 2019

a year now without making false statements against me which has been
done many many times now against me for over a year straight.

APR 19 2019
APR 19 2019
APR 23 2019

**Action Requested to resolve your Complaint.**
Grant requested actions in Grievance #2019038317, Protect me from Pam Pace & 0352
C.G.O. ~ Stop Conspiracy against my rights! Give me Proper medical care from now on!

Offender Signature: _Tamon Westand_                    Date: _4-15-2019_ APR 19 2019

**Grievance Response:**

Signature Authority: _____                 Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☑ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *          M. Price

**UGI Printed Name/Signature:** _____ Investigator III _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.** R. Rowland / Investigator II

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

**OFFICE USE ONLY**
Initial Submission          UGI Initials:
Grievance #: 2019038317
Screening Criteria Used:
Date Recd from Offender: APR 16 2019
Date Returned to Offender: APR 16 2019
2nd Submission                UGI Initials: MV
Grievance #: 2019109084
Screening Criteria Used: #8 999
Date Recd from Offender: APR 19 2019
Date Returned to Offender: APR 19 2019
3rd Submission              UGI Initials:
Grievance #:
Screening Criteria Used:
Date Recd from Offender: APR 23 2019
Date Returned to Offender: APR 23 2019

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2     OFFENDER
GRIEVANCE FORM

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12A-58cell_

Unit where incident occurred: _Michael_

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2019109084</td></tr>
<tr><td>UGI Recd Date:</td><td>MAY 0 6 2019</td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td colspan="2">RO-052019</td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Grievance Investigators Margaret M. Price, Melissa B. Vixtha, and Rachel R. Roland all violated my Protected Conduct of Filing Grievance #2019109084 by deliberately blocking it from being processed by falsely claiming that it is an issue thats not grievable! That is straight up harassment and retaliation on their part against me on purpose and it is unlawful and unconstitutional. These individuals have been harassing me & retaliating against me for a long time now for me trying to exercise my access to courts rights by filing Fedrally Protected Grievances. Margaret M. Price is the "Supriviser" in the Unit Grievance and most definitely Knows better but she disregards the Law of the Land Systematically. She is supposed to lead by example and honor the Fedral & State Law but she does not on purpose! It's wrong and is seriously agitating to my mental health. Please process this Grievance according to the Fedral & State Law. I've been asking for Protection from all these Investigators who Keep violating my rights non-stop too!

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

**Appendix G**

MAY 0 9 2019

*Carbon Copied*

Offender Signature: _Jamon Hostand_   Date: _5-3-2014_

Grievance Response:

Signature Authority: _____   Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

### OFFICE USE ONLY

Initial Submission                CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ___Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission                CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ___Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission                CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ___Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                Appendix G

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019038362

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Jamon Hestand**     TDCJ # **1343536**

Unit: **Michael**     Housing Assignment: **12 E-72 cell**

Unit where incident occurred: **Michael**

**Denial of Access To Courts Rights / Obstructing Justice**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Grievance Office** When? **10-16,18,22-2018 & 11-01-2018**

What was their response? **Grievable time period has expired**

What action was taken? **Retaliation / Harassment for exercising my Access To Courts Rights...**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance #2019022943 ~ It was deliberately not processed correctly by Investigator Monte P. Nabors & Margaret M. Price. To begin with, none of the Grievances in this series are regular issues at all, in fact, they begin with Criminal activity by Jamadre L. Enge & Barbra C. Neal and then turn into Violations against my protected Conduct of filing Grievances & Retaliation / Harassment for me trying to get legal relief by exercising my access to courts rights, damage of an official document, violations of very well established Policies & Administrative Directives such as BP-03.77 & AD-03.82 which are based off of Fedral & State Laws, then Obstruction of Justice, and conspiracy against my rights... NOV 19 2018   NOV 27 2018

Grievable time period has expired?!? For crimes perpetrated against me by prison staff members?!? For my Access to courts rights being violated?!?---- Seriously?!?--All these involved Grievance Investigators are deliberately violating my rights to try and cover up crimes from February 13th, 2018.

I need my Victims Rights for those crimes on February 13th, 2018 against me. These people involved in my complaints and the ones trying to obstruct Justice are conspiring together against my rights et al. & depriving me of my rights under color of state law... They are using a serious campaign of harassment against me and exacerbating my mental illness... It's extremely depressing & frustrating to be mistreated so badly by these sorry people who torture me non-stop causing me severe mental & emotional pain & suffering...

