<u>Sworn Affidavit:</u>

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case #: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court - Eastern District of Texas - Tyler Division", here-with this affidavit, present "Carbon Copies Of Grievances that Were Stolen by Grievance Investigators as Soon As I Turned Them In The First Time," for the Court to consider and to support the "<u>FACTS</u>" of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 3rd, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536 "