## Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied~)*

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12A-31cell_

Unit where incident occurred: _Michael_

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Investigators_   When? _4-24, 26-2018_

What was their response? _"Grievance #2018098095 was returned unprocessed to you on 3-7-2018_

What action was taken? _Step 1&2 Grievances stolen or deliberately misplaced..._

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

   I Jamon N. Hestand #1343536 from Texas Department of Criminal Justice, being presently incarcerated in Michael Unit in Anderson County, Texas declare under penalty of perjury that the foregoing is true and correct...

   Everything I claimed in Grievance #2018098095 is true. I turned the Step 1 Grievance in on 3-5-2018 regarding illegal activities against by T.D.C.J. employees me. It was returned unprocessed to me on 3-7-2018 improperly screened for being out of time--- Grievance Investigator Brittani F. Rodriguez counted days where Grievances are not collected or investigated in the 15 day time limit-- I tried to explain that and turned the Grievance back in and it was improperly screened again by Grievance Investigator Melissa B. Vixtha and returned to me unprocessed for the same wrong reason--- I was also off the Unit for about 7 days after the crimes against me on 2-13-2018 but that is besides the point...

   I wrote a Step 2 Grievance and made a copy of it. I had already sent a copy of the Step 1 to a Law Firm. So I turned the Original Step 1 and Step 2 in on 3-12-2018. I sent the copy of my Step 2 to the Law Firm again to review along with the Step 1. I waited over 40 days and got no notice of extension so I got concerned and wrote the Unit Grievance Office asking them where Grievance #2018098095 is. I was told the Step 1 was returned to me unprocessed ~ there was no mention of the Step 2 Grievance --- I spoke to Grievance Investigator Brittani F. Rodriguez and she tried to figure out what happened to my Step 2... She could not find the Step 2 Grievance. Both Original Step 1&2 vanished without a trace... Obviously, it was stolen or deliberately misplaced to cover up illegal activities against me on 2-13-2018. Nothing else makes sense...

---

**I-127 Front** (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Grievance Investigator Brittani F. Rodriguez gave me a copy of the missing Step 1 but the ~~Law Firm I'm in contact with has copies of the Step 1 & 2 Grievances~~...

* I need full relief for the illegal activities mentioned in Grievance #2018098095 that includes criminal charges being filed on those who injured me deliberately and violated my Federal Rights, serious money damages payed to me, injunctions to stop bad behavior by prison staff, and public awareness of what is really going on in T.D.C.J... The Office of Inspector General needs to take action and give me my victims' rights as stated in State and Federal Criminal Procedures & Policies...

**Action Requested to resolve your Complaint.** * Full relief as stated in this Grievance... Victim's Rights to be given to me properly... Grievance #2018098095 to be Investigated properly... No more Crimes.

**Offender Signature:** _James Watson_     **Date:** 5-16-2018

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

# Texas Department of Criminal Justice

**STEP 1**  **OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jaman Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-72cell_

Unit where incident occurred: _Michael & Systemwide_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Law Library_   When? _For years and recently on 11-13-2018_

What was their response? _You have utilized the maximum 5 one ounce letters per month for general use._

What action was taken? _My First Admendment Right of Freedom of Speech & Association violated..._

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The restriction on Indigent Correspondence for Personal or General use is completely unconstitutional at only 5 one-ounce domestic letters per month or only 5 .50¢ stamps a month. This very clearly violates my First Admendment Right to Freedom of Speech and Association. It stops me from writing, speaking, expressing myself, or interacting with other people around the world such as family, friends, Religious Groups, Human Rights Organizations, loved ones, potential allies, my Union "IWW", Civil Rights Groups, etc.

Only 5 one-ounce domestic letters per month for Personal or General use is nowhere near enough to satisfy the First Amendment Right to Freedom of Speech and Association. This restriction has been in affect for years now in the Texas Department of Criminal Justice and it clearly violates my rights and the rights of all Indigent incarcerated persons in T.D.C.J. and has nothing to do with the prisons need for security or administrative ease. It is a serious form of major oppression & torture with which has caused me extreme mental & emotional pain and suffering and has added to the agitation of my mental illness and has suppressed my Freedom of Speech and Association non stop for years now which also violates my Human Rights! It's wrong for the Leaders of Texas & T.D.C.J. to violate Human & Civil Rights to save money. Leaders such as ex-Governor Rick Perry, Lt. Governor Dan Patrick, CID Director Lorie Davis, ex-Executive Director Brad Livingston, Executive Director Bryan Collier, and Texas Board of Criminal Justice Dale Wainwright who have violated and/or continue to violate Human & Civil Rights pertaining to this issue in this complaint...

