


SHIP TO: TYLER TX 75702

USPS TRACKING #
9534 6116 5738 2063 3665 96

Mr. Jamon N. Hestand #1343536
Robertson Unit, 12071 FM 3522
Abilene, Texas 79601 USA

U.S. District Court - Eastern District of Texas
211 W. Ferguson St. Rm. 106
Tyler, Texas 75702 USA

Legal Mail