## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case #: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court - Eastern District of Texas - Tyler Division", here-with this affidavit, present the "Carbon Copies of Grievances that I Managed To Get Grievance #s For But Were Stolen By Grievance Investigators At Step 1 or Step 2 Level Originally So that All I have Left Is these Carbon Copies", for the Court to consider and to support the "FACTS" of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 3rd, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID # 1343536  "