# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: _2018151564_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Jamon Hestand**     TDCJ # **1343536**

Unit: **Michael**     Housing Assignment: **12A-3 cell**

Unit where incident occurred: **Michael**

**~ Medical ~ Emergency ~**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Nurse Robert Gage**     When? **6-7-2018**

What was their response? **Told me I was supposed to go to medical on 10 Building that same day...**

What action was taken? **Denied my medical appointment by Officer Michael Casteel & his co-worker.**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I went to a Nurse sick call on 6-7-2018 and during the meeting with Nurse Robert Gage I found out that I had an appointment to see the Doctor or Provider that same day for the ringing in my ears. The escort Officers with me told me that Officer Michael Casteel and Dawanda Lacy were the ones doing the escorts to 10 Building Medical...

I'm back in my cell waiting all day and the next day on 6-8-2018 and 6-7-2018 and no-one ever came to get me for my medical appointment. Officer Casteel is one of the Officers who participated in the illegal excessive use of force against me on 2-13-2018 where I was seriously injured.

So now Officer Michael Casteel & Dawanda Lacy denied me access to medical treatment for my ringing ears caused by C.O. Casteel and his co-workers on 2-13-2018 which is an issue that I fully intend to seek full legal relief for.

My ears ring with an endless peircing sound that never stops and I need medical attention for it without interference by staff who abused me on 2-13-2018... or any other staff who may be friends with the staff who abused me on 2-13-2018... I have to deal with various injuries and pain on a regular basis on top of ringing in my ears. I do not feel good at all in my head and other injuries so this retaliation seriously needs to stop! Prison Officials may not act with deliberate indifference to a serious medical need. These delays by Prison Guards or staff are making my condition worse and worse. I have chronic and serious pain due to excessive uses of force with serious injuries.

---

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

Added Note * The action requested below clearly seeks protection from Officer M. Casteel who is one of the employees of T.D.C.J. who assaulted & battered me on 2-13-2018 while acting under color of state law.

Added Note:

* I should not even have to be anywhere near the staff who abused me illegally nor should they be allowed to have power to delay or deny my medical treatment for injuries that they caused in the first place!

**Action Requested to resolve your Complaint.** Make sure I get my medical care. Protect me from Officer Michael Casteel and other staff who are or will deny me access to serious medical treatment. Unit transfer away from Anderson County.

**Offender Signature:** _James Robertson_  **Date:** 6-15-2018

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☑ 2. Submission in excess of 1 every 7 days. * 6-19-18 ~ a lie!

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Rodriguez / M. Price    M. Vixtha

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

(Carbon Copied)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: BR

Grievance #: 2018151564

Screening Criteria Used: 899 #2

Date Recd from Offender: JUN 19 2018

Date Returned to Offender: JUN 19 2018

2nd Submission    UGI Initials: MV

Grievance #: 2018151564

Screening Criteria Used: _____

Date Recd from Offender: JUN 25 2018

Date Returned to Offender: JUN 25 2018

3rd Submission    UGI Initials: MP

Grievance #: 2018151564

Screening Criteria Used: _____

Date Recd from Offender: JUN 28 2018

Date Returned to Offender: JUN 28 2018

Appendix F



＊ ⌒Carbon Copied⌒ ＊

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2018151564 |
| UGI Recd Date: | |
| HQ Recd Date: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12A-31cell

Unit where incident occurred: Michael

MEDICAL-EMERGENCY

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).     *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issue or give any relief whatsoever, nor was it even processed properly according to Fedral Law.

Whatever personal agenda or conspiracy by Grievance Investigators or policy of T.D.C.J. allowed by C.I.D. Lorie Davis and/or Executive Director Bryan Collier that is preventing this Grievance #2018151564 from being properly processed, investigation, and requested action given is void under Fedral Law since it obviously opposes the Supreme Law of the Land...

My Fedral & Human Rights are being violated by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, Officer Michael Casteel, Officer Dawonda Lacy, and the Grievance Investigators: Brittani F. Rodriguez, Melissa B. Vixtha, and Margaret M. Price while they acted under color of state law with the Texas Department of Criminal Justice which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 which directly violates the 8th Admendment Prohibition against Cruel & Unusual punishment.

My Fedral & Human Rights have specifically been violated by a conspiracy by foregoing individuals in this complaint against my rights, deprivation of my rights under color of law, obstructing justice, denying me access to courts, violating my equal protection of the law rights, interfering deliberately with my due process rights & Protected Conduct of filing Grievances, leaving me at risk of personal injury or serious irreparable harm, etc.

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

What is being done to me here on Michael Unit since my property was stolen and very excessive use of force was used on me causing serious injuries on 2-13-2018 is a campaign of harassment, terror, and retaliation being done by multiple people acting under conspiracy against my rights under color of law... Since nothing is being done to resolve my Grievances whatsoever then this is also very deliberate indifference & gross negligence against me...

**Offender Signature:** _Jamon Preston_      **Date:** 7-12-2018

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)          **Appendix G**



*(Corbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: **Damon Hestand**          TDCJ #: **1343536**

Unit: **Michael**          Housing Assignment: **12E-33 cell**

Unit where incident occurred: **Michael**

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2018151660</td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the complaint or give the requested action on the Step 1 Grievance. Grievance #2018048098 was not properly screened whatsoever!

Whatever Policy or Personal agenda being perpetrated or allowed by C.I.D. Director Lacie Davis, Executive Director Bryan Collier, Warden Charles O. Meador, or Grievance Investigators Tammy L. Rainey & Brittani F. Rodriguez that is stopping Grievance #s 2018048098 & 2018151660 from being investigated properly and full relief given and the requested actions given, is not only void under Federal Law, but also directly illegal and criminal and therefore directly violates my Human & Civil Rights!

My Human & Federal Rights are being violated by these individuals which also very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring against my rights, obstructing justice, depriving me of my rights under color of law, Cruel & Unusual punishment, violating my equal protection of the law rights, trying to deny me access to Courts, violating due process of law rights, retaliating & harassing me for seeking legal relief, violating my "Protected Conduct" of filing Grievances, allowing criminal activities by prison staff to go unpunished, balling or crumpling my Grievance #2018151660 up before sending it back to me which is deliberately damaging a legal document, denying me my Victim's Rights, etc. while acting under color of State law which is all a major Abuse of Office and Official Oppression and is also very Deliberate Indifference & Gross Negligence and all of this is being done or has been done with evil intentions and

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

evil motives which leaves me in danger of personal injury or serious or irreparable harm.

All Human & Civil Rights violations need to be stopped immediately and full relief needs to be given also.

**Offender Signature:** _Jamon Watson_      **Date:** _8-13-2018_

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)        **Appendix G**

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

Offender Name: *Jamon Hestand*       TDCJ # *1343536*

Unit: *Michael*       Housing Assignment: *12A-31cell*

Unit where incident occurred: *Michael*

**OFFICE USE ONLY**

Grievance #: *2018156424*

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? *Every Officer on duty*      When? *6-20, 21, and 22nd-2018 and 26*

What was their response? *Will look into it / I'll talk to rank / I don't know / etc.*

What action was taken? *Grievance Investigators not picking up Grievances on 12 Building A-Pod 3-Section*

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

*Grievance Investigators did not pick up Grievances on (6-20,21,22,26-2018) deliberately to deny access to courts, violate due process of law, deny equal protection of the law, conspire against my rights & deprive me of my rights under color of law, which is obstructing justice and greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 which also violates the 8th Admendment Prohibition against Cruel & Unusual Punishment. This campaign of harassment needs to stop immediately. My Protected Conduct of filing Grievances is being violated.*

*All Grievances need to be processed and investigated properly according to Federal Law.*

**I-127 Front** (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Grievance System and Staff to stop violating my Fedral Rights with policies & actions that violate & oppose Fedral Law...*

**Offender Signature:** *Jamon Holmes*      **Date:** *6-26-2018*

**Grievance Response:**




**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *****Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☑ 9. Redundant, Refer to grievance # *2018155128*
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** *Margaret Price / B. Rodriguez*

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

*( Carbon Copied )*

Appendix F

---

**OFFICE USE ONLY**

Initial Submission          UGI Initials: *MP*
Grievance #: *2018156424*
Screening Criteria Used: *#9, 999*
Date Recd from Offender: *Jun 27, 2018*
Date Returned to Offender: *Jun 28 2018*

**2ⁿᵈ Submission**          UGI Initials: *MP*
Grievance #: *2018156424*
Screening Criteria Used: *~~#9, 999~~ #9, 999*
Date Recd from Offender: *JUL 2, 2018*
Date Returned to Offender: *JUL 2, 2018*

**3ʳᵈ Submission**          UGI Initials: *BR*
Grievance #: *2018156424*
Screening Criteria Used: *#9, 999*
Date Recd from Offender: *JUL 13 2018*
Date Returned to Offender: *JUL 13 2018*



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: *Jamon Hestand*   TDCJ # *1343536*

Unit: *Michael*   Housing Assignment: *12A-31*

Unit where incident occurred: *Michael*

| OFFICE USE ONLY |
| --- |
| Grievance #: *2018156424* |
| UGI Recd Date: |
| HQ Recd Date: |
| Date Due: |
| Grievance Code: |
| Investigator ID#: |
| Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issue of ongoing criminal activity by Grievance Investigators here on Michael Unit.

Whatever Policy or Personal Agenda that is allowing these Grievance Investigators to not pick up Grievances on a regular basis and/or come onto the Pod and sign the Activity Log and turn around and leave without picking up Grievances or keep this Grievance from being investigated properly is completely against Fedral Law and so therefore is void under Fedral Law and illegal.

My Human & Fedral Rights are being violated by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, and Grievance Investigators Margaret M. Price the Supervisor of the Grievance Office here on Michael Unit and Brittani F. Rodriguez while acting under color of State law for T.D.C.J. which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2003 specifically by Conspiring against my rights, designing a Grievance System deliberately to interfere with access to courts and make it nearly impossible to get any relief for everyday violations of Human & Fedral Rights, Obstructing Justice, Cruel & Unusual Punishment, violating my Equal Protection of the Law Rights, violating my due process rights and my Protected Conduct of Filing Grievances, leaving me in a situation that obviously can put me at risk of personal injury or some other irreparable harm, etc.

