## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case#: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court-Eastern District of Texas-Tyler Division", here-with this affidavit, present "Grievances Against Grievance Investigators & Grievances Against The Grievance System" that I filed within the TDCJ-CID, for the Court to consider and to support the "FACTS" of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 3rd, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536"