# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018155128 |
| Date Received: | 6-26-18 |
| Date Due: | 8-5-18 |
| Grievance Code: | 903 |
| Investigator ID #: | I 1008 |
| Extension Date: | |
| Date Retd to Offender: | AUG 0 3 2018 |

**Offender Name:** Jamon Hestand   **TDCJ #** 1343536

**Unit:** Michael   **Housing Assignment:** 12A-31

**Unit where incident occurred:** Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Major Todd K. Funai   When? 6-20-2018

What was their response? Look into it.

What action was taken? None.

---

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

Grievances were not picked up on 12 Building A-Pod 3-Section deliberately by Grievance Investigators --- they were on the Pod but purposefully skipped this section to further deny access to courts on top of the Grievance System policies that already violate Federal Law and deny access to courts, violating due process rights, interfere with my Protected Conduct of filing Grievances, and not giving me equal protection of the law.

This is part of the conspiracy against my rights and deprivation of my rights under color of law and needs to stop immediately! This is not an isolated incident of evil intentions & motives being done deliberately by the Grievance System & Staff.

---

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested, to resolve your Complaint.** *Conspiracy against my rights & Deprivation of my rights*

*Grievances picked up and processed.* *under color of law to stop immediately and Fedral Laws honored by Grievance System & staff.*

**Offender Signature:** *Jimmm Preston* **Date:** 6-21-2018

**Grievance Response:**

An investigation finds that grievances are being picked up, processed and returned in accordance with policy. No evidence to substantiate your claim.

**Signature Authority:** _Kemp_ Warden Kempt **Date:** 8/3/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

2

Offender Name: _Jamon Hestand_   TDCJ # _1343536_
Unit: _Michael_   Housing Assignment: _12E-33cell_
Unit where incident occurred: _Michael_

**OFFICE USE ONLY**

Grievance #: _2018155128_
UGI Recd Date: AUG 17 2018
HQ Recd Date: AUG 22 2018
Date Due: _9-26-18_
Grievance Code: _905_
Investigator ID #: _1312_
Extension Date: _____

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).   I am dissatisfied with the response at Step 1 because...

It completely failed to resolve the issue of an ongoing criminal activity by Grievance Staff and there is plenty of evidence on all the security video cameras data... Activity Logs need to be reviewed and compared to video evidence and all data needs to be saved for evidence for litigation...

My Human & Civil Rights are being violated by Major Todd K. Funai, Warden Kempt, and the Grievance Investigators involved in this crime while acting under color of state law which also very greatly increases my punishment above and beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring together against my rights, Obstructing justice, perjury, denial of access to courts, violating due process of law, retaliating & harassing against me for seeking legal relief, cruel & unusual punishment, violating my "Protected Conduct" of filing grievances deliberately, violating my equal protection of the law rights, trying to cover up criminal activities, deliberate indifference & gross negligence about criminal activities being perpetrated by Grievance Investigators, leaving me in a situation where I am at risk of harm, deliberately exacerbating my mental illness by tormenting me on purpose, evil intentions & evil motives, etc.

All these individuals know exactly what they are doing is very wrong and they still do it regardless of that fact because they think they can abuse the mentally ill and get away with it! It's very wrong and must be stopped!

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

Warden Kempt did not even try to investigate this illegal activity? There's plenty of evidence to review so he is obviously lying to cover up crimes by these Grievance Investigators so what he put as a response to the Step 1 Grievance # 2018155128 is actually perjury on a legal document and is obstructing justice and is being done in conspiracy with the other involved individuals against my rights.

Offender Signature: _Jimon Weston_   Date: _8-15-2018_

**Grievance Response:**

An investigation was conducted into your concerns. Grievances are picked up in Administrative Segregation daily. Records reveal you are not being denied access to the grievance procedure. No further action is warranted.

Signature Authority: _CMBlalock_   M. BLALOCK   Date: _AUG 2 8 2018_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one) _____ Screened   _____Improperly Submitted
Comments: _____
Date Returned to Offender:_____
2nd Submission          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd:_____
   (check one)_____Screened   _____Improperly Submitted
Comments: _____
Date Returned to Offender:_____
3rd Submission          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd:_____
   (check one) _____ Screened   _____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)          Appendix G



*(Carbon Copied)*

## Texas Department of Criminal Justice

## STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2018185506

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

~Emergency~

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It completely failed to resolve the complaint due to the fact that Grievance Investigators Margaret M. Price, Tammy L. Rainey, and Monte P. Nabors conspired together et al against my rights while acting under color of law to cover up crimes against me & violations against me from mailroom staff. These individuals very deliberately ignored Fedral & State Law and ignored T.D.C.J. Policies & Administrative Directive-03.82 ... These Grievance Investigators have been violating my Fedral Rights non-stop especially since Febuary 13th, 2018 with very evil intentions & evil motives to interfere directly with my attempts to exercise my access to courts rights and to stop me from getting my Victims Rights for crimes against me... This is not an isolated event at all ~ this had happened many times up til now that I'm now aware of.

My Human & Fedral Rights are being violated by Margaret M. Price, Tammy L. Rainy, Monte P. Nabors et al. while acting under color of State Law which also very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al. depriving me of my rights under color of law, interfering illegally with my Fedrally Protected Activities, Obstructing Justice for crimes against me, refusing to process Grievance #2018185506 as an Emergency Grievance and coordinate it with the O.I.G. as demanded by Law, Torturing me by causing me very great mental pain and suffering with cruel & unusual punishment by committing crimes against me to cover up crimes against me, violating my equal protection of the law rights due to

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

SEP 10 2018    Appendix G

(Carbon Copied)

my mental illness, a campaign of harassment against me, violating my Protected Conduct of filing Grievances, perjury/Falsification of Records to cover of Crimes & violations of my Fedral Rights, violating my due process rights, denying my requested actions, ignoring Fedral & State Law and A.D.-03.82 to cover up crimes against, violating my Victims Rights, interfering with my access to courts rights, etc.. All that is done deliberately against me!

Offender Signature: _Jamon Blessland_                 Date: 4-3-2018

**Grievance Response:**

Signature Authority: _____    Date: _____

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission                CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ___ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission                CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ___ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission                CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ___ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                Appendix G

**Texas Department of Criminal Justice**

## STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY |
|---|
| Grievance #: 2018187470 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael

~ Emergency ~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_    When? _8-22, 23-2018_

What was their response? _Submission in excess of 1 every 7 days_

What action was taken? _Grievance # 2018185506 improperly screened & processed deliberately_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

Grievance Investigator Tammy L. Rainey very deliberately violated my Protected Conduct of filing Grievances. She improperly screened an Emergency Grievance Knowing that any Grievances alleging harassment or retaliation for exercising access to courts rights shall be coordinated with Office of Inspector General and processed as an Emergency Grievance according to Fedral & State Law and which is very clearly explained also in "Administrative Directive - 03.82 (rev. 8)" Section V part 4 regarding Emergency Grievances. But Tammy L. Rainey doesn't care about the Law.

But Tammy L. Rainey etal. have been violating my rights for quite some time now in a very real conspiracy against my rights while acting Under color of state law. My Human & Fedral Rights are being violated by Grievance Investigator Tammy L. Rainey which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring with others against my rights illegally, violating my Protected Conduct of filing Grievances, deliberately not processing Grievance # 2018185506 properly, Ignoring Fedral & State Law to cover up crimes, Cruel & Unusual punishment, retaliating against me & harassing me for seeking legal relief, interfering illegally with my access to courts rights, violating my due process of law rights, perjury on an official document, Obstructing Justice, ignoring AD-03.82 deliberately, refusing to coordinate Grievance # 2018185506 with the O.I.G. as demanded, and violating my equal protection of the law rights ... AUG 2 7 2018

Tammy L. Rainey is violating my Human & Fedral Rights very deliberately with evil Intentions & evil motives and has been for quite some time now. She totally disregards the Supreme Law of the Land. She does not care at all about my Human & Civil Rights.

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

OCT 0 1 2018    SEP 0 6 2018    Appendix F

Ever since February 13th 2018 I have had my rights violated non-stop from many different levels & departments. It is very plainly clear there is a real conspiracy against my rights with a bunch of people acting under color of state law involved. I refuse to give up my Human & Fedral Rights and I will continue to push towards litigation and legal relief. The abuse against me needs to be stopped immediately. Just because I'm mentally ill doesn't mean I'm retarded! You people involved in this conspiracy against my rights are all the way wrong and desperately need to face the consequences of y'alls' actions which are highly illegal & very inhumane. I want all my Victim's Rights for every crime against me and I fully intend on getting exactly that when the right time comes as I seek legal relief for crimes against me!

**Action Requested to resolve your Complaint.**
A Full investigation into crimes. Stop retaliating against me for using my access to courts rights. Transfer me away from Anderson County. Protect me from Tammy L. Rainey's evil intentions & evil motives. Investigate Grievance # 2018185506 with the O.I.G. & process correctly. Stop conspiracy against me.

Offender Signature: _Jamon Hostand_     Date: 8-26-2018  AUG 27 2018

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Price Investigator III
_M. Peters / M. NPeters_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

**OFFICE USE ONLY**

Initial Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used:_____
Date Recd from Offender: AUG 27 2018
Date Returned to Offender: AUG 27 2018

2nd Submission     UGI Initials: _MW_
Grievance #: 2018187970
Screening Criteria Used: 999#2
Date Recd from Offender: AUG 29 2018
Date Returned to Offender: AUG 29 2018

3rd Submission     UGI Initials: _MW_
Grievance #: 2018187970
Screening Criteria Used: 999#2
Date Recd from Offender: SEP 06 2018
Date Returned to Offender: SEP 06 2018

Appendix F



*(Carbon Copied)*

## Texas Department of Criminal Justice

## STEP 2

### OFFENDER GRIEVANCE FORM

Offender Name: Jaman Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: _____

Unit where incident occurred: Michael

~Emergency~

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018187470 |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the issue or grant my requested actions in Grievance #s 2018185506 & 2018187470 due especially to the very real fact Grievance Investigators Margaret M. Price, Monte P. Nabors, and Tammy L Rainey et al deliberately keep conspiring together et al against my rights and continue to obstruct justice for crimes against me and therefore they are committing crimes against me themselves... They are torturing me with severe mental & emotional pain & suffering by ignoring Fedral & State Law and BP-03.77 & AD-03.82 ... They are violating my Human & Fedral Rights to cover up crimes against me! And they keep doing it over & over & over again illegally! It must come to a stop immediately and the entire issue must be investigated with the Office of Inspector General!

Stop Violating my Rights! My requested actions should be granted immediately without criminal interference!

_Carbon Copied_

Offender Signature: _Jamon Hastina_                    Date: _9-24-2018_

Grievance Response:
                                                       RO-110118

Signature Authority: _____          Date: _____

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY |
|---|
| Initial Submission        CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| 2nd Submission        CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission        CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

I-128 Back (Revised 11-2010)                          Appendix G

Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

Offender Name: Jamon Hestand    TDCJ # 1343536
Unit: Michael    Housing Assignment: 12E-33cell
Unit where incident occurred: Michael
~ Emergency ~

OFFICE USE ONLY
Grievance #: 2019006273
Date Received: SEP 14 2018
Date Due: 10-24-18
Grievance Code: 903
Investigator ID #: I-1008
Extension Date: _____
Date Retd to Offender: OCT 23 2018
OCT 26 2018

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office Staff_    When? _8-8,10,27,29-2018_
What was their response? _Submission in excess of 1 every 7 days_
What action was taken? _Grievance #20181788285 deliberately not processed correctly._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Margaret M. Price "the Supervisor, Tammy L. Rainey, and Monte P. Nabors once again have deliberately refused to process a Grievance according to Federal & State Law and also BP-03.77 & AD-03.82. Grievance #20181788285 is clearly an Emergency Grievance that is supposed to be co-ordinated with the Chaplaincy Department. But these individuals are busy conspiring against my rights et al and disregard the Federal & State Law and also disregard BP-03.77 & AD-03.82. This is most definitely not an isolated event being perpetrated against me by these individuals. They have been committing crimes against me non stop with their very deliberate attempts to illegally interfere with my access to courts rights which in this case is supporting Religious Discrimination against me.

