## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of Case #: 6:22-cv-00006-JCB-KNM", here-with this affidavit, present "Grievances About General Prison Conditions In Various Levels of Severity", to the Court for consideration and to support the "FACTS" of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 3rd, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID #1343536 "