## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CUSTODIAN OF OFFENDER RECORDS
## TIME CREDIT DISPUTE RESOLUTION
## FINAL CERTIFICATION DECISION

Offender Name :    **HESTAND,JAMON**

TDCJ# :    **01343536**

Offender Location ~~SB~~ M I

You filed a request for correction of time credited toward the completion of your sentence pursuant to the Department's internal time credit dispute resolution process to address time credit calculation error complaints.

Your request for correction of calculation of the time credit earned toward completion of your sentence was received by the Custodian of Offender Records on **12/5/2017** Pursuant to Section 501.0081 of the Texas Government Code, the Custodian of Offender Records is required to issue a finding in an attempt to resolve the complaint.

The Custodian of Offender Records issues the following finding regarding your complaint:

**Due to your 508.149 offense history you are not eligible for any time lost due to disciplinary action to be restored. Work time is earned time and therefore can be taken just like good time. As L3 you do not earn good time or work time, only flat time.**

If you are dissatisfied with this response from the Custodian of Offender Records, you may contact State Counsel for futher assistance.

This concludes the administrative processing of this complaint by the Texas Department of Criminal Justice.

DATE :    <u>**12/14/2017**</u>
         <u>**JAC**</u>

SIGNATURE:    _____

TITLE:    CHAIRMAN OF CLASSIFICATION AND RECORDS

ADDRESS:    TDCJ CLASSIFICATION AND RECORDS OFFICE
           BOT WAREHOUSE
           P.O. BOX 99
           HUNTSVILLE, TEXAS 77342

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018094649 |
| Date Received: | MAR 0 1 2018 |
| Date Due: | 4-10-18 |
| Grievance Code: | 505 |
| Investigator ID #: | I1008 |
| Extension Date: | 5-20-18 |
| Date Retd to Offender: | APR 1 1 2018 |

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12A-31__

Unit where incident occurred: __Michael__

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Every Officer in sight__   When? __everyday since 2-21-2018__

What was their response? __they'll report it__

What action was taken? __none__

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_These are hundreds of roaches and some spiders all in my cell and all over this pod by the thousands. Its completely unsanitary._

5A

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Spray chemicals to kill bugs...*

**Offender Signature:** *Jamon Westant*                     **Date:** *2-28-2018*

**Grievance Response:**

Ms. Rimes, Unit Risk Manage ent, reports that (12) twelve building was treated by pest control on 3/12/18 to include the pipe chases, showers and runs. Pest control is scheduled to pr ide treatment to all 12 building cell in June 2018. To avoid infestation of insects/bugs ensure there is no standing water, food and drink are properly se ired and good housekeeping and sanitation are practiced.

**Signature Authority:** *D Cockrell*                     **Date:** *4/11/18*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**



Texas Department of Criminal Justice

# STEP 2

### OFFENDER GRIEVANCE FORM

Offender Name: _Jaman Hestand_   TDCJ #: _1343536_

Unit: _Michael_   Housing Assignment: _12A-3/cell_

Unit where incident occurred: _Michael_

OFFICE USE ONLY

Grievance #: _2018094649_

UGI Recd Date: **APR 17 2018**

HQ Recd Date: APR 2 3 2018

Date Due: _5-27_

Grievance Code: _505_

Investigator ID#: _12044_

Extension Date:

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

The infestation of roaches and spiders has not changed for the better. The infestation of roaches and spiders is still an issue... It's very unsanitary in here.

I-128 Front (Revised 11-2010)       YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM       (OVER)

Appendix G

Offender Signature: _Tremon Weston_   Date: _4-16-2018_

Grievance Response:

A review of your Step I grievance was conducted and you were appropriately advised at the Unit level pest control.  No further action is warranted.

Signature Authority: _B Howard_ B. Howard  Aeo   Date: _05-11-18_

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

OFFICE USE ONLY

Initial Submission          CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
   (check one) ____Screened    ____Improperly Submitted
Comments: _____
Date Returned to Offender:_____
2nd Submission              CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd:_____
   (check one) ____Screened    ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____
3rd Submission              CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd:_____
   (check one) ____Screened    ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____



**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2018131656

Date Received: MAY 11 2018

Date Due: 6-20-18

Grievance Code: 522

Investigator ID #: I1008

Extension Date: 7-30-18

Date Retd to Offender: JUL 09 2018

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12A-31cell

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? On duty Officer... When? around 10pm of 4-18-2018

What was their response? Fire in 1 section

What action was taken? none yet possible

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I smelled smoke like burnt plastic in my cell coming from outside my cell somewhere and I was forced to suffer from the smoke inhalation because there is no exhaust vents on each section of the pod to pull smoke or chemical agents out of the building.

Having no exhaust vents on each section of each pod on 12 Building of Michael Unit to pull bad air/smoke/chemical agents out of the building is out of compliance with Fedral Law/Building Codes/State Law/etc.

I've had to suffer many times before because of this same problem and everyone else suffers also both inmates and prison staff...

✗ There was another fire on 4-23-2018 and I had to suffer again since there is no exhaust vents on every section of every pod on 12 Building of Michael Unit like there is supposed to be to pull smoke and gas "chemical agents" out of the building properly. This new fire happened at about 9:20pm on 4-23-2018...

---

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

Action Requested to resolve your Complaint: *Shut down 12 Building on Michael Unit until exhaust vents are installed on every section of every pod of 12 Building to be in compliance.*

Offender Signature: *Jromon Heston*      Date: *4-19-2018*   APR 20 2018

Grievance Response:

The issue raised in this grievance has been addressed through the AS1020 office. Officer McAfee and the self-help crew went to 12 A pod to check the fans. They are working and were recently serviced to ensure that every pods exhaust systems are functioning and working properly. No further action is warranted.

WARDEN
COCKRELL

Signature Authority: *D Cockrell*      Date: *7/6/18*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   **Resubmit this form when the corrections are made.**

- [ ] 1. Grievable time period has expired.  *
- [x] 2. Submission in excess of 1 every 7 days.  *
- [ ] 3. Originals not submitted.  *
- [ ] 4. Inappropriate/Excessive attachments.  *
- [ ] 5. No documented attempt at informal resolution.  *
- [ ] 6. No requested relief is stated.  *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language.  *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible.  *   M. Price
- [ ] 11. Inappropriate.  *   Investigator III

UGI Printed Name/Signature: *B Rodriguez / B. Rodrig*

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: 2018120503 | |
| Screening Criteria Used: 999 #2 | |
| Date Recd from Offender: 4/20/18 | |
| Date Returned to Offender: 4/20/18 | |
| 2nd Submission | UGI Initials: |
| Grievance #: 2018 | |
| Screening Criteria Used: #2 999 | |
| Date Recd from Offender: MAY 0 2 2018 | |
| Date Returned to Offender: MAY 0 2 2018 | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



**Texas Department of Criminal Justice**

OCT 18 2018

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2018131050 |
| UGI Recd Date: JUL 25 2018 |
| HQ Recd Date: JUL 30 2018 |
| Date Due: 9/3 |
| Grievance Code: 322 |
| Investigator ID#: I2044 |
| Extension Date: 10-13-18 |

2

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12A-3tcell**

Unit where incident occurred: **Michael**   12E33

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issue whatsoever or give the action I requested. The response is completely dishonest. There are no exhaust systems or vents on every section of every pod on 12 building at Michael Unit built into the ceilings of each section to pull any bad air out of the building when necessary such as smoke, rotten feces, dead animal smells, chemical agents, etc. like there is supposed to be according to Federal Law, State Law, Build Codes, Health & Safety Codes, etc.

Whatever Policy or Personal Agenda being allowed or perpetrated by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, Warden Deborah Cockrell, Officer McAfee, and/or Grievance Investigators Brittany Rodriquez & Margaret Price is void under Federal Law since it directly opposes the Supreme Law of the Land. These individuals are very deliberately violating my Human & Civil Rights while acting under color of state law which greatly increases my punishment above & beyond what the State Court sentenced to on December 2nd, 2005 specifically by conspiring against my rights, obstructing justice, violating my due process rights & protected conduct of filing Grievances and seeking legal relief, violating the 8th Admendment Prohibition against Cruel & Unusual Punishment, violating my equal protection of the law rights, covering up criminal activities that violate my rights, forcing me to endure a major health hazard that already has me sick and feeling terrible, etc.

All of this is being done with evil intentions & evil motives. This is all very deliberate indifference & gross negligence by all these individuals listed above.

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

I want video data to be reviewed and saved for litigation regarding these events. I want full relief as requested at Step 1 and money damages and injunctions to stop this illegal activity and make up for torturing me and making me suffer extremely for a very long long time...

**Offender Signature:** _Jamon Hatstant_     **Date:** 7-23-2018

**Grievance Response:**

A review of your Step I Grievance was conducted and the grievance was investigated in accordance with grievance procedures and you were appropriately advised at the Unit level.  No further action is warranted.

**Signature Authority:** CMcKellan  ASD  CMcKellan     **Date:** 5 OCT 18

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☑ 6. Inappropriate.*

**CGO Staff Signature:** _Kraceman_

**OFFICE USE ONLY**

| | |
|---|---|
| **Initial Submission** | **CGO Initials:** KA |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)     **Appendix G**

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

~Carbon Copied~

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12A-31 cell

Unit where incident occurred: Michael

**OFFICE USE ONLY**

Grievance #: _____

Date Received: JUN 0 7 2018

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: JUL 16 2018

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every Officer on duty    When? Between 5-12-2018 to 5-25-2018

What was their response? Write it up ~ I don't care ~ It happens all the time ~ etc.

What action was taken? None...

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following days and times there were fires with lots of terrible smoke on 12 Building A-Pod: 5-12-2018 at about 7pm, 5-13-2018 at about 4:30pm, 5-14-2018 at about 10:40pm, 5-16-2018 at about 10:15pm, 5-22-2018 at about 7:10pm, and 5-25-2018 at about 8:13pm... This very dangerous health hazard, has been going on for a very long time here on Michael Unit at 12 Building on every Pod and every section... MAY 30 2018

The problem is that there is no exhaust vents to pull bad air full of smoke, gas, or other unhealthy substances out of the building on every section of every Pod on 12 Building on Michael Unit like there is supposed to be according to Federal Law... This lack of exhaust vents on 12 Building on every Pod and every section violates several already fully established Laws such as Health & Safety Codes, Building Codes, etc. and it obviously violates the 8th Amendment Prohibition of Cruel & Unusual Punishment... MAY 30 2018

I have a right to safe & humane conditions in prison, such as very good air quality to breathe and that right is being deliberately violated here on Michael Unit. Whoever the Build Inspector is that has been passing this 12 Building's inspection for a very long time now has very purposefully ignored this very obvious violation of Federal Law and even State Law for that matter in complete disregard for people's Health and Safety. So I'm forced to breath in smoke, gas, chemical agents, methane, etc, on a very regular basis and I suffer greatly from this very Cruel & Unusual Punishment and violation of Federal Law... This violation is being done deliberately with evil intentions and evil motives... MAY 30 2018

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

I want full relief including compensatory damages, punitive damages, criminal charges on those who deliberately broke the Law, injunctions to shut down 12 Building on Michael Unit until it meets proper standards according to Fedral Law such as having exhaust vents on every section of every Pod on 12 Building on Michael Unit so the air quality is humane and safe, etc. ~ I want Video Camera's reviewed for the fires I mentioned in this complaint and data to be saved as evidence to go along with this complaint for legal action in Fedral Court so they can also review the Video Cameras data about these fires in this complaint. MAY 30 2018

※ All these years on Michael Unit 12 Building with no exhaust vents on every section of every Pod on 12 Building is massive deliberate indifference & gross negligence.

**Action Requested to resolve your Complaint.**
Full relief as requested in this complaint. Video investigated for fires mentioned and saved for evidence as I pursue legal action, 12 Building shut down until it is in full compliance with Fedral Law * Exhaust vents to be installed on all sections

Offender Signature: _Jaman Wintent_ (Turned in on 5-29-2018) Date: 5-27-2018 MAY 30 2018

**Grievance Response:**
The administrative segregation AD-10.20 officer reports that the exhaust fans on 12 building have been tested and are in proper working order. No action is warranted.

**Warden Meador**

Signature Authority: _Meador_ Date: 7/13/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:  *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: B. Rodriguez / B. Rodriguez

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission    UGI Initials:____
Grievance #: 2018141245
Screening Criteria Used: 599 #2
Date Recd from Offender: MAY 30 2018
Date Returned to Offender: MAY 30 2018
2nd Submission    UGI Initials:____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials:____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: *Jamon Hestand*    TDCJ # *1343536*

Unit: *Michael*    Housing Assignment: *12A-3 1cell*

Unit where incident occurred: *Michael 12 ¢ 33*

**OFFICE USE ONLY**

Grievance #: *2018 145055*

UGI Recd Date: **AUG 06 2018**

HQ Recd Date: AUG 1 5 2018

Date Due: *9-15*

Grievance Code: *500*

Investigator ID#: *I2044*

Extension Date: *10-25-18*

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the complaint whatsoever. There are no exhaust vents on 12 Building on each section built into the ceilings to suck bad air out of the building on every pod of 12 Building on every section of every pod like there is supposed to be according to Federal Law, Building Codes, Health & Safety Codes, and even State Law for goodness sake!

