# Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case#: 6:22-cv-00006-JCB-KNM", here-with this affidavit, present "Grievances' Against Mailroom or Mailroom Employees of TDCJ-CID", for the Court to consider and to support the "FACTS of my Complaint.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 3rd, 2022

Jamon Nathaniel Hestand
Jamon Nathaniel Hestand
TDCJ-CID #1393536 "