# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM
~Carbon Copied~

**Offender Name:** Jamon Hestand    **TDCJ #** 1343536

**Unit:** Michael    **Housing Assignment:** 12A-31

**Unit where incident occurred:** Michael

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2018139077 |
| Date Received: | MAY 25 2018 |
| Date Due: | 7-4-18 |
| Grievance Code: | 307 |
| Investigator ID #: | I/983 |
| Extension Date: | |
| Date Retd to Offender: | JUN 03 2018 |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name, title)?** Mailroom    **When?** 5-18-2018 / 5-23-2018

**What was their response?** no response

**What action was taken?** Legal Mail held on to for a week or more / Media mail opened without me.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

First of all, on 5-18-2018 I got a large letter in a writ envelope from my Law Firm in Houston, Texas. It was was mailed to me on the 7th of May! That's 11 days after it was mailed til I received it. So the mailroom held on to my Legal Mail for at least a week long for no good reason whatsoever.

On 5-23-2018 I received a letter I sent to the "Houston Chronicle" return to sender which is an obvious mistake of the Post Office which I plan to get at the Post Master to resolve --- but the mailroom here opened my Media Mail without me being present and also the Media Letter was returned on 5-16-2018 from the Post Office in Dallas, Texas so the mailroom again held on to my mail for at least 4 or 5 days for no good reason reading my Media Mail which is against the Federal Law...

Tampering with Legal or Media Mail is against Federal Law very clearly... I see this as part of the Campaign of Harassment against me due to me seeking legal avenues of relief for crimes against me by prison staff here on Michael Unit. The violations against my Federal Rights and Human Rights needs to stop...

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Action Requested to resolve your Complaint. *Violations of my Fedral Rights to stop.... No tampering with my Legal, Media, or Special Mail by mailroom employees on Michael Unit.*

Offender Signature: *Jaman Horton*                     Date: *5-24-2018*

Grievance Response:

The unit mail room supervisor reports that all incoming and outgoing mail is processed in as timely a manner as possible and forwarded or delivered to the offender in accordance with agency guidelines. Your claims of mishandled mail could not be substantiated. No policy violation noted.

Signature Authority: _____ **Warden Meador**     Date: 7/3/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission ____ UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

2nd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

3rd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

Appendix F

SEP 07 2018

*(Carbon Copied)*



124

**Texas Department of Criminal Justice**

# STEP 2

2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2018139077 |
| UGI Recd Date: | JUL 18 2018 |
| HQ Recd Date: | JUL 20 2018 |
| Date Due: | 08/27/2018 |
| Grievance Code: | 301 |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12A-3t cell_

Unit where incident occurred: _Michael_    _12833_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It totally neglected to resolve the complaint whatsoever and the response to the Step One Grievance # 2018139077 is completely false...

Whatever Policy or Personal Agenda by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, Warden Charles O. Meador, Mail Room Suprivisor Amy E. McCalister and any other mailroom staff that allows a Legal Letter from the T. J. Solomon Law Group, PLLC in Houston Texas that was sent to me "First Class Mail" on May 7th to be held deliberately in the Michael Unit mailroom for 8 or 9 days before I get it, and which allows a Media Mail Letter to the Houston Chronicle to be opened and read and held on to for at least 5 days, is most definitely against Fedral Law and I haven't even seen a State Law that will support that type of illegal behavior! Both of those letters pertain to criminal activities by Staff against me from 2-13-2018 til now that still have not been resolved!

My Human & Fedral Rights are being violated on purpose by C.I.D. Director Lorie Davis, Executive Director Bryan Collier, Warden Charles O. Meador, Mailroom Suprivisor Amy E. McCalister & mailroom staff, which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005, "by: Conspiring against my rights under color of law, Cruel & unusual punishment, denying or interfering with my access to courts, violated Protected Conduct rights of filing Grievances & seeking legal relief, tampering with my Legal & Media Mail deliberately, violating my equal protection of the law rights, obstructing justice, lying in official documents" which is perjury", making & allowing policies that violate Fedral Law and my Fedral Rights, violating my due process rights, harassing/retaliating/and terrorizing me for pursuing

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

legal relief and media attention, leaving me in a situation/enviroment where my rights can and will be violated by prison staff non stop because I am seeking legal relief & media attention, etc. etc. These staff are showing evil intentions & motives along with very deliberate indifference & gross negligence and is a huge campaign of harassment against me ...

**Offender Signature:** _Tamar Washington_   **Date:** _7-15-2018_

**Grievance Response:**

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*

Your complaint has been investigated. No evidence was found to substantiate your allegations that your mail is being held by the Michael Unit mailroom. The United States Postal Service postmark is not an indication of when the correspondence arrives on the unit and cannot be used to calculate the unit delivery time frame. No further action is warranted. \*\*\*

**Signature Authority:** _J. Smith_   **Date:** _08/13/2018_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3ʳᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)

(Carbon Copied)

**Appendix G**

Texas Department of Criminal Justice
Correctional Institutions Division

## Inter-Office Communications

To _OFFENDER_____   Date _8-7-18_____

From _UNIT MAILROOM_____   Subject _OPENED IN ERROR____

On _8-7-18_____, incoming correspondence for

offender _Hestand, Jamon_ TDCJ# _1343536_ was placed with

general correspondence and mistakenly opened.  This piece of correspondence

was from:

_Attorney Brian McGovern_ (returned)
_Prison Justice League_
_PO Box 49088_
_Austin, Tx   78765_

By copy of the IOC, the mailroom is notifying the offender that the above

referenced correspondence was opened out of his presence.

X _____        _____
    Mailroom Supervisor / Clerk              Offender Signature

        cc:  Offender

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

~Carbon Copied~

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12 E-33 cell

Unit where incident occurred: Michael

OFFICE USE ONLY

Grievance #: 2018184872

Date Received: AUG 22 2018

Date Due: 10-1-18

Grievance Code: 307

Investigator ID #: I1008

Extension Date: _____

Date Retd to Offender: SEP 2 8 2018

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mailroom Suprivisor Amy E. McCalister          When? 8-7-2018

What was their response? Opened Legal Mail in error outside my presence

What action was taken? Notified in person by mailroom suprivisor.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Not only did this mailroom open my letter to Attorney Brian McGiverin but after further studying I noticed a few other things that don't make any sense...

One problem I noticed is how I mailed the letter out on 7-5-2018 and it didn't make it to the Post Office in Dallas Texas til 7-9-2018 and then it took all the way til 7-24-2018 to get to Austin Texas and be figured out that the address is no good and then it gets sent back from Austin Texas on 8-1-2018 but I don't get it back til 8-7-2018 and supposedly gets opened in error like it was an accident?!

