Mr Robertson Unit; 12071 FM 3522
Abilene, Texas 75702 USA

13536

Legal Mail

U.S. District Court - Eastern District of Texas
211 W. Ferguson St. Rm. 106
Tyler, Texas 75702 USA



