## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case #: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court — Eastern District of Texas — Tyler Division," here-with this affidavit, present "Law Library Grievances & Evidence," for the Court to consider and to support the "FACTS" of my Complaint.

Executed On: March 3rd, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID # 1343536

CLERK, U.S. DISTRICT COURT RECEIVED MAR 09 2022 EASTERN DIST. OF TEXAS