

# Texas Department of Criminal Justice

# STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2018109208

Date Received: 3/29/18

Date Due: 5/8/18

Grievance Code: 7B

Investigator ID #: I-008

Extension Date: _____

Date Retd to Offender: MAY 08 2018

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12-A-31

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Law Library    When? 3/21,22,26/2018

What was their response? telling me to do something impossible or unreasonable

What action was taken? blocking me from getting lawyers names & addresses out of Legal Directory

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

   Law Library staff are basically refusing to bring me Counties out of the Legal Directory so I can copy down Lawyer's names and addresses.

   When I request a certain County out of the Legal Directory, I'm supposed to get a folder with all the Legal names and addresses for that County so I can copy names and addresses down... There's no way I can make a more specific request for information out of the Legal Directory. I'm looking for Lawyer's names and addresses to copy down so I can try to find a Lawyer to represent me...

   Asking for a certain County of legal names & addresses is being as specific as I can be.

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Action Requested to resolve your Complaint. *Make Law Library staff bring me the counties of legal names and addresses I ask for. Stop blocking me from access to courts.*

Offender Signature: *Jamon Keaton*                     Date: _____

Grievance Response:

The Law Library Department reports that the Texas Legal Directories do not leave the law library due to them only having one copy. Offenders housed in Administration Segregation must submit an I-60 requesting address and they will be copied and sent to you. No further action is warranted.

Signature Authority: *D Cockrell*   **WARDEN COCKRELL**   Date: *5/8/18*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

Returned because:     *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

JUL 0 5 2018



\* Accept as Original \*

## Texas Department of Criminal Justice

# STEP 2     OFFENDER GRIEVANCE FORM

Offender Name: **Jamon Hestand**     TDCJ # **1343536**

Unit: **Michael**     Housing Assignment: **12 A-31 cell** ✓

Unit where incident occurred: **Michael**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2018109208 |
| UGI Recd Date: | MAY 1 4 2018 |
| HQ Recd Date: | MAY 1 7 2018 |
| Date Due: | 6-23 |
| Grievance Code: | 703 |
| Investigator ID#: | |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because.*

It failed to resolve the issue or give any relief whatsoever...

My Fedral Rights are being violated by Law Library staff and Warden Deborah G. Cockrell while acting "Under Color of State Law" for T.D.C.J. which also increases my punishment above & beyond what the 158th Judicial District Court of Denton County, Texas sentenced me to on December 2nd, 2005, specifically by denying me proper access to courts, violating my due process rights, not giving me equal protection of the law, interfering with my protected conduct of using a Legal Directory to contact Law Firms/Lawyers in Texas, etc.

I should be able to have easy access to the Legal Directory so I can pick and choose Law Firms, Lawyers, etc. in Administrative Segregation like any other inmates in General Population, other prisons in the State of Texas, other prisons in the United States, etc. without refusing me Equal Protection of the Law, Denying me Access to Courts properly, Violating my Due Process Rights, etc.

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

_____

_____

_____

_____

**Offender Signature:** _Jason Hostin_                **Date:** _5-14-2018_

**Grievance Response:**

Step 1 has addressed your complaint. Investigation reveals you did not submit a request for legal research material to the law library for the dates in question. The delivery of legal research material to offenders with indirect access to the law library is provided in accordance with ATC-080. No further action is warranted.

Kimberly Ward, Manager I
Access to Courts, Counsel & Public Officials

**Signature Authority:** _____                **Date:** _6-18-18_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td><b>Initial Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd:_____</td></tr>
<tr><td colspan="2">Date CGO Rec'd:_____</td></tr>
<tr><td colspan="2">(check one) ____ Screened   ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td><b>2nd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd:_____</td></tr>
<tr><td colspan="2">(check one) ____ Screened   ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td><b>3rd Submission</b></td><td><b>CGO Initials:</b> _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd:_____</td></tr>
<tr><td colspan="2">(check one) ____ Screened   ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-128 Back (Revised 11-2010)                Appendix G

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

(Carbon Copied)

| OFFICE USE ONLY |
|---|
| Grievance #: 7018187415 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12E-33

Unit where incident occurred: Michael
Emergency

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Law Library Staff     When? 8-17-2018

What was their response? We no longer have the "Offender Grievance Operations Manual."

What action was taken? Denied information that helps me access the courts. Denied due process.

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

This policy of removing the "Offender Grievance Operations Manual" from all Law Libraries in the "Texas Department of Criminal Justice" directly violates: my right to petition the Goverment for a redress of grievances, my due process rights, and my right of access to the courts. SEP 06 2018    AUG 29 2018

This removal of the "O.G.O.M." from all T.D.C.J. Law Libraries was done deliberately and is still being allowed with evil intentions & evil motives to interfere with the "Protected Conduct" of filing grievances & to stop inmates or offenders like myself from learning what policies in the O.G.O.M. may violate Fedral Law that may need to be challenged in the Fedral Courts as Unconstitutional & to impair or hamper litigation or access to courts about conditions of confinement. SEP 06 2018   AUG 29 2018

This removal of the O.G.O.M. was done in a conspiracy against the rights of offenders or inmates like myself and is still being allowed by the Chairman of the Texas Board of Criminal Justice Dale Wainwright, Correctional Institutional Divisions Director Lorie Davis, and Texas Department of Criminal Justice Executive Director Bryan Collier regardless of the fact that this action is in direct opposition of Fedral Law and was done in retaliation for all the lawsuits inmates or offenders have filed over the years. They simply made it harder to use the Grievance System itself that we inmates have to use to exhaust all remedies before bringing a Fedral Lawsuit to challenge violations of our rights in prison except in extreme circumstances or where no remedies exist. So what they did was actually a crime done intentionally and it is still being perpetrated...

