# Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of "Case #: 6:22-cv-00006-JCB-KNM" in the "U.S. District Court - Eastern District of Texas - Tyler Division", here-with this affidavit, present "Grievance #2022070171 & Documentary Evidence" for the Court to Consider Urgently, to attach to the "Main Events" Grievances I sent the Court on March 2nd, 2022; and to support the "FACTS" of my Complaint.

"Grievance #2022070171" is very clearly an "Emergency Grievance" under "Administrative Directive - 03.82" of the "Texas Department of Criminal Justice" and "Emergency Grievances shall be processed regardless of any screening criteria. But, "Unit Grievance Investigator & Supervisor - Crystal A. Reyes" used the screening criteria in direct violation of "Administrative Directive - 03.82" of the "Texas Department of Criminal Justice" and so this "UGI Supervisor - Crystal A. Reyes" has deliberately violated my Protected Conduct of Filing Grievances to Obstruct Justice with full awareness that I am a Plaintiff in a very serious Federal Lawsuit which is extremely obvious at this point and "FHA - Terri Wilke" put her name on this violated Grievance too as the "Medical Signature Authority" therefore Knowingly participating in these major violations of my Human & Civil Rights that is ongoing as of now.

The "Carbon Copy I-60" to "Director Correctional Health - Jaye Escobar" that I sent on March 3rd, 2022, shows me trying to resolve the Emergency Issues reflected in "Grievance #2022070171" but I have gotten no response as of yet and this person is the one who has authority over the entire Medical Department on Robertson Unit and is supposed to be the one handling any Emergency Medical Grievances and the Wardens I mention in the forementioned Grievance are also responsible for Investigating Emergency Grievances like the one included with this affidavit.

The Medical Department/Personnel here at Robertson Unit and in this particular Region of the TDCJ-CID are from "Texas Tech University" working under Color of State Law for the TDCJ-CID and after only being here on Robertson Unit from Michael Unit since February 10th, 2022; I am already being subjected to major violations against me & my disabilities under the Americans with Disabilities Act with Medical Malpractice and very deliberate indifference to my serious Medical Needs all at the same time by these Texas Tech Medical Department/Personnel who are working here at Robertson Unit under Color of State Law and they are in fact violating the Human & Civil Rights of all the Incarcerated Persons on Robertson Unit 12 Building E-pod who all come from Michael Unit 12 Building which is under a serious investigation after over 27 deaths of mentally ill Incarcerated Persons who committed suicide to escape the Terrible Conditions of Confinement & Endless Torture that we were all being subjected to relentlessly by Prison Officials & Staff for years...

And here we are on Robertson Unit 12 Building E-pod getting abused by ignorant unqualified Staff/ being starved continuously/ our mental illnesses violated & disregarded/ no proper medical care for our mental & physical disabilities/ no treatment or rehabilitation after being tortured at Michael Unit/ tortured again/ violated by Texas Tech Medical Department & Personnel to the extreme/ no therapy whatsoever/ our disabilities violated non-stop/ our diets changed/ our medical passes taken for no good reason/ Subjected to violence & threats of violence by unqualified Staff/ etc.

And I am still coughing bad stuff out of my lungs and I can not go anywhere because of my stolen Cane/ BioSkin Knee Support/ and medical passes while I'm being Starved and forced to eat food that violates my Religion and serious medical needs simultaneously!

"I declare under penalty of perjury that the foregoing is true & correct."
Executed On: March 8th, 2022   Jamon Nathaniel Hestand
TDCJ-CID #1343536   Jamon Nathaniel Hestand