# Texas Department of Criminal Justice

## STEP 1

## OFFENDER GRIEVANCE FORM
(Carbon Copied)

Hestand, Jamon

| | |
|---|---|
| Grievance #: | 2022070117 |
| Date Received: | MAR 02 2022 |
| Date Due: | 04-16-22 |
| Grievance Code: | 1012 |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: **Mr. Jamon Hestand**  TDCJ # **1343536**

Unit: **Robertson**  Housing Assignment: **12E-32**

Unit where incident occurred: **Robertson**

*Medical Malpractice & Deliberate Indifference.*

*+ Retaliation.*

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Medical Department/Sgt. B. Pulliam**  When? **3-1-2022**

What was their response? **Negative**

What action was taken? **Medical Malpractice & Deliberate Indifference with retaliation.**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In retaliation for my Federal Lawsuit at the "United States District Court - Eastern District of Texas - Tyler Division" with "Case #: 6:22-cv-00006-JCB-KNM"; FNP-Jackie Gregory, under the authority of the Director of Correctional Health - Jaye Escobar, "suddenly" here on Robertson Unit, goes on my medical file without me being present whatsoever and deliberately put an end to all my "Medical Passes" for: Cane / BioSkin-Knee Support / No Cuff Behind Back; that I have had continuously since the start of 2018 because of very serious injuries sustained to my: right leg / right knee / right foot & ankle / back / right shoulder / right arm / right forearm / right hand / neck / head / ribs / etc. of which are all very well documented throughout my medical records going all the way back to December 10th, 2014 up til now and from February 13th, 2018 up til now... Because of this retaliation & harassment against me by FNP-Jackie Gregory, Sgt. Brandon T. Pulliam came to my cell with two Correctional Officers and threatened me with a Use Of Force with a 5 Man Team & Chemical Agents if I did not give him my Cane and Knee Support so I gave it to him and they left... Obviously this Extreme ignorance committed against me by FNP-Jackie Gregory is in conspiracy against my rights with Defendants in the forementioned Federal Lawsuit which means that Wardens: Jennifer S. Cozby / Raleigh W. Breeden / Penny K. Dickerson surely know about the forementioned Lawsuit along with others on Robertson Unit who are In Leadership positions like: Unit Grievance Supervisor / Majors / Medical Supervisor / etc... Why else would FNP-Jackie Gregory suddenly go and access my medical file behind my back and violate me and disabilities under the Americans with Disabilities Act, commit Medical Malpractice against me, and show very

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix F

deliberate indifference to my serious medical needs all at the same time out of nowhere?? And FNP-Jackie Gregory also stopped my Hypo-Snack and changed my Medical Diet of "No Beef/No Pork" to a regular diet forcing me to eat meat that has the highest uric acid content which is bad for my liver and kidneys especially when I deal with several adverse medical issues simultaneously so her negative actions against me make me believe she is also tampering with my medical file even worse than what is obvious to me so far that she has done with evil intentions & evil motives against me when I am a Plaintiff in a major Federal Lawsuit and I am still sick since at least January 31st, 2022 up til now coughing stuff out of my lungs with occassional blood specks & green spots ...

**Action Requested to resolve your Complaint:** *Return my Cane & Bioskin Knee Support and renew my medical passes, Protection from FNP-Jackie Gregory permanently and reversal of all her negative actions against me. Stop conspiracy against my rights because of my Federal Lawsuit forementioned.

**Offender Signature:** _Tamon Hstant_          **Date:** 3-2-2022      MAR 04 2022

**Grievance Response:**

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☒ 5. No documented attempt at informal resolution. **1-60 to FHA WILKE FOR INFORMAL RESOLUTION**
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** C. Reyes / C Reyes

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _Jerie Wilke, FNP_

**1-127 Back** (Revised 11-2010)

*(Carbon Copied)*

**OFFICE USE ONLY**

Initial Submission          UGI Initials: CR
Grievance #: 2022070171
Screening Criteria Used: #5 699
Date Rec'd from Offender: 03-2-22
Date Returned to Offender: MAR 04 2022
**2nd Submission**          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
**3rd Submission**          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

Appendix F

(Carbon Copied)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

FNP-Jackie Gregory on March 1st, 2022 suddenly without me ever being present before her at any given time, goes on my medical file and goes on a rampage violating me and my disabilities under the Americans with Disabilities Act and committed major medical malpractice against me while also showing very deliberate indifference to my very serious medical needs all at the same time in a conspiracy against my rights with the Defendants of my Fedral Civil Lawsuit at the U.S. District Court — Eastern District of Texas with Case #:6:22-cv—00006-JCB-KNM" in retaliation for that lawsuit which I know very well that Leaders here on Robertson Unit know about very clearly. I need everything changed back to way it was before that FNP-J. Gregory touched my

Name: Mr. J. Hestand        No: 1343536        Unit: Robertson    medical file

Living Quarters: 12E-32cell        Work Assignment: _____    immediately!

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

(Carbon Copied)

TO: Director Correctional Health — Jaye Escobar   DATE: March 3rd, 2022

(Name and title of official)

ADDRESS: Robertson Unit