IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS — TYLER DIVISION

Mr. JAMON N. HESTAND
  Plaintiff,

V.   § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et.al.
  Defendants

## OBJECTIONS

I, JAMON N. HESTAND, the Plaintiff of above styled Case, hereby present "OBJECTIONS" to "U.S. District Judge J. Campbell Barker" for consideration in regards to "Documents 31 & 32" and the Denials of my Motions for Service of Summons & Appointment of Counsel in "Documents 26 & 27." (I got Document 31 & 32 delivered to me on March 9th, 2022 here on Robertson Unit 12 Building E-pod 32 cell of the TDCJ-CID with no "Acknowledgement Card" included.)

\* I hereby OBJECT to the Denials of my Motions in "Documents 26 & 27" as forementioned and present the following Grounds for consideration & relief appropriately under Law and in the interest of Justice:

#1) "Case #: 6:22-cv-00006" rose from the ashes of "Case #: 6:20-cv-00071" and go hand in hand with an enormous amount of Facts, evidence, data, etc. presented to the Court in those Cases by me and Attorney Tanika J. Solomon from February 13th, 2020 up til now and ongoing and what we presented to the Court should be considered carefully & continuously regardless of misunderstandings or errors...

#2) Most of the Defendants listed in the current Case have a history of evading Service and/or helping each other evade Service in a real conspiracy against my rights to Obstruct Justice.

#3) The "JURISDICTION" I presented in my Complaint on "Page # 3 & 4" with "Paragraph 1" should be used properly throughout this entire Case by the Court which was not done in "Documents 31 & 32."

Page # 1 of 3

#4) My Complaint, in its entirety, including all: supporting affidavits/witness statements/Grievances/documentary evidence/etc.; is most definitely not frivolous or malicious and it does not fail to state a claim upon which relief may be granted and with my Full JURISDICTION in mind, I do not seek monetary relief from Defendants who are immune from such relief. I'm suing Defendants in their Officials & Individual Capacity for both monetary damages and/or injunctions.

#5) My Motions in "Documents 31 & 32" were not investigated properly in regards to "Documents 26 & 27" as forementioned.

#6) Although "Appointment of Counsel" under "28 U.S.C. 1915(e)(1)" is at the "Discretion" of the Court; that "Discretion" under Fedral Law is subject to a strict code of ethics & rules which is part of the reason for "Title 28 U.S.C. §§ 351-364" and so an abuse of "Discretion" that shows favoritism for the Defendants is grounds for disqualification of a Judge and is Judicial misconduct which I mention not only for consideration of my Objections but also for what I must reveal in the next "Paragraph".

#7) For no good reason that I can fathom, "Document 14" has been improperly ignored by this Court and "Document 14" contains: "Order To Show Cause For Preliminary Injunctions & Temporary Restraining Orders/Supporting Affidavit/Memorandum Of Law" but it gets ignored by the Court while I as a Plaintiff under Fedral Law, from February 13th, 2020 all the way til now & ongoing thru "Case #: 6:20-cv-00071" to this "Case #: 6:22-cv-00006", have been Unlawfully Violated by Defendants and their Affiliates the entire time to the extreme of madness which I have reported to this Court myself since the start of this new "Case #6:22-cv-0006" and nothing been done by this Court to stop the Vicious Unlawful behavior perpetrated against me by Defendants & their Affiliates this entire time with the full awareness of this Court while "Document 14" has been ignored by this Court in favor of the Defendants & their Affiliates which has subjected me to major Unlawful Violations of my Human & Civil Rights under International & Fedral Law perpetrated against me by Defendants & their Affiliates all the way up til now & ongoing! Ignoring "Document 14" in this Court is a grave injustice against me and a major abuse of Discretion to the extreme!

✳ I Know that I have made many serious mistakes in my Life of which some were against the Law of the Land so that I had to face the

Page #2 of 3

Consequences for my unlawful behavior whether or not I agreed with the Law of the Land because from my birth up til now, I have not been a lawful sovereign and so if I am, as a United States Citizen, subject to the Laws of the United States, then so is every other United States Citizen also which means that they must also face the consequences for their unlawful behavior according to the Supreme Law of the Land regardless of their position in this Society of the United States or otherwise. I have been subjected to hypocritical laws that are one sided in favor of those in Power and that would be a major violation of Democracy to the point where I would be subjected to Fascism instead of Justice and I truly hope that is not the case!

* And with that being said; I, JAMON NATHANIEL HESTAND, Social Security#: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, Born: April 27th, 1981; the "Fedral Plaintiff" of both "Case#:6:20-cv-00071 & Case#:6:22-cv-00006" in the "United States District Court-Eastern District of Texas-Tyler Division"; here-by INVOKE the SUPREMACY CLAUSE of ARTICLE VI of the CONSTITUTION OF THE UNITED STATES to be the guiding Principal in this Case before the Court so that everyone who is involved with this Case be subject to the AUTHORITY OF THE UNITES STATES here forth in the name of Justice there-with.

* And with All the fore-mentioned in mind, I hereby Move the Court to Activate "Document 14" appropriately & urgently and to Grant my Motions in "Documents 26 & 27"; there-fore reversing the Denials in "Documents 31 & 32", and in Granting my Motions in "Documents 26 & 27", do so with a full & proper investigation under Fedral Law and GRANT my Motions to the fullest extent of the Supreme Law of the Land in the name of Justice & Mercy.

"I declare under penalty of perjury that the foregoing is true and correct.

* Executed On: March 11th, 2022
Jamon Nathaniel Hestand
Jamon Nathaniel Hestand
SSN: 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
Born: April 27th, 1981
TDCJ-CID#1343536

Page#3 of 3