## Sworn Affidavit:

I, JAMON NATHANIEL HESTAND, the Plaintiff of Case #: "6:22-cv-00006-JCB-KNM" in the "U.S. District Court - Eastern District of Texas - Tyler Division", here-with this affidavit, present Documentary Evidence & Grievances for the Court to consider and to support the "FACTS" of my Complaint.

The included Documentary Evidence & Grievances here-with this affidavit reveals more of the: Conspiracy Against my Rights to Obstruct Justice along with violations of my serious medical needs and the Campaign of Retaliation & Harassment Against me with major elements of the "Malicious Prosecution" being implemented against me which extends beyond the current Defendants list which is definitely going to be enlarged & expanded by far as this Suit moves forward...

* The "Motion For Removal Of Counsel And Appointment Of New Counsel" that I sent to the "87th Judicial District Court of Anderson County, Texas" on January 5th, 2022 was sent back to me unprocessed by "Anderson County District Clerk - Teresia Coker" for no good reason whatsoever with a "Post It Note" on it that makes no sense at all and so they have deliberately violated my very legitimate Due Process Rights while appointing me "Ex-District Attorney of Anderson County, Texas - Attorney Stanley Sokolowski" which is an extreme conflict of interest and all of that madness has my Liberty Interest in serious danger that is ongoing.

* So, the letter from the "State Bar of Texas - Client-Attorney Assistance Program Staff" to me that I got on March 4th, 2022 here on Robertson Unit, was in response to another updated & improved "Motion To Remove Counsel And To Appoint New Special Counsel" that I sent to the State Bar of Texas on February 15th, 2022 which is reflected in the attached Carbon Copy of said Motion... I never wrote them a letter to the Client Attorney Assistance Program, I sent that Motion to the State Bar of Texas, itself. And the Motion I tried to send straight to the "87th Judicial District Court of Anderson County, Texas" was deliberately returned to me unprocessed as I explained in the last paragraph! So, I'm getting the run around with my Freedom at stake by corrupt State Officials!

Page #1 of 5

\* Then there's the letter from "State Counsel For Offenders" Staff "Attorney Jake Greenberg" with a copy of my Indictment (that I did not get served until March 31st, 2021) along with Copies of Motions he filed to the "87th Judicial District Court of Anderson County, Texas" on July 29th, 2020 to Assistant District Attorney of Anderson County, Texas of the Special Prosecution Unit... I received the letter from Attorney Jake Greenberg on August 13th, 2020.

I have never obtained any response to those Motions filed by "Attorney Jake Greenberg" whatsoever and only had one legal phone with him on February 3rd, 2021 in which he told me I was being offered a 20 year Plea Bargain by the Anderson County, Texas District Attorney and I explained to him what was going on in detail and he said he would investigate further and get me back out for another Legal Phone Call the next week --- I never heard from him again or anyone else at the "State Counsel For Offenders" until September 27th, 2021 at which point "Attorney Wyvonne Hill" who is the Chief of the Criminal Section of the "State Counsel For Offenders" in response to a letter I wrote them asking about my Case and I also explained my Legal Situation to her and she said she would look into and get back at me in a week --- I again did not hear from anyone from "State Counsel For Offenders" until November 22nd, 2021 with the corrupt "Attorney Thomas Brewer" of the "State Counsel For Offenders" argues with me at Legal Phone Call that there is no defense for my Case and I better sign a Plea Bargain or I'm screwed, which infuriated me and I actually yelled at him on the phone in the Law Library at Michael Unit about my defense to the point where he said he would look into it which never happened as far as I know at all!

I have never got to examine any "Discovery" for this Criminal Case (Cause No. 87CR-20-34556) in the 87th Judicial District Court of Anderson County, Texas; whatsoever from November 5th, 2018 all the way til now & ongoing! It is pure corruption and utter madness to the farthest extreme! And "mysteriously" I am appointed the "Ex-District Attorney of Anderson County, Texas - Attorney Stanley Sokolowski" on February 2nd, 2022 which I have already explained in another Sworn Affidavit but here it is Sunday March 6th, 2022 and I haven't heard from Attorney Sokolowski yet but as can be seen clearly in the Motion I sent the "State Bar of Texas" on February 15th, 2022; I'm definitely not interested in any Legal

Page #2 of 5

Representation that violates my disabilities and/or causes any conflict of interest that put my Liberty in danger in any form or fashion!

* Lastly, the packet of Grievances/Disciplinary Case/I-60/etc. show the complete corruption, retaliation, conspiracy, ignorance, harassment, torture, etc. being implemented against me by TDCJ-CID Officials and Staff between November 2018 to January 2021 and also the complete madness & sickness of Quaja D. Goodman (TDCJ#1998426) along with the terrible conditions of confinement at Michael Unit 12 Building which I have revealed throughout "Case#:6:20-cv-00071-JDK-JDL" and "Case#:6:22-cv-00006-JCB-KNM" in the "U.S. District Court-Eastern District of Texas-Tyler Division" up til now & ongoing...

