<u>87th Judicial District Court of Anderson County, Texas : Cause No. 87CR-20-34,556</u>

<u>Honorable Judge Michael Davis</u>

## MOTION FOR REMOVAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL...

I, Jamon Nathaniel Hestand, the Defendant in the above styled Case, and currently incarcerated under the Jurisdiction of the State of Texas within the Texas Department of Criminal Justice-CID; hereby move for this Court to remove <u>any</u> and <u>all</u> Legal Representation from the "State Counsel For Offenders" permanently and appoint me Legal Counsel outside of that organization for the following reasons/grounds:

**#1)** The "State Counsel For Offenders" is directly connected/involved with the Texas Board of Criminal Justice/Texas Department of Criminal Justice-CID/Office of the Inspector General and that is a major conflict of interest which makes it where they have divided loyalty and is a serious threat to my Liberty Interest & Due Process Rights under the US Constitution.

**#2)** The Texas Board of Criminal Justice/TDCJ-CID/and the Office of the Inspector General/along with OIG Officer Curtis D. Bitz and the TDCJ-CID Officials involved in the investigation of this Case, are Defendants in my Civil Case at USDC-Eastern District of Texas.

**#3)** In <u>over</u> 3 years, the "State Counsel For Offenders" has done nothing at all to formulate a Defense in my behalf whatsoever! And they have done that to me on purpose with evil intentions & evil motives! 3 years and 2 months of nothing?! That's madness! Because I do in fact have a very ferocious Defense to present but they are doing nothing in my behalf this whole time!

WHEREFORE, I, Jamon Nathaniel Hestand, request that the Court appoint: Attorney Tanika J. Solomon, Bar#24057713, of the Texas Bar, who is located at; 2120 Welch Street, Suite A; Houston, TX 77019; as Counsel in this Case as soon as possible.

Thank you for your time and consideration and please have a nice day.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

Executed On: January 5th, 2022

*signature*

Jamon Nathaniel Hestand
TDCJ-CID #1343536 "


\* Mr. Jamon N. Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA


need case #.
New Law. There's a
$5 ~ fee to look it up.

*Teresia Coker*
Anderson County District Clerk
500 N. Church St., Room 18
Palestine, Texas 75801

RETURN SERVICE REQUESTED

RO-022522

NORTH TEXAS TX 750
29 JAN 2022 PM 5 L

US POSTAGE $000.53
ZIP 75801
041L1257257

Samon Hestand #1343536
Michael Unit
2664 FM 2054
Tenn. Colony, TX 75886

# STATE BAR OF TEXAS



**CLIENT-ATTORNEY
ASSISTANCE PROGRAM**

Helpline: 800-932-1900
CAAP@texasbar.com
P.O. Box 12487
Austin, TX 78711-2487
Fax: 512-427-4442

February 28, 2022

Mr. Jamon Nathantiel Herstand 1343536

Robinson Unit
12071 FM 3522
Abilene, TX 79601

     RE: Your Letter
     File: 908905

Dear Mr. Herstand:

Thank you for contacting the State Bar of Texas. The Client-Attorney Assistance Program (CAAP) is a statewide voluntary dispute resolution service of the State Bar of Texas whose objective is to facilitate communication and foster dialogue in an effort to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings within the context of the Attorney-Client relationship. CAAP cannot, however, assist you with any underlying civil or criminal matter, provide legal advice, or take any action to remove, replace or compel your attorney to respond or take specific action.

We have received your letter. Please see the marked paragraph below that applies to your request:

_____1. To remove and/or replace a court appointed attorney or public defender, contact the Court Coordinator where your case is pending to have your request addressed. The State Bar of Texas has no jurisdiction or authority to add, remove, or replace attorneys.

_____2. To obtain court records or transcripts, contact the Court Clerk's office where your case was heard to make your request. Please be advised that pursuant to the rules of the jurisdiction, you may or may not be entitled to the documents requested, or there may be a fee associated with the copying of documents.

_____3. The State Bar of Texas does not have jurisdiction over the Court/Judges. We are unable to look into the merits of your court case. You may need to contact the State Commission on Judicial Conduct at P.O. Box 12265, Austin, TX 78711 to have your questions and concerns addressed.

_____4. We recommend you send a letter to your attorney and have your request/question addressed; make sure keep copy of the letter for your own records. If the attorney does not respond to the letter in 10 business days contact CAAP. CAAP might be able to assist you in re-establishing communication with your attorney before filing a grievance. Please review our enclosed information.

___X___5. **Pro bono attorney: we do not provide pro bono legal services. Enclosed please find a list of resources where you may write and express your concerns.**

Sincerely,
Client Attorney Assistance Program Staff

*I am a lawyer. I am entrusted by the People of Texas to preserve and improve our legal system.
I am licensed by the Supreme Court of Texas. I must therefore abide by the Texas Disciplinary Rules of Professional Conduct,
but I know that Professionalism requires more than merely avoiding the violation of laws and rules.
I am committed to this Creed for no other reason than it is right.*

87th Judicial District Court of Anderson County, Texas

JAMON NATHANIEL HESTAND
   Defendant

V.          § Cause No. 87CR-20-34556

THE STATE OF TEXAS
   Plaintiff

## MOTION TO REMOVE COUNSEL AND TO APPOINT NEW SPECIAL COUNSEL

I, JAMON NATHANIEL HESTAND, the Defendant of above styled Case, hereby move the Court to remove Attorney Stanley Sokolowski (Bar# 00794677) from representing me and appoint an Attorney who has no history of being a Judge or District Attorney of Texas and/or who has no history of working for or with a Judge or District Attorney of Texas and who is not located in Anderson County, Texas or its surrounding Counties and who has never worked for or with the 87th Judicial District Court of Anderson County, Texas and who does specialize in representing Incarcerated Persons with mental and physical disabilities that fall under the authority of the Americans with Disabilities Act for the following reasons:

#1) Any Attorney who has a history of being a Judge or District Attorney of Texas and/or who has a history of working with a Judge or District Attorney of Texas, is in direct conflict of interest with my Liberty Interest especially since they have participated directly in the Prosecution & Judgement of Incarcerated Persons with Criminal Charges.

#2) Any Attorney located in or directly around Anderson County, Texas can very well be connected to any of the Defendants listed in Case# 6:22-cv-00006-JCB-KNM at the U.S. District Court - Eastern District of Texas - Tyler Division, and due to that high profile Case, they can very likely have a major conflict of interest that will definitely adversely affect my Liberty Interest under Law.

#3) Any Attorney who has a history of working for or with the

Page # 1 of 2 →

87th Judicial District Court of Anderson County, Texas most definitely in conflict of interest with my Liberty Interest under Law.

#4) I am mentally ill and have physical disabilities that both adversely affect my major Life Activities in many ways that do in fact place me under the authority of the Americans with Disabilities Act and therefore I need an Attorney who knows how to handle Clients who are mentally & physically disabled under the Americans with Disabilities Act in order for me to have effective assistance of Counsel for my Liberty Interest.

"I declare under penalty of perjury that the foregoing is true and correct."

Executed On: February 14th, 2022

Jaman Nathoniel Hestand
TDCJ-CID# 1343536
Born: April 27th, 1989

Page #2 of 2

**STATE BAR OF TEXAS**
P.O. Box 12487, Austin, Texas 78711-2487

1960

Legal Mail

RD-030422
Received
Date

Jamon Nathantiel Herstand 1343536
Robinson Unit
12071 FM 3522
Abilene, TX 79601-



US POSTAGE
ZIP 78701
02 4W
0000382435 FEB 28 2022
$000.53