**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**
*(Carbon Copied)*

OFFICE USE ONLY

Grievance #: 2019049908

Date Received: DEC 12 2018

Date Due: 1-11-19

Grievance Code: 400

Investigator ID #: IIA83 2316

Extension Date:

Date Retd to Offender: DEC 27 2018

RQ-12 28 2018

Offender Name: Jamon Hestand    TDCJ # 1343536

Unit: Michael    Housing Assignment: 12E-62cell

Unit where incident occurred: Michael

Unjust Disciplinary Practices / Due Process Violations

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)?    Captain Vernon L. Allen    When? 11-28-2018

What was their response? Negative... Guilty verdict...

What action was taken? Excessive Punishment... Due Process Violations... False Testimony & Report...

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

On 11-20-2018 Counsel Substitute Rachel R. Rowland notified me of case # 20140068975 and I asked her to review video evidence and to interview some witnesses who were around the section where the supposed incident occurred on 12 Building E-pod C-Section "12E-37, 36, 40, 41, 32, etc." but during the Hearing on 11-28-2018 none of my witnesses were used in my behalf and there was no video evidence whatsoever introduced at this Hearing... The only evidence that was used against me was the still photographs of what Quaja Goodman # 1998426 did to himself to deliberately get special attention so he could be around women in the medical department and eat good food and the Hearsay Evidence by Lt. Gwendolyn R. Fuller who falsely claimed to see steam coming off a cup but didn't know exactly what time and at no time did I ever have a hot pot or anything else to make any hot liquid substance nor was I found with any such thing at that time or during the investigation and for Lt. Gwendolyn R. Fuller to refer to some supposed detailed evidence on video that I was denied access to regarding very serious allegations against me. That supposed video evidence would show very serious security violations in action and the fact that Quaja Goodman never reported an injury until days after the alleged incident proves that he hurt himself and also the injury is not consistent with what I supposedly did. The injury was somehow in a perfect circle right on his eye and nowhere else his face at all which is impossible when throwing something out of a cup. When throwing some liquid out of a cup it immediately spreads out and so if I did what the allegations claim then Quaja Goodmans' whole face or whole side of his face would be burned and gravity would have made it go down his face but he had no injury anywhere else but in a perfect circle around on his

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix

Qua Case Goodman 00006 # 2K1NM 19inmate on 4-8-18 filed 6-4-23 was again 31 roughs # hospa and use what I actually did against me to go to the Hospital to fuck hoes and eat good. He is extremely mentally ill and I am mentally ill also. So now this sorry ass inmate is getting the attention he wanted while I am punished for what he did to himself and my due process rights have been completely violated and when Captain Vernon L. Allen found me guilty without any hard evidence against me he went on to punish me way above and beyond what a mentally ill incarcerated person in solitary confinement is supposed to receive as a punishment with 45 days recreation, 45 days commissary, 30 days property, 45 days cell restriction, Remain Line 3, and 250 days Good Time Lost...

**Action Requested to resolve your Complaint.** #2)
#1) Over turn case #20190068475. *Fix punishment to correct range for mentally ill in solitary confinement.* #3) Protection from Quaja Goodman #1998426. #4) Due Process granted!

Offender Signature: _Vernon Hubbard_                    Date: 12-12-2018

**Grievance Response:**                                      RO-122918

Disciplinary case #20190068975 has been reviewed and no procedural errors were noted. There was sufficient evidence to support the guilty verdict. The punishment imposed was within established guidelines. This is a valid case as Fighting or Assaulting an Offender with a Weapon. Serious Injury will not be tolerated.

Signature Authority: _Kempt_ **Warden Kempt**          Date: 12/27/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**           UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**           UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

(Carbon Copied)



*Accept As Original*
*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: __Jamon Hestand__     TDCJ # __1343536__

Unit: __Michael__     Housing Assignment: __12E-62cell__

Unit where incident occurred: __Michael__

| OFFICE USE ONLY 8 |
|---|
| Grievance #: __2019049908__ |
| UGI Recd Date: __JAN 1 4 2019__ |
| HQ Recd Date: __JAN 1 6 2019__ |
| Date Due: __3-13-19__ |
| Grievance Code: __400__  __1312__ |
| Investigator ID #: |
| Extension Date: __3-15__ |
| __RO-03__ |

*12B 33*

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because.

Grievance # 2019049908 was not handled properly at all by Warden Pennie R. Kempt who deliberately violated my protected conduct of filing Grievances by falsifying the Grievance Response regarding Disciplinary Case # 20190068975. I was denied witnesses that I requested from Counsel Substitute Rachel R. Rowland... There was no video evidence to backup the claims of Lt. Gwendolyn R. Fuller about steam coming off my cup since I do not or did not even have anything to make hot water at all in the first place! So that Lt. Gwendolyn lied about a serious issue in order to deliberately persecute me as part of the campaign of harassment & retaliation against me being perpetrated by many prison officials & staff here on Michael Unit especially since February 13th 2018 when I was illegally assaulted & battered by prison officials & staff and they stole half my property so I'm not surprised by this further corruption against me now... There are plenty of procedural errors in this Disciplinary Case. There is not enough sufficient evidence to support the guilty verdict. The punishment imposed on me was not anywhere near the established guidelines and has very seriously agitated my mental illness while I'm forced to be in solitary confinement being tortured endlessly. Toilet water by itself is not a weapon at all. And Quinja Goodmans' injury was self inflicted to deliberately get special attention and get revenge on me for splashing him and us having disagreements & arguments. He did not even report any injury at all for days after this supposed incident took place and at no time did any prison officials or staff see or report any injury until days later all the sudden He was injured! Quinja Goodman is very seriously mentally ill and perverted sickly to the point where he is more than willing to do whatever it takes to be around Nurses or any Females period to fulfill his sick sexual fantasies that many of us inmates around him heard him talk about out loud on a regular basis like him repeatedly admitting to getting away with fucking a bunch of little girls before getting locked up...

I-128 Front (Revised 9-1-2001)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

I need this Disciplinary Case overturned and since Quaja Goodman is directly threatening my Liberty, I need protection from him from now on and always...

