Legal Mail

Jamon N. Hostand #1343536
Robertson Unit; 12071 FM 3522
Abilene, Texas 79601 USA

U.S. District Court - Eastern District of Texas
211 W. Ferguson ST. Rm. 106
Tyler, Texas 75702 USA



U.S. POSTAGE PAID
FCM LG ENV
ABILENE, TX
79605
MAR 08, 22
AMOUNT
$0.00
R2304H109667-18