PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 6:22cv6 Jamon Hestand
RECEIVED: #49 #50 Orders
on this 24 day of March 20 22 at 2:00 a.m./p.m.
at Robertson Unit
(Name of Institution)

_____  X _____
Witness (if by mark)         (Signature, or mark, of addressee)

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20 _____ AT _____.
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness

CLERK, U.S. DISTRICT COURT
RECEIVED
APR 05 2022
EASTERN DIST. OF TEXAS