IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS - TYLER DIVISION

Mr. JAMON N. HESTAND
　Plaintiff

V.                                         § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et.al.
　Defendants

## OBJECTIONS

I, JAMON NATHANIEL HESTAND, the Plaintiff of above styled Case, hereby present "OBJECTIONS" to "U.S. District Judge J. Campbell Barker" for consideration, in regards to "Document 50" which contains "ORDERS" from "U.S. Magistrate Judge K. Nicole Mitchell."

*I hereby "OBJECT" to all "ORDERS" put forth in "Document 50" by "U.S. Magistrate Judge K. Nicole Mitchell" and present the following "Grounds" for consideration & relief appropriately under Federal Law and in the interest of Justice:

#1) The ORDERS are unlawful and show extreme favoritism for the Defendants that subjects me and other Incarcerated Persons involved in this Case to very grave injustice very deliberately to obstruct Justice for all the Human & Civil Rights Violations along with hundreds of felony & misdemeanor crimes committed by Defendants and their Affiliates against me and other Incarcerated Persons involved in this Case which is revealed very clearly upon the Complaint and throughout all the: Sworn Affidavits, Supporting Affidavits, Grievances, Documentary Evidence, Witness Statements, etc. contained there-in; that also reveal exactly how every Defendant is personally involved ~

in very graphic detail to the far extreme while simultaneously showing very precisely how they are intertwined together in this Case correctly under Fedral Law, especially with the proper analysis and full Legal Power of the: "JURISDICTION"/"LEGAL CLAIMS"/"PRAYER FOR RELIEF"/etc. that I put forth in "Document 1" very clearly along with the fact that I am suing all Defendants in their "Individual & Official Capacities.

#2) Once again, like in "Documents 31 & 32", U.S. District Court - Eastern District of Texas - Tyler Division; "U.S. Magistrate Judge K. Nicole Mitchell" in "Document 50" keeps on deliberately manipulating my "JURISDICTION" (that I put forth in "Document 1", Page #3 & 4, at Paragraph 1) in favor of the Defendants no matter how many times that I have mentioned it very clearly throughout this Case...

*** My lawsuit before this Court is authorized by/pursuant to: "42 U.S.C. Section 1983"/"42 U.S.C. Section 1985 & 1986"/ and "42 U.S.C. § 12101, 12111, 12131, and 12181" --- so it is about deprivation of rights, conspiracy, and disabilities with multiple Causes of Action fully explained correctly throughout this Case in detail with matching interrelated FACTS/LEGAL CLAIMS/PRAYER FOR RELIEF...

#3) My lawsuit is not just against "TDCJ-CID" Officials & Staff. In fact, it is also against "TDCJ-CID" itself along with the: "Texas Board of Criminal Justice"/ "Office of the Inspector General"/ "University of Texas Medical Branch", and Officials & Staff under those Parties Known & unknown as descibed throughout my Complaint, Supporting Affidavits, Witness Statements, Documentary Evidence, Grievances, etc. in this Case. (see my Defendants list)

#4) A "Rule 7 reply" of the "Federal Rules of Civil Procedure" has nothing to do with the current status of this Case. A "Rule 7" reply is in fact "FRCP Rule 7(a)(7)" which expressly authorizes the Court to order a reply to an an Answer which is in response to a: Complaint, Counterclaim designated as a counterclaim, cross-claim, or third-party complaint by Defendants and/or Plaintiffs which is impossible when this Court is deliberately interfering with the "Summons" as explained in FRCP Rule 4 which is the next step past the "Commencing an Action" in FRCP Rule 3 and this interference is being done in favor of the Defendants unlawfully which is Grounds for Disqualification of any Judge or Magistrate Judge under Title 28 USC §455.

#5) A Magistrate Judge is not even supposed to be making any "Orders" like were made in Document #50 at all. See FRCP Rule 72(a)(b)(1)...

The Orders made in Document 50 by U.S. Magistrate Judge K. Nicole Mitchell are demonstrably egregious and hostile in favor of the Defendants which is Judicial Misconduct and Grounds for Disqualification of a Judge under Title 28 USC § 455.

#6) I believe that "U.S. Magistrate Judge K. Nicole Mitchell" is related to the District Attorney for Anderson County, Texas "Allyson Mitchell" who is directly connected to this Case because of my LEGAL CLAIMS and with the information that will be found in Discovery & Disclosures under Title V. of the FRCP, and any such relation is Grounds for Disqualification of a Judge under Title 28 U.S.C. §455.

