IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS - TYLER DIVISION

Mr. JAMON N. HESTAND
<u>Plaintiff</u>

V.                            § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et. al.
<u>Defendants</u>

## OBJECTIONS

I, JAMON NATHANIEL HESTAND, the Plaintiff of above styled Case, hereby present "OBJECTIONS" to the "U.S. District Judge" assigned to this Case for consideration in regards to "Document 49" which contains a "RECOMMENDATION" from "U.S. Magistrate Judge K. Nicole Mitchell".

\* I hereby "OBJECT" to the "RECOMMENDATION" put forth in "Document 49" by "U.S. Magistrate Judge K. Nicole Mitchell" and present the following <u>Grounds</u> for ethical consideration & relief appropriately under Fedral Law and in the interest of Justice:

#1) U.S. Magistrate Judge K. Nicole Mitchell is related to District Attorney Allyson Mitchell of Anderson County, Texas who is connected to my LEGAL CLAIMS very obviously, and that is Grounds for "Disqualification of a Judge" under Title 28 USC § 455.

#2) The "RECOMMENDATION" shows extreme favoritism for the Defendants once again in an actual conspiracy against my rights to obstruct justice unlawfully with a major abuse of discretion

that further reveals "U.S. Magistrate Judge K. Nicole Mitchell's" personal interest in this Case with her deliberately misleading analysis of the <u>entirety</u> of "Document 14" which very obviously contains an "ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTIONS & TEMPORARY RESTRAINING ORDERS" at "Document 14-2" which was supposed to be reviewed by the "U.S. District Judge" over 2 months ago and at "Document 14-1" is a very serious "Supporting Affidavit" that goes into very graphic detail based upon factual evidence about exactly why I need and deserve to have my "Preliminary Injunctions & Temporary Restraining Orders" granted but this Magistrate Judge conspires against my rights to obstruct Justice in extreme favor of the Defendants unlawfully & unethically. (See: Title 28 USC § 455)

#3) Function of equitable remedy of Injunction is preventive, prohibitory, protective, or restorative as Law and circumstances of case warrant. (275 F.2d 529)... Purpose of Injunction is to prevent future violations, and it can be utilized even without showing past wrongs, but moving party must satisfy Court that relief is needed and there exists some cognizable danger of recurrent violations, something more than mere possibility which serves to keep case alive. (345 U.S. 629)... Where facts are bitterly contested and credibility determinations must be made to decide whether Injunctive relief should issue, evidentiary Hearing must be held. (511 F.3d 535)... Summary judgement in favor of disabled persons was affirmed and Injunction implemented was also affirmed because Defendants, Public Transportation Organization, violated Americans with Disabilities Act of 1990 "ADA". (14 Am. Disabilities Cas. (BNA) 1128 (2d Cir. 2003))...

#4) "Document 34, 34-1" reveals solid evidence of a Criminal Investigation where the "Office of the Inspector General" has dragged its feet for over 2 solid years now to properly →

Fulfill my Victims' Rights for a mass of Felony Crimes committed against me by corrupt Prison Officials & Staff where I was very seriously physically injured with "Video Evidence" and of course, this Investigation leads to the: Texas Board of Criminal Justice /TDCJ Executive Director Bryan Collier/Office of the Inspector General /OIG Officer Curtis D. Bitz /and among many others, it leads straight to the "District Attorney of Anderson County, Texas: Allyson Mitchell" who has done nothing to fulfill my Victims' Rights up to this very day & ongoing! (Conspiracy)

#5) This current Case arose from "Case #6:20-cv-00071" in this same Court and the entire time thru both Cases all the way up til now & ongoing, I have & am been/being subjected unlawfully to very serious violations of: my Human & Civil Rights/ my Victims' Rights /my mental & physical Disabilities under the Americans with Disabilities Act /my Serious Medical Needs/ my Petition, Access To Courts, and Due Process Rights /my Religious Rights /etc. while being a Federal Plaintiff the entire time and during this current Case to the full knowledge of this Court, I have been: denied my Victims' Rights /denied my Serious medical needs /had my property stolen /attacked with metal tray slot bars /threatened /had my mental & physical disabilities seriously violated /tortured /frozen /in continuous physical pain /had my Medical Cane & BioSkin Knee Support taken away with the threat of violence /Grievances violated /had my mail obstructed /had a $800 check from "Glacier Bank from Montana" Obstructed since December 2021 /etc. by the Defendants and their Affiliates unlawfully & illegally all the way til now & ongoing!

#6) My Temporary Restraining Orders named on Page #2 of Document 14-2 are serious yet very simple and demand that the Defendants, et. al. be restrained from doing things that are very obviously unlawful to begin with meaning they are not supposed to be doing any of the things listed at all ever but they do and so →

they must be Legally Restrained from what they are not supposed to be doing in the first place because they obviously think they are above the Law according to their unlawful actions!

**#7)** My Preliminary Injunctions named throughout "Document 14-2" reflect the Temporary Restraining Orders forementioned but go further to include more serious Injunctions that are very legitimate according to the Circumstances of this Case but of which have Facts that will surely be bitterly contested where credibility determinations will have to be made to decide whether Injunctive relief should issue so there will surely have to be Evedentiary Hearings before the Court and in so doing, the determinations need to be made also with proper respect to the <u>full JURISDICTION</u> that I put forth in "Document 1, Page#3&4, at paragraph 1" appropriately.

***THEREFORE, according to the Grounds presented in support of my OBJECTIONS, I hereby move the Court to REJECT <u>all</u> the RECOMMENDATION made by "U.S. District Judge K. Nicole Mitchell" in Document 49 and I move this Court to GRANT my Temporary Restraining Orders in Document 14-2 and begin the Evidentiary Hearings necessary for my Preliminary Injunctions in that same "Document 14-2" to decide ethically if Injunctive relief should issue appropriately under Law and I move this Court to where if any Judge and/or Magistrate Judge connected to this Case meets the requirements for Disqualification of Justice, Judge, or Magistrate Judge under Title 28 USC §455, for that Judge or Judges to willfully disqualify themselves immediately according to the Supreme Law of the Land and in the interest of Justice & Mercy...(I am mailing this Document to this Court with proper postage on April 6th, 2022.)

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my knowledge,

Executed On: April 6th, 2022
*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ-CID#1343536

Page#4 of 4