IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS – TYLER DIVISION

Mr. JAMON N. HESTAND
Plaintiff

V.                                       § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et. al.
Defendants

## Notice Of Appeal

Notice is hereby given that, I, JAMON NATHANIEL HESTAND, the Plaintiff of above styled Case proceeding Pro Se & In Forma Pauperis, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the ORDER put forth in Document 51 by U.S. District Judge J. Campbell in this Action on March 23rd, 2022.

"I declare under penalty of perjury that the foregoing is true and correct and that I am mailing this Notice Of Appeal out with proper postage correctly on April 11th, 2022 going thru the TDCJ-CID internal mail system.

Executed On: April 9th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand; TDCJ-CID#1343536
Robertson Unit; 12071 FM 3522
Abilene, Texas 79601 USA