⟨Legal Mail⟩

Mr. Jamon N. Hestand #1343536
Robertson Unit, 12071 FM 3522
Abilene, Texas 79601 USA

U.S. District Court - Eastern District of Texas
211 W. Ferguson St., Rm 106
Tyler, Texas 75702 USA

ABILENE TX 795
11 APR 2022 PM 4 T