IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS IN THE TYLER DIVISION

Mr. JAMON N. HESTAND
<u>Plaintiff</u>

V.   § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et. al.
<u>Defendants</u>

## NOTICE OF APPEAL

Notice is hereby given that, I, JAMON NATHANIEL HESTAND, the Plaintiff in the above styled case proceeding Pro Se & In Forma Pauperis, hereby appeal to the "United States Court of Appeals" for the "Fifth Circuit" from the "ORDER OVERRULING OBJECTIONS" put forth by "U.S. District Judge-J. Campbell Barker" in "Document 57" entered in this action on the 2nd day of May, 2022.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: May 8th, 2022

Jamon Nathaniel Hestand
SSN: 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
(Mailed On May 9th, 2022 with Proper Postage Paid)
IDCJ-CID # 1343536
SID # 06228192

<u>My Address:</u>
Mr. Jamon N. Hestand # 1343536
Robertson Unit; 12071 FM 3522
Abilene, TX 79601 USA