Mr. Jamon N. Hestand #1343536
Robertson Unit; 12071 FM 3522
Abilene, TX 79601 USA

⟨Legal Mail⟩

U.S. District Court
Eastern District of Texas
211 W. Ferguson St., Rm. 106
Tyler, TX 75702 USA

