U.S. District Clerk - EDT - Tyler Division

Please send me an updated Docket Sheet and update of "Case #6:22-cv-00006" in the "U.S. District Court - Eastern District of Texas - Tyler Division"...

Also, I need everyone to know that there is a very serious problem here on Robertson Unit of the TDCJ-CID with the Mailroom Staff deliberately Obstructing Mail & Correspondence unlawfully on a very regular basis especially on incoming mail but when it comes to "personal mail" its incoming & outgoing interference real bad to where they hold mail illegally for weeks to months at a time on purpose but when it comes to "Legal Mail" or "Media Mail" they prefer to delay it when its coming in so they can try and play stupid and blame it on the Fedral Post Office every time and they will delay "Legal or Media Mail" for around a week or so give or take and sometimes even longer unlawfully! They even open Legal & Media Mail outside of the presence of me & other Incarcerated Persons unlawfully and deliver it already opened like they ain't done no wrong! This Robertson Unit Mailroom is committing Fedral Offenses on a very regular basis continuously without ever being held accountable for their criminal behavior that never stops! They need to be held accountable for their criminal behavior!

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: May 14th, 2022
*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand,
TDCJ-CID #1343536

\* Mailed On: May 14th, 2022 with Proper Postage Paid. \*