Mr. Jamon N. Hestand #1343536
Robertson Unit 12071 FM 3522
Abilene, TX 79601 USA

*Legal Mail*

U.S. District Court - Eastern District of Texas
211 W. Ferguson St. Rm 106
Tyler, TX 75702 USA

ABILENE TX 795

23 MAY 2022