IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS - TYLER DIVISION

Mr. JAMON N. HESTAND
Plaintiff/Appellant

V.

Case No. 6:22-cv-00006/
Appeal No. 22-40236

OFFICE OF THE INSPECTOR GENERAL, et. al.
Defendants/Appellees

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

I, JAMON NATHANIEL HESTAND, the Plaintiff of the above styled Case; proceeding Pro Se & In Forma Pauperis; hereby Move the Court to GRANT this "Motion For Permission To Appeal In Forma Pauperis" for "Appeal No. 22-40236" in the "5th Circuit Court of Appeals" for the reasons that I put forth in "Docket 56 & 59" and because I very firmly believe that I am entitled to redress of my Grievances as I revealed in "Docket 47 & 53" and in "Appeal No. 22-40236" in the "5th Circuit Court of Appeals"; and so please GRANT this Motion appropriately in the interest of Justice under the Supreme Law of the Land.

"I declare that the foregoing is true and correct under penalty of perjury."

Executed On: July 5th, 2022

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ#-01343536/SID#-06228192 "

*Mr. Jamon N. Hestand #01343536; Robertson Unit; 12071 FM 3522; Abilene, TX 79601