```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE          07/05/22
AIN5/GJ00172                  IN-FORMA-PAUPERIS DATA                  09:08:15
TDCJ#: 01343536 SID#: 06228192 LOCATION: ROBERTSON        INDIGENT DTE: 02/09/22
NAME: HESTAND,JAMON                         BEGINNING PERIOD: 01/01/22
PREVIOUS TDCJ NUMBERS: 00913755
CURRENT BAL:          0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:       3.06
6MTH DEP:             3.36 6MTH AVG BAL:        13.70 6MTH AVG DEP:       0.56
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/22        0.00           0.00         03/22        0.30           0.00
05/22        3.06           3.06         02/22        9.58           0.30
04/22        0.00           0.00         01/22      180.52           0.00
```

STATE OF TEXAS COUNTY OF Jones
ON THIS THE 5 DAY OF July 2022, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 10 2022
EASTERN DIST. OF TEXAS



SHAWN M. ELLISON
Notary Public, State of Texas
NOTARY ID # 129636642
My Commission Exp 10-30-23
Notary Without Bond