Mr. Jamon N. Hestand #1341355
Robertson Unit; 12071 FM 352
Abilene, Texas 79601 USA

(Legal Mail)

U.S. District Court-Eastern District of Texas
211 W. Ferguson Street, Rm. 106
Tyler, TX 75702 USA

U.S. POSTAGE PAID
FCM LETTER
ABILENE, TX
79601
JUL 07, 22
AMOUNT
$0.00
R2304N117392-14

1000
75702

FOREVER USA