# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 12, 2022

Mr. David O'Toole
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

      No. 22-40236   Hestand v. Office of the Inspector
                           USDC No. 6:22-CV-6

Dear Mr. O'Toole,

On August 12, 2022, the appellant challenged your court's FED. R. APP. P. 24(a) denial of in forma pauperis (IFP) status by filing a motion to proceed on appeal IFP in this court. Please forward a copy of your court's order denying the motion to proceed in forma pauperis, and assessing the initial partial filing fee to the prison authorities for collection of the fee.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Donna L. Mendez, Deputy Clerk
504-310-7677

cc:  Mr. Jamon Hestand