PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: Inmate Funds
TDCJ Local Funds Div.

RE: 6:22 CV 6
Hestand v. TDCJ

RECEIVED:
Order # 62

on this 22nd day of August, 2022.

[Stamp: CLERK, U.S. DISTRICT COURT RECEIVED AUG 25 2022 EASTERN DIST. OF TEXAS]

SIGNED: Alexander Urso
(Addressee/Agent for Addressee)