U.S. District Court - Eastern District of Texas
Tyler Division

"*Mailed On: September 16th, 2022 with proper postage!"
Case #6:22-cv-00006
*To: Head Clerk - Mr. David O'Toole

Dear Mr. O'Toole,

Please send me an updated Docket Sheet with the **correct** Jurisdiction for my alleged Causes of Action as reflected very clearly in "Document 1" on "Page #3-4" under "Section: Jurisdiction & Venue" which I have pointed out a bunch of times throughout this Case! (42 USC § 12101, et. seq. / 42 USC § 1983 / 42 USC § 1985 / 42 USC § 1986 / et. al.)...

"I declare that the foregoing is true and correct under penalty of perjury.
Executed On: September 16th, 2022

*Jaman Nathaniel Hestand*
Jaman Nathaniel Hestand
TDCJ #01343536 / SID #06228192"