# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 03, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40236   Hestand v. Office of the Inspector
                      USDC No. 6:22-CV-6

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Jamon Hestand
Mr. David O'Toole