IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMON N. HESTAND, #01343536 | § | |
| VS. | § | CIVIL ACTION NO. 6:22cv006 |
| TDCJ INSPECTOR GENERAL, et al. | § | |

ORDER

Before the Court is Plaintiff's *pro se* civil rights lawsuit. The Court previously ordered Plaintiff to amend his complaint, and the United States Court of Appeals for the Fifth Circuit dismissed the appeal on October 3, 2022, in case number 22-40236. One of those appeals concerned the Court's order for Plaintiff to amend his complaint, (Dkt. ## 50, 57), and a warning about potential misjoinder. Plaintiff has not yet filed an amended complaint.

**ORDERED** that Plaintiff Hestand shall file an amended pleading alleging specific facts that would allow the court to draw the reasonable inference that the individual defendants are liable for the harms alleged. This amended pleading shall be filed no later than November 2, 2022, be typed or written in a legible manner on a standard section 1983 lawsuit form, and shall set out the following:

1. A concise statement of each of the claims Plaintiff wishes to raise, together with the facts giving rise to each of these claims, including the dates of occurrences of these events, if known.
2. A concise statement of when and where Plaintiff interacted with each defendant and how that specific defendant is responsible for any alleged violation of rights.
3. A statement showing how each named defendant is involved in the facts forming the basis of the lawsuit.

4. The harm suffered as a result of each defendant's alleged actions forming the basis of this lawsuit.
5. The specific relief sought in this lawsuit.

This amended complaint shall not exceed 30 pages in length excluding attachments. Local Rule CV-3(d). A table of contents and table of authorities shall not be required. The Clerk shall send Plaintiff a standard section 1983 lawsuit form. Because the Court originally ordered Plaintiff to amend this complaint by April and May 2022, respectively—and he could have filed his amended complaint while his appeals were pending—Plaintiff should not expect any further extensions of time. Plaintiff shall ensure that his case number, 6:22cv006, appears prominently on the front page of the form. Plaintiff is hereby placed on notice that the failure to file a timely amended pleading that complies with this order may lead to the dismissal of the lawsuit for failure to prosecute or to comply with an order of the Court. Fed. R. Civ. P. 41(b). Finally, it is

**ORDERED** that the Clerk of Court shall not accept any filings from Plaintiff Hestand—except for any objections to any Report and Recommendation or a notice of a change of address—until Plaintiff Hestand files his amended complaint pursuant to this order.

So ORDERED and SIGNED this 3rd day of October, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE