PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 6:22cv6   Jamon Hestand
RECEIVED: Order # 69   1983 form
on this 12th day of OCT, 20 22, at 6:10 a.m./p.m.
at Robertson Unit
(Name of Institution)

_____       _____
Witness (if by mark)      (Signature, or mark, of addressee)

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M/P.M. ON THIS _____ DAY OF _____, 20___, AT _____.
(Name of Institution)

Signature of Institution Delivering Agent

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 17 2022
EASTERN DIST. OF TEXAS

_____
Witness