IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS - TYLER DIVISION

Mr. JAMON N. HESTAND
    Plaintiff

V.                                  § Case #6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et. al.
    Defendants

## MOTION FOR ESTOPPEL W/OBJECTIONS

I, JAMON NATHANIEL HESTAND, the Plaintiff of the above styled Case, proceeding Pro Se & In Forma Pauper's with Disabilities under the ADA, hereby present this "Motion For Estoppel W/Objections" to this Court for consideration and appropriate action in the interest of Justice under Law. I shall present the "Motion For Estoppel" & "Objections" in seperate Sections with Paragraphs as need be along with "Grounds for why they should be Granted appropriately in the interest of Justice under Law as follows:

### I. MOTION FOR ESTOPPEL

#1) I hereby MOVE this Court to ESTOP making decisions that are contrary to the "Extension of the Statute OF Limitations" that was Granted to me in "Case #6:20-cv-00071" by "U.S. District Judge-Jeremy Daniel Kernodle" in this same Court; in this Case.

#2) I hereby MOVE this Court to ESTOP any interference by this Court with the "Commencement OF An Action" which I filed at Docket 61 of Case #6:20-cv-00071 (which got changed to Docket 1 of Case #6:22-cv-00006 unjustifiably) based off of the "Statute OF Limitations Extension" Granted to me by "U.S. District Judge-Jeremy Daniel Kernodle" in Case #6:20-cv-00071 and based off of the same Jurisdictional & Factual allegations I alleged in Case #6:20-cv-00071

*Page #1 of 14

in this same Court to begin with which I still allege at Docket 1 of Case#6:22-cv-00006 (which came from Docket 61 of Case#6:20-cv-00071 in this same Court) in this same Court.

#3) I hereby MOVE this Court to ESTOP any interference by this Court with the Defendants of Case#6:22-cv-00006 (who are listed in Docket 1, Document 1, Page#4-7) which came from Case#6:20-cv-00071 (where they are named many times including at but not limited to: Docket 1, 20, 52, 53; and at Docket 61, Document 61, Page#4-7); being served with proper service for Summons by the "U.S. Marshall Service" in the interest of Justice under Law.

#4) I hereby MOVE this Court to ESTOP any failure to consider my "OBJECTIONS" in "Docket 55" of this "Case #6:22-cv-00006" in the interest of Justice under Law.

#5) I hereby MOVE this Court to ESTOP making decisions that allow the Defendants (named, un-named, and yet to be named) of Case #6:20-cv-00071 & Case#6:22-cv-00006 (in this same Court) to unlawfully avoid the consequences of their criminal behavior where they have committed very serious & numerous Human & Civil Rights violations (including Hundreds of actual Felony & Misdemeanor Crimes under Federal & State Law) against me and other Incarcerated Persons (which I am trying to reveal in this Court in the interest of Justice under Law) that have gone unprosecuted on purpose unlawfully (to the full Knowledge of actual Law Enforcement Officials) against the interest of Justice under Law and in violation of Democracy that made those Laws.

#6) I hereby MOVE this Court to ESTOP any decisions by this Court that clearly violate me and my Disabilities under the "Americans with Disabilities Act" in favor of the Defendants (named, un-named, and yet to be named) of Case#6:20-cv-00071 & Case#6:22-cv-00006 (in this same Court) and against the interest of Justice under Law.

#7) I hereby MOVE this Court to ESTOP any decisions by this Court (in this Case #6:22-cv-00006) that show unlawful favoritism for the Defendants (named, un-named, and yet to be named) against the interest of Justice under Law.

#8) I hereby MOVE this Court to ESTOP any decisions by this Court which attempt to force me (under Duress) to alter my Complaint in such a way that I'm forced to: Decrease my Factual & Jurisdictional allegations / Decrease my alleged Causes Of Action / Lose a Bunch of my Requested Preliminary & Permanent Injunctions / etc. (In Case #6:22-cv-00006 which came from Case #6:20-cv-00071), which is against the interest of Justice.

## II. OBJECTIONS

#1) I hereby OBJECT to "Case #6:20-cv-00071" being changed to "Case #6:22-cv-00006" in this Court (at "Docket 61" of Case #6:20-cv-00071" to "Docket 1" of "Case #6:22-cv-00006.")...

#2) I hereby OBJECT to "U.S. Magistrate Judge-Katie Nicole Mitchell" & "U.S. District Judge-J. Campbell Barker" being assigned to my ongoing Lawsuit in this Court (which has stretched thru Case #6:20-cv-00071 & Case #6:22-cv-00006 in this same Court).

