IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS — TYLER DIVISION

Mr. JAMON N. HESTAND
  Plaintiff

                                *(From Case#6:20-cv-00071)
          V.                    § Case#6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et. al
  Defendants

*MOTION FOR SERVICE TO BE MADE BY UNITED
STATES MARSHALS and/or DEPUTY MARSHALS
           FOR  SUMMONS

    I, JAMON NATHANIEL HESTAND, the Plaintiff of the
above styled Case(s), proceeding Pro Se & In Forma Pauperis
with Physical & Mental Disabilities under the Americans with
Disabilities Act, hereby respectfully MOVE this Court to ORDER
that proper Service for Summons be made on all the named
Defendants (named in both "Document 61" of "Case#6:20-cv-00071"
& "Document 1" of "Case#6:22-cv-00006") immediately & lawfully
by the United States Marshals and/or Deputy Marshals as is
authorized under "Rule 4(c)(3) of the Federal Rules of Civil
Procedure."

    In Support of this Motion to be Granted by this
Court, I present the Following Grounds for consideration:

*Page#1 of 3

#1) These Defendants are mostly all the same Defendants in this "Case #6:22-cv-00006" as were named in "Case #6:20-cv-00071" in this same Court where thru both Cases they have managed to avoid Summons both with & without me having Legal Counsel most incredibly...

#2) I believe that "Attorney Tanika J. Solomon" who represented me thru "Case #6:20-cv-00071" in this Court; was somehow threatened behind the scenes (by the Defendants and their Affiliates) into: Not representing me properly / Not serving the Defendants with proper Service For Summons / Quitting on me/ etc. in such a way that it's extremely Felony in nature...

#3) Of course, I Filed my Pro Se Complaint at "Docket 61" of "Case #6:20-cv-00071" (based off of the "Statute of Limitations Extension" granted to me by U.S. District Judge - Jeremy Daniel Kernodle" in that Case) which got suddenly changed to "Docket 1" of "Case #6:22-cv-00006" and either way, my Complaint meets the requirements lawfully of the "Federal Rules of Civil Procedure" and the "Prison Litigation Reform Act", so there is no legitimate reason for this Court to be interfering with the "Commencement Of An Action" and completion of "Summons" whatsoever...

#4) As revealed very clearly in my Complaint (at "Docket 61" of "Case #6:20-cv-00071" & Docket 1 of Case #6:22-cv-00006) I am suing the Defendants in the Individual & Official Capacities For Monetary Damages and Preliminary & Permanent Injunctions...

#5) The Defendants in this Lawsuit are indeed joined together under common questions of Law & Controversy (including my requested Preliminary & Permanent Injunctions and Temporary Restraining Orders) that arise also out of the same transactions & occurences, and to seperate them would cause both multiplicity of litigation and allow many of them to bring claims of Res Judica against which I have a lawful right to avoid in the interest of Justice...

#6) These Defendants committed a large amount of very serious Human & Civil Rights violations (including Hundreds of Felony & Misdemeanor Crimes under Federal & State Law) that have deliberately gone unprosecuted unlawfully... I am a Citizen of the United States of America and regardless of my criminal history or incarcerated status, I lawfully deserve equal Justice under Law and my Victims' Rights under Federal & State Law should not be denied me whatsoever as they have been on purpose by Law Enforcement Officials & Staff which is mentioned many times throughout my Lawsuit...

***Please Grant this Motion in the interest of Justice & Mercy under Law. My allegations against the Defendants are True which I swear under oath...

"I declare under penalty of perjury that the foregoing is true and correct to the very best of my knowledge.

Executed On: November 8th, 2022

Jamon Nathaniel Hestand
Jamon Nathaniel Hestand
TDCJ#1343536/SID#06228192