IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS-TYLER DIVISION

Mr. JAMON N. HESTAND
 Plaintiff

(From "Case #6:20-cv-00071")

V.                                    § Case #6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et. al.
 Defendants

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to "28 U.S.C. 1915(e)(1); I, JAMON NATHANIEL HESTAND, the Plaintiff of the above styled Case (which came from Case #6:20-cv-00071 in this same Court); proceeding Pro Se & In Forma Pauperis with Physical & Mental Disabilities under the Americans with Disabilities Act; hereby respectfully MOVE this Court to Appoint me Special Legal Counsel to represent me in this Lawsuit henceforth that is fully able to handle the extreme complexity of this Lawsuit overall and who can handle a client who has Physical & Mental Disabilities under the Americans with Disabilities Act. I further respectfully MOVE this Court to Appoint me Special Legal Counsel to represent me in this Lawsuit that has no conflict of interest in representing me properly and ethically in this Lawsuit in the interest of Justice & Mercy under Law.

*Page #1 of 4

In Support of this Motion I present the following Grounds for why it should be Granted in the interest of Justice under Law:

#1) I am proceeding Pro Se & In Forma Pauperis with Physical & Mental Disabilities under the Americans with Disabilities Act...

#2) "Case #6:22-cv-00006" came of "Case#6:20-cv-00071" in this Court. I filed my Pro Se Complaint at "Document 61" of "Case#6:20-cv-00071" (before it got suddenly changed to "Document 1" of "Case#6:22-cv-00006") based upon the "Statute of Limitations extension" Granted to me by "U.S. District Judge-Jeremy Daniel Kernodle" and I had "Attorney Tanika J. Solomon" representing me thru that Case but most incredibly, She never served the Defendants with proper service for Summons before quitting on me quite suddenly to my sad suprise which forced me to redraft my Complaint which I did and which I refiled at "Document 61" of "Case#6:20-cv-00071" as forementioned (which got changed to "Document 1" of "Case#6:22-cv-00006" suddenly), so this Court knows that I had Legal Representation for this Lawsuit based on the same Defendants, Factual & Jurisdictional Allegations, Legal Claims, etc. that never made it past Summons to Discovery & Disclosure...

#3) My incarceration very greatly limits my ability to litigate properly. The issues presented & involved in this Lawsuit are obviously very complex and will require very significant research and investigation. I have limited access to the Prison Law

*Page#2 of 4

Library with me being in Solitary Confinement. Expert testimony will most definitely be needed. There's a large amount of Defendants that need to be served with proper service for Summons. Credibility is very important in this Lawsuit so cross-examination will have to be conducted very thoroughly.

#4) My Lawsuit most definitely has merit and Legal Counsel will be able to better handle conflicting testimony at a Trial or Trials where credibility will be a major issues and Legal Counsel will better enable me to present my Lawsuit, evidence, and cross-examine witnesses before this Court and surely be able to move this Lawsuit thru this Court quickly in pursuit of Justice which actually benifits everyone concerned or involved with my Lawsuit...

#5) I wrote a bunch of Lawyers, Law Firms, and Legal Organizations for Legal Representation since this new Case# started to no avail as of yet (and I keep trying)...I've notified alot of People & Places about this Lawsuit in detail and will continue to do so in pursuit of Justice under Law...

#6) I'm still being subjected to the ongoing Campaign of Retaliation & Harassment by Defendants and their Affiliates (named, un-named, and yet to be named) of this Lawsuit or connected to it because of my efforts trying to get Justice & Relief by exercising my Petition, Access To Courts, and Due Process Rights under Law with "Case#6:20-cv-00071" & "Case#6:22-cv-00006" in this Court...

*Page#3 of 4

#7) I still have unsolved injuries that were caused by the Defendants and I do feel continuous physical pain throughout my body. I've been forced to deal with it unlawfully because the "TDCJ Medical Department" has been participating in the Campaign of Retaliation & Harassment forementioned. Maybe a good Legal Representation in my behalf can make these Defendants (and their friends or Affiliates) stop torturing me finally...

#8) My allegations are true in this Lawsuit to the very best of my knowledge and I believe for very serious reasons that upon investigation of my allegations, that the Truth will be found to be even worse than what I have alleged by far...

#9) I deserve Equal Justice under Law in this Court and with my Lawsuit. I obviously meet the requirements for Appointment of Legal Counsel in this Lawsuit and to deny me this Appointment is a major abuse of this Courts' discretion in favor of the Defendants unlawfully...

*** Please show favoritism for Justice and Grant this "Motion For Appointment Of Counsel" in my behalf as I have requested to represent me ethically in the full interest of Justice & Mercy under Law. Thank you all for your time, effort, and consideration...

"I declare under penalty of perjury that the forementioned is true and correct to the very best of my knowledge.

*Executed On: November 7th, 2022

*TDCJ#01343536
SID#06228192

Jamon Nathaniel Hestand "

Mr. Jamon N. Hestand #1343536; Robertson Unit; 12071 FM 3522; Abilene, TX 79601 USA

*Page #4 of 4