UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00006

**Jamon Hestand,**
*Plaintiff,*

v.

**TDCJ Inspector General et al.,**
*Defendants.*

# FINAL JUDGMENT

The court, having considered plaintiff's civil-rights action, hereby enters judgment that all claims in this matter are dismissed, with prejudice, for plaintiff's failure to comply with orders of the court. The clerk of court is directed to close this case.

*So ordered by the court on December 28, 2022.*

J. Campbell Barker
United States District Judge