IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS — TYLER DIVISION

Mr. JAMON N. HESTAND
Plaintiff

V.   § Case No. 6:22-cv-00006

OFFICE OF THE INSPECTOR GENERAL, et.al.
Defendants

## NOTICE OF APPEAL

Notice is hereby given that I, JAMON NATHANIEL HESTAND, the Plaintiff of the above-styled Case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgement entered in this action on the 28th day of 2022 with Document 78 & 79.

"I am mailing this Notice of Appeal to this Court on January 30th, 2023 with proper postage paid."

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: January 30th, 2023

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ#01343536 / SID#06228192 "

**My Address:**
Mr. Jamon N. Hestand #1343536
Robertson Unit; 12071 FM 3522
Abilene, TX 79601 USA