IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS - TYLER DIVISION

Mr. JAMON N. HESTAND
Plaintiff

V.

OFFICE OF THE INSPECTOR GENERAL, et. al.
Defendants

§ Case No. 6:22-cv-00006

"*This Document is being mailed to this Court with proper postage paid on

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 06 2023
BY DEPUTY_____

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

I, JAMON NATHANIEL HESTAND, the Plaintiff of the above styled Case, proceeding Pro Se & In Forma Pauperis with Physical & Mental Disabilities under the Americans with Disabilities Act, hereby MOVE this Court to Grant this Motion appropriately so I may proceed In Forma Pauperis on Appeal to the U.S. Court of Appeals for the Fifth Circuit from the Order & Final Judgement entered in this action on the 28th day of December, 2022 with "Document 78 & 79" of this action.

Because of my poverty, I cannot prepay the docket fees of my Appeal or post a bond for them. I believe I am entitled to redress.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 31st, 2023

*Jamon Nathaniel Hestand*
Jamon Nathaniel Hestand
TDCJ#01343536/SID#06228192 "

*"I mailed this on on April 3rd, 2023 with proper postage paid." JNH

*"I'm struggling to get the 6 month history of my Inmate Trust Fund from TDCJ officials." JNH

*I will send the 6 month history of my Inmate Trust Fund as soon as I can get TDCJ Officials to bring it to me. I getting resistance. JNH