PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK.   (NO POSTAGE NEEDED.)

TO: _TDCJ_
_Inmate Funds Div._

RE: _6:22cv6_
_Hestand v. Office of_
_Inspector General_

RECEIVED:
_Order # 84_

on this _30th_ day of _June_, 20_23_.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 10 2023

SIGNED: _R. Tinkpens_
(Addressee/Agent for Addressee)
DEPUTY