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

G#2018098098     G#2018151660     G#2019022943
S1F:030518     S1F~     S1F~101618
S2F:031218     S2F~081318     S2F~116318

Appendix F

*Carbon Copied*

NOV 27 2018

DEC 05 2018

Action Requested to resolve your Complaint. *Protection from Michael Unit Grievance Investigators?*
*Victims Rights for crimes against me on February 13th, 2018 ... Investigate my complaints with*
*the O.I.G. properly. Stop violating my Human & Fedral Rights. Quit torturing me.*

NOV 27 2018

Offender Signature: _Jamon Hesant_          Date: _11-16-2018_

DEC 05 2018

**Grievance Response:**

Signature Authority: _____          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired. 11-18

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

M.Vextha M~

UGI Printed Name/Signature: _B. Rodriguez / B. Rodriguez_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: BR

Grievance #: 2019038362

Screening Criteria Used: 999 #1

Date Recd from Offender: NOV 19 2018

Date Returned to Offender: NOV 19 2018

2nd Submission          UGI Initials: W

Grievance #: 2019038362

Screening Criteria Used: 999 #1

Date Recd from Offender: NOV 27 2018

Date Returned to Offender: NOV 27 2018

3rd Submission          UGI Initials: BR

Grievance #: 2019038362

Screening Criteria Used: 999 #1

Date Recd from Offender: DEC 05 2018

Date Returned to Offender: DEC 05 2018

Appendix F

**Texas Department of Criminal Justice**

**STEP 1**   **OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: 2091111850 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12E-82 cell**

Unit where incident occurred: **Systemwide & Michael Unit**

**✱Access To Courts & Due Process Violations**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Unit & Central Grievance Offices**   When? **Since February 13th, 2018**

What was their response? **Unresponsive / Negative / False / Missing / etc.**

What action was taken? **My Protected Conduct of filing Grievances violated for 14 months now!**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Ever since the events on February 13th, 2018 when Prison Employees stole half my property & assaulted and battered me with serious injuries, I have challenged the conditions of my confinement on many levels through the Grievance System "which is well documented" and my Protected Conduct of Filing Grievances has been deliberately violated & I have been subjected to a full Campaign of Harassment & Retaliation for me trying to exercise my access to courts rights systematically by Wardens, Grievance Investigators, Practice Manager over Medical, Central Grievance Officers, Majors, and many other Prison Officials & Staff up to this very day! I have not recieved any actual relief or resolutions for any of my Complaints through the TDCJ-CID Grievance System for Offenders in the last 14 months and counting now! They have not granted any of my requested actions in my entire Grievance File! These Grievance Investigators & Authorities are completely out of control with their corruption as they systematically & deliberately violate the Protected Conduct of Filing Grievances of Incarcerated Persons in a real Conspiracy against our rights to obstruct justice for serious Human & Civil Rights violations. They go out of their ways to cover up terrible conditions of confinement on a regular basis in order to avoid the consequences of actually trying to resolve the Complaints instead of honoring Human & Civil Rights over monetary or property interests. It's torture on a mental, emotional, and physical level that's being fueled by unsuspecting Taxpayers' money of which the Leaders of TDCJ-CID are fully responsible for using ethically & properly so they are supposed to hold their subordinates fully accountable for their actions on a regular basis. So CID Director Lorie Davis, Executive Director Bryan Collier, and Texas →

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   MAY 1 3 2019 (OVER)

Board of Criminal Justice Chairman Dale Wainwright are fully responsible for making sure that any departments within the "TDCJ-CID" that are allocated any Taxpayer money or funds, are using that money effectively, ethically, Humanely, lawfully, etc. for the best interests of the Taxpayers in Society and also to properly treat Prisoners needs & facilitate their return to Society as law abiding members, so there is no possible way these Leaders can not Know that the TDCJ-CID Grievance System is utterly corrupted, inhumane, and completely unconstitutional with years of documentary evidence & Federal Court cases at their disposal but they don't care about the Human & Civil Rights of Taxpayers and Incarcerated Persons like me. They only care about Taxpayers money & property interests.