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

(Carbon Copied)

Action Requested to resolve your Complaint: Stop Violating First Amendment Rights of Freedom of Speech and Association by increasing the limit of Personal or General Correspondance to at least 30 letters a month...

Offender Signature: _Jamon Hesting_ Date: 11-28-2018

**Grievance Response:**

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)

Appendix F

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

**Offender Name:** Jamon Hestand      **TDCJ #** 1343536

**Unit:** Michael      **Housing Assignment:** 12E-33cell

**Unit where incident occurred:** Michael

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name, title)?** Grievance Investigators   **When?** 8-2-2018 / 8-23-2018   8-11-2018 / 7-20-2018

**What was their response?** Your allegations could not be substantiated...etc.etc.

**What action was taken?** Grievance # 2018147043 not investigated properly on purpose...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

My Human & Federal Rights are being violated by Warden Charles O. Meador, A.R.D. B. Howard, Major Vernon L. Allen, Chief of Classification Mark A. Sandlin, Lt. Eldrick D. Birdow, the SSI "Junior", Officer Reshetta Lewis, Officer Omuwunmi Kehinde et al while acting under color of State law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring together et al against my rights, depriving me of my rights under color of law, ignoring Federal & State Law and BP-03.77 & AD-03.82 and deliberately avoiding the Office of Inspector General to obstruct Justice & cover up crimes against me, falsifying reports illegally, deliberately ignoring & lying about video evidence to further violate my rights, deliberately victimizing me by tampering with or allowing the tampering with of my food illegally, leaving me in a dangerous environment where I am at substantial risk of personal injury or some other serious or irreparable harm, attempting to provoke me by putting the same inmate "Junior" back into my presence who is the one who gave me the food that made me sick with a message carved into the tray on purpose, tampering with evidence of a crime, using a campaign of harassment & retaliation against me for me trying to exercise my access to courts rights and seek legal relief for crimes perpetrated against me by prison employees on Febuary 13th 2018 here on Michael Unit. Cruel & Unusual punishment by torturing me physically and causing me severe mental & emotional pain & suffering, and also by violating my equal protection of the law rights due to my mental illness that they are deliberately agitating with their non stop illegal actions against me being perpetrated with evil intentions & evil motives...

I-127 Front (Revised 11-2010)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

Appendix F

All Video evidence needs to be reviewed with the Office of In-
spector General and saved for litigation evidence in future proceedings Under
Fedral Guidelines & Procedures regarding evidence of crimes...

_____

_____

_____

_____

Grievance requested to resolve your Complaint
Grievance #'s 2018/47945 and this one fully investigated properly with the "O.I.G." and all my request-
ed actions granted immediately! Conspiracy against my rights to stop now! Video evidence saved!

Offender Signature: _Tamon Hasina_ Date: 9-28-2018

**Grievance Response:**

_____

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

*( Carbon Copied )*

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Rec'd from Offender: _____ |
| Date Returned to Offender: _____ |
| 2ⁿᵈ Submission | UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Rec'd from Offender: _____ |
| Date Returned to Offender: _____ |
| 3ʳᵈ Submission | UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Rec'd from Offender: _____ |
| Date Returned to Offender: _____ |

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

*Carbon Copied*

Offender Name: _Jamon Hestand_      TDCJ # _1343536_

Unit: _Michael_      Housing Assignment: _12 E - 33 cell_

Unit where incident occurred: _Michael_

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Every Officer on duty_ _____ When? _from 6-28-2018 to 8-22-2018_

What was their response? _They signed the Activity Log and left / They Skipped your section_

What action was taken? _Grievance Staff deliberately not picking up grievances systematically._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On A-Pod of 12 Building from 6-28-2018 to 8-10-2018 when I got moved, Grievance Staff deliberately did not pick up Grievances on the following days and time after time either signed the Activity Log and left the Pod without picking up Grievances and writing on the Activity Log that they checked all the Grievance boxes when in fact all they did was leave which is perjury on an Official document: On 6-28-2018, 7-6-2018, 7-10-2018, 7-11-2018, 7-12-2018, 7-13-2018, 7-25-2018, 7-26-2018, 7-27-2018, 8-2-2018, 8-7-2018, 8-8-2018, and 8-10-2018...

The same thing has been happening here on 12 Building E-Pod on: 8-13-2018, 8-14-2018, 8-21-2018, and 8-22-2018...