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

These Grievance Investigators returned my Step One Grievance 3 times as Redundant so they can get away with Criminal activities. I want video reviewed & saved as evidence for the Fedral Courts to review during litigation. This crime needs to be stopped immediately!

**Offender Signature:** _Tamon_ _____ **Date:** 8-1-2018

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

**Returned because:**      *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

| **OFFICE USE ONLY** | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)

 (Carbon Copied)

**Appendix G**

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Grievance #:</td><td>2018156433</td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td></td></tr>
</table>

Offender Name: _Jamon Hestand_          TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12A-31cell_

Unit where incident occurred: _Michael_

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? _Every Officer on duty / Grievance Office_ When? _From 6-13-2018 to 6-26-2018_

What was their response? _Can't do anything about it / Redundant / Write it up..._

What action was taken? _None ..._

---

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

On the following days & times there were either fires, chemical agents or the strong smell of rotten feces on 12 Building A-Pod : 6-13-2018 at 6:55pm-Fire, 6-13-2018 at 11pm-Fire, 6-15-2018 at 5:10am-Feces/Chemical Agents/Fire, 6-15-2018 at 6:45am-Fire/Rotten Feces, 6-15-2018 at 11:35am-Fire & All day rotten feces smell, 6-16-2018 All day Rotten Feces smell, 6-16-2018 at 7pm-Fire, 6-18-2018 at 5:45pm-Fires, 6-20-2018 at 9:21am-Fire, 6-20-2018 at 4:06pm-Fire/Rotten Dead smell, 6-21-2018 All day Rotten Feces Smell, 6-22-2018 at 7:55am-Fire, 6-23-2018 at 1am-Fire, 6-23-2018 at 6:50pm-Fire, 6-23-2018 at 7pm-Fire, 6-23-2018 at 9pm-Fire "all night smoke", 6-24-2018 at 5:40pm-Fire, 6-26-2018 at 11:15am-Chemical Agents, 6-26-2018 at 1:40pm-Chemical Agents Allday and at 2pm all the sudden a strong smell of dead animal appeared mixed in with the chemical agents all the rest of the day...

The problem is that there is no exhaust vents to pull bad air full of smoke, chemical agents, rotten feces, dead animal smells, mold, etc. out of the building on every section of every Pod on 12 Building on Michael Unit like there is supposed to be according to Fedral Law & State Law. This lack of exhaust vents on 12 Building on every section of every Pod clearly violates several already fully established Laws such as Health & Safety Codes, Building Codes & Standards, and it obviously violates the 8th Amendment Prohibition of Cruel & Unusual Punishment...

I have a right to safe & humane conditions in prison such as very good air quality to breathe and that right is being deliberately violated here on Michael Unit. Whoever the Building Inspectors is or were that keep passing or have passed this 12 Building Inspection for a very long time now have very purposefully ignored this very obvious violation of Fedral and State Law in complete disregard for peoples Health & Safety! So I am being forced to breathe in very bad air with smoke, chemical agents, rotten feces, dead animal smells, etc. on a very regular basis and I suffer greatly from this very Cruel & Unusual Punishment and Violations of

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Fedral & State Law. These violations are and have been done deliberately with evil intentions and evil motives ... Every time these violations happen, I feel terrible!      Appendix F

Lawsuit. Full relief including monetary damages, criminal charges on those who deliberately broke the Law, and injunction to shut down 12 Building until it meets proper standards according to Federal Law such as having exhaust vents on every Section of every Pod on 12 Building on Michael Unit so the air quality is more humane & safe, etc. ~ I want video cameras reveiwed on the dates & times I mentioned in this complaint and data to be saved for Litigation evidence in Federal Court so they can also reveiw the video cameras data about these incidents. I also want pictures taken of every Sections' ceiling to show there are no exhaust vents present on all Pods of 12 Building for more evidence for litigation. ~ All these years gone by with no exhaust vents on 12 Building on every Section of every Pod is massive deliberate indifference & gross negligence to the very extreme!

**Action Requested to resolve your Complaint.** Full relief as stated in this complaint. Video Cameras investigated for incidents mentioned & data saved for evidence with this complaint. 12 Building shut down til it meets proper standards of Federal Law. Exhaust vents installed.

**Offender Signature:** _Jermon Hatchard_      **Date:** 6-27-2018

**Grievance Response:**

**Signature Authority:** _____      **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [x] 9. Redundant, Refer to grievance # 2018145655
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Price / B. Rodriguez

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

---

**OFFICE USE ONLY**

Initial Submission    UGI Initials: MP
Grievance #: 2018156433
Screening Criteria Used: #9, 599
Date Recd from Offender: JUN 28, 2018
Date Returned to Offender: JUN 28, 2018

2nd Submission    UGI Initials: MP
Grievance #: 2018 156433
Screening Criteria Used: #9, 599
Date Recd from Offender: JUL 2, 2018
Date Returned to Offender: JUL 2, 2018

3rd Submission    UGI Initials: BR
Grievance #: 2018156433
Screening Criteria Used: #9, 599
Date Recd from Offender: JUL 13, 2018
Date Returned to Offender: JUL 13, 2018

*(Corban Copied)*

<table>
<tr><td></td><td>OFFICE USE ONLY</td></tr>
</table>

THE STATE OF TEXAS

**Texas Department of Criminal Justice**

# STEP 2

Jomon Hestand

**OFFENDER GRIEVANCE FORM** 1343530

Offender Name: Michael

12A 3 cell

Unit: _____ Housing Assignment: _____

Michael

Unit where incident occurred: _____

**OFFICE USE ONLY**

Grievance #: 2018156433

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal(Be Specific.)    I am dissatisfied with the response at Step 1 because...

It completely failed to resolve the complaint and was not investigated properly whatsoever. Grievance Investigators returned the Step 1 Grievance as Redundant to cover up an ongoing crime and serious Health Hazard where I am very regularly exposed to dangerous carcinogens from multiple issues of very bad air quality because there are no exhaust vents on the ceiling of every section of every pod of 12 Building to pull bad air out of the building in case of fires, chemical agents, feces, dead animal smells, etc. like there is supposed to be according to Fedral Law...

My Human & Fedral Rights are being violated seriously by Margaret M. Price "the Grievance Office Suprivisor on Michael Unit" and Brittani F. Rodriguez while acting under color of State law which also very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 by Conspiring against my rights, Obstructing Justice, denying me access to courts, violating my due process rights and my Protected Conduct of filing Grievances, violating my Equal Protection of the Law Rights, Cruel & Unusual Punishment, and by leaving me in a situation since I got to Michael Unit on April 17th 2017 to now where I am and have been at serious risk of personal injury or other irreparable harm such as cancer or other serious breathing problems...

This is very deliberate indifference and gross negligence...

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

Offender Signature: _____     Date: _____     8-1-2018

**Grievance Response:**

Signature Authority: _____     Date: _____

Returned because:     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                                        Appendix G

**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

*(Carbon Copied)*

Offender Name: Jamon Hestand          TDCJ # 1843536

Unit: Michael          Housing Assignment: 12A-31cell

Unit where incident occurred: Michael

**OFFICE USE ONLY**

Grievance #: 2018173551

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every On duty Officer          When? Since 6-14-2018

What was their response? Short of Staff / I'm busy / I'll get to you later/ etc. mostly Short handed.

What action was taken? No Recreation or Showers on a regular basis

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following days of 2018 there was no recreation or no showers or neither one : 6-14- no rec or Shower, 6-18~ no rec or shower, 6-19~ no rec or shower, 6-20~ no Shower, 6-21~ no rec or shower, 6-22~ no rec or shower, 6-28~ no rec or shower, 6-24~ no rec or shower, 6-30~ no rec or shower, 7-1~ no rec or shower, 7-2- no rec or shower, 7-4~ no rec or shower, 7-5~ no rec, 7-6~ no rec or shower, 7-8~ no rec or shower, 7-11~ no rec or Shower, 7-12~ no Shower, 7-14~ no rec or shower, 7-15~ no rec or shower, 7-16~ no rec or shower, 7-18~ no rec or shower, 7-19~ no rec or shower, 7-20~ no rec or shower, 7-22~ no rec or shower, 7-23- no rec or shower, 7-24~ no rec or shower, 7-25~ no rec or shower, 7-26~ no rec, 7-27~ no rec or showers, 7-28~ no rec or showers, and the list Keep on growing...

This is very Cruel and unusual punishment of mentally ill inmates including myself and goes along with all the other terrible conditions here on Michael Unit on 12 Building in this Solitary Confinement Mental Health Therapeutic Diversion Program that I don't want no part of at all! This is torture and I feel awful ... I can't believe that your orBan Officials will seriously abuse mentally ill Humans who are incarcerated for profit... It's inhumane and It's sick...

If It's this short staffed or the staff that are available are this incompetent then this 12 Building needs to be shut down til there are enough staff to be fully Staffed at all times...

**I-127 Front** (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Appendix F

*(Carbon Copied)*

**Action Requested to resolve your Complaint.** Shut 12 Building down til it can be fully staffed. Review Video data and save it for litigation & evidence. Run recreation & showers on a regular basis.

**Offender Signature:** _Jamon Johnston_ **Date:** 7-30-2018

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _Margaret Price / Tammy Rainey /_
_Monte V. Nabors_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission     UGI Initials: _MP_
Grievance #: _2018173551_
Screening Criteria Used: _#2  544_
Date Recd from Offender: _JUL 31 2018_
Date Returned to Offender: _JUL 31 2018_

**2nd Submission**     UGI Initials: _TR_
Grievance #: _2018173551_
Screening Criteria Used: _544  #2_
Date Recd from Offender: _AUG 6, 2018_
Date Returned to Offender: _AUG 6th 2018_

**3rd Submission**     UGI Initials: _MN_
Grievance #: _2018173551_
Screening Criteria Used: _544 #2_
Date Recd from Offender: _AUG 8, 2018_
Date Returned to Offender: _AUG 8, 2018_

Appendix F



*Carbon Copied*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2018178885 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

**Offender Name:** Jamon Hestand   **TDCJ #** 1343536

**Unit:** Michael   **Housing Assignment:** 12E-33cell

**Unit where incident occurred:** Michael

~ Emergency ~

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the complaint and was not processed according to BP-03.77 & AD-03.82 and Federal & State Law. Grievance #2018178885 is an Emergency Grievance thats supposed to be co-ordinated with the Chaplaincy Department. These Grievance Investigators Margaret M. Price, Tammy L. Rainey, and Monte R. Nabors et al are constantly & deliberately interfering with my protected Conduct of filing Grievances illegally and violating my access to courts rights. This is not an isolated event! It's an ongoing crime being perpetrated against me non stop! Grievance #2018178885 needs to be processed correctly & investigated by the Chaplaincy Department ∞ These crimes against me need to stop immediately!