My Human & Federal Rights are being violated by Margaret M. Price, Tammy L. Rainey, and Monte P. Nabors et al while acting under color of State law which very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring together et al against my rights, depriving me of my rights under color of law, obstructing justice by deliberately interfering illegally with my access to courts rights and violating my protected Coduct of Filing Grievances, ignoring Federal & State Law and BP-03.77 & AD-03.82 and deliberately refusing to process Grievance #20181788285 correctly, supporting Religious Discrimination against me, Obstructing the Free Exercise of my Religious Beliefs, falsifying documents and allowing me to be victimized by Chaplain Samuel Arciprest, Cruel & unusual punishment by torturing me and causing me severe mental & Spiritual pain and suffering under color of law which

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

also retaliates against me too for contaching 1 the view of my rights and executed extra judicial torment mental illness by deliberately violating my rights and provoking me on purpose to be constantly angry every single day and raging inside against inhumanity being perpetrated against me deliberately with evil intentions & evil motives etal., etc.

These individuals etal know exactly what they are doing and they also know it is against Fedral & State Law and also violates Board Policy-03.77 & Administrative Directive-03.82 but they do it anyways which is very clearly criminal behavior and needs to be investigated with the O.I.G. properly.

**Action Requested to resolve your Complaint:** This grievance to be investigated with the O.I.G. properly! Crimes against me to stop! I want my Victims Rights for these crimes against me. Grievance #2018178885 investigated properly & processed correctly with the Chaplaincy Department!

**Offender Signature:** _Simon Stewart_ **Date:** 9-12-2018

**Grievance Response:**

Your grievance was properly screened for #2 "submission in excess of 1 every 7 days" and returned to you. If you feel a procedural error has been made by staff, you may resubmit your documents through the unit grievance office for further review. All grievances are being processed in accordance with policy.

Warden Meador

**Signature Authority:** _Meador_ **Date:** 10/22/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission ___ UGI Initials: ___

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission ___ UGI Initials: ___

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission ___ UGI Initials: ___

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

_(Carbon Copied)_



*JAN 30 2019*

*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2019006273 |
| UGI Recd Date: NOV 12 2018 |
| HQ Recd Date: NOV 19 2018 |
| Date Due: 12/22/18 |
| Grievance Code: 903 |
| Investigator ID#: |
| Extension Date: |

Offender Name: Jamon Hestand      TDCJ # 1343536

Unit: Michael      Housing Assignment: 12E-72cell

Unit where incident occurred: Michael      12 E 61

—Emergency—

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).      I am dissatisfied with the response at Step 1 because....

Warden Charles O. Meador II Knows very well about BP-03.77 & AD-03.82 which reflects Fedral & State Law and shows/explains Emergency Grievances very Clearly. He Knows that a complaint regarding a Burden on the Free Exercise of Religion was supposed to be processed as Emergency and coordinated with the Chaplaincy Department in Grievance #2018178885 and He also Knows that a complaint alleging harassment or retaliation for exercising access to courts rights was supposed to be processed as Emergency and coordinated with the Office of Inspector General... Warden Charles O. Meador Knows that this complaint #2019006273 was also not processed properly according to AD-03.82 and Fedral & State Law. Why was the Chaplaincy Department and the Office of Inspector General avoided?!! What are they trying to hide?!!--- resubmit my Grievances or documents through the Unit Grievance Office for further review after they already rejected them 3 times?! and here in Grievance #2019006273 He falsified an Official document that is protected under Fedral Law Knowing very well that niether one of these Grievances were processed in accordance with policy?! What policy is He talking about?!! Never heard of it or saw it anywhere and if that policy existed it would make a contradiction with BP-03.77 & AD-03.82 so its obvious He is Obstructing Justice and participating in the Religious Discrimination being used against me and He is violating my protected Conduct of filing Grievances & interfering with my attempt to get Legal relief by exercising my access to courts rights. That is cruel & unusual punishment and is severely agitating~

I-128 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Appendix G

*Carbon Copied*

my mental illness and causing me severe mental, emotional, and Spiritual pain
and suffering non stop! Warden Charles O. Meador II is conspiring against
my rights with the involved Grievance Investigators and Chaplain Samuel Arel-
prest while acting under color of State law with evil intentions & evil motives...
This is far far far from being an isolated event...

**Offender Signature:** *Timon Hartsuth*                          **Date:** 11-8-2018

**Grievance Response:**

An investigation has been conducted into your complaint.  A review of your grievance history reveals
that you submitted grievance #2018178885 on 8-10-18 within 4 days of grievance #2018175876.
Records indicate that you then made a second submission of said grievance on 8-27-18 within three
days of previous submission, #2018186369. The third submission was received on 8-29-18 on the same
day as #2018188730.  This grievance was returned to you unprocessed due to you attempting to submit
more than one grievance in a seven day period. Per policy, only one grievance will be processed every
seven days.  There was no conclusive evidence of policy being violated regarding the screening of
grievance # 2018178885.  Be advised; complaints of discrimination based on religion do not rise to the
level of an Emergency grievance and are subject to all screening criteria as they apply.  No further action
warranted by this office.

**Signature Authority:** *UnBlake*          M.E. BLOCK          **Date:**          DEC 2 1 2018

**Returned because:**     *Resubmit this form when corrections are made.*

- [ ] **1. Grievable time period has expired.**
- [ ] **2. Illegible/Incomprehensible.***
- [ ] **3. Originals not submitted. ***
- [ ] **4. Inappropriate/Excessive attachments.***
- [ ] **5. Malicious use of vulgar, indecent, or physically threatening language.***
- [ ] **6. Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened | ___ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened | ___ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |
| **3ʳᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened | ___ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)                    RO: 1-30-19                    **Appendix G**

Texas Department of Criminal Justice

*Accept as Original (CCO)*

OFFICE USE ONLY

# STEP 1   OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

Grievance #: 2019009843

Date Received: SEP 21 2018

Date Due: 10-31-18

Grievance Code: 903

Investigator ID #: ~~JA003845~~

Extension Date: _____

Date Ret'd to Offender: Oct 26 2018

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael

~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office   When? 8-27,04-2018 & 4-6-2018

What was their response? Submission in excess of 1 every 7 days

What action was taken? Grievance # 2018187454 deliberately not processed correctly by corrupt staff.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

Grievance Investigators Margaret M. Price, Monte P. Nabors, and Tommy L. Rainey all three deliberately refused to process Grievance # 2018187454 and coordinate it with the Office of Inspector General as demanded by Federal & State Law and BP-03.77 & AD-03.82 in order to conspire against my rights et al and obstruct Justice for crimes being perpetrated against me illegally. This is not an isolated event, instead, it's ongoing criminal behavior being perpetrated against me non-stop... And on top of that ignorant illegal behavior, Monte P. Nabors investigates a Grievance about his own bad behavior which is plainly wrong.

My Human & Federal Rights are being violated by Margaret M. Price, Monte P. Nabors, and Tommy L. Rainey et al while acting under color of law which very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, Obstructing Justice by deliberately ignoring Federal & State Law and BP-03.77 & AD-03.82 in order to cover up criminal & civil violations, falsifying official documents, interfering on purpose with my attempts to exercise my access to courts rights and violating my due process rights by tampering illegally with my "Protected Conduct" of filing Grievances, Cruel & unusual punishment by torturing me with severe mental & emotional pain & suffering and leaving me in a very bad situation where I am at substantial risk of personal injury or some other serious or irreparable harm and that all violates my equal protection of the law rights due to my mental illness, Using a campaign of harassment & retaliation against me for pursuing legal relief, etc. ~ All of which has been perpetrated against me with evil intentions & evil motives illegally.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

*Carbon Copied*

Action Requested to resolve your Complaint: *Conspiracy against my rights to stop immediately !!!*
*Grievance # 2018187454 investigated with the O.I.G. property. Protection from these face ment-*
*ioned Grievance Investigators, Requested Actions in Grievance # 2018187454 granted now.*

Offender Signature: *Jemon A Smith*                    Date: *9-21-2018*

Grievance Response:

Your grievance was investigated. Grievance #2018187454 was submitted on 8/27/18 regarding grievance #2018186383 being screened improperly. Grievance #2018187454 was screened for #2 "Submission in excess of 1 every 7 days" and returned to you that day. You then resubmitted this grievance 2 more times which was returned to you for the same screening criteria. If you feel a procedural error has been made by staff, you may resubmit your documents through the unit grievance office for further review.

Signature Authority: _____                    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.                    RO-103113

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2ⁿᵈ Submission           UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3ʳᵈ Submission           UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

*Accept as Original*
*(falling apart)*
*Carbon Copied*

DEC 04 2018



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2019009843 |
| UGI Recd Date: NOV 14 2018 |
| HQ Recd Date: NOV 19 2018 |
| Date Due: 12/24/18 |
| Grievance Code: 905, 999 |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12 E-72 cell

Unit where incident occurred: Michael                    12E-60

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

Give reason for appeal (Be Specific).   I am dissatisfied with the response at Step 1 because...
It completely failed to resolve the complaint and it failed to grant my requested actions regarding Grievance # 2019009843, 2018186383, 2019002597 etc. → There's nothing regular about these complaints that begins with a Legal Letter from the "T.J. Solaman Law Group, PLLC" being opened outside my presence and sent to me in the regular general mail on 8-21-2018 which violates Attorney-Client Privilege... After that, Grievance Investigators have conspired together against my rights and violated my Protected Conduct of filing Grievances in order to Obstruct Justice and deliberately interfered with my access to courts rights with a campaign of harassment and retaliation for me trying to get legal relief.

⚹ Now Warden Pennie R. Kempt has completely avoided all these violations in Grievance # 2019009843 instead of solving the problems. She Knows those Complaints were not processed correctly according to Fedral & State Law and AD-03.82 but says "If you feel a procedural error has been made by staff, you may resubmit your documents through the Unit Grievance Office for further review."---Really?? After Grievance # 2018186383 & 2018187454 were both rejected 3 times each by these same Grievance Investigators here on Michael Unit already?? --- Warden Kempt is now also conspiring with the mailroom Supervisor Amy E. McCalister and all the involved Grievance Investigators against my rights in order to obstruct justice by deliberately violating my Protected Conduct of filing Grievances and

~vised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

Appendix G

(C oen Copied)

AD-03.82 & BP-03.77 along with well established Fedral & State Laws.
These individuals are using a campaign of serious harassment and retali-
ation against me non-stop with very evil intentions & evil motives and they
are torturing me by causing me severe mental & emotional pain & suffering
which seriously agitates my mental illness endlessly...