My Human & Civil Rights are being violated by Warden Charles O. Meador while acting Under Color of State Law for T.D.C.J. which also very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by failing to seriously remedy a major health hazard that is being caused by deliberate indifference to violations of well established Federal Laws, failing to give the action I requested in the Step 1 Grievance, Obstructing Justice, Conspiring Against my Rights with other Wardens here on Michael Unit who are well aware of this awful situation, Cruel & Unusual Punishment violations, etc.

Warden Charles O. Meador know this is against the Federal Law and is still refusing to take proper action to remedy or solve the situation. I want all video data to be reviewed and saved in my file and T.D.C.J. files for litigation and evidence of criminal activity or for criminal activity that needs to be stopped immediately and full relief given according to Federal Law!

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

_____

_____

_____

_____

**Offender Signature:** _Tomon Hostand_     **Date:** 8-1-2018

**Grievance Response:**

A review of your Step I Grievance was conducted and the grievance was investigated in accordance with grievance procedures and you were appropriately advised at the Unit level regarding 12 building ventilation. No further action is warranted.

**Signature Authority:** _B Howard_   B.Howard ARO     **Date:** 10-15-18

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**     **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**3rd Submission**     **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                                  **Appendix G**

_Received On: October 29th, 2018_

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

(~Carbon Copied~)

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12A-31 cell_

Unit where incident occurred: _Michael_

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Grievance #:</td><td>2018148235</td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td></td></tr>
</table>

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Every Officer on duty._     When? _From 5-28-2018 til now_

What was their response? _Write it up... I don't care. Quit crying... There's no exhaust vents..._

What action was taken? _none ~ had to suffer through noxious smoke in the air._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following days and times there were fires with lots of terrible noxious smoke on 12 Building A-Pod : 5-28-2018 at about 12:50pm, 5-30-2018 at about 1:50am, 5-31-2018 at about 3:00pm, 6-1-2018 at about 9:30pm, 6-2-2018 at about 2:50pm, 6-6-2018 at about 3:53pm and 8:30pm, 6-7-2018 at about 12:50pm and 7:55pm, 6-8-2018 at about 9:30pm... This is a very dangerous health hazard that has been going on for a very long time here on Michael Unit at 12 Building on every Pod and every section.

JUN 12 2018
JUN 28 2018

The problem is that there is no exhaust vents to pull bad air full of smoke, gas, or any other unhealthy substances out of the building on every section of every Pod on 12 Building on Michael Unit like there is supposed to be according to Federal Law... This lack of exhaust vents on 12 Building on every section of every Pod clearly violates several already fully established Laws such as Health & Safety Codes, Building Codes, etc. and it obviously violates the 8th Admendment Prohibition of Cruel & Unusual Punishment...

JUN 12 2018
JUN 28 2018

I have a right to safe & humane conditions in prison such as very good air quality to breathe and that right is being deliberately violated here on Michael Unit. Whoever the Building Inspector is that has been passing this 12 Building inspection for a very long time now has very purposefully ignored this very obvious violation of Federal & State Law in complete disregard for peoples' Health & Safety. So I am forced to breathe in very bad air with smoke, gas, chemical agents, etc. on a very regular basis and I suffer greatly from this very Cruel & Unusual Punishment and violation of Federal & State Law. This violation is being done deliberately with evil intentions and evil motives...

JUN 12 2018
JUN 28 2018

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

JUL 20 2018

(Carbon Copies)

I want full relief including monetary damages, criminal charges on those who very deliberately broke the Law, injunctions to shut down 12 Building on Michael Unit until it meets proper standards according to Federal Law such as having exhaust vents on every Section of every Pod on 12 Building on Michael Unit so the air quality is humane & safe, etc. ~ I want Video Cameras reveiwed for the fires I mentioned in this complaint and data to be saved for Litigation in Fedral Court so they can also reveiw the video cameras' data about these fires in this complaint.

JUN 1 2 2018
JUN 1 2 2018

* All these many years gone by with no exhaust vents on 12 Building on every section of every Pod is massive deliberate indifference & gross negligence to the very extreme...

**Action Requested to resolve your Complaint.** Full relief as stated in this complaint. Video investigated for fires mentioned & saved for evidence as I pursue litigation, 12 Building shut down until it is in full compliance with Fedral & State Law w/ Exhaust Vents - 2 Installed!

**Offender Signature:** _Jamon Boland_  JUN 25 2018   **Date:** 6-12-2018  2018
JUN 2 5 2018

**Grievance Response:**

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has elapsed.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [x] 9. Redundant, Refer to grievance # 2018148935
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Price Investigator III

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2" align="center">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: ____</td></tr>
<tr><td>Grievance #: 2018148935</td><td></td></tr>
<tr><td>Screening Criteria Used:</td><td></td></tr>
<tr><td>Date Recd from Offender:</td><td>JUN 1 2 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>JUN 1 2 2018</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: W</td></tr>
<tr><td>Grievance #: 2018148935</td><td></td></tr>
<tr><td>Screening Criteria Used:</td><td>#9 599</td></tr>
<tr><td>Date Recd from Offender:</td><td>JUN 25 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>JUN 25 2018</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: ____</td></tr>
<tr><td>Grievance #: ____</td><td></td></tr>
<tr><td>Screening Criteria Used:</td><td></td></tr>
<tr><td>Date Recd from Offender:</td><td>JUN 2 8 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>JUN 2 8 2018</td></tr>
</table>

Appendix F

* ( New Note: These are new incidents, and I need the video evidence saved for litigation as requested.) New incidents need to be investigated properly.



*Carbon Copied*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2018148235</td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

Offender Name: Jamon Hestand  TDCJ # 1343536

Unit: Michael M I   Housing Assignment: 12A-31 cell

Unit where incident occurred: Michael

~EMERGENCY~

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the issue and it was not processed properly according to Fedral Law. I also specifically requested full relief and video data saved for evidence ~ my requested actions were deliberately ignored ... Redundant?!?! This Michael 12 Building has been out of compliance with Fedral Law, Building Codes, Health & Safety Codes, etc. for decades ... This is very deliberate indifference & gross negligence.

Whatever Policy or Personal agenda of T.D.C.J. being perpetrated and/or sanctioned by C.I.D. Director Lorie Davis & Executive Bryan and/or Grievance Investigators that is purposefully allowing this violation to continue unbated is void under Fedral Law.

My Human & Fedral Rights are being conspired against and violated by C.I.D. Director Lorie Davis, Executive Director Bryan Collier; and Grievance Investigators: Margaret M. Price, Melissa B. Vixtha, and whoever keeps passing the Building Inspections on Michael Unit 12 Building all these decades while acting under color of state law for the Texas Department of Criminal Justice which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by: Conspiring against my rights, depriving me of my rights under color of law, denying me access to courts, violating my equal protection of the law rights, violating my due process & Protected Conduct of filing Grievances; leaving me in an enviroment that subjects me to Health Hazards and irreporable harm, campaigning against my rights with harassment-retaliation-and terror, Cruel & unusual punishment, etc. ~

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

JUL 20 2018

I want the full relief that I requested at Step 1 ~ I want all video data to be saved for evidence for litigation. I'm suffering on a regular basis due to very bad air quality. Exhaust Vents need to be installed on the ceiling of every section of every pod of 12 Building here on Michael Unit and until then this 12 Building needs to be Shut down til it meets full compliance with Fedral Law, etc.

**Offender Signature:** _Jamon Westand_     **Date:** 7-12-2018

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

_(Carbon Copied)_

**I-128 Back** (Revised 11-2010)

**OFFICE USE ONLY**

**Initial Submission**    CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**    CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**    CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

Appendix G

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
*Placement on Restriction*
*Administrative Segregation Level Review*        (Administrative Segregation Offenders ONLY)

| I. OFFENDER INFORMATION |
|---|

Offender Name: Hestand, Jamon ; TDCJ Number: 343536 ; Custody: MH ; Unit: MI

| II. PLACEMENT ON RESTRICTION    (Initial Placement ONLY) |
|---|

*Instructions:  The highest-ranking security supervisor on duty has the authority to initially place an offender on restriction.  The shift supervisor (may be the same individual) shall document the placement in Sections I. and II. of this form; and then notify the unit classification committee (UCC) or the administrative segregation committee (ASC) by providing them this form intact.*

a.  As of (date) 8-5-18 , at (time) 1125 , the above-named offender has been placed on restriction, in accordance with SM-01.29, "*Offender Management Restrictions.*"  [NOTE:  Place a ✓ in front of each restriction imposed]:

___ Paper gown;        ___ Paper mask;        ✓ Food loaf

___ Personal property  (i.e., container; hard plastic; lock; metal; hotpot; etc.)
  • List specific property restricted: _____

___ State-Issued property  (i.e., mattress; blanket; sheet; etc.)
  • List specific property restricted: _____

b.  Reason for placement: ___ IV.2 _____
_____

c.  Documented by: ___ Sam Sch ___        ___ Sam P ___ 8/5/18
            *(Print name and rank or title)*            *(Signature and Date)*

➔ *The restriction(s) may only continue up to 24 hours without review by the UCC/ASC (or until their earliest following workday).*

| III. UCC / ASC REVIEW |
|---|

*Instructions:  This section shall be used for both UCC and ASC reviews.  If the form is being used for a *subsequent review, the ASC must ensure Section I (Offender Information) is completed and the previous I-203 is available for review.*

a.  **REVIEW:** (✓one) ☐ Initial; ☐ *Subsequent;      Review held on 8-6-18 at 1100 by the (✓ one) ☐ UCC; ☐ ASC.
                                    *(Date)*        *(Time)*

b.  **Type of Review:**  ☑ Restriction;   ☑ 7-day;   ☐ 30-day;   ☐ Special Review;

c.  **RESTRICTIONS:**  The UCC/ASC has reviewed the offender's record and has decided to either impose, continue, or discontinue restrictions, as noted below:

- Paper gown?        ☐ YES;  ☐ NO      Review/Expiration Date: _____
- Food loaf?        ✓☐ YES;  ☐ NO      Review/Expiration Date: 8-11-18 _____
- Personal property?    ☐ YES;  ☐ NO      Review/Expiration Date: _____
  • List specific property restricted: _____
- State-Issued property?  ☐ YES;  ☐ NO      Review/Expiration Date: _____
  • List specific property restricted: _____

d.  **LEVELS**  ( To be completed for administrative segregation offenders ONLY):

Pursuant to the *Administration Segregation Plan,* the offender is assigned to Level (✓ one):  ☐ I;   ☐ II; or   ☐ III

e.  **Justification for decision(s):** _____
_____

f.  Committee Members *(Print name and rank or title):* ___ P. Kimorlaw ___
___ C. Simpson ___          ; and ___ J. Nichols ___

| IV. OFFENDER NOTIFICATION |
|---|

*Instructions:  Correctional staff shall notify the offender that the UCC/ASC decision will expire on the date indicated or be reviewed for continuation, request the offender to sign (if the offender refuses, document the refusal), and provide the offender a copy of the completed document.*

Notified by: ___ Gonzalez, MG ___          ___ Refused ___
        *(Employee -- print name and sign initials)*        *(Offender signature and date)*

**I-203** (Rev. 03-2012)          WHITE:  offender's unit file          CANARY:  offender

# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12A-31_

Unit where incident occurred: _Michael_

12 E 33

**OFFICE USE ONLY**

Grievance #: 2018181095

Date Received: AUG 1 4 2018

Date Due: 9-23-18

Grievance Code: 503

Investigator ID #:

Extension Date: _____

Date Retd to Offender: SEP 1 1 2018

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Every On duty Officer_    When? _Since 6-25-2018_

What was their response? _Can't help it / See what I can do_

What action was taken? _None_

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Showers have not been cleaned on 12 Building A-Pod since 6-25-2018._
_It is completely unsanitary to the maximum for the showers not to be cleaned_
_on a daily basis like they are supposed to be. Its nasty and is a Health Hazard!_

AUG 0 6 2018                                                    AUG 0 8 2018

_(added note on 8-7-2018)_
_→ This Grievance is not expired because it is an ongoing Health Hazard_
_that starts at 6-25-2018 and goes all the way till now and is still going and_
_going!_

AUG 0 8 2018

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Action Requested to resolve your Complaint. *Showers to be cleaned daily. Video evidence to be reviewed & saved for evidence and compared to activity logs for accuracy. Shut 12 Building down.*

Offender Signature: *Jamon Bestant*   AUG 0 6 2018   Date: *8-6-2018*

Grievance Response:   AUG 0 8 2018

There is a shower crew assigned to clean the showers at night. This issue was presented to Capt. Enge for any action he deemed necessary. After inspecting the showers Capt. Enge confirmed they are clean. No further action is warranted.