Since when does it take mail 4 days to get from Anderson County to Dallas County?!! Also, since when does it take 6 days for a letter to get from Austin Texas to Anderson County to the Michael Unit?!! All that was done deliberately with evil intentions & evil motives in a conspiracy against my rights.

Tampering with Attorney Brian McGiverins & my Legal Mail by mailroom staff here on Michael Unit directly violates our Human & Federal Rights specifically by: Conspiring against our rights & depriving us of our rights under color of law, obstructing justice, violating our due process rights, attempting to deny us access to courts, Cruel and Unusual Punishment, deliberately & illegally opening our Legal Mail in order to read & examine it for information they were not entitled to whatsoever, retaliating & harassing against me for seeking Legal Relief, Violating our equal protection of the →

I-127 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

low rights, putting me in a situation where I have to be aware about what's happening with my Legal Mail and therefore also putting me in danger of or risk personally of injury or other serious or irreparable harm due to the fact that my Legal Mail going to Attorney Brian McGiverin was opened & read illegally outside my presence and delaying tactics used going and coming back on purpose, etc.

The only reason this could've been done is that these individuals who Mailroom Suprivisor Amy E. McCalister is over or herself, is that they are in a conspiracy against my rights under color of law and so doing, have also violated Attorney McGiverin.

**Action Requested to resolve your Complaint.** Full investigation into these crimes against me & Attorney McGiverin. No interference with my Legal Mail whatsoever illegally. Evidence saved for any Conspiracy against me stopped. litigation.

**Offender Signature:** _Jamon Hastine_  **Date:** 2-20-2018

**Grievance Response:**

The Mail Room handles all legal mail, incoming and outgoing, within policies and procedures. The mail room reports that you did have a legal being returned to you as a "return to sender" and was mistakenly opened outside his presence. Proper paperwork was filed out and you was notified of the error. Verified legal/special/media mail are logged in respective incoming/outgoing logs and delivered either to the offender of the US Postal system within 2 business days.

**Signature Authority:** _Odonop0_   Warden Kempt   **Date:** 9/28/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible: *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

(Carbon Copied)



*(Carbon Copied)* 10/17

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: 2 *Jamon Hestand*    TDCJ # *1343536*

Unit: *Michael*    Housing Assignment: *12E-33 cell*

Unit where incident occurred: *Michael* 12E02

*(Grievance # 2018184872)*

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2018184872</td></tr>
<tr><td>UGI Recd Date:</td><td>OCT 1 1 2018</td></tr>
<tr><td>HQ Recd Date:</td><td>OCT 15 2018</td></tr>
<tr><td>Date Due:</td><td>11 20 18</td></tr>
<tr><td>Grievance Code:</td><td>301</td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

This not the first time this problem has happened where this same mailroom has tampered with my legal or media mail here on Michael Unit, in fact, it has happened several times now with delaying tactics and opening Legal Mail outside my presence & Media Mail too, especially since Febuary 13th, 2018 up til now...

Not only was my Legal Mail with Attorney Brian McGiverin opened wrongly but it was also deliberately delayed going and coming back... The topic of delaying was avoided by Warden Pennie R. Kempt and also the Office of Inspector General was avoided once again regardless of Federal & State Law and AD-03.82.

Notifying me of the violation doesn't make it alright nor does it fix the problem at all especially since they have done it several times now and the other times they didn't notify me about anything at all? ~This wasn't a mistake at all? ~Attorney Brian McGiverin is "Known" for challenging violations that are perpetrated by T.D.C.J. Officials & Staff against incarcerated persons.

And for Pennie R. Kempt to claim that "the mailroom handles all legal mail, incoming and outgoing, within policies and procedures" is outrageous after the several times now that they have violated my access to courts rights deliberately. Warden Pennie R. Kempt is now violating my Rights also by obstructing Justice et al. in a conspiracy against my Rights while acting under color of state law...

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

_Carbon Coped_

Offender Signature: _Jaman Husband_                    Date: 10-10-2018

Grievance Response:

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

Your complaint has been investigated. The Texas Department of Criminal Justice has no control over how long it takes the United States Postal Service to route your mail. Once mail is received by TDCJ it is processed within 2 business days. The legal letter that was opened in error by the Michael unit mailroom staff was processed in accordance with established procedures. You were notified in writing of the error and staff were counseled to use caution when opening mail to ensure that legal mail isn't opened outside offenders' presence. No further action is warranted. \*\*\*

Signature Authority: _J. Smith_                    Date: 11/19/2018

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

2ⁿᵈ Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3ʳᵈ Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    Appendix G

RO~121218

Written On: 8-23-2018 each

Side Note: For 8-22-2018

Mailroom Supervisor Amy McCalister come to my door with a letter from the F.B.I ~ I took the time to ask her why they open y'alls letter and put it in "General mail" ~ She said they were told y'all could open Legal Mail If it was a Postcard and outside my presence ~ I told her that violated Attorney - Client Privilege ~ She said "Oh well that's what we were told to do, you can file a complaint" and I said "I will..." ~ I know the Law pretty good and I know these people are absolutely full of Shit, As soon as I get the Grievances its about this issue that I already filed complaints on then... That way y'all can check the hell outta these trashbags in here if y'all want to."

I will shoot you all my copies when I write the Grievance its 23-2018. I hope we can somehow have better communication... Think Tonika is the best bet on this Shit... It would be interesting if y'all would join forces with a Human Rights Organization but I even y'all know what y'all got going on ~ I sure do want to know ~ Damn, I need my money out of Wells Fargo real bad... It's killing me being broke when I'm not broke at all... Please set up a phone call or visit ~ I'm dying to meet y'all and Tonika espe- cially one day soon... I'll be Loyal to her and y'all

With Love from The Dungeon
Yours Truly, Jamon N. Hastings

Once I finish the Story Bio I'm writing of current events I will send y'all a copy to checkout ~ the Law Library is supposed to bring a writ envelope so I can mail all this Shit to y'all today ~

**(B)  What was the decision and the date ot the decision?** _____

**(C)  Please identify the reason that the current claims were not presented and could not have been presented on your previous application.**

_____

_____

_____

_____

**(15)  Do you currently have any petition or appeal pending in any other state or federal court?**

☐ yes               ☐ no

If you answered yes, please provide the name of the court and the case number:

_____

**(16)  If you are presenting a claim for time credit, have you exhausted your administrative remedies by presenting your claim to the time credit resolution system of the Texas Department of Criminal Justice? (This requirement applies to any final felony conviction, including state jail felonies)**

☐ yes               ☐ no

If you answered yes, answer the following questions:

**(A)  What date did you present the claim?** _____

**(B)  Did you recieve a decision and, if yes, what was the date of the decision?**

_____

If you answered no, please explain why you have not submitted your claim:

P.S.~ The letter from the F.B.I. Civil Rights Unit
Jeffrey B. Veltri "Chief" told me he forwarded my correspondence
regarding the assault & battery 2-13-2018 to a field office in Dallas
at "One Justice Way, J. Gordan Shanklin Bldg, Dallas, TX 75220

So lets see what they do huh!?! I'm on a real live mission ~ one mission. I'm serious about all the stuff. Once I write them back I'll let you check the letter out...