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

SEP 06 2018   AUG 29 2018   AUG 29 2018

Appendix F

My State's Prison ID Number 761541. Documents in file 03/03/22, Page 6 of 45 filed by 107*
Wainwright, Lorie Davis, and Bryan Collier which also greatly increases my punish-
ment above & beyond what the State Court sentenced me to on December 2nd 2005
which also violates my Eighth Amendment Rights deliberately.

SEP 06 2018

Lastly, it is self evident that the purpose of hiding the Offender Grievance Operations
Manual was & is to cover-up its illegal contents or unconstitutional contents from inmates
or offenders like myself who use the Grievance System or who may want to challenge the
contents of the O.G.O.M, but anyone who examines my Grievance file alone will
see that there's no relief in the Grievance System that's Internal & whos staff are totally corrupt.

**Action Requested to resolve your Complaint:** System of the Internal Grievance abolished & replaced with Independent Oversight...
A Full Investigation coordinated with the O.I.G.. O.G.O.M. put back in all T.D.C.J. Law Libraries
& examined for unconstitutionality & revised to match Federal Laws. Independent Oversight over Grievance System

**Offender Signature:** _Jimmy Stewart_     **Date:** 8-25-2018   (Established.

**Grievance Response:**

SEP 06 2018

---

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

M. Price
Investigator III

**UGI Printed Name/Signature:** _J. Rainey, T. Rainey_ / _M. Nadors / M.Price_

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

*(Carbon Copied)*

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____

Grievance #: 2018182_

Screening Criteria Used: #1 000

Date Recd from Offender: AUG 27 2018

Date Returned to Offender: AUG 27 2018

**2nd Submission**    UGI Initials: MN.

Grievance #: 2018187415

Screening Criteria Used: 999#1

Date Recd from Offender: AUG 29 2018

Date Returned to Offender: AUG 29 2018

**3rd Submission**    UGI Initials: TR

Grievance #: 2018187415

Screening Criteria Used: 999 #1

Date Recd from Offender: SEP 06 2018

Date Returned to Offender: SEP 06 2018

Appendix F



**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FGRM
*(Carbon Copied)*

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019038384 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jamon Hestand     TDCJ # 1343536

Unit: Michael     Housing Assignment: 12E-72 cell

Unit where incident occurred: Michael

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Law Library   When? 11-05-2018

What was their response? "We do not have any of this."

What action was taken? Inadequate Law Library / Burden on Access to Courts Rights

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I asked if the following items are in the Law Library that I need for the case I'm building for Totality of Conditions:

Food Services Policy & Procedure Manual, Incident Command System For Corrections Operations Manual, SM-05.03 Use & Management of Chemical Agents, The Regular Kitchen Monthly Menue, Any Operations or Policy Manual for Security Cameras & Retention of Security Data, and the Offender Grievance Operations Manual...

All of those things affect me directly and other incarcerated persons also. Those items affect the case I'm building against the very terrible, Totality of Conditions I'm faced with each day especially since February 13th 2018 this year up til now and ongoing. Not having these items in the Law Library is being done deliberately to put a major burden on any litigation... How can we incarcerated people challenge something as being unconstitutional or inhumane when Prison Officials hide the information we need to bring that challenge?! These Prison Officials such as C.I.D. Director Lorie Davis, Executive Director Bryan Collier, and T.B.C.J. Chairman Dale Wainwright are violating my Human & Federal Rights and the Rights of all T.D.C.J. Prisoners throughout Texas...

---

J-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

NOV 27 2018

DEC 05 2018

_(Carbon Copied)_

Action Requested to resolve your Complaint.
Put all the fore-mentioned items & any related information back into all Law Libraries in Texas Prisons. Stop interfering with access to courts rights on purpose.

Offender Signature: _Tamon Hestand_    NOV 19 2018    Date: _11-19-2018_

NOV 27 2018

Grievance Response:

DEC 05 2018

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [X] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature _B. Rodriguez/B. Rodriguez_

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: BR
Grievance #: 2019058384
Screening Criteria Used: 799 #2
Date Recd from Offender: NOV 19 2018
Date Returned to Offender: NOV 19 2018
2nd Submission    UGI Initials: VW
Grievance #: 2019058384
Screening Criteria Used: 799
Date Recd from Offender: NOV 27 2018
Date Returned to Offender: NOV 27 2018
3rd Submission    UGI Initials: BR
Grievance #: 2019058384
Screening Criteria Used: 799 #2
Date Recd from Offender: DEC 05 2018
Date Returned to Offender: DEC 05 2018