* I am actually innocent of allegations against me in "Cause No. 87CR-20-34556" in the "87th Judicial District Court of Anderson County, Texas" and so, if the Charges are not dropped/dismissed against me like they should be immediately, then I fully intend to fight those Charges thru appropriate Litigation as necessary.

At this point, in reference to the "LEGAL CLAIMS" of my Complaint and specifically but not limited to my "Malicious Prosecution" Legal Claim under "Paragraph 147(b)" of my Complaint and in reference to the unlawful actions & issues in connection to "Cause No. 87CR-20-34556" in the "87th Judicial District Court of Anderson County, Texas" as forementioned here and throughout my Complaint; it is very clear that the Conspiracy Against My Rights has extended beyond the Defendants list in my Complaint to include the: "State Counsel For Offenders" (with Attorneys: Jake Greenberg/Wyvonne Hill/Thomas Brewer)/Anderson County, Texas (with: Judge-Michael Davis" who very well may be or have been a member of the "Klu Klux Klan"/District Attorney-Allyson A. Mitchell/Asst. Attorney of the District-Cindy Garner/District Clerk-Teresia Coker/Ex-District Attorney-Stanley Sokolowski /et.al.) and apparently I'm gonna have to keep an eye on the "State Bar of Texas"...

The evidence being used against me falls under the "Exclusionary Rule" for the most part due to the very unlawful & unconstitutional way the evidence was obtained in the first place, so I do in fact have extreme "Standing" to challenge admission of this unlawfully

Page#3 of 5

obtained evidence because it all violated/violates my Constitutional Rights under Law. The Prosecution/Prosecutor seems to be using very "Selective Prosecution" against me with unlawfully obtained & tainted evidence when I'm trying to exercise my protected legal rights both at the "87th Judicial District Court of Anderson County, Texas" and at the "U.S. District Court - Eastern District of Texas - Tyler Division" and if it continues then I will be subjected to "Vindictive Prosecution" by the Prosecution/Prosecutor.

The State/Prosecution/Prosecutor is : With-holding Witness Testimony of Staff of TDCJ-CID & UTMB that were in direct contact with Quaja D. Goodman between November 5th, 2018 to November 7th, 2018 that never reported any injury to Quaja D. Goodman and that Quaja D. Goodman never reported any injury to either (Over 20+ Staff with around 100 encounters between them & Quaja D. Goodman in that time period)/ With-holding very serious "Exculpatory Evidence" in my favor that proves my innocence such as Quaja D. Goodman's medical history & records that reveal his extremely severe mental illness & self harm and/or conversation with Psyche Staff documented on the days in question for example in his medical records/ With-holding the fact that they actually destroyed all the "Video Evidence" from November 5th, 2018 to November 7th, 2018 that most definitely proved my innocence very clearly on Michael Unit 12 Building E-Pod C-Section by showing all the encounters Quaja D. Goodman had with Staff at his cell at that time period and showing him actually going to the shower uninjured on Video but it was all destroyed for no good reason whatsoever and there was the dayroom camera that can see right at his celldoor & tray slot!/ Using an Indictment against me that was obtained from the Grand Jury using extreme Government Misconduct & Subterfuge unlawfully/ etc.

Ever since November 5th, 2018 up til now; I have been subjected to corrupt & extremely disloyal Legal Representation that has deliberately done nothing in my favor whatsoever to Defend my Liberty Interest and so with no cooperation from any Legal Counsel in my behalf, I have been completely denied any "Speedy Trial" Rights and completely denied any "Discovery & Access To Evidence" that is against me or in my favor whatsoever! Consider the Motions filed by Attorney Jake Greenberg to Asst. District Attorney Cindy Garner on July 29th, 2020 that I have included copies of that he sent me and ⟶

Page #4 of 5

it is very clear how I have been badly violated by the "State Counsel For Offenders" as forementioned along with the "Anderson County District Attorneys' Office" of course and the "87th Judicial District Court of Anderson County, Texas" itself... And after all that madness I've been subjected to by these Officials including the related Defendants of my Civil Suit, they have the audacity to appoint me the "Ex-District Attorney of Anderson County, Texas - Attorney Stanley Sokolowski on February 2nd, 2022! That's crazy as hell! They need to dismiss that bogus felony charge against me in "Cause No. 87CR-20-34556" which would dissolve my "Malicious Prosecution" claim that will otherwise grow & expand to encompass all involved Entities & Individuals under Law who have participated in this major violation of my Human & Civil Rights which as far as I Know is ongoing...

Im going to send more Motions to that Criminal Court as necessary and proceed to the "State Commission on Judicial Conduct" if this madness is not resolved properly. They do not have the Legal Right to block my Motions but that's what has been done very clearly against my rights so I will do the best I can under fire of corruption and I will keep this Court fully informed.

"I declare under penalty that the foregoing is true and correct to the very best of my Knowledge.

Executed On: March 7th, 2022
*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID# 1343536"

Page #5 of 5