Warden Jennie R. Kempt should stop conspiring with others against my Human & Civil Rights like she has been doing to me on a very regular basis since she got to Michael Unit last year of 2018 up til now. with evil intentions & evil motives...

* Quaja Goodman is truly sick & demented and should be isolated away from others especially women and children anywhere at any time!

Offender Signature: _Taman Westbrook_     Date: _1-11-2019_

Grievance Response:

Disciplinary case # 20190068975 will be overturned. Your records regarding this case will be corrected. The option to rehear this case will be left to the Warden's discretion.

Signature Authority: _M. Blalock_ (M. BLALOCK)     Date: MAR 14 2019

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

Ra-032219

CGO Staff Signature: _____

I-128 Back (Revised 9-1-2001)     (Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20190008375 TDCJNO#01348535 NAME: HESTAND, JAMON                    EA: 12,5
UNIT: MI    HSNG: 12EF1   72.B     JOB: MENTAL HEALTH DIVERSION PROG    IQ: 050
CLSS: L3   CUST: MH   PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS:    LMHA
GRDE: MA / CM    OFF.DATE: 11/05/18   02:05 AM   LOCATION: MI 12 BUILDING
TYPE: ID

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT MI 12 E 34, OFFENDER: HESTAND, JAMON,
TDCJ NO. 01348535, ASSAULTED OFFENDER GOODMAN, GURJA 1998426 WITH A WEAPON,
UNKNOWN HOT LIQUID SUBSTANCE BY THROWING A CUP OF HOT LIQUID SUBSTANCE AND
STRIKING HIM ON THE RIGHT SIDE OF HIS FACE. MOREOVER, THE ASSAULT RESULTED IN
INJURIES TO OFFENDER GOODMAN THAT REQUIRED TREATMENT BEYOND FIRST AID.

CHARGING OFFICER: FULLER, LT                      SHIFT/CARD: 2 1

OFFENDER NOTIFICATION:   IF APPLICABLE INTERPRETER,          *Rachel R. Rowland*
TIME/DATE NOTIFIED: 10.36 11 30 18   :(PRINT)
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES   NO   IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE _____ Decline to sign _____ DATE: 11/30/18
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE _____   DATE: _____

HEARING INFORMATION

HEARING DATE: 11-2BB   TIME: 0730   UNIT: MI   FOLDER E   FILE 8   DSFILE 240/19    *Stephanie*
COUNSEL SUBSTITUTE AT HEARING: Rankin   FOLDER E  FILE 8   DSFILE 240/19    *P. Ranklin*
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) _____

OFFENDER STATEMENT: This offender reported this incident days
later he did you himself I did dash him with water out of the bottle
OFFENSE CODES:   02.2
OFFENDER PLEA: (G, (NG) NONE) | NG |    |    |    |
FINDINGS: (G) NG, DS) | G |    |    |    |
REDUCED TO MINOR(PRIOR TO DOCKET) __ (DOCKET) __ (HEARING) __ BY:(INITIAL) ____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT; B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: Officer Report And witness testimony

PUNISHMENT

LOSS OF PRIV(DAYS) ____   REPRIMAND.............. ____   SOLITARY(DAYS)....... ✓
*RECREATION(DAYS) 45   EXTRA DUTY(HOURS)...... ____   REMAIN LINE 3........ ____
*COMMISSARY(DAYS) 45   CONT.VISIT SUSP.THRU _/_/_   REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS).. 30   CELL RESTR(DAYS)....... 45   GOOD TIME LOST(DAYS). 30
* OTS(DAYS)..       SPECIAL CELL RESTR(DAYS) ____   DAMAGES/FORFEIT. $____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
To Modify the offender behavior

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ____ NO / NA
DATE PLACED IN PRE-HEARING DETENTION: N/A   HEARING LENGTH 7 (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: No Hand Restraints
Omit V.All
HEARING OFFICER (PRINT)   WARDEN              REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 24-16) COMUNIQUESE CON EL CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

Captain Vernon L. Allen

*Lt. Gwendolyn R. Fuller*

**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019084077 |
| Date Received: | FEB 2 5 2019 |
| Date Due: | 4·6·19 |
| Grievance Code: | 000 |
| Investigator ID #: | IT600I24W |
| Extension Date: | |
| Date Retd to Offender | APR 0 4 2019 |

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Estelle 12882   Housing Assignment: ~~[redacted]~~

Unit where incident occurred: From Michael to Estelle Unit
~Emergency~

RO-041119

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? On duty Lt. on Estelle    When? On 2-22-2019

What was their response? Would look into it

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Whoever organized the transit chain going to Estelle Unit from the Michael Unit put me on the bus with Offender Quaja Goodman # 1998426 who I was blamed for assaulting and causing injuries to beyond first aid on November 5th, 2018 which caused an Office of Inspector General investigation into those allegations which I denied...

I did not realize he was on the bus til we was already in motion. We got into a fight on the bus that went on for about half an hour or so on our way to the Estelle Unit. When I got to Estelle I waited until I saw a ranking Officer in the hallway - a Lt. and told him what happened. I was being escorted by Office Alacawangi (sp?)--- I still have Quaja Goodmans blood on my clothes but all we really did was wrestle violently until he gave up and he did attack me first in front of everybody too...

I requested protection from Quaja Goodman in Grievance #2019049908 due to him being a direct threat to my Life & Liberty. He is not supposed to be anywhere near me at all and right now he is only a couple cells away from me so I have to be ready for another attack from this psyche patient who I should've never been next to in the first place! Now I'm not sure what's about to happen next and if he gets close to me again I'm not gonna wait for him to attack me again. It's outrageous how huge of a security violation this is and he may be on the bus with me again and all that keeps popping up in my mind is how he hurt himself and blamed it on me which threatened my liberty so I'm having very bad thoughts about him →

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

that makes me want to do bad things to him ... I believe Quaja Goodman was put on the bus with me on purpose to try and harm me because when I got on the bus apparently he was hiding in the backseat until we got going then he attacked me ... He wasn't even supposed to be on the Unit with me after such serious allegations were made against me regarding November 5th, 2018 much less on the bus together and it may happen again too. I'm seriously agitated right now due to feeling threatened by an inmate working in a conspiracy with others against my rights ~ a conspiracy that has been ongoing since February 13th 2018 when I was injured illegally by prison staff ...