#7) "FRCP Rule 21" is based on discretion which is based on Justice and it cannot be read alone, but must be read in light of "FRCP Rules 18, 19, and 20" since "Rule 21" governs situations where one of these other Rules have been violated and by itself "Rule 21" cannot furnish standards for propriety of joinder for it contains none and it is available to Defendants as well as Plaintiffs and so the discretion by the Court to use "Rule 21" must be in the interest of Justice, Judicial Economy & Efficiency, etc.

#8) Upon the Complaint, Supporting affidavits, Witness Statements, documentary evidence, sworn affidavits, Grievances, etc. that I have brought forth in this Case, there is common questions of Law & Fact that will arise in the Action that involve all the Defendants Known & Unknown and that arise out of the same transactions & occurrences that will be proven very clearly in Disclosures & Discovery and I should be able to join all Claims I have against my opponents as matter of course to avoid multiplicity of litigation and possible claims of res judicata in the future.

Free joinder of Claims and remedies is one of the basic purposes of unification of the admiralty & civil procedure. And my Claims are consistent with requirements of jurisdiction and Venue. It is Fedral Policy to encourage efficient joinder in multi-party actions, in the interest of justice and to promote trial convenience and expedite final determination of disputes, thereby preventing multiple lawsuits. Every Defendant listed in this lawsuit Known & Unknown (including ones that will have to be added in the future of this Case) have conspired against my rights and the rights of other Incarcerated Persons involved in this Case or who will be affected by the outcome of this Case, either as a Group or Sub Groups that all come together under the same subject matter jurisdiction before this Court and if any of them are absent from this Case, then the Court cannot accord complete relief →

for me and other Incarcerated Persons involved in this Case and/or who will be affected by the outcome of this Case.

#9) All the requirements to join multiple parties & claims together in this Case have been properly fulfilled according to "FRCP Rules 18, 19, and 20" very clearly. My Claims <u>are</u> related to each other and <u>all</u> the transactions & occurrences that I have presented in this Case are interrelated in regards to the Defendants involvement which shares questions of Law & Fact that are common to <u>all</u> the Defendants in this Case including the ones that will have to be added later on in the interest of justice.

#10) The ORDERS made by "U.S. Magistrate Judge K. Nicole Mitchell" in "Document 50" seem to be deliberately hostile in favor of the Defendants named & un-named and her analysis of my Case is inherently & deliberately false and designed to interfere unlawfully with my Petition/Access To Courts/Due Process Rights of the "U.S. Constitution" in order to obstruct justice for <u>major</u> very serious Human & Civil Rights violations including hundreds of actual Felony & Misdemeanor Crimes under Fedral and State Law committed by the Defendants named & un-named and to be named against me and other Incarcerated Persons who are involved in this Case and/or who will be affected by its outcome, and this obstruction of Justice is most definitely Grounds for Disqualification of a Judge under Title 28 U.S.C. §455 and is also goes beyond the realm of simple Judicial Misconduct where it must be reviewed by the Judicial Council of the Fifth Circuit very seriously!

#11) This Court is leaving me in danger knowingly and allowing me to be subjected to an ongoing Campaign of Retaliation & Harassment

Page #5 of 6

being committed against me by Defendant and their Affiliates named & un-named and to be named because of me trying to exercise my Petition/Access To Courts/Due Process Rights and they do it in plain view of this Court while I am a Federal Plaintiff which I have continuously reported to this Court but have been denied relief on purpose by this Court unlawfully in favor of the Defendants and this Court has also violated me and my Disabilities under the Americans with Disabilities Act on purpose while leaving me continuous physical pain and allowing me to be tortured illegally by Defendants and their Affiliates before the eyes of this Court that is deliberately neglecting to prevent the ongoing Conspiracy against my rights by Defendants and their Affiliates which reveals a Conspiracy against my rights to obstruct Justice by this Court in favor of the Defendants and their Affiliates.

\*\*\*THEREFORE, according to the Grounds presented in support of my OBJECTIONS, I hereby move the Court to REJECT all the ORDERS made by "U.S. Magistrate Judge K. Nicole Mitchell" in "Document 50" and I move this Court to where if any Judge or Magistrate Judge connected to this Case meets the requirements for Disqualification of Justice, Judge, or Magistrate Judge under Title 28 U.S.C. § 455, for that Judge or Judges to willfully disqualify themselves immediately according to Supreme Law of the Land and in the interest of Justice & Mercy... (I am mailing these OBJECTIONS to this Court with proper postage on April 4th, 2022.)

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my knowledge

Executed On: April 3rd, 2022
*Jaman Nathaniel Hestand*
Jaman Nathaniel Hestand
SSN. 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 / TDCJ-CID #1343536 "