#3) I hereby OBJECT to the "Order" by "U.S. Magistrate Judge-Katie Nicole Mitchell" in "Document 69" of this "Case #6:22-cv-00006."

#4) I hereby OBJECT to not having Legal Representation for this Case and I OBJECT to this Court not appointing Legal Counsel to me, to represent me Legally for this Case #6:22-cv-00006 in the interest of Justice & Mercy under Law.

#5) I hereby OBJECT to this Courts' deliberate failure to consider "Docket 55" (which has my "Objections" to "Docket 49").

#6) I hereby OBJECT to this Court not using my Complaint at

Docket 1 of this Case #6:22-cv-00006 (which is reflected from Docket 61 of Case #6:20-cv-00071) to complete the Commencement of An Action along with proper service for Summons. (so my Lawsuit can move forward appropriately.)

#7) I hereby OBJECT to this Court deliberately trying to ignore my Preliminary & Permanent Injunctions and Temporary Restraining Orders in this "Case #6:22-cv-00006" that I requested and presented at: Document 1, Section: Prayer For Relief, Pages 37-43; at Paragraphs: 150(a)(3) / 150(b)(3) / 150(c)(3) / 151(a)(3) / 151(b)(3) / 151(c)(3) / 151(d)(3) / 151(e)(3) / 151(f)(3) / 152(a)(3); and at: Docket 14 & Document 14-2.

#8) I hereby OBJECT to this Court refusing to correct my alleged Causes Of Action on the main Docket Page that the Public sees for Case #6:22-cv-00006 (which I have alleged thru Case #6:20-cv-00071 & Case #6:22-cv-00006 continuously) which I requested at "Docket 11 & 66" to no avail and which is presented & alleged by me in my Complaint at "Docket 61 of Case #6:20-cv-00071 and at Docket 1 of Case #6:22-cv-00006" on "Page #3-4" under "Section: JURISDICTION" at "Paragraph 1" very clearly within the first place sentence of that Paragraph.

#9) I hereby OBJECT to this Court making decisions in my ongoing Lawsuit with Case #6:22-cv-00006 (that came from Case #6:20-cv-00071 in this same Court) that show Favoritism for the Defendants (named, un-named, and yet to be named) unlawfully for any reason such as but not limited to: Political Affiliation / Family Ties / Friendships / Personal Interest(s) / Investments In The "Texas Correctional Industries" / etc. (to include any discrimination against me because of my Disabilities, Incarceration, etc.)

III. GROUNDS FOR WHY "MOTIONS FOR ESTOPPEL" SHOULD BE GRANTED AND FOR WHY OBJECTIONS SHOULD BE SUSTAINED

*Page #4 of 14

#1) This Court knows very well that I Filed my Pro Se Complaint at "Docket 61" of "Case #6:20-cv-00071" before it was suddenly changed to "Docket 1" of "Case #6:22-cv-00006" (without me personally ever being notified of the Docket/Case change or the reason for it) and it can be seen very clearly at "Document 61-2" of "Case #6:20-cv-00071" and at "Document 1-2" of "Case #6:22-cv-00006" in this Court, that I Filed my Pro Se Complaint based off of the Statute OF Limitations Extension that was granted to me by "U.S. District Judge - Jeremy Daniel Kernodle" and that it is based off of the same Factual & Jurisdictional Allegations and Legal Claims that were already presented to this Court in "Case #6:20-cv-00071" by "Attorney Tanika J. Solomon" (who most incredibly never served the Defendants with proper service for Summons) -- *so, the Case # was never supposed to be changed in the first place from "Case #6:20-cv-00071" to "Case #6:22-cv-00006" at all and so, it's sure not at all lawful for this Court to pretend like I Filed a new Lawsuit out of nowhere and try to interfere with the "Commencement OF An Action & Proper Service For Summons" in Favor of the Defendants (named, un-named, and yet to be named) and deny me Legal Counsel in Favor of the Defendants (knowing my Case is very serious and very complex) and try to get me to shrink my Factual & Jurisdictional Allegations & Legal Claims down and Defendants list down to less than it was in "Case #6:20-cv-00071" (in Favor of the Defendants unlawfully).