**Action Requested to resolve your Complaint.** Honor Human & Civil Rights in the TDCJ-CID Grievance System. Independent Oversight over Grievance System with full Public Access. Leaders of TDCJ-CID to hold all Grievance System Staff/Authorities fully accountable for their actions. APR 2 2 2019

**Offender Signature:** _Jamon Wealand_   **Date:** 4-22-2019   MAY 0 2 2019
                                                                    MAY 1 3 2019

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
ate the reason for appeal on the Step 2 Form.

eturned because:   *Resubmit this form when the corrections are made.

] 1.  Grievable time period has expired.
] 2.  Submission in excess of 1 every 7 days. *
] 3.  Originals not submitted. *
] 4.  Inappropriate/Excessive attachments. *
  5.  No documented attempt at informal resolution. *
  6.  No requested relief is stated. *
  7.  Malicious use of vulgar, indecent, or physically threatening language. *
  8.  The issue presented is not grievable.
  9.  Redundant, Refer to grievance # _____
 10.  Illegible/Incomprehensible. *   M. Price
 11.  Inappropriate. *   Investigator III
I Printed Name/Signature:   R. Rowland / Investigator II

lication of the screening criteria for this grievance is not expected to adversely
ct the offender's health.

lical Signature Authority: _____

7 Back (Revised 11-2010)     ( Carbon Copied )

**OFFICE USE ONLY**

| | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | APR 2 2 2019 |
| Date Returned to Offender: | APR 2 2 2019 |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | MAY 0 2 2019 |
| Date Returned to Offender: | MAY 0 2 2019 |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | MAY 1 3 2019 |
| Date Returned to Offender: | MAY 1 3 2019 |

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER
### GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12E-13**

Unit where incident occurred: **Michael**

**1st Amendment/Due Process/Access To Courts Violations**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Investigator's R. Rowland & M. Price   When? 4-22-2019/5-2-13-2019

What was their response? Redundant, Refer to grievance #2019104122

What action was taken? My Protected Conduct of Filing Grievances Violated

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance # 2019111850, Grievance Investigators Rachel K. Rowland & Margaret M. Price have again violated my Due Process Rights, Access To Courts' Rights, and my right to Petition the Government for Redress of Grievances which they have been doing to me for a long time now, especially Margaret M. Price who is the Supervisor in the Grievance Office.

That Grievance was not processed correctly at all in order to obstruct Justice for a massive campaign of harassment & retaliation against all "incarcerated persons' Protected Conduct of Filing Grievances" Systemwide which definitely affects me adversely also. These Investigators purposefully avoided the Office of Inspector General and completely ignored 'AD-03.82' which is based off Federal & State Law and so they are also harassing me and retaliating on me for me trying to exercise my access to courts rights. They are both conspiring together against my rights et al. and agitating my mental illness on purpose. And they ignored all my requested actions again.

I've asked a bunch of times for Protection from the Grievance Investigators here on Michael Unit because they have all violated my Protected Conduct of Filing Grievances for over 15 months straight and my request for Protection from them has been ignored every time and I've been forced to endure further violations against my Human & Civil Rights non-stop from the Grievance Office here on Michael Unit. What can possibly be redundant about an issue that has not been resolved?! It can't be redundant!

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

G# 2019111850
SIF-4-22-2019

MAY 3 1 2019
JUN 1 3 (2019)

JUN 2 7 2019

Appendix F

MAY 3 1 2019
JUN 1 3 2019
JUN 2 7 2019

(Carbon Copied)

Action Requested to resolve your Complaint:
Re-investigate Grievance #201911850 with the OIG and grant my requested actions.
Protection from R.Rowland & M.Price. Stop violating my Protected Conduct.

Offender Signature: _Jamon Blackord_       Date: 5-31-2019

Grievance Response:

MAY 3 1 2019
JUN 2 7 2019

Signature Authority: _____       Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _V. Matlock_
R. Rowland / Investigator II

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

V. Matlock
Investigator II
Michael Unit
V. Matlock

V. Matlock
Investigator II
Michael Unit

OFFICE USE ONLY
Initial Submission       UGI Initials: V.M
Grievance #: 2019131739
Screening Criteria Used: #1, 999
Date Rec'd from Offender: MAY 3 1 2019
Date Returned to Offender: MAY 3 1 2019