This illegal behavior violates my Protected Conduct of filing Grievances, violates my due process rights, interferes with my access to courts rights, etc. It is a conspiracy against the rights of me and the mentally ill housed here. It is an attempt to obstruct justice. It is perjury to put a false statement on an Official documents. They did act under color of State Law. ~ This illegal behavior increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 and leaves me & others who are mentally ill at risk of substantial personal injury or could cause other serious or irreparable harm and therefore it is another form of cruel & unusual punishment being perpetrated against the mentally ill and also violates my equal protection of the law rights and is being very deliberately with evil intentions & evil motives! It must be Stopped!

I-127 Front (Revised 11-2010)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

Appendix F

Action Requested to resolve your Complaint. *Fedral Law to be Honored. Penjury to Stop in the Grievance Office ... Stop abusing mentally Ill. Vacancies reviewed and evidence compared to Activity Logs for accuracy and Saved for litigation evidence. Grievances actually picked up for real every day properly. Crimes to stop!*

Offender Signature: *Jamon Gorton*       Date: *8-22-2018*

Grievance Response:

Signature Authority: _____       Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [x] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission       UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission       UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission       UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Back (Revised 11-2010)       Appendix F

*Carbon Copied*

Texas Department of Criminal Justice

# STEP 1

## OFFENDER
## GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Jamon Hestand**       TDCJ # **1343536**

Unit: **Michael**       Housing Assignment: **12 E-33 cell**

Unit where incident occurred: **Michael & Central Grievance Office**
**~ Emergency ~**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Warden Charles O. Meador & CGO J. Smith** When? **7-13-2018 & 8-13-2018**

What was their response? **No policy violation noted / No evidence was found / etc.**

What action was taken? **Criminal activity by mailroom staff covered up by Meador & J. Smith.**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance #2018139077 was not investigated properly at all. The responses from both Warden Charles O. Meador and the Central Grievance Office staff J. Smith "whose name I can hardly read for sure & who did not put their Investigator ID# on the Step 2" are completely false attempts to cover up illegal behavior in the mailroom here on Michael Unit.

Since there's no Investigator ID# on the Step 2 I have to wonder if it was ever even processed at Step 2 or if this is another further attempt to cover up crimes. But either way it's still an attempt to cover up crimes against me! These individuals are conspiring against my rights et al. to cover up major violations of my Federal Rights being perpetrated by Michael Unit mailroom staff.

My Human & Federal Rights are being violated by C.I.D. Director Lorie Davis and T.D.C.J. Executive Director Bryan Collier and Texas Board of Criminal Justice Chairman Dale Wainwright while acting under color of state law by deliberately conspiring together to allow a corrupt Grievance System that constantly violates Federal & State Law by interfering with access to courts, obstructing justice, conspiring against inmates rights, violating Protected Conduct of filing Grievances, cruel & unusual punishment, deliberate indifference & gross negligence, etc.

My Human & Federal Rights are being violated by Warden Charles O. Meador and Central Grievance Office Staff J. Smith while acting under color of State law which greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring et al against my rights to cover up

I-127 Front (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix F

Crimes, deprivation of my rights under color of law, retaliation for my Federally Protected Activities, Obstructing Justice, Falsifying Reports & Documents to cover up crimes, lying about a serious investigation, interfering with my efforts to exercise my access to courts rights, violating my "Protected Conduct" of filing Grievances to hide violations of Fedral & State Law, Cruel & unusual punishment by leaving me in a situation where my rights are being violated without any resolution which exacerbates my mental illness and also violates my equal protection of the law rights, etc. ~ All of which is being done deliberately, with evil intentions & evil motives against my rights ... These individuals are ignoring Fedral & State Law and AD-03.82 regarding Grievance #2018139077

Stop conspiracy against me right now!

**Action Requested to resolve your Complaint.**
Grievance #2018139077 investigated properly with the Office of Inspector General. Stop violating my Human & Fedral Rights immediately! Stop messing with my Legal & Media mail!

**Offender Signature:** _Jamon Flushing_                    **Date:** 9-10-2018

**Grievance Response:**

---

**Signature Authority:** _____                **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
2nd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
3rd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

Appendix F


(Carbon Copied)

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

(Carbon Copied)

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12A-31

Unit where incident occurred: Michael

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Nurse Renbert / Every on duty Officer    When? 7-22-2018 and ever since 6-15-2018

What was their response? Find out what happened

What action was taken? Found out escort staff deliberately skipped my medical appointments again

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Escort Staff on 12 Building keep deliberately denying me my medical appointments non-stop every week. I have been trying to get to medical since 6-15-2018 and had appointments on 7-11,12, and now 19-2018 and that's just the ones I am aware of so far. It's real messed up because it is a conspiracy against my rights by these Staff while acting under color of state law.