---

**I-128 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

SEP 19 2018

*Carbon Copied*

Offender Signature: _Jamon Hextall_                                    Date: _4-12-2018_

Grievance Response:

Signature Authority: _____          Date: _____

Returned because:     *Resubmit this form when corrections are made.*

☐  1.  Grievable time period has expired.

☐  2.  Illegible/Incomprehensible.*

☐  3.  Originals not submitted. *

☐  4.  Inappropriate/Excessive attachments.*

☐  5.  Malicious use of vulgar, indecent, or physically threatening language.

☐  6.  Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY |
| --- |
| Initial Submission          CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
|    (check one) ____Screened  ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| 2nd Submission          CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
|    (check one) ____Screened  ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission          CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
|    (check one) ____Screened  ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

**I-128 Back** (Revised 11-2010)                                    Appendix G

Texas Department of Criminal Justice

(Carbon Copied)

# STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2019002595 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office   When? 8-22, 23, 27, 29 -2018

What was their response? Submission in excess of 1 every 7 days

What action was taken? Grievance # 2018185506 not processed according to Federal & State Law & AD-03.82

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Margaret M. Price "the Supervisor", Tammy L. Rainey, and Monte P. Nabors very deliberately violated Federal & State Law and ignored Administrative Directives - 03.82 and refused to process Grievance # 2018185506 as an Emergency Grievance and coordinate it with the Office of Inspector General as demanded by Law. This is not an isolated event. In fact, this criminal behavior has been perpetrated against me non-stop since the crimes against me on Febuary 13th 2018 here on Michael Unit in the Grievance Office where Grievance Staff have conspired against my rights et al on Michael Unit in the attempt to Obstruct Justice illegally by committing more crimes against me to cover-up crimes against me! It's outrageous what these Public Servants are doing to me... It's sad & pitiful and it has me very frustrated & angry inside as they victimize me!

My Human & Federal Rights are being violated deliberately by Margaret M. Price, Tammy L. Rainey, Monte P. Nabors et al while acting under color of State law which also very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al with evil intentions & evil motives to deprive me of my rights under color of law, Causing me severe mental pain & suffering to torture me, Violating my Fedrally Protected Activities, Obstructing Justice by interfering with my access to courts rights & Violating my Protected Conduct of filing Grievances to cover up crimes against me, Perjury on official documents or falsifying reports or official documents to cover up crimes against me, Cruel and unusual punishment by causing me severe mental pain & suffering by covering up crimes against me by committing more crimes against me and victimizing me continuously, violating my due process rights, denying me my Victims Rights for crimes against me, tampering with evidence, refusing to process Grievance # 2018185506 according to Federal

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

& State Law & AD-03.82 to cover up crimes, refusing to coordinate aforementioned Grievance with the O.I.G. as demanded by Law, mistreating me & violating my equal protection of the law rights due to my mental illness and making my mental illness worse, refusing to help me get transfered away from Anderson County to avoid retaliation & harassment, etc.

They did not process Grievance #2018185506 to cover up crimes against me in the mailroom where they have interfered with Legal & Media Mail illegally 4 times now! Covering up crimes & violations of my Human & Federal Rights is a crime in itself and needs to stop immediately!

**Action Requested to resolve your Complaint.** Evidence saved for litigation. Conspiracy against me to stop now. Both this Complaint & Grievance #2018185506 processed as Emergency Grievances & coordinated with the O.I.G. Transfer me away from Anderson County to a medical unit. Protection from Grievance Staff.

**Offender Signature:** _(signature)_                          **Date:** 9-3-2018

**Grievance Response:**

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** Maurie P. Nabors

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

_(Carbon Copied)_

**OFFICE USE ONLY**

Initial Submission          UGI Initials: MN
Grievance #: 2019002595
Screening Criteria Used: 999 #2
Date Recd from Offender: SEP 6-2018
Date Returned to Offender: SEP 6-2018

2nd Submission          UGI Initials: MN
Grievance #: 2019002595
Screening Criteria Used: 999 #2
Date Recd from Offender: SEP 11 2018
Date Returned to Offender: SEP 11 2018

3rd Submission          UGI Initials: MN
Grievance #: 2019002595
Screening Criteria Used: 999 #2
Date Recd from Offender: SEP 12 2018
Date Returned to Offender: SEP 12 2018

Appendix F



*(Carbon Copied)*

Texas Department of Criminal Justice

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2019002595 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: _Jamon Hestand_    TDCJ #: _1343536_

Unit: _Michael_    Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

**\*~ Emergency ~\***

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because..*

It failed to resolve the complaint and once again Federal & State Law and BP-03.77 & AD-03.82 have been completely ignored on purpose in a conspiracy against my rights. Monte P. Nabors wasn't even supposed to touch Grievance #2019002595 at all since he's part of the complaint but every single Grievance Investigator here on Michael Unit has been violating my Human & Federal & State Rights non-stop especially since Febuary 13th 2018 when I had half my property stolen and was assaulted & battered with serious injuries by prison Officials/Staff and ever since these Grievance Investigators have been violating my Protected Conduct of filing Grievances in an attempt to discourage me from exercising my access to courts rights to seek legal relief for crimes against me. They are obstructing justice illegally and it needs to be stopped immediately! All these complaints need to be re-investigated properly with the Office of Inspector General as demanded by AD-03.82 and Federal & State Law...

I need all my requested actions granted immediately...

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Offender Signature: _Jamon Horton_ Date: 10-2-2018

Grievance Response:

Signature Authority: _____ Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

### OFFICE USE ONLY

Initial Submission            CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission            CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission            CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened   ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                           Appendix G

Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

**OFFICE USE ONLY**

Grievance #: _2019002597_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

~ Emergency ~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_    When? _8-22,24,27,29-2018_

What was their response? _Submission in excess of 1 every 7 days_

What action was taken? _Grievance # 2018186383 not processed according to Fedral & State Law and AD-03.82_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Margaret M. Price the Supervisor and Monte P. Nabors very deliberately violated Fedral & State Law and Ignored Administrative Directive-03.82, and refused to process Grievance # 2018186383 as an Emergency Grievance and Coordinate it with the Office of Inspector General as demanded by Law. They did this very deliberately et al to cover-up crimes against me et al in a conspiracy against my rights et al. who are all retaliating against me and harassing me for seeking legal relief & trying to exercise my access to courts rights. This is not an isolated event whatsoever. These Grievance Investigators have been violating my rights non stop since the crimes against me on Febuary 13th 2018 by prison officials & Staff here on Michael Unit. I have Known all along my protected conduct of filing Grievances has been being violated by all the Grievances Investigators here on Michael Unit according to Fedral & State Law, but it recently came to my attention that they are also violating T.D.C.J. Policies and Administrative Directives deliberately to cover up crimes against me, so now I've got to go back and file more Grievances about all the ones where they deliberately processed Emergency Grievances incorrectly as if they were Regular Grievances to Obstruct Justice while acting under Color of State Law.

All Human & Fedral Rights are being violated deliberately by Margaret M. Price, Monte P. Nabors et al while acting under color of state law which also very greatly increases my punishment above & beyond what the State court sentenced me to on December 2nd, 2005 specifically by conspiring together et al against my rights & depriving me of my rights under color of law, Obstructing Justice by covering up crimes against me by misprocessing Emergency issues on purpose to avoid the Office of Inspector General as is

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

demanded by Law, refusing to process Grievance # 2018186393 according to Federal & State Law & A.D.-03.82 as an Emergency Grievance and to coordinate it with the O.I.G., Obstructing Justice by tampering with Official documents to cover up crimes against me, Perjury on Official documents to cover up crimes against me, Violating my Protected Conduct of filing Grievances, violating my due process rights, Cruel & unusual Punishment against me by torture & by committing a crime against me to cover up crimes against me which is causing me severe mental pain & suffering and since they know I am mentally ill they also violate my equal protection of the law rights, interfering with my attempts to exerci-se my access to Courts rights by retaliating on me & harassing me for seeking legal relief, etc. *All of which is being done deliberately with evil intentions & evil motives to harm me All my victims rights granted for all crimes against me. Conspiracy against me to stop immediately, and my rights Action Requested to resolve your Complaint. Both this Grievance & Grievance # 2018186393 to be fully investigated as Emergency Grievances and coordinated with the O.I.G. as demanded by Law & Policy. Evidence saved for litigation. Protection from Grievance Staff.