Offender Signature: _Jamon Heaton_    Date: _11-4-2018_

**Grievance Response:**

Signature Authority: _____    Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☑ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials: |
| Date UGI Rec'd: 11-14-18 | |
| Date CGO Rec'd: 11-15-18 | |
| (check one) ✓ Screened    Improperly Submitted | |
| Comments: #1, 19 days | |
| Date Returned to Offender: 11-28-18 | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ___ Screened    Improperly S: | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ___ Screened    Improperly Sub: | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

RO-1205.18

I-128 Back (Revised 11-2010)                                    Append

**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019019409

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

"Denial of Access To Courts Rights"

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every On duty Officer    When? From 8-28-2018 to 10-9-2018 -

What was their response? They signed the Activity Log and Just left!/ I don't know why/etc.

What action was taken? Grievance Investigators deliberately not picking up Grievances regularly.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following days Grievance Investigators either skipped the Pod or came on the Pod, signed the Activity Log and lied on it saying they checked all the Grievance Boxes and they were all empty and turned around left the pod without actually walking around the Pod at all!!: 8-28-2018 ~ 8-30-2018 ~ 9-4-2018 ~ 9-7-2018 ~ 4-11-2018 ~ 9-17-2018 ~ 9-20-2018 ~ 9-25-2018 ~ 9-26-2018 ~ 10-2-2018 ~ 10-4-2018 ~ 10-9-2018 --- This is done deliberately and they also lie about when they received Grievances on a regular basis. OCT 15 2018 OCT 18 2018

This is harassment & retaliation for exercising access to courts rights and it is a crime that these individuals are doing on video cameras on a very regular basis... They are violating my Protected Conduct of filing Grievances and also wasting taxpayers' money. This puts incarcerated persons at serious risk of personal injury and/or some other serious or irreparable harm because if something of Emergency nature happens and these corrupt investigators skip days on purpose it can lead to dangerous or even deadly situations. But they Know exactly what they are doing with evil intentions & evil motives at taxpayers expense and at the expense of us incarcerated persons' Human, Federal, and State Rights but obviously they don't care at all according to their illegal actions. OCT 15 2018 OCT 18 2018

It is very cruel & unusual punishment to interfere deliberately with the main avenue of obtaining resolutions to complaints especially Knowing that the majority of inmates here on 12 Building are mentally ill because of the Mental Health Therapeutic Diversion Program & Chronically Mentally Ill programs that are being operated here on 12 Building at Michael Unit... It's torture --- more torture...

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

OCT 18 2018    OCT 15 2018

NOV. 09 2018

Appendix F

way not to process this Grievance and avoid the Office Of Inspector General once again and if it does get processed I imagine they will still avoid the O.I.G. either which way... They've been doing this crime for a long time now...

OCT 1 2018

OCT 1 5 2018

OCT 1 8 2018

Action Requested to resolve your Complaint. A full investigation with the O.I.G. Video evidence
Stop denying access to courts! compared to Activity Logs and data saved for litigation. Stop this crime now!

Offender Signature: _Jamon Heastand_                    Date: _10-10-2018_

Grievance Response:                    OCT 1 8 2018    OCT 1 5 2018
                                                       OCT

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _M. Nabors/MRN_ _____

_Sharon Ramsey_

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | | |
|---|---|---|
| **Initial Submission** | UGI Initials: _MN_ | |
| Grievance #: _2019019409_ | | |
| Screening Criteria Used: _999 #2_ | | |
| Date Recd from Offender: _OCT_ | | |
| Date Returned to Offender: _OCT_ | | |
| **2nd Submission** | UGI Initials: _TR_ | |
| Grievance #: _2019019409_ | | |
| Screening Criteria Used: _999 #2_ | | |
| Date Recd from Offender: _OCT 1 5 2018_ | | |
| Date Returned to Offender: _OCT 1 5 2018_ | | |
| **3rd Submission** | UGI Initials: _TR_ | |
| Grievance #: _2019019409_ | | |
| Screening Criteria Used: _999 #2_ | | |
| Date Recd from Offender: _OCT 1 8 2018_ | | |
| Date Returned to Offender: _OCT 1 8 2018_ | | |

Appendix F

_(Carbon Copied)_



*(Carbon Copied)*

## Texas Department of Criminal Justice

# STEP 2          OFFENDER
GRIEVANCE FORM

Offender Name: _Jamon Hestand_          TDCJ # _1343536_

Unit: _Michael_          Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

_Grievance # 2019014404_

<table>
<tr><td><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Grievance #: _____</td></tr>
<tr><td>UGI Recd Date: _____</td></tr>
<tr><td>HQ Recd Date: _____</td></tr>
<tr><td>Date Due: _____</td></tr>
<tr><td>Grievance Code: _____</td></tr>
<tr><td>Investigator ID#: _____</td></tr>
<tr><td>Extension Date: _____</td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It was not processed correctly according to BP-03.77 & AD-03.82 and Fedral & State Law. If y'all say it was processed correctly then the Leaders of the System: CID Director Lorie Davis, Executive Director Bryan Collier, and TBCJ Chairman Dale Wainwright are fully responsible for the corruption in the Grievance System that is ongoing with non stop obstruction of justice, denial of access to courts & due process rights, etc. That means they are directly involved in a conspiracy against the Human & Fedral Rights of Incarcerated persons in Texas... So who is it?! The Leaders?! or the Grievance Investigators on Michael Unit?! or all of them?! We already know who is responsible for hiding the Offender Grievance Operations Manual so it sure looks like the Leaders are fully involved in this crime...

**I-128 Front** (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

*Carbon Copied*

**Offender Signature:** *Jaman Husband*          **Date:** 11-2-2018

**Grievance Response:**                                      RO- 112918

**Signature Authority:** _____          **Date:** _____

---

**Returned because:**     *Resubmit this form when corrections are made.*

☐  1.  **Grievable time period has expired.**

☐  2.  **Illegible/Incomprehensible.***

☐  3.  **Originals not submitted. ***

☐  4.  **Inappropriate/Excessive attachments.***

☐  5.  **Malicious use of vulgar, indecent, or physically threatening language.**

☐  6.  **Inappropriate.***

**CGO Staff Signature:** _____

| **OFFICE USE ONLY** | |
|---|---|
| Initial Submission          CGO Initials: _____ | |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____Screened     ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission          CGO Initials: _____ | |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____Screened     ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission          CGO Initials: _____ | |
| Date UGI Rec'd: _____ | |
| Date CGO Rec'd: _____ | |
| (check one) ____Screened     ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                                      **Appendix G**

Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019021616c

Date Received: OCT 16 2018

Date Due: 11/25/18

Grievance Code: 9104

Investigator ID #: I1983

Extension Date: _____

Date Retd to Offender: NOV 21 2018

RO-11 23 18

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael  12E 72

Due Process Claim ~Emergency~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office  (SEP  When? 8-14,15,22,24-2018

What was their response? Submission in excess of 1 every 7 days t,

What action was taken? Grievance # 2018181438 not processed correctly on purpose

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Tammy Rainey & Monte Nabors et al are very deliberately conspiring against my rights by once again refusing to process a complaint about an issue regarding my food & trays being tampered with which has happened 4 times now. For these Investigators to block this issue from being investigated at all shows evil intentions & evil motives on their parts. These people et al obviously don't care at all about my health or safety. All they do is cover up crimes against me on a regular basis et al. It's very shameful and highly unethical!

My Human & Federal Rights are being violated by Tammy L. Rainey & Monte P. Nabors while acting under color of state law which very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring with others against my rights, depriving me of my rights under color of law, obstructing justice by deliberately ignoring Federal & State Law and Administrative Directive-03.82 and treating a serious issue as if it was a regular issue and therefore leaving me at a substantial risk of personal injury or some other serious or irreparable harm, falsifying documents to cover up crimes, interfering with my Federally Protected Activities, torturing me by causing me severe mental pain by leaving me in physical danger on purpose, violating my due process of law rights by interfering with my protected Conduct of filing Grievances on purpose, cruel & unusual punishment by leaving me in danger with threats to my food happening deliberately and harassing me for trying to exercise my access to courts rights and also exacerbating my mental illness & violating my equal protection of the law rights, etc...

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

SEP 1 D 2018 (SOLB)

(SEP 1 2 2018)

SEP 1 4 2018 F

Grievance #2018181438 is an Emergency Grievance that's supposed to be coordinated with the Office of Inspector General as demanded by Law.

SEP 1 0 2018
SEP 1 2 201
SEP 1 4 2018

Crimes against me to stop! Victims Rights for crimes against me on 2-13-2018! Grievance #2018181438 fully investigated with the O.I.G. Requested actions granted. Transfer me away from Anderson County! Protection from T.Rainey & M.Nabors, et al.

**Action Requested to resolve your complaint.**

Offender Signature: _Jamon Weston_  SEP 1 4 2018  Date: 4-10-2018  1 0 2018

**Grievance Response:**

SEP 1 2 2...
SEP 1 4 2018

Investigation revealed that Step 1 grievance #2018181438 was screened in accordance with agency guidelines, as only one grievance will be processed every seven days, and you filed a step 1 grievance on 8/14/18. No policy violation noted.

Signature Authority: _____ **Warden Kempt**   Date: 11/21/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.*

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable. *
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

M. Price
Investigator III

UGI Printed Name/Signature: _____
_M. Weston/M. Price_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

<table>
<tr><th colspan="2">OFFICE USE ONLY</th></tr>
<tr><td>Initial Submission</td><td>UGI Initials:</td></tr>
<tr><td>Grievance #:</td><td>2019003975</td></tr>
<tr><td colspan="2">Screening Criteria Used: #1,999</td></tr>
<tr><td>Date Recd from Offender:</td><td>SEP 1 0 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>SEP 1 0 2018</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: MW</td></tr>
<tr><td>Grievance #:</td><td>2019003975</td></tr>
<tr><td colspan="2">Screening Criteria Used: #1 999</td></tr>
<tr><td>Date Recd from Offender:</td><td>SEP 1 2 2...</td></tr>
<tr><td>Date Returned to Offender:</td><td>SEP 1 2 ...</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: W</td></tr>
<tr><td>Grievance #:</td><td>2019003975</td></tr>
<tr><td colspan="2">Screening Criteria Used: #1,999</td></tr>
<tr><td>Date Recd from Offender:</td><td>SEP 1 4 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>SEP 1 4 2018</td></tr>
</table>

Appendix F

(Carbon Copied)



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

<table>
<tr><td colspan="2" align="center">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2019021616</td></tr>
<tr><td>UGI Recd Date:</td><td>DEC 05 2018</td></tr>
<tr><td>HQ Recd Date:</td><td>DEC 11 2018</td></tr>
<tr><td>Date Due:</td><td>1/14/19.</td></tr>
<tr><td>Grievance Code:</td><td>904</td></tr>
<tr><td>Investigator ID#:</td><td>11312</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

Offender Name: Jamon Hestand            TDCJ # 1343536

Unit: Michael            Housing Assignment: 12E-62cell

Unit where incident occurred: Michael

Due Process Claim ~ Access To Courts Rights

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the complaint #2019021616 whatsoever. Grievance # 2018181438 was not a regular grievance in the first place regarding my food and trays being deliberately tampered with.

My Human & Civil Rights are being violated by Warden Pennie R. Kempt, Margaret M. Price, Monte P. Nabors, and Melissa B. Vixtha etal while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring together against my rights etal, depriving me of my rights under color of law, Obstructing Justice for actual criminal activities being done to me by Prison Employees and some Support Service Inmates, leaving me in a situation where I am at a very substantial risk of personal injury or some other serious or irrepacable harm, making false statements on an Official Document stating Grievance #2018181438 was screened in accordance with agency guidelines when in fact it was not processed correctly according to Administrative Directive 03.82 which is one of the Main Agency guidelines pertaining to Grievances, torturing me with a campaign of harassment & retaliation for trying to exercise my access to courts rights that is causing me extreme mental & emotional pain and suffering and also exacerbating my mental illness to where I have endless bad thoughts about these evil people who keep violating my Human & Civil Rights non stop on purpose with evil intentions and evil motives, etc., to oppress & harm me ...