Signature Authority: _Meador_   **Warden Meador**   Date: 9/10/8

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired. *6-25-18*
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: *J. Rainey  J. Rainey*
*M. Naborg / M. Na*

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission   UGI Initials: *JR*
Grievance #: *2018175846*
Screening Criteria Used: *599  #1*
Date Recd from Offender: AUG 0 6 2018
Date Returned to Offender: AUG 0 6 2018
2nd Submission   UGI Initials: *mn.*
Grievance #: *2018175846*
Screening Criteria Used: *599 #1*
Date Recd from Offender: AUG 0 6 2018
Date Returned to Offender: AUG 0 8 2018
3rd Submission   UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

Appendix F

DEC 0 4 2018

*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018181095 |
| UGI Recd Date: | SEP 2 7 2018 |
| HQ Recd Date: | OCT 0 4 2018 |
| Date Due: | 11-6 |
| Grievance Code: | 503 |
| Investigator ID#: | T2044 |
| Extension Date: | |

MI-2

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33

Unit where incident occurred: Michael   12E.Le2

~Emergency~

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the complaint in Grievance #2018121095 especially due to the fact that Warden Charles O. Meador & then Capt. Jamadre L. Enge both made false statements in order to cover up a Health Hazard that is so outrageous that it is criminal in nature due to deliberate indifference & gross negligence being perpetrated by these individuals who go out of their way to obstruct justice and interfere with access to courts rights.

Leaving me et al in a Health Hazard is torture and causing me severe mental, emotional, and physical pain & suffering violates the 8th Admendments Prohibition against cruel & unusual punishment!

My Human & Fedral Rights are being violated by Warden Charles O. Meador & Capt. Jamadre L. Enge while acting under color of State law which very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law, obstructing Justice, falsifying reports, ignoring the video evidence that I want reviewed & saved for litigation; letting Captain Jamadre L. Enge investigate my complaint when he is directly involved in the crimes against me on Febuary 13th 2018, leaving me et al in a endless Hazard to our Health and lying about it; interfering with my attempt to exercise my access to Courts rights and Violating my Protected Conduct of filing Grievances; Cruel & unusual punishment by torturing me physically, mentally & emotionally with a serious Health Hazard,

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

_(Carbon Copied)_

violating my equal protection of the law rights by agitating my mental illness, interfering with my Fedrally Protected Activities, etc with evil intentions & evil motives et al deliberately...

**Offender Signature:** _Jamon Hostend_                               **Date:** 9-24-2018

**Grievance Response:**

A review of your Step I Grievance was conducted and the grievance was investigated in accordance with grievance procedures and you were appropriately advised at the Unit level. No evidence was found to support your allegations. No further action is warranted.

**Signature Authority:** _D. Howard_ B. Howard ARO                **Date:** 11-1-18

**Returned because:**   *Resubmit this form when corrections are made.*

- [ ] 1. **Grievable time period has expired.**
- [ ] 2. **Illegible/Incomprehensible.***
- [ ] 3. **Originals not submitted. ***
- [ ] 4. **Inappropriate/Excessive attachments.***
- [ ] 5. **Malicious use of vulgar, indecent, or physically threatening language.***
- [ ] 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                    RO~120518                    Appendix G

## Texas Department of Criminal Justice

### STEP 1   OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

Offender Name: Jamon Hestand        TDCJ # 1343536

Unit: Michael        Housing Assignment: 12 E-33 cell

Unit where incident occurred: Michael

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018182627 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every On Duty Officer in sight   When? 7-29-2018 to 8-9-2018

What was their response? Understaffed / Can't make it to you / Will get to you later / etc.

What action was taken? Denied Recreation & Showers on a regular basis...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following days either no-one including myself got recreation or showers or both or I didn't get recreation or shower personally: 7-29-2018 "no rec or shower" ~ 7-30-2018 "no rec or shower" ~ 7-31-2018 "no rec" ~ 8-1-2018 "no rec or shower" ~ 8-2-2018 "no rec or shower" ~ 8-3-2018 "no rec" ~ 8-4-2018 "no rec or shower" ~ 8-5-2018 "no rec or shower" ~ 8-6-2018 "no shower for me" ~ 8-7-2018 "no shower for me" ~ 8-8-2018 "no shower for me" ~ 8-9-2018 "no rec for me" ~ all on 12 Building A-Pod 3 cell. ~ *Also here on E-Pod on 8-11-2018 "no rec or shower" ~ 8-14-2018 "no rec or shower" ~ and 8-15-2018 "no rec or shower for me".

AUG 17 2018    AUG 22 2018    AUG 2 ... 2018

Prison Officials here on Michael Unit are acting with very deliberate indifference to this prison condition that deprives me of the basic Human need of exercise, sanitation, and personal hygeine. And that directly violates the 8th Amendment of the U.S. Constitution against cruel & unusual punishment.

AUG 17 2018
AUG 22 2018
AUG 2 ... 201...

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

Appendix F

Action Requested to resolve your Complaint. Teach staff how to run rec & showers totally when theres enough staff.
Run recreation & showers everyday. Investigate Activity Logs & Video data and save for evidence.
Shut 12 Building down til enough staff is available to regularly operate all activities like rec/showers.

Offender Signature: _Jamson Roberts_   Date: _8-15-2018_

AUG 17 2018

Grievance Response: _____

AUG 22 2018

AUG 2 4 2018

Signature Authority: _____   Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☑ 2.  Submission in excess of 1 every 7 days.  *
☐ 3.  Originals not submitted.  *
☐ 4.  Inappropriate/Excessive attachments.  *
☐ 5.  No documented attempt at informal resolution.  *
☐ 6.  No requested relief is stated.  *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language.  *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible.  *
☐ 11. Inappropriate.  *

UGI Printed Name/Signature: _S. Rainey / T. Rainey_
                             _M. WADDRS / M. Val_

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission        UGI Initials: _TR_
Grievance #: _2018182627_
Screening Criteria Used: _599 #2_
Date Recd from Offender: _AUG 17 2018_
Date Returned to Offender: _AUG 17 2018_
2nd Submission            UGI Initials: _TR_
Grievance #: _2018182627_
Screening Criteria Used: _599 #2_
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission            UGI Initials: _MN_
Grievance #: _2018182627_
Screening Criteria Used: _599 #2_
Date Recd from Offender: _AUG 2 4 2018_
Date Returned to Offender: _AUG 2 4 2018_

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER
GRIEVANCE FORM**
(Carbon Copied)

Offender Name: _Jaman Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12E-33 cell_

Unit where incident occurred: _Michael_

| OFFICE USE ONLY |
| --- |
| Grievance #: _2018182643_ |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Offender: |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Every On Duty Officer / Grievance Investigators_ When? _From 6-29-2018 to 8-14-2018_

What was their response? _Lies about non-existent exhaust vents / Can't do nothing about_

What action was taken? _negative action / perjury / Obstructing justice / etc._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following days & times I was forced to breathe very bad air quality such as dust in vents, fires, chemical agents, dead animal smells, mold, smoke from gas motor, etc.: On A-pod of 12 Building: 6-29-2018 at 1am "Fire", 6-29-2018 at 7:35pm "Fire and all night smoke", 7-1-2018 at 8:30pm "Fire", 7-3-2018 at 8:04pm "Fire", 7-4-2018 at 6:30pm "Fire", 7-5-2018 at 10:40pm "Fire all night", 7-6-2018 at 8pm "Fires", 7-8-2018 at 6am "Fire", 7-8-2018 at 7am "Chemical Agents", 7-9-2018 at 1:15am "Fire", 7-10-2018 at 3am "Fire", 7-10-2018 at 7pm "Fires and all night smoke", 7-11-2018 at 7pm "Fires", 7-15-2018 "dead animal odor", 7-16-2018 at 1:30am "Chemical Agents", 7-16-2018 at 4:30am "Fire", 7-17-2018 at 8pm "Fire", 7-18-2018 at 10:11pm "Fire", 7-22-2018 at 6:30pm "Fire", 7-24-2018 at 1:30am "Fire", 7-25-2018 at 5:14am "Fire & smoke all day", 7-26-2018 at 9:31am "Chemical Agents", 7-30-2018 at 3:55am "dead animal smell", 7-31-2018 at 6:30pm "Fire", 7-31-2018 at 8pm "Fire", 8-5-2018 at 11:24am "Fire", 8-6-2018 at 4:05pm "Fire", 8-6-2018 at 4:56pm "Fire", 8-7-2018 at 2:55pm "Chemical Agents", 8-7-2018 at about 3:30pm "Smoke from gas motor til shift change", 8-8-2018 at 7:47pm "Fire", 8-10-2018 at 9:40am "Chemical Agents" and on E-pad: 8-12-2018 at 5:45am "Smoke from gas motor for several hours", 8-14-2018 at 5:30pm "Hours of Smoke"... AUG 22 2018

Also there's dust in the cells ventilation system everyday and a mold smell or fungus smell everyday in the walls of the cells... I am being forced to breathe very bad air everyday and on a regular basis that very well has carcinogens in it due to dirty cell vents, moldy walls, and no exhaust vents built into the ceilings of every section of every pod on 12 Building like there's supposed to be according to Federal Law, Health & Safety Codes, Building Codes, etc. ~ This is very deliberate indifference and is being done with very evil motives and evil intentions and I feel terribly awful with this problem on top of all the other terrible conditions and it's exacerbating my mental illness.

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

Whoever the building inspectors are or were who keep or kept passing this 12 Buildings inspection has been committing a crime the entire time by doing so. There are no exhaust vents on every section "built in" of every pod of 12 Building whatsoever.

AUG 17 2018   AUG 22 2018

Perjury on the responses to my grievances about this issue to stop also.

AUG 17 2018

AUG 22 2018

**Action Requested to Resolve your Complaint:** Get all mold, fungus out of walls! Get me off 12 Building immediately! Clean all cell vents out! Review and save Video data for evidence. Shut 12 building down until it is in full compliance with Fedral & State Laws. Transfer me away from Anderson County immediately. Exhaust Vents Installed!

**Offender Signature:** _Jeman Hartand_     **Date:** 8-15-2018   AUG 17 2018

**Grievance Response:**                                             AUG 22 20

---

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _S. Rainey T. Rainey_
M. NADORS / M. Na

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: _TR_</td></tr>
<tr><td>Grievance #:</td><td>2018182643</td></tr>
<tr><td>Screening Criteria Used:</td><td>599 #2</td></tr>
<tr><td>Date Recd from Offender:</td><td>AUG 17 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>AUG 17 2018</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: _TR_</td></tr>
<tr><td>Grievance #:</td><td>2018182643</td></tr>
<tr><td>Screening Criteria Used:</td><td>599 #2</td></tr>
<tr><td>Date Recd from Offender:</td><td>AUG 22 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>AUG 22 2018</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: _MN_</td></tr>
<tr><td>Grievance #:</td><td>2018182643</td></tr>
<tr><td>Screening Criteria Used:</td><td>599 #2</td></tr>
<tr><td>Date Recd from Offender:</td><td>AUG 24 2018</td></tr>
<tr><td>Date Returned to Offender:</td><td>AUG 24 2018</td></tr>
</table>

Appendix F

## Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**

(Carbon Copied)

<table>
<tr><td colspan="2">

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-33_

Unit where incident occurred: _Michael_

</td></tr>
</table>

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Lt. Magsilo_   When? _8-11-2018_

What was their response? _Found me guilty of case # 20180320451_

What action was taken? _My 8th & 14th Admendment Rights Violated to the extreme._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

First of all, no Psyche Clinician or casework ever spoke to me about this case due to my mental illness. Next Ian Davis who assaulted & battered me on 2-13-2018 never notified me of any Placement on Restriction---he committed perjury on a Official document. Then I was put on Food Loaf without any due process whatsoever as a punishment by Major Nicole Sandifer et al. on 7-25-2018 which also violates my 8th Admendmentment Rights by using Food as a punishment against the mentally ill for 21 meals straight. Then Sgt. Mable Sweat wrote me this case for what she falsely claimed I did in 12 Building C-Pod 31 cell. *At no time have I ever been in 12C-31cell ever and also at no time did I even see or speak to Sgt. Mable Sweat on 7-25-2018 or refuse to let her shut or secure a slot at all! ~ Also the Sgt. who was supposed to notify me of this case and signed the paper as if they did and signed for me as if I did---never notified me of anything at all and so also committed perjury on an official document --- And the cell where I was at, the slot was broken or needed repair but that had nothing to do with this case at all in the first place! ~ Then Lt. Magsilo finds me guilty without doing any investigation whatsoever of the obvious facts therefore violating my due process rights and punishing me without real true justification and therefore violating my 8th Admendment rights ...