Rev. 01/14/14

# Texas Department of Criminal Justice

## STEP 1  OFFENDER GRIEVANCE FORM

*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: 2018185506 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jaman Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officers Nzeribe & Omen / Sgt. Columbus   When? 8-21,22-2018

What was their response? Witnessed Legal Mail delivered as General Mail illegally / File IOC to mailroom

What action was taken? Spoke with Sgt. Columbus ~ yet to see any results

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

At 8:14pm or so on 8-21-2018 Officer Nzeribe delivered a letter to me from the Law Firm "T.J. Solomon Law Group, PLLC" from Houston Texas in the General Mail. It had "General" written on it, it was open, holes punched in the stamp, and had obviously been read --- all of this was done deliberately and is not the first time my Attorney-Client Privilege has been violated here on Michael Unit.

AUG 23 2018

The "T.J. Solomon Law Group, PLLC" which is ran by Tanika J. Solomon "Attorney at Law" and my Federal Rights are being violated by mailroom staff here on the Michael Unit very deliberately as a part of a very real conspiracy against my rights while these mailroom employees are acting under color of state Law which also very greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against our rights, attempting to Obstruct Justice, Deprivation of Right under color of law, Perjury by putting "General" on a Legal Letter falsely, violating our Due Process Rights, violating my right of access to the courts, cruel & unusual punishment, violating my equal protection of the Law rights due to my mental illness, harassing us & retaliating me for seeking Legal Relief, tampering with Legal Mail illegally, etc.

AUG 23 2018

I spoke to Officer Nzeribe at 8:14pm when he was passing out mail and I immediately showed Officer Nzeribe the letter and confronted this crime against me. I also spoke with Officer Omen at 12:05am & 1:07am on 8-22-2018 and showed him the letter and requested a Ranking Officer. At 3:13am on 8-22-2018 Sgt. Columbus came & spoke with me ~ I showed him the letter & explained this crime against me →

AUG 27 2018

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

SEP 10 2018   Appendix F

and the T.J. Solomon Law Group, PLLC (and he said he would write an I.O.C. to the mailroom about what they did. He left at 3:34 am or so.

AUG 23 2018    AUG 2 7 2018

This crime was perpetrated by mailroom employees acting in a conspiracy against my rights and under color of state law with evil intentions and evil motives... This mailroom has tampered with Legal/Media mail illegally 4 times now! It needs to stop immediately! Crimes against me need to be fully punished and exposed to the Public.  AUG 23 2018    AUG 2 7 2018

**Action Requested to resolve your Complaint.** A full investigation including video data on security cameras and findings to be saved for litigation evidence. Mailroom staff to stop violating my rights. I want my victims' rights for these crimes against me. Conspiracy against me to stop...

**Offender Signature:** _Jamon Hostand_    **Date:** 8-22-2018  AUG 2 2 2018

AUG 2 7 2018

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

M. Price
Investigator III

**UGI Printed Name/Signature:** _T. Rainey_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _TP_
Grievance #: _2018185506_
Screening Criteria Used: _399 #9_
Date Recd from Offender: AUG 23 2018
Date Returned to Offender: AUG 23 2018

2nd Submission    UGI Initials: _____
Grievance #: _2018185506_
Screening Criteria Used: _399_
Date Recd from Offender: AUG 2 7 2018
Date Returned to Offender: AUG 2 7 2018

3rd Submission    UGI Initials: _MN_
Grievance #: _2018185506_
Screening Criteria Used: _399 #2_
Date Recd from Offender: AUG 2 9 2018
Date Returned to Offender: AUG 2 9 2018

(Carbon Copied)

Appendix F

**Texas Department of Criminal Justice**

## STEP 1

**OFFENDER GRIEVANCE FORM**

(Carbon Copied)

OFFICE USE ONLY

Grievance #: _2018186383_

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: _Jamon Hestand_ TDCJ # _1343536_

Unit: _Michael_ Housing Assignment: _12E-33_

Unit where incident occurred: _Michael_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Mailroom Supervisor Amy E. McCalister_ When? _8-22-2018_

What was their response? _We were told we could open Legal Mail if its a Postcard._

What action was taken? _Legal Mail got illegally opened, read, and delivered with General Mail._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

    On 8-22-2018 at 9:54am, Mailroom Supervisor Amy E. McCalister came to my cell at 12E-33 cell with a letter from the F.B.I. --- I asked her why is it that I received a letter from the "T.J. Solomon Law Group, PLLC" in General Mail on 8-21-2018 at about 8:14pm that had been opened outside my presence illegally and inspected... She said they were told they could open Legal Mail if it was a postcard. I told her that violates Attorney-Client privilege. She said I could file a complaint. I said I will.

    "All Legal Mail from this "T.J. Solomon Law Group, PLLC" or going to this "T.J. Solomon Law Group, PLLC" is protected by my constitutional right of access to the courts and by the "Attorney-Client Privilege"... Attorney-Client Privilege means that the the things I write or say to the "T.J. Solomon Law Group, PLLC," or that they write or say to me, are secret. Prison Officials & Staff cannot read my Legal Mail. But they can open it in my presence to inspect it for contraband.

    What was done with the letter from "T.J. Solomon Law Group, PLLC" is plainly illegal and it was done deliberately in a conspiracy against my rights by mailroom employees acting under color of State law which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd 2005 by depriving me of my rights under color of law, perjury, attempting to obstruct justice, violating my Attorney-Client Privilege, violating my access to courts rights, violating my equal protection of the law rights due to my mental illness, cruel & unusual punishment, retaliating against me for seeking legal relief,

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

AUG 2 7 2018

SEP 1 0 2018

Appendix F

Conspiring against my rights along with many others here on Michael Unit, etc. with evil intentions & evil motives against me.

These crimes need to stop immediately! They must be fully investigated and evidence saved for litigation purposes! My Attorney-Client Privilege to be respected or honored should be without illegal interference.

---

Action Requested to resolve your Complaint. A full investigation and all data saved for litigation evidence. Transfer me away from Anderson County to avoid retaliation & harassment. Crimes to be stopped...
*Legal mail to not be illegally tampered with...
Conspiracy against me to stop!