Appendix F

## Texas Department of Criminal Justice

**STEP 1**   **OFFENDER GRIEVANCE FORM**
(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019105178 |
| Date Received: | APR 0 8 2019 |
| Date Due: | 5 8 19 |
| Grievance Code: | 814 |
| Investigator ID #: | 13007 |
| Extension Date: | |
| Date Retd to Offender: | MAY 1 6 2019 |

Offender Name: **Damon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **12E-82cell**

Unit where incident occurred: **Michael**

**Access To Courts / 1st Amendment Violations**

RO-05 16 19

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Access To Courts Supervisor/Aaron J. Watson** When? **3-29-2019**

What was their response? **None**

What action was taken? **Denied Legal Phone Call with my Attorney:T.J. Solomon...**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I wrote the Access To Courts Suprivisor an I-60 which I have a carbon copy of to request a Legal Phone Call with my Attorney "Tanika J. Solomon" or the "T.J. Soloman Law Group, PLLC" on 3-29-2019 and got no response up to this day.

Officer Aaron J. Watson claims that I cannot put in a request for a Legal Phone Call but the Orientation Handbook says otherwise and so does Fedral and State Law. Then there's the fact that I'm still being held involuntarily in Solitary Confinement that Congress demanded to be shut down years ago and there is no access to a Phone like in General Population with its Blue Phones in all dayrooms so we can make Legal or Personal Phone Calls but of course I am immediately concerned with my Access To Courts & 1st Admendment Rights that are being denied to me along with the endless torture of being held captive in Solitary Confinement illegally!

Solitary needs to be shut down immediately and I should be given access to Phones where I can make Legal, Media, or Personal Calls as necessary without undue restraint and without violating my Freedom of Speech & Association with the "T.J. Solomon Law Group PLLC /Attorney Tanika J. Solomon" and without interfering with my Access To Courts Rights either! ~ 12 Building which is already out of compliance with Fedral & State Law Health, Safety, and Building Codes also needs Phones installed on every section of every pod in every dayroom on 12 Building...

**I-127 Front** (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

*Carbon Copied*

**Action Requested to resolve your Complaint.** *Stop harassing me!*
*Shut 12 Building down. Install Phones on 12 Building in every dayroom. Allow me to have Legal Calls with my Attorney & Law Group forementioned as I need them. Shut Solitary down ASAP!*

**Offender Signature:** _Jamon Hasford_                     **Date:** *4-8-2019*

**Grievance Response:**

In accordance with BP-03.81, telephone contact shall be made in writing by the offender's attorney using the I-162, Attorney/Offender Telephone Call Application, and the attorney shall provide the unit with at least 24 hour notice, unless the need is preempted by a legal emergency. No policy violation is noted.

## Warden Meador

**Signature Authority:** _Meador_                          **Date:** _5/15/19_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** ___    *Resubmit this form when the corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant. Refer to grievance # _____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

Appendix F

*(Carbon Copied)*

JUL 18 2019

## Texas Department of Criminal Justice

# STEP 2          OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019105178 |
| UGI Recd Date: | MAY 3 1 2019 |
| HQ Recd Date: | JUN 0 6 2019 |
| Date Due: | 07-10 |
| Grievance Code: | 814 |
| Investigator ID#: | 12704 |
| Extension Date: | |

RO-071919

Offender Name: **Jamon Hestand**      TDCJ # **1343536**

Unit: **Michael**      Housing Assignment: **12E-18** ✓

Unit where incident occurred: **Michael**

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).     *I am dissatisfied with the response at Step 1 because...*

It did not resolve Grievance #2019105178 at all. My requested actions were completely ignored. There is not supposed to be anymore solitary confinement and there should be an Offender Telephone System installed on 12 Building in accordance with State Law. I should be able to contact my Attorney as needed without illegitimate interference.

**I-128 Front** (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Appendix G

*(Carbon Copied)*

Offender Signature: _Jamon Halston_      Date: 5-30-2019

**Grievance Response:**

Step 1 has addressed your concerns. No further action warranted.

M. Lewandowski, PSI, Offender Grievance

**Signature Authority:** _MAL_      Date: 7/2/19

---

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.***

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**    **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

   (check one) _____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**    **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

   (check one) _____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**    **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

   (check one) _____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)      **Appendix G**

## Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019122517 |
| Date Received: | MAY 1 3 2019 |
| Date Due: | 6-22-19 |
| Grievance Code: | 701 |
| Investigator ID #: | I1983 |
| Extension Date: | |
| Date Retd to Offender: | JUN 2 1 2019 |

Offender Name: __Jamon Hestand__   TDCJ #: __1343536__

Unit: __Michael__   Housing Assignment: __12A-58 cell__

Unit where incident occurred: __Michael__   12E18

__First Admendment Violation__   RO-062119

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Law Library__   When? __4-17-2019__

What was their response? __You have utilized the maximum of 5 one-ounce letters per month for general Corre-spondence__

What action was taken? __My 1st Admendment Right of Freedom of Speech & Association Violated.__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The restriction on Indigent Correspondence for Personal or General Use is completely Unconstitutional at only 5 one-ounce domestic letters per month or only 5 .50¢ stamps a month. This very clearly violates my First Admendment Right to Freedom of Speech & Association. It stops me from writing, speaking, expressing myself, or interacting with other People around the World on a regular basis such as family, friends, Religious Groups, Human Rights Organizations, loved ones, Civil Rights Groups, potential allies, Unions, etc.