Action Requested to resolve your Complaint. A full scale investigation with the O.I.G... Protection from Quaja Goodman threatening my life & liberty. Stop this from happening again!

Offender Signature: _Jaman Brestant_          Date: _February 25th, 2019_

Grievance Response:

This grievance was processed in accordance with the Safe Prison's plan. Records reflect that an offender protection investigation regarding these allegations was initiated on 3-1-19 and completed on 3-4-19. You appeared before the unit classification committee, at which time it was decided that there wasn't sufficient evidence to substantiate your claims. No further action is warranted.

Signature Authority: _____ **Warden Meador**          Date: _4/2/19_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

(Carbon Copied)

Appendix F



MAY 1 0 2019

*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2019084077 |
| UGI Recd Date: APR 2 2 2019 |
| HQ Recd Date: APR 2 5 2019 |
| Date Due: 06-01 |
| Grievance Code: 000 |
| Investigator ID#: 12448 |
| Extension Date: |
| R5-071019 |

Offender Name: Jamon Hestand       TDCJ # 1343536

Unit: Michael       Housing Assignment: 12E-82 cell

Unit where incident occurred: Michael to Estelle 12A58
Deprivation of Rights Under Color of Law

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).       I am dissatisfied with the response at Step 1 because...

It did not resolve the complaint in Grievance #2019084077 at all regardless of the actual facts & solid evidence which I presented in the Step 1 Grievance #2019084077, nor did it grant any of my requested actions.

My Human & Federal & State Rights are being violated deliberately by Warden Charles O. Meador II and Major Sean F. Marshall while they were working under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005 specifically by Conspiring against my rights et al & together, obstructing justice for a very serious incident and leaving me in a situation where I am still at risk of personal injury or some other serious or irreparable harm that could adversely affect my Life or Liberty, making false statements to cover up criminal behavior & extremely gross negligence done deliberately, violating my Protected Conduct of Filing Grievance by retaliating on me & harassing me for trying to exercise my access to courts rights "which Warden Meador has been doing to me for a year now", agitating my mental illness and causing severe mental & emotional pain & suffering to me on purpose, etc. with very obvious evil intentions & evil motives against me...

I have requested Protection from Warden Charles O. Meador many times before in complaints I've filed over the last year but now I need Protection from Warden Charles O. Meador, Major Sean F. Marshall, Quaja Goodman, and →

I-128 Front (Revised 11-2010)       **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**       (OVER)

Appendix G

Lt. William T. Mullins who personally was directly involved in the events on February 13th 2018 when prison Officials/staff assaulted & battered me with serious injuries --- so he sure shouldn't be investigating my Offender Protection Investigation in the first place when he allowed his subordinates to hurt me on purpose during that excessive use of force! This is all wrong to the max!

**Offender Signature:** _Jimmy Penland_     **Date:** 4-19-2019

**Grievance Response:**

An investigation has been conducted into your complaint. An Offender Protection Investigation has been completed and no evidence has been found to substantiate your allegations of your life being threatened and retaliation. Any further evidence you may have to support your allegations should be brought to the attention of the Major or Warden. No further action is warranted by this office.

Offender Signature: _____     Date: _____

Grievance Response:

**Signature Authority:** B. BARNETT  _B Barnett_     **Date:** 5-1-19

| Returned because: *Resubmit this form when corrections are made. | OFFICE USE ONLY |
|---|---|
| ☐ 1. Grievable time period has expired. | Initial Submission _____ CGO Initials: _____ |
| ☐ 2. Illegible/Incomprehensible.* | Date UGI Rec'd:_____ |
| ☐ 3. Originals not submitted. * | Date CGO Rec'd:_____ |
| ☐ 4. Inappropriate/Excessive attachments.* | (check one) ____ Screened ____ Improperly Submitted |
| ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. | Comments: _____  Date Returned to Offender:_____ |
| ☐ 6. Inappropriate.* | 2nd Submission _____ CGO Initials: _____ |
| | Date UGI Rec'd: _____ |
| | Date CGO Rec'd: _____ |
| CGO Staff Signature: _____ | (check one) ____ Screened ____ Improperly Submitted |
| | Comments: _____  Date Returned to Offender: _____ |
| | 3rd Submission _____ CGO Initials: _____ |
| | Date UGI Rec'd: _____ |
| | Date CGO Rec'd: ____ Screened ____ Improperly Submitted |
| | (check one) ____ Screened ____ Improperly Submitted |
| | Comments: _____  Date Returned to Offender: _____ |

**I-128 Back (Revised 11-2010)**     **Appendix G**

## CORRECTIONAL MANAGED HEALTH CARE
## REFUSAL OF TREATMENT OR SERVICES

I, <u>HESTAND, JAMON</u> , TDCJ-ID Number: <u>1343536</u> decline the following services and treatments at the Texas Department of Criminal Justice:

<u>HG/O/UROOR</u>

_____

I understand the above documented treatment being refused is for the following condition(s):

<u>TESTICULAR DYSFUCTION</u>

_____

I understand that potential outcome(s) for refusing the treatment for the above documented condition(s) includes but is not limited to the following:

<u>WORSENING OF CONDITION LEADING UP TO DEATH.</u>

_____

I do not wish to have this above stated treatment or services.  I assume full responsibility for any and all consequences or personal inconvenience that may arise from refusal of services.

I understand that I may still request these or similar services in the future.

_____ / 1343536 _____     <u>2/22/2019</u>
Signature of Offender/TDCJ–ID #             Date

_____     <u>2/22/2019</u>
Signature of Witness (if offender unable or unwilling to sign)    Date

Reason offender did not sign: _____

I certify that the above named individual is alert and appears to understand the above listed information.

Marcy , Maybugh

_____ LVN     <u>2/22/2019</u>
Signature and Title of Health Care Personnel Obtaining Refusal    Date

I certify that the above named patient is alert and has demonstrated comprehension of the

above explained condition, treatment, and potential consequences.