#2) In this current "Case #6:22-cv-00006" in this Court, "U.S. District J. Campbell Barker" has deliberately ignored my OBJECTIONS in "Docket 55" (From April 12th, 2022 up til now & ongoing) from "Docket 49" which is where "U.S. Magistrate Judge - Katie Nicole Mitchell" shows favoritism for the Defendants by denying me my "Preliminary Injunctions & Temporary Restraining Orders" that I presented to this Court at "Docket 14 and at Document 14-2" with an "Order To Show Cause For Preliminary Injunctions & Temporary Restraining Orders"...

And from the start of "Case #6:20-cv-00071 & Case #6:22-cv-00006 up til now & ongoing, I have been unlawfully subjected

* Page #5 of 14

to an ongoing Campaign of Retaliation & Harassment by the Defendants (named, un-named, and yet to be named) for me trying to lawfully exercise my Petition, Access To Courts, and Due Process Rights which I explained to this Court thru both "Case#6:20-cv-00071 & Case#6:22-cv-00006" continuously but this Court won't even consider my "Preliminary Injunctions & Temporary Restraining Orders" much less grant them in the interest of Justice because this Court has been busy making decisions that very clearly go against the interest of Justice in favor of the Defendants regardless of the actual Torture I've been subjected to at their hands illegally!

#3) Throughout "Case#6:20-cv-00071 & Case#6:22-cv-00006," I have alleged (under penalty of perjury) that the Defendants (named, un-named, and yet to be named) have committed a very large amount of very serious Human & Civil Rights violations (including "Hundreds of Felony & Misdemeanor Crimes under Federal & State Law") against me (and other Incarcerated Persons with my Lawsuit) but this Court keeps on deliberately disregarding my allegations in favor of the Defendants (named, un-named, and yet to be named) regardless of the Fact that I have made these same allegations before this same Court a whole bunch of times under penalty of perjury (and even claimed many times that I will submit to Polygraph Test to prove the Truth of my allegations) which means that I am willing to face actual Criminal Charges myself to prove the Truth of my allegations before this Court in the interest of Justice under Law, and that is serious evidence in itself which can be proven to be true or false in Discovery & Disclosure, and so this Court should be acting as if my allegations are true accordingly in the interest of Justice under Law until I can be proven wrong (which I'm not) and if I can be proven wrong (which I won't), then this Court could make me pay the consequences for lying under penalty of perjury about serious allegations as forementioned (but, I'm not lying and I still swear to my allegations under Penalty of Perjury) so I should not be denied the chance to prove the Truth of my allegations in the Federal Courts and I should not be denied my Victims' Rights under Federal & State Law before this Court any longer...

#4) In reference to "Appeal No. 22-40236" at the "5th Circuit Court of Appeals", it has come to the light that the Deputy Clerks connected to my Appeal most incredibly did not file up to 24 Articles of Legal Mail that I sent for that Appeal (Containing: Briefs, Sworn Affidavits, Memorandums of Law, Legal Letters, Several Motions, etc.) to be considered by that Court for my Appeal and not only did they not file those 24 Articles of Legal Mail but they also did not make any of it available to the Public in connection to "Appeal No. 22-40236" in that Court and to "Case #6:22-cv-00006" in this Court and also very amazingly is "Document: 00516492557" of "Appeal No. 22-40236" in the "5th Circuit Court of Appeals" which supposedly dismisses my Appeal but has no Judges' Signatures on it (that are named on it) to give it any Legal Power & Authority which means overall that, that "Document: 00516492557" is unlawful and between that and the forementioned 24 Articles of Legal Mail, it looks like I am being subjected unlawfully to more of the Conspiracy Against my Rights to Obstruct Justice which is an ongoing issue that goes right along with one of my main Legal Claims that I have alleged continuously thru "Case #6:20-cv-00071 & Case #6:22-cv-00006" and seems very strongly to include Court Officers & Employees sadly violating my constitutional rights in their "individual capacities" which, if not rectified immediately, will open up a door to another kind of Lawsuit probably in the District of Columbia if necessary....

#5) It's not lawful for this Court or the "5th Circuit Court of Appeals" to make decisions in my Lawsuit that go against the interest of Justice in favor of the Defendants (named, un-named, and yet to be named) unlawfully for any reason such as but not limited to: Political Affiliation / Family Ties / Friendships / Personal Interest(s) / Investments / etc., and to make decisions like that violates my Petition, Access To Courts, and Due Process Rights under the Constitution of the United States and the United States Code, but regardless of its illegality, I am being violated by these Courts very seriously with Judicial Misconduct & Misconduct by Clerks in favor of the Defendants as forementioned and these

violations against me are outside the scope of Official Duties and therefore terminates Sovereign & Qualified Immunity under Law because they are being made in individual capacity which is unlawful when done by U.S. Court Officials & Employees...