2nd Submission       UGI Initials: 
Grievance #:
Screening Criteria Used: JUN 1 3 2019
Date Rec'd from Offender: JUN 1 3 2019
Date Returned to Offender:

3rd Submission       UGI Initials: V.M.
Grievance #: 2019131739
Screening Criteria Used: #1, 999
Date Rec'd from Offender: JUN 2 7 2019
Date Returned to Offender: JUN 2 7 2019

I-127 Back (Revised 11-2010)

Appendix F

**Texas Department of Criminal Justice**

**STEP 1** OFFENDER GRIEVANCE FORM (Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019588169 |
| Date Received: | JUL 2 2 2019 |
| Date Due: | 8/31/19 |
| Grievance Code: | 903 |
| Investigator ID #: | 1806 |
| Extension Date: | 10/10/19 |
| Date Retd to Offender: | OCT 1 4 2019 |
| | RO-101579 |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-18cell

Unit where incident occurred: Michael   12D-17

Access To Courts / Due Process Violations / Etc.

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? M. Price, V. Matlock, R. Rowland, etc.   When? From May 23rd to June 27th 2019

What was their response? Negative & Illegal.

What action was taken? My Protected Conduct of Filing Grievances Violated Deliberately

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In Grievance #'s 2019129033, 2019131746, and 2019131739 my Protected Conduct of Filing Grievances has once again been violated by Grievance Investigators Margaret M. Price, Rachel R. Rowland, and Viveca M. Matlock deliberately as part of the ongoing Conspiracy against my rights here on Michael Unit especially since February 13th 2018 up til now and their most obvious intentions are to obstruct Justice, interfere with my serious attempts to exercise my access to courts rights by continuously violating my due process rights which is full blown harassment & retaliation and is causing me severe mental & emotional trauma & pain. They are torturing me with their illegal & unconstitutional behavior non stop.

   I have not gotten any relief in even a single Grievance I have filed since February 13th 2018 due to the massive corruption here in the Unit Grievance Office and the Central Grievance Office. It's madness and extremely inhumane and it's being done on purpose to interfere with any possible litigation against Prison Officials & Staff on a very regular basis and to obstruct Justice endlessly.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

*(Carbon Copied)*

Action Requested to resolve your Complaint.

Reinvestigate fore mentioned Grievances with the OIG properly. Protect me from fore mentioned Grievance Investigators. Stop Conspiracy against my rights. Make Grievance System Humane.

Offender Signature: _____    Date: 7-18-2019

Grievance Response:

Records reflect that your grievances were viewed and screened for the correct criteria on the back of the I-127. No policy violation noted.

Warden Meador

Signature Authority: _____    Date: 10/10/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8 The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

2nd Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

3rd Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

Appendix F



FEB 28 2020

**Texas Department of Criminal Justice**

**STEP 2**          OFFENDER
                    GRIEVANCE FORM

*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: 2019158869

UGI Recd Date: OCT 28 2019

HQ Recd Date: OCT 31 2019

Date Due: 12-10

Grievance Code: 903

Investigator ID#: 11312

Extension Date: 01-19

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12D-17cell

Unit where incident occurred: Michael          12D43

Grievance # 2019158869          Ro-030220

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

Give reason for appeal (Be Specific)     *I am dissatisfied with the response at Step 1 because...*

It was not investigated properly and all my requested actions were blatantly ignored by Warden Charles O. Meador once again to obstruct Justice against me. This same person has violated my protected conduct of filing Grievance a whole bunch of times and I have very directly asked for Protected from him and all the other involved Grievance Investigators many many times and they still continue to violate my Rights non-stop regardless of how wrong they are! They've been violating my Due Process Rights non-stop from February 13th, 2018 all the way til now! It's truly sick and is absolute torture that is causing me severe mental, emotional, and physical trauma that's building up! These are monsters who do not care at all about Human Rights Whatsoever! They are trying to destroy my chances of being a law abiding citizen by endlessly torturing me illegally! Not even one Grievance from February 13th 2018 up til now has been resolved on my file and a bunch of Grievances have been stolen by these Grievance Investigators which I have very well documented! They are truly sick minded individuals whos actions prove their depravity! I want Protection from every involved Grievance Investigator or Authority who has been violating my Protected Conduct of filing Grievances since February 13th, 2018 up til now in a conspiracy against my rights!

---

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G