I need to get to medical immediately without interference, retaliation, and harassment by Staff who violated my rights and injured me on 2-13-2018 that I still haven't got my Victim's rights for and also whom I should even be anywhere near or their friends or allies. This campaign of illegal harassment needs to be stopped immediately and I do need my Victim's rights for the crimes against me on 2-13-2018 and transfer out of Anderson County immediately...

I need my medical treatment and attention right now!

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix

I want full relief for this illegal behavior - Including money damages, injunctions, prosecution for crimes against me, transfer out of Anderson County, my victims' rights for crimes against me by Staff on 2-13-2018, etc.

_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.** Full relief as requested. Immediate medical care! Activity logs reviewed to find out who skipped me on purpose! Retaliation and Harassment against me to be stopped. My Victims Rights and Transfer.

**Offender Signature:** _Tamron Watson_      **Date:** 7-25-2018

**Grievance Response:**

<br><br><br><br><br><br>

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| | |
|---|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12E-33cell**

Unit where incident occurred: **Michael**

**~ Emergency ~**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Grievance Office/Warden Kempt**   When? **7-31-2018/9-5-2018**

What was their response? **~no substantiating evidence ~ etc~ no action is warranted**

What action was taken? **Warden Kempt deliberately lying & leaving me in danger and my family**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance # 2018173565 is an Emergency Grievance that's supposed to be co-ordinated with the Office of Inspector General which obviously was avoided to cover up Michael O. Casteel's criminal behavior. There's plenty of evidence on video with the security cameras and plenty of witnesses to be found that were on that section on 12 Building A Pod 3 Section at the time of the incident but no effort was even taken to find any of them or question any of them for that matter which is clearly part of any serious investigation into criminal behavior... To deliberately avoid the Office of Inspector General shows evil intentions & evil motives and is clearly part of the conspiracy against my rights here on Michael Unit...

My Human & Federal Rights are being violated by Warden Kempt while acting under color of state law which greatly increases my punishment way above and beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, Obstructing Justice, falsifying official documents to cover up criminal behavior, ignoring Federal & State Law and AD-03.82 by deliberately avoiding the O.I.G. about Grievance # 2018173565, lying about the evidence, violating my due process rights by purposefully interfering with my "Protected Conduct" of filing Grievances, cruel & unusual punishment by torturing me by causing me severe mental pain & suffering and leaving me and my family at serious risk of danger & injury or some other serious or irreparable harm deliberately, violating my equal protection of the law rights and exacerbating my mental illness to the extreme, interfering deliberately with my attempts to exercise my access to courts rights, etc.

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

The criminal conspiracy against my rights needs to be stopped right now. Requested actions on Grievance #2018173565 need to be granted to me immediately without any further interference from T.D.C.J. Officials & Staff here on Michael Unit or elsewhere...

Action Requested to resolve your Complaint: * Protection from those who victimized me on Febuary 13th 2018! Grievance #2018173565 reInvestigated with the O.I.G. properly and requested actions granted immediately! Victims Rights for crimes against me granted for 2-13-2018!

Offender Signature: _Tamon Hasting_            Date: 9-12-2018

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |

Appendix F

( Carbon Copied )

# Texas Department of Criminal Justice

## STEP 1

## OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12E-33 cell**

Unit where incident occurred: **Michael**
~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Grievance Office Staff**   When? **8-25, 27, 29-2018 / 9-6-2018**

What was their response? **Grievable time period has expired**

What action was taken? **Grievance #2018187415 deliberately not processed correctly.**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Margaret M. Price, Monte P. Nabors, and Tammy L. Rainey et al are deliberately ignoring Federal & State Law and BP-03.77 & AD-03.82 to cover up a massive ongoing violation being perpetrated illegally by T.B.C.J. Chairman Dale Wainwright, C.I.D. Director Lorie Davis, and T.D.C.J. Executive Director Bryan Collier in a very serious conspiracy against the rights of all Inmates in Texas Department of Criminal Justice prisons in Texas in order to directly interfere with all access to courts rights and violate the protected Conduct of filing Grievances to Obstruct Justice on purpose illegally & unconstitionally with evil intentions & evil motives as they deliberately deprive us inmates of our rights under color of law to cover up massive corruption Systemwide...