Offender Signature: _Tommy Rainey_                           Date: _4-3-2018_

Grievance Response:

Signature Authority: _____                 Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _Tommy Rainey_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

_Carbon Copied_

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _TR_
Grievance #: _2019002597_
Screening Criteria Used: _999 #2_
Date Recd from Offender: _SEP 6 -2018_
Date Returned to Offender: _SEP 6 2018_
2nd Submission              UGI Initials: _TR_
Grievance #: _2019002597_
Screening Criteria Used: _999 #2_
Date Recd from Offender: _SEP 10 2018_
Date Returned to Offender: _SEP 10 2018_
3rd Submission              UGI Initials: _TR_
Grievance #: _2019002597_
Screening Criteria Used: _999 #2_
Date Recd from Offender: _SEP 12 2018_
Date Returned to Offender: _SEP 12 2018_

Appendix F



*( Carbon Copied )*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Jamon Hestand_          TDCJ # _1343536_

Unit: _Michael_          Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

*← ~ Emergency ~ →*

| OFFICE USE ONLY | |
|---|---|
| Grievance #: _2019002597_ | |
| UGI Recd Date: _____ | |
| HQ Recd Date: _____ | |
| Date Due: _____ | |
| Grievance Code: _____ | |
| Investigator ID#: _____ | |
| Extension Date: _____ | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the complaints in Grievance #s 2018186383 & 2019002597 and was not processed correctly and coordinated with the Office of Inspector General since these complaints obviously meet the Emergency Criterian outlined in AD-03.82 and Fedral & State Law. These Grievance Investigators involved in these complaints are very deliberately violating my Human & Fedral Rights non-stop in a conspiracy against my rights et al & a campaign of harassment & retaliction against me for my attempts to exercise my access to courts rights to seek legal relief for major violations against my rights. This is an ongoing criminal behavior being perpetrated against me non stop since Febuary 13th 2018 up til now∞

**I-128 Front** (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix G

_(Carbon Copied)_

Offender Signature: _Jamon Harlans_                 Date: _10-2-2018_

**Grievance Response:**




Signature Authority: _____         Date: _____

| Returned because:  *Resubmit this form when corrections are made.* |
| --- |

☐  1. **Grievable time period has expired.**

☐  2. **Illegible/Incomprehensible.***

☐  3. **Originals not submitted. ***

☐  4. **Inappropriate/Excessive attachments.***

☐  5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐  6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**               **CGO Initials:** _____

Date UGI Rec'd:_____

Date CGO Rec'd:_____

(check one) ____Screened      ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**               **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened      ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**               **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened      ____Improperly Submitted

Comments:_____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                                      **Appendix G**

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: _2018002544_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_        TDCJ # _1343536_

Unit: _Michael_        Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

~ Emergency ~

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_        When? _3-5-2018_

What was their response? _The Grievable time period Expired_

What action was taken? _Grievance #2018098095 not processed correctly to cover up crimes_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number, if appropriate.

It has come to my awareness that Grievance Investigators deliberately ignored Federal & State Law and Administrative Directive-03.82 to help cover up the crimes against me on Febuary 13th 2018 where I was seriously injured because of illegal & excessive use of force deliberately by prison Officials & Staff who were acting under color of State Law, in order to obstruct Justice and deny me my Victims Rights. Regarding Grievance #2018098095 --- It is and was an Emergency Grievance that should have been coordinated with the Office of Inspector General as demanded by law! ~Grievance #2018098095 is specifically about excessive force used on me causing me serious injuries and about criminal acts by staff!!!

The Grievance Investigators involved with Grievance #2018098095 directly violated my Human & Fedral Rights & State Rights while acting under color of State law which also very greatly increases my punishment way above & beyond what the State court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al to cover up crimes by prison staff who used excessive chemical agents on me and assaulted & battered me causing serious injuries and denied me proper medical care, depriving me of my rights under color of law to cover up crimes against me on Febuary 13th 2018, Falsifying Records to cover up crimes, Obstructing Justice by deliberately ignoring Fedral & State Law and Administrative Directive-03.82 to incorrectly not process Grievance #2018098095 as an Emergency Grievance and coordinate it with the Office of Inspector General as demanded by Law, violating my due process of law rights and interfering illegally with my Protected Conduct of filing Grievances, retaliating against me for using the Grievance Procedure and harassing me for seeking legal relief by trying to exercise my access to courts rights for

---

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

Appendix F

the crimes against me on February 13th 2018, denying me my Victims Rights, illegally, torturing me with cruel & unusual punishment by forcing me to stay around prison officials & staff who committed serious crimes against me that seriously injured me and by leaving me at risk of personal injury or some other serious or irreparable harm and by causing me severe mental & emotional pain & suffering under color of law and by covering up crimes on 2-13-2018 where I was seriously injured, violating my equal protection of the law rights due to my mental ill by trying to take advantage of me like I'm some sort of retard or something, tampering with evidence of a serious crime against me which they cancelled illegally from Law Enforcement Agencies such as the O.I.G.. All this was done deliberately with evil intentions & evil motives...

I save evidence for Litigation Complaints. Stop conspiracy against me immediately. Protection from corruption. Fully investigate Emergency Grievance #2018098045 with the O.I.G. properly. Give me my Victims Rights for the crimes against me on February 13th, 2018. Transfer me away from Anderson County.

Offender Signature: _Tammy Hestand_   Date: 9-3-2018

**Grievance Response:**

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Tammy Rainey / Margaret Price_
_Montie V. Nabors_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

**OFFICE USE ONLY**

Initial Submission   UGI Initials: TR
Grievance #: 2014002594
Screening Criteria Used: 999 #1
Date Recd from Offender: SEP 6 - 2018
Date Returned to Offender: SEP 6 - 2018

2nd Submission   UGI Initials: MP
Grievance #: 2019002594
Screening Criteria Used: #1, 999
Date Recd from Offender: SEP 10 2018
Date Returned to Offender: SEP 10 2018

3rd Submission   UGI Initials: MN
Grievance #: 2019002599
Screening Criteria Used: #1, 999
Date Recd from Offender: SEP 12 2018
Date Returned to Offender: SEP 12 2018

Appendix F



*(Carbon Copied)*

Texas Department of Criminal Justice

# STEP 2

## OFFENDER
## GRIEVANCE FORM

Offender Name: _Jamon Hestand_          TDCJ #: _1343536_

Unit: _Michael_          Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

**∗∼ Emergency ∼∗**

**OFFICE USE ONLY**

Grievance #: _2019002599_

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

Grievance Investigators Tammy L. Rainey, Margaret M. Price, and Monte P. Nabors et al are non stop conspiring against my rights deliberately to obstruct Justice for crimes committed against me on February 13th 2018 by several prison officials and staff by ignoring Federal & State Law and BP-03.77 & AD-03.82 and refusing to coordinate Emergency Grievance #s 2018098095 & 2019002599 with the Office of Inspector General as demanded since these complaints refer to actual Criminal activity by prison employees perpetrated against me! I want all my Victims Rights for each & every crime against me from February 13th 2018 up til now that has been done by prison officials & staff while acting under color of State law against me & my rights illegally...

    These forementioned Complaints need to be fully investigated properly with the Office of Inspector General and all the requested actions granted to/ for me immediately! There is no legal excuse for denying me my rights under color of law. The actions of these forementioned Grievance Investigators are illegal and highly unethical and fully intended to violate my Human & Federal Rights! I fully intend to make sure that these individuals et al who are violating my rights pay the legal consequences for their inhumane & illegal behaviors against me! They know they are doing wrong on purpose but they continue to do it anyways with evil intentions & evil motives against me to interfere with my access to courts rights to try and pressure me into giving up my Victims Rights & cover up the crimes perpetrated against me on February 13th 2018 up til

I-128 Front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

Appendix G

(Carbon Copied)

now. These Grievance Investigators keep violating my rights non stop to cover up crimes and when they do that, they are committing a crime themselves each & every time they do it by using a real campaign of retaliation & harassment against me for seeking legal relief for crimes against me done by other employees of the State.

Offender Signature: _Jermon Husted_      Date: 9-28-2018

**Grievance Response:**

Signature Authority:_____     Date:_____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission    CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission    CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission    CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                          Appendix G

Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019003965

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael

~ Emergency ~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office          When? 8-15,17,22,24-2018

What was their response? Submission in excess of 1 every 7 days

What action was taken? Grievance # 2018182643 not processed according to A.D.-03.82

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Once again Grievance Investigators Tammy L. Rainey & Monte P. Nabors did not process a complaint of mine this time regarding not only an ongoing crime but also a serious health hazard. Grievance #2018182643 is not a regular grievance at all! It should be processed as Emergency and coordinated with the Office of Inspector General and the Health Services Division as demanded in A.D.-03.82 ... As a matter fact, there is nothing regular about the grievance I wrote at all regarding terrible air quality that I am being forced to endure on a continuous basis! This is a huge violation of Federal & State Law that needs to be fixed immediately!

My Human & Federal Rights are being violated by Tammy L. Rainey & Monte P. Nabors et al while acting under color of State law which also greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, ignoring Federal & State Law and A.D.-03.82 in order to cover up an ongoing crime & health hazard, forcing me to endure very bad air quality on a regular basis which is cruel & unusual punishment, torturing me physically and causing me severe mental pain & suffering by violating my protected conduct of filing Grievances to cover up an ongoing crime & health hazard and leaving me here to continue to suffer from it, Obstructing Justice, denying me access to courts without interference, deliberate indifference & gross negligence, violating my equal protection of the law rights by agitating my mental illness non stop, etc. ~ All of which is being done with evil intentions & evil motives...

1-127 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

*(Carbon Copied)*

Action Requested to resolve your complaint: Stop violating my rights! Protect me from Grievance Investigators fore-mentioned! Grievance # 2018002643 to be Investigated properly with the O.I.G. & Health Services Division. Grant Actions Requested immediately. Transfer me away from Anderson County Immediately.

Offender Signature: _Tamer Kerane_     Date: 9-9-2018

Grievance Response:

Signature Authority: _____     Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _M. Price   /M. Nichols_
_Melissa D. Vixtha_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: MP</td></tr>
<tr><td colspan="2">Grievance #: 2019003965</td></tr>
<tr><td colspan="2">Screening Criteria Used: #1, 999</td></tr>
<tr><td colspan="2">Date Recd from Offender: SEP 10 2018</td></tr>
<tr><td colspan="2">Date Returned to Offender: SEP 10 2018</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: MN</td></tr>
<tr><td colspan="2">Grievance #: 2019003965</td></tr>
<tr><td colspan="2">Screening Criteria Used: #1, 999</td></tr>
<tr><td colspan="2">Date Recd from Offender: SEP 12 2018</td></tr>
<tr><td colspan="2">Date Returned to Offender: SEP 12 2018</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: MV</td></tr>
<tr><td colspan="2">Grievance #: 2019003965</td></tr>
<tr><td colspan="2">Screening Criteria Used: #1, 999</td></tr>
<tr><td colspan="2">Date Recd from Offender: SEP 14 2018</td></tr>
<tr><td colspan="2">Date Returned to Offender: SEP 14 2018</td></tr>
</table>

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019003965 |
| UGI Recd Date: | |
| HQ Recd Date: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

~Emergency~

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the issues whatsoever especially since all these involved Grievance Investigators keep violating my Protected Conduct of filing Grievances & interfering deliberately with my attempts to exercise my access to courts rights to seek legal relief for these forementioned Crimes & violations in Grievance # 2018182643 & 2019003965. These individuals et al are conspiring against my rights non-stop especially since Febuary 13th 2018 up til now and ongoing in seemingly endless attempts to obstruct justice illegally & unethically. I want all my Victims Rights for each and every crime against me perpetrated by employees of Texas acting under color of State law in T.D.C.J. here at the Michael Unit!