I-128 Front (Revised 11-2010)            **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**            (OVER)

G#2018181438  /  G#2019021616                                                                **Appendix G**
S1F~081418  /  S1F~091018
              /  S2F~120318
              /  2ndS2F~120518

*(Carbon Copied)*

**Proc 2 n**

**Offender Signature:** *Jamon Hartunt*      **Date:** 12-5-2018

**Grievance Response:**

Grievances are processed and investigated in accordance with BP-03.77 and AD-03.82. The grievance process is audited for compliance by the Regional and Central Grievance Office to ensure the appropriate handling of grievances. No further action is warranted.

**Signature Authority:** *M Blalock*   M. BLALOCK   **Date:** DEC 1 7 2018

---

**Returned because:**   *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**           CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**           CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**           CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                              **Appendix G**

RO-011419

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER
### GRIEVANCE FORM
(Carbon Copied)

THE STATE OF TEXAS

**OFFICE USE ONLY**

Grievance #: _2019024286_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Damon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

_~Emergency~_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Warden Meador & CGO B. Barnett_   When? _7-21-2018 and SEP 13-2018_

What was their response? _Warden Meador "Negative" ~ CGO B Barnett "OIG case #1800005440"_

What action was taken? _Grievance #2018151545 delayed return 26 days and torn/damaged..._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

_I received Grievance #2018151545 26 days after C.G.O. B. Barnett gave a response to it at Step 2 Level on September 13th 2018 on October 4th 2018 at mail call and it was torn all down the left side of the Step 2 missing a large peice of it... OCT 22 2018_

_Also, the Office of Inspector General has not interviewed my about OIG case #1800005440 yet. OCT 22 2018_

_It only takes between 4 to 7 days for a Grievance to get from the Unit Grievance Office to the Central Grievance Office and the same coming back from the Central Grievance Office to the Unit Grievance Office, so, the Unit Grievance Office Employees delayed the return of Grievance #2018151545 on purpose for somewhere between 19 to 22 days to harass/retaliate against me for trying to exercise my access to courts rights and violate my protected Conduct of filing Grievances to also obstruct justice for actual crimes being committed by prison Staff. The Grievance Investigators here on Michael Unit Keep violating my rights and they keep committing crimes against me non-Stop. OCT 22 2018_

_As can be clearly seen, Grievance Investigators Brittani F. Rodriguez & Tammy Rainey and Warden Charles O. Meador did not investigate or process Grievance #2018151545 correctly to begin with deliberately to obstruct justice for actual crimes being committed by prison Staff... OCT 22 2018_

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

NOV 3 2018

Appendix F

The Conspiracy's Investigators have been a style and direction the Conduct of filing Grievances and deliberately Obstructing Justice and purposefully Interfering with my attempts to exercise my access to courts rights nonstop since February 13th 2018 when Prison Officials & Staff stole half my property & assaulted and battered me during an excessive use of force where I was seriously injured... NOV 0 1 2018  NOV 0 7 2018

---

**Action Requested to resolve your Complaint.** Stop conspiracy against my rights. Transfer me away from Anderson County to a medical Unit. Protect me from Michael Unit Grievance Investigators & Wardens...

**Offender Signature:** _Jason Testani_     **Date:** 10-22-2018

**Grievance Response:** 0

OCT 23 2018
NOV 0 1 2018
NOV 0 7 2018

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [✓] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # M. Price
- [ ] 10. Illegible/Incomprehensible. * Investigator III  M. Price
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _S. Rainey, T. Rainey_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

OFFICE USE ONLY

Initial Submission   UGI Initials: _TR_

Grievance #: _2019024286_

Screening Criteria Used: _999 #9_

Date Recd from Offender: _OCT 22 2018_

Date Returned to Offender: _OCT 23 2018_

**2nd Submission**   UGI Initials: ___

Grievance #: _2019024286_

Screening Criteria Used: _#2 999_

Date Recd from Offender: _NOV 1 2018_

Date Returned to Offender: _NOV 0 1 2018_

**3rd Submission**   UGI Initials: ___

Grievance #: _2019024286_

Screening Criteria Used: ___

Date Recd from Offender: _NOV 7 2018_

Date Returned to Offender: _NOV 0 7 2018_

**Appendix F**

(Carbon Copied)

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019026 2850 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Jamon Hestand TDCJ # 1343536

Unit: M Estelle Housing Assignment: ____

Unit where incident occurred: Michael

12E-72

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office When? 10-3,4,5, 11-2018

What was their response? Grievable time period has expired.

What action was taken? Grievances deliberately not processed correctly.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators at Michael Unit keep trying to obstruct Justice for the crimes committed against me by prison officals & staff on February 13th 2018 who stole half my property and assaulted & battered me with serious injuries. These Grievances #s 2018098098, 2019003493, and 2019016043 were all not processed according to Fedral & State Law and BP-03.77 & AD-03.82. There is no screening criteria for Emergency Grievances about crimes committed by prison staff or for denial of access to courts complaints, both of which is also supposed to be coordinated with the Office of Inspector General.

These Grievance Investigators involved in these forementioned complaints are committing crimes against me themselves by obstructing Justice. They are conspiring against my rights et al. & depriving me of my rights under color of law which is very cruel & unusual punishment and is torturing me and causing me severe mental & emotional pain & suffering and agitates my mental illness and violates my equal protection of the law rights ... These individuals know exactly what they are doing to me illegally with evil intentions & evil motives.

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Append

NOV 13 2018

**Action Requested to resolve your Complaint.** All these Complaints investigated with the O.I.G. and all requested actions granted immediately. Transfer me away from Anderson County. Protection from all involved Staff.

**Offender Signature:** *Jamon Howard*　　　　　　　　　　**Date:** 10-24-2018

**Grievance Response:**

NOV 13 2018　　NOV 13 2018　　NOV 13 2018

NOV 19 2018　　NOV 19 2018

**Signature Authority:** _____　　　　　　　**Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**　　　***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☑ 9. Redundant, Refer to grievance # 2018151660/2018151545
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

M.Vixma N9x 25 Oct. 2018

**UGI Printed Name/Signature:** J. Back C.Back
B. Rodriguez/B. Roodriz 25 Oct. 2018

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

Appendix F

**OFFICE USE ONLY**

Initial Submission　　UGI Initials: JCB
Grievance #: 2019026285
Screening Criteria Used: #9 (999)
Date Rec'd from Offender: 25 Oct 2018
Date Returned to Offender: 25 Oct 2018

2nd Submission　　UGI Initials: N
Grievance #: 2019026285
Screening Criteria Used: #9 999
Date Rec'd from Offender: NOV 13 2018
Date Returned to Offender: NOV 13 2018

3rd Submission　　UGI Initials: BR
Grievance #: 2019026285
Screening Criteria Used: #9 999
Date Rec'd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018

Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

Grievance #: _2019032477_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _807_

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

*(Emergency-Access To Courts Violations)*

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_   When? _10-10,11,15,18-2018_

What was their response? _Submission in excess of 1 every 7 days_

What action was taken? _Grievance #2019014404 not processed correctly & coordinated with O.I.G._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators once again deliberately refused to process a complaint about them not picking up Grievances like they are supposed to every single work day or business day. Monte P. Nabors & Tammy L. Rainey are deliberately obstructing Justice for their own illegal behavior of denying incarcerated persons who are mentally ill access to courts rights which is a crime under Federal & State Law...

NOV 12 2018   NOV 19 2018

These Grievance Investigators are criminals working under color of state law. They have been purposefully implementing a campaign of harassment against mentally ill incarcerated persons who try to exercise their access to courts rights and when I file a complaint about it, they refuse to process it according to AD-03.82 and Federal & State Law.

NOV 12 2018   NOV 19 2018

I know the Offender Grievance Operations Manual is in harmony with BP-03.77 and AD-03.82. For it to contradict those policies & Administrative Directives means CID Director Lorie Davis, Executive Director Bryan Collier, and Texas Board of Criminal Justice Chairman Dale Wainwright are to blame for alot of this corruption in the Grievance System regarding violations of Due Process of Law and Denial of Access To Courts Rights. As it is, they are already responsible because the Grievance System is supposed to under review by the Leaders of the System I forementioned and with that review done ethically it would be literally impossible for them to miss the non stop criminal activities going on and the systematic abuse of the protected conduct of filing Grievances Systemwide. They are obviously conspiring together with all Wardens, Grievance Investigators, Practice Managers, et al in order to interfere with access to courts rights & Due Process Rights which is

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

NOV 07   NOV 12 2018   NOV 19 2018   Appendix F

very cruel & unusual punishment and torture. These Leaders are deliberately operating a corrupt & inhumane system for profit over Human/Civil Rights...

Monte P. Nabors & Tammy L. Rainey are pawns in the conspiracy against my rights and the rights of many other incarcerated persons including the mentally ill but they are nevertheless, active participants in this ongoing criminal behavior that they perpetrate with deliberately evil intentions & evil motives...

(Carbon Copied)

Action Requested to resolve your Complaint.
Investigate Grievance# 2019019404 & this one properly with the O.I.G. and grant all my requested actions immediately. Stop this illegal behavior now! Stop denying access to courts rights!

Offender Signature: _Jamon Hosford_                        Date: 11-2-2018

Grievance Response:

NOV 19 2018

---

Signature Authority: _____     Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

M. Price
Investigator III

UGI Printed Name/Signature: _M. Price_
B. Podvesker/Beastly  MVOR
Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: 201903247 | |
| Screening Criteria Used: #1 999 | |
| Date Recd from Offender: NOV 07 2018 | |
| Date Returned to Offender: NOV 07 2018 | |
| 2nd Submission | UGI Initials: MV |
| Grievance #: 2019032417 | |
| Screening Criteria Used: #1 999 | |
| Date Recd from Offender: NOV 12 2018 | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: |
| Grievance #: 2019032417 | |
| Screening Criteria Used: #1 999 | |
| Date Recd from Offender: NOV 19 2018 | |
| Date Returned to Offender: NOV 19 2018 | |

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: 2019032480

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12E-63cell__

Unit where incident occurred: __Michael__ __12E, 12__

__Regarding Access To Courts / Due Process of Law__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Grievance Office__   When? __10-10, 14, 15, 18 - 2018__

What was their response? __Submission in excess of 1 every 7 days__

What action was taken? __Grievance # 2019019418 deliberately not processed correctly to Obstruct Justice.__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

These Grievance Investigators Monte P. Nabors & Tammy L. Rainey are conspiring with others & together to obstruct Justice for an actual crime where Building Inspectors have been Passing the Inspection of 12 Building for untold years when there is an extremely obvious major violation of Fedral & State Law, and for a major Health Hazard of very bad air quality to the extreme, and for torturing me and everyone else that's mentally Ill and forced to endure massive Cruel & unusual punishment in solitary confinement...

Grievance # 2019019418 is definitely not a "Regular Grievance" at all since it involves an ongoing crime and a technical Health Care issue that has been going on for decades now non stop violating Human Rights & Fedral Rights and breaking both Fedral & State Laws like Building Codes & Health and Safety Codes...