On top of all that, my equal protection of the law rights were violated by all these individuals including the Psyche Department due to my mental illness. No consideration was taken whatsoever regarding my mental illness. Using Food as a punishment against anyone especially those who are disabled or mentally ill is obviously wrong and is very cruel and unusual punishment and is very hateful and disrespectful. Food should never be used as a punishment and Food Loaf is especially unconstitutional and does not meet any nutritional standards whatsoever for 21 meals straight. Food Loaf is nothing but torture.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

Furthermore, this entire situation is another part of the conspiracy against my rights by prison Officials & Staff whom have been retaliating against me and harassing me for pursuing legal relief for the crimes against me on 2-13-2018 that were perpetrated by several employees all acting under color of state law where they stole half my property and assaulted and battered me. --- Ever since then I have been the victim of non-stop conspiracy against my rights and a full scale campaign of harassment from many levels & departments that has only exacerbated my mental illness and has made me extremely cynical of other people especially those who work for or represent T.D.C.J of Texas, itself.

AUG 2 7 2018

**Action Requested to resolve your Complaint.** Full investigation & evidence saved... Conspiracy against my rights to stop immediately! Stop using food as a punishment. Special consideration for mental illness, Case # 2018032045 overturned & removed from my record. Due Process Rights Honored. No more retaliation & harassment against me!

SEP 0 6 2018

**Offender Signature:** _Jamon Houston_   **Date:** 8-25-2018  AUG 2 7 2018

**Grievance Response:**

AUG 2 9 2018
SEP 0 6 2018

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☑ 8. The issue presented is not grievable. Case dismissed.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____
S. Rainey / T. Rainey   M. Withers / M. La
**Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | 2018187437 |
| Screening Criteria Used: | #8 |
| Date Recd from Offender: | AUG 2 7 2018 |
| Date Returned to Offender: | AUG 2 7 2018 |
| 2nd Submission | UGI Initials: MN |
| Grievance #: | 2018187437 |
| Screening Criteria Used: | #8, 499 |
| Date Recd from Offender: | AUG 2 9 2018 |
| Date Returned to Offender: | AUG 2 9 2018 |
| 3rd Submission | UGI Initials: TR |
| Grievance #: | 2018187437 |
| Screening Criteria Used: | 499 #8 |
| Date Recd from Offender: | SEP 0 6 2018 |
| Date Returned to Offender: | SEP 0 6 2018 |

Appendix F

2018187447

## Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**

(Carbon Copied)

| OFFICE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12E-33**

Unit where incident occurred: **Michael**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Lt. Magsila**   When? **8-11-2018**

What was their response? **Found me guilty of case # 20180320351**

What action was taken? **My 8th & 14th Admendment Rights were violated.**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

First of all no Psyche Clinician or Caseworker ever spoke to me about this case due to my mental illness. Next, Asst. Warden P. Kempt et al. put me on Food Loaf for 21 meals without any due process on 8-6-2018 which also violates my 8th Admendment Rights by using Food as a punishment against the mentally ill for 21 meals straight! That's very cruel & unusual punishment. Then, Officer M. Uwe wrote me this case for what he said I did A-35 cell --- I have never been in A-35 cell not even one single time ever! Nor did I ever see or get to speak to Officer M. Uwe. The cell where I used to be, the slot was messed up but that has nothing to do with this case at all. ~ The Same Sgt. who lied on case # 20180320451 also did the same on this case about notifying me which they did not and once again signed my name on the "offender notification signature line! Then Lt. Magsila finds me guilty without doing any serious investigation whatsoever of the obvious facts and therefore violated my due process rights and punished me with no regard to the facts of the case and so also violated my 8th Admendment Rights...

On top of all that, my equal protection of the law rights were violated by all these individuals including the Psyche Department in complete disregard of my mental illness. No consideration whatsoever regarding my mental illness. Using Food as a punishment against anyone especially the disabled or mentally ill is obviously wrong and is very cruel & unusual punishment and is being done with evil intentions & evil motives. Food should never be used as punishment. Food Loaf is not up to any nutritional standards and is unconstitutional. 21 meals of food loaf is indeed cruel & unusual punishment and is nothing but torture plain & simple & agitates my mental illness...

**AUG 2 7 2018**

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

Seeing that this happened back to back violating my 8th & 14th Admendments
Rights; it is plainly another part of the conspiracy against me by prison officials &
staff who have been retaliating against me & harassing for seeking legal relief
for the crimes against me on 2-13-2018 where prison staff stole half my property,
assaulted & battered me, and denied me proper medical attention for serious injuries. Ever
since then I have been the victim of a non stop campaign of harassment and
retaliation against me & a conspiracy against my rights from many different
levels & departments that has only exacerbated my mental illness and has me very
angry inside and cynical of other people especially those who work for T.D.C.J or
Texas itself.                    AUG 27 2018

Conspiracy against my rights to stop! Stop using Food as a punishment with food loaf.
**Action Requested to resolve your Complaint:** Full investigation & evidence saved for litigation. Special Consideration for my mental illness. Case #2018032035I
expunged from my record. Due Process Rights Honored. No more retaliation & harassment against me

**Offender Signature:** _Jaman Watson_                    **Date:** 8-25-2018   SEP 06 2018

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☑ 8. The issue presented is not grievable. Case dismissed
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

M. Price
Investigator III

**UGI Printed Name/Signature:** S. Nancy T. Rainey   M. Price/M. Price
Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY
Initial Submission     UGI Initials: ____
Grievance #: 2018187447
Screening Criteria Used: #8
Date Recd from Offender: AUG 27 2018
Date Returned to Offender: AUG 27 2018
2ⁿᵈ Submission     UGI Initials: ____
Grievance #: 2018187447
Screening Criteria Used: #8, 499
Date Recd from Offender: AUG 29 2018
Date Returned to Offender: AUG 29 2018
3ʳᵈ Submission     UGI Initials: TR
Grievance #: 2018187447
Screening Criteria Used: 499 #8
Date Recd from Offender: SEP 06 2018
Date Returned to Offender: SEP 06 2018

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

Offender Name: _Jamon Hestand_     TDCJ # _1343536_

Unit: _Michael_     Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_
_~Emergency~_

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Office_     When? _8-25, 27, 29-2018/9-6-2018_

What was their response? _The issue presented is not grievable/case dismissed_

What action was taken? _Grievance # 2018187447 not investigated or processed correctly._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_I got punished with my food for something I did not do before I even got a chance to have my due process rights fulfilled. On my copy of that case, Lt. Glen A. Maasila found me guilty so I'm not aware of the case being dismissed at all and besides that, Grievance# 2018187447 is not only about case# 2018032035 , it's also about 8th and 14th Admendment Violations which I clearly explained._

_To punish me for something I did not do is a crime! To punish me without any due process at all is a crime! To use my food as a punishment is completely unconstitutional! And now, here goes Grievance Investigators Margaret M. Price, Monte P. Nabors, and Tammy L. Rainey violating my protected conduct of filing Grievances by very deliberately interfering with my attempts to exercise my access to courts rights once again to cover up the ongoing retaliation & harassment being perpetrated against me by many prison officials & staff here on Michael Unit in a very real conspiracy against my rights et al._

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)



_Original Stolen_
_By Grievance Investigators)_

Appendix F

(Carbon Copied)

Action Requested to resolve your Complaint:

~~Grievance #~~ *2018187447 investigated & processed properly. Requested actions granted. Crimes, retaliation, and harassment against me to be stopped immediately.*

Offender Signature: _Jamon Hotting_                                      Date: _9-25-2018_

Grievance Response:

Signature Authority: _____        Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *Placement on Restriction*
### *Administrative Segregation Level Review*      (Administrative Segregation Offenders ONLY)

## I.   OFFENDER INFORMATION

Offender Name: Hesland Jamon    ; TDCJ Number: 1343536  Custody: MH   ; Unit: MI

## II.   PLACEMENT ON RESTRICTION   (Initial Placement ONLY)

*Instructions:*   The highest-ranking security supervisor on duty has the authority to initially place an offender on restriction.   The shift supervisor (may be the same individual) shall document the placement in Sections I. and II. of this form; and then notify the unit classification committee (UCC) or the administrative segregation committee (ASC) by providing them this form intact.

a.   As of *(date)* 7 26 18, at *(time)* 600 AM, the above-named offender has been placed on restriction, in accordance with SM-01.29, "*Offender Management Restrictions.*"  *[NOTE: Place a √ in front of each restriction imposed]:*

___ Paper gown;          ___ Paper mask;          √ Food loaf

___ Personal property *(i.e., container; hard plastic; lock; metal; hotpot; etc.)*
   • List specific property restricted: _____

___ State-Issued property *(i.e., mattress; blanket; sheet; etc.)*
   • List specific property restricted: _____

b.   Reason for placement: 18.2 _____

c.   Documented by: Sgt. M Sweat _____     _____ 7 26 18
                    *(Print name and rank or title)*            *(Signature and Date)*

➔ The restriction(s) may only continue up to 24 hours without review by the UCC/ASC (or until their earliest following workday).

## III.   UCC / ASC REVIEW

*Instructions:*  This section shall be used for both UCC and ASC reviews.  If the form is being used for a *subsequent review, the ASC must ensure Section I (Offender Information) is completed and the previous I-203 is available for review.

a.   **REVIEW:** *(√ one)* ☑ Initial; ☐ *Subsequent;      Review held on 7-26-18 at 1403  by the *(√ one)* ☐ UCC; ☑ ASC.
                                                      *(Date)*      *(Time)*

b.   **Type of Review:** ☑ Restriction;   ☐ 7-day;   ☐ 30-day;   ☐ Special Review;

c.   **RESTRICTIONS:**  The UCC/ASC has reviewed the offender's record and has decided to either impose, continue, or discontinue restrictions, as noted below:

   - Paper gown?         ☐ YES; ☐ NO     Review/Expiration Date: _____
   - Food loaf?          ☑ YES; ☐ NO     Review/Expiration Date: exp 8-1-18
   - Personal property?  ☐ YES; ☐ NO     Review/Expiration Date: _____
     • List specific property restricted: _____
   - State-Issued property?  ☐ YES; ☐ NO   Review/Expiration Date: _____
     • List specific property restricted: _____

d.   **LEVELS**  *( To be completed for administrative segregation offenders ONLY):*
   Pursuant to the *Administration Segregation Plan*, the offender is assigned to Level *(√ one)*: ☐ I;   ☐ II; or   ☐ III

e.   **Justification for decision(s):** 7-25-18 (18.2)

f.   Committee Members *(Print name and rank or title):* Nicole Sanchez Major
   _____ ; and M Sweat Sgt _____

## IV.   OFFENDER NOTIFICATION

*Instructions:*   Correctional staff shall notify the offender that the UCC/ASC decision will expire on the date indicated or be reviewed for continuation, request the offender to sign (if the offender refuses, document the refusal), and provide the offender a copy of the completed document.

Notified by: Davis, Ian CBTII  ID       Refuse to Sign 7/27/18
            *(Employee -- print name and sign initials)*         *(Offender signature and date)*

**I-203** (Rev. 03-2012)          WHITE:  offender's unit file          CANARY:  offender

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20180320351 TDCJNO:01343535 NAME: HESTAND,JAMON                    EA: 12.0
UNIT:MI  HSNG: 12A01  31  F33   JOB: MENTAL HEALTH DIVERSION PROG    ID: 098
CLASS: L3  CUST: MH  PRIMARY LANGUAGE: ENGLISH   LMHA RESTRICTIONS:   LMHA
GRDE: MI / DK   OFF.DATE: 08/25/18  06:25 AM  LOCATION: MI 1E BUILDING
TYPE: ID

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT MI A 35, OFFENDER: HESTAND,JAMON, TDC
J-ID NO. 01343535, DID TAMPER WITH THE FOOD SLOT BY OPENING IT FROM THE INSIDE.