Offender Signature: _Jamar Whitlow_  Date: 8-22-2018

Grievance Response:

AUG 2 7 2018
AUG 2 4 2018
AUG 2 9 2018

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: _____ *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. * M. Price
- [ ] 11. Inappropriate. * Investigator III

UGI Printed Name/Signature: _NABORS, Miller_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY

Initial Submission    UGI Initials: _MN_
Grievance #: _2018186383_
Screening Criteria Used: _399#2_
Date Recd from Offender: _AUG 2 4 2018_
Date Returned to Offender: _AUG 2 4 2018_

2nd Submission    UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: _AUG 2 7 2018_
Date Returned to Offender: _AUG 2 7 2018_

3rd Submission    UGI Initials: _MN_
Grievance #: _2018186383_
Screening Criteria Used: _399 #2_
Date Recd from Offender: _AUG 2 9 2018_
Date Returned to Offender: _AUG 2 9 2018_

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Damon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12E-33cell

Unit where incident occurred: Michael

~Emergency~

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Grievance #:</td><td>2018186383</td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).     *I am dissatisfied with the response at Step 1 because...*

It neglected to resolve the complaint due to the fact that Grievance Investigators Margaret M. Price "the Suprivisor" and Monte P. Nabors conspired together et al against my rights in order to cover up crimes against me that are ongoing ever since Febuary 13th 2018. These people are violating Fedral & State Law and even T.D.C.J. Board Policies & Administrative Directives such as AD-03.82. Grievance #2018186383 is an Emergency Grievance and is supposed to be co-ordinated with the Office of Inspector General as demanded by law & policies & directives! This is not an isolated event! Grievances Investigators have been violating my "Protected Conduct" of filing Grievances non-stop since Febuary 13th 2018 real badly et al up til now in a conspiracy against my rights et al from many departments such as medical, the mailroom, and Wardens too...

My Human & Civil Rights are being violated by Margaret M. Price, Monte P. Nabors et al while acting "Under Color of State Law" which also very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al to cover up crimes & violations being perpetrated against me by other prison officials & staff, Depriving me of my rights under color of law, interfering with my Fedrally Protected Activities, Obstructing Justice, Perjury/Falsification of Records To Cover Up Crimes against me, violating my due process rights such as my Protected Conduct of filing Grievances, Cruel & unusual punishment by terrorizing me and causing me severe mental pain & suffering by committing crimes & violations against me to cover up other crimes against

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

SEP 10 2018

me continuously, interfering with my access to courts rights, not processing Grievance #2018186383 according to Fedral & State Law & AD-03.82, refusing to coordinate Grievance #2018186383 with the Office of Inspector General as is demanded by Law, violating me & victimizing me and making my mental illness worse and so also violating my equal protection of the law rights, etc. ---All done deliberately with evil intentions.

**Offender Signature:** _Timon Heston_  **Date:** 4-3-2018

**Grievance Response:**

**Signature Authority:**_____  **Date:**_____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened | ____Improperly Submitted |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened | ____Improperly Submitted |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened | ____Improperly Submitted |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)

( Carbon Copied )

**Appendix G**

**Texas Department of Criminal Justice**

THE STATE OF TEXAS

# STEP 1

### OFFENDER GRIEVANCE FORM

(Carbon Copied)

Offender Name: __Jamon Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12E-33cell__

Unit where incident occurred: __Michael__

| OFFICE USE ONLY |
| --- |
| Grievance #: __2018187454__ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Grievance Office__   When? __8-22, 24-2018__

What was their response? __Submission in excess of 1 every 7 days__

What action was taken? __Grievance #2018186383 deliberately processed & screened wrong.__

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Although a recent addition to the Grievance Office here on Michael Unit I see that Grievance Investigator Monte P. Nabors is glad to jump right on in the conspiracy against my rights here on Michael Unit. He very deliberately violated my Protected Conduct of filing Grievances and improperly screened an Emergency Grievance knowing very well that any Grievances alleging any harassment or retaliation for exercising courts rights or any criminal acts by staff shall be coordinated with the Office of Inspector General and processed as an Emergency Grievance according to Federal & State Law which is very clearly explained in "Administrative Directive - 03.82 (rev 8) Section V regarding Emergency Grievances. But it is clear that Monte P. Nabors doesn't care about the Law or A.D. policies... AUG 2 7 2018

AUG 2 7 2018                                   SEP 0 6 2018

I already have other complaints where Monte P. Nabors has violated my rights et al. while acting under color of State law in a very real conspiracy against my rights. Monte P. Nabors et al. in the Grievance Office are retaliating against me and harassing me for pursuing legal relief especially since the crimes against me that were perpetrated by prison officials & staff on Feburary 13th, 2018. My Human & Fedral Rights are being violated by Monte P. Nabors which also greatly increases my punishment above & beyond what the State Court sentenced me to on December 2nd, 2005 specifically by conspiring with others against my rights illegally, violating my "Protected Conduct" of filing Grievances, deliberately not processing Grievance #2018186383 properly, ignoring Fedral & State Law to cover-up crimes, cruel & unusual punishment, retaliating against me & harassing me for seeking legal relief, interfering illegally with my access to courts rights, violating my due process of law rights, perjury on an Official document, obstructing justice, ignoring A.D.-03.82 deliberately, refusing to coordinate Grievance #2018186383 with the O.I.G. as demanded and

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM SEP 0 6 2018   (OVER)

AUG 2 7 2018

OCT 1 2 2018          SEP 2 5 2018          Appendix F

my equal protection of the law rights... SEP 06 2018

Monte R. Nabors et al. are violating my rights both Human & Fedral Rights very deliberately with evil intentions & evil motives and this is not an isolated event. He completely disregards the Supreme Law of the Land and my Human & Civil Rights. SEP 06 2018
AUG 27 2018

I want all my Victims Rights for every crime against me from 2-13-2018 up to right now and I will not stop until I get exactly that and full relief in the Fedral Courts! AUG 27 2018  SEP 06 2018

Action Requested to resolve your Complaint: Stop retaliating against me for using my access to courts rights!
A full investigation into Crimes & Grievance #2018186383 with the O.I.G., Protect me from Monte R. Nabors.
Process Grievance #2018186383 correctly, Stop conspiracy against me, Transfer me away from Anderson County. AUG 27 2018

Offender Signature: _Jamon Kootomb_         Date: 8-27-2018  SEP 06 2018

**Grievance Response:**

Signature Authority: _____                    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. * -

M. Price
Investigator III

UGI Printed Name/Signature: _T. Rainey T. Rainey_   M. Nabors) M. Nabors
Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission          UGI Initials: _____
Grievance #: 2018187451
Screening Criteria Used: _____
Date Rec'd from Offender: AUG 27 2018
Date Returned to Offender: AUG 27 2018
2nd Submission              UGI Initials: MN
Grievance #: 2018187454
Screening Criteria Used: 999#2
Date Rec'd from Offender: AUG 29 2018
Date Returned to Offender: AUG 29 2018
3rd Submission              UGI Initials: TR
Grievance #: 2018187454
Screening Criteria Used: 999#2
Date Rec'd from Offender: SEP 06 2018
Date Returned to Offender: SEP 06 2018