Only 5 50¢ stamps a month for Personal or General Use is not anywhere near enough to satisfy my First Admendment Right to Freedom of Speech and Association. This restriction has been in effect for years now in the Texas Department of Criminal Justice and it clearly violates the rights of all indigent incarcerated persons including myself and has nothing to do with any legitimate, neutral goverment interest and it does not leave open another way for indigent incarcerated persons to exercise their constitutional rights at all. It is a major form of very serious torture & oppression that has long caused me extreme mental & emotional pain & suffering which has added to my mental illness. It's wrong for the Leaders of Texas and the Texas Department of Criminal Justice to violate Human & Civil Rights to save money. This restriction on indigent correspondence violates the Geneva Act and the Universal Declaration of Human Rights which are both Agreements made by the United Nations. ⸺MAY 0 2 2019

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

_(Carbon Copied)_

Action Requested to resolve your Complaint.

_Stop violating my First Admendment Rights of Freedom of Speech & Association by increasing the limit of Personal or General Correspondence Postage allotted to at least 30 letters a month._

Offender Signature: _Jamon Hostand_                    Date: _5-2-2019_

Grievance Response:

According to ATC-034, an indigent offender may be issued postage for five one ounce domestic letters per month for general correspondence. Records reflect that you are receiving correspondence supplies in accordance with agency guidelines. No action by this office is warranted.

Signature Authority: _Meador_        **Warden Meador**                    Date: _6/20/19_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [x] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _R. Rowland / Investigator II_   _X R Rowland_

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY |  |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | 2019 11375 |
| Screening Criteria Used: | 2-799 |
| Date Recd from Offender: | MAY 0 2 2019 |
| Date Returned to Offender: | MAY 0 2 2019 |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F



*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: __Jamon Hestand__    TDCJ # __1343536__

Unit: __Michael__    Housing Assignment: __12E-18cell__ ✓

Unit where incident occurred: __Michael__

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019122517 |
| UGI Recd Date: | JUL 0 8 2019 |
| HQ Recd Date: | JUL 1 0 2019 |
| Date Due: | 8-17 |
| Grievance Code: | 701 |
| Investigator ID#: | ~~10352~~ I0720 |
| Extension Date: | |
| | R2-081319 |

AUG 1 3 2019

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

It did not resolve Grievance #2019122517 at all! In fact, Warden Charles O. Meador made no attempt to alleviate the serious oppression being caused by the insane restriction on Indigent Correspondence that's been going on for many years now since Ex-President Barrack Obama was still in Office over the Nation.

On top of that serious problem that has endlessly caused me mental & emotional pain & suffering for years, I've been forced to wrestle with Law Library Personel here on Michael Unit such as many times when I turn in a Personal or Legal Pen for a replacement one, they either send back the empty pen with some nonsense reason for doing so or without any reason at all or I get no Pen back at all like what they just did to me on July 1st 2019 --- Or they refuse to allow me to even send out the whole 5 Personal Letters for a month like they just did to me for the month of June 2019 where I only sent out 4 Personal Letters last month and 4 Legal Letters but when I tried to send out my "last Personal Letter" for the month of June 2019 to: "Going Home Hawai'i" in Hilo, Hawaii on June 28th 2019, they sent it back to me lying and stating that I already utilized the maximum of 5 one ounce domestic letters per month for General Correspondence when in fact I did not but that behavior from the Law Library Personel is simply part of the Conspiracy against my rights that has been ongoing ➝

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Since February 13th 2018 here on Michael Unit by a bunch of Prison Officials & Staff in several Departments!

This restriction of Indigent Correspondence has contributed to my mental illness for years! It's all the way wrong and must be fixed!

Offender Signature: _Jammon Akoland_                    Date: _7-4-2019_

**Grievance Response:**

Step 1 has addressed your complaint. The Texas Board of Criminal Justice approved a revision to BP-03.91, Uniform Offender Correspondence Rules, on 08/23/13 that states, "...An indigent offender may use indigent postage to send five (5) one-ounce domestic letters per month to general correspondents and five items per week to legal or special correspondents...Funds expended by the TDCJ for postage and stationary for indigent offender's shall be recouped by the TDCJ from funds later deposited in the offender's ITF account." No further action is warranted.

K. Ward, Program Administrator
Access to Courts, Counsel and Public Officials

Signature Authority: _K Ward_                         Date: _7-24-19_

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**             CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**             CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                              **Appendix G**

(Carbon Copied)

SUBJECT: State briefly the problem on which you desire assistance.