HSM-82 (Rev. 7/13)                                             1 of 1

X |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||    #

Jamon N. Hestand                                    1343536

From February 22nd 2019 to February 26th 2019 On bus with alleged victim, who attacked me.
On transit medical Chain/Bus                                    2-22-19 to 2-26-19
                                                                                        Transportation/
Medical Chain to Estelle Unit, to Hospital Galveston and back to Michael Unit.

Keep Quaja D. Goodman #1998426 away from me. Transfer Goodman far away from me.
        On February 22nd 2019 right before shift change for dayshift I was told I
was on medical chain. When I got on the bus there was already several other
inmates on the bus. I did not notice Quaja D. Goodman until the bus was moving
at which he popped up from the far backseat from where he had been hiding
where I couldn't tell who it was til he got up and attacked me at which
time I fought him into submission. I was infuriated and did not want to
stop but a few other inmates asked me to chill out several times and I finally
did... Quaja D. Goodman #1998426 is the same inmate involved in Disciplinary
Case #20190068975 regarding me assaulting him with injuries beyond first aid
on 11-05-2018 which I denied the allegations which were also investigated
by the Office of Inspector General... I believe he was put on the bus
with me on purpose as retaliation for me trying to exercise my access to
courts rights non stop ever since I was assaulted & battered by Prison Staff
on February 13th 2018 with serious injuries here on Michael Unit due to the
fact that in Grievance# 2019049908 I already requested protection from
Quaja D. Goodman but Warden Pennie Kempt ignored that request deliberately
which has led to this incident at hand. I got Quaja D. Goodman's blood on
me during our fight which I sent to my legal representative already...

Handed To Officer L.          at  3:02am-3-2-2019
                                                             march
Jamon N. Hestand #1343536   Jamon N. Hestand    3-2-2019

Prisons/PREA Operations Manual (07/2014)   Attachment J              Page 2 of 6

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

12E - 18

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019087915 |
| Date Received: | MAR 0 4 2019 |
| Date Due: | 4-18-19 |
| Grievance Code: | C074 |
| Investigator ID #: | I30607 |
| Extension Date: | |
| Date Retd to Offender: | MAY 2 2 2019 |

RO-060319

Offender Name: **Jamon Hestand**   TDCJ # **1343536**

Unit: **Michael**   Housing Assignment: **120-33cell** 12A

Unit where incident occurred: **Michael & Hospital Galveston** 5B

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Nurse Rowe**   When? **2-25-2019**

What was their response? **I'll speak with the Doctor who was supposed to do your surgery.**

What action was taken? **She said I was re-scheduled for surgery.**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On February 22nd 2018 right before shift change for dayshift I was notified that I was on medical chain so I had to rush to be ready and an SSI who help Officer B. Neal in the 12 Building property room had to get my property out the cell... I go all the way to Hospital Galveston and I'm in a cell there and a Nurse - Ms. Rowe comes and tells me that they thought I refused medical chain. I told Her I never signed any refusal and if I did refuse, then why would I even be at Hospital Galveston... She tells me She has a signed Refusal Form and so I ask to see it... She goes and gets it and sure enough my signature is nowhere on the form but there is a signature for a Nurse and an Officer but both signatures are eligible in Chicken scratch handwriting... I told Nurse Ms. Rowe that not only did I not sign the refusal and neither of us could read it but on February 22nd 2018 and all through that morning I never was told I was even on medical chain until shift change for dayshift and I never spoke to anyone at medical that night at all about any medical chain whatsoever! ~ Nurse Ms. Rowe spoke to the Doctor who was supposed to do my surgery to work on getting me back on the schedule for surgery on my testicle...

So, not only was I put on chain with Quain D. Goodman #1998426 who I was blamed for harming with Disciplinary Case #20140068475 regarding a serious incident on 11-05-2018 and whom I asked for protection from in Grievance #2019044908 which Warden Pennie Kempt completely ignored but I was refused my surgery at Hospital Galveston because of more retaliation & harassment by Prison Staff at Michael Unit that has been ongoing since

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

27

Appendix F

February 19th 2018 when I really started exercising my access to courts rights to challenge Human & Civil Rights violations and have met great resistance from many Prison Officials & Staff.

There's no good reason or explaination for any of these problems I brought up in this complaint that were caused by Prison Officials & Staff who got me on same bus with Quoja D. Goodman and refused my medical appointment without my consent for a serious surgery with evil intentions and evil motives which has also caused me physical, mental, and emotional pain & suffering and agitated my mental illness even more than ever before...

**Action Requested to resolve your Complaint.**
Stop retaliation & harassment against me. Transfer me to Estelle Unit so I can get better medical care. Stop interferring with my medical appointments. Keep Quoja D. Goodman away from me.

Offender Signature: _Jamon Westand_      Date: 3-4-2019

**Grievance Response:**

Per record review, you were scheduled and seen by Hg on 2/13/19.

KATHY GREY, RN

Signature Authority: _____     Date: 5/14/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

(Carbon Copied)



THE STATE OF TEXAS

*(Carbon Copied)*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2019087915

UGI Recd Date: JUN 0 5 2019

HQ Recd Date: JUN 0 7 2019

Date Due: 07-20

Grievance Code: U74

Investigator ID#: I0352

Extension Date:

20-0718A

Offender Name: Jamon Hestand   TDCJ # 1343536

Unit: Michael   Housing Assignment: 12E-18

Unit where incident occurred: Michael & Hospital Galveston

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because.*

it did not resolve the issue at all and RN-Kathy Grey had no business responding to my Grievance #2019087915... I never signed a refusal for my medical appointment on February 25th to February 26th 2019 and that was for a surgery on my left testicle and here it is over 3 months later and I've been denied this surgery because of retaliation & harassment by Prison Officials & Staff here on Michael Unit.

I was also denied my medical chain without my consent on April 5th 2019 for no good reason and here I am left in pain and non stop suffering because Prison Officials & Staff here on Michael Unit won't to torture me for me trying to exercise my access to courts rights since February 13th, 2018 up til now. Kathy Grey has violated my protected Conduct of filing Grievances and Investigator ID # I 2667 lied about returning the Grievance to me on May 22nd 2019 because I didn't get it back til June 3rd, 2019 at mail call that night because the Grievance Office deliberately held on to it trying to let the time run out but according to AD-03.82 this is an Emergency Grievance anyways.