#6) Citizens of the United States, et.al. regularly file legitimate Federal Lawsuits with multiple "Causes of Action" alleged in a single Lawsuit with multiple Legal Claims and multiple Defendants (like in my Lawsuit thru Case#6:20-cv-00071 & Case#6:22-cv-00006 in this Court) that are all joined together under common questions of Law & Controversy as to also avoid Res Judica & Multiplicity of Litigation...

There's many other Causes Of Action besides just a standard "42 U.S.C. §1983" Lawsuit and there is no rule of Law that states that a Prisoner cannot bring other Causes Of Action besides just a "42 U.S.C. §1983" in a Lawsuit and nor is there any rule of Law that states that a Prisoner cannot allege multiple Causes Of Action together in one Lawsuit... In fact, Prisoners have regularly brought Federal Lawsuits throughout the whole United States through the history of Litigation in the U.S. Courts that have successfully alleged multiple Causes Of Action in single Lawsuits lawfully, such as mine where I allege: 42 U.S.C. §12101 et.seq / 42 U.S.C. §1983 / 42 U.S.C. §1985 / 42 U.S.C. §1986, under Federal Law with all the proper Jurisdictional Components as seen in "Case#6:20-cv-00071" at "Docket 61, Document 61 at Page#3-4" under "Section: JURISDICTION & VENUE" at Paragraph 1 and at the same place in "Case#6:22-cv-00006" at "Docket 1, Document 1"...

In my current Lawsuit before this Court which has stretched thru Case#6:20-cv-00071 & Case#6:22-cv-00006; this Court is violating my Due Process Rights under Law by deliberately belittling my alleged Causes Of Action! It is my right under Law to allege multiple Causes Of Action in one Lawsuit under common questions of Law & Controversy as I have done lawfully in my pursuit of Justice under Law! And my allegations should be

available to the Public on the main Docket Page for "Case # 6:22-cv-00006" on the World Wide Web (which I have requested of this Court to no avail) so the Public knows my correct alleged Causes of Action in their entirety involving Disabilities, Civil Rights, and Conspiracy...

#7) U.S. Magistrate Judge-Katie Nicole Mitchell (who I believe is related to the "District Attorney of Anderson County-Allyson A. Mitchell" who is under the scope of some of my Legal Claims in this "Case #6:22-cv-00006" meaning she will probably become a Defendant in this Case moving forward), has had a prior Case where the "District Attorney of Anderson County-Allyson A. Mitchell" was a Defendant in this same Court (Ealy v. Cargill) and so I can't help but wonder how many other connections I will find between the Defendants (named, un-named, and yet to be named) in this Case and the Court Officials & Employees connected to this Case as I slowly but surely investigate all the various possibilities for why this Court keeps making decisions that go against the interest of Justice in favor of the Defendants (named, un-named, and yet to be named) unlawfully in this "Case #6:22-cv-00006" (which got changed mysteriously from "Case #6:20-cv-00071" as forementioned) and I am already fully aware of the Political Affiliation connection with the Republican Party that's shared between this Court and about half + of the Defendants (named, un-named, and yet to be named) in this Case (especially all the ones in Leadership positions)...

#8) "Docket 22" of "Case #6:22-cv-00006" has been hidden from Public View unlawfully by this Court and I believe it's the Document I signed to consent to "U.S. Magistrate Judge-Katie Nicole Mitchell" being assigned to my Case (before I realized how she was showing favoritism for the Defendants, et. al.) but no other Party ever agreed to it because in order for them to do that, the Defendants must be served with proper service for Summons which they have avoided thru both "Case #6:20-cv-00071" and "Case #6:22-cv-00006" in this same Court, and at this point with

me being fully aware of this Court showing favoritism for the Defendants unlawfully, that consent has been and is Null & Void and I am with-holding consent for a Magistrate Judge on my Lawsuit in "Case #6:22-cv-00006" (which is still supposed to be "Case #6:20-cv-00071" in this Court)...