The only reason to hide the Offender Grievance Operations Manual is to hide the contents of it due to it's unconstitutionality. All manuals for each & every department in T.D.C.J. that directly affects prisoners Systemwide on a regular basis with their Human & Federal Rights and even their State Rights must be in the Law Libraries Systemwide. To hide a manual of such value is a direct violation of Due Process of Law, Access To Courts Rights, and constitutes Cruel & unusual punishment by its very real possibility of putting prisoners like myself in situations where we are at substantial risk of personal injury or some other serious or irreparable harm due to the withholding of serious Knowledge that directly pertains to our Human & Federal Rights.

My Human & Federal Rights are now also being violated by Grievance Investig-ators Margaret M. Price, Monte P. Nabors, and Tammy L. Rainey et al while acting ⟶

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

under color of State law which very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by Conspiring against my rights etal, depriving me of my rights under color of laws, Obstructing Justice by ignoring Federal & State Law and BP-03.77 & AD-03.82 to cover up major violations of the same Laws, falsifying records, interfering illeg-ally with access to courts and violating my Protected Conduct of filing Grievances, using a campaign of retaliation & harassment against me for me pursuing legal relief, Cruel & Unusual punishment by torturing me and causing me severe mental & emotional pain & suffering by non stop violating my Human & Federal Rights on a regular basis, etc.

**Action Requested to resolve your Complaint:** Grievance # 2018,18 # IS investigated properly with the O.I.G.. Conspiracy against my rights to be stopped now! J.G.O.M. back in all Law Libraries in T.D.C.J.! Requested actions granted!

Offender Signature: _Jamon Blackwell_                    Date: _4-25-2018_

**Grievance Response:**




**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated: *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

Appendix F

Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12F-33cell__

Unit where incident occurred: __Michael__
   __~Emergency~__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Grievance Office/Staff__   When? __8-26,27,29-2018/9-6-2018__

What was their response? __Submission in excess of 1 every 7 days__

What action was taken? __Grievance # 2018187470 deliberately not processed correctly__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

My Human & Federal Rights are being violated by Grievance Investigators Margaret M. Price, Monte R. Nabors et al while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, obstructing justice by deliberately ignoring Federal & State Law and BP-03.77 & AD-03.82 in order to cover up crimes against me, violating my due process rights by illegally tampering with my Protected Conduct of filing Grievances non stop on purpose, retaliating & harassing against me for me trying to exercise my access to courts rights, Cruel & Unusual Punishment by torturing me by causing me severe mental & emotional pain & suffering and leaving me in a situation where my life is in danger & I am at risk of personal injury or some other serious or irreparable harm, hiding criminal behaviors from the O.I.G. on purpose that are being perpetrated against me, falsifying records to cover up crimes against me, etc.

All of this is being done with evil intentions & evil motives against my rights very deliberately by these individuals forementioned et al and it needs to be stopped immediately!

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

*(Carbon Copied)*

Action Requested to resolve your Complaint. *Crimes against me to Stop! Victims Rights for Febuary 13th 2018 Grievance # 2018185506 & 2018127470 re-investigated, processed, & coordinated with the O.I.G. properly and requested actions given immediately. Protection from all involved Grievance Staff.*

Offender Signature: *Jemon Acostarull*                                           Date: *9-24-2018*

Grievance Response:

Signature Authority: _____                                  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jaman Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael

*~ Emergency ~ *

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office          When? 9-3,6,11,12-2018

What was their response? Submission in excess of 1 every 7 days

What action was taken? Grievance # 2019002595 deliberately not processed correctly.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigator Monte P. Nabors had no business even touching a Griev-
ance that partially complains about his illegal & unethical conduct & violations of my
Human & Federal Rights. This individididual et al are conspiring against my rights
non-stop in a serious campaign of harassment & retaliation against me for pursuing
legal relief for crimes against me and for trying to exercise my access to courts
rights. These criminal staff members are obstructing justice in an attempt to cov-
er of crimes & violations of my rights being perpetrated by prison officials & staff
here on Michael Unit... Once again both Federal & State Law and BP-03.77 & AD-
03.82 have been purposefully ignored and the Office of Inspector General once
again avoided illegally & unprofessionally...

My Human & Federal Rights are being violated by Monte P. Nabors et al in
exactly the same way mentioned in Grievance # 2019002595 which was very
deliberately not processed correctly whatsoever or coordinated with the O.I.G. like
it was supposed to be...

Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

_(Carbon Copied)_

**Action Requested to resolve your Complaint.** Conspiracy against me to stop now!
Grievance #s 2018185506 & 2019002595 investigated & processed correctly with the O.I.G.. Protection
from all involved Grievance Investigators. All requested actions granted. All my Victim's Rights.