---

**I-128 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

*Carbon Copied*

**Offender Signature:** _Jamon Hostand_   **Date:** _10-2-2018_

**Grievance Response:**




**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                              **Appendix G**

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

| OFFICE USE ONLY |
|---|
| Grievance #: _2018003978_ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-33_

Unit where incident occurred: _Michael_

~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_   When? _8-14,15,22,24-2018_

What was their response? _Submission in excess of 1 every 7 days_

What action was taken? _Grievance # 2018181438 not processed according to Federal & State Law_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance # 2018181438 is clearly an Emergency Grievance that is supposed to be coordinated with the Office of Inspector General and regards an ongoing problem that I have faced 4 times now!!! This is another outrageous attempt to cover up crimes against me by Grievance Investigators Tammy L. Rainey & Monte P. Nabors et al. who have participated willingly in the conspiracy against my rights especially ever since the crimes perpetrated against me on Febuary 13th 2018! The continuous actions of these individuals are criminal in nature and very unethical.

My Human & Fedral Rights are being deliberately violated by Grievance Investigators Tammy L. Rainey & Monte P. Nabors et al while acting under color of state law which also very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights with others illegally, depriving me of my rights under color of law, deliberately obstructing justice by ignoring Fedral & State Law and Administrative Directive-03.82 and intentionally misprocessing Grievance # 2018181438 to avoid it being an Emergency Grievance which must be coordinated with the O.I.G. as demanded by Law, falsifying Reports to cover up crimes against me, violating my due process rights by interfering with my "protected Conduct" of filing Grievance in order to obstruct my efforts to exercise my access to courts rights, leaving me in a situation where I am at risk of serious personal injury or some other serious or irreparable harm, torturing me & causing me severe mental pain & suffering by committing crimes against me to cover up crimes against me when my food & trays are being tampered with by Prison Staff here on Michael Unit, violating my equal protection of the law rights by exacerbating my mental illness by deliberately violating my Human & Fedral Rights, etc...

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

Conspiracy against me to stop now! Victims Rights for crimes against me on 2-12-2018/
Action Requested to resolve your Complaint.
Grievance # 2018814438 to be processed as Emergency, & Coordinated with the O.I.G./ Video evidence
Saved for litigation. Transfer me away from Anderson County. Protection from corrupt staff...

Offender Signature: _James Wadking_                    Date: _4-9-2018_

**Grievance Response:**

Signature Authority: _____                    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Margaret Price/Monte D. Nobus_
_Melissa B. Vixtha_

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

**I-127 Back** (Revised 11-2010)

_( Carbon Copied )_

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _MP_
Grievance #: _2019003478_
Screening Criteria Used: _#1, 444_
Date Recd from Offender: _SEP 10 2018_
Date Returned to Offender: _SEP 10 2018_

2nd Submission          UGI Initials: _MN_
Grievance #: _2019003478_
Screening Criteria Used: _#1, 444_
Date Recd from Offender: _SEP 12 2018_
Date Returned to Offender: _SEP 12 2018_

3rd Submission          UGI Initials: _MV_
Grievance #: _2019003478_
Screening Criteria Used: _#1, 444_
Date Recd from Offender: _SEP 14 2018_
Date Returned to Offender: _SEP 14 2018_

Appendix F



*Carbon Copied*

**Texas Department of Criminal Justice**

# STEP 2          OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2014003978

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael

~Emergency~

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the Complaints in Grievance # 2018181438 & 2014003978 both of which fully meet the Emergency Criterion set forth in AD-03.82 and Fedial & State Law but these Grievance Investigators involved in or with these complaints are conspiring against my rights et al, non stop to cover up crimes against me. They know they are doing wrong but they don't care about Fedral & State Law or BP-03.77 & AD-03.82 as long as they can obstruct justice and intefere with my access to courts rights non stop Illegally. Every single Grievance Investigator here on Michael Unit is depriving me of my rights under color of law and it seriously needs to be stopped. All they are doing is getting themselves deeper and deeper into serious legal trouble non-stop...

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

*Carbon Copied*

Offender Signature: *Jamon Hastent*          Date: 10-2-2018

Grievance Response:

Signature Authority: _____          Date: _____

Returned because:     *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible.*
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments.*
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language.
- [ ] 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one)____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    Appendix G



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019014144 |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12 E - 33 cell_

Unit where incident occurred: _Michael_

~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office Staff_     When? _9-3,6,10,12 ~ 2018_

What was their response? _Grievable time period has expired_

What action was taken? _Grievance # 2019002599 not processed correctly at all on purpose_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Grievance # 2019002599, regarding Grievance # 2018098095 which regards crimes against me on Febuary 13th 2018 that were perpetrated by prison Officials & staff acting under color of state law, was not processed correctly at all on purpose in the attempt to obstruct justice and conspire against my rights et al._

_My Human & Fedral Rights are being violated by Grievance Investigators Tammy L. Rainey, Margaret M. Price, and Monte R. Nabors et al while acting under color of State law which very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, deliberatly Obstructing Justice to cover up the crimes against me on Febuary 13th 2018, ignoring Fedral & State Laws and BP-03.77 & AD-03.82 and also refusing to coordinate these Grievances with the Office of Inspector General as demanded for any complaints about criminal acts by staff or harassment/retaliation for exercising access to courts rights including "excessive uses of force" all of which are Emergency Grievances, illegally falsifying reports to cover crimes for other prison staff against me intentionally, denying me my Victims Rights for the crimes against me on Febuary 13th 2018, violating my due process of law rights by deliberately interfering with my protected Conduct of filing Grievances, using a Compaign of harassment & retaliation to interfere with my attempts to obtain legal relief for crimes against me & use my access to courts rights, leaving me in a situation where I am most definitely at serious risk of injury or some other serious or irreparable harm, cruel & unusual punishment & torture by allowing and/or causing me severe physical/mental and emotional pain & suffering and also violating my equal protection of the law rights_

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

and seriously exacerbating my mental illness non stop, etc with very evil intentions and evil motives et al against me illegally...

This is not anywhere even near being an isolated event! These criminal Grievance Investigators keep committing crimes against me & violating my Human & Federal Rights on a very regular basis since Febuary 13th 2018 til now! It needs to be stopped immediately! I want full Legal Relief for all these crimes against me being done by each & every prison official & Staff member involved in the conspiracy against my rights...

Action Requested to resolve your Complaint: Protection from these forementioned Grievance Staff... Grievance #'s 2018098095 & 2019022549 fully investigated properly with the O.I.G. as demanded by Law! Requested Actions granted immediately! Conspiracy against me to stop now!

Offender Signature: _Joseph W. Smith_  Date: 9-27-2018

Grievance Response:

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: _____ *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _M. Price / M. T. Rainey_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission    UGI Initials: MP
Grievance #: 2019014144
Screening Criteria Used: #1   999
Date Recd from Offender: OCT 1 2018
Date Returned to Offender: OCT 1 2018
2nd Submission    UGI Initials: TR
Grievance #: 2019014144
Screening Criteria Used: 999   #1
Date Recd from Offender: OCT 3 2018
Date Returned to Offender: OCT 3 2018
3rd Submission    UGI Initials: TR
Grievance #: 2019014144
Screening Criteria Used: 999 #1
Date Recd from Offender: OCT 8 2018
Date Returned to Offender: OCT 8 2018

Appendix F



*Carbon Copied*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2019014144 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: __Jamon Hestand__    TDCJ # __1343536__

Unit: __Michael__    Housing Assignment: __12E-33 cell__

Unit where incident occurred: __Michael & Central Grievance Office__
__Regarding Grievance #2018098095/2019002599/2019014144__

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

the responses are false. These complaints about crimes committed against me by prison staff & harassment/retaliation for trying to exercise my access to courts rights were not processed correctly at all on purpose by Grievance Investigators Margaret M. Price & Tammy L. Rainey who had no business touching a complaint that also involves themselves. These individuals have been conspiring against my Human & Federal Rights with others non-stop since February 13th, 2018 up til now and Obstructing Justice for crimes committed against me by prison staff including themselves. Emergency Grievances do not have any screening criteria that has been used against me in Grievance #2018098095/2019002599/ and #2019014144 which are about illegal exessive use of force, crimes by staff, and retaliation & harassment for trying to exercise my access to courts rights. AD-03.82 clearly shows I am in the right and that the Office of Inspector General was deliberately avoided to obstruct Justice by foresaid individuals et al. ~ I want all my Victims' Rights for each & every single crime committed against me by all involved prison officials & staff from February 13th 2018 up til now... I am in the right and I want Justice for these crimes against me and I refuse to stop until I get that Justice! Yáll can't punish me for breaking the law while yáll break the law to peices! That's hypocricy! Anyone who represents the law, must also follow the law themselves and uphold themselves with ethical conduct...

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

*Carbon Copied*

I need to speak with the Office of Inspector General as soon as possible!

**Offender Signature:** _Jamon Hartout_                           **Date:** 10-17-2018

**Grievance Response:**

**Signature Authority:** _____                 **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**                    **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**                        **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**                        **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                                 Appendix G

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY |
|---|
| Grievance #: _2019067572_ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-62cell_

Unit where incident occurred: _Michael_

_Obstructing Justice / Access To Courts Rights_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Warden Pennie Kempt & ARD-C McKellar_   When? _09-05-2018 / 11-12-2018_

What was their response? _Negative_

What action was taken? _They both obstructed justice for Casteel threatening me & my family..._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Aside from the witness statements sworn under penalty of perjury, sitting at the "T.J. Soloman Law Group PLLC" already, these individuals who were supposed to investigate "Grievance #2018173565" both deliberately avoided the video surveilance footage which very clearly showed the actuality of my claims regarding the altercation between Michael O. Casteel and myself. But not only did they purposefully avoid the video Data & ignore my requested actions which included saving the Video Data for that incident but they also ignored AD-03.82 and avoided the Office of Inspector General which violates Federal & State Law very clearly..._

_My Human & Civil Rights are being violated by Warden Pennie Kempt and ARD-C McKellar while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring together with others against my rights, deliberately obstructing justice and tampering with evidence, making false statements about there being no evidence to support my allegations of threats by Michael O. Casteel when the whole situation was on video surveilance footage the whole time, causing me mental & emotional pain & suffering which further agitates my mental illness, leaving me in a situation where my Life & Liberty are endangered and ignoring the safety of my Family, ignoring my very legitimate requested actions completely without any regard for my Human & Civil Rights and/or Federal & State Law, etc. which has all been done with very evil intentions & evil motives on a campaign of retaliation & harassment for me trying to exercise my access to courts ~_

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

G # 2018173565
S1F ~ 073118
S2F ~ 091818

Appendix F

rights and use my Protected Conduct of filing Grievances to seek and obtain Legal Relief for the violations against me...