Now, these Grievance Investigators forementioned are deliberately violating my Protected Caduct of filing Grievances and violating my access to courts rights to Obstruct Justice for a long term Health Hazard and Crime as they conspire against the Rights of me and every inmate on 12 Building of Michael Unit who at this time now are mostly mentally ill due to the Mental Health Therapeutic Diversion Program being in operation here on 12 Building and Chronically Mentally Ill patients being housed here so they violations also violate equal protection of the law due to that mental illness. These Investigators are torturing me personally for my endless efforts to obtain legal relief through the Grievance System and they are causing me severe physical, mental, & emotional pains suffering by continuously violating my Human & Fedral Rights while acting under color of State law which also very →

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

NOV 07 2018

NOV 12 2018

Appendix F

are the public officials from the State Court that sentenced me to on December 2nd, 2005. At no time did the State Court punish me to non stop major violations of my Human & Fedral Rights by Prison Officials & Staff during my forced incarceration here in Texas and since my Rights have been & are being violated illegally by Prison Officials & Staff non stop, I have long ago & now already paid my Dues to Society since I have been tortured by Prison Officials & Staff illegally non stop for years when they are supposed to represent the Supreme Law of The Land and Stand for Society itself but instead they violate that Supreme Law of The Land and disregard Society who pays taxes for these Public Officials & Staff who are endlessly violating my Human & Fedral Rights.

**Action Requested to resolve your Complaint:** *Stop conspiring against my rights & tampering with my access to courts rights. Grievance # 2019014418 & this one investigated with the O.I.G. & Health Services Division and all my requested actions granted immediately. Freedom from Prison time served for torturing me

Offender Signature: _Tyson Hastings_            Date: 11-6-2018

NOV 19 2018

**Grievance Response:**

NOV 19 2018

**Signature Authority:** _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

M. Price
Investigator III

**UGI Printed Name/Signature:** B. Rodriguez/Bratz   M.V. Khar

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

**OFFICE USE ONLY**

Initial Submission   UGI Initials: ____
Grievance #: 2019032480
Screening Criteria Used: #1,999
Date Recd from Offender: NOV 07 2018
Date Returned to Offender: NOV 07 2018
2nd Submission   UGI Initials: M
Grievance #: 2019032480
Screening Criteria Used: #1,999
Date Recd from Offender: NOV 12 2018
Date Returned to Offender: NOV 12 2018
3rd Submission   UGI Initials: DE
Grievance #: 2019032480
Screening Criteria Used: #1,999
Date Recd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019032489

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12E-33 cell**

Unit where incident occurred: **Michael / Systemwide**

**~ Due Process Violations ~ Health Hazard ~ Access To Courts ~**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Grievance Investigators**   When? **10-8, 11, 15, 18 - 2018**

What was their response? **Submission in excess of 1 every 7 days**

What action was taken? **Health Hazard covered up in Grievance # 2019019397.**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Monte P. Nabors & Tommy L. Rainey are deliberately trying to cover up an ongoing Health Hazard here on 12 Building by violating my Protected Conduct of filing Grievances. This Grievance # 2019019397 is a very technical Health care issue regarding a Health Hazard. Now, by obstructing Justice they are violating my access to courts rights and due to the fact that there is a Mental Health Therapeutic Diversion Program, this violates equal protection of the law rights which are violated also due to the fact that not only does it violate the mentally ill but also because inmates on/in other prisons both State-wide and Nationwide are not or should not be treated so badly as this but either which way, those Grievance Investigators are Violating my Protected Conduct...

NOV 12 2018

There's no way such Systematic abuse and Health Hazards can be treated as a Regular everyday minor complaint ~ so, my Human & Federal Rights are being violated by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, T.B.C.J. Chairman Dale Wainwright, Monte P. Nabors, and Tammy L. Rainey while acting under color of State law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by allowing a corrupt Grievance System to stay in operation regardless of it's ineffectiveness in solving serious Human Rights violations on a very regular basis, conspiring together against the rights of incarcerated persons, allowing Health Hazards and Crimes to go on unabated deliberately. Why else hide the Offender Grievance Operations Manual?!?", torture by allowing and/or participating in causing me and others incarcerated severe physical/mental/& emotional pain & suffering by making it near impossible to get any relief or resolutions for any complaints filed on a regular basis. ~>

NOV 12 2018

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

Appendix F

deliberately putting a massive burden on my attempts to exercise my access to courts rights, violating taxpayers rights who pay for a useless Grievance System Staffs, deliberate indifference to a serious Health Hazard, allowing Building Inspectors to pass a buildings inspection when it obviously needs to be shut down or a problem fixed immediately, etc. all of which is being done with evil intentions & evil motives ...

NOV 07 2018

NOV 12 2018

NOV 19 2018

(Carbon Copied)

**Action Requested to resolve your Complaint:** Grievance # 2019014397 reinvestigated & Building Inspected properly!
12 Building Shut down until it is in compliance with Federal, State Law. Independent Oversight over the entire Grievance System with full Public Awareness. Health Hazards Fixed immediately!

**Offender Signature:** _Timon Hostend_        **Date:** 11-5-2018

NOV 07 2018

**Grievance Response:**

NOV 12 2018

NOV 19 2018

**Signature Authority:** _____        **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

M. Price
Investigator III

**UGI Printed Name/Signature:** _B. Rodriguez/Bradco_  M. Price

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

Appendix F

**OFFICE USE ONLY**

Initial Submission        UGI Initials: _____
Grievance #: 2019032489
Screening Criteria Used: #1,999
Date Rec'd from Offender: NOV 07 2018
Date Returned to Offender: NOV 07 2018

2nd Submission        UGI Initials: W
Grievance #: 2019032489
Screening Criteria Used: #1,999
Date Rec'd from Offender: NOV 12 2018
Date Returned to Offender: NOV 12 2018

3rd Submission        UGI Initials: BR
Grievance #: 2019032489
Screening Criteria Used: #1,999
Date Rec'd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018



**Texas Department of Crimina Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2019036886

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12E-72cell

Unit where incident occurred: Michael & Central Grievance Office
Regarding Grievance #2018145655 from: ST-05-2718 ST-080118

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Meador & B. Howard "ARD" When? 7-13-2018 & 10-15-2018

What was their response? Negative...

What action was taken? Serious Health Hazard being covered up by these Prison Officials...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance #2018145655... First, I didn't get the Step 2 & 1 back until October 29th 2018 that B. Howard responded to on 10-15-2018 so the Unit Grievance Staff held on to it for at least 10 days for no good reason. Then you have Warden Charles O. Meador II falsifying an official document when he knows very well there are no exhaust vents built into the ceilings of every section of every pod on 12 Building of Michael Unit... Then here goes B. Howard at the Central Grievance Office conspiring together with Warden Charles O. Meador et al against my rights & the rights of all incarcerated persons here on Michael Unit on 12 Building... These individuals know there is no exhaust system built into each section of every pod on 12 Building like there is supposed to be according to Federal & State Law... This problem is a long term major Health Hazard that continues to be deliberately covered up by Prison Officials & Staff and Building Inspectors both here on Michael Unit and in the Central Grievance Office... The involved Building Inspectors are committing a crime each time they pass the inspection of 12 Building when it is very obviously out of compliance with Building Codes/Standards and violates Federal & State Laws like Health & Safety Codes also...

This problem is magnified by mold in the walls and dust in the vents too. We the incarcerated persons are being tortured with very bad air quality here on 12 Building of Michael Unit and it causes serious mental, emotional, and physical pain & suffering. These Prison Officials & Staff along with the Building Inspectors are showing very deliberate indifference & gross negligence in order to avoid 12 Building getting shut down until it is in full compliance with Federal →

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

and "crime." They make us suffer from *this* so they
violate Human Rights & Federal Rights to save money! They are very
seriously agitating my mental illness and I'm forced to breathe very bad
air quality on a regular basis. This complaint involves an ongoing crime
and "Health Hazard" and should be coordinated with the Health Services Div-
ision & the Office of Inspector General.

NOV 15 2018
NOV 19 2018
NOV 27 2018

**Action Requested to resolve your Complaint.** Requested actions granted in Grievance #2018145655.
Shut 12 Building down until it is in full compliance with Federal & State Law. Investigate
this complaint with the Health Services Division & Office of Inspector General. Stop crimes!

**Offender Signature:** _Jamon Hastana_     **Date:** 11-09-2018   15 2018

**Grievance Response:**

NOV 19 2018
NOV 27 2018

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- ☒ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☒ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # _____
- ☐ 10. Illegible/Incomprehensible: *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _B. Rodriguez_ B Rodz

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: BR
Grievance #: 2019031088LP
Screening Criteria Used: 999 #1 #8
Date Recd from Offender: NOV 15 2018
Date Returned to Offender: _____
**2nd Submission**    UGI Initials: BR
Grievance #: 2019031088LP
Screening Criteria Used: 999 #1 #8
Date Recd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018
**3rd Submission**    UGI Initials: W
Grievance #: 2019031088LP
Screening Criteria Used: #1 #8
Date Recd from Offender: NOV 27 2018
Date Returned to Offender: NOV 27 2018

Appendix F

(Carbon Copied)

## Texas Department of Criminal Justice

### STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

Offender Name: Jamon Hestand        TDCJ # 1343536

Unit: Michael         Housing Assignment: 12E-7 cell

Unit where incident occurred: Michael

OFFICE USE ONLY

Grievance #: 2019038388

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appeling the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Investigators_ When? _10-17, 18, 22 -2018 & 11-1-2018_

What was their response? _Submission in excess of 1 every 7 days_

What action was taken? _Grievance Investigators violating my Protected Conduct of Filing Grievances._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Tammy L. Rainey & Margaret M. Price are conspiring together against my rights with others to obstruct justice for crimes committed against me here on Michael Unit. These individuals are on a campaign of harassment for me trying to exercise my access to courts rights. Grievance #'s 2018151563 & 2019022937 were not processed according to Federal & State Laws or AD-03.82...

All involved individuals who have been acting under color of state law are conspiring together against my rights non stop especially since February 13th 2018, torturing me non stop... These people are violating my Protected Conduct of Filing Grievances deliberately. They act as if they are in the right or as if the "Offender Grievance Operations Manual" that was removed from all T.D.C.J. Law Libraries to hide its unconstitutional content contradicts AD-03.82... and if it does contradict and it is unconstitutional then C.I.D. Director Lorie Davis, Executive Director Bryan Collier, and T.B.C.J. Chairman Dale Wainwright are violating me and all incarcerated persons in the Texas Department of Criminal Justice and depriving us of our rights under color of law which specifically obstructs justice non stop...