CHARGING OFFICER: UWE, M                         SHIFT/CARD: 1 2
                              OFFENDER NOTIFICATION
                                             IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: _____ BY: (PRINT) _____
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.  DO YOU WANT TO ATTEND THE HEARING? YES  NO   IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: _____       DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____            DATE: _____
                              HEARING INFORMATION
HEARING DATE: _____ TIME: _____ INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE: _____

OFFENDER STATEMENT: _____
_____
_____
OFFENSE CODES:              18.2
OFFENDER PLEA: (G, NG, NONE) |____|_____|_____|_____|
FINDINGS:  (G, NG, DS)        |____|_____|_____|_____|
                              PUNISHMENT
LOSS OF PRIV(DAYS) _____     REPRIMAND
  *RECREATION(DAYS) _____    EXTRA DUTY(HOURS) _____
  *COMMISSARY(DAYS) _____    CONT.VISIT SUSP THRU ___/___/___
  *PROPERTY(DAYS) _____      CELL RESTR(DAYS) _____
  * _____(DAYS)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

HEARING OFFICER (PRINT) _____        WARDEN _____

(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM

TDCJ DISCIPLINARY REPORT AND HEARING RECORD
CASE: 20160320451 TDCJNO:01343536 NAME: HESTAND,JAMON                    EA: 12.3
UNIT:MI   HSNG: 12AC1   31   F33   JOB: MENTAL HEALTH DIVERSION PROG   IQ: 092
CLSS: L3  CUST: MH  PRIMARY LANGUAGE: ENGLISH     LMHA RESTRICTIONS:   LMHA
BRDE: MI / CX   OFF.DATE: 07/25/18   07:16 AM   LOCATION: MI 12 BUILDING
TYPE: IO

                    OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT MI 12 C 31, OFFENDER: HESTAND,JAMON,
TDCJ-ID NO. 01343536, DID TAMPER WITH A FOOD TRAY SLOT BY PLACING HIS ARM
THROUGH THE FOOD TRAY SLOT REFUSING TO ALLOW THE SLOT TO BE SECURED.

CHARGING OFFICER: SWEAT, SGT                    SHIFT/CARD: 1 2
                    OFFENDER NOTIFICATION
                                        IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 210 / 2/1  3   BY:(PRINT) _____
YOU WILL APPEAR BEFORE /HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.  DO YOU WANT TO ATTEND THE HEARING? YES NO   IF NO, HOW DO YOU
PLEAD?  GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: _____       DATE: 2.h.18
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____              DATE: _____
                    HEARING INFORMATION
HEARING DATE: _____ TIME: _____ INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE: _____

OFFENDER STATEMENT: _____
_____
_____
_____

OFFENSE CODES:            18.2
OFFENDER PLEA: (G, NG, NONE) |____|____|____|____|____|.
FINDINGS: (G, NG, DS)        |____|____|____|____|____|.
                    PUNISHMENT
LOSS OF PRIV(DAYS) _____  REPRIMAND_____
 *RECREATION(DAYS) _____  EXTRA DUTY(HOURS) _____
 *COMMISSARY(DAYS) _____  CONT.VISIT SUSP THRU ___/___/___
 *PROPERTY(DAYS) _____    CELL RESTR(DAYS) _____
 *_____ (DAYS) _____
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

_____       _____
HEARING OFFICER (PRINT)                WARDEN

(FORM I-47M) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12E-33_

Unit where incident occurred: _Michael_

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | _2019002593_ |
| Date Received: | SEP 06 2018 |
| Date Due: | _10-16-18_ |
| Grievance Code: | _503_ |
| Investigator ID #: | _I008_ |
| Extension Date: | |
| Date Retd to Offender: | OCT 16 2018 |

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Every Officer on duty & SSIs_   When? _from 6-25-2018 to 9-3-2018_

What was their response? _Not my job / I'll let rank know / etc_

What action was taken? _None at all..._

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Showers were dirty on A-Pod of 12 building from 6-25-2018 all the til I got moved to E-Pod on 8-10-2018 and since 8-10-2018 til now on 9-3-2018, the showers have not been cleaned a single time whatsoever! When they are supposed to be cleaned each day! That is very unsanitary and violates the 8th Amendment prohibition against Cruel & Unusual punishment and it is being done to mentally ill incarcerated persons which violates our equal protection of the law rights while we are already being tortured in solitary Confinement which is a major violation of my Human Rights and only exacerbates my mental illness. This is a serious Health Hazard and causes me severe mental & emotional pain and suffering and is also bad for my body over such long periods of time..._

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

*(Carbon Copied)*

_____

_____

_____

_____

_____

_____

**Action Requested to resolve your Complaint.**

Stop abusing the mentally ill here! save video data for litigation evidence.
clean showers on a daily basis from now on with the appropriate cleaning supplies. Any
Activity Log that says they are cleaning or someone who says that, compare to video data.

**Offender Signature:** _Jamon Kirkland_                          **Date:** 9-3-2018

**Grievance Response:**

There is a shower crew assigned to clean the showers during the day and at night. All deficiencies are corrected immediately to maintain a clean environment. All showers are being cleaned on a regular basis. No further action.

**Signature Authority:** _____   Warden Vempt        **Date:** 10/15/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



*Carbon Copied* JAN 0 7 2019

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _Jamoy Hestand_   TDCJ # _1343536_

Unit: _Michael_ ✓   Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | _2019002593_ |
| UGI Recd Date: | NOV 0 1 2018 |
| HQ Recd Date: | NOV 0 7 2018 |
| Date Due: | _12-11_ |
| Grievance Code: | _503_ |
| Investigator ID#: | _I 2044_ |
| Extension Date: | |

_RG-1-8-2019_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the issue whatsoever. Warden Pennie R. Kempt falsified an Official Document on Grievance #2019002593 in order to cover up a serious Health Hazard. She obviously avoided saving video evidence and completely ignored AD-03.82 about Health Care Issues of a technical nature being coordinated with the Health Services Division. She straight lied about "all deficiencies being corrected immediately to maintain a clean enviroment"---there's nothing clean about the enviroment on 12 Building at all, especially on the pods where incarcerated persons live by force. She also told a huge lie saying "All showers are being cleaned on a regular basis."

＊ I want video evidence saved after it is reviewed and compared to Activity logs for all the days I mentioned in the Step 1 Grievance here on 12 Building including A & E pods and the others to see the truth about these showers not being cleaned whatsoever and have all showers examined completely and then truly fix the problem. Grievances are protected by Fedral Law so Warden Pennie R. Kempt is violating my Protected Conduct of filing Grievances and Obstructing Justice by falsifying an Official Response to a Complaint about a real Health Hazard that is an ongoing problem and has been a problem ever since I got to Michael Unit April of 2017 and is very cruel & unusual punishment for people with mental illness in solitary confinement...

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

*Carbon Copied*

**Offender Signature:** _Tyman Howard_     **Date:** 10-31-2018

**Grievance Response:**

A review of your Step I Grievance was conducted and you were appropriately advised at the Unit level. Major Sandifer reports that there are cleaning crews assigned to Administrative Segregation on for each shift to ensure showers are being cleaned on regular basis. No evidence has been found to support your claims regarding the showers on 12 building E pod. No further action is warranted.

**Signature Authority:** _B Howard B. Howard ARO_     **Date:** 12-04-18

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

Initial Submission    CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission    CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission    CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)     RO-0109A     **Appendix G**

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: _2019017676_ |
| Date Received: OCT 08 2018 |
| Date Due: _11-17-18_ |
| Grievance Code: _500_ |
| Investigator ID #: _I____ |
| Extension Date: _____ |
| Date Retd to Offender: NOV 13 2018 |

Offender Name: __Jamon Hestand__  TDCJ # __1343536__

Unit: __Michael__  Housing Assignment: __12E-33cell__

Unit where incident occurred: __Michael__
~ Health Hazard ~

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Every Officer in sight off e on__ When? __April 17th, 2017 til now__

What was their response? __Don't know what else to do/ Don't care/ Can't help it/ Quit crying/etc.__

What action was taken? __Very Unsanitary food & feeding procedures non-stop every meal.__

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

\* Every single meal since I got to Michael Unit has been completely unsanitary along with the feeding procedures. Rarely is the tray carrier or food carts ever cleaned at all ~ you can see the dirt, grime, and cockroaches and even mice on them. But that's not all, the Officers et al who serve our meals regardless of if they wear gloves & hairnets or not touch a dirty filthy tray slot bar that all Officers use to open & close tray slots ~ they touch cross over doors ~ they touch other inmates' dirty filthy tray slots ~ they touch nasty crash gates ~ and all these things are touched all day, everyday after Officers touch trash, escort inmates in & out of showers or recreation or lay-ins to medical --- and bathrooms and whatever else they touch like scratching their bodies or wiping sweat off their faces and then they touch our food & drink at every meal, every single day non-stop into madness --- it is seriously outrageous how unsanitary our food & drinks are due to cross contamination of germs, dirt, grime, etc.

There should be a system where one person open doors/gates and has the tray slot bar and opens and closes tray slots and that is it and all these things should be cleaned on a regular basis ... The other person or people should only handle the food & drinks, the food cart & tray carrier and those items should also be clean on a regular basis after each meal and kept away from mice & cockroaches that are crawling & running around non stop!

This problem is a living nightmare ~ I've seen Officers pick their noses, scratch their behinds, wipe sweat off their faces, drop tray slot bars on the floor, and all kinds of nasty things and then hand me my tray along with everyone else too!

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

After this I'll claim it's video of a crazy act at any meal you choose on any pod on 12 Building in Solitary Confinement... It's very cruel and unusual punishment to the maximum and agitates the hell out of my mental illness along with all the other terrible conditions in here to go along with it!

Anybody in their right mind would flip out in this situation but here I am surrounded by mentally ill incarcerated persons who don't have a clue how to fight for their rights and don't even know what their rights are at all so we all get violated non-stop by prison officials & staff who don't care at all about Human & Fedral Rights at all as their actions prove time & time again...

**Action Requested to resolve your Complaint.** Everything Cleaned on a regular basis... All meal items cleaned always & Very Sanitary food & drinks at every meal. Officers taught about cross-contamination. A full investigation with the Health Services Division...

**Offender Signature:** _Timin Heston_     **Date:** 10-5-2018

**Grievance Response:**

In response to your grievance filed alleging that food trays are being served unclean, FSM reports that food carts and trays are cleaned after every meal and food is served sanitarily by CO's supervision. No further action warranted.

**Signature Authority:** _Meador_    **Warden Meador**    **Date:** 11/19/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**    UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**    UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**Appendix F**

( Carbon Copied )



JAN 0?

**Texas Department of Criminal Justice**

# STEP 2

*(Carbon Copied)*

**OFFENDER**

**GRIEVANCE FORM**

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-72

Unit where incident occurred: Michael

Regarding Grievance # 2019017676

| OFFICE USE ONLY | |
|---|---|
| Grievance #: 2019017676 2019018716 | |
| UGI Recd Date: NOV 3 0 2018 | |
| HQ Recd Date: DEC 0 3 2018 | |
| Date Due: 1/9/19 | |
| Grievance Code: 500 | |
| Investigator ID#: 11312 | |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the issue whatsoever. Warden Charles O. Meador didn't do a full investigation which would include reviewing the video data from electronic security cameras to see what is really going on and/or come check on my complaint issues with a suprise visit and possibly take photographs of unsanitary food carts, tray carriers, etc.

Cross contamination is the problem along with the infestation of mice & cockroaches here on Michael Unit... These problems are still ongoing and it is straight up torture and causes me severe mental & emotional pain and suffering... This seriously agitates my mental illness...

My Human & Fedral Rights are being violated by Warden Charles O. Meador while acting under color of State law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring with the Food Services Manager et al. against my rights, depriving me of my rights under color of law, obstructing justice for unsanitary food and drinks being served, making false statements on a official document, violating my Protected Conduct of filing Grievances to cover up a serious Health Hazard, deliberate indifference & gross negligence about this Health Hazard, leaving me in a situation where I can get sick by cross contamination, agitating my mental illness, etc. with →

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

evil intentions & evil motives... They know exactly what's going on and are trying to cover it up on purpose...

Offender Signature: _Jamon Hostent_          Date: _11-28-2018_

Grievance Response:                                        RO~010319

An investigation was conducted into your concerns.  Your Step 1 response was appropriate.  Food Services Policy shows, daily, weekly, monthly and quarterly inspections are conducted.  No further action is warranted.

Signature Authority: _M. Blalock_     M. BLALOCK          Date: _12-6-18_

Returned because:     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Initial Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Recd: _____</td></tr>
<tr><td colspan="2">Date CGO Recd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-128 Back (Revised 11-2010)                                        Appendix G

( Carbon Copied )

**Texas Department of Criminal Justice**

| | OFFICE USE ONLY |
|---|---|
| | Grievance #: 2019019397 |

# STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33 cell

Unit where incident occurred: Michael
~Health Hazard~

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every On duty Officer   When? 9-3-2018 to 10-8-2018

What was their response? Not my job / write it up / don't care / look into it / etc.