Appendix F

(Carbon Copied)

## Texas Department of Criminal Justice

### STEP 2

#### OFFENDER
#### GRIEVANCE FORM

Offender Name: __Tamon Hestand__

Unit: __Michael__

Unit where incident occurred: __~Emergency~__

TDCJ # __134353b__

Housing Assignment: __12E-33cell__

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because...*

It failed to resolve the issue of Grievance #2018185383 which was not processed correctly according to Federal & State Law and BP-03.77 & AD-03.82 and it also was not processed correctly itself. Grievance #2018174543 also an Emergency Grievance that was supposed to be coordinated with the Office of Inspector General and so was Grievance #2018185383 but here these Grievance Investigators Margaret M. Price, Monte P. Nabors "who investigated this Grievance about himself illegally" and Tammy L. Raine deliberately refuse to honor Federal & State Law and completely ignore Board Policy 03.77 & Admini-strative Directive 03.82 in order to obstruct Justice. Monte P. Nabors surely had no business being personally involved in a Grievance about himself.

My Human & Federal Rights are being violated by Grievance Investigators Margaret M. Price, Monte P. Nabors, and Tammy L. Raine, et al while acting under color of State law which very greatly increases my punishment above & beyond wh- at the State Court sentenced me to on December 2nd 2005 specifically by conspiring against my rights et al, depriving me of my rights under color of law into being with my Federal & protected Activities obstructing Justice to cover-up crimes, positing official documents, ignoring Federal & State Laws, ignoring BP-03.77 & AD-03.82 to deliberately violate my access to courts rights and avoid the O.I.G., violating my Pr- otected Conduct at filing Grievances deliberately retaliating against me & harassing me for using the Grievance System, Cruel & Unusual Punishment by torturing me and causing me severe mental & emotional pain & suffering and leaving me in a situation

OCT 1 2 2018

SEP 25 2018

R2018187454

2018185383

(Carbon Copied)

Where I'm at very substantial risk of personal injury or some other serious or irreparable harm and that also violates my equal protection of the law rights, etc. all of which is being done with evil intentions & evil motives against me by the foregoing individuals et al. very deliberately in a real conspiracy against my rights...

Offender Signature: _Jamon Heaston_      Date: _9-19-2018_

Grievance Response:

Signature Authority: _____      Date: _____

Returned because:  *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    Received Back On 10-29-2018      Appendix G

**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: 2019026289

Date Received: 2 5 OCT 2018

Date Due: 12-4-18

Grievance Code: 307

Investigator ID #: ~~516000~~ 1982

Extension Date: 1-13-19

Date Retd to Offender: DEC 06 2018

PO-120618

Offender Name: Jamon Hestand                TDCJ # 1343536

Unit: Estelle            Housing Assignment: A1-101

Unit where incident occurred: Michael

Obstructing Legal Mail / Access To Courts Rights/etc.

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mailroom Employee          When? 10-23-2018

What was their response? Delivered me a letter from T.J. Solomon Law Group, PLLC.

What action was taken? Delivery of this Legal Mail deliberately delayed about 7 or 8 days.

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

The "T.J. Solomon Law Group, PLLC" sent me a letter via First Class Mail on October 11th, 2018 and it was not delivered to me until October 23rd, 2018 by a mailroom employee. This is not an isolated event, in fact, the mailroom on Michael Unit continues to violate my Attorney-Client privilege, interfering with my access to courts rights deliberately which also violates my due process of law rights and drastically slows down communication between me and the "T.J. Solomon Law Group, PLLC" and that is interfering with Legal Work...

This mailroom on Michael Unit has violated my Federal & State Rights several times now on purpose regarding Legal & Media Mail. It sure does not take a Legal letter 12 days to get from Houston Texas to Tennessee Colony Texas via First Class Mail... First Class Mail moves fast! First Class Mail within Texas should only take 2 or 3 days to get to its destination, so, there's no excuse for this Legal Letter to take 12 days to be delivered to me from Houston Texas to Tennessee Colony Texas. It was delayed deliberately by Michael Unit mailroom employees to interfere with my attempts to exercise my access to courts rights with the fore-mentioned Law Group...

My Human & Federal Rights have been continuously violated at Michael Unit since prison officials & staff stole half my property & assaulted and battered me during an excessive use of force on February 13th 2018 on Michael Unit all the way up til now...

I-127 Front (Revised 11-2010)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        (OVER)

Appendix F

( Carbon Copied )

These mailroom employees are conspiring with others on Michael Unit against my rights while acting under color of state law.

**Action Requested to resolve your Complaint.**

Stop conspiracy against my rights. Stop violating my access to courts rights. Full investigation with the O.I.G. Protection from Michael Unit mailroom staff. Victims rights given.

Offender Signature: _Jamen Hastend_ Date: 10-24-2018

**Grievance Response:**

All offender mail, to include legal correspondence, received in the unit mail room is processed in accordance with agency guidelines. Delays in an item traveling through the United States Postal Service are beyond the control of the agency and/or staff. No policy violation noted.

Signature Authority: _Meador_ **Warden Meador** Date: 12/5/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

FEB 2 0 2019



V8 (Carbon Copied)

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

Offender Name: _Jamon Hestand_    TDCJ # _1343536_

Unit: _Michael_    Housing Assignment: _12E-62 cell_

Unit where incident occurred: _Michael_

_Obstructing Legal Mail / Access To Courts Rights / Due Process/etc_

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | _2014026289_ |
| UGI Recd Date: | DEC 2 1 2018 |
| HQ Recd Date: | JAN 0 3 2019 |
| Date Due: | _1-30_ |
| Grievance Code: | _307_ |
| Investigator ID#: | |
| Extension Date: | |

_RO-22.2019_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

the Grievance #2014026289 was not resolved and my requested actions were ignored by Warden Charles O. Meador who also tried to put blame on the United States Postal Service for what the Prison mailroom employees are doing with others here on Michael Unit that they have been doing to me for quite some time now by deliberately Obstructing my mail/correspondence which in this case was done to interfere with my access to courts rights, and freedom of speech & association rights which also violated the rights of the "T.J. Soloman Law Group, PLLC"...

Warden Charlses O. Meador is agitating my mental illness by causing me extreme mental & emotional pain and suffering and he has now violated my Protected Conduct of filing Grievances by obstructing Justice & conspiring with others against my rights with evil intentions & evil motives...