I need the following paperwork:

#1) 10-Step 1 Grievance

#2) 10-Step 2 Grievances

#3) 10 - I-60s

Name: Mr. J. Hestand                    No: 1343536          Unit: Michael

Living Quarters: 12D-75                 Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO T PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐  *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐  *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐  *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐  *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐  *Visiting List (Asst. Director of classification, Administra Building)*

6. ☐  *Parole requirements and related information (Unit Pa Counselor)*

7. ☐  *Inmate Prison Record (Request for copy of record, in mation on parole eligibility, discharge date, detainers-l Administration)*

8. ☐  *Personal Interview with a representative of an outs agency (Treatment Division, Administration Building)*

TO: ~~Law Library~~ _____   DATE: *3-12-2021*
*(Name and title of official)*

ADDRESS: *Michael Unit* _____

SUBJECT: *State briefly the problem on which you desire assistance.*

I need the following Legal Materials:

#1) Up To Date TDCJ Legal Directory List.

#2) AD-03.82                         AD-03.82 #1

#3) 3-11:07 Farms / 3-22:54 Farms

#4) I-60s / Grievances 1s & 2s.

Name: Mr. J. Hestand          No: 1343536     Unit: Michael
Living Quarters: 12D-25cell    Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, infor- mation on parole eligibility, discharge date, detainers-Unit Administra..*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Law Library_               DATE: _1-8-2021_
           (Name and title of official)

ADDRESS: _Michael Unit_

Offender Name: _____Hebrina_____  TDCJ: _194/8806_  Date: _12-30-2020_

Law Library Staff Name: ___Knappa___           *FAIL TO QUALIFY FORM*  (rev. 03/22/19)

Your indigent supply request is being returned for the following reason(s):

_____ 1) Records indicate that you have used all general postage for the month.  You are allowed $2.75 in general postage for the month, you have utilized $ _____ BP-03.91 (08/23/13)

_____ 2) Records indicate that you have used all legal postage for the week. You are allowed 5 Legal items Per Week & you Used # _____

_____ 3) You failed to fill out the I-302 Indigent Supply Request Form completely/accurately

_____ 4) If you do not have an ID Card & you have a valid ITF-8 Pink Slip, you must state this on the I-302

_____ 5)  Correspondence to TDCJ Officials shall be sent by TRUCKMAIL when feasible

_____ 6) The Indigent Supply Program does not issue supplies to Commissary Restricted offenders – you must obtain correspondence supplies from the unit commissary  (AD-14.09)

_____ 7) You failed to provide **LEGAL** justification

_____ 8) **YOU ARE NOT INDIGENT**

_____ 9) Indigent Supply days are as follows:  Monday - Main Building   Wednesday - High Security   Friday - RMF/SAFP

__✓__ 10) You failed to exhaust the following previously issued supplies:

| PAPER | ENVELOPES | PEN |
|---|---|---|
| ____ No legal justification submitted in order to receive legal supplies, you must submit: court cause #, etc. | Date: _12-21-2020_ <br> Total issued: _5_ <br> Total remaining: _5_ | _____ No exchange; must turn in entire indigent pen that was issued on _____ (A commissary pen is not an exchange) |
| __✓__ Fail to utilize/exhaust previously issued personal paper issued on _12-21-2020_ | **LEGAL** <br> Date: _____ <br> Total issued: _____ <br> Total remaining: _____ | **CARBON PAPER** <br> _____ No exchange; must turn in carbon paper (#_____) issued on date: |

Offender Name: _Hestand   J._____   TDC#: 71 343536_   Date: ___DEC 0 4 2020_

Law Library Staff Name: __Phipps_____   *FAIL TO QUALIFY FORM*   (rev. 10/7/2020)

Your indigent supply request is being returned for the following reason(s):

_____ 1) Records indicate that you have used all general postage for the month.  You are allowed $2.75 in general postage for the
      month, you have utilized $ _____  BP-03.91 (08/23/13)

_____ 2) Records indicate that you have used all legal postage for the week. You are allowed 5 Legal items Per Week & you
      Used #_____

_____ 3) You failed to fill out the I-302 Indigent Supply Request Form completely/accurately

_____ 4) If you do not have an ID Card & you have a valid ITF-8 Pink Slip, you must state this on the I-302

_____ 5)  Correspondence to TDCJ Officials shall be sent by TRUCKMAIL when feasible

_____ 6) The Indigent Supply Program does not issue supplies to Commissary Restricted offenders – you must obtain
      correspondence supplies from the unit commissary  (AD-14.09)

_____ 7) You failed to provide **LEGAL ADDRESS** for your Writ Envelope, write on the back on the I-302/I-60

_____ **8) YOU ARE NOT INDIGENT**

_____ 9) Indigent Supply days are as follows:  Monday - Main Building   Wednesday - High Security    Friday - RMF/SAFP

_____ 10) You failed to exhaust the following previously issued supplies:

| Legal Justification/PAPER | Personal/Legal/Envelopes | PEN/Carbon Paper |
|---|---|---|
| ✓ No legal justification submitted in order to receive legal supplies, you must submit: court cause #, etc. | Date: _____ <br> Total issued: _____ <br> Total remaining: _____ | _____ No exchange; must turn in entire indigent pen that was issued on _____ (A commissary pen is not an exchange) |
| Personal/Legal <br> ✓ Fail to utilize/exhaust previously issued paper issued on 10/21/2020 | ***LEGAL*** <br> Date: 10/21/2020 <br> Total issued: 5 <br> Total remaining: 2 | ***CARBON PAPER*** <br> _____ No exchange; must turn in carbon paper (#_____) issued on date:_____ |