This complaint was not investigated properly by the correct authority at all and not only were my requested actions ignored but I'm still being denied my surgery and other serious medical appointments →

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

and I'm left in pain & suffering this whole time here on Michael Unit where I am being harassed & retaliated on by many Prison Officials & Staff in a serious conspiracy against my rights out of control. Its torture I'm being subjected to and its making me have bad dreams, angry outbursts, flashbacks, bad thoughts about others, trouble sleeping, etc.

**Offender Signature:** _Jomon Heastont_  **Date:** 6-4-2019

**Grievance Response:**

A review of the Step 2 medical grievance has been completed regarding complaint on 2/22/2018, you went to Hospital Galveston (HG) and were told by the named nurse, they were informed you had refused. You complained you were put on chain with the named offender, whom you were blamed for harming. You explained surgery was refused at Hospital Galveston (HG) because of more retaliation and harassment by prison staff. Action requested was for retaliation and harassment to stop, provide transfer to Estelle Unit for better medical care, stop interfering with medical appointments, and keep you away from the offender named.

The appellate review of Step 2 revealed you were scheduled for a Hospital Galveston/O/UROOR for 2/25/2019. A Refusal of Treatment or Services form was signed by nursing personnel with a witness signature on 2/22/2019, not 2/22/2018. Clinic notes reflect a provider saw you on 6/13/2019, at which time you refused assessment for scrotal swelling. A new referral was submitted to Hospital Galveston Urology clinic on your behalf. You may wish to address the status of the referral by submission of an I-60.

Your Access To Care concern has been forwarded for further review by university medical management. The review of available documentation indicates that you did not attempt informal resolution through the medical supervisory staff. Reference Correctional Managed Health Care Policy A-12.1, Attachment A, "Offender Complaints and/or Grievance About Medical Care" for further information on how to informally resolve future medical issues. Complaints against housing or transportation with specific offender's should be directed to classification and security personnel and are not within the authority of the health services division. You will need to address these concerns through the warden's office at the unit level. No further action is warranted from this office through the grievance process.

**Signature Authority:** _____  **Date:** 6/21/19

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

**Returned because:** *Resubmit this form when corrections are made.*

☑ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**  **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened  _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**  **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened  _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**  **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened  _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**I-128 Back (Revised 11-2010)**  **Appendix G**

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM
*(Carbon Copied)*

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019106382 |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: __Jamon Hestand__    TDCJ # __1343536__

Unit: __Michael__    Housing Assignment: __12E-82cell__

Unit where incident occurred: __Michael Unit__

__Unjust Disciplinary Practices / Due Process Violations__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Captain Olin C. Statham Jr.__   When? __April 4th 2019__

What was their response? __Finding of Guilt / Negative   APR 19 2019__

What action was taken? __Punished for something I did not do / Due Process Violations / etc.__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Here I have been found guilty of case #2019017.5100 by Captain Statham unjustly. This is the same case that I had overturned in Grievance # 2019049908 regarding case #20190068975 at the Central Grievance Office.

   This time Counsel Substitute Stephanie P. Ranklin notified me of case#2019017.5100 on 3-26-2019. I told her I want video evidence and I want the same witnesses that I was denied last time in case#20190068975 that were living in 12 Building E-Pod at the time of the supposed incident at 12E-32, 36, 37, 40, and 41 cell... But she did not see where those inmates were at the time of the incident, instead she just went to those cells almost 5 months after the incident and asked the inmates who live there now questions and none of them knew anything or would even give a statement at all. Knowing that inmates get moved around on a regular basis! Then, once again the video evidence was never used in court at all!

   Lt. Gwendalyn R. Fuller could not explain why no one reported any injury to Quaja Goodman #1998426 until days later after the supposed incident nor why Quaja Goodman did not report any injury until days later after the supposed in- cident! ~ The video evidence would show very serious security violations in action and that what I did is not consistent with the injury Quaja Goodman produced days later with a perfect circle right on his eye and nowhere else on his face at all which is impossible when throwing something out of a cup. When throwing a liquid out of a cup it immediately spreads out in a big area so if I did what the allegations claim then Quaja Goodmans' whole face or whole side of his face would →

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    APR 1 8 2019

MAY 0 9 2019    APR 19 2019   Appendix F

be burned and gravity would've made it go down his face but he had no injury, where else but in a perfect circle around on his eye which is not possible with what I actually did... Quaja Goodman is sick & perverted ~ He was talking out loud that he was gonna do self harm and use what I actually did against me to go to the Hospital to fuck hoes and eat good. Quaja is very mentally ill and I am mentally ill too but he was more than willing to do whatever it takes to be around Nurses or any Females period to fulfill his sick perverted sexual fantasies that many of us inmates around him heard him brag about like him admitting to getting away with fucking a bunch of little girls before getting locked up. ~ I am also being punished again with punishment I already did in case #20190068975 in this same case : Rec/Commissary/Property/Cell Restriction/etc.

Action Requested to resolve your Complaint.
#1) Over turn case # 20190175100 . #2) Get rid of punishment that I already did in case # 20190068975 that I'm being forced to do again. #3) Protection from Quaja Goodman #1998426 . #4) Due Process Granted!

Offender Signature: _Jamar Restant_      Date: 4-10-2019   APR 1 0 2019
                                                            APR 1 5 2019
Grievance Response:                                         APR 1 9 2019

Signature Authority: _____      Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☒ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

M. Price
Investigator III
R. Rowland / Investigator II

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY
Initial Submission          UGI Initials:
Grievance #: 20190100383
Screening Criteria Used: # 7-499
Date Rec'd from Offender: APR 1 0 2019
Date Returned to Offender: APR 1 0 2019
2nd Submission              UGI Initials:
Grievance #:
Screening Criteria Used:    APR 1 5 2019
Date Rec'd from Offender: APR 1 5 2019
Date Returned to Offender:
3rd Submission              UGI Initials:
Grievance #: 20190100383
Screening Criteria Used: # 7-499
Date Rec'd from Offender: APR 1 9 2019
Date Returned to Offender: APR 1 9 2019

Appendix F



*Carbon Copied*

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: __Jamon Hestand__     TDCJ # __1343536__