#9) My Lawsuit is not a standard "42 U.S.C. Section 1983" Lawsuit which I have pointed out an incredible amount of times throughout both "Case #6:20-cv-00071 & Case #6:22-cv-00006" (with and without Legal Counsel), but, in Document 69 (as in Document 50), "U.S. Magistrate Judge-Katie Nicole Mitchell" wants me to shrink my Complaint down un-to a standard Section 1983 Form which violates my Jurisdictional allegations and causes me to lose a bunch of Justice that I deserve under Law...

Document 69 (and 50) is an enigma with contradictions that I mostly already Objected to in "Document 53" of this Case (of which needs to be re-examined in detail to support these Grounds in this Document.) which was over-ruled in Favor of the Defendants (named, un-named, and yet to be named) unlawfully against the interest of Justice under Law.* The enigma of Document 69 (and 50) is how the "Orders" want me to:

Amend my Complaint when there's nothing wrong with my Complaint at Docket 1, Document 1, etc. (also at: Docket 61, Document 61 of Case #6:20-cv-00071) / Amend my Complaint when the Defendants have never been served with proper service for Summons using my Complaint at Docket 1, Document 1, etc. / Amend my Complaint when I have not requested to amend my Complaint / Amend my Complaint in such a way that it would shrink my Complaint down drastically onto a "standard Section 1983 Form" (which wastes five pages on frivolous format leaving me 25 pages to work with) (when my Complaint at "Docket 1" is 43 pages) and simultaneously give more information than I already have in my Complaint at Docket 1 (which is impossible in a smaller Complaint as ordered) / Amend my Complaint and supply a bunch of information that is already supplied at "Docket 1" of

*Page #10 of 14

this "Case#6:22-cv-00006" (and "Docket 61" of "Case#6:20-cv-00071") and at "Dockets: 6, 7, 14, 17, 19, 23, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, etc." of this "Case#6:22-cv-00006" *(which all are in support of the FACTS of my Complaint lawfully with each of those Dockets containing a Sworn Affidavit that I wrote under Penalty of Perjury which explain the contents of each of those Dockets and makes it where all of the contents of all of those Dockets are in Support of the FACTS of my Complaint under Penalty Of Perjury and they all go into graphic detail together with the FACTS of my Complaint to explain what the Defendants did to violate my rights along with where it all happened exactly and when it all happened specifically and how I interacted with them exactly also...)*

*And my Complaint at Docket 1, Document 1 very clearly has my "LEGAL CLAIMS at Page#34-37 at Paragraph 146-149" and also has my "PRAYER FOR RELIEF at Page# 37-43 at Paragraph 150-157"...* So; overall, "Document 69 (and 50)" of this "Case #6:22-cv-00006" is another Obstruction Of Justice in Favor of the Defendants (named, un-named, and yet to be named) who have managed to evade Summons thru "Case#6:20-cv-00071 & Case#6:22-cv-00006" most incredibly...

#10) Upon the Complaint (Docket 1/Document 1 of Case #6:22-cv-00006 & Docket 61/Document 61 of Case #6:20-cv-00071) and Upon the Supporting Affidavits, Witness Statements, Documentary Evidence, etc. of this "Case #6:22-cv-00006" (at: Dockets: 6, 7, 14, 17, 19, 23, 30, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 45, 46, 48, etc.), there is common questions of Law & Fact that will arise in the Action that involve all the Defendants (named, un-named, and yet to be named) and that also arise out of the same transactions & occurrences that will be proven very clearly in Discovery & Disclosure and my LEGAL CLAIMS are joined together against my Opponents as a matter of course to avoid multiplicity of litigation and possible claims of Res Judica in the future, etc....

*Page#11 of 14

Free joinder of Claims & remedies is one of the basic purposes of unification of the admiralty & civil procedure and my Claims are consistent with the requirements of jurisdiction and venue. (Although, I do want a Change Of Venue.) It is of Federal Policy to encourage efficient joinder in multi-party actions in the interest of Justice and to promote trial convienience and expedite final determination of disputes, thereby preventing multiple lawsuits.

Every Defendant (named, un-named, and yet to be named) in this Lawsuit (which has stretched thru "Case#6:20-cv-00071 & Case#6:22-cv-00006" in this Court) come together under the same subject matter jurisdiction before this Court and if any of them are absent from my Lawsuit, then the Court cannot accord complete relief for me and other Incarcerated Persons involved in this Case and/or who will be affected by the outcome of this Lawsuit. (Especially also with consideration for the fact that I am not only suing the Defendants in the Individual Capacity, but also in their Official Capacity for Preliminary & Permanent Injunctions & Temporary Restraining Orders; which also join them together under common questions of Law & Controversy; that I requested & presented at "Document 1, Section: PRAYER FOR RELIEF, Page# 37-43, at Paragraphs: 150(a)(3) / 150(b)(3) / 150(c)(3) / 151(a)(3) / 151(b)(3) / 151(c)(3) / 151(d)(3) / 151(e)(3) / 151(f)(3) / 152(a)(3) / and at Docket 14, Document 14-2; of this "Case#6:22-cv-00006" before this Court...