**Offender Signature:** _Vernon Newton_                **Date:** 10-1-2018

**Grievance Response:**

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

Appendi

# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12E-33cell

Unit where incident occurred: Michael
~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office          When? 4-3,6,10,12-2018

What was their response? Submission in excess of 1 every 7 days

What action was taken? Grievance #2019002597 not processed correctly on purpose.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Once again Grievance Investigator Tammy L. Rainey has completely ignored Federal & State Law and BP-03.77 & AD-03.82 deliberately in a conspiracy et al against my rights. Grievance #2019002597 is clearly an Emergency Grievance, as was #2018186393 --- both of which were supposed to be coordinated with the Office of Inspector General.

My Human & Federal Rights are being violated by Tammy L. Rainey et al in exactly the same ways mentioned in Grievance #2019002597. These corrupt Grievance Investigators are using a campaign of harassment & retaliation against me because of my attempts to exercise my Access to courts rights to obtain legal relief for crimes & violations against my Federal Rights that have been perpetrated against me by numerous prison officials & staff here on Michael Unit especially from February 13th 2018 up til now and ongoing.

I-127 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

Action Requested to resolve your Complaint. Conspiracy against my rights to stop now!
Grievance #'s 2018186383 & 2019002597 investigated properly with the O.I.G. and all requested
actions granted immediately. Protection from all involved Grievance Investigators.

Offender Signature: _____     Date: 10-1-2018

Grievance Response:

Signature Authority: _____     Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



**Texas Department of Criminal Justice**

## STEP 1   OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

*~ Emergency ~*

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_   When? _9-9, 10, 12, 14 ~2018_

What was their response? _Grievable time period has expired_

What action was taken? _Grievance # 2018181438 & 2019003978 deliberately not processed correctly._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Once again these Grievance Investigators "Margaret M. Price, Tommy L. Rainey, Monte P. Nabors, and Melissa B. Vix tha et al" have deliberately refused to correctly process and investigate my complaints with the Office of Inspector General when it is more than obvious that these complaints meet all Emergency Criterion as outlined very clearly in A.D-03.82 and Federal & State Law. ~ Monte P. Nabors has no business investigating a complaint about himself but it has reached the point where all the Grievance Investigators here on Michael Unit are very deliberately conspiring against my rights non stop et al especially since the crimes against me on Feb- ruary 13th 2018 up til now & ongoing. These fore mentioned individuals are obstruct- ing justice illegally and using a non stop campaign of harassment & retaliation again- st me for me trying to exercise my access to courts rights to obtain legal relief for crimes against me being done by their fellow prison staff members & officials...._

_My Human & Federal Rights are being seriously violated by all the fore mentioned Grievance Investigators et al while acting under color of State law which very greatly increases my punishment way above & beyond what the State Court senten- ced me to on December 2nd 2005 specifically by illegally conspiring against my rights non stop et al, depriving me of my rights under color of State law, obstructing justice, falsifying documents, purposefully ignoring Federal & State Law and BP-03.77 & AD-03.82 to try and cover up crimes & violations of my Human & Federal Rights, Cruel & unusual punishment by torturing me and leaving me in a situation where I am at risk of per- sonal injury or some other serious harm and causing me severe mental & emotional pain and suffering and exacerbating my mental illness & violating my equal protection of the law rights due to my mental illness, violating my access to courts rights by deliberately_

I-127 Front (Revised 11-2010)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

Appendix F

interfering with my protected conduct of filing Grievances, deliberately avoiding the Office of Inspector General about these Emergency complaints, etc.

These criminals acting under color of State law are violating my rights non stop, deliberately, and with evil intentions & evil motives...

Action Requested to resolve your Complaint: Conspiracy against me to stop right now! Grievance #2018181-438 & 2019003978 re-investigated & processed properly with the O.I.G.. Video evidence saved for litigation and all my requested actions granted. Protection from these corrupt Staff.