I was on medical chain from 1-15-2019 to 1-17-2019 and did not receive the Step 1&2 back until 1-03-2019...

Action Requested to resolve your Complaint. Save Video evidence when requested to do so in complaint. Stop Conspiracy against my rights. Re-investigate Grievance #2018173565 with the O.I.G. and grant my requested actions immediately. Increase retention of Video Data to at least one year.

Offender Signature: _Tamon Hartman_          Date: _1-18-2019_

Grievance Response:

Signature Authority: _____          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [x] 8. The issue presented is not grievable. *
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Margaret Price_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

Appendix F

| OFFICE USE ONLY | | |
|---|---|---|
| Initial Submission | UGI Initials: MP | |
| Grievance #: | 2019067572 | |
| Screening Criteria Used: | #8 , 999 | |
| Date Rec'd from Offender: | JAN 22 | 2018 |
| Date Returned to Offender: | JAN 22 | 2019 |
| 2nd Submission | UGI Initials: MP | |
| Grievance #: | 2019067572 | |
| Screening Criteria Used: | #8 999 | |
| Date Rec'd from Offender: | FEB 06 | 2019 |
| Date Returned to Offender: | FEB 06 | 2019 |
| 3rd Submission | UGI Initials: | |
| Grievance #: | | |
| Screening Criteria Used: | | |
| Date Rec'd from Offender: | | |
| Date Returned to Offender: | | |

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019067578 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12E-62cell__

Unit where incident occurred: __Michael__

__Bad Air Quality / No Exhaust Vents For Bad Air__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Wardens / Every On Duty Officer / etc.__   When? __From 11-15-2018 to 1-19-2019__

What was their response? __Negative / The Exhaust Fans are working fine / Cant do anything / etc.__

What action was taken? __Forced to breathe very bad air on a regular basis__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

As best as I could keep track of, on the following days & times the air quality was truly terrible due to fires & smoke, Chemical agents, Feces, dead animals, etc. and the fact that there are no exhaust vents built into the roofs of every section of every Pod of 12 Building to remove bad air when necessary: 11-15-2018 at 2:50pm "Fire" ~ 11-16-2018 "6:15pm" Fire ~ 11-17-2018 "9:21pm Fire" ~ 11-18-2018 "1:50pm Fire" ~ 11-18-2018 "9pm Fire" ~ 11-23-2018 "8:05am Chemical agents / dead animal smell all day ~ 11-24-2018 "all day death smell" ~ 11-25-2018 "death smell & 9:44pm Fire" ~ 11-26-2018 "death smell all day" ~ 11-27-2018 "death smell" ~ 11-28-2018 "7:21pm Fire" ~ 12-1-2018 "6pm Fire & Smoke for several hours" ~ 12-9-2018 "11:50am Fire" ~ 12-10-2018 "8:45pm Fire" ~ 12-13-2018 "5:12pm Fire" ~ 12-15-2018 "9:05pm Fire" ~ 12-18-2018 "10:30am Fire" ~ 12-19-2018 "all morning smoke" ~ 12-20-2018 "12:45pm Chemical Agents" ~ 12-22-2018 "4:48pm Chemical Agents Several Hours real bad" ~ 12-24-2018 "All day feces & smoke" ~ 12-30-2018 "5:25pm Fire" ~ 12-31-2018 "All day smoke" ~ 1-1-2019 "All day fires" ~ 1-3-2019 "2pm Fires" ~ 1-4-2019 "3:30pm Fires" ~ 1-8-2019 "5:50pm Fire" ~ 1-10-2019 "7:21pm Fire" ~ 1-11-2019 "6:50pm Fire" ~ 1-12-2019 "5pm terrible smoke for hours" ~ 1-13-2019 "4:35pm Fire" ~ 1-18-2019 "Feces All Day" ~ 1-19-2019 "2pm Fire & Feces all day," ~-- All on 12 Building E-Pod... and there is mold in the cell walls & dust in the ventilation system every single day non stop...

    It's miserable to the extreme on a regular basis and agitates my mental illness and gives me major sinus & breathing problems. Sometimes it's bad and other times it's worse but also, I have been filing complaints about this serious problems for quite same time and so the Prison Officials are fully aware of this serious Health Hazard that violates Federal & State Law but ~→

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

they dont care about the Law of the Land or about Human Rights at all if
they can save money or make money regardless of the suffering it
causes to incarcerated persons here on Michael Unit 12 Building and it
most definitely affects everyone present each day adversely healthwise...

Action Requested to resolve your Complaint. transfer me to a medical unit like Estelle Unit
Shut down 12 Building until exhaust vents are installed on the roof of every section of every pod on
12 Building, dust removed from air ducts, and mold removed from cell walls continuously...

Offender Signature: _Jermon Washington_          Date: 1-21-2019

Grievance Response:

Signature Authority: _____          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [x] 9. Redundant, Refer to grievance # _2018145655_
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Margaret M. Price_

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

_(Carbon Copied)_

Appendix F

OFFICE USE ONLY

Initial Submission      UGI Initials: _MP_
Grievance #: _2019067578_
Screening Criteria Used: #9 , 599
Date Recd from Offender: JAN 22 2019
Date Returned to Offender: JAN 22 2019
2nd Submission          UGI Initials: _MP_
Grievance #: _2019067578_
Screening Criteria Used: #9 , 599
Date Recd from Offender: FEB 06 2019
Date Returned to Offender: FEB 06 2019
3rd Submission          UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: _2019099044_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12D-33_

Unit where incident occurred: _Michael_
_Infestation & Unsanitary Conditions / Health Hazard_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.     _3-26-2019_

Who did you talk to (name, title)? _Every On Duty Officer_     When? _Every Single Day_

What was their response? _Write it up / Sorry, can't do nothing about it / etc._

What action was taken? _Infestation of mice, cockroaches, and spiders..._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_There's an infestation of mice, cockroaches, and spiders here on 12 Building D-Pod. These creatures are everywhere. There's spiders all throughout my cell in the lockers, under the bunk, on the ceiling, etc.. Cockroaches crawl on every surface, including on cups, bowls, toothbrushes, sink, spoons, etc.. Mice are in & out the cells constantly. The entire enviroment is unsanitary and a health hazard due to these animals creeping around constantly urinating & defecating all over the place non stop and it's always a possibility of getting a spider bite too at any time. When I'm trying to sleep I can feel them crawling on me from time to time on a regular basis. It's madness! And it's messing with my mind in a bad way! No-one is taking care of this pest problem at all!_

1-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

*All incarcerated persons on 12 Building are witnesses of this complaint...

(Carbon Copied)

Action Requested to resolve your Complaint.

Get rid of the infestation of mice, cockroaches, and spiders on 12 Building. Shut 12 Building down until it meets actual Health & Safety Standards under Federal & State Law.

Offender Signature: _James Heartland_     Date: 3-26-2019

Grievance Response:

Signature Authority: _____     Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [X] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Melissa Vixtha / Rachel Rowland_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: MV |
| Grievance #: 2019099044 | |
| Screening Criteria Used: #2   599 | |
| Date Recd from Offender: MAR 26 2019 | |
| Date Returned to Offender: MAR 26 2019 | |
| 2nd Submission | UGI Initials: RR |
| Grievance #: 2019099044 | |
| Screening Criteria Used: 2   599 | |
| Date Recd from Offender: APR 3 2019 | |
| Date Returned to Offender: APR 3 2019 | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019000186 |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

Offender Name: **Jamon Hestand**    TDCJ # **1343536**

Unit: **Michael**    Housing Assignment: **12D-33cell**

Unit where incident occurred: **Michael**

**Access To Courts/Due Process Violations**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Grievance Office Staff** ____ When? **3-7,8,18-2019**

What was their response? **Submission in excess of 1 every 7 days**

What action was taken? **My "Protected Conduct of Filing Grievances violated...**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Margaret M. Price & Rachel R. Rowland have both violated my Protected Conduct of Filing Grievances with Grievance #2019089857 in an ongoing conspiracy against my rights with others especially since February 13th, 2018 when Prison Employees intentionally harmed me & violated my Human & Civil Rights to the extreme. These forementioned individuals are retaliating on me and harassing me for my effort to exercise my access to courts rights. They are very directly obstructing justice for actual crimes & health hazards that are adversely affecting my health and life along with the health & life of all incarcerated persons and prison employees who are and have been forced to suffer here on 12 Building due to incarceration or non disclosure agreements specifically designed to keep Prison Employees quite about the ongoing corruption & inhumanity that we are forced to suffer through each day such as the fact that there are no Exhaust Vents built into each section of each pod on 12 Building to systematically remove bad air as necessary to be in compliance with Federal & State Law requirements and they are trying to cover up the crimes being committed by the Building Inspectors who have been illegally passing the Building Inspection for 12 Building for many years when it is clearly out of compliance with Federal & State Law the entire time which I have explained many times for over a year straight now but every time these crimes & serious health hazards have been deliberately hidden from the Office of Inspector General, my requested actions denied or ignored purposefully, Wardens & Central Grievance Officers have made false statements on my Grievances regarding this matter every single time, etc. etc. etc. --- all of which has been done with evil intentions and evil motives to hold property interests higher than Human & Civil Rights and to retaliate against me & harass me illegally for complaining about these crimes & health ➤

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

G # 2019089857
S1F ~ 3-7-2019

Appendix F

hazards which is a crime in itself.