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

G# 2018151563 / G# 2019022937
Response to S2 / S1F~ 101718
on 091318 / S2F~ 111918

Appendix F

*(Carbon Copied)* NOV 27 2018

**Action Requested to resolve your Complaint:** * Put OGOM back in all T.D.C.J. Law Libraries!
Reinvestigate Grievance #2018151563 & 2019022437 with the O.I.G. and grant all my reques-
ted actions. Stop violating my Protected Conduct of filing Grievances. NOV 2 7 2018

**Offender Signature:** *Vernon Hester*   **Date:** 11-19-2018   NOV 2 7 2018   DEC 0 5 2018

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [X] 1. Grievable time period has expired. 10-18-18
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Rodriguez/B. Rodriguez

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

OFFICE USE ONLY

Initial Submission,        UGI Initials: BR
Grievance # 2019038388
Screening Criteria Used: 999 #1
Date Recd from Offender: NOV 1 9 2018
Date Returned to Offender: NOV 1 9 2018

2nd Submission            UGI Initials: IW
Grievance #: 2019038388
Screening Criteria Used: 999 #1
Date Recd from Offender: NOV 27 2018
Date Returned to Offender: NOV 27 2018

3rd Submission            UGI Initials: BR
Grievance #: 2019038388
Screening Criteria Used: 999 #1
Date Recd from Offender: DEC 0 5 2018
Date Returned to Offender: DEC 0 5 2018

**I-127 Back** (Revised 11-2010)

Appendix F

## Texas Department of Criminal Justice

| OFFICE USE ONLY |
|---|
| Grievance #: 2019046087 |
| Date Received: DEC 05 2018 |
| Date Due: 1-14-19 |
| Grievance Code: 904 |
| Investigator ID #: I1983 |
| Extension Date: _____ |
| Date Retd to Offender: JAN 1 4 2019 |

**STEP 1**

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-62cell_

Unit where incident occurred: _Michael and Estelle_

**\*** _Regarding Grievance #2019026283_

RO-011419

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Investigators_   When? _10-24,25~2018 / 11-13,19~2018_

What was their response? _Redundant, Refer to Grievance #2018151660/2018151545_

What action was taken? _Grievance Investigators violated my Protected Conduct of filing Grievances_

State your problem in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Grievance Investigators J. Back, Melissa B. Vixtha, and Brittani F. Rodriguez have conspired together against my rights to obstruct Justice and deny me all my requested actions... Grievance #2019026283 was not processed correctly and Grievance #2018151660 has never been resolved and #2018151545 was not directly related and it has not brought any relief or resolution either! The issues brought forth in Grievance #2018098098 and #2018098045 were also never resolved either so Grievance #2019026283 is most definitely not redundant since none of the forementioned Complaints have been resolved whatsoever._

_All the Grievance Investigators involved in all these complaints forementioned are deliberately violating my Human & Fedial Rights while acting under color of State Law which very greatly increases my punishment way above and beyond what the State Court sentenced me to on December 2nd 2005 specifically by Conspiring together with others against my rights, depriving me of my rights under color of law, violating my Fedially Protected Activities, Obstructing Justice for the crimes committed against me by Prison Employees on February 13th 2018, violating my Protected Conduct of filing Grievances and interfering with my access to courts rights, violating my Freedom of Speech & Association rights, falsifying an Official document in all forementioned complaints by improperly screening said documents with bogus reasons when these complaints are Emergency in nature, leaving me in a situation where I am still at risk of personal injury and/or some other serious or irreparable harm, torture and causing me endless mental & emotional pain & suffering and agitating my mental illness..._

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

\*G#2018098098   G#2019026283
#2018098045   S1F~102418
   S2F~120518

Appendix F

These Investigators are violating my Human & Federal Rights on purpose with evil intentions and evil motives to oppress me with a Campaign of harrassment & retaliation for trying to exercise my access to courts rights!

( Carbon Copied )

Action Requested to resolve your Complaint. Grant all my requested actions in all forementioned Grievance #'s. Stop violating my Protected Conduct of Filing Grievances!

Offender Signature: _Tamar Hastings_          Date: 12-4-2018

Grievance Response:

Be advised, one issued/incident will be addressed per grievance. Step 1 grievance #2019026283 was screened and returned to you in accordance with agency guidelines, as the issue within that grievance had already be addressed through the Step 1 and Step 1 grievance procedure. No policy violation noted.

Signature Authority: _MEADOW_          Warden Meador          Date: _1/11/19_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

MAR · 5 2019



**THE STATE OF TEXAS**

*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: ~~12~~E-61 cell

Unit where incident occurred: Michael

OFFICE USE ONLY

Grievance #: 2019046087

UGI Recd Date: FEB 04 2019

HQ Recd Date: FEB 06 2019

Date Due: 03/16/2019

Grievance Code: 904, 999

Investigator ID#:

Extension Date:

RO 03-15-2019

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

First of all I was on medical chain from January 25th to the 29th and on January 31st 2019... And I was on medical chain on January 15th to the 18th of January 2019...

    Warden Charles O. Meador is deliberately violating my Human & Fedral Rights while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by Conspiring with others against my rights, Obstructing Justice for crimes committed against me on February 13th 2018 which is why I filed Grievance #2018048098 & 2018048045 to begin with which led to #2019026283 & 2019046087 of which none have been resolved, making a false statement & violating my Protected Conduct of Filing Grievances by lying about Grievance #2019026283 being screened and returned to me in accordance with agency guidelines when in fact AD-03.82 was deliberately ignored by all Investigators & Wardens involved in those complaints and AD-03.82 is based on Fedral & State Law and by ignoring the rest of my Grievance to further obstruct justice, leaving me in a negative enviroment that further agitates my mental illness which has caused me to start lashing out physically after I was assaulted & battered by prison guards on February 13th 2018 and had half my property stolen by them also, torturing me and causing me extreme mental & emotional pain & suffering by continuously violating my rights under color of law, etc.

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

Grievance # 2019046087 is not resolved whatsoever and needs to be fully investigated properly & ethically...

Offender Signature: _Jamon Heston_    Date: **1-3-2019**

Grievance Response:

Signature Authority: _____    Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☑ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _McCulee_

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _mb_

Date UGI Recd: 2-4-19

Date CGO Recd: 2-6-19

(check one) √ Screened  ____ Improperly Submitted

Comments: #1

Date Returned to Offender: 3-7-19

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened  ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened  ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    Appendix G

 Carbon Copied



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: 2019051355

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Rec'd to Offender: _____

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12E-62 cell

Unit where incident occurred: Michael

Due Process & Access To Courts Rights Violations

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every On Duty Officer          When? From 10-10-2018 to

What was their response? They just signed the Activity Log and left the pod without going around.

What action was taken? Grievance Investigators deliberately violating Protected Conduct of filing complaints.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following dates, Grievance Investigators deliberately came to 12 Building and signed in the Activity Logs with false information and turned around and left the pods without going around picking up any Grievances out of the Grievance Boxes like they were supposed to: 10-10-2018, 10-16-2018, 10-17-2018, 10-14-2018, 10-23-2018, 10-25-2018, 10-30-2018, 11-1-2018, 11-2-2018, 11-5-2018, 11-6-2018, 11-9-2018, 11-13-2018, 11-19-2018, 11-23-2018, 11-24-2018, etc. which very clearly violates Due Process of Law and Access To Courts Rights and it Obstructs Justice and violates the rights of mentally ill incarcerated persons such as myself.

DEC 17 2018 JAN

On top of their conspiracy against the rights of mentally ill incarcerated persons, they treat serious complaints as if they are regular everyday issues or small issues when in fact the majority of complaints I have filed are either serious or very serious Grievances. They constantly abuse the screening process and their Superiors allow it to go unabated regardless of the severity of the complaints. They also count weekends & holidays & other days where they don't process any complaints or investigate any Grievances or pick up any Grievances against the 15 day time limit of filing Grievances when in fact they shouldn't be counting those days against any time limit when they are not doing their job at all and there is already a burden on incarcerated persons to gather legal materials or any other necessary information to file the complaints with all necessary information especially in all forms of solitary confinement and that is all completely unconstitutional and agitates my mental illness. Also, there shouldn't be any time limit for serious violations of Federal & State Law but all these Grievance Investigators use a time limit anyways and violate Federal & State Law themselves

I-127 Front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

DEC 17 2018     DEC 27 2018     JAN 02     Appendix F

by doing so, JAN 02 2019

Taxpayers are also being violated by these Grievance Investigators who get paid with their hard earned money but turn around and violate incarcerated persons Protected Conduct of filing Grievances every which way they can and waste Taxpayers money due to actual litigation that comes forth due to them deliberately not resolving complaints on a regular basis...

DEC 17 2018
DEC 27 2018
JAN 02 2019

**Action Requested to resolve your Complaint:** *Fully resolve these problems... * Change 15 day time limit to 30 days to stop burden to access to courts! Video Security data compared to Activity Logs to find out truth as I wrote and saved for litigation. Stop treating serious complaints as if they are not serious by improperly screening them...
DEC 27 2018

Offender Signature: _Toman Hustund_   Date: 12-14-2018
DEC 27 2018

Grievance Response:

JAN 02 2019

Signature Authority: _____   Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: B. Rodriguez B Rodriguez
M. Vixtha
Clerk II

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

Carbon Copied

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: JB |
| Grievance #: | 2019051353 |
| Screening Criteria Used: | 999 #2 |
| Date Recd from Offender: | DEC 17 2018 |
| Date Returned to Offender: | DEC 17 2018 |
| 2nd Submission | UGI Initials: MV |
| Grievance #: | 2019 |
| Screening Criteria Used: | |
| Date Recd from Offender: | DEC 27 2018 |
| Date Returned to Offender: | DEC 27 2018 |
| 3rd Submission | UGI Initials: MV |
| Grievance #: | 2019054305 |
| Screening Criteria Used: | #1  999 |
| Date Recd from Offender: | JAN 02 2019 |
| Date Returned to Offender: | JAN 02 2019 |

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: 2019051377

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-62cell

Unit where incident occurred: Michael & Systemwide
Due Process & Access To Courts & 1st Admendment Claims

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Central Grievance Office   When? 11-28-2018

What was their response? Grievable Time Period Expired

What action was taken? Protected Conduct of Filing Grievances Violated on Grievance #2019009843

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

First of all, I did not receive that Grievance Until 12-05-2018 at mailcall... Next thing is that Warden Pennie Kempt responded on 10-25-2018 to the Step 1 but I did not receive it back til 10-31-2018 but Investigator ID# I-2545 falsely claimed that it was returned to me on 10-26-2018. I filed my Step 2 Grievance on 11-09-2018 but that day Grievance Investigator Brittani Rodriguez came to E-Pod at about 7:45am, signed in the Activity Log and turned right around and left the Pod without picking up any Grievances at all and also Monte P. Nabors did the same thing on 11-13-2018 at about 6:50am so these Investigators falsified the Step 2 Grievance by falsely claiming that UGI Received my Grievances on NOV 14, 2018... But aside from all these Violations of my Due Process and tampering and/or interfering with my access to courts rights on purpose, all these Grievances should never have been rejected that begins with a Fedral Offense of Conspiracy Against my Rights, Deprivation of my Rights Under Color of Law, Violating my Fedrally Protected Activities, and tampering with my Legal Mail from the "T.J. Solomon Law Group, PLLC" in Grievance # 2018186383 and progresses through a series of complaints where Grievance Investigators Obstruct Justice and Violate my protected Conduct of filing Grievances and harass & retaliate against me for trying to exercise my access to courts rights in Grievance #s: 2018186383, #2018187454, #2019002597, #2019009843. These involved Grievance Investigators have all Violated Fedral & State Law in these complaints deliberately and here in Grievance #2019009843 the Central Grievance Investigator who sribbled their name & initials where you can't read it and also mysteriously did not put their Investigator ID # to avoid and/or obstruct Justice, screens the Grievance as : Grievable Time period has expired!→

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

DEC 17 2018   DEC 27 2018   JAN 02 2019   Appendix F

...Times, any allegations of harassment or retaliation for exercising access to courts rights, etc. to begin with. And regardless of that fact, these Investigators are counting days where they do not pick up Grievances, investigate Grievances or process any Grievances whatsoever against the 15 day time limit such as weekends and holidays and they treat serious violations of Federal & State Law as if they are Regular Everyday Complaints and all that is completely unconstitutional & illegal since its being done deliberately and during those 15 days in Solitary Confinement we incarcerated persons are forced to struggle to prepare complaints against our Human & Federal Rights with very limited access to legal materials in a timely fashion...

**Action Requested to resolve your Complaint** *Reinvestigate all forementioned Grievances in this Grievance...* Increase the 15 day time limit for filing Grievances to 30 days & stop counting holidays & weekends against that time limit... Stop using time limits against Grievances about serious violations of Federal & State Law!