What action was taken? None.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Showers were not cleaned from 9-3-2018 to 9-5-2018 and from September 6th 2018 to October 2nd 2018! And when an S.S.I. finally does come to clean, he cleans for about 60 seconds on October 2nd 2018 and leaves! from 10-3-2018 to 10-5-2018 showers were not cleaned at all til 10:12 pm that last day and the SSI cleaned for about 20 to 30 seconds and left. Nothing cleaned again til 10-7-2018 at 11:30pm when the SSI set his record at about a minute in a half cleaning the shower and basically, the showers are not clean at all! And also, our showers on 12 Building E-Pod 3 Section have no light and no ventilation whatsoever. There are spiders & roaches in the showers and it's extremely dirty moldy and very nasty with hair, mold, fungus, dirt, scum, bodily fluids, unknown substances, rotten stench, pubic hairs, slime, grease, etc.

This is an ongoing serious Health Hazard here on 12 Building of Michael Unit that has been happening for a very long time now that creates an environment where we incarcerated persons can get sick or be harmed due to cross contamination and very unsanitary living conditions. This is torture & cruel and unusual punishment that is causing me severe mental & emotional pain & suffering and also puts me in physical threat or harm. I cannot even take a normal shower without fear of getting sick or infected or fungus or disease due to the unsanitary conditions. I also have to worry about getting serious spider bites in the shower too. This is definitely agitating my mental illness, especially since I have been complaining about this problem and when I do, prison officials directly lie and make false statements on legal documents like Warden Pennie R Kempt & Major J. Enge.

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

OCT 18 2018   OCT 11 2018

NOV 09 2018   OCT 15 2018

Appendix F

I want video evidence to be saved for litigation evidence and also compared to activity logs for the times & dates forementioned in this very Complaint.

OCT 18 2018

Due to this problem I now have a fungus on my left foot that will not stop and I am putting in for medical to help me with it...

OCT 18 2018

OCT 18 2018

OCT 15 2018

**Action Requested to resolve your Complaint.** *Always Fix the showers properly and humanely.*
Video evidence saved for litigation. A full investigation of this Complaint coordinated with the Health Services Division properly as demanded in AD-03.82. Clean Showers.

**Offender Signature:** _Jamon Hoston_                    **Date:** 10-8-2018

**Grievance Response:**

OCT 18 2018

OCT 18 2018

OCT 15 2018

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

- [ ] 1.  Grievable time period has expired.
- [x] 2.  Submission in excess of 1 every 7 days. *
- [ ] 3.  Originals not submitted. *
- [ ] 4.  Inappropriate/Excessive attachments. *
- [ ] 5.  No documented attempt at informal resolution. *
- [ ] 6.  No requested relief is stated. *
- [ ] 7.  Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8.  The issue presented is not grievable.
- [ ] 9.  Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _N. NIMORS / M Nu_

S. Rainer T. Rainer

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

*(Carbon Copied)*

Appendix F

**OFFICE USE ONLY**

Initial Submission     UGI Initials: _mn._
Grievance #: _2019019397_
Screening Criteria Used: _599 #2_
Date Recd from Offender: _OCT ___ 2018_
Date Returned to Offender: _OCT ___ 2018_

**2nd Submission**     UGI Initials: _TR_
Grievance #: _2019019397_
Screening Criteria Used: _599 #2_
Date Recd from Offender: _OCT 15 2018_
Date Returned to Offender: _OCT 15 2018_

**3rd Submission**     UGI Initials: _TR_
Grievance #: _2019019397_
Screening Criteria Used: _599 #2_
Date Recd from Offender: _OCT 18 2018_
Date Returned to Offender: _OCT 18 2018_



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2019019397

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: Jamon Hestand       TDCJ # 1343536

Unit: Michael       Housing Assignment: 12E-33cell

Unit where incident occurred: Michael
~ Health Hazard ~ Denial of Access To Courts Rights ~

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*
It failed to resolve the Health Hazard and the fact that the Building Inspector is passing 12 Buildings' inspection regardless of Health Hazards of which I have been filing complaints about like this one regarding Grievance #2019019397 and these Investigators Monte P. Nabors & Tammy L. Rainey not only violate my protected Conduct of filing Grievance systematically but also show very clearly how the Grievance System is ineffective, unconstitutional, and violates Taxpayers in Society who pay for their corruption & inhumanity...

**I-128 Front** (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix G

NOV 0 9 2018

*(Carbon Copied)*

Offender Signature: _Toman Hostent_      Date: _11-2-2018_

Grievance Response:         RO-112918

Signature Authority: _____    Date: _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission     CGO Initials: _____

Date UGI Rec'd:_____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission     CGO Initials: _____

2nd Submission     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission     CGO Initials: _____

Date UGI Rec'd: _____

Date CGO Rec'd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                           **Appendix G**

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

<table>
<tr><td>

**Offender Name:** Jamon Hestand  **TDCJ #** 1343536

**Unit:** Michael    **Housing Assignment:** 12E-33 cell

**Unit where incident occurred:** Michael

**＊Emergency    ～Health Hazard～**

</td><td>

**OFFICE USE ONLY**

Grievance #: 2019019418

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

</td></tr>
</table>

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every Officer On duty ..    When? From 8-19-2018 to 10-9-2018

What was their response? It's been like that / don't care / can't fix it / etc

What action was taken? Ongoing serious Health Hazard on 12 Building of Michael Unit

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the following dates & times there were terrible instances of very bad air quality that has caused me major headaches, breathing problems, etc. due to the fact that there is no exhaust vents built into the ceilings of every section of every Pod on 12 Building to pull bad air out quickly like there's supposed to be according to Federal & State Law : 8-19-2018 "7:20pm Fire" ～ 8-21-2018 "9:25pm Fire" ～ 8-23-2018 "6:30pm All night fire & smoke" ～ 8-27-2018 "1:40am Fire/Chemical Agents all day" ～ 8-31-2018 "5:45pm Fire/3pm Chemical Agents / 7:52pm Chemical Agents & Fires all night" ～ 9-2-2018 "2:15pm Fire" ～ 9-4-2018 "4pm Ongoing Smoke / 4pm Fires ～ 9-6-2018 "3:22pm Fire" ～ 9-10-2018 "1:13am Fire / 4:15pm Fire / 4:30pm Fire" ～ 9-13-2018 "9:30pm Fire" ～ 9-14-2018 "10:50am Fire / 11:30pm terrible Fires" ～ 9-19-2018 "9:34am Fire and all day dead mouse smell" ～ 9-20-2018 "dead mouse smell bad" ～ 9-21-2018 "ongoing dead mouse smell / 3:30pm Fire & smoke all night" ～ 9-22-2018 "2am Fires & non-stop smoke & dead animal smell real bad" ～ 9-23-2018 "2am Fires & all day dead mouse smell horribly bad" ～ 9-24-2018 "All day feces & dead animal smell real bad" ～ 9-25-2018 "All day feces & dead mouse smell terrible / all night smoke" ～ 9-26-2018 "12:20am smoke still going and all day feces & dead animal smell" ～ 9-27-2018 "dead animal smell all day & feces at 3pm & Fire 10:27pm ～ 9-28-2018 "all day terrible feces smell with dead animal smell mixed together bad" ～ 9-29-2018 "dead animal & feces all day / 6:30pm Fires ～ 9-30-2018 "dead smell insanely bad / 6:40pm Fires & Smoke ～ 10-1-2018 "All day insane outrageous dead smell rotten body stench from hell / 3:30pm Fire & smoke / 10:30pm terrible Smoke real bad" ～ 10-2-2018 "2:20pm Fire / 2:40pm Fire / 6:05pm Fire and all day dead body smell rotten corpse" ～ 10-4-2018 "dead smell ongoing / 7:04pm all day night Fire" ～ 10-5-2018 "Ongoing death smell / 8:15pm Fire" ～ 10-8-2018 "dead body rotten smell still going / 11:24pm Fire" ～ 10-9-2018 "8am Fire / all day death & feces smell ～ and on top ⟶

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

OCT 18 2018    OCT 1 - 2018

OCT 15 2018

NOV 09 2018

Appendix F

I am forced to breathe carcinogens, mold, dust, smoke, chemical agents, feces, death of a mouse, etc. on a regular basis and I've been complaining about it and no-one wants to do anything about this Health Hazard and serious violation of both Fedral & State Law and Human Rights. It is torture non stop cruel & unusual punishment to the maximum! It makes me angry as hell & feel awful at the same time! I am supposed to have very good air quality at all times! This is very deliberate indifference & gross negligence and it is a Health Hazard and a Crime. It is against Fedral & State Law very obviously!

OCT 15 2018
OCT 18 2018

**Action Requested to resolve your Complaint.**
Shut 12 Building down immediately. A full investigation with the O.I.G. & Health Services Division. Video data reviewed & saved for litigation purposes. All these violations fixed totally!

Offender Signature: _Jamon Husband_                           Date: _10-10-2018_

**Grievance Response:**

OCT 15 2018
OCT 18 2018

**Signature Authority:** _____                 **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _M. NABORS / N.A.A._
_S. Renny J. Panel_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _AN_ |
| Grievance #: | _2019019418_ |
| Screening Criteria Used: | _599 # 2_ |
| Date Recd from Offender: | OCT |
| Date Returned to Offender: | OCT |
| 2nd Submission | UGI Initials: _TR_ |
| Grievance #: | _2019019418_ |
| Screening Criteria Used: | _599 #2_ |
| Date Recd from Offender: | OCT 15 2018 |
| Date Returned to Offender: | OCT 15 2018 |
| 3rd Submission | UGI Initials: _TR_ |
| Grievance #: | _2019019418_ |
| Screening Criteria Used: | _599 #2_ |
| Date Recd from Offender: | OCT 18 2018 |
| Date Returned to Offender: | OCT 18 2018 |

Appendix F

(Carbon Copied)



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2019019418

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: _Jamon Hestand_        TDCJ # _1343536_

Unit: _Michael_        Housing Assignment: _12E-33cell_

Unit where incident occurred: _Michael_

 ✱ Health Hazard ~ Crimes ~ Access To Courts ✱

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

It Obstructed Justice for an obvious major violation of Federal & State Law regarding a serious Health Hazard and an ongoing Crime that is not being fixed at all that I've explained many times now most recently in Grievance # 2019019418 but these Grievance Investigators have once again violated my Protected Conduct of filing Grievances to attempt to interfere with my access to courts rights and this also violates the Rights of all Taxpayers in Society...

This complaint needs to be processed with the Office of Inspector General Correctly and my requested actions granted immediately...

---

**I-128 Front** (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix G

NOV 0 9 2018

*Corban Copied*

**Offender Signature:** _Jamon Husband_  **Date:** _11-6-2018_

**Grievance Response:** _RQ-112418_

**Signature Authority:** _____  **Date:** _____

**Returned because:**  *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                              **Appendix G**

**Texas Department of Criminal Justice**

<table>
<tr><td rowspan="8">
<br>
**STEP 1**   OFFENDER<br>
GRIEVANCE FORM<br>
(Carbon Copied)
</td><td>OFFICE USE ONLY</td></tr>
<tr><td>Grievance #: 2019019429</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>Date Due: _____</td></tr>
<tr><td>Grievance Code: _____</td></tr>
<tr><td>Investigator ID #: _____</td></tr>
<tr><td>Extension Date: _____</td></tr>
<tr><td>Date Retd to Offender: _____</td></tr>
</table>

Offender Name: Jamon Hestand         TDCJ # 1343536

Unit: Michael         Housing Assignment: 12E-33cell

Unit where incident occurred: Michael
Health Hazard

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every Officer Knows          When? Every Single Day

What was their response? Can't do anything about it / It's always like that / They're everywhere

What action was taken? Infestation of mice, cockroaches, spiders, etc

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

    Every day I am bombarded with cockroaches all over my cell and spiders of many kinds including "brown recluses" & black widows & wolf spiders and even daddy long legs all over the place in cells, dayrooms, outside recreation, etc... and then there's the dirty filthy stinking mice that urinate & defecate all over the place non stop. I see and do my best to avoid these creatures every single day but it is impossible since they can move around on their own and its easy for them all to get in my cell no matter what I do.        OCT 18 2018    OCT 15 2018

    I've been bitten by mice several times and I've killed a whole bunch of them since I've been on Michael Unit. I killed 4 in the last 5 days and I got empty chip bags pasted up around my cell so the roaches go inside them but can't get back out and I periodically flush them and start over but they just keep on coming like as if I'm not doing no damage to their nasty population that crawls inside my cup, my bowls, on my spoon, in my property that remains, on the ceiling and walls and every crack & cranny, in the light, in the cell door, etc and they spit, urinate, and defecate on everything non stop and when I sleep they crawl on me and I wake up with sores where they bit me in my sleep --- there's some that are small and some as big as golf ball that got flattened down and they are dark brown and can fly too...        OCT 15 2018

    It makes me sick dealing with this health hazard! Sometimes I wig out like I'm about to lose my mind! I hate this infestation! Every where I look I see roaches in any random direction I look --- It's madness and it's ⟶

I-127 Front (Revised 11-2010)         **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** OCT 18 2018   (OVER)

OCT 15 2018   OCT

Appendix F

Complete this sentence... bit I thought I was gonna lose my mind and I was extremely paranoid for a long time. Every mouse that comes in my cell, dies immediately... Do y'all need proof of these claims I am making before y'all try and say I'm lying or try to cover this up?! because there's tons of evidence crawling around every single day --- I don't want anyone to think I'm lying so I am prepared to produce the evidence immediately at any time for anyone who seems to doubt my truthfulness of this situation --- Just let me know and I'll get it ready for any one of y'all that ask or who tries to cover this up because it's a serious Health Hazard --- Mice, roaches, and spiders...