---

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

*Carbon Copied.*

_____

_____

_____

_____

**Offender Signature:** _Jamon Westand_     **Date:** 12-21-2018

**Grievance Response:**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Your complaint has been investigated. The Michael Unit mailroom staff has no reason to tamper with your mail. All mail is processed in accordance with Board Policy 03.91. Postmark dates are no indication of when mail was received and cannot be used to calculate delivery time frames. No further action will be taken.\*\*\*

**Signature Authority:** _J Smith_     **Date:** 01/23/2019

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials: _____** |
| Date UGI Rec'd: | |
| Date CGO Rec'd: | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials: _____** |
| Date UGI Rec'd: | |
| Date CGO Rec'd: | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials: _____** |
| Date UGI Rec'd: | |
| Date CGO Rec'd: | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)                                **Appendix G**

**Texas Department of Criminal Justice**

## STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

**OFFICE USE ONLY**

Grievance #: 2019038375

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12E-72cell

Unit where incident occurred: Michael

~ Obstruction of Mail ~

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? On duty Officer          When? 11-2-2018

What was their response? "It's the mailrooms' fault man."

What action was taken? Deliberate Obstruction of my mail/correspondence

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 11-02-2018 at mail call, I got a letter from "Black & Pink, 6223 Maple St. #4600; Omaha, NE 88104... It was written on 10-14-2018 and Postmarked on 10-15-2018! That's 18 days to get from Nebraska to Texas to me! That is absurd... That means my mail is being deliberately Obstructed and/or delayed for no good reason at all. So this letter sat in the mailroom for at least 11 days "or so...

NOV 19 2018
NOV 27 2018
DEC 05 2018

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

Obstructing Mail/Correspondence is a Federal Offense.
These mailroom employees are conspiring with others against my
rights here on Michael Unit.

NOV 19 2018
DEC 05 2018

(Carbon Copied)

**Action Requested to resolve your Complaint.** Stop Obstructing my mail/correspondence. Stop
harassing me in the mailroom. Stop Conspiring against my rights.

**Offender Signature:** Jamon Flotime  **Date:** 11-19-2018

**Grievance Response:**

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [X] 1. Grievable time period has expired. 11-2-18
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature** B. Rodriguez/B. Rodriguez

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission       UGI Initials: BR
Grievance #: 2019038375
Screening Criteria Used: 3aq #1
Date Recd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018

2nd Submission       UGI Initials: IV
Grievance #: 2019038375
Screening Criteria Used: #1 3aq
Date Recd from Offender: NOV 27 2018
Date Returned to Offender: NOV 27 2018

3rd Submission       UGI Initials: BR
Grievance #: 2019038375
Screening Criteria Used: #1 3aq
Date Recd from Offender: DEC 05 2018
Date Returned to Offender: DEC 05 2018

Appendix F



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019038378 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-72 cell

Unit where incident occurred: Michael

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? On duty Officer   When? 11-05-2018

What was their response? "I'm just passing mail out."

What action was taken? Obstruction of my Union mail/Correspondence by mailroom staff

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I got mail from "IWW GHQ, P.O. Box 180145, Chicago, IL 60618 on 11-05-2018 that was postmarked 10-15-2018! that's 21 days from Chicago to Texas to me here on Michael Unit ~ that means it was deliberately delayed by the mailroom staff here on Michael Unit for at least 2 weeks straight for no good reason at all!

Obstructing mail or correspondence without any real justifiable penealogical security interests is a Federal Offense. It does not take 21 days to get from Chicago, IL to Tennessee Colony, TX by mail... that's absurd! The mailroom staff are delaying my mail deliberately to harass me and retaliate on me in a conspiracy with others against my rights while acting under color of state law. Them doing messing with my mail is seriously agitating me and they are doing it on purpose to try and get me to stop seeking legal relief for crimes committed by staff members against me here on Michael Unit...

Messing with my mail is torture and it does cause me severe mental and emotional anguish and suffering especially since it is being done on purpose to terrorize me repeatedly...

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

_Carbon Copied_ NOV 27 2018
DEC 05 2018

Action Requested to resolve your Complaint. Stop Obstructing my mail/correspondence for no
legitamite security reason. Stop delaying my mail on purpose... NOV 1 9 2018

Offender Signature: _Jimmy Heaston_                    Date: 11-19-2018 NOV 27 2018

DEC 05 2018

Grievance Response:

Signature Authority: _____                    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

| | |
|---|---|
| ☐ | 1. Grievable time period has expired. |
| ☒ | 2. Submission in excess of 1 every 7 days. * |
| ☒ | 3. Originals not submitted. * |
| ☐ | 4. Inappropriate/Excessive attachments. * |
| ☐ | 5. No documented attempt at informal resolution. * |
| ☐ | 6. No requested relief is stated. * |
| ☐ | 7. Malicious use of vulgar, indecent, or physically threatening language. * |
| ☐ | 8. The issue presented is not grievable. |
| ☐ | 9. Redundant. Refer to grievance # _____ |
| ☐ | 10. Illegible/Incomprehensible. * |
| ☐ | 11. Inappropriate. * |

M VX\na Mon

UGI Printed Name/Signature B. Rodriguez/B. Rooding

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: BR

Grievance #: 2019D38378

Screening Criteria Used: 3aa #2

Date Recd from Offender: NOV 19 2018

Date Returned to Offender: NOV 1 9 2018

2nd Submission        UGI Initials: M

Grievance #: 2019D38278

Screening Criteria Used: 3aa #2

Date Recd from Offender: NOV 27 2018

Date Returned to Offender: NOV 27 2018

3rd Submission        UGI Initials: BR

Grievance #: 2019D38378

Screening Criteria Used: 3aa #2

Date Recd from Offender: DEC 05 2018

Date Returned to Offender: DEC 05 2018

Appendix F

Texas Department of Criminal Justice

**STEP 1**  OFFENDER GRIEVANCE FORM
_(Carbon Copied)_

OFFICE USE ONLY

Grievance #: 2019038343

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-72 cell

Unit where incident occurred: Michael

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mailroom Representative    N/A    When? 11-1-2018

What was their response? Denial Notification For Under Lock & Key - July 2516, no-3   2018

What action was taken? My Human & Fedral Rights being violated    2018

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

First, I did get a chance to review the publication at all and it obviously sat in the mailroom for months since issues show up before or during the months on the publication --- not 3 or 4 months later on 11-1-2018... That aside, I got no document from D.R.C. at all to show their decision whatsoever... Then for this publication to be denied for advocating prison disruption / strike when in fact it advocates standing up for your Human & Fedral Rights is unconstitutional and it shows that all incarcerated persons are actually being oppressed by the "Exception Clause" of the 13th Admendment which very clearly violates the "Universal Declaration of Human Rights" that the United States of America agreed to with the United Nations. Article 4 of that Declaration states: "No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms...