Offender Name: _____   TDC#: _____   Date: _____

Law Library Staff Name: _____          *FAIL TO QUALIFY FORM*  (rev. 10/7/2020)

Your indigent supply request is being returned for the following reason(s):

_____ 1) Records indicate that you have used all general postage for the month.  You are allowed $2.75 in general postage for the month, you have utilized $ _____ BP-03.91 (08/23/13)

_____ 2) Records indicate that you have used all legal postage for the week. You are allowed 5 Legal items Per Week & you Used # _____

_____ 3) You failed to fill out the I-302 Indigent Supply Request Form completely/accurately

_____ 4) If you do not have an ID Card & you have a valid ITF-8 Pink Slip, you must state this on the I-302

_____ 5)  Correspondence to TDCJ Officials shall be sent by TRUCKMAIL when feasible

_____ 6) The Indigent Supply Program does not issue supplies to Commissary Restricted offenders – you must obtain correspondence supplies from the unit commissary  (AD-14.09)

_____ 7) You failed to provide **LEGAL ADDRESS** for your Writ Envelope, write on the back on the I-302/I-60

_____ 8) **YOU ARE NOT INDIGENT**

__✓__ 9) Indigent Supply days are as follows:  Monday - Main Building   Wednesday - High Security    Friday - RMF/SAFP

__✓__ 10) You failed to exhaust the following previously issued supplies:

| Legal Justification/PAPER | Personal/Legal/Envelopes | PEN/Carbon Paper |
|---|---|---|
| _____ No legal justification submitted in order to receive legal supplies, you must submit: court cause #, etc.<br><br>          Personal/Legal<br>_____Fail to utilize/exhaust previously issued paper issued on _____ | Date: _____<br>Total issued: _____<br>Total remaining: _____<br><br>*LEGAL*<br>Date: _____<br>Total issued: _____<br>Total remaining: _____ | _____ No exchange; must turn in entire indigent pen that was issued on _____ (A commissary pen is not an exchange)<br><br>*CARBON PAPER*<br>_____ No exchange; must turn in carbon paper (#_____) issued on date: _____ |

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Who is the current CID-Director?!
(of TDCJ-CID)

Who is the current Executive Director?!

Who is the current TBCJ Chairperson?!

Thanks!

Name: Mr. J. Hestand    No: 1343536    Unit: Estelle

Living Quarters: A2-102    Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

You need to request to view the TX. Legal Directory. TDCJ-section.

☆I-60 (Rev. 11-90)

11-16-2020 ᵈᵇ

NOV 1 6 2020

Offender Name: Hostand, J.man          TDCJ#: 1343556          Date: 11-13-20

Law Library Staff Name: Vinden          *FAIL TO QUALIFY FORM*   (rev. 03/22/19)

Your indigent supply request is being returned for the following reason(s):

_____ 1) Records indicate that you have used all general postage for the month.  You are allowed $2.75 in general postage for the month, you have utilized $ _____ BP-03.91 (08/23/13)

_____ 2) Records indicate that you have used all legal postage for the week. You are allowed 5 Legal items Per Week & you Used # _____

_____ 3) You failed to fill out the I-302 Indigent Supply Request Form completely/accurately

_____ 4) If you do not have an ID Card & you have a valid ITF-8 Pink Slip, you must state this on the I-302

_____ 5)  Correspondence to TDCJ Officials shall be sent by TRUCKMAIL when feasible

_____ 6) The Indigent Supply Program does not issue supplies to Commissary Restricted offenders – you must obtain correspondence supplies from the unit commissary  (AD-14.09)

_____ 7) You failed to provide **LEGAL** justification

_____ 8) **YOU ARE NOT INDIGENT**

_____ 9) Indigent Supply days are as follows:   Monday - Main Building   Wednesday - High Security   Friday - RMF/SAFP

___X___ 10) You failed to exhaust the following previously issued supplies:

| PAPER | ENVELOPES | PEN |
|---|---|---|
| _____ No legal justification submitted in order to receive legal supplies, you must submit: court cause #, etc. | Date: 10-15-20<br>Total issued: 5<br>Total remaining: 42 | _____ No exchange; must turn in entire indigent pen that was issued on _____ (A commissary pen is not an exchange) |
| _____ Fail to utilize/exhaust previously issued personal paper issued on _____ | *LEGAL*<br>Date: 10-14-20<br>Total issued: 5<br>Total remaining: 3 | *CARBON PAPER*<br>_____ No exchange; must turn in carbon paper (#_____) issued on date: _____ |

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me, I turned in my Indigent Folder on 10-28-2020 with 3 Letters going out (2 Personal & 1 Legal) and still have not received it back! I need it returned to me as soon as Possible or a new one to replace it but I also need to Know what happened to those 3 Letters?! Please help me solve these problems and have a nice day!

Sincerely,
Jinson

* I was moved from A1-107 to A2-102
after going & coming from Hospital Golveston...