Unit: __Michael__     Housing Assignment: __12A-58cell__

Unit where incident occurred: __Michael__

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2019106382 |
| UGI Recd Date: | MAY 0 6 2019 |
| HQ Recd Date: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID#: | |
| Extension Date: | |
| | 6-05-2019 |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).     *I am dissatisfied with the response at Step 1 because.*

Grievance Investigators Margaret Price, Rachel Rowland, and Melissa Vixtha have all three violated my Protected Conduct of Filing Grievance #2019106382. There was no reason for them to screen my Grievance on a Disciplinary Appeal just because I was explaining what me & witnesses all heard come out of Quaja Goodmans mouth on a regular basis. I had already got this case overturned in Grievance #2019044908 but Warden Charles O. Meadar had it re-done under another case # for no good reason. And once again there are serious technicalities of no witnesses, no video evidence, an injury that is not consistent with anything I did, and Lt. Gwendolyn R. Fuller can not explain why no one ever reported any injury to Quaja Goodman until days later and nor why Quaja Goodman himself never reported any injury until days after the supposed injury happened! That is absurd nonsense! I never hurt him at all! He hurt himself so he can go to the Hospital to be around Women & eat good! He's sick and perverted!

Everything I explained about him came out of his own mouth! And all we really got to do is look at his record to learn the truth. I was not being "malicious", I was simply stating facts! Please take care of this Grievance like y'all did in Grievance #201904490. Have a nice day too!

**I-128 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

MAY 0 9 2019

_(Corban Copied)_

**Offender Signature:** _Jamon Wilson_      **Date:** 5-3-2019

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**     **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**     **CGO Initials:** _____

Date UGI Rec'd: _____

Date CGO Rec'd: _____

   (check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)        **Appendix G**

**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

| OFFICE USE ONLY |
|---|
| Grievance #: 2019114879 |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jamon Hestand          TDCJ # 1343536

Unit: Michael          Housing Assignment: 12E-82 cell

Unit where incident occurred: Michael

Denial of Access To Medical                    WASB

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Medical Department/On duty Officers    When? APR 4-5-2019/4-9-2019

What was their response? Provider Sick Call / You're on medical chain    29 2019

What action was taken? Denied access to medical chain & Provider Sick Call.19

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Late night on April 4th, 2019 I was told I was on medical chain, so on duty Officer got my Property and I waited for chain but Friday 4-5-2019 goes by with no-one coming to get me for that medical chain! I found out that the Chain bus left without me because of there supposedly being an inmate on the bus "Quaja Goodman #1998426" who's not even supposed to be on the same Unit with me. So I had to sit in my cell with no Property all weekend til 4-8-2019 for no good reason. APR 29 2019

On April 8th, 2019 on Monday morning I wrote Medical an I-60 explaining what happened as far as I Knew at that point and when I got it back it plainly states: "Provider Sick Call / Re-Refer / Non-Medical Property" on 4-9-2019. So here is April 25th, 2019 and nothing has been done for either my medical chain or Provider Sick Call at all! I had to wait patiently to see if I'd get pulled out for 2 weeks and counting either which way but nothing has happened at all! APR 29 2019

I Keep being denied my medical appointments Systematically and therefore I am being denied access to medical altogether or to medical treatment, which has been an ongoing problem I have faced especially since February 13th, 2018 when I was injured on purpose by Prison Officials & Staff! So whether I was denied medical chain because of "Quaja Goodman" or not doesn't change the fact of me being deliberately denied that medical chain whether he was on the bus or not because he is not supposed to be on the same Unit with me at all due to the severity of our personal problem which involved the O.I.G. & serious disciplinary issues which I have filed complaints against so. APR 29 2019 →

I-127 Front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    MAY 1 (OVER)

MAY 28 2019

JUN 17 2019          Appendix F

way I was deliberately denied access to my medical treatment.

Then I'm waiting for a Provider Sick Call now for over 2 weeks regarding this medical problem and I can't even get to medical on Michael Unit at all! --- For over over a year every time I've tried to get proper medical attention & treatment I have been denied, delayed, put off over & over again, lied to, ignored, etc... There's no way to explain this harassment & retaliation against me in any logical terms that are also Humane, Lawful, or in harmony with Fedral Rights or even State Rights for that matter! I'm being tortured in a conspiracy against my rights deliberately by Prison Officials.

APR 29 2019

**Action Requested to resolve your Complaint:**
Stop denying me medical treatment and/or access to medical care. Stop conspiracy against my rights! Get me to my missed medical appointment from 4-5-2019 to 4-10-2019!

Offender Signature: _Tarron Woodard_          Date: _4-25-2019_

**Grievance Response:**

APR 29 2019
MAY 15 2019
MAY 28 2019

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** _____     *Resubmit this form when the corrections are made.

- [X] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *     M. Price
- [ ] 11. Inappropriate. *     Investigator III
                              M. Vixtha
**UGI Printed Name/Signature:**     Clerk II
                              R. Rowland / Investigator II

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _Pam Pay_

I-127 Back (Revised 11-2010)


(Carbon Copied)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _W_
Grievance #: _2019114879_
Screening Criteria Used: _#1 699_
Date Rec'd from Offender: APR 29 2019
Date Returned to Offender: APR 29 2019

2nd Submission          UGI Initials:
Grievance #: _2019114879_
Screening Criteria Used:
Date Rec'd from Offender: MAY 15 2019
Date Returned to Offender: MAY 15 2019

3rd Submission          UGI Initials:
Grievance #:
Screening Criteria Used:
Date Rec'd from Offender: MAY 28 2019
Date Returned to Offender: MAY 28 2019

Appendix F



**Texas Department of Criminal Justice**

*(Carbon Copied)*

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: *Jamon Hestand*  TDCJ # *1343536*
Unit: *Michael*  Housing Assignment: *12E-18*
Unit where incident occurred: *Michael*

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2019114879</td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because.*

it did not resolve the issue in Grievance #2019114879 whatsoever and all 3 Grievance Investigators: Melissa B. Vixtha, Rachel R. Rowland, and Margaret M. Price violated my Protected Conduct of filing Grievances on purpose by deliberately screening my Grievance incorrectly to block me from getting any relief in a real conspiracy against my rights with many others including Medical Practice Manager Pam Pace who put her name on this Grievance in agreement with these Investigators violating my rights.