#11) This Court knows very well that I had Legal Counsel with Attorney Tanika J. Solomon thru "Case#6:20-cv-00071" in this Court and this Court can see very clearly that my Case is very serious and very complex, and this Court knows that for some strange reason that Attorney did not ever complete proper service for Summons on the Defendants (I believe She was threatened behind the scences), and this Court knows that I drafted or re-drafted my Complaint and refiled it at "Document 61" of "Case#6:20-cv-00071" in this Court based off of the

extension of the Statute of Limitations increase granted to me by "U.S. District Judge-Jeremy Daniel Kernodle", and this Court knows that this Court suddenly changed the Case # to "Case #6:22-cv-00006" and switched Judges on me, and this Court knows I filed a very serious Complaint that may be unusual to see from a Pro Se Prisoner but I have studied the Law for quite some time and continue to do so with the hopes of becoming a Paralegal and mastering the Law so I can stay out of Prison and out of trouble and so altogether, this Court knows my Case is very complex and even with my knowledge of the Law, there no way I can do Discovery & Disclosure by myself successfully in the full interest of Justice under Law, so, I do need Special Legal Counsel to represent me with this very serious Lawsuit involving Disabilities, Civil Rights, and Conspiracy...

#12) I still have unsolved injuries and I do feel continuous physical pain the whole time I've wrestled thru this Case and I am still being subjected to the ongoing Campaign of Retaliation & Harassment from the Defendants (named, un-named, and yet to be named) for me trying to exercise my Petition, Access To Courts, and Due Process Rights as a Federal Plaintiff thru "Case #6:22-cv-00071 & Case #6:22-cv-00006" in this Court... *I have been actually tortured physically, mentally, emotionally, and spiritually by the Defendants (named, un-named, and yet to be named) while I have been a Federal Plaintiff in this Court seeking Justice & Mercy under Law. (Which I have notified this Court of many times in detail only to be ignored on purpose and left to suffer continuously unjustifiably,)...

#13) By this Court making decisions that are obviously in favor of the Defendants (named, un-named, and yet to be named) and against the interest of Justice under Law; I have been left in danger knowingly by this Court which can get me killed or very seriously injured again while this Court plays political games with my Lawsuit unlawfully! That is evil to me and is a very grave injustice upon me... I am very deeply disappointed by this Court

*Page #13 of 14

and actually hurt by this Court... Y'all Know better than that... Evil begets Evil --- Y'all should be showing me that Justice is for all and stop using me for a punching bag in this Court Room! --- Think for a moment of Equal Justice For All..."So, if I as a Citizen of the United States must pay the consequences for my unlawful actions and I find myself in the Prison System convicted of a crime with a sentence ---- "is it suddenly lawful for others who work under Color of state Law to continuously violate my Human & Civil Rights to the extreme and commit serious felony crimes against me without them paying the same consequences under Law?!-- That's hypocricy and anti-democracy! We Know it's not lawful and I'm telling this Court that not only are my allegations true but that it shall be found upon Discovery & Disclosure that the Truth is even worse than I allege by far and I am being very serious, so, I hope this Court reconsiders its stance in my Lawsuit as I do my best to find Justice & Mercy under Law for me and others who have been deeply wronged...

\*\*\* Obviously, when I reach the point where I need to Amend my Complaint past Summons, it will grow not shrink. My allegations are true and worse than true. This Court should favor Justice no matter which way it goes under Law. I have disabilities but I'm not stupid. I deserve fair treatment by this Court under Law in the interest of Justice. Please stop hurting me in this Court. Please have a oral hearing with me to come to lawful solutions & understanding which can be done by video. Thank you for your time, energy, and consideration whether you like me or not. May Justice be served.

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my Knowledge.

Executed On: November 7th, 2022

*Jamon Nathaniel Hestand*

Jamon Nathaniel Hestand
TDCJ#01343536 / SID#06228192 "

*I mailed this on November 8th, 2022 with proper postage paid."

*Page #14 of 14