Offender Signature: _Tamon Hotten_ Date: 10-2-2018

Grievance Response:

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY

Initial Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER
GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Jamon Hostond_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

✱~ Emergency ~✱

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_   When? _4,9,10,12,14-2018_

What was their response? _Grievable time period has expired_

What action was taken? _Grievance # 2018182643 & 2019003965 deliberately not processed correctly._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

These Grievances were not processed correctly, on purpose to once again try to cover up an ongoing crime & major health hazard and also violations of Fedral & State Laws... Grievance Investigators Tammy L. Rainey, Monte P. Nabors, Margaret M. Price, and Melissa B. Vixtha et al keep violating my Protected Conduct of filing Grievances non-stop which plainly violates my access to courts rights which they do deliberately, with evil intentions & evil motives to obstruct justice regarding a major health hazard and major violation of Fedral & State Law. They also ignore AD-03.82 as if it doesn't even exist so not only do they disregard the Law but they also do not care about Board Policies & Administrative Directives within T.D.C.J. that are based upon Fedral & State Laws such as BP-03.77 and AD-03.82, which shows clearly that these complaints are supposed to be coordinated with the Office of Inspector General & the Health Services Division...

Monte P. Nabors once again investigated a complaint about himself again but all these Investigators are completely corrupt & unethical to the point of madness! These are real live criminals acting under color of State law which also violates the rights of taxpayers who pay for these individuals to break Fedral & State Laws non-stop and violate Human & Fedral Rights of incarcerated persons on a regular basis which only makes people worse than ever before as they are violated & treated inhumanely on a continuous basis. These criminal State employees are seriously violating my Human and Fedral Rights to the extreme as they make filing Grievances seem to be a total waste of time except for the Prison Litigation Reform Act that makes it necessary and documentary evidence. Ignorant people like this are the reason Conditions are so bad because when you try to get legal relief to resolve complaints, these lawbreakers go way

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

G#2018182643 & 2019003965
SIF~   SIF~040918
S2F~   S2F~100218

Appendix F

out of their way to try and stonewall you from getting that legal relief... The Grievance System in T.D.C.J. is completely corrupt & useless and that includes the Grievance Staff and it is a huge waste of taxpayers money...

Action Requested to resolve your Complaint: Victims Rights granted immediately. Grievance # 2018182843 & 2019003965 to be investigated properly with the O.I.G. & Health Services Department and requested actions granted. Protection from all forementioned Grievance Staff.

Offender Signature: Ramon Hernandez                          Date: 10-2-2018

Grievance Response:




Signature Authority: _____                          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY

Initial Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2ⁿᵈ Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3ʳᵈ Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_
~ Emergency ~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_    When? _9-10,12,14 - 2018_

What was their response? _Grievable Time period has expired._

What action was taken? _Grievance # 2018181438 & 2019003975 not processed correctly on purpose._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Margaret M. Price, Monte R. Nabors, Melissa B. Vixtha, and Tommy L. Rainey et al are non stop conspiring against my rights while acting under color of state law. They all refuse to process Emergency issues correctly and so they avoid the Office of Inspector General deliberately, regarding actual crimes and harassment & retaliation for exercising access to courts rights. They ignore Federal & State Laws and also disregard "Board Policy-03.77 & AD-03.82"...

Then here goes Monte R. Nabors investigating a Grievance that is partially about himself but now the complaint regards all the Grievance Investigators who are here on Michael Unit currently who have been on a rampage violating my Protected Conduct of filing Grievances non stop especially since February 13th 2018 up til now & ongoing. These individuals forementioned et al are violating my Human & Federal Rights which very greatly increases my punishment way above and beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring et al against my rights, depriving me of my rights under color of law, Obstructing Justice illegally, falsifying documents, violating my Federally Protected Activities, using a "Campaign of Harassment & Retaliation" against me for trying to exercise my access to courts rights, violating my due process by deliberately interfering with my Protected Conduct of filing Grievances, leaving me in a situation where I am at risk of serious injury or some other harm intentionally, torturing me with very cruel & unusual punishment by violating my Human Rights and causing me severe mental & emotion pain & suffering which greatly agitating my mental illness and violates my equal protection of the law rights, etc which they do with very evil intentions and evil motives deliberately and hatefully...

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

These Grievance Investigators have no business investigating complaints that are about themselves and their own criminal behaviors. They are a complete waste of taxpayers money and they make the whole Grievance System Corrupt & useless. As outrageous as this is I know the leaders of this Prison System "C.I.D. Director Lorie Davis, Executive Director Bryan Collier, and T.D.C.J Dale Wainwright are fully aware of the corruption in the Grievance System all these years yet they do nothing to fix the problem that is a major part of the reason there is so much litigation against T.D.C.J officials & staff which cost taxpayers money for their deliberate indifference & gross negligence regarding a massive non-stop violation of access to courts rights & due process rights, etc, etc.

**Action Requested to resolve your Complaint:** Protection from all Michael Unit Grievance Investigators. Grievance # 2018181438 & 2019003175 processed correctly & coordinated with the O.I.G. and all my requested actions granted. Abolish Grievance System & replace with Independent Oversight.