    These Grievance Investigators are torturing me by allowing me to be Physically harmed and by causing me immense mental pain & emotional suffering by Continuously denying me relief for over a year on purpose with a Campaign of Harassment in a Conspiracy against my rights et. al. to obstruct justice for these crimes & health hazards...

---

Action Requested to resolve your Complaint. Stop Conspiracy against my rights on Michael Unit! Shut 12 Building down til it meets compliance with Federal & State Law. Investigate Grievance # 2019089857 & this one with the O.I.G.. Stop harassing me illegally. Protect me from these Grievance Investigators.

Offender Signature: _Jemon Hestand_  Date: 3-28-2019

Grievance Response:

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☒ 2.  Submission in excess of 1 every 7 days. *
☐ 3.  Originals not submitted. *
☐ 4.  Inappropriate/Excessive attachments. *
☐ 5.  No documented attempt at informal resolution. *
☐ 6.  No requested relief is stated. *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: V. Matlock INVS.II /R. Rowland

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: VM
Grievance #: 2019100186
Screening Criteria Used: #2    , 5-99
Date Recd from Offender: MAR 28  2019
Date Returned to Offender: MAR 28  2019
2nd Submission            UGI Initials: RR
Grievance #: 2019100186
Screening Criteria Used: 2    599
Date Recd from Offender: APR 3  2019
Date Returned to Offender: APR 3  2019
3rd Submission            UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

(Carbon Copied)

**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: _2019101656_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12D-33cell_

Unit where incident occurred: _Michael & Systemwide_
_Access To Courts Violation / 1st Amendment violation_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Law Library_   When? _3-28.29-2019_

What was their response? _We do not have "Code of Federal Regulations" in Law Library_

What action was taken? _Access To Courts Rights violated along with ability to petition the Courts._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

28 C.F.R. §§ 35.107(a), and 115.52 (a-g) give Authority to Administrative Directive 03.82 which pertains to "Management of Offender Grievances" and that clearly involves the Right of Access To Courts under Federal Law but the Law Library does not have any "Codes of Federal Regulations" at all which violates the Access To Courts Right and directly interferes with the ability to Petition The Courts/Government For A Redress of Grievances which means obviously that the Code of Federal Regulations needs to be in all Texas Prison Law Libraries or in the Law Libraries of any State Prisons automatically and for such important legal items to be missing from the Prison Law Libraries shows a very calculated conspiracy by Prison Officials to directly retaliate against and harass incarcerated persons for trying to exercise their Access To Courts Rights which also violates the Charter with The United Nations in the Universal Declaration of Human Rights...

The same Leaders of the Texas Prison System: CID Director Lorie Davis, Executive Director Bryan Collier, and Texas Board of Criminal Justice Chairman Dale Wainwright who continue to allow the "Offender Grievance Operations Manual" to be hidden from Texas Prisoners with its corrupted contents and who allow a completely corrupt & inhumane Grievance System to continue operating unabated at Taxpayers expense which they are fully aware of but obviously don't care about at all which clearly violates the Human & Civil Rights of all incarcerated persons including myself and also violates the Human & Civil Rights of Taxpayers who fully expect the Leaders of the Prison System to make every realistic effort to not aggravate unnecessarily the suffering inher→

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

ent [illegible] remedial educational, medical, and spiritual forms of assistance to treat Prisoner's needs and facilitate their return to Society as Law-Abiding Members but that is not the case at all with these forementioned Leaders of the Texas Prison System allowing corruption & inhumanity to continue unabated & Systematically to the point where there is no way they can not Know what's going on which also pertains to the missing "Codes of Fedral Regulations" that are not in the Law Libraries when these Regulations clearly & directly affect the Lives & Liberty of all Incarcerated Persons including myself and so, these forementioned Leaders are directly & indirectly violating my Human & Civil Rights with evil motives & intentions.

**Action Requested to resolve your Complaint.** Stop Conspiracy against the rights of all incarcerated persons In T.D.C.J.. Fully Honor the Universal Declaration of Human Rights in the United Nations Charter in T.D.C.J.. Put Codes of Fedral Regulations & OGCM in all Texas Prison Law Libraries. Honor Fedral Law in T.D.C.J.

**Offender Signature:** _Jarman Whitland_    **Date:** 3-31-2019

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _M. Price / R. Rowland_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

Appendix F

---

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _MP_

Grievance #: _2019101656_

Screening Criteria Used: _#2_    _799_

Date Rec'd from Offender: _APR 01 2019_

Date Returned to Offender: _APR 01 2019_

2nd Submission    UGI Initials: _RR_

Grievance #: _2019101656_

Screening Criteria Used: _2_    _799_

Date Rec'd from Offender: _APR 3 2019_

Date Returned to Offender: _APR 3 2019_

3rd Submission    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

---

(Carbon Copied)

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12D-33cell_

Unit where incident occurred: _Michael_
_Access To Courts / Due Process Violation_

OFFICE USE ONLY

Grievance #: _2019102508_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Rachel R. Rowland Grievance Investigator._ When? _March 8,19,22 - 2019_

What was their response? _Submission in excess of 1 every 7 days_

What action was taken? _Protected Conduct of filing Grievances deliberately violated!_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Grievance Investigator Rachel R. Rowland has clearly joined the ongoing conspiracy against my rights here on Michael Unit by deliberately violating my Protected Conduct of filing Grievance #2019090466 which pertains to Grievance #2019026289 which was violated by Warden Charles O. Meador & Central Grievance Officer J. Smith also on purpose illegally. All these individuals are conspiring together with others deliberately to obstruct justice for actual Crimes committed against me and the "T.J. Soloman Law Group, PLLC" who is my Legal Representative/Attorney and they have been using a major Campaign of Harassment & Retaliation against me on many levels for trying to exercise my Access To Courts Rights for over a year now..._

_Me and the "T.J. Soloman Law Groups" Human & Civil Rights are now being Violated by Rachel R. Rowland while acting under Color of State Law which also increases my punishment way above & beyond what the State Court sentenced me on December 2nd 2005 & tampers with the Official Legal Business of the "T.J. Soloman Law Group, PLLC" specifically by: Conspiring with others to violate our rights to cover up the crime of obstructing Legal Mail deliberately, Obstructing Justice by violating my Protected Conduct of filing Grievance #2019026289 on purpose to interfere with me & the "T.J. Soloman Law Groups" Access To Courts rights illegally, ignoring Administrative Directive-03.82 which clearly shows each of these Grievances are "Emergency Grievances" and are supposed to be investigated without any Screening Criteria with the Office of Inspector General, Harassing me & the "T.J. Soloman Law Group, PLLC" and violating our Attorney-Client Privilege, torturing me on purpose and causing me extreme mental & emotional pain & suffering by agitating my mental illness even worse with her evil intentions & evil motives, etc. etc. etc._

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

G#-2019026289 / G#-2019090466
SIF~102418 / SIF~030819
S2F~122118

Appendix F

These Prison Officials & Staff involved in these Complaints from Grieva. #2019026289 to #2019090466 to this one here are deliberately aggravating unnecessarily the suffering inherent in my loss of self-determination and liberty within the Texas Department of Criminal Justice.

_____

_____

_____

_____

_____

Action Requested to resolve your Complaint. Stop conspiring together against my rights illegally! Stop torturing me! Reinvestigate all forementioned Complaints with the OIG properly and grant my requested actions immediately. Protect me from Rachel R. Rowland! Stop harassing me!

Offender Signature: _Jamison Rowland_          Date: _4-2-2019_

**Grievance Response:**

Signature Authority: _____          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

- [X] 1. Grievable time period has expired.
- [X] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Margaret Milhice_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority: _____

**I-127 Back** (Revised 11-2010)

(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _MP_ |
| Grievance #: | _2019102508_ |
| Screening Criteria Used: | _#8 , 9QQ_ |
| Date Recd from Offender: | _APR 2 2019_ |
| Date Returned to Offender: | _APR 2 2019_ |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2019103137</td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td></td></tr>
</table>

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12D-33cell__

Unit where incident occurred: __Michael__

__1st Amen. Violation / Access To Courts Violation__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Mailroom Supervisor Amy E. McCalister__   When? __3-11-2019 & 3-22-2019__

What was their response? __I won't release that information without a court order.__

What action was taken? __Denied information regarding missing legal mail / document from 11-29-2018.__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On November 29th, 2018 Officer Aaron J. Watson Notarized a document that I sealed in an envelope going to the "T.J. Soloman Law Group, PLLC" which he took with him to mail out... A month in a half later I realized it never made it and had to get the same document sent to me again which I got Notarized on February 28th 2019! and which the Law Group did get! So on 3-11-2019 I wrote the Mailroom Supervisor Amy E. McCalister asking what happened to the 11-29-2018 Legal Mail with a "carbon copied" I-60--- no response! So on 3-22-2019 I received some more Legal Mail from the "T.J. Soloman Law Group, PLLC" by the Mailroom Supervisor Amy E. McCalister and I asked her about the November 29th, 2018 missing legal mail / document and the 3-11-2019 I-60 I wrote about it and she told me she won't release that information without a court order! And I never got the 3-11-2019 I-60 back either!

When I sent an I-60 to the Law Library about this same incident, they wrote back stating they gave it to the mailroom! So it obviously came up missing in the Michael Unit mailroom and that means it was stolen! Obstructing mail is a Federal Offense and since it was Legal Mail it also violates my Access To Courts Rights along with the First Amendment and this is obviously part of the ongoing Conspiracy against my rights here on Michael Unit that really started ever since February 13th 2018 when Prison Officials & Staff stole half my property and then deliberately assaulted & battered me in an excessive use of force without ever involving the Psyche Department before doing the illegal use of force that caused me several serious injuries and once I began trying to exercise my access to courts rights, Prison Officials & Staff began a Campaign of Harassment and

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

retaliation against me that never stopped all the way to now and ongoing:

All of this criminal behavior is torturing me to the extreme and I'm gonna need serious counseling when I get out of prison away from all these corrupt prison employees who have tormented all these years.

Action Requested to resolve your Complaint: ~~Force Medical Supervisor to release information about the~~ Stop Harassing me! ~~release information about the~~ 11-29-2018 Legal Mail/Document. Investigate this with the OIG properly! Stop conspiracy against my Rights!