**Offender Signature:** _Jamin Heston_   **Date:** 12-17-2018

**Grievance Response:** DEC 17 2018  DEC 27 2018  JAN 02 2019

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution.
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [x] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

M. Vixtha Clerk II

M. Price Investigator III

**UGI Printed Name/Signature:** Investigator III

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: 2019051377 | |
| Screening Criteria Used: 999 #8 | |
| Date Recd from Offender: DEC 17 2018 | |
| Date Returned to Offender: DEC 17 2018 | |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: DEC 27 2018 | |
| Date Returned to Offender: DEC 27 2018 | |
| 3rd Submission | UGI Initials: |
| Grievance #: 2019051377 | |
| Screening Criteria Used: #8 999 | |
| Date Recd from Offender: JAN 02 2019 | |
| Date Returned to Offender: JAN 02 2019 | |

Appendix F

C# 2019009843
S1F-092118
S2F-110918

(Carbon Copied)

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: 2019053307

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jaman Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-62 cell

Unit where incident occurred: Michael

Due Process & Access To Courts Violations / Obstructing Justice

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office   When? 12-05-2018 (From 11-14-2018 up til 2019)

What was their response? Grievable time period expired / Submission in excess of 1 every 7 days

What action was taken? Grievance Investigators obstructing Justice for a Fedral Offense

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate
In Grievance #2019038375 & #2019038378 Grievance Investigators Brittani F. Rodriguez & Melissa B. Vixtha conspired together with mailroom staff to cover up serious delays being done deliberately by mailroom prison staff here on Michael Unit and by doing so are violating my Protected Conduct of filing Grievance and putting a very serious burden on my access to courts rights and they are Obstructing Justice for mailroom staff obstructing my mail/correspondence.

To treat complaints about incoming and outgoing mail as a regular issue & avoid an investigation is criminal in nature and unconstitutional. If there is any policy that supports this particular behavior in the Offender Grievance Operations Manual or elsewhere then C.I.D. Director Lorie Davis, Executive Director Bryan Collier, and T.B.C.J. Chairman Dale Wainwright are both violating my Human & Civil Rights and violating Fedral Law and conspiring together against the rights of all incarcerated persons to ultimately interfere with Access To Courts Rights and hamper litigation on purpose which can obstruct Justice, agitate mental illness, cause a major burden on freedom of Speech & association, etc. --- otherwise it's these Grievance Investigators here on Michael Unit violating my Human & Civil Rights non-stop.

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

G#2019038375 / G#2019038378
S1F-111918   S1F-111918
NO 92   NO-52

Appendix F

DEC 20 2018
DEC 27 2018
JAN 0 2 2019

_(Carbon Copied)_

**Action Requested to resolve your Complaint:** Stop treating Complaints about mail as regular complaints!
Reinvestigate aforementioned Complaints & grant requested actions. Stop using Screening criteria about serious complaints about mail. Stop conspiring against my rights in Grievance Office!

**Offender Signature:** _Jimon Watson_                              **Date:** 12-20-2018

DEC 20 2018
JAN 0 2 2019

**Grievance Response:**

**Signature Authority:** _____        **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

M. Price
Investigator III

**UGI Printed Name/Signature:** _M. Price_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:
Grievance #: 2019053307
Screening Criteria Used: #1  999
Date Recd from Offender: DEC 20 2018
Date Returned to Offender: DEC 20 2018

2nd Submission          UGI Initials:
Grievance #: 2019053307
Screening Criteria Used: #1  999
Date Recd from Offender: DEC 27 2018
Date Returned to Offender: DEC 27 2018

3rd Submission          UGI Initials:
Grievance #: 2019053307
Screening Criteria Used: #1  999
Date Recd from Offender: JAN 0 2 2019
Date Returned to Offender: JAN 0 2 2019

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER
GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019054249

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Ret'd to Offender: _____

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12 E 02

Unit where incident occurred: Michael & Central Grievance Office
Health Hazard ~ Obstructing Justice ~ Due Process

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Charles Meador & CGO B. Howard "ARD" When? and 9-10-2018 and 11-1-2018

What was their response? Negative & False...

What action was taken? Ongoing Health Hazard   Dirty Filthy Showers

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In Grievance #2018181095 both Warden Charles O. Meador and Central Grievance Officer B. Howard both avoided comparing Activity Logs to Security Video data and saving that video data for evidence... Warden Meador lied about Captain Jamadre Enge inspecting showers and saying they were clean. CGO B. Howard made a false statement also all the way across... Nothing was done appropriately and there is tons of evidence on video, in the Activity Logs, and in all the showers on 12 Building on every Pod.

As of right now, I am on 12 Building E-Pod and the showers have not been cleaned a single time since October 30th 2018 for about 20 seconds and before that on October 18th 2018 and before that on 10-08-2018 so right now no-one has cleaned any showers for 51 days and counting. The Activity Logs alone can prove this but if they show otherwise then they should be compared to Video Data for all those times & dates because the showers are absolutely filthy with grime, slime, hair particles, bodily fluids, bacteria, etc. real bad and smell awful and are also full of mold, spiders, and cockroaches... There's also no light in alot of the showers at all...

These aforementioned individuals are conspiring together etal. to cover up a very serious Health Hazard deliberately which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 which also is torturing me by causing me extreme mental & emotional pain & suffering and threatening my physical well being and seriously is agitating my mental illness...

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

G# 2018181095
SIF~ 080618
S2F~ 042419

Appendix F

*(Carbon Copied)*

I did not get Grievance #2018181095 back into my possession un-til 12-05-2018 at mail call! B. Howard made a response to the Step 2 complaint on 11-01-2018! So Grievance Investigators and/or mailroom Staff just dry held it for 34 days for no good reason at all!

DEC 20 2018   DEC 27 2018
JAN 02 2019

**Action Requested to resolve your Complaint** *Clean showers every day! Stop this Health Hazard... Reinvestigate Grievance #2018181095 properly along with this one here and save all evidence from Activity Logs & Video Data. Stop making false statements on Grievances. Shut 12 Building down!

**Offender Signature:** *Tamon Hexland*                    **Date:** 12-20-2018
DEC 20 2018
JAN 02 2019

**Grievance Response:**

---

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievance time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☒ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Vixtha   Clerk II

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

M. Price
Investigator III

**OFFICE USE ONLY**

Initial Submission        UGI Initials: W
Grievance #: 2019053291
Screening Criteria Used: #2 5/9
Date Rec'd from Offender: DEC 20 2018
Date Returned to Offender: DEC 20 2018

2nd Submission        UGI Initials: W
Grievance #: 2019054391
Screening Criteria Used: #R 9/9
Date Rec'd from Offender: DEC 27 2018
Date Returned to Offender: DEC 27 2018

3rd Submission        UGI Initials: W
Grievance #: 2019054399
Screening Criteria Used: #8 9/9
Date Rec'd from Offender: JAN 02 2019
Date Returned to Offender: JAN 02 2019

Appendix F

*Please accept as Original*

## Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019042440 |
| Date Received: | JAN 11 2019 |
| Date Due: | 2-20-19 |
| Grievance Code: | 903 |
| Investigator ID #: | I 2060 J 2668 |
| Extension Date: | 4-1-19 |
| Date Retd to Offender: | MAR 29 2019 |

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-62cell    12 D

Unit where incident occurred: Michael    12 D

**\* Due Process Violation ~ Access To Courts Violation    \*RO-040219**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Grievance Investigators**    When? **12-11,12,17,27-2018**

What was their response? **Grievable time period has expired expired**

What action was taken? **Due Process & Access To Courts Rights violated deliberately**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Melissa B. Vixtha, Brittani F. Rodriguez, and their Supervisor Margaret M. Price are conspiring together with mailroom staff here on Michael Unit against my rights. They are obstructing justice by deliberately violating my Protected Conduct of filing Grievances and Harassing me for trying to exercise my Access To Courts Rights in Grievance #2019049912 which pertains to serious violations of my Federally Protected Activity of receiving Legal Mail without it being delayed on purpose which violates my Freedom of Speech & Association Rights also and seriously agitates my mental illness...

As I explained in Grievance #2019049912 very clearly, the mailroom representative delivered the letter from the "T.J. Soloman Law Group, PLLC" to me on November 26th, 2018 which was sent "First Class Mail" to me on November 15th, 2018 from the "T.J. Soloman Law Group, PLLC". I filed the Step 1 on December 11th 2018. The Grievable time period can not be expired but there should be a time period regarding the Obstruction of mail anyways since Obstructing mail/correspondence deliberately is a Fedrl Offense.

Grievance #2019049912 was not processed correctly at all and all my Requested Actions were ignored deliberately to cover up a Fedrl Offense and serious violations of my Human & Civil Rights. These forementioned Grievance Investigators are abusing their position while acting under color of state law and by corrupting the Grievance Process they are also violating the rights of taxpayers because the corruption & inhumanity forces litigation because the Grievance System gives very little & mostly no relief ~

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

G# 2019049912
SIF ~ 121118

Appendix F

Whatsoever... These forementioned Grievance System Investigators are deliberately depriving me of my rights under color of law with evil intentions & evil motives by using a campaign of harassment & retaliation against me for me trying to use my Protected Conduct of filing Grievances and for me trying to exercise my access to courts rights...

Any T.D.C.J. Policy that allows complaints about Obstruction of mail or correspondence is clearly unconstitutional when those complaints are treated as a regular complaint when in fact it pertains to a serious violation of Fedral Law... The Leaders of T.D.C.J. are fully responsible...

**Action Requested to resolve your Complaint:** Grant all requested actions in both complaints... Reinvestigate Grievance #2019049912 properly with the O.I.G.. Stop treating complaints about mail as regular Grievances. Stop conspiracy against my rights immediately!

**Offender Signature:** _Joman Westmal_  **Date:** 1-17-2019

**Grievance Response:**

Records reflect that this grievance was processed and investigated, no evidence was found to support your claims that the grievance department and the mailroom are conspiring against your rights. No action is warranted.

**Signature Authority:** _____  Warden Kempt  **Date:** 3/29/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

_(Carbon Copied)_



(Carbon Copied)

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: __Jamon Hestand__  TDCJ # __1343536__

Unit: __Michael__  Housing Assignment: __12E-82 cell__

Unit where incident occurred: __Michael__

Grievance #2019062948

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2019062948 |
| UGI Recd Date: | APR 0 8 2019 |
| HQ Recd Date: | APR 1 2 2019 |
| Date Due: | 05-18 |
| Grievance Code: | 903 |
| Investigator ID#: | 960 15448 |
| Extension Date: | 06-27 |
| | RO-08AA |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Warden Pennie R. Kempt has once again violated my Protected Conduct of filing Grievances by Obstructing Justice in Grievance #2019062948 and taking part in the ongoing conspiracy against my rights here on Michael Unit especially since February 13th 2018 when Prison Officials & Staff stole half my property and assaulted & battered me with serious injuries in a Mental Health Program being payed for by Taxpayers... Warden Pennie R. Kempt has deliberately avoided the Office of Inspector General and purposefully denied me my requested actions. She also made false statements regarding Grievance #2019049912 regarding there being no evidence to support my claims that the Grievance Department & Mailroom are conspiring against my rights when in fact there's well over a year of solid evidence in my Grievance File, Medical File, and at the "T.J. Salomon Law Group, PLLC."