**Action Requested to resolve your Complaint** * Stop this infestation of mice, cockroaches, and Spiders on 12 Building or shut 12 Building down. Investigate with Health Services Division.

**Offender Signature:** Jamon Hatant **Date:** 12-10-2018

OCT 15 2018

OCT 18 2018

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [x] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Naters / M. N____

S. Reiner T. Roper

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

*(Carbon Copied)*

**Appendix F**

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: MN |
| Grievance #: 2019019429 | |
| Screening Criteria Used: 599 #2 | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: TR |
| Grievance #: 2019019429 | |
| Screening Criteria Used: 599 #2 | |
| Date Rec'd from Offender: OCT 15 2018 | |
| Date Returned to Offender: OCT 15 2018 | |
| 3rd Submission | UGI Initials: TR |
| Grievance #: 2019019429 | |
| Screening Criteria Used: 599 #2 | |
| Date Rec'd from Offender: OCT 18 2018 | |
| Date Returned to Offender: OCT 18 2018 | |

Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019069280
Date Received: NOV 0 1 2018
Date Due: 12-11-18
Grievance Code: 522
Investigator ID #: J1983
Extension Date: _____
Date Retd to Offender: DEC 1 1 2018

Offender Name: Jamon Hestand  TDCJ # 1343536
Unit: Michael  Housing Assignment: 12E-33cell
Unit where incident occurred: Michael  12E/e2

~ Cruel & Unusual Punishment ~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.  *From 8-10-2018 up*
Who did you talk to (name, title)? Every Officer in sight.  When? til now
What was their response? A bunch of cells are like that on one row / Nothing we can do / etc.
What action was taken? Cell flooded out real bad every single time it rains.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In 12 Building E-Pod 33cell from 8-10-2018 up til now, every time it rains my cell gets completely flooded out with rain water that smells like mold & fungus & cockroach feces and it is full of dirt. Most recently on the following days: 10-9-2018, 10-10-2018, 10-14-2018, 10-15-2018, 10-16-2018, 10-17-2018 "real bad because a pipe busted while it was also raining", 10-18-2018, 10-19-2018, 10-20-2018, 10-23-2018 --- I went on medical chain and came back to the same cell and here it flooded out again on 10-31-2018 and 10-01-2018...

It's seriously insane and extremely miserable... I'm writing this in a flooded out cell and I can't get no cleaning supplies at all so I'm forced to live in unsanitary conditions and very bad living conditions which is torture and causes me severe mental pain and suffering on top of all the other Human Rights violations I'm being forced to endure as can clearly be seen by looking at my Grievance File since February 13th 2018 up til now...

I-127 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

Appendix F

(Carbon Copied)

Action Requested to resolve your Complaint. Fix all cells that get flooded out when it rains. Pass out extra cleaning supplies. Close down deficient cells until completely fixed. Stop torture.

Offender Signature: _Jimon Weston_          Date: _11-01-2018_

Grievance Response:

Work order #19-03069 was initiated on 11/7/18 due to 12-E-2 and 12-E-33 cells leaking. Necessary repairs were completed, and the work order was closed on 11/15/18. This resolves the issue.

Warden Kempt

Signature Authority: _____          Date: _12/11/18_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:       *Resubmit this form when the corrections are made.          RO-121318

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant. Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | | |
|---|---|---|
| Initial Submission | UGI Initials: | _____ |
| Grievance #: | | _____ |
| Screening Criteria Used: | | _____ |
| Date Recd from Offender: | | _____ |
| Date Returned to Offender: | | _____ |
| 2nd Submission | UGI Initials: | _____ |
| Grievance #: | | _____ |
| Screening Criteria Used: | | _____ |
| Date Recd from Offender: | | _____ |
| Date Returned to Offender: | | _____ |
| 3rd Submission | UGI Initials: | _____ |
| Grievance #: | | _____ |
| Screening Criteria Used: | | _____ |
| Date Recd from Offender: | | _____ |
| Date Returned to Offender: | | _____ |

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

### OFFENDER GRIEVANCE FORM

APR 0 1 2019

12833

Offender Name: _Jamon Hestand_ TDCJ # _1343536_

Unit: _Michael_ Housing Assignment: _12E-62cell_

Unit where incident occurred: _Michael_

**OFFICE USE ONLY**

Grievance #: _2019029746_

UGI Recd Date: JAN 0 4 2019

HQ Recd Date: JAN 0 7 2019

Date Due: _2-13_

Grievance Code: _522_

Investigator ID#: _DS7_

Extension Date: _3-25_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It did not resolve the issue because I had to suffer in a cell that flooded out on a regular basis and was not given any cleaning supplies at all, in Grievance #2019029746 and on top of that Investigator ID# 1983 stamped the Grievance as if it was returned to me on DEC 11th 2018 but I didn't get it until DEC 13th 2018 at mail call ~ All of that violates my Protected Conduct of Filing Grievances and agitates my mental illness...

I-128 Front (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix G

Offender Signature: _James Westart_   Date: _12-26-2018_

Grievance Response:

An investigation has been conducted into your complaint.  You were appropriately advised at Step 1. Please refer to that response. Records indicate that a work order was issued to resolve this complaint.  If you feel that this issue has not been resolved, you may contact a ranking officer to alert them of the situation. No further action warranted by this office.

Signature Authority: _B. BARNETT_   _BBarnett_   Date: _3-19-19_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.***

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

<table>
<tr><td colspan="2" align="center">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd:_____</td></tr>
<tr><td colspan="2">Date CGO Rec'd:_____</td></tr>
<tr><td colspan="2">(check one) ____ Screened _____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>2nd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened _____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened _____Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-128 Back (Revised 11-2010)                                    Appendix G

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

**OFFICE USE ONLY**

Grievance #: _2014038346_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand   TDCJ #: 1343536

Unit: Michael   Housing Assignment: 12E-72cell

Unit where incident occurred: Michael
~Health Hazard~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Every Prison Official/Staff in sight   When? From 10-11-2018 to 11-13-2018

What was their response? Negative... Thats what these fans are for / "I know" Can't do anything.

What action was taken? Torture with very bad air quality on a regular basis...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On the top of everyday mold in the walls and dust, on the following dates and times the air quality was extremely bad due to fires, smoke bombs homade, fumes, chemical agents, etc.: All 2018 → 10-18 "all day smoke & fire", 10-14 "7pm Fire", 10-16 "1:49pm Fire", 10-17 "5:04am Fire", 10-17 "11:31am Gasoline Fumes", 10-22 "1:45pm Fire", 10-22 "8:35pm Fire", 10-26 "2:24pm Fire" & "3:47pm Chemical agents", 10-27 "12:35am Fire", 10-27 "6:40pm Fire", 10-28 "5:34pm Fire", 10-29 "8:40pm Fire", 10:31 "4:20pm Terrible Fire & smoke allnight", 11-1 "10:53am Fire" & "10:33pm Fire", 11-3 "8pm Fire & all night smoke", 11-4 "4:05pm Fire", 11-6 "3pm Fire", 11-8 "12:54pm Fire", 11-9 "8:18am Fire", 11-10 "All Night Smoke & chemical agents", 11-12 "1:41pm Fire", 11-12 "2:33pm Fire", and 11-13 "1:27pm Fire" ~ all on 12 Building E-Pod that I was fully aware of...

Aside from the mold in the walls & dust in the vents this problem is because theres no large exhaust vents built into the ceilings of each section of every Pod here on 12 Building of Michael Unit to pull bad air out of the building in case of fires & smoke, chemical agents being used, feces or dead animal smells real bad or even gasoline fumes or carcinogens like there is supposed to according to Fedral & State Law... Building Inspectors have been passing the inspection of this building with very deliberate indifference to a very obvious & serious Health Hazard illegally for a long time now and therefore have directly participated in a conspiracy to violate the rights of all incarcerated persons including myself here on 12 Building of Michael Unit along with Wardens, Grievance Investigators, et al. and by doing so they have implemented torture on all of us incarcerated persons by allowing

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

this Health Hazard to continue unabated...

All involved Prison Officials & Staff and building Inspectors are causing severe physical, mental, and emotional pain & suffering to me and all other incarcerated persons here on 12 Building on Michael Unit both now and over the many years this major violation has been committed by all involved authorities & individuals acting under color of State Law here on Michael Unit. All of which has been done deliberately with evil intentions & evil motives... This agitates my mental illness to the extreme and causes me endless major headaches and sinus problems that no medication can fix...

**Action Requested to resolve your Complaint.** Very Good Air Quality for me!... A Full Investigation with O.I.G. & the Health Services Division... Shut down 12 building until it is in full compliance with Federal Law & State Law. Review security video footage & save data for litigation to my file. Install exhaust vents on 12 Building.

**Offender Signature:** _Jason Westend_     **Date:** 11-13-2018

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☑ 9. Redundant, Refer to grievance # 2018145205.5
- ☑ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _B. Rodriguez / B. Rodriguez_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

_(Carbon Copied)_

**OFFICE USE ONLY**

Initial Submission    UGI Initials: BR
Grievance #: 2019038346
Screening Criteria Used: 599 #1
Date Recd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018

2nd Submission    UGI Initials: W
Grievance #: 2019038346
Screening Criteria Used: #9 & 10
Date Recd from Offender: NOV 27 2018
Date Returned to Offender:

3rd Submission    UGI Initials: BR
Grievance #: 2019038346
Screening Criteria Used: #9 & 10
Date Recd from Offender: DEC 05 2018
Date Returned to Offender: DEC 05 2018

Appendix F

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: _12 E-72 cell_

Unit where incident occurred: _Michael_
~ _Health Hazard_ ~

**OFFICE USE ONLY**

Grievance #: _2019038371_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _A whole bunch of prison Staff..._   When? _on a regular basis..._

What was their response? _Its always like that / I know / Can't do anything about it_

What action was taken? _Infestation of mice, cockroaches, and spiders..._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_There's an Ongoing Health Hazard of an Infestation of mice, cockroaches, and spiders here on 12 Building E-Pod. I recently woke up, grabbed my white commissary cup and went to remove my spoon out of the cup so I could go get some water out the sink but as I removed the spoon I noticed some little black pellets on the spoon and in the cup --- after further inspection I realized that it was mouse feces! I was disgusted and went on a rampage cleaning my cup & spoon! And at the same time I can look around my cell and see cockroaches on the walls, ceiling, floor, door, steel, and in my property at any given time. Then there's spiders in every crook & cranny. I have to keep an eye out for any brown recluses or black widows... Between those 3 creatures, this enviroment is unsanitary, nasty and very cruel & unusual punishment that makes me angry and paranoid of sickness & poisoness bites... I'm very agitated about this problem on top of all the other awful conditions here on 12 Building on Michael Unit... Prison Officials & Staff keep lying non-stop about this situation that has been ongoing since I got here April of 2017 on Michael Unit..._

_NOV 19 2018_
_NOV 27 2018_

_This problem needs to be fixed real bad!_

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

Whoever the Building Inspectors are who keep passing the inspection of 12 Building are violating the Human & Federal Rights of every incarcerated person including myself and they are breaking Federal & State Laws also...

(Carbon Copied)

NOV 19 2018
NOV 27 2018
NOV 27 2018
DEC 05 2018
DEC 05 2018

**Action Requested to resolve your Complaint:** Shut 12 Building down until it is in Full compliance with Federal & State Laws. Stop this infestation of mice, cockroaches, and spiders. Make Building Inspectors do what is right.

**Offender Signature:** _Jimon Hoskins_   **Date:** 11-16-2018

NOV 19 2018
NOV 27 2018
DEC 05 2018

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _B. Rodriguez/ B. Rodriguez_   M. Vitha  M. ____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | | |
|---|---|---|
| Initial Submission | UGI Initials: | BR |
| Grievance #: | 2019038371 | |
| Screening Criteria Used: | 599 #2 | |
| Date Recd from Offender: | NOV 19 2018 | |
| Date Returned to Offender: | NOV 19 2018 | |
| **2nd Submission** | UGI Initials: | TW |
| Grievance #: | 2019038371 | |
| Screening Criteria Used: | #2 599 | |
| Date Recd from Offender: | NOV 27 2018 | |
| Date Returned to Offender: | NOV 27 2018 | |
| **3rd Submission** | UGI Initials: | BR |
| Grievance #: | 2019038371 | |
| Screening Criteria Used: | #2 599 | |
| Date Recd from Offender: | DEC 05 2018 | |
| Date Returned to Offender: | | |

**Appendix F**

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019041793 |
| Date Received: | NOV 27 2018 |
| Date Due: | 1-6-19 |
| Grievance Code: | 500 |
| Investigator ID #: | F1983 |
| Extension Date: | 2-15-19 |
| Date Retd to Offender: | JAN-01 2019 |

Offender Name: Jamon Hestand

Unit: Michael           Housing Assignment: 12E-72 cell

Unit where incident occurred: Michael
~ Health Hazards ~

TDCJ # 1343536

RO-010919

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? On Duty Officers...          When? From 10-6-2018 up til now

What was their response? Negative / Dan't Know / What else to do / Ain't got no choice / etc.