NOV 19 2018

T.D.C.J. is violating the Charter with the United Nations. Striking is a right of people who are being mistreated or violated. The 13th Admendment is completely out of line with the Charter with its exception Clause: "Except as a punishment for crime whereof the party shall have been duly convicted," that violates Human Rights utterly by allowing modern day Slavery to continue in prisons Nationwide since December 6th, 1865. That is torture and very cruel & unusual punishment which violates the 8th Admendment of the U.S. Constitution & Article 5 of the forementioned Declaration of Human Rights amongst others. Prisons Nationwide including the Texas Department of Criminal Justice are violating the Universal Declaration of Human Rights that was agreed upon by the General Assembly of the ~

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

NOV 19 2018
NOV 2 7 2018
DEC 05 2018

Appendix F

_United Nations Charter._

My due process rights were violated by refusing to let me appeal and no documentation from Director's Review Committee. This Under-lock and Key issue was in the mailroom for about 4 months give or take, so that was a serious obstruction of mail/correspondence. When the Grievance System is corrupt and gives no relief and there are serious violations of Human Rights being perpetrated by prison Officials & Staff, striking in protest of inhumane conditions is a right. I have a stack of Grievances that prove the Grievance System is useless, inhumane, corrupt, and unconstitutional.

**Action Requested to resolve your Complaint.** Stop using Slavery in T.D.C.J. or Nationwide. Stop Obstructing my mail! T.D.C.J. to honor the Charter of the United Nations Universal Declaration of Human Rights. Abolish Internal Grievance System & install Independent Public Oversight. Due Process Rights.

**Offender Signature:** _Jiman Hixhaul_   **Date:** 11-19-2018

**Grievance Response:**

NOV 1 9 2018

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☑ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Rodriguez/B. Rodriguez

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: BR |
| Grievance # | 2019058393 |
| Screening Criteria Used: | 399 #8 |
| Date Rec'd from Offender: | NOV 1 9 2018 |
| Date Returned to Offender: | NOV 1 9 2018 |
| 2nd Submission | UGI Initials: W |
| Grievance #: | 2019058393 |
| Screening Criteria Used: | 399 #8 |
| Date Rec'd from Offender: | NOV 27 2018 |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: BR |
| Grievance #: | 2019058393 |
| Screening Criteria Used: | 399 #8 |
| Date Rec'd from Offender: | DEC 05 2018 |
| Date Returned to Offender: | DEC 05 2018 |

**Appendix F**

# Texas Department of Criminal Justice

12E

# STEP 1

## OFFENDER GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2018049912

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12 E-62 cell

Unit where incident occurred: Michael

Attorney-Client Privilege ~ Obstructing Mail ~ 1st Amend. Violation

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mailroom Representative Ofc. When? 11-26-2018

What was their response? Delivered Legal Letter from T.J. Solomon Law Group on 11-26-2018

What action was taken? Legal Letter Obstructed by Michael Unit mailroom employees...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

"T.J. Solomon Law Group, PLLC" sent me the Legal Mail via First Class Mail on November 15th 2018! That's 11 days from Houston, Texas to here on Michael Unit... The mailroom employees have been violating my Attorney-Client Privilege for a long time now, this time by obstructing Legal Mail sent First Class Mail which was postmarked in Houston on November 16th 2018!

DEC 1 2 2018

This obstruction of my Legal Mail/Correspondence is being done deliberately to put a major burden on my Access To Courts Rights and this also violates my Freedom of Speech & Association. This is not an isolated event ~ they have been messing with my Legal Mail, Media Mail, and Personal Mail on a very regular basis especially since February 13th, 2018... This criminal behavior is very seriously agitating my mental illness and it is very obvious that it is the Prison Mailroom Employees that are purposefully delaying my Legal Mail and are violating the rights of the "T.J. Solomon Law Group, PLLC" and my Human & Federal Rights also by obstructing our Legal Mail & Correspondence which is a Federal Offense and is cruel and unusual punishment by the fact that it tortures me and causes me rage inside with severe mental & emotional pain and suffering. They are part of the conspiracy against my rights with many others and these criminal & unconstitutional behavior is being done against me with evil intentions & evil motives deliberately...

DEC 12 2018

DEC 17 2018    DEC 27 2018

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

*Carbon Copied* DEC 12 2018

**Action Requested to resolve your Complaint.** Protection from corrupt mailroom employees at Michael Unit!
Stop Obstructing Legal Mail between the T.J. Solomon
Law Group, PLLC" & me! Stop the conspiracy against my rights immediately!

**Offender Signature:** _Tamara Hartwell_  DEC 17 2018  **Date:** 12-11-2018

**Grievance Response:**

**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

- ☑ 1. Grievable time period has expired. 11-15-18
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *   M. Price
                          Investigator III

**UGI Printed Name/Signature:** _B. Rodriguez B. Rodriguez_
**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission     UGI Initials: ____
Grievance #: 2019049912
Screening Criteria Used: #1 399
Date Rec'd from Offender: DEC 12 2018
Date Returned to Offender: DEC 12 2018

2nd Submission     UGI Initials: ____
Grievance #: 2019049912
Screening Criteria Used: #1 399
Date Rec'd from Offender: DEC 17 2018
Date Returned to Offender: DEC 17 2018

3rd Submission     UGI Initials: ____
Grievance #: 2019049912
Screening Criteria Used: 399
Date Rec'd from Offender: DEC 27 2018
Date Returned to Offender: DEC 27 2018

Appendix F

MAR 11 2021



*(Carbon Copied)* 2/20

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: **Mr. Jaman Hestand**   TDCJ #: **1343536**

Unit: **Michael**   Housing Assignment: **12D-75**

Unit where incident occurred: **Michael**

Grievance #: **2020166883**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020166883 |
| UGI Rec'd Date: | FEB 08 2021 |
| HQ Rec'd Date: | FEB 22 2021 |
| Date Due: | 3-20 |
| Grievance Code: | 307 |
| Investigator ID#: | I0674 |
| Extension Date: | |
| | RO-031121 |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It did not resolve the problem and in fact the problem has repeated itself with several more letters such as: A personal letter from "Walter Weathers; 1625 S. Alston Ave.; Durham, NC 27707" postmarked JAN 5th, 2021 that I received on JAN. 14th, 2021 / A Religious letter with Religious Material from: "Church of the Larger Fellowship Unitarian Universalist Prison Ministries; 24 Farnsworth Street; Boston, MA 02210-1404" postmarked December 15th, 2020 that I received on JAN. 29th, 2021 / and a Legal Letter from the "United States District Court-Eastern District of Texas; 211 W. Ferguson St; Tyler, TX 75702" that was postmarked: JAN. 7th, 2021 that I received on February 3rd, 2021!

So obviously Warden Charles O. Meador and/or the Administration he speaks of in Step 1 Grievance #2020166883 have done nothing to fix the problem of my mail being obstructed deliberately like has been done in this same mailroom on Michael Unit many times before especially since February 13th, 2018 up til now & ongoing in a conspiracy against my rights that involves a long list of Prison Officials & Staff along with other Government Employees like the OIG for example who have all done me a very grave injustice for an insane length of time on purpose to terrorize me because I keep trying to exercise my Petition, Access To Courts, and Due Process Rights for very serious Human & Civil Rights violations that Prison Officials & Staff committed against me on an insane amount of times from February 13th, 2018 up til now and ongoing!