Name: Mr. J. Hestand          No: 1343536          Unit: Estelle

Living Quarters: A1-102  A2-102          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space) your last indigent transactions was on 10·30·2020. you was issued (3) stamps. and your indigent envelope was sent to the mailroom. you have a transaction on 11-9·2020 for writ envelope and postage

NOV 1 0 2020

NOV 1 0 2020

☆I-60 (Rev. 11-90)

Offender Name: _____

Law Library Staff Name: _____ Killijan

**FAIL TO QUALIFY FORM** (rev. 03/22/19)

Your indigent supply request is being returned for the following reason(s):

_____ 1) Records indicate that you have used all general postage for the month. You are allowed $2.75 in general postage for the month, you have utilized $_____ BP-03.91 (08/23/13)

_____ 2) Records indicate that you have used all legal postage for the week. You arc allowed 5 Legal Items Per Week & you Used #_____

_____ 3) If you do not have an ID Card & you have a valid ITF-8 Pink Slip, you must state this on the I-302

_____ 4) You failed to fill out the I-302 Indigent Supply Request Form completely/accurately

_____ 5) Correspondence to TDCJ Officials shall be sent by TRUCKMAIL when feasible

_____ 6) The Indigent Supply Program does not issue supplies to Commissary Restricted offenders – you must obtain correspondence supplies from the unit commissary (AD-14.09)

_____ 7) You failed to provide **LEGAL** justification

_____ 8) **YOU ARE NOT INDIGENT**

_____ 9) Indigent Supply days are as follows: Monday - Main Building   Wednesday - High Security   Friday - RMF/SAFP

____✗____ 10) You failed to exhaust the following previously issued supplies:

| PAPER | ENVELOPES | PEN |
|---|---|---|
| _____ No legal justification submitted in order to receive legal supplies, you must submit: court cause #, etc. | Date: 9-11-2020  Total issued: 5  Total remaining: 3 | ✗ No exchange; must turn in entire indigent pen that was issued on 9-11-2020 (A commissary pen is not an exchange) |
| ✗ Fail to utilize/exhaust previously issued personal paper issued on 9-11-2020 | *LEGAL*  Date: 9-11-2020  Total issued: 5  Total remaining: 2 | *CARBON PAPER*  _____ No exchange; must turn in carbon paper (#_____) issued on date: |

Hestand, J. # 1343536

NOV 0 2 2020

MB      A1-107      Date: 11-02-2020

Excuse me, I need a Writ Envelope to mail a bunch of Legal Work out to my Lawyer: Attorney Tanika J. Solomon in Houston, TX ~ I am ready to go. I hope your Halloween was OK. Thank you and have a nice day!

you need to provide the full address + how may pages you are sending out.    Foley

Excuse me, I put in last week a form I-60 for legal materials and did not get any response?!! I am both working a Civil & Criminal Case and need to keep studying the law non-stop as I have done for a long time and it doesn't matter where I am. I've been here 2 weeks already and need the following :

#1) Tex. Code Crim. Proc. - Art. 1.05
#2) Tex. Code Crim. Proc. - Art. 38.073
#3) SCFO - Handbook V1
#4) I-60s and Grievances "10 of each kind..."

"I will return all materials properly regardless of any movement. I do not play about legal issues at all." ~~~~

Name: Mr. Hestand          No: 1343536          Unit: Estelle

Living Quarters: A1-1AH-07          Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

Incomplete, you need to provide your first name or inital

OCT 1 5 2020

10-16-2020

I-60 (Rev. 11-90)

SUBJECT: State briefly the problem on which you desire assistance.

I need 5 Affidavits of Verification notarized because all of them are going across State Lines to "IWOC-HQ, P.O. Box 414304, Kansas City, MO 64141" which is part of the "Industrial Workers of the World Union, And also because they all regard the release of my Prison Records/Medical Records/etc. to "KC IWOC-HQ" and they all give authorization for both "Governor Greg Abbott of Texas & CID Director Lorie Davis of Texas" to communicate/Share any/all information pertaining to my current & future health condition, medical treatment, and/or the condition of my incarceration with "KC IWOC-HQ, P.O. Box 414304, Kansas City, MO 64141... Thats all why I need them to be notarized...

Name: Damon Hestand _____ No: 1343536 _____ Unit: Michael

Living Quarters: 12E-18cell _____ Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

*(Carbon Copied)*

TO: _Public Notary / Law Library / A.J. Watson_ DATE: _8-14-2019_
        (Name and title of official)

ADDRESS: _Michael Unit_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Please let me Know "what happened with the .20¢ Withdrawal we did on 6-10-2021 for the "front & back" copies of my prison ID card to be included with the $44 Withdrawal going with "Notarized Application for Death Certificates" going to Texas Vital Statistics."? Thanks! ---I am ready with everything! Bless y'all too! --- I really need this done and on its way! Please help me get this done! Have a nice day!

Name: Mr. Jamon Hestand.          No: 1343536          Unit: Michael

Living Quarters: 12D-75cell          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

This Request was processed. It could take 6 to 8 weeks. to come Back.