Up to this day I still have not got to Hospital Galveston for the Surgery on my left testicle or hearing problem and I still have not made it to see a Provider at all! And thats over 2 months ago now!

Melissa B. Vixtha lied stating she returned the Grievance to me on April 29th 2019 when in fact I did not get it back til May 14th, 2019! Rachel R. Rowland lied by one day and Margaret M. Price lied by three days when I got it back on May 31st 2019. They also lie about the days I turned the Grievance in. I started on 4-25-2019 ~ then Vixtha said April 29th 2019. R. Rowland got it right but M. Price lied by 4 whole days when I turned it in on May 24th 2019 and she stated May 28th, 2019!

Under AD-03.82 which is based on Fedral & State Laws, this is→

I-128 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

JUN 17 2019  Appendix G

RO-070319

very plainly an Emergency Grievance since it clearly involves serious Health Issues and also Criminal behavior by Prison Officials & Staff that has been an ongoing problem since February 13th 2018.! It's supposed to be coordinated with the OIG & Health Services Division! There is no screening criteria for this Grievance!

**Offender Signature:** _Tomar Heartland_      **Date:** 6-11-2019

**Grievance Response:**                 RQ-070319

**Signature Authority:** _____      **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.\***

☐ **3. Originals not submitted. \***

☐ **4. Inappropriate/Excessive attachments.\***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.\***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**      **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                      **Appendix G**


(Carbon Copied)

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM
(Carbon Copied)

OFFICE USE ONLY

Grievance #: 2019117371

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Jamon Hestand        TDCJ # 1343536

Unit: Michael        Housing Assignment: 12A-58

Unit where incident occurred: Michael

Unjust Disciplinary Practices / Due Process Violations

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Captain Olin C. Statham Jr        When? April 4th, 2019

What was their response? Finding of Guilt / Negative response

What action was taken? Punished for something I did not do / Due Process Violations / etc.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Here I have been found guilty of case #20190175100 by Captain Statham unjustly. This is the same case that I had overturned in Grievance #2019049908 regarding case #20190068975 at the Central Grievance Office but Warden Charles O. Meador who has been harassing me for over a year now and violating my Protected Conduct of Filing Grievances the entire time has once again retaliated on me by re-opening case #20190068975 under case #20190175100 after I already got it overturned in Grievance #2019049408!

This time Counsel Substitute Stephanie P. Ranklin notified me of this same case on 3-26-2019 under case #20190175100. I told her I wanted video evidence & I wanted the same witnesses that I was denied last time in case #20190068975 that were living in 12 Building E-Pod at the time of the supposed incident at 12 E-32,36,37,40, and 41 cells ... But she did not do that at all to see where those people are now 5 months later after the supposed incident! Instead, she told me at court that she went and asked the people questions who are there now and got no answers. So once again, I've been denied witness testimony. People get moved around on a regular basis on 12 Building!

Then, once again, no video evidence was used in court at all! Then Lt. Gwendolyn R. Fuller could not explain why no one reported any injury to Quajo Goodman #1998426 until days later after the supposed incident or why Quajo Goodman himself did not report any injury until days later after the supposed incident. The video evidence would show very serious security violations in action and that what I supposedly did is not consistent

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

MAY 1 3 2019

MAY 2 8 2019

Appendix F

with the injury that no Prison Officials or Staff reported seeing and that Quaja Goodman produced days later with a perfect circle right on his eye and nowhere else on his face at all which is literally impossible when throwing some liquid out of a cup quickly. It spreads out immediately into a big area so the injury would have had to either be on his entire face or the entire side of his face and not in a perfect circle right on his eye and nowhere else. Quaja Goodman is very mentally ill and he did claim to want to go to the Hospital on purpose to fulfill sexual fantasies & eat good where everyone on that section could hear him clearly along with other sick ideas about young girls that he claimed to have gotten away with and about hurting himself to do it.

Action Requested to resolve your Complaint.
#1) Overturn case #2019017510a. #2) Protection from Warden Charles O. Meador and from Quaja Goodman #1998426. #3) Due Process Granted & Just Disciplinary Practices.

Offender Signature: _Jamon Watart_   Date: 5-2-2019

Grievance Response:

Signature Authority: _____   Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when the corrections are made.

- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

M. Price
Investigator III
R. Rowland / Investigator II

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

OFFICE USE ONLY
Initial Submission     UGI Initials:
Grievance #: 2019117371
Screening Criteria Used:
Date Reed from Offender: MAY 0 2 2019
Date Returned to Offender: MAY 0 2 2019
2nd Submission     UGI Initials:
Grievance #: 2019117371
Screening Criteria Used:
Date Reed from Offender: MAY 1 3 2019
Date Returned to Offender: MAY 1 3 2019
3rd Submission     UGI Initials:
Grievance #: 2019117371
Screening Criteria Used:
Date Reed from Offender: MAY 2 8 2019
Date Returned to Offender: MAY 2 8 2019

Appendix F

(Grievance Copied)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Excuse me, I got case#2019006897S overturned in Grievance #2019049408 but it was left to the Warden's discretion to rerun the case which y'all did in case#2019017510Q which I also intend to challenge but the problem is that y'all told me I would not have to do the punishment again in case# 2019017510Q that I already did in case#2019006897S but here it is now April 10th 2019 and I am having to do the same punishment again that I already did... You told me on April 4th 2019 this wouldn't happen to me but it did~ please fix this situation for me and have a nice day...

Name: Jamon Hestand        No: 1343536        Unit: Michael

Living Quarters: 12E-82cell        Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

This has been corrected. You currently have no restrictions.

Commissary restriction — 05/18

cell restriction — 04/18

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd, Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration).