**Offender Signature:** _Jamon Hosants_ **Date:** 10-3-2018

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **2ⁿᵈ Submission** | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **3ʳᵈ Submission** | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |

(Carbon Copied)

Appendix F

## Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12D-43__

Unit where incident occurred: __Michael & Central Grievance Office__
__Due Process, Access To Courts, 1st Amendment Violations__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Pam Pace & CGO-I0352__   When? __10-24-2019 / 12-5-2019__

What was their response? __Negative__

What action was taken? __My Protected Conduct of Filing Grievances Violated & Medical Needs Denied...__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Pam Pace and Central Grievance Officer I-0352 have both violated my Protected Conduct of Filing Grievance #2019168957 in a conspiracy against my rights (which has been ongoing since February 13th, 2018 up til now and ongoing) by deliberately obstructing proper medical care, leaving me in a situation where I am being tortured physically/mentally/emotionally/etc., a campaign of harassment, denying my legitimate requested actions on purpose, investigating my Grievances even though I've asked for protection from them many times, not resolving any of my Grievances they have been involved in, lying on official records, etc. while under color of state law which also greatly increases my punishment above & beyond what the State Court of Texas sentenced me to on December 2nd, 2005...

Grievance #2019168957 was not investigated properly, not resolved, and none of my requested actions were granted at all! I'm still injured right now as I already explained in that Grievance. The Grievance System is not up to Federal Standards as it should be since the Prison Litigation Reform Act demands prisoners exhaust all remedies before filing a 1983 lawsuit which means Grievances are Protected under Federal Law so these individuals have no right to violate my due process rights or access to courts rights whatsoever as they have done in Grievance #2019168957 and throughout my entire Grievance File since February 13th, 2018 up til now.

Both of these individuals give responses that avoid the main topics of the Complaint or make excuses that make no sense in reality... Their responses give no resolution to the Complaints... they don't do anything at all to solve the complaints!

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

G# 2019168957
SIF~ 08089
S2F~ 111914

Appendix F

Case 6:22-cv-00908-JCB-KNM Document 9-1 Filed 03/07/22 Page 30 of 32 PageID #: 916

my medical records until ~~strike~~ ~~with~~ January 23rd, 2020 / It took over 3 months to get my Denist appointment / And there's an enormous record of Prison Officials & Staff harassing, retaliating, tormenting, & torturing me both in my Grievance file & medical records / I've done a bunch of informal resolutions to no affect and when, I write medical a whole bunch of times and can't get help, it's not my fault at all / And here it is March 3rd, 2020 and I am still injured with my lower & upper back, left testicle, right lower ribs, right knee, endless headaches, endless ringing fleifeing sound in both ears, my right nostril broken, my right hand, my right foot, etc. that all keeps me in constant pain & suffering /

**Action Requested to resolve your Complaint.** Protection from them Place & C.I.D - Io352 / Reinvestigation of Grievance # 2019168957 properly / and grant my requested actions / Independent Oversight over Grievance System / Grievance System up to Federal Standard

**Offender Signature:** _Jamen Rayland_      **Date:** _3-3-2020_

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

**Appendix F**

(Carbon Copied)

## Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM
(Carbon Copied)

Offender Name: __Jamon Hestand__    TDCJ # __1343536__

Unit: __Michael__    Housing Assignment: __12D-17cell__

Unit where incident occurred: __Michael & Hospital Galveston__

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __No-one__    When? __12-3-2019__

What was their response? __none__

What action was taken? __none__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I went all the way to Hospital Galveston from Michael Unit for an Orthopedic appointment and never saw anyone for my appointment at all! I've been injured due to Prison Officials & Staff assaulting me and battering me since Febuary 13th, 2018 in several spots on/in my body and still haven't been helped all the way up til now and ongoing for my back and other injuries, they caused me! I've been delayed a bunch of times and even denied proper medical care all the way til now and ongoing. I am forced to live in castant pain and all I've ever been given is Iboprofen which is not even close to adequate for the multi site injuries I'm forced to live with because of hateful Prison Officials & Staff who hurt me on purpose!

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

_(Carbon Copied)_

**Action Requested to resolve your Complaint.** Get me out of prison! proper treatment or/and Steroid treatment for my back and multi-site injuries immediately. Transfer me to a nice medical unit!

**Offender Signature:** _Damon Wheland_                           **Date:** 12-19-2014

**Grievance Response:**




**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

Appendix F

---

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____