Offender Signature: _____     Date: 4-4-2019

**Grievance Response:**

Signature Authority: _____     Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _Rachel Rowland_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission     UGI Initials: RR
Grievance #: 2019103437
Screening Criteria Used: 1 , 399
Date Recd from Offender: APR 04 2019
Date Returned to Offender: APR 04 2019

2nd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)


(Carbon Copied)

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019168059 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jaman Hestand        TDCJ # 1343536

Unit: Michael        Housing Assignment: 12E-18cell

Unit where incident occurred: Michael Unit
Health Hazard/Torture/etc.

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? On duty Prison Officials & Staff        When? From 4-23-2019 up til now & ongoing.

What was their response? Nothing they can do/We're all suffering together/etc.

What action was taken? None/Terrible Air Quality/Torture/etc.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I've wrote about this many times and Prison Officials & Staff who are supposed to investigate & resolve complaints in the Grievance Department have continuously violated my Protected Conduct of Filing Grievances & Obstructed Justice for a very serious Health Hazard of there being no exhaust vents built into each section of every pod on 12 Building of Michael Unit which forces us incarcerated persons & Staff to constantly breathe smoke, chemical agents, feces, rotten bodily fluids, dead animal smells, etc. and there is mold in the cell walls and dust/dirt in the cell ventilation system which is never cleaned out. I have written medical department many times but nothing can be done by them to fix this problem truly... Every single day there are fires, smoke, chemical agents, rotten body fluids, dead mice smells, etc. on 12 Building to the point of madness and it very adversely affects my physical & mental health along with all the other people who are forced to live or work in this terrible environment.

The Prison Officials & Staff along with the Building Inspectors who keep allowing this very serious and very obvious Health Hazard to continue un-abated are violating my Human & Civil Rights to the extreme which increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring together against my rights et al., obstructing justice for a serious Health Hazard, continuously lying about there being no exhaust vents on every section of every pod of 12 Building, leaving me in an environment where my Health is being slowly destroyed on purpose, torturing me by causing me severe mental h→

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

Appendix F

emotional/physical pain & suffering deliberately, etc...

These prison officials & staff here on Michael Unit all know about this problem and they refuse to fix the problem or shut 12 Building down since it is out of compliance with State & Fedral Law and, by doing so, everyone who is forced to live or work here is being tortured non stop every single day! It needs to be stopped immediately!! What they are doing is a crime which includes the Building Inspectors passing this building when it is more than obviously out of compliance.

**Action Requested to resolve your Complaint:** Shut 12 Building down immediately til it is in full compliance with Fedral & State Laws. Investigate this with the OIG & Health Services Division. Stop conspiracy against my rights!

**Offender Signature:** _Jermon Hostinet_  **Date:** 8-7-2019

**Grievance Response:**

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. * *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [x] 9. Redundant, Refer to grievance # 2018M5655
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _Rachel R. Rowland / V. Matlock_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

Appendix F

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: RR</td></tr>
<tr><td colspan="2">Grievance #: 2019168054</td></tr>
<tr><td colspan="2">Screening Criteria Used: 9 — 5 PD</td></tr>
<tr><td colspan="2">Date Recd from Offender: AUG 07 2019</td></tr>
<tr><td colspan="2">Date Returned to Offender: AUG 07 2019</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: V.M.</td></tr>
<tr><td colspan="2">Grievance #: 2019168054</td></tr>
<tr><td colspan="2">Screening Criteria Used: #9 5PD</td></tr>
<tr><td colspan="2">Date Recd from Offender: AUG 22 2019</td></tr>
<tr><td colspan="2">Date Returned to Offender: AUG 22 2019</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY |
| --- |
| Grievance #: _2019123895_ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12A-58_

Unit where incident occurred: _Michael_
_Access To Courts/Due Process/1st Amen. Violations_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Melissa Vixtha/Pam Pace_     When? _4-25,29-2019_

What was their response? _Grievable time period has expired._

What action was taken? _Deliberate retaliation & harassment against my Protected Conduct._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_These individuals deliberately violated my Protected Conduct of filing Grievance #2019114879 in a conspiracy against my rights and Melissa Vixtha lied on that Official Document stating that she returned that Grievance to me on April 29th 2019 but in fact I did not get it back until May 14th 2019 at about 7:25pm at mail call! That is retaliation & harassment against me for trying to exercise my access to courts rights and violates my ability to petition the Goverment for a redress of Grievance and what these individuals are doing to me is unlawful and torturous. They both have been violating my rights non-stop for over a solid year and counting on purpose along with many others in a major conspiracy against my rights here on Michael Unit that is still ongoing_

_Grievances alleging criminal acts by staff shall be coordinated with the Office of Inspector General and Grievances involving Health Care Issues of a quality of care or technical nature shall coordinated with the Health Services Division ~and none of those types of Grievances just like Grievance #2019114879 have any screening criteria because they are Emergency Grievances like this Grievance which alleges retaliation and harassment for me trying to exercise my access to courts rights and it shall also be coordinated with the Office of Inspector General and is also an Emergency Grievance and has no screening criteria according to AD-03.82 and Fedral & State Law._

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

_(Corban Copied)_

Action Requested to resolve your Complaint. _Stop conspiracy against my rights on Michael Unit!_
_Re investigate Emergency Grievance # 2019114879 with the OIG & Health Services Division_
_and grant my requested actions. Protection from Pam Pace & Melissa Vixtha. Due Process!_

Offender Signature: _Jammon Kestonal_                          Date: _5-15-2019_

Grievance Response:

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _R. Rowland_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="3">**OFFICE USE ONLY**</td></tr>
<tr><td colspan="2">Initial Submission</td><td>UGI Initials: _RR_</td></tr>
<tr><td colspan="3">Grievance #: _2019123895_</td></tr>
<tr><td colspan="3">Screening Criteria Used: _2     499_</td></tr>
<tr><td colspan="3">Date Recd from Offender: _MAY 15 2019_</td></tr>
<tr><td colspan="3">Date Returned to Offender: _MAY 15 2019_</td></tr>
<tr><td colspan="2">2nd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="3">Grievance #: _____</td></tr>
<tr><td colspan="3">Screening Criteria Used: _____</td></tr>
<tr><td colspan="3">Date Recd from Offender: _____</td></tr>
<tr><td colspan="3">Date Returned to Offender: _____</td></tr>
<tr><td colspan="2">3rd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="3">Grievance #: _____</td></tr>
<tr><td colspan="3">Screening Criteria Used: _____</td></tr>
<tr><td colspan="3">Date Recd from Offender: _____</td></tr>
<tr><td colspan="3">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

**OFFICE USE ONLY**

Grievance #: _2019167162_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hastand_        TDCJ # _1343535_

Unit: _Michael_        Housing Assignment: _12E-18cell_

Unit where incident occurred: _Michael & Central Grievance Office_
_Access To Courts / Due Process Violations_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _CGO - Investigator ID # IO352_        When? _6-21-2019/6-28-2019/7-1-2019_

What was their response? _A negative response..._

What action was taken? _My protected conduct of filing grievances violated deliberately._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Regarding Grievance #s: 2019087915, 2019114418, and 2019092311... Central Grievance Officer - Investigator ID # IO352 of the Step II Grievance Program Office of Professional Standards TDCJ Health Services Division has violated my Human & Civil Rights by deliberately conspiring with others against my rights to obstruct Justice and continue to deny me proper medical treatment/care for serious injuries, leaving me in a situation where I am at substantial risk of serious or irreparable harm, agitating my mental illness, ignoring my very legitimate requested actions, forcing me to continue to remain in solitary confinement assigned as Chronically Mentally Ill-SH because I do not want to participate in the Mental Health Therapeutic Diversion Program where half my property was stolen and where I was assaulted & battered with serious injuries by Prison Officials & Staff on February 13th 2018 and forcing me to deal with corrupt & useless psyche staff who are still not helping me in any way which I don't trust them to do anymore anyways, lying about me not trying to informally resolve my complaints when I have a bunch of documentary evidence that shows otherwise but is unneccessary since all 3 complaints involve both criminal acts by prison staff & health care issues of a quality of care or technical nature "which means they are Emergency Grievances", torturing me by leaving me in great pain & injured and causing me severe mental/emotional suffering, etc._

_Since February 13th, 2018 up til now I have endured serious pain from several injuries that still haven't been fixed or treated properly at all! I've wrote medical so many times for help it's insane along with complaint after complaint._

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

G#2019114418  /  G# 2019087915  /  G# 2019092311
S1F~ 042619  /  S1F~ 030419  /  S1F~ 031219
S2F~ 053019  /  S2F~ 060419  /  S2F~ 061819

Appendix F

the entire time ~ all of which is on file in my records! On 1-18-2019 I was at
Beto Unit so that Refusal Of Treatment or Services was unavailable to me. I've
seen providers off & on since February 13th 2018 and still nothing has been actually
fixed or treated properly whatsoever! I've been denied access to medical
many times and when I have seen a Provider I've been delayed, mistreated,
lied to, violated, etc. a bunch of times which is all on file also! On 6-13-2019
Provider Rose mary Ofili did not even try to actually check me for scrotal
swelling. And on 2-22-2019 I never refused my Hospital Galveston 10/UROOK
For 2-25-2019 which is very obvious since I made it all the way to Hospital Galveston
on that day. This Investigator has Violated my Protected Conduct many many times now.
                                              Stop Conspiracy against my rights immediately.
Action Requested to resolve your Complaint.
Re investigate afore mentioned Complaints & this one with the OIG & Health Scrivices Division and
grant my requested actions. Protect me from CGO Investigator ID # IO352.

**Offender Signature:** _(signature)_                  **Date:** 8-7-2019

**Grievance Response:**

---

**Signature Authority:** _____                **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☒ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** V. Matlock

**Application of the screening criteria for this grievance is not expected to adversely**
**Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: VM |
| Grievance #: | 2019 16 D 162 |
| Screening Criteria Used: | #8   999 |
| Date Recd from Offender: | AUG 08 2019 |
| Date Returned to Offender: | AUG 08 2019 |
| 2nd Submission | UGI Initials: VM |
| Grievance #: | |
| Screening Criteria Used: | #8   999 |
| Date Recd from Offender: | AUG 22 2019 |
| Date Returned to Offender: | AUG 22 2019 |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

(Carbon Copied)