My Human Rights & Fedral Rights are being violated by Warden Pennie R. Kempt while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 by actively participating with many others in a major Conspiracy against my rights since she got to Michael Unit in 2018, Continuously obstructing justice for crimes against me by other Prison Officials & Staff, avoiding the OIG to cover up these crimes, deliberately aggravating unnecessarily the suffering inherent in the loss of my self-determination & liberty, wasting Taxpayers money with a bogus Grievance System that's completely corrupt. →

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

allowing the obstruction of my Legal Mail in the Unit Mailroom to go unpunished and unfixed or unsolved, etc. ~ all of which she has done with evil intentions & evil motives to violate my Human & Civil Rights on purpose. She is torturing me and trying to get me to stop trying to exercise my access to courts rights...

**Offender Signature:** _Usman Ibrahim_      **Date:** 4-8-2019

**Grievance Response:**

An investigation has been conducted into your complaint. The Step 1 response you received was appropriate. There was no evidence found to substantiate your allegations of staff misconduct or that your grievance was not screened in accordance with policy. No further action warranted by this office.

Offender Signature: _____   Date: _____

Grievance Response:

**Signature Authority:** **B. BARNETT** _B.Barnett_    **Date:** 7-19-19

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**
☐ 2. **Illegible/Incomprehensible.***
☐ 3. **Originals not submitted. ***
☐ 4. **Inappropriate/Excessive attachments.***
☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**
☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** ____ |
| Date UGI Recd: ____ | |
| Date CGO Recd: ____ | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: ____ | |
| Date Returned to Offender: ____ | |
| **2nd Submission** | **CGO Initials:** ____ |
| Date UGI Recd: ____ | |
| Date CGO Recd: ____ | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: ____ | |
| Date Returned to Offender: ____ | |
| **3rd Submission** | **CGO Initials:** ____ |
| Date UGI Recd: ____ | |
| Date CGO Recd: ____ Screened | ____ Improperly Submitted |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: ____ | |
| Date Returned to Offender: ____ | CGO Initials: ____ |

**I-128 Back (Revised 11-2010)**      *(Carbon Copied)*      **Appendix G**

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
_(Carbon Copied)_

OFFICE USE ONLY

Grievance #: 2019090466

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12D-33cell

Unit where incident occurred: Michael & Central Grievance Office
Access To Courts - Obstructing Justice - Obstructing Mail

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Charles O. Meador & CGO - J. Smith    When? 12-5-2018 & 1-23-2019

What was their response? Negative

What action was taken? Both of them violated my Protected Conduct of Filing Grievances

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

My Human & Civil Rights are being violated by Warden Charles O. Meador & Central Grievance Officer J. Smith while acting under color of state law regarding Grievance #2019026289 where they both violated my Protected Conduct of Filing Grievances which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring together et al against my rights, depriving me of my rights under color of law, violating my Federally Protected Activities, etc.

These individuals are involved directly in illegal activities against me. They know very well it is a false statement to attempt to blame the United States Postal Service for absurd delays of first class legal mail when it has happened a whole bunch of times here on Michael Unit as I have documented carefully over the last year now. These people forementioned are obstructing justice for the obstruction of legal mail coming from the "T.J.Soloman Law Group, PLLC" which is a serious violation of my Access To Courts Rights & Due Process Rights. Due to the fact it has happened a bunch of times here on Michael Unit and every time Unit Grievance Investigators, Wardens, and/or Central Grievance Investigators go out of their way to try and cover up this ongoing major obstruction of legal mail by Prison Mailroom Employees on the Michael who are also conspiring with others to violate my rights illegally.

The delays in receiving this legal mail are being done deliberately by Prison Mailroom Staff here on Michael Unit. They are breaking Federal & State Law on purpose to interfere with my Legal Work. Postmark dates very clearly

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)
G# 2019026289
S1F - 102418
S2F - 122118

Appendix F

show delivery time frames along with dates on the actual legal mail itself. The Michael Unit mailroom staff have every reason to tamper with my mail since they work for the System I'm challenging and with the People who will definitely be on my Defendants List along with the fact that some of them are going to be on the same list for sure themselves. I seriously doubt that Board Policy 03.91 supports illegal activities in the mailroom on Michael Unit... Warden Meador & J. Smith have violated my Protected Conduct of filing Grievances by retaliating against me for filing a Grievance. They have now tampered with a legal document deliberately to oppress me which very seriously agitates my mental illness!  MAR 08 2019

Action Requested to resolve your Complaint. Stop conspiring against my rights. Stop violating my mail! Stop violating my Protected Conduct of filing Grievances. Re-investigate Grievance #2019026289 with the Office of Inspector General. Protect me from Warden Meador & CGO J. Smith...

Offender Signature: _Jamon Hooton_          Date: 3-8-2019

Grievance Response:

---

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

| | OFFICE USE ONLY |
|---|---|
| ☐ 1. Grievable time period has expired. | Initial Submission       UGI Initials: |
| ☑ 2. Submission in excess of 1 every 7 days. * | Grievance #: |
| ☐ 3. Originals not submitted. * | Screening Criteria Used:       MAR 08 2019 |
| ☐ 4. Inappropriate/Excessive attachments. * | Date Recd from Offender: MAR 08 2019 |
| ☐ 5. No documented attempt at informal resolution. * | Date Returned to Offender: MAR 08 2019 |
| ☐ 6. No requested relief is stated. * | 2nd Submission |
| ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. * | Grievance #:       UGI Initials: |
| ☑ 8. The issue presented is not grievable. | Screening Criteria Used: |
| ☐ 9. Redundant, Refer to grievance #_____ | Date Recd from Offender: MAR 18 2019 |
| ☐ 10. Illegible/Incomprehensible. * | Date Returned to Offender: MAR 18 2019 |
| ☐ 11. Inappropriate. * | 3rd Submission |
| R. Rowland / Investigator II | Grievance #:       UGI Initials: |
| UGI Printed Name/Signature: _____ | Screening Criteria Used: |
| | Date Recd from Offender: MAR 22 2019 |
| Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health. | Date Returned to Offender: MAR 22 2019 |

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)                                      Appendix F

(Carbon Copied)

## Texas Department of Criminal Justice

### STEP 1 OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY |
|---|
| Grievance #: 201910912D |
| Date Received: APR 1 6 2019 |
| Date Due: 5-22019 |
| Grievance Code: 904 |
| Investigator ID #: I 22208 |
| Extension Date: |
| Date Retd to Offender: MAY 2 4 2019 |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-82cell

Unit where incident occurred: Michael   17A50

Due Process & Access To Courts Violations

QD-052419

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Grievance Office   When? 3-18,21,22-20A/4-2-20A

What was their response? Screening Criteria 1,2,&7 "time period expired/ excess of 1 every 7days/ redundant. and #8, non grievable."

What action was taken? My Protected Conduct of filing Grievances Violated deliberately.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Grievance Investigators Rachel R. Rowland & Margaret M. Price have once again completely violated my Protected Conduct of filing Grievances in Grievance #201909459 which Margaret Price changed to Grievance #2019102489 for some unknown reason. These people have been conspiring against my rights with others. Although Rachel R. Rowland has only recently got into the Grievance Office, she still quickly joined the conspiracy against my rights along with the campaign of harassment against me that has been going strong for over a year now since February 13th, 2018...

My rights were violated in Grievance #2019033014 so Grievance #201909459 or 2019102489 should have been investigated properly. I have requested Protection from Grievance Supervisor Margaret M. Price many times before but she continues to violate my Federally Protected Activities non stop! This entire Grievance Office has been violating my Access To Courts Rights non stop since February 13th, 2018 up til now! It's actual torture and is causing me severe mental & emotional pain & suffering especially with my mental illness...

This is not an isolated event at all and people who violate my Human & Civil Rights should not be allowed to investigate my Grievances at all! These individuals named above are obstructing justice deliberately with pre-meditated evil intentions & evil motives against me. They are harassing me and retaliating on me for me trying to exercise my access to courts rights and they need to be stopped immediately!

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

G# 2019033014  / G# 201909459 & 2019102489

SIF-110818   /   SIF-03-1899

S2F-123118

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.**
Reinvestigate Grievance #s 2019033014, 201904479/201A102489, and this one & grant requested actions! Protect me from Margaret Price & Rachel Rowland. Stop conspiracy against my rights! Grant Due Process rights.

**Offender Signature:** _Tamon Rowland_   **Date:** 4-16-2019

**Grievance Response:**

As stated on the instructions on how to write and submit grievances, "do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit a letter or I-60 to the administrator of the Offender Grievance Program". Upon initial receipt of the Step 1 grievance in question, it was inappropriately screened for out of time, submission in excess of 1 every 7 days, and redundant. At the time of the second submission, this grievance was again screened utilizing inappropriate screening criteria. When the grievance was submitted the third time, it was appropriately screened as a non-grievable issue, and remedial training was conducted with grievance department staff.

**Signature Authority:** _Meador_ / **Warden Meador**   **Date:** 5/24/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission      UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
**2nd Submission**      UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
**3rd Submission**      UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F


( Carbon Copied )



SEP 0 0 2019

(Carbon Copied)

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-18_

Unit where incident occurred: _Michael_

**OFFICE USE ONLY**

Grievance #: _2019109122_

UGI Recd Date: JUN 0 7 2019

HQ Recd Date: JUN 1 2 2019

Date Due: _07-17_

Grievance Code: _904_

Investigator ID#: _I 2448_

Extension Date: _8-26_

_AC-090619_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

it did not resolve Grievance #2019109122 which also pertains to Grievance #2019053014, #2019044579/#2019102489 that were not handled properly either and all my requested actions have been completely ignored on purpose in all those complaints which all meet the Emergency Grievance guidelines as set forth in Administrative Directive 03.82 which is Authorized by Fedral & State Laws very cleary so what all these involved Grievance Investigators are doing by deliberately violating my Protected Conduct of filing Grievances repeatedly is illegal and is a serious form of torture implemented in a Campaign of Harassment & Retaliation against me which has been ongoing since February 13th, 2018 up til' now as part of a real Conspiracy with many other Prison Officials & Staff here on Michael Unit, the Central Grievance Office, and elsewhere against my Human and Fedral & State Rights which has been very well documented the whole time. Warden Charles O. Meador is one of the culprits of the conspiracy against me and has personally violated my rights seriously a bunch of times now already and I have requested protection from him and all the other Investigators involved due to them continuously and deliberately violating my Protected Conduct of filing Grievances especially to obstruct Justice on purpose which is also very well documented. I should never have been tormented and violated like this in the first place by other Human Beings who know very well that ➤

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

(Corbin Expires)

I am illegally & unjustly in Solitary Confinement and that I am also mentally ill and should be treated alot better with respect for my disability and my Human Rights. I'm not alright being tortured by these sick minded people who clearly do not care at all about my well being or Human & Federal Rights. They actually seem to enjoy tormenting me.

**Offender Signature:** _Jemon Hastend_          **Date:** 6-6-2019

**Grievance Response:**

An investigation has been conducted into your complaint. The Step 1 response you received was appropriate. There was no conclusive evidence found to substantiate your allegations that your grievances are not being processed or screened in accordance with policy. No further action warranted by this office.

Offender Signature: _____                    Date: _____

                              V. Barrow, Manager I

Grievance Response:

**Signature Authority:** B. BARNETT _BBarnett_     **Date:** 8-19-19

---

**Returned because:**  *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd: | |
| Date CGO Rec'd: | |
| (check one) ____Screened _____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** |
| Date UGI Rec'd: | |
| Date CGO Rec'd: | |
| (check one) ____Screened _____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** |
| Date UGI Rec'd: | |
| Date CGO Rec'd: | |
| (check one) ____Screened _____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back (Revised 11-2010)**          **Appendix G**