What action was taken? Unsanitary Food & Drinks due to cross contamination...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

Everyday at every meal regardless if they have on clean gloves or not, they touch dirty, filthy nasty crossover doors, tray slot bars, crash gates, and cell doors & slots all around the Building & pods that have been also touched by many others and not cleaned and also touched after touching trashcans, escorting inmates to & from showers/dayrooms/lay-ins/etc. and then after all this cross contamination, they touch our food trays & drink jugs/pitchers and spread all types of dirt, germs, feces, urine, bodily fluids, etc. by hand through cross contamination...

This enviroment is completely unsanitary and theres mentally inmates who are extremely nasty and plenty others who throw bodily fluids that are rotten. There is bodily fluids on a bunch of inmates & their cell slots that never get cleaned! Theres a whole bunch of inmates who never clean their bodies and won't without force or coercion or some persuasive gift or reward and it never happens but once in a blue moon...

On top of all that, on a regular basis, I witness Prison Staff picking their noses, scratching their private parts & buttocks, picking stuff off the dirty floor, wiping sweat off their faces, sneezing into hands or right over food & drinks, coughing all over the place, etc. while serving food & drinks... Then between meals the juice Buckets & pitchers and tray carriers just sit around on the dirty ground or on a cart for mice & cockroaches to eat the scraps or crumbs own thats insanely nasty on top of all the rest of this madness in Solitary Confinement... All of this unsanitary food & drinks and cross contamination is pure torture

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

Appendix F

and very cruel & unusual punishment and makes me feel sick inside and causes me enormous mental, emotional pain and suffering which all agitates my mental illness. These prison officials & staff don't care at all about the Human Rights of incarcerated persons here on Michael Unit and they sure as hell don't care about the mentally ill incarcerated persons here at all!

★ At least one or 2 staff while feeding food & drinks should only touch food & drinks and nothing else while another staff member touches everything else like bars, slots, doors, gates, etc. ~ All this stuff I wrote about is on security cameras at all meals every single day.

Action Requested to resolve your Complaint. Sanitary Food & Drinks. Sanitary Procedures & Policies for feeding food & drinks in Solitary & enforced. Video data reviewed and saved... Save Video data for litigation.

Offender Signature: _Tyman Howard_   Date: 11-9-2018

**Grievance Response:**
The 12 building supervisor reports that the area is cleaned each day be an offender work crew.  Pest control treats all housing areas regularly in an effort to control the pest population.  No policy violation noted.

Warden Meador

Signature Authority: _____   Date: 1/7/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 respon State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

- [ ] 1.  Grievable time period has expired.
- [✓] 2.  Submission in excess of 1 every 7 days.  *  11-8-18
- [ ] 3.  Originals not submitted.  *
- [ ] 4.  Inappropriate/Excessive attachments.  *
- [ ] 5.  No documented attempt at informal resolution.  *
- [ ] 6.  No requested relief is stated.  *
- [ ] 7.  Malicious use of vulgar, indecent, or physically threatening language.  *
- [ ] 8.  The issue presented is not grievable.
- [ ] 9.  Redundant, Refer to grievance # _____
- [✓] 10.  Illegible/Incomprehensible.  *
- [ ] 11.  Inappropriate.  *

UGI Printed Name/Signature: _Mintha Mc_
_B. Rodmonen / Brooke_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission        UGI Initials: W
Grievance #: 2019035397
Screening Criteria Used: #2 599
Date Recd from Offender:  NOV 1 3 2018
Date Returned to Offender: NOV 1 3 2018

Grievance #: 2019035397
Screening Criteria Used: #2 599
Date Recd from Offender: NOV 1 9 2018
Date Returned to Offender: NOV 1 9 2018

3rd Submission        UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

*I2 E 82*

*APR 15 2019*

**Texas Department of Criminal Justice**

*(Carbon Copied)*

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019041793 |
| UGI Recd Date: | JAN 22 2019 |
| HQ Recd Date: | JAN 28 2019 |
| Date Due: | 03/03/2019 |
| Grievance Code: | 5200 |
| Investigator ID #: | 12448 |
| Extension Date: | 4-12 |

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-62 cell_

Unit where incident occurred: _Michael_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific). *I am dissatisfied with the response at Step 1 because...*

It failed to resolve Grievance #2019041793 or grant any of my requested actions nor did the response have any truth to it. Nothing in the area of food & drinks is cleaned each day nor does pest control treat all housing areas regularly in an effort to control the pest population. The response by Warden Charles O. Meador is completely false and avoids all the major points of my serious complaint along with ignoring video evidence that I clearly requested to be reviewed & saved for litigation.

There's nothing sanitary about the current feeding procedures that are actually being used. Cross-contamination is a serious problem and so is the pest population with mice & cockroaches ... Anyways, Warden Charles O. Meador has deliberately violated my Protected Conduct of filing Grievances this time to try and cover up a serious Health Hazard that is ongoing at every single meal... This exacerbates my mental illness and makes me paranoid about my food & drinks. It's nasty how the food & drinks are handled every day and completely unsanitary!

I-128 Front (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

*Carbon Copied*

Offender Signature: *Jamon Westland*                    Date: 1-21-2019

Grievance Response:

An investigation has been conducted into your complaint.  You were appropriately advised at Step 1 please refer to that response.  Any further evidence you may have to support your allegations should be brought to the attention of the Major or Warden.  No further action warranted by this office.

Signature Authority: B Barnett                    Date: 4-5-19

**B. BARNETT**

Returned because:    *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 6. Inappropriate. *

CGO Staff Signature: _____

I-128 Back (Revised 9-1-2001)

RC-041579

<table>
<tr><td colspan="3">· OFFICE USE ONLY</td></tr>
<tr><td colspan="2"><u>Initial Submission</u></td><td>CGO Initials:_____</td></tr>
<tr><td colspan="3">Date UGI Recd:_____</td></tr>
<tr><td colspan="3">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ____ Screened</td><td colspan="2">____ Improperly Submitted</td></tr>
<tr><td colspan="3">Comments:_____</td></tr>
<tr><td colspan="3">Date Returned to Offender:_____</td></tr>
<tr><td colspan="2"><u>2nd Submission</u></td><td>CGO Initials: _____</td></tr>
<tr><td colspan="3">Date UGI Recd:_____</td></tr>
<tr><td colspan="3">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ____ Screened</td><td colspan="2">____ Improperly Submitted</td></tr>
<tr><td colspan="3">Comments:_____</td></tr>
<tr><td colspan="3">Date Returned to Offender:_____</td></tr>
<tr><td colspan="2"><u>3rd Submission</u></td><td>CGO Initials:_____</td></tr>
<tr><td colspan="3">Date UGI Recd:_____</td></tr>
<tr><td colspan="3">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ____ Screened</td><td colspan="2">____ Improperly Submitted</td></tr>
<tr><td colspan="3">Comments:_____</td></tr>
<tr><td colspan="3">Date Returned to Offender:</td></tr>
</table>

**Texas Department of Criminal Justice**

12E

# STEP 1

### OFFENDER GRIEVANCE FORM
*Carbon Copied*

12 D
33

12E62B

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019051349 |
| Date Received: | DEC 17 2018 |
| Date Due: | 1-26-19 |
| Grievance Code: | 522 |
| Investigator ID #: | I1083 |
| Extension Date: | 3-7-19 |
| Date Retd to Offender: | MAR 06 2019 |

RO-030719

Offender Name: Damon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-72 cell

Unit where incident occurred: Michael    12E62B

~Torture~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

From 11-05-2018

Who did you talk to (name, title)? Every Ranking Officer in sight   When? up til now 11-29-2018

What was their response? Will look into it/ Waiting on order/ It's fixed already/ etc. Hot water

What action was taken? No hot water on E-pod in Showers & in cells for almost a solid month.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I have told every Officer in sight and Ranking Officers such as Captain Cuba, Lt. Eldrick Bredow, Major Vernon Allen, Sgt. John Holmes, etc., since November 5th, 2018 that the hot water does not work on 12 Building E-pod in the Showers & cells at all and even spoke with Officer Rodney L. McAtee who does maintainance 10:20 issues and all of them have come up with a wide range of responses about taking care of this problem but nothing has been done at all to fix the problem. I was even told the problem is fixed when nothing has been fixed at all and a large group of people incarcerated back here on 12 building E-pod have been complaining but nothing is being done at all and it is cold weather and it directly affects hygeine issues and forces us to endure cold showers or cold bird baths in the cell which is very cruel and unusual punishment and very seriously aggitates my mental illness and does cause me severe mental, emotional, and physical pain & suffering. No incarcerated persons including myself should be subjected to cold showers and no hot water especially during cold weather and the problem is ongoing right now and has not been fixed yet... It is making me very angry and extremely frustrated to have to suffer like this on top of all my other complaints I'm working on ~ its miserable torture and needs to be fixed immediately.

NOV 30 2018

"Note Added on 12-11-2018"

Finally the water got partially fixed so that we incarcerated persons got warm water on 12-10-2018 after a solid 37 days of absolute misery and suffering and the Grievance Investigators consider this to be a Regular Grievance about some everyday small-time Regular complaint! They are Serious Human & Civil Rights

DEC 12 2018

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

*Violators who don't care about anyone else but their complainents.*

*Carbon Copied*

NOV 30 2018
DEC 12 2018

**Action Requested to resolve your Complaint.** *Stop violating my Due Process Rights! Fix the Hot Water Heaters on 12 Building E-Pod Immediately and stop torturing people who mentally ill deliberately.*

**Offender Signature:** *Jaman Walton*                                    **Date:** 11-29-2018

NOV 30 2018
DEC 12 2018

**Grievance Response:**

The maintenance department replaced the heat pump in 12 building E pod on 2/6/19.  This resolves the issue.

**Signature Authority:** _____   **Warden Meador**                **Date:** 3/5/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. * 11-27-18
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** M. Vikina M.Yuem

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: W
Grievance #: 2019043779
Screening Criteria Used: #2 599
Date Recd from Offender: NOV 30 2018
Date Returned to Offender: NOV 30 2018
2nd Submission        UGI Initials: W
Grievance #: 2019043779
Screening Criteria Used: #2 599
Date Recd from Offender: DEC 12 2018
Date Returned to Offender: DEC 12 2018
3rd Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

JUN 2 7 2019



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2019051349

UGI Recd Date: MAR 19 2019

HQ Recd Date: MAR 22 2019

Date Due: 04-28

Grievance Code: 572

I2589

Investigator ID #:

Extension Date: 06-07

RO-062219

Offender Name: _Jamon Hestand_   TDCJ # _1343536_

Unit: _Michael_   Housing Assignment: ~~12D-33cell~~

Unit where incident occurred: _Michael_   12.E.18

_Torture regarding Grievance # 2019251349_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

It does not resolve the fact that mentally ill incarcerated person were forced to bath in filthy Showers with freezing cold water for a solid 3 months of torture on 12 Building E-Pod!

I-128 Front (Revised 9-1-2001)   YOUR SIGNATURE I'   RED ON BACK OF THIS FORM   (OVER)

_(Carbon Copied)_

Offender Signature: _Timon Westmor_  Date: _3-18-2019_

Grievance Response:

An investigation has been conducted into your complaint.   You have not presented any
evidence or information that was not considered by the investigator at Step 1.  The available
evidence supports the conclusion of the Step 1 investigation and it appears that the Step 1
answer addressed your complaint.  There was no conclusive evidence of policy violations found.
No further action warranted.

Signature Authority: **B. BARNETT** _BBarnett_   Date: _6-1-19_

Returned because:   *Resubmit this form when corrections are made.*

- [ ] 1.  Grievable time period has expired.
- [ ] 2.  Illegible/Incomprehensible. *
- [ ] 3.  Originals not submitted. *
- [ ] 4.  Inappropriate/Excessive attachments. *
- [ ] 5.  Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6.  Inappropriate. *

CGO Staff Signature: _____

I-128 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

Initial Submission                CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

2nd Submission                CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

3rd Submission                CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened _____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____