I-128 Front (Revised 11-2010)   **(YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM)**   (OVER)

Appendix G

*(Carbon Copied)*

Prison Officials & Staff need to stop obstructing my mail illegally and they need to stop torturing me on purpose and Conspiring against my rights! the Campaign of Harassment & Retaliation against me needs to be stopped immediately! It's madness! It's hateful and it's illegal! Stop messing with me! Stop torturing me!

**Offender Signature:** *Jamon Hoetand*                **Date:** 2-5-2021

**Grievance Response:**

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

Your complaint has been investigated. Michael Unit Mailroom has been out of compliance on deliveries due to staff shortage, the COVID pandemic and the large number of denials that they have to serve to the inmate population. The mailroom is working diligently to get all deliveries caught up. Administration is aware of compliance issues within the Michael Unit Mailroom and are monitoring the situation. Furthermore, the mailroom has been advised to deliver within the time limits in accordance with BP 03.91 and that if they cannot adhere to the time limits, they need to notify MSCP. No further action is warranted.\*\*\*

**Signature Authority:** *Tammy Shelby*                **Date:** 02/26/21

**Returned because:**     *\*Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.\***

☐ 3. **Originals not submitted. \***

☐ 4. **Inappropriate/Excessive attachments.\***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.\***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened   ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

M1

**Texas Department of Criminal Justice**

*12 D 75*

# STEP 1

## OFFENDER GRIEVANCE FORM
(Carbon Copied)

THE STATE OF TEXAS

OFFICE USE ONLY

Grievance #: 2021052082
Date Received: DEC 31 2020
Date Due: 02·09·21
Grievance Code: 307
Investigator ID #: I I 60D
Extension Date:
FEB 09 2021
Date Retd to Offender: JAN 21 2021
RO-021021

Offender Name: Mr. Jamon Hestand       TDCJ # 1343536

Unit: Estelle       Housing Assignment: A2-102

Unit where incident occurred: Estelle

1st & 14th Admendment Violations ...

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? On duty Staff and Law Library Staff       When? 12-4-2020 / 12-14-2020 / 12-16-2020 / 12-18-2020

What was their response? Negative

What action was taken? Media Mail unsealed outside my presence & Refused to let me seal Media Mail

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 12-4-2020 I received a letter in the regular mail from Hank Lamb from The Prison Show at KPFT Studios, 419 Lovett Blvd.; Houston, TX 77026 that was withheld from me for over a month and opened outside of my presence when it's a known fact that KPFT Studios is a very well known Media Outlet since 1970 up til now and ongoing!

On 12-14-2020, 12-16-2020, and 12-18-2020 I attempted to send sealed Correspondence to David Collingsworth/Hank Lamb of the Prison Show at KPFT Studios and Staff in the Law Library namely: Alicia N. Foley & Demetrie M. Phipps; claimed that it did not qualify as sealed Correspondence according to MSCP/BP-03.91 which is outrageously false!

KPFT Studios has been around since 1970 and both Hank Lamb & David Collingsworth are both Legitimate Staff of KPFT Studios who just so happen to be in contact with the Executive Directors office of TDCJ-CID on a regular basis which has been going on for many long years!

TDCJ-CID knows very well that KPFT Studios is a Legitimate Media Outlet that supposed to be protected under the 1st & 14th Admendments of the U.S. Constitution! To claim otherwise is ridiculous when KPFT Studios has been around over 50 years in Texas! I see this as direct retaliation against me for exercising my Petition, Access To Courts, Due Process, and Freedom of Speech Rights! It's also a 1st & 14th Admendment Violation against KPFT Studios & the forementioned individuals!

I-127 Front (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Treat all mail to & from KPFT Studios and their Staff as Media Mail & Sealed Correspondence according to Fedral Law... Stop harassing me!*

**Offender Signature:** *Tremon Wesland*                    **Date:** *12-31-2020*

**Grievance Response:**

Your claims have been investigated by this office. Law Library was contacted regarding your claims and states per MSCP the address to David Collingsworth at KPFT Prison Show is considered general mail and shall not be sealed. All mail received to and from this address shall be opened/open and searched. No further action is warranted at this time.

Warden J. Richardson

**Signature Authority:** _Richardson_                    **Date:** 1/20/21

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

MAR 2 9 2021

*(Carbon Copy!)* 3/11

**THE STATE OF TEXAS**

Texas Department of Criminal Justice

# STEP 2

### OFFENDER
### GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021052082 |
| UGI Rec'd Date: | FEB 24 2021 |
| HQ Rec'd Date: | MAR 0 8 2021 |
| Date Due: | 04-05-2021 |
| Grievance Code: | 307 |
| Investigator ID#: | IO674 |
| Extension Date: | |
| | RA-032421 |

Offender Name: __Mr. Jamon Hestand__     TDCJ # __1343536__

Unit: __Michael__     Housing Assignment: __12D-75cell__

Unit where incident occurred: __Estelle & Sytemwid__
__Grievance #2021052082__

You must attach the completed Step 1 Grievance tha___ ___ by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that h___ ___ unprocessed.

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*
it was not investigated properly and my requested actions were not granted by Warden Jeffery S. Richardson... KPFT Studios is a very well known Media Outlet in Houston, Texas that is known around the World & Nation and any correspondence to & from them is supposed to be treated as "Media Mail" accordingly! This complaint needs to be investigated properly, and the requested actions need to be granted immediately!

**I-128 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

*(Carbon Copied)*

_____

_____

_____

_____

**Offender Signature:** _Jamar Harland_     **Date:** 2-23-2021

**Grievance Response:**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Your complaint has been reviewed.  Definition of a media correspondent and the criteria of such can be found in Board Policy 03.91. Hank Lamb and David Collingsworth of the Prison Show do not fall into this criteria and mail to and from them will continue to be considered general correspondence.  No further action is warranted.\*\*\*

**Signature Authority:** _Tammy Shelby_     **Date:** 03/12/21

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1.  Grievable time period has expired.

☐ 2.  Illegible/Incomprehensible.*

☐ 3.  Originals not submitted. *

☐ 4.  Inappropriate/Excessive attachments.*

☐ 5.  Malicious use of vulgar, indecent, or physically threatening language.

☐ 6.  Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY |
| --- |
| Initial Submission     CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| **2nd Submission**     CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd: _____ |
| (check one) ____Screened ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| **3rd Submission**     CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd: _____ |
| (check one) ____Screened ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

**I-128 Back** (Revised 11-2010)

**Appendix G**