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: *Law Library*          DATE: 7-8-2021

              (Name and title of official)

ADDRESS: *Michael Unit*

**SUBJECT:** *State briefly the problem on which you desire assistance*

Please let me Know what happened to the .20 ¢ Withdrawal for a front & back copy of Prison ID that we did on 6-10-2021! I'm waiting for that to proceed with the other Withdrawal for $44 to Department of State Health Services - Vital Statistics! I need this done as soon as possible! thanks!

We are Still waiting on the check.

Name: Mr. J. Hestand

No: 1343536

Unit: Michael

Living Quarters: 12D-75 cell

Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

JUN 2 9 2021

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd., Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Law Library_      DATE: _6-28-2021_
(Name and title and of official)

ADDRESS: _Michael_

SUBJECT: *State briefly the problem on which you desire assistance.* (Carbon Copied)

I need to place a legal phone call with Attorney Tanika J. Solomon/
T.J. Solomon Law Group, PLLC
2120 Welch Street          Phone # (713) 640-5956
Houston, TX 77019

That is my Attorney & Legal Representative as is that entire Law Group!
We need to discuss very serious access to courts issues pertaining to serious
Human & Civil Rights violations and also Power of Attorney issues...

Name: Jaman Hestand                    No: 1343536        Unit: Michael

Living Quarters: 12D-33cell            Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

*(Carbon Copied)*

TO: *Access To Courts Suprivisor*　　　　　DATE: 3-29-2019
　　　　*(Name and title of official)*

ADDRESS: *Michael Unit*

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me, what happened to the letter going to the "T.J. Solomon Law Group, PLLC / Attorney Tanika J. Solomon in which was a document that got Notarized by Officer Aaron J. Watson on November 29th 2018?!

Name: J. Hestand          No: 1343536          Unit: Michael

Living Quarters: 12D-33cell          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

It was sent to the mailroom from the Law Library.
A W) Contact the mailroom for more information.

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Law Library _____ DATE: 3-12-2019

(Name and title of official)

ADDRESS: Michael _____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me, I need to know if anyone put $40 on my Inmate Trust Fund for the month of January 2020 because I never got it and need to know if medical and/or the Law Library took it all or what?!! Please let me know as soon as possible ---thanks!

Name: J. Hestand          No: 1343536          Unit: Michael

Living Quarters: 12D-43 cell          Work Assignment:

**DISPOSITION:** (Inmate will not write in this space)

You are going to have to contact Inmate Trust Fund for this information. We don't have access to this.   RH

FEB 2 1 2020

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Law Library_ 
*(Name and title of official)*   DATE: _2-20-2020_

ADDRESS: _Michael Unit_

| Name | Number | Housing |
|------|--------|---------|

*Reason for Indigent Request Not Being Filled:*

_____ The Law Library does not give out account balances... For this info contact Inmate Trust Fund. PO Box 60 Huntsville, TX 77342

_____ Extra supplies (both legal and personal) require proof of need. History does not show usage of supplies already issued.

_____ Incomplete address of person to receive the letter. Needs a name, City, State, zip code.

_____ Incorrect or no return address on envelope-use full name.

_____ Indigent Request Form must be filled out correctly and SIGNED by the Offender. Please follow instructions.

_____ Indigent will not mail out personal property (e.g. art work; magazine/newspaper clippings; photos; homemade cards). Please remove.

_____ Must state need for corresponding with this person. Not approved offender-to-offender correspondence

_____ No homemade envelopes can be mailed out.

_____ Not Legal as addressed. You cannot seal this letter.

_____ General correspondence pens are issued once per month. Pens and Carbon must be exchanged one for one.

_____ Postage was not placed on these letters. Amount needed would put you over your allowed limit.

_____ You can use Indigent after 7 days of Lockdown.

_____ Writ envelopes are for LEGAL USE ONLY and you must provide the address and justification of need.

_____ **You are not indigent. Go through commissary.**

_____ You cannot write/draw anything on the outside of the envelope other than the addressees and LEGAL if it meets the criteria.

_____ Per BP-03.91 Uniform Offender Correspondence Rules, you have utilized the maximum of five (5) one-ounce domestic letters per month for general correspondence.

_____ You have utilized the maximum of five items for Legal, Special Media this week.

_____ You have used your full allotment of supplies for the month for general correspondence.

_____ You may spend $20.00 every thirty (30) days at the Commissary for writing supplies while on Restriction.

_____ Inter-agency truck mail will be used when communicating with TDCJ officials. Truck mail envelope may be requested via the Mailroom.

Received On: November 13th, 2018...

**SUBJECT:** State briefly the problem on which you desire assistance.

Please let me Know if there is a Fedral Court Fee owed on my Inmate Trust Fund account right now where they get 20% of any $ put into my account? IF Should say I owe $350! Please let me Know!

And if the Fedral Court Fee is on there, please let me Know If any of it has been payed yet because I'm waiting on a Check to clear! thanks and bless your Saul!

← I need more I-60s & Law Library request slip!

Name: Mr. J. Hestand          No: 1303536          Unit: Michael

Living Quarters: 120-75 cell          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)   Law Library do not Provide information about your account contact Commissary and trust fund.

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Ms. S. Smith / Law Library_          DATE: _1-25-2022_
        *(Name and title of official)*

ADDRESS: _Michael Unit_