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

*(Carbon Copied)*

TO: Captain Olin C. Statham

(Name and title of official)

DATE: April 10th 2014

ADDRESS: Michael Unit

## Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM
(Carbon Copied)

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2019124033</td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td></td></tr>
</table>

Offender Name: __Jaman Hestand__   TDCJ # __1343536__

Unit: __Michael__   Housing Assignment: __12A-58__ 12E 13

Unit where incident occurred: __Michael & Central Grievance Office__
__Access To Courts / Due Process / 1st Amen. Violations__

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Warden Meador & CGO B. Barnett__   When? __4-3-2019 / 5-1-2019__    JUN 27 2019

What was their response? __Negative__

What action was taken? __Both of them are obstructing justice & conspiring against my rights.__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Regarding Grievance #2019084077 both Warden Charles O. Meador and Central Grievance Officer B. Barnett have violated my Human and Federal Rights along with my State Rights while acting under color of state law which very greatly increases my punishment way above & beyond what the State Court sentenced me to on December 2nd 2005, specifically by conspiring together with Lt. William T. Mullins & Major Sean F. Marshall against my rights, obstructing justice for serious threats against my Life and Liberty and major security violations, making false statements about there being no evidence to substantiate my allegations of my Life being threatened when in fact I was on the bus with Quaja Goodman #1999426 on February 22nd 2019 and we fought with each other after I already requested protection from him on Grievance #2019049908 due to Quaja putting my Life & Liberty in danger in November 2018, trying to cover up evidence of me & Quaid being on the bus together all the way to Hospital Galveston and back which put both of our Lives & Liberty in danger from February 22nd 2019 to February 26th 2019, continuing to retaliate against me & harass me for me trying to exercise my access to courts rights, etc. May

They know what they are doing and they know it is illegal & very wrong. They are torturing me deliberately and causing me severe mental and emotional pain & suffering and leaving me in a situation where I can still be injured. Quaja Goodman is still on 12 Building currently at 12 Building E-Pod 3-Section. At any time we may cross paths again and things can go bad like it did on the bus on February 22nd 2019.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

G# 2019084077
SIF~022519
82F~041919

MAY 28 2019
JUN 0 4 (OVER)
JUN 27 2019

Appendix F

Both Warden Charles O. Meador & CGO B. Barnett ignored AD-03. 82 and avoided the Office Of Inspector General on purpose and violated both State & Federal Law with evil intentions & evil motives against me

MAY 2 8 2019

JUN 0 4 2019

JUN 2 7 2019

**Action Requested to resolve your Complaint:**

Reinvestigate Grievance #2019084077 with the OIG properly and grant my requested actions. Protect me from Warden Meador & CGO B. Barnett. Stop harassing me

Offender Signature: _Jamon Harland_   Date: May 23rd, 2019

JUN 0 4 2019

JUN 2 7 2019

**Grievance Response:**

Signature Authority: _____   Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☑ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____   : V. Matlock
☐ 10. Illegible/Incomprehensible. *   Investigator II
☐ 11. Inappropriate. *   Michael Unit
   M. Price

UGI Printed Name/Signature: _Investigator III_   _V. Matlock_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

(Carbon Copied)

**OFFICE USE ONLY**

Initial Submission   UGI Initials:
Grievance #: 2019083
Screening Criteria Used: #8,999
Date Rec'd from Offender: MAY 2 8 2019
Date Returned to Offender: MAY 2 8 2019
2nd Submission   UGI Initials:
Grievance #:
Screening Criteria Used: #8,999
Date Rec'd from Offender: JUN 0 4 2019
Date Returned to Offender: JUN 0 4 2019
3rd Submission   UGI Initials: VM
Grievance #: 2019129033
Screening Criteria Used: #8,999
Date Rec'd from Offender: JUN 2 7 2019
Date Returned to Offender: JUN 2 7 2019

RO-062419 w/o response

*no-062719

Appendix F

## Texas Department of Criminal Justice

**STEP 1** OFFENDER GRIEVANCE FORM
(Carbon Copied)

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2020166883</td></tr>
<tr><td>Date Received:</td><td>AUG 19 2020</td></tr>
<tr><td>Date Due:</td><td>09 / 28 / 20</td></tr>
<tr><td>Grievance Code:</td><td>307</td></tr>
<tr><td>Investigator ID #:</td><td>2792</td></tr>
<tr><td>Extension Date:</td><td>11/07/20</td></tr>
<tr><td>Date Retd to Offender:</td><td>JAN 21 2021</td></tr>
</table>

JAN 21 2021

Offender Name: __Jamon Hestand__ TDCJ # __1343536__

Unit: __Michael__ Housing Assignment: __12B-44__

Unit where incident occurred: __Michael__ __12D 75__

__Obstruction of Legal Mail__

RO-012121

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? __Mailroom Staff__ When? __8-14-2020__

What was their response? __Don't Know what happened.__

What action was taken? __Received Legal Mail 2 weeks Late from Huntsville, Texas.__

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Legal Mail coming from the State Counsel for Offenders "Jake Greenberg" postmarked July 27th, 2020 was not brought to me by the Michael Unit Mailroom Staff until August 14th, 2020! That means the Legal Letter sat in the Mailroom for 2 weeks for no good reason at all! That is obstruction of Legal Correspondence and interferes with my Access To Courts, Petition, and Due Process Rights! It does not take 18 days for a Legal Letter to get from Huntsville, Texas to me! Thats being done deliberately! Thats serious Legal Mail where things are going on that must be handled quickly. The retaliation against me from prison Officials & Staff here on Michael Unit needs to stop! It's been an ongoing campaign of harassment & retaliation against me for me trying to exercise my access to courts rights non-stop since February 13th, 2018! This same incident has happened many times in the same mailroom here on Michael Unit and it needs to stop immediately.

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

*Carbon Copies*

_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint:** *Stop obstructing my Legal, Media, and/or Personal Mail Immediately! Stop any retaliation/harassment against me by Prison Officials & Staff including Mailroom Employees!*

Offender Signature: *Jamon Weston*                     Date: *8-17-2020*

**Grievance Response:**

An investigation was conducted into your complaint regarding your legal mail. The Michael Unit mail room incoming legal mail log indicates that your legal mail was received by the mail room on 08/06/20, and delivered on 8/14/20. Administration has been notified about the delay in delivering your mail late action taken if any is at the discretion of said authorities.

Signature Authority: _____ **Warden Meador** _____ Date: 11/5/20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Rec'd from Offender: | |
| Date Returned to Offender: | |

Appendix F